# EXHIBIT E

# Part 1A

**CERTIFIED POLICY**

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

No additional insurance is afforded by this copy.

St. Paul Fire and Marine Insurance Company
Name of Insuring Company

GP 06301927                    11-12-09
Policy Number                  Date

*H.E. Fitts*

H.E. Fitts, Second Vice President
BI Document Management

STP00001

# INTRODUCTION



This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

GOVERNMENT MUNICIPALITY
CITY OF WAUKEGAN
100 NORTH MARTIN LUTHER KING J
WAUKEGAN IL 60085

Policy Number: GP06301927

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST PAUL MN 55102-1118

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 11/01/06 and will continue until 11/01/07

Your former policy number is automatically replaced: NEW

Your premium for the policy period shown is:    $650,598.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

INCLUDES UMBRELLA EXCESS PREMIUM

Our authorized representative is:
1208826
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

Brian MacLean
President

Authorized Representative          Date

Secretary                                    STP00002

Processing Date 11/16/06  12:55  001

40800 Ed. 5-87
© 1987 The St. Paul Travelers Companies, Inc. All Rights Reserved

Introduction



## DISCLOSURE NOTICE
## TERRORISM RISK INSURANCE ACT OF 2002

The certified acts of terrorism premium charge shown below is for coverage under this policy for insured losses covered by the Terrorism Risk Insurance Program established by the Terrorism Risk Insurance Act of 2002 (the Act). That Program applies to certain losses, if otherwise covered by your policy, that result from an "act of terrorism," as that term is defined in and certified under the Act (insured losses). This terrorism premium does not include any charges for the portion of insured losses covered by the federal government under the Act. The federal government shares in the payment of insured losses that exceed the statutorily established deductible paid by the insurance company providing the coverage, subject to the "Program Trigger" as defined under the Act. For calendar years up to and including 2006, the federal government's share is 90%; for calendar year 2007 the share is 85%.

If $0 is shown below for the certified acts of terrorism premium charge, this policy provides such terrorism coverage for no premium charge.

The certified acts of terrorism premium charge shown below does not apply to any insuring agreement or coverage part in this policy for which you did not accept our offer, for a premium charge, of such terrorism coverage. If you did not accept our offer of such terrorism coverage, this policy contains one or more exclusions that apply to certified acts of terrorism under each such insuring agreement or coverage part.

The Act establishes a cap on our liability to pay for insured losses if the aggregate amount of insured losses under the Act exceeds $100,000,000,000 during the applicable period for all insureds and all insurers combined. In that case, we will not be liable for the payment of any amount that exceeds such aggregate amount of $100,000,000,000.

**Name of Insured:** CITY OF WAUKEGAN

**Policy Number:** GP06301927

**Effective Date:** 11/01/06

**Certified Acts Of Terrorism Premium Charge:**          $36,359.00

**Processing Date:** 11/16/06   12:55   001

STP00003

D0100 Rev. 1-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 1 of 1

# POLICY FORM LIST

Here's a list of all forms included in your
policy, on the date shown below. These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 01-06 |
| Introduction – St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| General Rules | 40701 | 08-03 |
| PSS Total Self-Insured Retention Endorsement For Liability Coverages | L0643 | 06-06 |
| Illinois Required Endorsement | 40519 | 08-06 |
| Public Entity General Liability Protection Commercial | D0020 | 10-97 |
| General Liability Protection Reference Endorsement | | |
| Commercial Auto Required Endorsement  Illinois | 44041 | 05-03 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| PSS Multiple Self-Insured Retentions Endorsement | D0126 | 06-06 |
| PSS Self-Insured Retentions Endorsement – Liability – General Rules And What To Do If You Have A Loss | D0127 | 06-06 |
| Property Protection Coverage Summary | 42563 | 07-96 |
| Property Protection Coverage Summary Continued – Equipment Breakdown Coverage | F0231 | 04-99 |
| Flood Or Surface Water Coverage Summary | F0406 | 12-04 |
| Earthquake Or Volcanic Eruption Coverage Summary | F0408 | 12-04 |
| The St. Paul Property Protection | 42700 | 07-01 |
| Flood Or Surface Water Coverage Endorsement | F0405 | 12-04 |
| Earthquake Or Volcanic Eruption Coverage Endorsement | F0407 | 12-04 |
| PSS Property Protection Additional Benefits Coverage Summary | F0122 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverages | F0328 | 10-02 |
| Agreed Amount Endorsement | 42366 | 11-87 |
| Equipment Breakdown Endorsement | F0230 | 04-99 |
| Blanket Earnings And Expense Endorsement | 42489 | 07-01 |
| PSS Public Entity Property Endorsement | F0102 | 10-05 |
| Property Protection Deductible And Unintentional Errors And Omissions Change Endorsement | F0423 | 07-05 |
| Contractor's Equipment Protection Coverage Summary | I0006 | 11-95 |
| Contractor's Equipment Protection | I0005 | 11-95 |
| Protection For Miscellaneous Property | 42038 | 02-83 |
| Commercial Fine Arts Property Protection | 42150 | 03-80 |
| Computer Property Protection Coverage Summary | 42442 | 07-01 |
| Computer Property Protection | 42441 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement | I0083 | 04-02 |
| Public Entity General Liability Protection Coverage Summary | G0208 | 10-97 |
| Public Entity General Liability Protection | G0209 | 10-02 |
| Health Care and Social Service Professional Services Endorsement – Public Entity General Liability | G0749 | 05-06 |
| PSS Illinois Public Sector Contract Liability Indemnitee Defense Coverage Endorsement | G0275 | 10-97 |
| PSS Public Entity General Liability Self-Insured Retentions | G0596 | 06-06 |

Name of Insured
CITY OF WAUKEGAN

Policy Number GP06301927
Processing Date 11/16/06   12:55   001

Effective Date 11/01/06

40705 Ed.5-84
©St.Paul Fire and Marine Insurance Co.1995

Form List

STP00004                    Page   1

| | | |
|---|---|---|
| End't. – Retentions Apply To Damages And Defense Expenses | | |
| Unsolicited Communication Exclusion Endorsement | G0692 | 08-04 |
| Lead Exclusion Endorsement | G0680 | 07-04 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Or Scheduled Under Your Auto... | G0719 | 12-04 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement | G0492 | 04-02 |
| Employee Benefit Plans Administration Liability Protection –Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection –Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement – Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| PSS Employee Benefit Plans Administration Liab. Self-Insured Retentions End't. – Retentions Apply To Damages & Def. Exp. | L0547 | 06-06 |
| Public Entity Employment Practices Liability Protection – Claims-Made Coverage Summary | L0397 | 01-01 |
| Public Entity Employment Practices Liability Protection – Claims-Made | L0394 | 01-01 |
| Self-Insured Retention Endorsement – Public Entity Employment Practices Liability | OL108 | 11-02 |
| Law Enforcement Liability Protection Coverage Summary | 47335 | 10-02 |
| Law Enforcement Liability Protection | 47292 | 10-02 |
| Total Limit Endorsement – Law Enforcement Liability – Illinois | 47422 | 06-93 |
| PSS Law Enforcement Liability Self-Insured Retentions End't. – Retentions Apply To Damages And Defense Expenses | L0551 | 06-06 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement – Law Enforcement Liability | L0473 | 08-02 |
| Public Entity Management Liability Protection – Claims-Made Coverage Summary | 47336 | 01-01 |
| Public Entity Management Liability Protection – Claims-Made | 47279 | 01-01 |
| PSS Public Entity Management Liability Self-Insured Retention Endorsement | 47657 | 01-95 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary – Continued | 44462 | 04-91 |
| Garagekeepers Coverage Summary | 44488 | 01-95 |
| Auto Schedule | 44463 | 04-91 |
| Auto Liability Protection | 44449 | 12-93 |
| PSS Auto Liability Self-Insured Retentions Endt – Retentions Apply To Damages, Defense Expenses, And Pollution Cost... | A0272 | 06-06 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| PSS Auto Physical Damage Agreed Value Endorsement | A0133 | 10-98 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Defined As Autos Endorsement | A0307 | 12-04 |
| Uninsured And Underinsured Motorists Protection – Illinois | 44025 | 01-05 |
| Uninsured And Underinsured Motorists Protection – Illinois Self-Insured Retention Endorsement | 40502 | 01-80 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| PSS Public Entity Auto Physical Damage Endorsement | A0131 | 06-06 |
| PSS Auto Physical Damage Agreed Value Endorsement | A0133 | 10-98 |
| Garagekeepers Liability Protection | 44465 | 12-00 |
| Government Crime Protection Coverage Summary | C0025 | 04-03 |
| Government Crime Protection – Discovery Form | C0022 | 04-03 |

## POLICY FORM LIST

Here's a list of all forms included in your
policy, on the date shown below. These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Faithful Performance of Duty Coverage Endorsement – Government Employees | C0042 | 04-03 |
| Discovery Replacing Loss Sustained Endorsement | C0047 | 04-03 |
| PSS Umbrella Excess Liability Protection Coverage Summary | E0113 | 09-95 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance | 47123 | 04-91 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance – Continued | 47124 | 04-91 |
| Umbrella Excess Liability Protection | 47550 | 01-01 |
| Property Damage Change And Intellectual Property Exclusion Endorsement – Umbrella Excess Liability | E0197 | 07-01 |
| PSS Failure To Supply Service Total Exclusion Endorsement – Umbrella Excess Liability | E0198 | 10-01 |
| Asbestos Exclusion Endorsement – Umbrella Excess Liability | E0199 | 03-02 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement – Umbrella Excess Liability | E0209 | 04-02 |
| Health Care and Social Service Professional Services Endorsement – Umbrella Excess Liability | E0284 | 05-06 |
| Lead Exclusion Endorsement – Umbrella Excess Liability | E0243 | 07-04 |
| Unsolicited Communication Exclusion Endorsement – Umbrella Excess Liability | E0246 | 08-04 |
| Public Entity Umbrella Excess Liability Endorsement | E0157 | 04-98 |
| Government Unit Endorsement Umbrella Excess Liability | 47230 | 04-91 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Or Scheduled Under Your Auto...–UEL | E0273 | 12-04 |
| Employment-Related Practices Exclusion Endorsement – Umbrella Excess Liability | 47225 | 09-01 |
| Health Care Professional Services Endorsement – Umbrella Excess Liability | 47231 | 05-06 |
| Law Enforcement Liability Endorsement – Umbrella Excess Liability | E0114 | 05-06 |
| Injury To Volunteer Firefighters Exclusion Endorsement | 47297 | 04-91 |
| Public Use Of Property Exclusion Endorsement–Umbrella Excess | 47332 | 01-92 |
| Excess Errors And Omissions Liability Protection-Claims-MadeCoverage Summary | 47339 | 02-92 |
| Excess Errors And Omissions Liability Protection-Claims-Made | 47338 | 02-92 |

STP00006

| | | |
|---|---|---|
| **Name of Insured** CITY OF WAUKEGAN | **Policy Number** GP06301927 | **Effective Date** 11/01/06 **Processing Date** 11/16/06  12:55  001 |

40705 Ed.5-84                         Form List
©St.Paul Fire and Marine Insurance Co.1995                              Page    3

# GENERAL RULES

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

| Table of Contents | Page |
|---|---|
| Special Rights And Duties Of The First Named Insured | 1 |
| Policy Period | 1 |
| Policy Changes | 1 |
| Premiums | 2 |
| Estimates. | 2 |
| Additional or return premium. | 2 |
| Your bill. | 2 |
| Our Right To Inspect And Audit | 3 |
| Cancellation | 3 |
| By the first named insured. | 3 |
| By us. | 3 |
| Return premium. | 3 |
| Fraud And Misrepresentation | 4 |
| If you commit fraud or misrepresentation. | 4 |
| If other persons or organizations commit fraud or misrepresentation. | 4 |
| Unintentional errors or omissions. | 4 |
| Assignments And Transfers | 4 |
| Lawsuits Against Us | 5 |
| If your policy provides property or other first-party protection. | 5 |
| If your policy provides liability protection. | 5 |
| Recovering Damages From A Third Party | 5 |
| Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection | 5 |
| Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection | 6 |
| How Statutory Or Regulatory Law Affects Your Policy | 6 |

## Special Rights And Duties Of The First Named Insured

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.
- Policy Changes.
- Premiums.

## Policy Period

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

## Policy Changes

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and
- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

STP00007

• noon, if coverage under your policy
otherwise begins at that time;

on the effective date of the change at the
address shown for you in the Introduction
of your policy.

If we make any such change before your
policy begins and that change still applies to
a standard insurance policy form which:

• is part of your policy when your policy
begins; or

• is made part of your policy after your
policy's effective date;

you'll automatically receive the benefit of
that broadened or extended coverage
beginning at the time and on the effective
date that form is, or is made, part of your
policy.

We don't have to provide any written notice,
or a written form that's made part of your
policy, for you to receive such benefits.

We can make other changes in your policy
and, with our consent, the first named
insured can make changes in your policy
too. But such changes can be made only
with a written form that:

• is made part of your policy; and

• is signed by us or one of our authorized
representatives.

**Premiums**

We compute the premium for your policy in
accordance with our rules and rates which
apply to your policy.

**Estimates.** All or part of your premium may
be based on estimates.

If estimates are used, your policy will
contain an endorsement, summary, or other
form that shows:

• we used estimates; and

• when and how we'll compute your actual
premium.

We'll compute your actual premium, when
complete information is available, at the end
of:

• the policy period;

• each one-year period that's part of the
policy period, if the policy period is
longer than one year; and

• any interim audit period that's shorter than
one year, if an interim audit period applies
during the policy period.

For each such period, we'll compute your
actual premium in accordance with our rules
and rates which apply to your policy and for
that period.

If your actual premium is:

• more than the estimated premium you've
paid, you'll owe us the difference; or

• less than the estimated premium you've
paid, we'll return the difference;

except as described in the Additional or
return premium section.

You must keep accurate records of the
information we'll need to compute your
actual premium. Your agent or broker can
explain the type of records we'll need. The
first named insured must mail, deliver, or
otherwise give to us a copy of those
records when we request them.

However, we don't have to request or use
any records to compute your actual premium
if we determine, in accordance with our
rules and rates which apply to your policy,
that your premium based on estimates is
your actual premium.

**Additional or return premium.** We or your
agent or broker will tell the first named
insured about any additional or return
premium for your policy.

However, we won't charge an additional
premium, or refund a return premium, for
any difference in premium of $15 or less
that results from:

• your actual premium being more or less
than the estimated premium you've paid;
or

• any change made in your policy, including
any cancellation of all or part of your
policy by you or us.

But we'll refund a return premium of $15 or
less for your policy if the first named
insured requests that we do so. We'll apply
this rule for waiving additional or return
premiums separately each time your policy
is changed.

In any event, your policy premium won't be
less than the minimum policy premium we're
allowed to charge in accordance with our
rules and rates which apply to your policy.

**Your bill.** The first named insured:

• will be the one we'll bill for all premiums
for your policy;

• is responsible for paying all premiums for
your policy when due; and

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00008

- will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:
- any other policy with us; or
- any policy with any of our affiliated insurance companies;
we may bill, under one statement, the premium for:
- your policy; and
- any or all of those other policies;
regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:
- we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
- we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
- for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

## Our Right To Inspect And Audit

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:
- make any such inspection; or
- guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;
except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

## Cancellation

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:
- must deliver to us or one of our authorized representatives; or
- must mail to us, if such delivery isn't possible;
your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:
- is responsible for receiving the cancellation notice from us for you; and
- will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:
- 10 days, if we're canceling for nonpayment of premium; or
- 30 days, if we're canceling for any other reason;
before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as

STP00009

described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

## Fraud And Misrepresentation

**If you commit fraud or misrepresentation.** If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

**If other persons or organizations commit fraud or misrepresentation.** If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the

following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

**Unintentional errors or omissions.** We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

## Assignments And Transfers

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and

STP00010

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

• until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

## Lawsuits Against Us

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or other first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

• us;
• the person or organization protected under your policy; and
• the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

## Recovering Damages From A Third Party

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

• are protected under your policy; and
• are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

• preserve for us any such right of recovery or any such proceeds; and
• cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

## Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.

2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.

4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including

STP00011

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved     

the fees of the umpire, will be shared equally by you and us.

### Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection

If your policy provides liability protection, the bankruptcy or insolvency of:

- any person or organization protected under that liability protection; or
- any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

### How Statutory Or Regulatory Law Affects Your Policy

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

STP00012

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**TOTAL SELF-INSURED RETENTION ENDORSEMENT**
**FOR LIABILITY COVERAGES**

This endorsement changes your policy.

---

**How Coverage Is Changed**

The following is added. This endorsement adds a combined total self-insured retention that limits the total amount you'll be responsible for paying within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements below. This change broadens coverage.

---

**Schedule of Insuring Agreements**

☒   Public Entity General Liability Protection

☐   Liquor Liability Protection

☐   Stop-Gap Employers Liability Protection

☒   Employee Benefit Plans Administration Liability Protection

☒   Law Enforcement Liability Protection

☒   Public Entity Management Liability Protection

☐   Public Entity Employment Practices Liability Protection

☒   Auto Liability Protection

☐   Garagekeepers Liability Protection

☒   Uninsured And Underinsured Motorists Protection – Illinois

☐

☐

☐

---

STP00013

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

L0643 Ed. 6-06                                                      Endorsement
o 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved                Page 1 of 2

**Total self-insured retention**

$900,000

## Total Self-Insured Retention

The total self-insured retention shown above is the most that you'll be responsible for paying for the combined total of all amounts within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements, regardless how often any or all of them apply during the policy period shown in the Introduction.

**How the total self-insured retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months, and the total self-insured retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

$$\$250{,}000 \times \frac{3\ months}{12\ months} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

## Other Terms

All other terms of your policy remain the same.

STP00014

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## ILLINOIS REQUIRED ENDORSEMENT

This endorsement changes your policy to comply with, or otherwise respond to, Illinois law.

Therefore, each change made by this endorsement applies only to the extent:

- required by Illinois statutory or regulatory law; or

- specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Illinois, each change that's made to comply with Illinois statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

- a loss of or to, or that results from, property in Illinois; or

- a loss that results from your operations in, or which affect, Illinois;

and such statutory or regulatory law applies to such coverage.

<table>
<tr><td colspan="2"><strong>Table of Contents</strong></td><td><strong>Page</strong></td></tr>
</table>

| | Page |
|---|---|
| Cancellation | 1 |
| Fraud And Misrepresentation | 3 |
| Lawsuits Against Us - Property Or Other First-Party Protection | 3 |
| Property Protection – Acts Intended To Cause Loss Exclusion | 3 |
| Property Protection - Other Insurance | 3 |
| Property Protection - Residential Real Or Personal Property | 4 |
| Liability Protection - How The Limits Of Coverage Apply If A Total Limit Is Left Blank | 4 |
| Liability Protection – Prejudgment Interest | 5 |
| Liability Protection - Punitive Or Exemplary Damages Imposed As A Result Of Misconduct | 5 |
| Liability Protection - Claims-Made - Claim Information | 5 |
| Commercial General Liability Protection – Claims-Made - Extended Reporting Period | 5 |
| Umbrella Excess Liability Protection - Claims-Made - Extended Reporting Period | 5 |
| Commercial General Liability Protection Or Umbrella Excess Liability Protection - Claims-Made - Important Note - Retroactive Date | 6 |
| Employee Benefit Plans Administration Liability Protection - Claims-Made | 6 |
| Liquor Liability Protection - Each Person Limit Of Coverage - Conformity To Illinois Law | 6 |
| Product Recall Protection - Other Insurance | 6 |
| Real Estate Professional Liability And Producers' Or Distributors' Errors And Omissions Liability - When And How An Extended Reporting Period Endorsement Can Be Added | 7 |
| Other Terms | 7 |

### Cancellation

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

If your policy covers grain in public grain warehouses, you or we can cancel this policy at any time by mailing to the other as well as the Director of the Illinois Department of Agriculture 60 days written notice of cancellation.

**How you can cancel.** To cancel this policy or any of its insuring agreements, you must mail the policy, or the part to be canceled, to us or any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, we can only cancel for one or more of the following reasons.

---

40519 Rev. 8-06        Endorsement

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved     Page 1 of 7

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud or made a material misrepresentation.

3. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

4. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that measurably increases the hazard we're insuring against.

5. *Loss of reinsurance.* We may cancel if we lose reinsurance that provided coverage to us for all or a substantial part of your risk. This loss must be certified to the director of insurance.

6. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of this state's insurance laws.

If we cancel for any of these reasons, we'll mail a notice to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end. The notice will state the reason for cancellation. The notice will also show a date cancellation is to take effect. Coverage will end on that date.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium you've paid. However, the cancellation will be effective whether or not you've been paid or offered the unused premium. If we cancel, the refund will be figured on a pro rata basis. If you cancel, the premium will be less than pro rata.

**Nonrenewal.** We may decide not to renew or continue this policy. If so, we'll mail a notice of nonrenewal to you and your agent at least 60 days before the expiration date of this policy. The notice will show the reason for nonrenewal.

But even if we don't follow this rule, your policy will end on the expiration date if:

- you don't pay the premium, or any installment that's due;
- we've agreed to renew this policy; or
- you've notified us or our agent that you don't want to renew this policy.

If we fail to send proper notice of nonrenewal, and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** Mailing the cancellation or nonrenewal notice to your, your agent's, and any mortgage holder's last address known to us will be considered proof you were notified.

If your policy includes an insuring agreement or endorsement that describes "mailing or delivering" a notice of cancellation or nonrenewal, the words "or delivering" are deleted.

**Special rule for certain real estate.** If your policy covers real property that's not residential property occupied by not more than four families and has been in effect for one year or is a renewal policy, we can cancel for any of the following reasons after giving at least 10 days notice of cancellation:

- failure to make required repairs 60 consecutive days or more after a fire loss has been adjusted with you. But this doesn't apply if a delay is caused by a labor dispute or weather conditions;
- if you leave a building unoccupied for 60 consecutive days. But this doesn't apply to buildings which are only occupied on a seasonal basis, or buildings that are under repair, construction, or reconstruction, and have been properly secured against unauthorized entry;
- if your building has been declared unsafe. Or if there's been an order to vacate the building, or an order for the building's demolition; or
- if your building has not had heat, light, water or sewer service for 30 or more consecutive days.

**Special rule for certain residential property.** If your policy covers residential property occupied by not more than four families and has been in effect for at least 60 days, we can only cancel or refuse to renew your policy for any of the following reasons:

STP00016

40519 Rev. 8-06
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- You hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance; or
- What we cover has measurably increased in hazard since we first agreed to write your policy.

If we cancel or refuse to renew for this reason, we'll send notice of cancellation or nonrenewal to you 60 days before coverage will end.

But this provision doesn't apply to glass coverage.

## Fraud And Misrepresentation

The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; or
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules. However, this change doesn't apply to certain residential real or personal property for which the Fraud and misrepresentation section of the Property Protection - Residential Real Or Personal Property section in the Illinois Required Endorsement (40519) applies.

We can consider your policy to be void for you and all other persons and organizations protected under your policy if, before or after a loss, you or any such person or organization:

- intentionally conceals or misrepresents any material fact or circumstance;
- engages in fraudulent conduct; or
- makes a false statement;

about any matter concerning:

- the coverage provided by your policy; or
- any fact or circumstance material to the investigation of any loss under your policy.

## Lawsuits Against Us – Property Or Other First-Party Protection

The following is added to the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules and changes that section as described.

The two-year period in which a suit to recover on a loss must begin is lengthened by the number of days between the date you give us proof of loss and the date we deny coverage for the loss.

## Property Protection – Acts Intended To Cause Loss Exclusion

If your policy includes property or inland marine protection, the following is added to the Exclusions - Losses We Won't Cover section.

**Acts intended to cause loss.** We won't cover loss or damage caused by any act committed:

- by or at the direction of you or any protected person; and
- with the intent to cause a loss.

However, we won't use this exclusion to deny payment to an innocent protected person who did not cooperate in or contribute to the creation of the loss if:

- the loss was caused by a pattern of criminal domestic violence; and
- the perpetrator of the loss is criminally prosecuted for the act causing the loss.

But we won't pay more than the innocent protected person's financial interest in the covered property, less any payments we first make to a mortgagee or other party with a legal secured interest in the covered property.

## Property Protection – Other Insurance

If your policy includes property or other first-party protection, the following replaces the Other Insurance section. But this change does not apply if your property or other first-party protection is intended to apply on an excess basis and indicates such intent in its title.

Other insurance may apply to loss covered under this agreement. If the other insurance is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the other insurance more specifically insures the property we'll pay the amount of the loss in excess of the amount due from that other insurance, regardless of whether you can collect on it.

STP00017

But we won't pay more that the limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by, through, or on behalf of:

- another insurance company;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

## Property Protection – Residential Real Or Personal Property

If your policy provides property protection that covers:

- real property used primarily for residential purposes up to and including four-family dwellings; or
- household or personal property that is usually used in the scope of occupancy for residential purposes;

the following changes apply only for that property protection.

### Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection.

The following is added to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section of the General Rules and changes that section as described:

The Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section applies only if:

- both you and we agree to a request for an appraisal; and
- the appraisal is carried out in accordance with the American Arbitration Rules and Uniform Arbitration Act.

No demand can be made for an appraisal. The request must be agreed to by you and by us.

We'll pay all fees of the appraisers, and the other costs of the appraisal, including the fees of the umpire, if:

- you requested the appraisal; and
- the covered loss amount determined by your appraiser was agreed to in full by our appraiser or by the umpire.

### Fraud and misrepresentation. The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; and
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules.

We can consider your property protection to be void for you and all other persons and organizations protected under your policy if:

1. your policy has been in effect for less than one year or one policy term, whichever period is shorter; and

2. in the process leading us to issue your policy, you or any such person or organization commits fraud, or conceals or misrepresents a fact, that is in your policy, or the written application for your policy, and:
   - was made with the intent to deceive us; or
   - materially affected the hazard we assumed or our decision to provide that property protection.

Also, we can consider your property protection to be void for you and all other persons and organizations protected under your policy if, at any time after your policy is issued, you or any such person or organization commits fraud, or conceals or misrepresents a fact, concerning:

- that property protection;
- a loss under that protection;
- the covered property under that protection;
- your interest in that covered property.

In addition, we can cancel your policy as provided under the Cancellation section of the Illinois Required Endorsement (40519) if you or your agent or broker commit fraud or make a material misrepresentation.

### Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank

If your policy includes a liability insuring agreement that includes a How the total limits apply if a total limit is left blank section, the following is added to that section.

If the amount for a total limit is left blank in the Coverage Summary, we'll consider the limit shown on the application for this

STP00018

insurance to be that total limit. However, if no limit is shown on the application, we'll consider the total limit to be the amount described in this section.

### Liability Protection – Prejudgment Interest

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay prejudgment interest that accumulates after the date of our offer.

### Liability Protection – Punitive Or Exemplary Damages Imposed As A Result Of Misconduct

The following is added to the definition of damages if:

- your policy includes liability protection that contains a definition of damages; and
- the definition of damages includes punitive or exemplary damages imposed by law if such damages are insurable under the law that applies.

In addition, we won't consider damages to include punitive or exemplary damages imposed as a result of the misconduct of any protected person.

### Liability Protection – Claims–Made – Claim Information

The following is added to the General Rules if your policy includes a claims-made liability insuring agreement which contains a Loss Information section.

We'll provide the first named insured the following information for any claims-made insuring agreement which contains a Loss Information section, and any such preceding claims-made insuring agreement, we have issued to you during the previous three years:

- The date and description of the event on closed claims including the amount of payment, if any.
- The date and description of the event on open claims including the amount of

payments and reserves, if any. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

- The date and description of each event you reported to us for which no amounts have been paid or reserved.

If we cancel or elect not to renew any such claims-made insuring agreements, we'll provide this information at the same time that we send the notice of cancellation or nonrenewal. Otherwise, we will provide this information only if we receive a request from the first named insured. If we do, we'll provide this information within 30 days of receipt of the request.

We collect this information for our own business purposes. We do so as carefully and accurately as we can. In giving this information to the first named insured, we don't make any promises or warranties to anyone that this information has no errors. Any cancellation or nonrenewal will take effect even if we accidentally provide incorrect information.

### Commercial General Liability Protection – Claims–Made – Extended Reporting Period

If your policy includes Commercial General Liability Protection - Claims-made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

### Umbrella Excess Liability Protection – Claims–Made – Extended Reporting Period

If your policy includes Umbrella Excess Liability Protection - Claims-Made, the following is added to the Extended Reporting Period section of your agreement.

We'll figure the additional premium for the Extended Reporting Period Endorsement according to our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement.

STP00019

**Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date**

If your policy includes Commercial General Liability Protection or Umbrella Excess Liability Protection with a Coverage Summary that contains an Important Note – Retroactive Date section, the following change applies.

The paragraph which says, "However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy." is deleted.

**Employee Benefit Plans Administration Liability Protection – Claims-Made**

If your policy includes Employee Benefit Plans Administration Liability Protection – Claims-Made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

**Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law**

If your policy includes Liquor Liability Protection, the following is added to the Limits Of Coverage section of that insuring agreement.

In accordance with Section 235.5/6-21 of the Illinois Administrative Code, the most you may be legally required to pay as damages for:
- bodily injury;
- loss of means of support or loss of society; or
- property damage;

that happens in Illinois and results from the selling, serving, or furnishing of any alcoholic beverage is limited to the amounts allowed by that law. Those amounts may be less than the limits of coverage available under this agreement.

As a result, the Each person limit:
- will apply in accordance with the amounts allowed by Section 235.5/6-21 of the Illinois Administrative Code; and
- will be automatically increased, if necessary, to comply with any increase in those amounts while this agreement is in effect;

but only for damages otherwise covered by this agreement.  The Total limit remains the same.

**Product Recall Protection – Other Insurance**

If your policy includes Product Recall Protection, the following replaces the Other Insurance section.

There may be other insurance that applies to your covered expenses.  If there is any valid and collectible other insurance that:
- reimburses you for covered expenses that are covered by this agreement; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary;

we'll share with the other insurance any covered expenses that are covered by this agreement.  If the other insurance has similar terms and conditions, we'll pay the portion of the covered expenses that is equal to our percentage of the total of all limits that apply.  But we won't pay more than the limits of coverage that apply under this agreement.

If the other insurance more specifically applies to the covered expenses, we'll pay for covered expenses that are left after such other insurance has been used up, less the deductible and participation percentage.  But we won't pay more than the applicable limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:
- another insurance company;
- us, except under this agreement;
- any of our affiliated companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer management method.

STP00020

40519 Rev. 8-06
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 7                    © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Real Estate Professional Liability And Producers' Or Distributors' Errors And Omissions Liability — When And How An Extended Reporting Period Endorsement Can Be Added**

If your policy includes:

- Real Estate Professional Services Liability Protection – Claims-Made;
- Real Estate Agents Or Brokers Professional Liability Protection – Claims-Made; or
- Producers' Or Distributors' Errors And Omissions Liability Protection – Claims-Made;

the following replaces the second paragraph of the When and how an extended reporting period can be added section.

However, the Extended Reporting Period Endorsement won't take effect unless we receive all of the following within 60 days after the ending date of this agreement, and you have fulfilled all other duties, and complied with all other conditions and requirements, under this agreement:

- A written request from you to purchase the Extended Reporting Period Endorsement.
- Payment of the additional premium for the Extended Reporting Period Endorsement.

**Other Terms**

All other terms of your policy remain the same.

*STP00021*

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## PUBLIC ENTITY GENERAL LIABILITY PROTECTION CHANGES OR RULES THAT APPLY TO COMMERCIAL GENERAL LIABILITY PROTECTION ENDORSEMENT

This endorsement changes your policy.

**How Coverage Is Changed**

The following is added.

**Changes or rules that apply to Commercial General Liability Protection**

We'll consider any change or rule that applies to Commercial General Liability Protection in any general rules or state required endorsement which is part of your policy to also apply to your Public Entity General Liability Protection.

In addition, we'll consider any other endorsement that is part of your policy and changes Commercial General Liability Protection to also change your Public Entity General Liability Protection.

**Other Terms**

All other terms of your policy remain the same.

STP00022

© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

**COMMERCIAL AUTO REQUIRED ENDORSEMENT
ILLINOIS**

The **St.Paul**

This endorsement changes your Commercial
Auto Insurance to comply with Illinois law.

## Cancellation

The Cancellation section of the General
Rules is replaced by the following.

**How the first named insured can cancel.** The
first named insured can cancel this policy
by delivering the policy to us or any of our
authorized agents. If this isn't possible,
notify us before the date the policy is to be
cancelled. If the first named insured
cancels the policy, you'll get a refund of
any unused premium less a charge for early
cancellation.

**How we can cancel policies in effect 60 days
or less.** If your policy has been in effect
60 days or less, we can cancel for any
reason during this period. If we do, we'll
mail a notice of cancellation to the first
named insured. If we cancel for
nonpayment of premium, we'll send at least
10 days before coverage will end. If we
cancel for any other reason, we'll send at
least 30 days before coverage will end.

**How we can cancel policies in effect more than
60 days.** If your policy has been in effect
more than 60 days, or is a continuation or
renewal policy, we can cancel only for the
following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
   cancel if we discover that in obtaining
   this policy, you or your representative
   have committed fraud or made a material
   misrepresentation.

3. *Breaking the rules of this policy.* We
   may cancel this policy if you violate any
   of this policy's rules.

4. *Increase in the risk.* We can cancel if,
   after we have issued or renewed your
   policy, a measurable increase occurs in
   the risk we're insuring against.

5. *Loss of reinsurance.* We may cancel this
   policy if the Commissioner Of Insurance
   certifies that we have lost reinsurance
   that provided coverage for all or a
   substantial part of this risk we're
   insuring.

6. *Determination by the Insurance
   Commissioner.* We may cancel this
   policy if the Commissioner Of Insurance
   determines that continuing this policy
   would put us in violation of Illinois
   insurance laws.

If we cancel for nonpayment of premium,
we'll mail an advanced written notice of
cancellation to the first named insured. If
we cancel for nonpayment of premium, we'll
send at least 10 days before coverage will
end. If we cancel for any other reason
listed, we'll mail a notice to the first named
insured at least 60 days before coverage
will end. The notice will state the reason for
cancellation. It will also show the date
cancellation is to take effect. The policy
will end on that date.

**Non-renewal.** If we decide not to renew or
continue this policy, we'll mail a notice to
you and your agent at least 60 days before
the end of the policy period. We'll also mail
a notice to any person or organization
shown on the Auto Schedule as having an
interest in covered property. If we offer to
renew or continue your policy, and you
don't accept, the policy will expire at the
end of the policy period. If we offer to
renew your policy, and you fail to pay the
required premium when due, we'll consider
this to mean that you don't accept our
offer.

**Renewal with an increase in premium or
decrease in coverage.** If we offer to renew
your policy, but increase your premium by
30% or more, or decrease your coverage,
we'll send a notice of this change at least
60 days before the renewal date. If we fail
to send 60 days notice, you'll have 60 days
from the date we offer to renew your
policy with the change before the change
takes effect.

If we fail to mail proper notice of
nonrenewal and you obtain other insurance,
this policy will end on the date the other
insurance takes effect.

## Mailing The Notice

We'll mail any notice of cancellation or non-
renewal to the first named insured's last

44041 Rev. 5-03 Printed in U.S.A.    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
● St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved    Page 1 of 2

STP00023

The St.Paul

address known to us. Proof that we have mailed any notice is proof you were notified.

## Auto Liability Protection and Garage Liability Protection

If your policy includes Auto Liability Protection or Garage Liability Protection, the following changes are made to your agreement.

### Who Is Protected Under This Agreement

The Any permitted user section is replaced by the following.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if that employee or member of that employee's household owns the covered auto.
- A partner if you're a partnership, or a member of the partner's household if either owns the covered auto.
- A member if you're a limited liability company, or persons who are part of the member's household if either owns the covered auto.

### Limits Of Coverage

The following is added to the Limits Of Coverage section.

We'll apply the limit shown in the Coverage Summary to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for bodily injury to any one person caused by any one accident;
- $40,000 for bodily injury to two or more persons caused by any one accident; and
- $15,000 for property damage caused by any one accident.

This provision won't change our total limit of coverage.

### Other Insurance

If your policy includes Auto Liability Protection, the following is added to the Other Insurance section.

Liability coverage provided by this agreement for any auto you don't own is primary if:

- the auto is owned or held for sale or lease by a new or used vehicle dealership;
- the auto is driven by an insured with permission of such dealership while your auto is being repaired or evaluated.
- the limit of coverage for liability coverage under this policy is at least:
  - $100,000 for bodily injury to any one person caused by any one accident;
  - $300,000 for bodily injury to two or more persons caused by any one accident; and
  - $50,000 for property damage caused by any one accident.

If your policy includes Garage Liability Protection, the following is added to the Other Insurance section.

If you are a new or used vehicle dealership, liability coverage provided by this agreement for any auto:

- you own or hold for sale or lease; and
- that is operated by a protected person with your permission while such protected person's auto is being repaired or evaluated;

is excess over any other collectible insurance if such protected person has liability insurance providing limits of at least:

- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

### Other Terms

All other terms of your policy remain the same.

STP00024

## WHAT TO DO IF YOU HAVE A LOSS

**This form applies if:**

* your policy provides any property or other first-party protection and there's a loss that may be covered under that protection; or

* your policy provides any liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection.

Coverage under your policy may be affected by any failure to fulfill any of the duties described in this form.

However, neither this form, nor any of these duties, change or eliminate any coverage condition or requirement, or exclusion or other coverage limitation, anywhere in the rest of your policy, such as:

* a specific coverage trigger, reporting, notice, or knowledge condition or requirement; or

* an exclusion or other coverage limitation that's based, all or in part, on knowledge.

This form and the rest of your policy should be read carefully to determine:

* the extent of the coverage provided by your policy; and

* the rights and duties of you and any other person or organization protected under your policy.

| Table of Contents | Page |
|---|---|
| If Your Policy Provides Property Or Other First-Party Protection | 1 |
| If Your Policy Provides Liability Protection | 2 |
| When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |
| When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |

### If Your Policy Provides Property Or Other First-Party Protection

If your policy provides property or other first-party protection and there's a loss that may be covered under that protection, you must do all of the following in connection with that loss:

1. As soon as possible, tell us or one of our authorized representatives what happened. Include all of the following information:

   * The time, place, and specific nature of the loss.

   * The cause, or likely cause, of the loss.

   * A description of the property involved.

   * The name and address of each person known to be a witness.

   Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

   **1-800-STPAUL1
   (1-800-787-2851)**

   Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

   **www.stpaultravelers.com**

2. Promptly notify the police if a law may have been broken.

3. Do what is reasonable and necessary to protect covered property from further damage or loss. Keep a record of any expenses you incur in taking such action for our possible consideration in any settlement of the loss.

4. Separate damaged property from undamaged property, if feasible, to enable examination by us.

   At our request, make an inventory of damaged or lost property and mail, deliver, or otherwise give that inventory to us.

5. Cooperate with us in the investigation, or any settlement, of the loss.

   Allow us, whenever we reasonably require, to:

   * inspect property involved in or proving the loss;

STP00025

- examine, and make copies of, your financial books and records relating to the loss; and
- take samples of property, whether damaged or undamaged, for analysis or testing.

6. Allow us to examine you, or any other person or organization protected under your policy, while:

- under oath; and
- not in the presence of any other person protected under your policy.

We may do this, whenever we reasonably require, about any matter relating to:

- your property or other first-party protection;
- the loss; or
- your financial books and records relating to the loss.

All persons or organizations protected under your policy that are examined in this manner must sign a copy of their responses.

7. Within 60 days after our request, you must mail, deliver, or otherwise give to us a signed, sworn proof of loss, using a form supplied by us that provides the information we need to consider whether the loss is covered by your policy.

Within 30 days after we reach agreement with you on what we owe for a covered loss, we'll pay that amount.

## If Your Policy Provides Liability Protection

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense, or omission, tell us or one of our authorized representatives what happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.

Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense, or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

1-800-STPAUL1
(1-800-787-2851)

Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

www.stpaultravelers.com

However, neither we nor any of our authorized representatives need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

3. As soon as possible after receiving them, mail, deliver, or otherwise give to us a copy of:

- all written demands made; and
- all legal documents relating to any suit brought;

against you or any other person or organization protected under your policy.

4. Cooperate with and, when requested, assist us in:

- securing and giving evidence;

STP00026

● 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help us investigate or settle, or defend a person or organization protected under your policy against, a claim or suit.

5. Not assume any financial obligation or pay out any money, other than for first aid given to others at the time of an accident, without our consent.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that

accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

STP00027

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government;
- director or executive officer if it's a corporation or an other organization;
- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and
- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

STP00028

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**MULTIPLE SELF-INSURED RETENTIONS ENDORSEMENT**

This endorsement changes your policy.

## How Coverage Is Changed

The following is added.  This change limits the number of self-insured retentions you'll be responsible for paying when two or more of those retentions apply to the same injury, damage, or loss.  This change broadens coverage.

**How multiple self-insured retentions apply to the same injury, damage, or loss.**  If two or more self-insured retentions in this policy apply to the same amounts for covered injury, damage, or loss, you'll only be responsible for paying the largest of those retentions.

## Other Terms

All other terms of your policy remain the same.

STP00029

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

**PUBLIC SECTOR SERVICES**
**SELF-INSURED RETENTIONS ENDORSEMENT —**
**LIABILITY — GENERAL RULES AND**
**WHAT TO DO IF YOU HAVE A LOSS**

This endorsement changes the General Rules
and What To Do If You Have A Loss forms
attached to your policy. These changes apply
only to each liability protection that is
subject to one or more self-insured
retentions.

## How Coverage Is Changed

This policy includes one or more liability
self-insured retentions. The three changes
explained below apply only to each liability
protection that is subject to one or more
self-insured retentions.

1. The following replaces the Recovering
   Damages From A Third Party section of
   your General Rules.

   **Recovering Damages From A Third Party**

   You or other persons or organizations
   protected under your policy may also be
   able to recover from others all or part
   of a liability loss for which we make a
   payment. Any such right of recovery,
   and the proceeds of any settlement or
   judgment that may result from the
   exercise of that right, belongs to us. For
   that reason, you and all other persons
   and organizations that:

   - are protected under your policy; and
   - are, or may be, involved in a liability
     loss for which we make, or may make,
     a payment;

   must do all that's possible after the loss
   to:

   - preserve for us any such right of
     recovery or any such proceeds; and
   - cooperate with us in any attempt to
     exercise any such right of recovery.

   However, before any loss, you or any
   other person or organization protected
   under your policy may waive its right of
   recovery for the loss without our
   consent.

   **Division of recovery.** Any amount
   recovered will be divided as follows:

   1. First, you, and any other person or
      organization protected under your
      policy, or any other insurer who paid
      amounts in excess of the limits of

   coverage under this policy will be
   reimbursed for the actual amount paid.

   2. Next, we will be reimbursed for any
      payments we have actually made.

   3. Then, if any amount remains, you,
      any other person or organization
      protected under your policy or any
      other insurer who paid amounts below
      the limits of coverage for this policy
      will be reimbursed for the actual
      amount paid.

   **Recovery expenses.** The expenses incurred
   in obtaining a recovery from someone
   other than us will be divided in the same
   ratio as the recovery is shared.
   However, if we bring proceedings on our
   own to try to obtain a recovery and we
   fail to do so, we'll pay all the expenses
   of those proceedings.

2. The following replaces the If Your Policy
   Provides Liability Protection section of
   your:

   - What To Do If You Have A Loss form;
     or
   - General Rules, if it contains a What To
     Do If You Have A Loss section.

   **If Your Policy Provides Liability Protection**

   If your policy provides liability
   protection and there's an accident, act,
   error, event, incident, offense, or
   omission that may result in damages or
   other amounts which may be covered
   under that protection, you or any other
   person or organization protected under
   your policy must do all of the following
   in connection with that accident, act,
   error, event, incident, offense, or
   omission:

   1. As soon as possible after having
      knowledge of the accident, act, error,
      event, incident, offense or omission,
      tell your claim handling service what

STP00030

Endorsement

happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.  Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Tell us what happened as soon as possible if the accident, act, error, event, incident, offense or omission will likely result in a payment of:

- damages that is at least 50% of any applicable self-insured retention which applies to damages only; or
- damages and defense expenses that total at least 50% of any applicable self-insured retention which applies to damages and defense expenses.

This notice must include all of the information described above.

However, we do not need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Tell us as soon as possible of any accident, act, error, event, incident, offense, or omission involving:
   - death;
   - brain damage;
   - skull fracture;
   - neurological sensory or systemic deficits;
   - paralysis with or without paraplegia or quadriplegia;
   - loss of eyesight;
   - third degree burns;

- traumatic loss of or surgical amputation of limb; or
- actual or alleged sexual abuse.

Also tell us as soon as possible of:
- any suit against you or any other person or organization protected under your policy that seeks certification as a class action or has been certified as a class action; or
- any claim or suit that seeks extra-contractual or punitive damages, even if they aren't covered under this policy.

3. Tell us when the combined total of all accidents, acts, errors, events, incidents, offenses, or omissions in a policy year will likely result in payments of:
   - damages that are at least 50% of any total retention which applies to damages only; or
   - damages and defense expenses that total at least 50% of any total retention which applies to damages and defense expenses.

4. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

5. As soon as possible after receiving them, mail, deliver, or otherwise give to:
   - your claim handling service a copy of all written demands made; and
   - your claim handling service and us a copy of all legal documents relating to any suit brought;
   
   against you or any other person or organization protected under your policy.

6. Cooperate with and assist your claim handling service, and us if we choose to defend, in:
   - securing and giving evidence;
   - attending hearings and trials;
   - obtaining the attendance of witnesses; and
   - taking other reasonable steps to help with the investigation or settlement of, or the defense of a person or organization protected under your policy against, a claim or suit.

STP00031

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

7. Not assume any financial obligation or pay out any amount without our consent. However, we won't apply this rule to:

- any financial obligation or amounts paid for first aid given to others at the time of an accident; or
- amounts you pay within any self-insured retention.

*Your claim handling service* means the individual or organization that's approved by us and provides claims services for you. We won't consider your claim handling service to be us except when we are providing claims services for you under a separate written agreement to specifically provide such services.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, your claim handling service, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a

position in your insurance, risk management, or legal department; or

- employee, or authorized person, with a duty given by you to tell us, your claim handling service, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or

STP00032

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government;
- director or executive officer if it's a corporation or an other organization;
- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and
- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;
- member or manager if it's a limited liability company;

- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

3. The following is added to your:
   - What To Do If You Have A Loss form; or
   - General Rules, if it contains a What To Do If You Have A Loss section.

This change adds rules that apply when your claim handling service is a person or organization other than us.

**Additional Rules**

**Approval of your claim handling service.** You may not change or terminate your claim handling service without our written approval.

**Quarterly claim summaries.** Every ninety days starting from the date your policy begins, unless we agree in writing to a different schedule, you agree to mail, deliver, or otherwise give to us a summary of all open and closed claims and suits handled by your claim handling service. For each claim or suit, the summary must include the following information:

- The name of the claimant.
- A detailed description of the accident, act, error, event, incident, offense, or omission that is the subject of the claim or suit.
- A detailed description (including categories and amounts) of the damages and any other amounts sought in the claim or suit.
- The current status of the claim or suit, including whether it is closed or in litigation, arbitration, or any other alternative dispute resolution proceeding.
- The date the claim or suit was reported to your claim handling service.
- The name, address, and telephone number of any defense counsel.
- The amount of defense expenses incurred by you as of the date of the summary.
- The name and telephone number of the person at your claim handling service

STP00033

● 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

who has responsibility for handling the claim or suit.

If your policy is cancelled or not renewed for any reason, you must provide us with an updated claim summary on or before the date of cancellation or non-renewal.

You must continue to provide us with claim summaries until we notify you in writing of our determination that we no longer need them, even if your policy is cancelled or not renewed.

**Claim audits.** You agree to let us conduct claim audits at our discretion during normal business hours after we provide you with reasonable notice of our intent to conduct such audits.

During a claim audit, you must provide us with access to all of your paper and electronic files and records regarding any open or closed claim or suit handled by your claim handling service, even if the claim or suit probably won't result in payments by you that exceed any self-insured retention that applies.

**Other Terms**

All other terms of your policy remain the same.

STP00034

The St.Paul

**PROPERTY PROTECTION COVERAGE SUMMARY**

---

| Description and location of covered property |
|---|

---

**Item 001**

BLANKET BUILDING AND PERSONAL PROPERTY PER THE
STATEMENT OF VALUES ON FILE WITH THE COMPANY.

---

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| BLANKET Building | $116,413,953 Agreed Amount Coinsurance 100% | RC | See Location Schedule |
| BLANKET Business Personal Property | Incl W Bldg Agreed Amount Coinsurance 100% | RC | See Location Schedule |

**Business Income**

**Blanket Earnings And Expenses**

Your Property Protection deductible per event is $250 unless another amount is shown here:   $75,000.

---

| Additional Coverages |
|---|

---

| | LIMIT OF COVERAGE | VALUATION | THEFT COVERAGE |
|---|---|---|---|
| BLANKET SPECIAL CLASS | Incl Above Agreed Amount Coinsurance 100% | RC | See Location Schedule |

---

| Name of Insured CITY OF WAUKEGAN | Policy Number GP06301927 Processing Date 11/16/06  12:55  001 | Effective Date 11/01/06 |
|---|---|---|

STP00035

The St.Paul

## BLANKET OPTIONS

Agreed Amount expiration date:   11/01/07.

STP00036

©St.Paul Fire and Marine Insurance Co.1996

The St.Paul

LOCATIONS INCLUDED IN BLANKET

---

Item 001-001


410 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-002


420 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-003


412 ROBERT SABJOIAN PLACE
POLICE GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

STP00037

---

The **St.Paul**

Item 001-004

416 N. LEWIS AVENUE
WEST SIDE FIRE STATION #3
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-005

216 N. LEWIS AVENUE
GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-006

825 GOLF ROAD
NORTHSIDE FIRE STATION #4
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

STP00038

The St.Paul

Item 001-007

825 GOLF ROAD
GARAGE
WAUKEGAN, IL   60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-008

SEAHORSE DRIVE
WATER & SEWER
WAUKEGAN, IL   60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-009

SEAHORSE DRIVE
STORAGE
WAUKEGAN, IL   60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-010

SEAHORSE DRIVE
BACKWASH TREATMENT PLANT
WAUKEGAN, IL   60085

STP00039

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | Processing Date 11/16/06   12:55   001 | |

The **St.Paul**

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-011

360 SEAHORSE DRIVE
WATER TREATMENT PLANT
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-012

10TH & ELMWOOD
PUMP STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-013

KELLER & CATALPA
TOWER
WAUKEGAN, IL  60085

---

©St.Paul Fire and Marine Insurance Co. 1986

The St.Paul

BUILDING OPTIONS:

    Theft Applies

SPECIAL CLASS OPTIONS:

TOWER

    Theft Applies

---

Item 001-014

NORTH AVENUE
STORAGE TANK
WAUKEGAN, IL  60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

    Theft Applies

---

Item 001-015

GOLFMOOR AVENUE
PUMP STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-016

GOLFMOOR AVENUE                                                    STP00041
RESERVOIR
WAUKEGAN, IL  60085

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | Processing Date 11/16/06  12:55   001 | |

42563 Rev.7-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1986          Coverage Summary          Page   7  of  24

**The St.Paul**

BUILDING OPTIONS:

    Theft Applies

SPECIAL CLASS OPTIONS:

RESERVOIR

    Theft Applies

---

Item 001-017

30 N. SHERIDAN
PARKING GARAGE E
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-018

N. SEAHORSE
PINIC SHELTER
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-019

N. SEAHORSE
PARKING LOT
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

The St.Paul

Theft Applies

---

Item 001-020

BEECHNUT AVENUE
PUMP STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-021

BEECHNUT AVENUE
RESERVOIR
WAUKEGAN, IL  60085

SPECIAL CLASS OPTIONS:

RESERVOIR

    Theft Applies

---

Item 001-022

8TH STREET
STORAGE TANK
WAUKEGAN, IL  60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

    Theft Applies

STP00043

---

The St.Paul

Item 001-023


DELANEY ROAD
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-024


OAKCREST
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-025


HICKORY HILLS
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-026


LAKEHURST
SEWER LIFT STATION
WAUKEGAN, IL  60085

STP00044

The St.Paul

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-027

MARKET STREET
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-028

LAKEFRONT
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-029

SHOOTING RANGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-030

STP00045

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| CITY OF WAUKEGAN | Processing Date 11/16/06  12:55  001 | |

42563 Rev.7-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1986

Coverage Summary

Page  11  of  24

The St.Paul

1101 BELVIDERE
CENTRAL FIRE STATION #1
WAUKEGAN, IL 60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-031

1101 BELVIDERE
FIRE STATION SHED
WAUKEGAN, IL 60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-032

1700 MCAREE
PUBLIC WOKS GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-033

1700 MCAREE
COLD STORAGE
WAUKEGAN, IL 60085

STP00046

©St.Paul Fire and Marine Insurance Co.1986

The St.Paul

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-034

1700 MCAREE
SALT DOME
WAUKEGAN, IL   60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-035

1700 MCAREE
FUEL PUMP SHELTER
WAUKEGAN, IL   60085

BUSINESS PERSONAL PROPERTY OPTIONS:

    Theft Applies

---

Item 001-036

1698 MCAREE
ANIMAL SHELTER
WAUKEGAN, IL   60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

STP00047

    Theft Applies

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| CITY OF WAUKEGAN | Processing Date 11/16/06   12:55   001 | |

42563 Rev.7-96 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1986

Page  13  of  24

The **St.Paul**

---

Item 001-037

**CLAYTON/GENESSEE**
**PARKING LOT #1**
**WAUKEGAN, IL   60085**

**BUILDING OPTIONS:**

Theft Applies

---

Item 001-038

**CLAYTON/GENESSEE**
**MEMORIAL PARK**
**WAUKEGAN, IL   60085**

**BUSINESS PERSONAL PROPERTY OPTIONS:**

Theft Applies

---

Item 001-039

4505 W. MCGAW ROAD
FIRE STATION #2
WAUKEGAN, IL   60085

**BUILDING OPTIONS:**

Theft Applies

**BUSINESS PERSONAL PROPERTY OPTIONS:**

Theft Applies

---

Item 001-040

4505 W. MCGAW ROAD

STP00048

---

©St.Paul Fire and Marine Insurance Co. 1986

The St Paul

WATER STORAGE TANK
WAUKEGAN, IL  60085

SPECIAL CLASS OPTIONS:

WATER STORAGE TANK

    Theft Applies

---

Item 001-041


3221 N. GREENBAY ROAD
FIRE STATION #5
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

  . Theft Applies

---

Item 001-042


100 MADISON STREET
NEW SUM BUILDING
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

---

Item 001-043


201-215 N. GENESSEE
BUILDING & THEATER
WAUKEGAN, IL  60085

BUILDING OPTIONS:

STP00049

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | Processing Date 11/16/06  12:55  001 | |

The St.Paul

Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

Theft Applies

---

Item 001-044

1250 W. KEITH
WAUKEGAN, IL  60085

BUILDING OPTIONS:

Theft Applies

---

Item 001-045

100 N. MLK JR. DRIVE
CITY HALL
WAUKEGAN, IL  60085

BUILDING OPTIONS:

Theft Applies

BUSINESS PERSONAL PROPERTY OPTIONS:

Theft Applies

---

Item 001-046

225 N. COUNTY STREET
PARKING GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

Theft Applies

---

STP00050

The St.Paul

Item 001-047

621 LAKEHURST
PUMP STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

    Theft Applies

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| --- | --- | --- |
| CITY OF WAUKEGAN | Processing Date 11/16/06  12:55  001 | |

42563 Rev.7-96 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1986                              Page  17  of  24

The St.Paul

STP00052

©St.Paul Fire and Marine Insurance Co. 1986

The St.Paul

**Description and location of covered property.**

Item 002

BLANKET EARNINGS AND EXTRA EXPENSE
PER THE STATEMENT OF VALUES ON FILE WITH
THE COMPANY.
WAUKEGAN, IL  60085

|  | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| **Building** | | | |
| **Business Personal Property** | | | |
| **Business Income** | | | |
| **Blanket Earnings And Expenses** | $5,000,000 | | Yes |

Your separate deductible per event for Blanket Earnings and Expense is shown
here:        $0.

STP00053

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | Processing Date 11/16/06  12:55   001 | |

The St. Paul

©St.Paul Fire and Marine Insurance Co. 1986

**PROPERTY PROTECTION COVERAGE SUMMARY —
CONTINUED**                                                  The **StPaul**

| Description and location of covered property. |
| --- |

| Item | |
| --- | --- |
| 001 | Blanket Building And Personal Property Per The Statement Of Values On File With The Company. |

|  | Limit Of Coverage | Valuation | Theft Coverage |
| --- | --- | --- | --- |
| BLANKET Building | $116,413,953 Agree Amount Coinsurance 100% | RC | See Location Schedule |
| BLANKET Business Personal Property | $Incl W Bldg Agree Amount Coinsurance 100% | RC | See Location Schedule |
| Business Income | $ | | |
| Blanket Earnings And Expenses | $ | | |

*Your Property Protection deductible per event is $250 unless another amount is shown
here:*   $100,000

| Additional Coverages | | | |
| --- | --- | --- | --- |
|  | Limit Of Coverage | Valuation | Theft Coverage |
| Blanket Special Class | Incl Above Agreed Amount Coinsurance 100% | RC | See Location Schedule |

STP00055

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| --- | --- | --- |
| CITY OF WAUKEGAN | | Processing Date 11/16/06   12:55   001 |

The St.Paul

### BLANKET OPTIONS

Agreed Amount expiration date:  11/01/07.

STP00056

 ©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY —**
**CONTINUED**

The **StPaul**

| Description and location of covered property. |
| --- |

Item
002

Blanket Earnings And Extra Expense
Per The Statement Of Values On File With The Company.

| | Limit Of Coverage | Valuation | Theft Coverage |
| --- | --- | --- | --- |
| Building | $ | | |
| Business Personal Property | $ | | |
| Business Income | $ | | |
| Blanket Earnings And Expenses | $5,000,000 | | Yes |

*Your Property Protection deductible per event is $250 unless another amount is shown*
*here:*  100,000

| Additional Coverages |
| --- |

STP00057

| | | |
| --- | --- | --- |
| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

© St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved          Page  23 of  24

The St.Paul

STP00058

©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

## PROPERTY PROTECTION COVERAGE SUMMARY CONTINUED — EQUIPMENT BREAKDOWN COVERAGE

The St.Paul

This Coverage Summary shows the limits and extent of your Equipment Breakdown Coverage.

### Covered Locations

Loc. No.

> Per most recent Statement of Values or other similar document on file with the Comapny.

### Additional Coverage Limits

| Coverage | Limit |
|---|---|
| Expediting Expenses | $ 250,000 |
| Pollution Cleanup And Removal | $ 250,000 |
| Spoilage | $ 250,000 |

### Optional Coverages

☐ Business Income

☒ Blanket Earnings And Expenses

☐

### Deductible

Your deductible shown in the Property Protection Coverage Summary applicable to property damage, business income or blanket earnings and expense applies to loss under Equipment Breakdown Coverage unless a specific deductible is shown below.

$                     Hours                     Days                     times ADV

Blanket Earnings And Expenses Limit Of Coverage: $1,000,000

STP00059

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

F0231 Ed. 4-99 Printed in U.S.A.          Coverage Summary
St. Paul Fire and Marine Insurance Co.1999 All Rights Reserved          Page   1

The St.Paul

**Other Conditions**

STP00060

©St Paul Fire and Marine Insurance Co.1999 All Rights Reserved

**FLOOD OR SURFACE WATER COVERAGE SUMMARY**


**ST PAUL TRAVELERS**

This Coverage Summary shows the covered locations to which your flood or surface water coverage applies, as well as the limits of coverage and deductibles that apply to that coverage.

**Flood or surface water combined total limit.**

$10,000,000

☒ Includes time element coverage.

☐ Excludes time element coverage.

**Covered Locations**

The flood or surface water additional coverage applies to locations as indicated below with an "X".

☒ All scheduled locations, except for those listed on the Flood Schedule Of Locations as excluded locations to which the additional coverage doesn't apply.

☐ Only the locations listed on the Flood Schedule Of Locations.

**Excluded Locations**

If "All Scheduled Locations" is indicated above with an "X", the flood or surface water additional coverage does not apply as indicated with an "X" below.

☒ All locations in any Federal Emergency Management Agency (FEMA) flood zone indicated below with an "X":

☒ Any FEMA zone 'A',
☐ Any FEMA zone 'B/shaded X', or
☒ Any FEMA zone 'V'
☐ Any FEMA zone 'D'

☐ To flood excluded locations listed on the Flood Schedule Of Locations.

**Flood Deductible**

☒ $100,000                    %
The greater of      % or $

STP00061

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

F0406 Ed. 12-04                    Coverage Summary

**Flood Schedule Of Locations**

Loc. No.                              Address          Each location limit*          Deductible

*This each location limit is subject to, and included within the Flood or surface water combined total limit.

**Flood Excluded Locations**

Loc. No.      Address

STP00062

F0406 Ed. 12-04 Printed in U.S.A.

**EARTHQUAKE OR VOLCANIC ERUPTION COVERAGE SUMMARY**



This Coverage Summary shows the covered locations to which your earthquake or volcanic eruption coverage applies, as well as the limits of coverage and deductibles that apply to that coverage.

**Earthquake or volcanic eruption combined total limit.**

$10,000,000

☒ Includes time element coverage.

☐ Excludes time element coverage.

**Covered Locations**

The earthquake or volcanic eruption additional coverage applies to locations as indicated below with an "X".

☒ All scheduled locations, except for those listed on the Earthquake Schedule Of Locations as excluded locations to which the additional coverage doesn't apply.

☐ Only the locations listed on the Earthquake Schedule Of Locations.

**Excluded Locations**

If "All Scheduled Locations" is indicated above with an "X", the earthquake or volcanic eruption additional coverage does not apply to the excluded locations listed on the Earthquake Schedule Of Locations.

**Earthquake Or Volcanic Eruption Deductible**
Applies as indicated below with an "X". This deductible applies to all scheduled locations if "All Scheduled Locations" is indicated above with an "X".

☒ Subject to a $100,000 deductible, except for coverage locations listed on the Earthquake Schedule Of Locations for which a different deductible is shown.

☐ Subject to a     % deductible, except for coverage locations listed on the Earthquake Schedule Of Locations for which a different deductible is shown.

☐ Subject to a     % deductible or a $     deductible, whichever is greater, except for coverage locations listed on the Earthquake Schedule Of Locations for which a different deductible is shown.

STP00063

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

F0408 Ed. 12-04                                      Coverage Summary
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page  1

**Earthquake Schedule Of Locations**
Loc. No.                          Address          Each location limit∗          Deductible

∗This each location limit is subject to, and included within the Earthquake or volcanic eruption combined total limit.

**Earthquake Excluded Locations**

Loc. No.      Address

STP00064

F0408 Ed. 12-04 Printed in U.S.A.
− 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

# THE ST. PAUL PROPERTY PROTECTION

We've designed this agreement to protect against a variety of property losses. There are limitations and they are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Covered Causes Of Loss | 2 |
| Property Covered | 2 |
| Building Coverage | 2 |
| Business Personal Property Coverage | 2 |
|    Improvements coverage. | 3 |
|    Burglary damage to buildings. | 3 |
| Property Covered Only If Described | 3 |
| Property Covered For Limited Amounts | 3 |
| Property Not Covered At All | 4 |
| | |
| **Additional Coverages** | 4 |
| Debris Removal Coverage | 4 |
| Preservation Of Property Coverage | 5 |
| Undamaged Portion Of The Building | 5 |
| | |
| **Where We'll Cover** | 5 |
| | |
| **Additional Benefits** | 5 |
| Accounts Receivable | 5 |
| Computers | 6 |
| Demolition And Increased Cost Of Construction | 6 |
| Extra Expense | 6 |
| Fine Arts | 7 |
| Fire Department Service Charge | 7 |
| Inventory And Appraisals | 7 |
| Money And Securities | 7 |
| Newly Acquired Property | 7 |
| Other People's Property | 8 |
| Outdoor Property | 8 |
| Personal Belongings | 8 |
| Pollution Cleanup And Removal | 8 |
| Property In Transit | 8 |
| Random Attack – Hacking Event Or Computer Virus | 9 |
| Sewer Backup | 9 |
| Temporary Location | 9 |
| Valuable Records Research | 9 |
| | |
| **Exclusions – Losses We Won't Cover** | 10 |
|    Acts or decisions. | 10 |
|    Boilers. | 10 |
|    Collapse. | 10 |
|    Contamination. | 11 |
|    Defects or errors. | 11 |
|    Disappearance. | 11 |
|    Dishonesty. | 11 |
|    Earth movement. | 11 |
|    Electrical damage. | 11 |
|    Governmental action. | 12 |
|    Indirect loss. | 12 |
|    Mechanical breakdown. | 12 |
|    Nuclear activity. | 12 |
|    Ordinances, regulations, or laws. | 12 |
|    Planning, design, materials, maintenance. | 12 |
|    Pollution. | 12 |
|    Property outside of buildings. | 13 |
|    Random attack – hacking event or computer virus. | 13 |
|    Seepage or leakage. | 13 |
|    Settling, smog. | 13 |
|    Utility failure. | 13 |
|    Voluntary surrender. | 13 |
|    War. | 13 |
|    Water. | 14 |
|    Wear, tear, deterioration, animals. | 14 |
|    Weather conditions. | 14 |
| | |
| **Exclusion Exceptions** | 14 |
| | |
| **Rules For Loss Adjustment** | 15 |
| How Your Property Is Valued | 15 |
|    Property insured on an actual cash value basis. | 15 |
|    Property insured on a replacement cost basis. | 15 |
|    Rules for valuing special property. | 16 |
| Deductible | 17 |
| Coinsurance Rule | 17 |
|    What's the minimum amount? | 17 |
|    How the rule works. | 18 |
| Other Insurance | 18 |
| Adjusting Losses | 18 |
| Who We'll Pay For Loss To Business Personal Property | 18 |
| If Your Building Is Mortgaged | 18 |
|    Rights and duties of mortgageholders. | 19 |
|    Transfer of mortgageholder's right to us. | 19 |
|    Cancellation notice to mortgageholder. | 19 |
|    Nonrenewal notice to mortgageholder. | 19 |
| | |
| **Other Rules For This Agreement** | 19 |
|    Maintaining your coverage. | 19 |
|    Insurance for your benefit. | 19 |
|    Buildings that are vacant. | 19 |
|    Construction or repairs. | 19 |
|    Unintentional errors and omissions. | 19 |
|    Preserving your rights. | 20 |

STP00065

## What This Agreement Covers

The description of property covered, the limit of coverage, and other applicable terms and conditions are shown in the Coverage Summary.

### Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as indicated in the Exclusions – Losses We Won't Cover section.

### Property Covered

In the following sections, we explain what is included under the building and business personal property coverages. The Coverage Summary will indicate which coverages you have purchased under this policy.

### Building Coverage

We'll cover your financial interest in the covered building or structure. While at the same location, we'll also cover:

- machinery and equipment that are a permanent part of a covered building and are used to provide building services such as elevators and heating equipment.

- fixtures or yard fixtures such as lampposts and flagpoles.

- property which you own and use to service or maintain a covered building or structure or its premises. But your building coverage doesn't apply to property that you, as a landlord, use to furnish apartments or rooms in your covered building.

- construction materials, supplies, and equipment that you intend to use to alter, repair, or expand a covered building. During construction, we'll cover these materials at a covered location or in the open within 1,000 feet of it. We'll also cover any temporary structures at a covered location.

### Business Personal Property Coverage

We'll cover your business personal property while:

- in or on a building described in the Coverage Summary.

- in the open or in vehicles in the open within 1,000 feet of a covered location.

*Business personal property* means things you own or have a financial interest in such as stock, furniture, fixtures, machinery, equipment, computer hardware, software, data, prototypes, supplies, and other movable items and all other personal property owned by you and used in your business.

*Stock* means merchandise held in storage or for sale, raw materials and in-process or finished stock. It also includes supplies used in packing or shipping.

*Covered location* means any of the following:

- locations scheduled or described in the Coverage Summary;

- new locations as described in the newly acquired property additional benefit; or

- temporary locations as described in the temporary location additional benefit.

Business personal property may include personal property used in your business that's leased from others when you are contractually required to insure it and its value is included in your business personal property limit of coverage.

Your business personal property coverage also includes the value of materials, labor, and other services you've expended on other people's property. For example:

*You run a TV repair shop. A customer's TV is destroyed in a fire at your shop. You have already worked on it and replaced several parts. You even had to go across town to get one part. We cover the value of your labor, the parts you replaced, and your expense in obtaining the part across town. But we won't cover the value of the customer's TV under business personal property coverage except as explained below.*

There is limited coverage for other people's property in the Additional Benefits section.

STP00066

**Improvements coverage.** If you're a tenant at a covered location, your business personal property coverage can also apply to improvements that you make to a building.

*Improvement* means a permanent alteration or addition that can't legally be removed.

If you pay for an improvement, and none of the payment is part of your rent, we'll cover the value of your right to use the improvement.

The limit of coverage for business personal property is the most we'll pay for all loss to your business personal property and improvements. However, we won't pay for loss to your improvement if someone other than you pays to repair or replace it.

**Burglary damage to buildings.** If you are a tenant at a covered location, your business personal property coverage can also cover direct loss or damage caused by burglary or attempted burglary to that part of the building you occupy. To be covered, you must be legally responsible for the damage.

*Burglary* means the taking of property from inside your building by a person unlawfully entering or leaving the building as evidenced by marks of forcible entry or exit.

This protection is included in the limit of coverage for business personal property at the location where the damage occurs.

**Property Covered Only If Described**

We won't cover the following property, unless its described in the Coverage Summary:

- property of others in your care, custody, and control. But this won't apply to property of others insured under the other people's property additional benefit. Nor will it apply to property leased from others when you're contractually obligated to insure it and its value is included in your business personal property limit of coverage.

- household or personal effects in living quarters occupied by you, your officers, directors, stockholders, partners, or relatives of any of these, except for the coverage provided in the Additional Benefits section.

- self-propelled land vehicles and other vehicles designed for use on public roads

such as cars, trucks, and trailers whether licensed or not. But we'll cover motorized equipment that is used mainly at the covered location and isn't licensed for use on public roads such as lawnmowers, tractors, and forklifts.

- outdoor signs, other than those attached to buildings.

- outdoor trees, plants and shrubs, not held for sale except for the coverage provided in the Additional Benefits section.

- pilings, piers, docks, wharves, and bulkheads.

- retaining walls that aren't part of a covered building.

- fences, except for the coverage provided in the Additional Benefits section.

- walks, roadways, and other paved surfaces.

- the cost of excavations, grading, or filling.

- foundations that are below the basement floor, or below ground level if there is no basement. Foundations include those for boilers, engines, and other machinery.

- underground tanks, flues, pipes or drains, and their contents.

- watercraft, while not on water, including motors, equipment, and accessories.

**Property Covered For Limited Amounts**

The following property is covered for limited amounts for loss or damage by theft. Higher limits may be purchased. If so, the revised limit will be shown in the Coverage Summary.

*Fur.* The most we'll pay for loss or damage to fur or fur garments in any one theft is $5,000.

*Jewelry.* The most we'll pay for loss or damage to jewelry, watches, watch movements, pearls, precious and semi-precious stones, in any one theft is $5,000. But this limitation doesn't apply to jewelry and watches valued at less than $100 per item.

*Precious metals.* The most we'll pay for loss or damage to precious metals like gold, silver, or platinum in any one theft is $10,000.

STP00067

## Property Not Covered At All

We won't cover the following property under this agreement:

- aircraft, satellites, and spacecraft;
- live animals, birds, and fish;
- contraband, or property in the course of illegal transportation or trade;
- watercraft including motors, equipment, and accessories while on water;
- lawns, land, land value, land restoration, and growing crops, including standing timber;
- water;
- money, lottery tickets, food stamps, securities, deeds, accounts, bills, notes, and other evidence of debt, except for the coverage provided in the Additional Benefits section;
- property you've sold on installment or other deferred payment basis after it's been delivered to the customer; or
- transmission and communication lines you own or have a financial interest in other than those held as inventory.

## Additional Coverages

The following coverages are included when either building or business personal property coverages have been purchased and are shown in the Coverage Summary. Unless otherwise indicated, these coverages are not in addition to the limits of coverage for building or business personal property shown in the Coverage Summary.

## Debris Removal Coverage

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing the debris of damaged covered property.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss or damage includes any deductibles you pay. If debris removal costs exceed the 25%, or if the total amount of loss paid and debris removal costs combined exceed the limit of coverage that applies, we'll also pay up to an additional $10,000 for debris removal per location in each event. For example:

*A fire causes a combined loss of $50,000 to your building and business personal property. The combined limits of coverage for the damaged building and business personal property are $100,000. Because of pollutants in the debris, the debris removal costs total $15,000. Here's how we'll determine what we'll pay for the debris removal costs.*

*Paid loss of $50,000 (which includes your deductible) x 25% = $12,500, the debris removal limit for this loss. Since the debris removal costs of $15,000 exceed the $12,500 limit, the additional $10,000 debris removal coverage will pay the remaining $2,500 debris removal cost. In this example, we would pay the full $15,000 of debris removal costs. However if the debris removal cost had been $30,000 we would only pay $12,500 + $10,000 for a total of $22,500.*

A higher additional limit may be purchased. If so, the revised limit will be shown in the Coverage Summary.

We won't pay for any undamaged property which must be removed because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

For example:

*A fire damages your building, including a section of the ceiling. The ceiling is made of tiles containing asbestos. Because of the asbestos, local law requires that you replace the ceiling completely even though only a portion of the ceiling was damaged. We'll only pay the cost to remove the tiles damaged by the fire. We won't pay to remove the undamaged remainder of the ceiling because the law requires it.*

We won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below the surface of the ground. Limited coverage for pollution cleanup and removal is provided in the Additional Benefits section.

STP00068

We'll only pay debris removal expenses that are reported to us in writing within 180 days of the date of direct physical loss or damage to covered property.

The cost of removing debris won't be included when we apply the coinsurance rule.

## Preservation Of Property Coverage

We'll pay for any direct physical loss or damage to covered property that results when you're forced to remove it from a location endangered by a covered cause of loss. We'll cover the property while it's being moved to a safe place and continue your insurance for 30 days after the removal from the endangered location. We'll also cover this property while it's being returned to the covered location. But the total amount of insurance for all locations combined won't exceed the limit of coverage at the original location.

## Undamaged Portion Of The Building

If your covered building or improvements are damaged by a covered cause of loss, we'll pay for the loss in value of the undamaged portion of the covered building or improvement as the consequence of the enforcement of any ordinances or laws that:

- regulate the construction or repair of the damaged covered building or establish zoning or land use requirements at a covered location; or
- require the demolition of the undamaged parts of the covered building; and
- are in force at the time of the loss.

## Where We'll Cover

We'll cover property while in the United States, its territories and possessions, Canada, and Puerto Rico.

## Additional Benefits

All of the following additional benefits are in addition to the limits of coverage for building or business personal property. The limit for each additional benefit is shown in the Coverage Summary.

Unless otherwise restricted, these limits are applicable at any covered location. The limit for property in transit applies to covered property that is away from a covered location while in the course of transportation. The limit for temporary locations applies to covered property while away from a covered location, but not in the course of transportation.

Although applicable at any location, the indicated limit for any of these additional benefits is also the most that we will pay for loss or damage, regardless of the number of locations involved, that results from a single event such as a tornado or a hurricane.

These additional benefits do not extend to nor create a covered loss under any time element coverage attached to this insuring agreement. Time element coverages include any of the following:

- blanket earnings and expense;
- business income and extra expense;
- extra expense;
- business income from dependent properties;
- extra expense from dependent properties; or
- valued business income.

All other terms in this agreement apply to these additional benefits except for the coinsurance rule.

## Accounts Receivable

If you have business personal property coverage, we'll pay for the following costs that you incur due to direct physical loss or damage of your records of accounts receivable from a covered cause of loss:

- amounts your customers owe you but you can't collect because of loss or damage to your records;
- interest on any loan you have to take out because you can't collect your receivables, and need money while waiting for payment of your claim;
- extra collection costs, over and above your normal collection costs, that are made necessary because of loss or damage to your records; and
- expenses you reasonably incur to re-establish your records.

But we won't pay more than the additional benefit limit for accounts receivable shown in the Coverage Summary.

Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00069

**Computers**

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to computer hardware, software, and data which you own, lease, or rent from others or for which you are legally responsible while in a building at a covered location.

But we won't pay more than the additional benefit limit for computers shown in the Coverage Summary.

We'll pay the actual cost of reproducing lost or accidentally erased data, software, documentation, and source materials provided you can and do actually replace or reproduce them.

*Computer hardware* means a network of machine components capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape drives, printers, video display terminals, modems, personal computers, remote terminals, and air conditioning equipment used exclusively in computer operations.

*Software* means programs that are either purchased or written on a custom basis, which are regularly used with a computer system.

*Data* means facts, concepts, or instructions converted to a form useable in computer operations.

**Demolition And Increased Cost Of Construction**

If a covered building or improvement covered for replacement cost under this agreement is damaged by a covered cause of loss, we'll pay the costs necessary to demolish and clear the site of undamaged parts of such covered property as well as the increased costs of construction due to the enforcement of any ordinances or laws that:

- regulate the construction or repair of the damaged building or establish zoning or land use requirements at a covered location; or
- require the demolition of the undamaged parts of the building; and
- are in force at the time of the loss.

But we won't pay more than the demolition and increased cost of construction maximum per loss additional benefit limit shown in the Coverage Summary or 10% of the limit of insurance applicable to that covered building or improvement, whichever is less.

If a damaged building or improvement is covered under a blanket limit of insurance that applies to more than one building or item of property, the most we'll pay is the lesser of the demolition and increased cost of construction maximum per loss additional benefit limit shown in the Coverage Summary or 10% times the value of the damaged covered building or improvement as indicated in the statement of values or schedule.

This additional benefit does not apply to any costs due to an ordinance or law with which you were required to comply before the loss, even when the building was undamaged, and with which you did not comply.

This additional benefit does not apply to the costs associated with the enforcement of any ordinance or law which requires you or anyone else to:

- test for, monitor, cleanup;
- remove, contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

**Extra Expense**

We'll pay to help you maintain normal business operations following direct loss or damage by a covered cause of loss to covered property. We'll pay extra expenses that are over and above your normal operating costs and that are directly related to your covered loss.

But we won't pay more than the additional benefit limit for extra expense shown in the Coverage Summary.

We'll cover you from the date of the damage for as long as it should reasonably take to rebuild, repair, or replace your damaged covered property regardless of when this agreement ends.

We won't pay for loss of income. Nor will we pay for repairing, replacing, or restoring covered property or necessary papers,

STP00070

computer software, and records under this benefit.

### Fine Arts

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to your fine arts or the fine arts of others while in your care, custody, or control while in or on a building at a covered location or within 1,000 feet of it.

But we won't pay more than the additional benefit limit for fine arts shown in the Coverage Summary.

*Fine arts* mean antiques and objects of art of every nature and description.

### Fire Department Service Charge

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for fire department service charges you've agreed to pay by contract or agreement prior to loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

### Inventory And Appraisals

We'll pay for the cost of any inventory and appraisal that we require from you to determine the amount of direct physical loss or damage to covered property.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary. However, this benefit does not apply to costs incurred from an agent or broker's employee or representative. In addition, this benefit does not apply to costs incurred from a public adjuster or their employee or representative.

### Money And Securities

If you have business personal property coverage, we'll cover money and securities used in your business against direct physical loss or damage from theft, disappearance, or destruction. A separate limit applies for a covered loss that occurs:

- within a covered location or within a bank or savings institution; and
- away from a covered location en route to or from a bank or savings institution or within the living quarters of someone in charge of the property.

But we won't pay more than the additional benefit limits for money and securities shown in the Coverage Summary.

We'll consider all loss in connection with an actual or attempted dishonest or criminal act to be from one event, regardless of how many people committed the act.

*Money* means currency and coins used as legal tender, travelers checks, register checks, and money orders.

*Securities* means documents representing money or property, revenue stamps, other currently used stamps, tokens, tickets, and unused postage on meters, but not money.

*Property we won't cover.* We won't cover manuscript, records or account books.

### Newly Acquired Property

We'll pay for direct physical loss or damage to:

- new fixtures, alterations, or additions you add to a covered building;
- newly acquired buildings for use in your business; and
- newly acquired business personal property. But this benefit doesn't apply to stock at any location shown in the Coverage Summary, or to business personal property at a fair or exhibition.

But we won't pay more than the additional benefit limits for newly acquired property shown in the Coverage Summary.

Insurance under this newly acquired property benefit will end when any of the following first occurs:

- this policy or this agreement is canceled or expires.
- 180 days pass after you acquire the new property or begin installation or construction.
- you report the values of the newly acquired property to us.

STP00071

We will charge you additional premium from the day the property is acquired or installation or construction begins.

## Other People's Property

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to the personal property of others that's in your care, custody, or control while it's in or on a building at a covered location.

We'll also cover this property while in the open or in vehicles in the open within 1,000 feet of the covered location.

But we won't pay more than the additional benefit limit for other people's property shown in the Coverage Summary.

This benefit does not apply to property of your officers, partners, or employees.

## Outdoor Property

We'll pay for direct physical loss or damage to the following at a covered location when the loss is caused by fire, lightning, explosion, aircraft, civil disturbance, or riot:
- outdoor trees, shrubs, plants; and
- outdoor fences.

But we won't pay more than the additional benefit limit for outdoor property shown in the Coverage Summary.

This benefit doesn't apply to trees, shrubs, or plants grown commercially.

## Personal Belongings

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to personal belongings owned by you, your officers, your partners or members, your managers, or your employees at locations scheduled or described in the Coverage Summary.

We'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance. But we won't pay more than the additional benefit limit for personal belongings shown in the Coverage Summary.

## Pollution Cleanup And Removal

We'll pay for the cost to cleanup and remove pollution that is in the land or water at a covered location.

For example:

*A fire in your warehouse causes chemicals to run onto the ground and into a nearby river. You are required by law to cleanup the contaminated ground and water. We'll only pay to cleanup the contaminated land and water at your premises and only up to the limit that applies to this benefit. We won't pay anything for the cleanup of land or water away from your premises.*

We'll only pay for pollution cleanup and removal if:
- the discharge, dispersal, seepage, migration, release, or escape of the pollutants is caused by a covered cause of loss; and
- the cause of loss occurs during the policy period to covered property at a covered location.

This additional benefit does not apply to the costs to test for, monitor, or assess the existence, concentration, or effects of pollutants. But we will pay for testing which is performed in the course of extracting the pollutants from land or water.

To be covered, cleanup and removal costs must be reported to us in writing within 180 days of the date of direct physical loss or damage to covered property.

But we won't pay more than the additional benefit limit for pollution cleanup and removal shown in the Coverage Summary.

The limit shown in the Coverage Summary is the maximum we'll pay in any one annual policy period regardless of the number of losses that occur.

## Property In Transit

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to your business personal property or the property of others while in transit within the United States, its territories and

STP00072

42700 Rev. 7-01
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

possessions, Canada and Puerto Rico or between these places.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary.

This benefit doesn't apply to:
- theft from a vehicle you own, lease, or operate unless the property is taken from a locked area of the vehicle and there are visible signs of forced entry;
- property that is in the care of the U.S. Postal Service;
- property in the care of sales personnel; unless it is property you have sold or repaired or is being loaned for use and your sales personnel is delivering the property to your customer;
- property typically kept in vehicles that is used to repair or maintain property; or
- property that is sent by any electronic transmission.

### Random Attack – Hacking Event Or Computer Virus

We'll pay for direct physical loss or damage caused by a random attack by a hacking event or computer virus.

*Random attack* means the widespread attack, by a hacking event or computer virus, directed against the computer systems, software, data, or telecommunications systems of multiple organizations or persons who are not part of you, rather than solely at your computer systems, software, data, or telecommunications systems. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

*Hacking event* means an attack which allows unauthorized access or use of a computer or telecommunications system by electronically circumventing a security system or procedure.

*Computer virus* means a piece of code that is maliciously or fraudulently introduced into a computer or telecommunications system. Once introduced, the virus may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data or any computer application software, computer network, or computer operating system and related software.

But we won't pay more than the additional benefit limit for random attack – hacking event or computer virus shown in the Coverage Summary.

### Sewer Backup

We'll pay for direct physical loss or damage to covered property caused by water that backs up from a sewer or drain.

But we won't pay more than the additional benefit limit for sewer backup shown in the Coverage Summary.

We won't cover loss or damage due to discharge or leakage of water from a sump pump system or similar device designed to prevent overflow, seepage, or leakage of subsurface water.

### Temporary Location

We'll pay for direct physical loss or damage by a covered cause of loss to property covered under your building or business personal property coverage while the property is temporarily away from your covered location.

But we won't pay more than the additional benefit limit for temporary location shown in the Coverage Summary.

Coverage will continue for up to 90 days after the covered property's arrival at the temporary location. This benefit only covers property at a fixed location; it doesn't cover property while in transit.

This benefit doesn't apply to:
- samples or other property of or in the care of sales personnel;
- property at fairs, exhibitions, or displays;
- property at a location you own, lease, operate, or control;
- property you rent or lease to others;
- property in or on any unattended autos; or
- property that's on someone else's premises for or during construction or installation.

### Valuable Records Research

If you have business personal property coverage, we'll pay for research and other expenses necessary to reproduce, replace, or

STP00073

---

Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

restore valuable records which have suffered direct loss or damage by a covered cause of loss while at a covered location.

But we won't pay more than the additional benefit limit for valuable records research shown in the Coverage Summary.

*Valuable records* include account books, manuscripts, abstracts, drawings, card index systems, and other printed or written documents. Valuable records also include maps, films, tapes, and other such material. But it doesn't include computer software or data.

## Exclusions — Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Acts or decisions.** We won't cover loss caused by or resulting from any act or decision or by the failure to act or decide, of any person, group, organization, or unit of government. If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Boilers.** We won't cover loss to a steam boiler, steam pipe, steam turbine, or steam engine when the loss is caused by or resulting from any condition or event within such equipment. Nor will we cover loss caused by or resulting from the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate, or lease.

We won't cover loss to a hot water boiler or any other equipment for heating water when the loss is caused by or results from any condition or event within such equipment other than an explosion.

If fire or explosion results, we'll pay for that resulting loss. We'll also cover loss caused by or resulting from the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fired furnace or in the flues or passages leading from the firebox chamber.

**Collapse.** We won't cover loss caused by or resulting from collapse unless due to any of the following causes of loss:

- fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism,

malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, and volcanic action;

- building glass breakage, falling objects, weight of ice, snow, or sleet, water damage;

- decay that is hidden from view, unless the presence of such decay is known or should have been known to an insured prior to collapse;

- insect or vermin damage that is hidden from view, unless the presence of such damage is known or should have been known to an insured prior to collapse;

- weight of people or business personal property or other personal property;

- weight of rain which collects on a roof; or

- use of defective material or methods in construction, remodeling, or renovation if the collapse occurs before such work is completed.

*Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.*

*Property with limited collapse coverage. Even if the types of property listed below are specifically included, we'll cover them only for collapse from causes of loss listed in the first and second bulleted items above unless the damage is the direct result of the collapse of a covered building:*

- fences, retaining walls;

- outdoor swimming pools;

- bulkheads, piers, wharves, docks, pilings;

- beach or diving platforms and appurtenances;

- walks, roadways, and other paved surfaces;

STP00074

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
        © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- radio or television antennas, satellite dishes, masts or towers including their lead-in wiring;
- gutters or downspouts; or
- awnings or yard fixtures.

**Contamination.** We won't cover loss caused by or resulting from any kind of contamination of your covered products or covered property.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Defects or errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, installation, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Disappearance.** We won't cover loss of property that is missing where:

- the only evidence of the loss is a shortage disclosed on taking inventory; or
- there is no physical evidence to show what happened to the property.

**Dishonesty.** We won't cover loss caused by or resulting from any fraudulent, dishonest, or criminal act committed by you or by a partner, member, manager, director, officer, trustee, agent or employee, including leased employee, of yours. Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

This exclusion doesn't apply to acts of destruction by your employees, including leased employees.

**Earth movement.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.

- mine subsidence, meaning subsidence of a manmade mine, whether or not mining activity has ceased.
- earth sinking (other than sinkhole collapse), rising, or shifting including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil, and the action of water under the ground surface.
- eruption, explosion, or effusion of a volcano other than volcanic action.

*Sinkhole* means underground empty spaces created by the action of water on limestone or dolomite. We'll cover loss caused by sudden sinking or collapse into a sinkhole of the earth supporting covered property.

*Volcanic action* means direct loss or damage resulting from a volcano when the loss or damage is caused by:

- airborne volcanic blast, airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to covered property.

If fire, explosion, glass breakage, theft, or volcanic action results, we'll pay for that resulting loss.

If more than one earth movement or volcanic eruption occurs within any 168 hour period, we'll consider this one event.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Electrical damage.** We won't cover loss to electrical equipment, including wiring, caused by or resulting from electrical arcing. We also won't cover loss to electronic recordings caused by or resulting from electrical or magnetic injury, disturbance or erasing.

If a fire results, we'll pay for that resulting loss.

STP00075

**Governmental action.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- seizure or destruction of property under quarantine or customs regulation; or
- confiscation by any government or public authority.

But this exclusion won't apply to property destroyed by a civil authority in order to stop the actual spread of fire. *For example, to establish a fire break.*

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Indirect loss.** We won't cover loss caused by or resulting from:

- delay;
- loss of market;
- loss of use; or
- any indirect loss.

**Mechanical breakdown.** We won't cover loss caused by or resulting from:

- mechanical breakdown or failure;
- derangement of mechanical parts; or
- rupture caused by centrifugal force.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Ordinance, regulations, or laws.** We won't cover loss caused directly or indirectly by the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes removal of debris. Such loss is excluded regardless of any

other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:

- an ordinance or law that is enforced even if the covered property has not been damaged; or
- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of covered property, or the removal of the debris, following a physical loss to covered property.

This exclusion won't apply to either the additional coverage for undamaged portion of the building or the additional benefit for demolition and increased cost of construction.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Planning, design, materials, maintenance.** We won't cover loss caused by or resulting from faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;
- design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance.

All of the above apply to part or all of any property on or off of a covered location.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Pollution.** We won't cover loss that is caused by or results from pollution unless the pollution is caused by or results from any of the following covered causes of loss:

- fire;
- lightning;
- explosion;
- wind or hail;
- smoke;
- vehicles and aircraft;
- civil disturbance and riot;

STP00076

- vandalism;
- sprinkler leakage;
- sinkhole collapse;
- volcanic action;
- falling objects;
- weight of snow, ice, or sleet; or
- water damage.

*Pollution* means the actual, alleged, or threatened discharge, dispersal, release, leakage, seepage, migration, or escape of pollutants.

However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

*Pollutants* mean any solid, liquid, gaseous or thermal irritant, or contaminant including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste or waste pollutants.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Waste pollutants* mean those pollutants which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any other person or organization for whom you're legally responsible.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Property outside of buildings.** We won't cover loss caused by or resulting from ice, snow, rain or sleet to business personal property while outside a building.

**Random attack – hacking event or computer virus.** We won't cover loss caused directly or indirectly by a random attack by a hacking event or computer virus. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion doesn't apply to any specific attack nor to the additional benefit for random attack – hacking event or computer virus.

*Specific attack* means the intentional attack, by a hacking event or computer virus, directed solely at your computer system, software, data or telecommunications system. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

**Seepage or leakage.** We won't cover loss caused by or resulting from water or steam that leaks from a plumbing, heating, or air conditioning system or appliance over an extended period of time. We'll consider any continuous or repeated leakage that lasts for over two consecutive weeks to have occurred over an extended period of time.

**Settling, smog.** We won't cover loss caused by or resulting from:

- settling, cracking, bulging, shrinking, or expansion of a pavement, foundation, wall, roof, or ceiling; or
- smog, smoke, vapor, or gas from agricultural or industrial operations.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Utility failure.** We won't cover loss or damage caused directly or indirectly by the failure of power or other utility service supplied to a covered location if the break in service occurs away from that location. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Voluntary surrender.** We won't cover loss caused by or resulting from covered property that is voluntarily sold or given to someone who obtains it by trick, device, false pretense, or other fraudulent schemes.

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other

42700 Rev. 7-01
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insuring Agreement

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

cause or event that contributes concurrently or in any sequence to the loss:

- war (declared or undeclared);
- warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;
- invasion or insurrection;
- rebellion, revolution, or civil war;
- seizure of power; or
- anything done to hinder or defend against these actions.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Water.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind;
- mudslide or mudflow;
- surface water;
- water backup or overflow from a sewer, drain, or sump, except for the coverage provided in the additional benefits for sewer backup; or
- underground water exerting pressure on or flowing through a sidewalk, driveway or other paved surface, foundation, wall, basement, floor, door, window, or other opening.

If fire, explosion or sprinkler leakage results, we'll pay for that resulting loss.

But this exclusion doesn't apply to a covered theft loss or to the property in transit additional benefit.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

- wear and tear;
- deterioration, mold, wet or dry rot, rust, or corrosion;

- shrinkage, evaporation, loss of weight;
- changes in flavor, color, texture, or finish;
- nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

If loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

*Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

**Weather conditions.** We won't cover loss caused by or resulting from weather conditions. This exclusion only applies if weather conditions contribute in any way with a cause or event not covered because of the following exclusions:

- Earth movement;
- Governmental action;
- Nuclear activity;
- Ordinances, regulations or laws;
- Utility failure;
- War; or
- Water.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Exclusion Exceptions**

The following exclusions in the Exclusions – Losses We Won't Cover section don't apply to the additional benefits for accounts receivable, valuable records, fine arts, or computers:

- Boilers;
- Contamination;

STP00078

- Earth movement, except for computers in the state of California;
- Electrical damage;
- Mechanical breakdown;
- Seepage or leakage;
- Settling, smog;
- Utility failure;
- Water; and
- Wear, tear, deterioration, animals.

## Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:

- How Your Property Is Valued
- Deductible
- Coinsurance Rule
- Other Insurance

We may take over any of the damaged or destroyed property at its agreed or appraised value. We can choose to repair, rebuild or replace the property ourselves provided we give you notice within 30 days after we get your proof of loss. You agree that you won't merely abandon this property to us.

## How Your Property Is Valued

The Coverage Summary indicates whether property is insured:

- on an actual cash value basis, or
- on a replacement cost basis.

**Property insured on an actual cash value basis.** For property insured on an actual cash value basis, we'll pay the smallest of the following:

- the actual cash value of the lost or damaged property at the time of loss;
- the amount it would cost to repair or replace the property with similar kind or quality; or
- the limit of coverage that applies to the property.

**Property insured on a replacement cost basis.** For property insured on a replacement cost basis, we'll pay the cost of repairing or replacing the damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:

- the amount you actually spend in repairing the damage;
- the amount you actually spend replacing the damaged property at the time of the loss with new property of similar kind and quality to be used for the same purpose; or
- the limit of coverage that applies to the property.

If a building is rebuilt at a new location, the amount we will pay is limited to the cost which would have been incurred if the building had been rebuilt at the original location.

We won't pay on a replacement cost basis until property has actually been repaired or replaced.

*You can choose actual cash value.* If replacement cost coverage applies to lost or damaged property, you may choose to have the loss paid on an actual cash value basis if you believe it's to your advantage to do so. For example:

*The amount of insurance on the property may not be enough to comply with the coinsurance rule on a replacement cost basis; or you may decide not to rebuild.*

If you have chosen actual cash value you can still change your mind and have the loss paid on a replacement cost basis if you tell us in writing within 180 days from the time of the loss.

**Special rules for building ordinances or laws.** The following rules are applicable to the additional benefit coverage for building ordinances or laws. If the covered property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

We'll only pay for the increased costs of upgrading damaged parts of a covered building to comply with the minimum requirements of any building code in force at the time of the loss which governs the repair or replacement of the damaged covered building.

If a covered building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction, subject to the limit of

42700 Rev. 7-01                          Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
  © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 15 of 20

coverage, is the increased cost of construction at the same premises.

If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction, subject to the limit of coverage, is the increased cost of construction at the new premises.

We won't pay for increased construction costs:

- until the covered property is actually repaired or replaced; and
- unless the repairs or replacements are made as soon as reasonably possible, but not more than two years after the loss or damage. We may, however, give you permission in writing to extend this period beyond the two years.

If the covered property is not repaired or replaced, we won't pay more under this additional benefit than the amount you actually spend to demolish and clear the site of a covered location.

**Rules for valuing special property.** The following special rules apply for setting a value on your finished stock, improvements, accounts receivable, records, and fine arts.

*Setting a value on finished stock.* We'll consider the value of your stock that's sold but not delivered to be the price at which it was sold. That price is reduced by any discounts given and any expenses that haven't been incurred. However, this provision does not apply to any computer software or data.

*Finished stock means* your manufactured product when it's ready for packing, shipment, or sale.

*Brands and labels.* If your stock is damaged, you have two options when you don't want to sell your damaged stock under your brand or label even though the damaged stock has a salvage value:

- remove the brand or label and then relabel the stock to comply with the law; or
- label the damaged stock as salvage but, in doing so, cause no further damage to the damaged stock.

In either case, valuation will include the difference between:

- the salvage value of the damaged stock with the brand or label attached; and
- the salvage value of the damaged stock with the brand or label removed.

*Pairs and sets. We'll pay for the consequential loss of your undamaged business personal property.*

*Consequential loss means a part or parts of your product are physically lost or damaged by a covered cause of loss causing the part or parts that are not damaged to be unmarketable as a complete product.*

*Setting a value on improvements.* We explain what improvements are covered on page 3. If you're a tenant you may repair or replace a damaged improvement at your own expense. If you do so within a reasonable amount of time, we'll figure the value of the improvement at actual cash value or replacement cost, whichever is indicated in the Coverage Summary.

But if the damaged improvement isn't repaired or replaced within a reasonable amount of time, we'll figure its value differently. We'll take the original cost of the improvement and multiply that by a fraction. The fraction is obtained by dividing the amount of time left on your lease when the loss occurred by the amount of time left when the improvement was originally made.

$$\text{Original cost} \times \frac{\text{Remainder of lease when loss occurred}}{\text{Remainder of lease when improvement made}} = \text{Value of Improvement}$$

For example:

*You make a $5,000 improvement on your office one year before your lease expires. Six months later it's destroyed. If you don't repair it within a reasonable time, we'll consider the improvement's value to be:*

$$\$5,000 \times \frac{6 \text{ months}}{12 \text{ months}} = \$2,500$$

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

STP00080

*Setting a value on accounts receivable.*
We'll determine the amount of accounts receivable outstanding as of the time of loss by the following method:

- determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

- adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

The following will be deducted from the total amount of accounts receivable:

- the amount of the accounts for which there is no loss;

- the amount of the accounts that you are able to re-establish or collect;

- an amount to allow for probable bad debts that you are normally unable to collect; and

- all unearned interest and service charges.

*Setting a value on software and data.*
*We'll consider the cost of software and data to be no more than the cost of blank materials plus the costs you incur for replacing, reproducing, transcribing, or copying them. This applies to software and data that are actually replaced or reproduced. If they are not replaced or reproduced, we'll pay only the cost of blank materials. Pre-packaged software is valued at the cost to replace and re-install.*

*Setting a value on other records. As described in the additional benefit for valuable records research, we'll pay for research and other expenses to reproduce, replace, or restore valuable records. Valuable records are defined in the Additional Benefits section.*

*Setting a value on fine arts.* Fine arts are valued based on the market value at the time of loss. When the lost or damaged article is part of a pair or set, you may choose one of the following methods of loss payment. We'll pay you:

- the market value of the entire pair or set. You'll return to us the remaining pieces; or

- the cost to repair the damaged pieces and you'll keep the undamaged pieces. If the pair or set, with the repaired pieces, has a lower value than it had prior to the loss,

we'll also pay the difference. In no event will we pay more than the value the pair or set had prior to the loss; or

- the market value of the lost or damaged pieces prior to the loss when the pieces cannot be found or repaired. You'll keep the undamaged pieces. If the remaining pieces have a reduced value, we'll pay the difference between the value of the remaining pieces prior to the loss and after the loss. In no event will we pay more than the value the pair or set had prior to the loss.

We explain what we mean by fine arts in the Additional Benefits section.

### Deductible

Your deductible is shown in the Coverage Summary. You'll be responsible for this amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

### Coinsurance Rule

This coinsurance rule only applies if the Coverage Summary shows a coinsurance percentage for the covered property.

If a percentage is shown, you agree to insure your property for a minimum amount. In return, we agree to reduce the premium that would otherwise apply to your property.

We won't include the value of property covered under your additional benefits or the cost of debris removal in figuring your minimum amount.

**What's the minimum amount?** The minimum amount is the actual cash value or replacement cost of your property, whichever is indicated in the Coverage Summary, multiplied by the applicable coinsurance percentage. If your insurance under this agreement includes more than one limit of coverage, we'll apply this coinsurance rule separately to the property covered under each limit. For example:

*If actual cash value is indicated, we'll use the actual cash value of all property insured under the same limit of coverage in figuring the minimum amount, as shown below:*

*Actual cash value of building at time of loss (including building items)*      *$100,000*

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved      Page 17 of 20

STP00081

| | |
|---|---|
| *Coinsurance percentage (80%)* | X   .80 |
| *Minimum amount you agree to insure* | $80,000 |

Replacement cost coverage may be indicated in the Coverage Summary; however, you can choose to have your loss paid on an actual cash value basis. If so, we'll consider the minimum amount to be the actual cash value of the lost or damaged property multiplied by the applicable coinsurance percentage.

Because property values change, we'll figure the minimum amount at the time a loss occurs. Therefore, it's important for you to review the amount of your insurance periodically to be sure you're complying with this agreement.

**How the rule works.** If at the time of loss your property is insured for the minimum amount or more, this coinsurance rule won't have any effect on what we'll pay up to the limit of liability shown in the Coverage Summary.

However, if your property is insured for less than the minimum amount at the time of loss, you'll have to share your loss with us. Here's how we'll determine what we'll pay and what your share will be:

First, the amount of your insured loss less the deductible will be determined. Then we'll divide the amount of insurance you had on your property by the minimum amount you should have had. We'll pay this percentage of your loss up to the applicable limit of coverage or 100% of the loss, whichever is less. The rest is your share. Here's an example of how it works:

| | |
|---|---|
| *Amount of your loss* | $40,500 |
| *Deductible* | $500 |
| *Amount of your loss less the deductible* | $40,000 |
| *Amount of insurance you had* | $60,000 |
| *Minimum amount you should have had* | $80,000 |

$$\frac{\$60,000}{\$80,000} = .75 \text{ or } = 75\%$$

75% of $40,000 = $30,000

In this example, we'll pay $30,000 of your loss. The remaining $10,000 plus the $500 deductible is your share.

From this example, you can see that it's important to keep your property insured for at least the coinsurance percentage you agreed to. Otherwise we may only pay a part of your loss.

**Other Insurance**

Insurance under a separate policy may apply to your covered loss. If the separate policy is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the separate policy more specifically insures the property, we'll pay the amount of your covered loss left after the separate policy has been used up, less the deductible. But we won't pay more than the limit of coverage under this agreement. Excess coverage under this agreement will not apply to the deductible amount of more specific insurance.

**Adjusting Losses**

If there's a covered loss to your property we will adjust the loss with you. If there's a covered loss to someone else's property, we'll adjust the loss with you for the owner's account. We can choose to settle directly with the owner. If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

**Who We'll Pay For Loss To Business Personal Property**

If the Coverage Summary identifies a person or organization to receive payments for loss to business personal property or personal property covered under building coverage, we'll adjust the loss with you. However, payment will be made to you and the person or organization named, based on the financial interest each has in the covered property.

**If Your Building Is Mortgaged**

If the Coverage Summary identifies a mortgageholder, this section applies. We'll consider trustees to have the same rights and duties as mortgageholders.

STP00082

42700 Rev. 7-01
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 18 of 20                © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Rights and duties of mortgageholders.** We'll make payments for losses to you and any mortgageholder based on the interest each has in the building.

The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

If we deny your claim because of your acts or because you haven't complied with the terms of this agreement, the mortgageholder will still have the right to receive loss payments if the mortgageholder:

- pays any premium when due at our request when you fail to do so;
- submits a signed, sworn proof of loss when you fail to do so; and
- notifies us when aware of any change in ownership, occupancy or risk.

The same rules and conditions that apply to you will then apply to the mortgageholder.

**Transfer of mortgageholder's right to us.** If we pay your mortgageholder for loss or damage and deny payments to you because of your acts or because you haven't complied with the terms of this agreement, the mortgageholder's rights to recover that amount from you will then belong to us to the extent of the amount we pay. But that won't affect your mortgageholder's rights to recover the remaining amount of the mortgage debt from you.

We also have the right to pay off the mortgage debt. If we do, we'll take over the mortgageholder's right to be repaid by you.

**Cancellation notice to mortgageholder.** If we cancel this agreement, we'll mail or deliver a cancellation notice to your mortgageholder at least 30 days before coverage ends – 10 days if we cancel for non-payment of premium.

**Nonrenewal notice to mortgageholder.** If we elect not to renew this policy, we'll mail or deliver a nonrenewal notice to your mortgageholder at least 10 days before the expiration date of the policy.

**Other Rules For This Agreement**

**Maintaining your coverage.** You should keep your building and property in as safe a condition as possible. If you are aware of a condition under your control that increases the risk of loss, you should do all you can do to reduce the hazard and notify us of this condition.

**Insurance for your benefit.** This insurance is for your benefit. No third party having temporary possession of your property, such as a transportation company, can benefit directly or indirectly from it.

**Buildings that are vacant.** A covered building is vacant when it does not contain enough business personal property to conduct customary operations. We won't consider buildings under construction to be vacant. If a covered building is vacant, we'll reduce our payment for covered losses by 15% for a loss that occurs after the first 60 consecutive days of vacancy. You may buy an endorsement which extends the period your covered building may be vacant. If you do, the 15% penalty does not apply during that period.

After 60 consecutive days of vacancy, we will not pay for loss or damage due to the following, even if they're covered causes of loss:

- vandalism;
- sprinkler leakage, unless the system has been protected against freezing;
- building glass breakage;
- water damage;
- theft; or
- attempted theft.

**Construction or repairs.** You may make additions, alterations or repairs to covered property without notifying us beforehand.

**Unintentional errors and omissions.** Unintentional errors and omissions including:

- improper description of a covered location;
- incorrect reporting of values; or
- failure to report a location

won't affect your rights under this policy, provided you notify us after you discover such an error or omission.

We retain the right to collect any additional or retroactive premium due to any unintentional error or omission.

STP00083

**Preserving your rights.** The following replaces the Recovering Damages From A Third Party section in the General Rules.

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss.

Before a loss occurs, you can give anyone a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses. But after a loss you can release only:

- your tenant;
- another person covered under this policy; or
- any firm or organization that you own or control or that owns or controls you.

STP00084

# FLOOD OR SURFACE WATER COVERAGE ENDORSEMENT

This endorsement changes your property protection.

## How Coverage Is Changed

There are three changes explained below.

1. The following is added to the Additional Coverages section. This change broadens coverage. The locations this coverage applies to are shown on the Flood Or Surface Water Coverage Summary. This Coverage Summary also shows the limit of coverage and deductibles that apply to this coverage.

### Flood Or Surface Water

We'll pay for direct physical loss or damage to covered property caused by any of the following when this endorsement is in effect:

- Flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind.
- Mudslide or mudflow.
- Surface water.

If more than one tidal wave occurs within any 168-hour period, we'll consider this one event. The 168-hour period will not be shortened by the expiration of the policy.

If your policy includes time element coverage, and such coverage is indicated as included on the Flood Or Surface Water Coverage Summary, we'll consider flood or surface water as provided in this Additional Coverage to be covered causes of loss for such time element coverage. However, such time element coverage is subject to the flood or surface water limits and deductible and any applicable time element waiting period or deductible.

Time element includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- extra expense;
- business income from dependent properties; or
- valued business income.

This additional coverage does not apply to property covered under the additional benefits for:

- newly acquired property; or
- temporary location.

### Flood or surface water combined total limit.
The combined total limit shown on the Flood Or Surface Water Coverage Summary is the most we'll pay under this additional coverage in any one policy year, regardless of the:

- number of flood or surface water events;
- amount or type of covered property involved;
- number or type of coverages involved; or
- number of locations involved.

### Flood or surface water each location limit.
If an each location limit is shown in the Coverage Summary for the applicable location, this is the most we'll pay under this additional coverage in any one policy year for that location, regardless of the:

- number of flood or surface water events;
- number or type of coverages involved; or
- amount or type of covered property involved.

This each location limit is subject to, and included within, the Flood or Surface Water combined total limit.

### Flood or surface water deductible. Your
deductible for this additional coverage is shown on the Flood Or Surface Water Coverage Summary. It will be:

- a dollar amount;

STP00085

- a percentage; or
- the greater of either a percentage or dollar amount.

If your deductible is a dollar amount, you'll be responsible for that amount of deductible in each flood or surface water event.

If your deductible is a percentage, we'll multiply that percentage amount by the total insured value for the location that sustains a covered loss under this additional coverage.

If your deductible is shown as the greater of either a percentage or dollar amount, we'll determine the deductible amount based on the greater of:

- the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage; or
- the dollar amount.

*Total insured value* means the sum of the coverage limits for all:

- buildings;
- business personal property; and

- time element coverage.

If more than one covered location is affected by a covered flood or surface water event, this deductible will apply separately to each covered location.

2. The following is added to the Water exclusion in the Exclusions - Losses We Won't Cover section. This change broadens coverage.

But this exclusion doesn't apply to the Flood Or Surface Water additional coverage.

3. The following is added to the Coinsurance Rule of the Rules For Loss Adjustment section. This change broadens coverage.

But this coinsurance rule doesn't apply to the Flood Or Surface Water additional coverage.

**Other Terms**

All other terms of your policy remain the same.

STP00086

# EARTHQUAKE OR VOLCANIC ERUPTION COVERAGE ENDORSEMENT

This endorsement changes your property protection.

---

## How Coverage Is Changed

There are three changes explained below.

1. The following is added to the Additional Coverages section. This change broadens coverage. The locations this coverage applies to are shown on the Earthquake Or Volcanic Eruption Coverage Summary. This Coverage Summary also shows the limit of coverage and deductibles that apply to this coverage.

### Earthquake Or Volcanic Eruption

We'll pay for direct physical loss or damage to covered property that's caused directly by:

- earthquake; or
- volcanic eruption

when such earthquake or volcanic eruption begins while this endorsement is in effect.

If more than one earthquake or volcanic eruption occurs within any 168-hour period, we'll consider this one event. The 168-hour period will not be shortened by the expiration of the policy.

If your policy includes time element coverage, and such coverage is indicated as included on the Earthquake Or Volcanic Eruption Coverage Summary, we'll consider earthquake or volcanic eruption to be a covered cause of loss for such time element coverage. However, such time element coverage is subject to the earthquake or volcanic eruption limits and deductible and any applicable time element waiting period or deductible.

Time element includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- extra expense;
- business income from dependent properties; or
- valued business income.

This additional coverage does not apply to property covered under the additional benefits for:

- newly acquired property; or
- temporary location.

**Earthquake or volcanic eruption combined total limit.** The combined total limit shown on the Earthquake Or Volcanic Eruption Coverage Summary is the most we'll pay under this additional coverage in any one policy year, regardless of the:

- number of earthquake or volcanic eruption events;
- amount or type of covered property involved;
- number or type of coverages involved; or
- number of locations involved.

**Earthquake or volcanic eruption each location limit.** If an each location limit is shown in the Coverage Summary for the applicable location, this is the most we'll pay under this additional coverage in any one policy year for that location, regardless of the:

- number of earthquake or volcanic eruption events;
- number or type of coverages involved; or
- amount or type of covered property involved.

This each location limit is subject to, and included within, the Earthquake or volcanic eruption combined total limit.

**Earthquake or volcanic eruption deductible.** Your deductible for this additional coverage is shown on the Earthquake Or Volcanic Eruption Coverage Summary. It will be :

- a dollar amount;
- a percentage; or
- the greater of either a percentage or dollar amount.

If your deductible is a dollar amount, you'll be responsible for that amount in

STP00087

each earthquake or volcanic eruption event.

If your deductible is shown as a percentage, we'll determine the deductible amount based on the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage.

If your deductible is shown as the greater of either a percentage or dollar amount, we'll determine the deductible amount based on the greater of:

- the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage; or
- the dollar amount.

*Total insured value* means the sum of the coverage limits for all:

- buildings;
- business personal property; and
- time element coverage.

If more than one covered location is affected by a covered earthquake or volcanic eruption event, this deductible will apply separately to each covered location.

2. The following is added to the Earth movement and Collapse exclusions in the Exclusions – Losses We Won't Cover section. This change broadens coverage.

But this exclusion doesn't apply to the Earthquake Or Volcanic Eruption additional coverage.

3. The following is added to the Coinsurance Rule of the Rules For Loss Adjustment section. This change broadens coverage.

But this coinsurance rule doesn't apply to the Earthquake Or Volcanic Eruption additional coverage.

**Other Terms**

All other terms of your policy remain the same.

STP00088

**PUBLIC SECTOR SERVICES PROPERTY PROTECTION**
**ADDITIONAL BENEFITS COVERAGE SUMMARY**

The StPaul

This Coverage Summary shows the limits that
apply to the Additional Benefits section of
your agreement.

---

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Accounts Receivable | $100,000 |
| Computers | $50,000 |
| Demolition and Increased Cost of Construction | $100,000 |
| Extra Expense | $25,000 |
| Fine Arts | $50,000 |
| Fire Department Service Charge | $25,000 |
| Inventory and Appraisals | $10,000 |
| Money and Securities | |
|     Inside Limit | $10,000 |
|     Outside Limit | $5,000 |
| Newly Acquired Property | |
|     Building Limit | $1,000,000 |
|     Business Personal Property Limit | $500,000 |
| Outdoor Property | $50,000 |
| Other People's Property | $25,000 |
| Personal Belongings | $50,000 |
| Pollution Clean Up and Removal | $25,000 |
| Property in Transit | $50,000 |
| Random Attack — Hacking Event Or Computer Virus | $10,000 |
| Sewer Backup | $50,000 |
| Temporary Location | $50,000 |
| Valuable Records Research | $100,000 |

Additional Benefit Restrictions

STP00089

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
| CITY OF WAUKEGAN | | **Processing Date** 11/16/06  12:55  001 |

F0122 Rev. 7-01 Printed in U.S.A.      Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved      Page 1

## MOLD OR BACTERIA EXCLUSION ENDORSEMENT WITH FIRE AND LIGHTNING EXCEPTION AND LIMITED ADDITIONAL COVERAGE

This endorsement changes your Property Protection insuring agreement. This endorsement applies to all locations unless otherwise specified in the Coverage Summary.

### How Coverage Is Changed

There are four changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration, animals exclusion is replaced by the following.

   **Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

   • wear and tear;

   • deterioration, rust, or any other corrosion;

   • shrinkage, evaporation, loss of weight;

   • changes in flavor, color, texture, or finish;

   • nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

   • the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

   If a loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

   *Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

2. The following is added to the Exclusions – Losses We Won't Cover section.

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by or results from fire or lightning.

   But this exclusion does not apply to the additional coverage for mold or other fungi, wet or dry rot, or bacteria.

   This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

   *Mold or other fungi* means:

   • any type or form of mold or mildew;

   • any other type or form of fungus; or

   • any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

   *Bacteria* means:

   • any type or form of bacterium; or

   • any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following additional coverage is added to your insuring agreement.

   **Mold Or Other Fungi, Wet Or Dry Rot, Or Bacteria**

   We'll pay up to $25,000 per loss event for loss or damage caused by or resulting from mold or other fungi, wet or dry rot, or bacteria if such mold or other fungi, wet or dry rot, or bacteria results from any of the following covered causes of loss:

   • explosion;

STP00090

- wind or hail;
- smoke;
- vehicles and aircraft;
- civil disturbance and riot;
- vandalism;
- sprinkler leakage;
- sinkhole collapse;
- volcanic action;
- falling objects;
- weight of snow, ice or sleet; or
- water damage.

If your policy includes coverage for flood, sewer backup, earthquake, or earth movement it will be considered a covered cause of loss for mold or other fungi, wet or dry rot, or bacteria. This $25,000 is the most we'll pay regardless of the number or type of coverages that may apply, the number of locations to which this additional coverage applies, or regardless of the number or type of mold or other fungi, wet or dry rot, or bacteria that caused the loss or damage. When this agreement and any other insuring agreement or endorsement written by us apply to the same mold or other fungi, wet or dry rot, or bacteria loss, $25,000 is the most we'll pay on a combined total basis for all such loss. This amount is not in addition to the limits of coverage for any building, business or personal property, flood, sewer backup, earthquake or earth movement, or time element coverage shown in the Coverage Summary.

Time element coverage includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- business income from dependent properties; or
- valued business income.

A higher additional limit may be purchased. If so, the revised limit for mold or other fungi, wet or dry rot, or bacteria will be shown in the Coverage Summary.

We won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

4. The Seepage or leakage exclusion is replaced by the following.

**Seepage or leakage.** We won't cover loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

**Other Terms**

All other terms of your policy remain the same.

STP00091

F0328 Ed. 10-02
Page 2 of 2                    ● 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**AGREED AMOUNT ENDORSEMENT**

The **St.Paul**

This endorsement changes your Property Protection.

### How Coverage Is Changed

This endorsement suspends the Coinsurance Rule by agreeing that the Amount of Insurance satisfies the rule in your Property Protection. If the proper amount of insurance is maintained, no coinsurance penalty applies. The locations this endorsement applies to, the agreed amount and the agreed amount expiration date are shown in the Coverage Summary.

The following is added to the How Your Property Is Valued section of your Property Protection.

**Agreed Amount.** At the time of loss, we'll pay the percentage that the applicable limit of coverage is of the agreed amount that applies. For example:

$$\frac{\text{limit of coverage}}{\text{agreed amount}} = \frac{\$30,000}{\$30,000} = 100\%$$

So, if the amount of your loss is $10,000, we'll pay $10,000 less your deductible. But we won't pay more than the limit of coverage that applies.

*Agreed amount expiration date.* This Agreed Amount endorsement expires on the date shown in the Coverage Summary. At that time, we'll automatically reinstate the Coinsurance Rule.

*Additions or repairs.* You must report any additions, alterations or repairs to property covered under this endorsement. If you don't and their value is at least 5% of the amount shown in the Coverage Summary for the property undergoing this work, the Coinsurance Rule will apply to such property.

### Coinsurance Rule

The coinsurance rule won't apply to property covered under this endorsement except for additions and repairs as described above.

### Other Terms

All other terms of your policy remain the same.

STP00092

## EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement changes your Property Protection.

### How Coverage Is Changed

This endorsement adds Equipment Breakdown Coverage to your Property Protection. The locations covered, applicable limits, deductibles, and other applicable terms and conditions are shown in the Property Protection Coverage Summary and the Equipment Breakdown Coverage Summary. This change broadens coverage.

### Equipment Breakdown Coverage

We'll cover direct physical loss or damage that results from an accident to covered equipment.

*Accident* means direct physical loss or damage that results from:

- mechanical breakdown or failure;
- derangement of mechanical parts;
- rupture caused by centrifugal force;
- loss to electrical equipment, including wiring, caused by electrical arcing;
- loss to a steam boiler, steam pipe, steam turbine or steam engine when the loss is caused by any condition or event within such equipment;
- loss caused by the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate or lease; or
- loss to a hot water boiler or any other equipment for heating water when the loss is caused by any condition or event within such equipment.

*Covered equipment* is that portion of your covered property which:

- is built to operate under vacuum or pressure, other than weight of contents; or
- generates, transmits or utilizes energy.

But we won't consider any of the following to be covered equipment:

- a structure, foundation, cabinet, compartment or air supported structure or building;
- insulating or refractory material;
- vehicles, including self-propelled vehicles;
- excavation or construction equipment;
- sewer piping, underground vessels or piping, any piping forming a part of a sprinkler system;
- water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system; or
- equipment manufactured by you for sale.

### Additional Coverages

The following additional coverages also apply to loss caused by or resulting from an accident to covered equipment.

The limit for each additional coverage is shown in the Equipment Breakdown Coverage Summary.

The limits for these additional coverages are not in addition to the limits of coverage for building or business personal property shown in the Property Protection Coverage Summary.

### Expediting Expenses

If covered property is damaged or destroyed by an accident, we'll pay for reasonable extra cost to:

- make temporary repairs; and
- expedite permanent repairs or replacement.

But we won't pay more than the limit for expediting expenses shown in the Equipment Breakdown Coverage Summary.

STP00093

## Pollution Cleanup and Removal

We'll pay for additional expenses you incur for:

- cleanup;
- repair or replacement; or
- disposal

of covered property which is damaged, contaminated or polluted by pollutants as defined in your Property Protection. This limitation also applies to damage, contamination or pollution caused by a refrigerant.

But we won't pay more than the limit for pollution cleanup and removal shown in the Equipment Breakdown Coverage Summary.

## Spoilage

We'll also pay for direct physical loss or damage caused by spoilage of perishable goods resulting from:

- accident to covered equipment;
- power outage;
- breakdown; or
- refrigerant contamination.

*Perishable goods* means business personal property maintained under controlled conditions for its preservation which is susceptible to loss or damage if controlled conditions change.

*Power outage* means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

*Breakdown* means the change in temperature or humidity resulting from mechanical breakdown or failure of temperature or humidity control apparatus or equipment.

We won't pay for loss caused directly or indirectly by any of the following:

- disconnection of any refrigerating, cooling or humidity control system from the source of power;
- deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;
- inability of an electrical utility company or other power source to provide power due to lack of fuel or governmental order;

- inability of a power source at the covered location to provide power due to lack of generating capacity to meet demand;
- breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit; or
- failure to use all reasonable means to protect perishable goods from damage following an accident.

But we won't pay more than the limit for spoilage shown in the Equipment Breakdown Coverage Summary.

## Optional Coverages

### Business Income Or Blanket Earnings And Expenses

If this optional coverage is checked on the Equipment Breakdown Coverage Summary, we'll extend your business income, blanket earnings and expenses or other identified time element coverage form to cover your indirect loss and expense resulting from the necessary interruption of your business caused by an accident to covered equipment.

This includes indirect loss and expense resulting from the failure of a utility service not on the described premises due to an accident.

*Utility service* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the described premises.

*Communication supply services* means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;
- transformers; and

STP00094

© 1999 The St. Paul Travelers Companies, Inc. All Rights Reserved

- transmission lines supplying electricity, steam, or gas to the described premises.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Electronic recordings.** We won't cover loss to electronic recordings caused by electrical or magnetic injury, disturbance or erasing.

**Media.** We won't cover loss resulting from any defect, virus, loss of data, or other situation within electronic media and records. But if loss or damage from an accident results, we'll pay for that resulting loss.

**Property exclusions.** All of the exclusions in your Property Protection, Business Income, Blanket Earnings And Expenses or other identified time element coverage forms apply to the Equipment Breakdown Coverage provided by this endorsement except:

- Boilers;
- Electrical damage;
- Electrical equipment; and
- Mechanical breakdown.

## Rules For Loss Adjustment

**Deductible.** If a deductible is shown in the Equipment Breakdown Coverage Summary, the following applies.

Your deductible is shown in the Equipment Breakdown Coverage Summary. You'll be responsible for this amount of loss in each accident. We'll pay the rest of your covered loss up to the limits of coverage that apply. If deductibles vary by type of covered equipment and more than one type of equipment is involved in any one accident, the highest deductible will apply.

If a time deductible is shown in the Equipment Breakdown Coverage Summary, you'll be responsible for any loss occurring during the specified number of hours or days immediately following the accident. If a time deductible is expressed in days, each day means twenty-four consecutive hours.

If a deductible is expressed as a number of times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the business income or earnings (as defined in your business income, blanket earnings and expenses or other identified time element coverage form) that would have been earned during the period of restoration if no accident had occurred divided by the number of working days in that period. We will not make a reduction for the business income or earnings not earned, or in the number of working days, because of the accident or any other scheduled or unscheduled shutdowns during the period of restoration. The ADV applies to all locations included in the valuation of the loss. The number indicated in the Equipment Breakdown Coverage Summary will be multiplied by the ADV as determined above. The result will be the applicable deductible.

If an initial accident causes other accidents, all will be considered one accident. All accidents that are the result of the same event will be considered one accident.

If covered electrical equipment requires drying out as a result of a flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind, we'll pay for the direct expenses of such drying out.

## Other Rules

**Suspension.** When any covered equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an accident to that covered equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Coverage Summary, or the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you'll get a pro-rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**Jurisdictional inspections.** If any covered property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

## Other Terms

STP00095

All other terms of your policy remain the same.

## BLANKET EARNINGS AND EXPENSE ENDORSEMENT

This endorsement changes your Property Protection.

### Table of Contents

| | Page |
|---|---|
| How Coverage Is Changed | 1 |
| Blanket Earnings And Expense Coverage | 1 |
| Optional ordinary payroll exclusion. | 1 |
| Additional Coverages | 2 |
| Alterations and new buildings. | 2 |
| Dependent properties. | 2 |
| Interruption by civil authority. | 3 |
| Newly acquired property. | 3 |
| Temporary locations. | 3 |
| Additional Benefits | 3 |
| Off premises utility services. | 3 |
| Pollution cleanup and removal. | 4 |
| Optional Coverage | 4 |
| Dependent property. | 4 |
| Exclusions – Losses We Won't Cover | 4 |
| Cancellation of contracts. | 4 |
| Damage to finished stock. | 4 |
| Denial of services. | 4 |
| Direct loss. | 4 |
| Other indirect loss. | 4 |
| Repair. | 4 |
| Satellites and their component parts. | 5 |
| Strike. | 5 |
| Rules For Earnings And Extra Expense | |
| Loss Adjustment | 5 |
| Loss Determination | 5 |
| Earnings. | 5 |
| Extra expense. | 5 |
| Your Responsibility For Resuming Operations | 5 |
| Limit Of Coverage | 5 |
| Deductible | 6 |
| Coinsurance Rule Exception | 6 |
| Other Terms | 6 |

### How Coverage Is Changed

This endorsement adds earnings and extra expense coverage to your Property Protection. The locations this endorsement applies to, limits of coverage, level of protection, and deductible are shown in the Coverage Summary.

### Blanket Earnings And Expense Coverage

We'll pay your actual loss of earnings and extra expenses that result from the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to property at a covered location. The loss or damage must occur while this endorsement is in effect and must be due to a covered cause of loss.

*Earnings* means the net income, which is the net profit or loss before income taxes, that would have been earned or incurred and continuing normal operating expenses that are incurred. This includes payroll. For example:

*If your business is operating at a profit, the net profit that would have been earned will be added to continuing expenses. However, if your business is not operating at a profit, the net loss that would have been incurred will be subtracted from continuing expenses.*

Earnings also includes the net income attributable to prototypes, project research, and development documentation.

*Prototype* means the first or original model of a new type of design.

*Project research and development documentation* means written, printed, or otherwise inscribed documents, plans and records directly associated with your research and development operations.

*Suspension* means:

- the slowdown or cessation of your business activities; or
- that part or all of the covered location is rendered untenantable.

**Optional ordinary payroll exclusion.** If this option is indicated on the Coverage Summary, we won't cover ordinary payroll expenses.

STP00096

*Ordinary payroll expenses* mean payroll expenses for all your employees except:

- officers;
- executives;
- department managers; and
- employees under contract.

It includes expenses from:

- payroll;
- employee benefits, if directly related to payroll;
- FICA payments;
- union dues; and
- workers compensation premiums.

*Extra expenses* means the necessary expenses you incur during the period of restoration that you wouldn't have incurred if there had been no direct physical loss or damage to property caused by a covered cause of loss.

Extra expenses includes the necessary expenses you incur to replace or repair prototypes and project research and development documentation.

*Period of restoration* means the length of time that:

- begins with the date of direct physical loss or damage due to a covered cause of loss at the covered location; and
- ends on the earliest of the following:
  - the date you could restore your operations, with reasonable speed, to the level which would generate the earnings amount that would have existed if no direct physical loss or damage occurred; or
  - not more than 365 consecutive days after it should reasonably take to restore your operations, if you are unable to reach the level of earnings amount that would have existed if no direct physical loss or damage occurred.

The period of restoration doesn't include any increased amount of time needed due to the enforcement of any ordinance, regulation, or law:

- governing the use, construction, repair, or demolition of any property;
- requiring you or others to:
  - test for, monitor, clean up, remove;
  - contain, treat, detoxify, neutralize; or

- or in any way respond to, or assess the effects of pollutants as defined in the Property Protection.

The expiration date of this policy won't end the period of restoration.

*Operations* means the kind of business activities that occur at the covered location.

### Additional Coverages

The following coverages are included. The limits indicated for these coverages are not in addition to the limits of coverage for blanket earnings and expenses shown in the Coverage Summary.

**Alterations and new buildings.** We'll pay for your actual loss of earnings and extra expenses due to direct physical loss or damage from a covered cause of loss or alterations, additions, or new construction. This includes direct physical damage to materials and equipment used in construction or intended for use by occupants when work is completed. The material or equipment must be on or within 1000' of a covered location.

If the damage to the construction, materials, or equipment delays the start of your business operations, we'll figure your loss from the day operations would have started had no loss occurred. For example:

*You have a successful restaurant and plan to open an addition on May 1. In March, a fire damages the addition while it's being built and the opening is delayed until June 1. We'll cover your loss of earnings and necessary extra expense for the month of May.*

**Dependent properties.** You may have a necessary business suspension due to direct physical loss or damage to dependent properties anywhere in the world. If the suspension is due to a covered cause of loss, we'll pay for your actual loss of earnings and extra expenses up to 10% of your blanket earnings and expense coverage limit, but not more than $250,000 in any one policy year.

*Dependent property* means a business, other than those indicated under Off Premises Utility Services, you don't own or operate but depend on to:

STP00097

- provide goods or services which you need for your operations;
- purchase your goods or services;
- manufacture your products for delivery to your customers under contract of sale; or
- attract customers to the location of your business.

**Interruption by civil authority.** We'll pay your actual loss of earnings and extra expense when a civil authority, like a fire department, denies access to the covered location. This denial of access must result from direct physical loss or damage to property, other than at the covered location, caused by or resulting from a covered cause of loss.

The coverage for loss of earnings will begin after any applicable deductible and the coverage for extra expense will begin immediately following denied access. Coverage will apply for a period up to 30 consecutive days while access is denied.

**Newly acquired property.** We'll pay for your actual loss of earnings and extra expense due to direct physical loss or damage by a covered cause of loss to newly acquired buildings or newly acquired business personal property. We'll pay up to 10% of your blanket earnings and expense coverage limit, but not more than $250,000 at any one location.

This benefit ends at the earliest of the following:

- when this policy expires;
- 180 days after you acquire the property; or
- when you tell us whether you want this coverage to apply to that location.

Additional premium will be due from the day the property is acquired.

**Temporary locations.** We'll pay for your actual loss of earnings and extra expenses due to direct physical loss or damage to covered property from a covered cause of loss while the property is temporarily away from your covered location. This coverage will continue for up to 90 days. This coverage only applies to property at a fixed location; it doesn't apply to property while in transit.

This coverage doesn't apply to:

- samples or other property of sales personnel;
- property at fairs, exhibitions, or displays;
- property at a location you own, lease, operate, or control;
- property you rent or lease to others; or
- property that's on someone else's premises for or during construction or installation.

**Additional Benefits**

All of the following additional benefits are in addition to the limits of coverage for blanket earnings and expenses shown in the Coverage Summary. The limit for each additional benefit is shown in the Coverage Summary.

Unless otherwise restricted, these limits are applicable at any location described in the Coverage Summary or at any location covered under this agreement. The limit for property in transit is applicable to business personal property that is away from a covered location.

Although applicable at any location, the indicated limit for any of these additional benefits is also the most that we will pay for loss or damage, regardless of the number of locations involved, that results from a single event such as a tornado or a hurricane.

All other terms in this endorsement and the Property Protection apply to these additional benefits.

**Off premises utility services.** We'll pay up to $25,000 for your actual loss of earnings and extra expense that you incur due to direct physical loss or damage by a covered cause of loss to property not on your premises that supplies you with water, communications, or power supply services. We'll only pay for loss that occurs after the first 12 hours following the direct physical loss or damage to the off premises property described below.

*Water supply services* means pumping stations and water mains supplying water to the covered location.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave, or television services to the covered location, such as:

STP00098

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and;
- microwave radio relays, excluding satellites.

*Power supply services* means utility generating plants, switching stations, substations, transformers, and transmission lines, but not overhead transmission lines, supplying electricity, steam, or gas to the covered location.

**Pollution cleanup and removal.** We'll pay up to $10,000 for your actual loss of earnings and extra expense incurred during the additional period of restoration resulting from a pollution loss covered under the Pollution Cleanup And Removal additional benefit of your Property Protection.

The $10,000 that we'll pay is the maximum in any one policy period regardless of the number of events that occur. The basic $10,000 is not subject to a policy deductible.

## Optional Coverage

**Dependent property.** If this option is selected in the Coverage Summary, your dependent properties additional coverage limit is changed for specifically identified locations. The new limit and the specifically identified locations are listed in the Optional Coverage section of the Coverage Summary.

## Exclusions — Losses We Won't Cover

All of the exclusions in your Property Protection apply to this endorsement except:

- the exclusions for Electrical damage and Mechanical breakdown do not apply to any computer coverage.
- the Utility failure exclusion doesn't apply to the additional benefit for off premises utility services.

The following additional exclusions apply to this Blanket Earnings And Expense Endorsement.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order.

However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

**Damage to finished stock.** We won't cover any loss of earnings or extra expense caused by or resulting from damage to finished stock. Nor will we cover loss caused by or resulting from the time necessary to reproduce the damaged finished stock. But we will pay for any out of the ordinary expenses you have in replacing finished stock you use to reduce your covered loss. This exclusion doesn't apply to extra expense.

*Finished stock* is your manufactured product when it's ready for packing, shipment, or sale. This doesn't include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this endorsement.

**Denial of services.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means an intentional specific or random attack on your computer system or telecommunications system for the purposes of nuisance, sabotage, or malicious tampering which has the effect of:

- depleting system resources available through the Internet to authorized external users of your computer system or telecommunications systems; or
- impeding Internet access of authorized external users to your computer system or telecommunications system.

**Direct loss.** We won't cover any direct physical loss or damage to property.

**Other indirect loss.** We won't cover loss caused by or resulting from any indirect loss other than loss of earnings and extra expense.

**Repair.** We won't cover the cost of repairing or replacing damaged property, including the cost of research necessary to replace or restore abstracts, account books, card index systems, data processing, recording or storage media, and other records. But we will pay any expense you incur over the normal cost of such repair or replacement if it's necessary to reduce your total extra expenses due to a covered loss.

STPP00099

42489 Rev. 7-01   Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 6                    © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

This extra expense for repair or replacement may not be more than the amount by which it reduces your total extra expense loss.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing, or replacing damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

*You've ordered materials to repair your building and you can't obtain them because there's a strike at the manufacturer's plant. This prevents you from resuming business and increases your loss of earnings and extra expense. We'll cover this increase in your loss.*

**Rules For Earnings And Extra Expense Loss Adjustment**

When an earnings or extra expense loss occurs, we'll consider the following in determining what we'll pay under this endorsement:

- Loss Determination
- Your Responsibility For Resuming Operations
- Limits Of Coverage
- Deductible

**Loss Determination**

**Earnings.** Your amount of earnings loss will be determined based on:

- the net income of your business before the direct physical loss or damage occurred;
- the probable net income if loss or damage had not occurred, but not including any net income that would likely have been earned as a result of an increase in volume of business due to favorable business conditions caused by the impact of the

covered cause of loss on customers or on other businesses;

- the operating expenses, including payroll expenses, necessary to resume operations with the same quality of service that existed just before the direct physical loss or damage; and
- other sources of information on your business such as: your financial records and accounting procedures, bills, invoices, and other vouchers and deeds, liens, or contracts.

**Extra expense.** We'll cover extra expense for operating when these expenses are over and above what it would normally cost to conduct your business, had no damage occurred. We'll deduct the salvage value that remains of any property bought for temporary use which you decide to keep after resuming operations.

We'll also cover all necessary expenses that reduce the loss that otherwise would have been incurred.

**Your Responsibility For Resuming Operations**

If you can reduce your loss, by resuming operations at the covered location or elsewhere:

- by using damaged or undamaged property including merchandise or stock; or
- by using any other source materials or outlets for your products, you agree to do so.

**Earnings loss.** We'll reduce the amount of your earnings loss to the extent you can resume operations in whole or in part:

- by using damaged or undamaged property including merchandise or stock; or
- by using any other source materials or outlets for your products.

**Extra expense loss.** We'll reduce the amount of your extra expense loss to the extent you can return operations to normal and discontinue extra expenses.

**Limit Of Coverage**

The most we'll pay for loss in any one event is the limit shown in the Coverage Summary.

STP00100

**Deductible**

Your deductible is shown in the Coverage Summary as either a dollar amount or a time limit. The time limit is shown in business days or hours.

*Business day* means a day, ending at midnight, that you are normally open for business. The first business day or hour begins at the time of loss. The day ends at midnight. However, if the loss occurs after the business has closed for the day, we'll consider the first day or hour to be the next day or hour on which you would normally be open for business.

You'll be responsible for this dollar amount or time limit deductible in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

If more than one deductible applies to a loss, the highest deductible amount will be applied to that loss.

**Coinsurance Rule Exception**

The Coinsurance Rule in your Property Protection doesn't apply to your blanket earnings and expense coverage.

**Other Terms**

All other terms of your policy remain the same.

STP00101

42489 Rev. 7-01    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 6             © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY PROPERTY ENDORSEMENT**

This endorsement changes your Property Protection.

## How Coverage Is Changed

There are five changes which are explained below.

1. The following replaces the Extra Expense additional benefit. This change broadens coverage.

### Business Income And Extra Expense

We'll pay up to $100,000 for your actual loss of business income and extra expense that result from the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to property at a location shown in the Coverage Summary.

*Business income* means the net profit or loss, before income taxes, that would have been earned or incurred and continuing normal operating expenses that are incurred. We'll consider business income to include payroll.

*Extra expense* means the necessary expenses, including expediting expenses, you incur during the period of restoration that you wouldn't have incurred had there been no direct physical loss or damage to property caused by a covered cause of loss.

*Suspension* means the slowdown or cessation of your business activities.

*Period of restoration* means the length of time that begins with the date of direct physical loss or damage due to a covered cause of loss at a covered location and ends on:

- the date when the property at the covered location should be repaired, rebuilt, or replaced with reasonable speed and similar quality; or

- the date when operations are resumed at a new permanent location.

The period of restoration doesn't include any increased period required due to the enforcement of any ordinance or law:

- governing the use, construction, repair, or demolition of any property; or

- requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess, the effects of pollutants, mold or other fungi, wet or dry rot, or bacteria.

The expiration date of this policy won't end the period of restoration.

This additional benefit doesn't apply to temporary locations.

2. The following replaces the Personal Belongings additional benefit. This change broadens coverage.

### Personal Belongings

If you have business personal property coverage, we'll pay for direct physical loss or damage by a covered cause of loss to personal belongings owned by you, your officers, your partners or members, your managers, or your employees, at locations scheduled or described in the Coverage Summary.

We'll also pay for personal belongings while away from a covered location when you or another protected person is fighting a fire.

We'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance. But we won't pay more than the Personal Belongings additional benefit limit shown in the Coverage Summary.

Property covered under this additional benefit is insured on a replacement cost basis.

STP00102

3. The following replaces the Outdoor Property additional benefit. This change broadens coverage.

**Outdoor Property**

We'll pay for direct physical loss or damage to outdoor:

- trees, shrubs, plants;
- fences or signs that aren't attached to a building or structure;
- street signs, street lights, and stadium lights; and
- lawn watering systems

when such property is at a covered location and such loss or damage is caused by fire, lightning, explosion, aircraft, civil disturbance, or riot.

But we won't pay more than the Outdoor Property additional benefit limit shown in the Coverage Summary. Nor will we pay more than $2,500 for any one item.

The following categories of the Property Covered Only If Described section don't apply to this Outdoor Property additional benefit.

- Outdoor signs, other than those attached to buildings.
- Underground tanks, flues, pipes or drains, and their contents.

This additional benefit doesn't apply to trees, shrubs, or plants grown commercially.

4. The following replaces the Newly Acquired Property additional benefit. This change broadens coverage.

**Newly Acquired Property**

We'll pay for direct physical loss or damage to:

- new fixtures, alterations, or additions you add to a covered building;
- newly acquired buildings for use in your business;
- a new building being built at a covered location;
- business personal property at a newly acquired building for use in your business; and
- newly acquired business personal property

when such direct physical loss or damage is caused by a covered cause of loss.

Insurance under this newly acquired property additional benefit will end when any of the following first occurs:

- This agreement is canceled or expires.
- 180 days pass after you acquire the new property, or begin installation or construction of new fixtures, alterations, additions, or buildings.
- You report the values of the newly acquired property to us.

We'll charge you additional premium from the day the property is acquired or installation or construction of new fixtures, alterations, additions, or buildings begins.

For covered loss or damage to new buildings being built at a covered location, we'll pay the actual cost of repairing, replacing, or rebuilding the property with materials of similar kind and quality.

We won't pay more than the Newly Acquired Property additional benefit limits shown in the Coverage Summary.

5. The following are added to the Additional Benefits section. This change broadens coverage.

**Communication Equipment**

If you have business personal property coverage, we'll pay up to $50,000 for direct physical loss or damage by a covered cause of loss to communication equipment.

However, the most we'll pay for any one item is $1,000.

*Communication equipment* means sound transmitting and receiving equipment.

**Confiscated Property**

If you've purchased business personal property coverage, we'll pay up to $100,000 for direct physical loss or damage to property of others that you've confiscated while on official business. The loss or damage must:

- be caused by a covered cause of loss; and

STP00103

© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved

- occur away from a covered location, while such property is in your care, custody or control.

**Rewards**

We'll reimburse you for any monetary reward you have offered to pay for information that leads to the arrest and conviction of any individual committing or attempting to commit arson, robbery or burglary of covered property. The most we'll pay in any one policy period is $10,000 regardless of the number of:

- persons providing information; or
- arrests and convictions.

**Fairs, Exhibitions, Or Displays**

We'll pay up to $50,000 for direct physical loss or damage by a covered cause of loss to property covered under your building or business personal property coverage while the property is temporarily away from a covered location and at a fair, exhibition, or display.

Coverage will continue for up to 90 days after the covered property's arrival at the fair, exhibit or display. This benefit only covers property at a fixed location; it doesn't cover property while in transit.

**Off Premises Utility Failure – Direct Damage**

We'll pay up to $50,000 for direct physical loss or damage to covered property caused by the failure of a utility service supplied to a covered location. The failure must result from direct physical loss or damage by a covered cause of loss to a utility service away from a covered location.

*Utility services* means water, communications, and power supply services.

*Water supply services* means pumping stations or water mains that supply water to a covered location.

*Communication supply services* means property such as:

- communication transmission lines, including optic fiber transmission lines;
- coaxial cables; and

- microwave radio relays, except satellites

that supply communication services, including telephone, radio, microwave, or television services to the covered location.

But we won't consider overhead communication lines to be communication supply services property.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;
- transformers; and
- transmission lines

that supply electricity, steam, or gas to the covered location.

But we won't consider overhead transmission lines to be power supply services property.

This additional benefit doesn't apply to temporary locations or to property covered under the Spoilage additional benefit.

The Utility failure exclusion doesn't apply to this additional benefit.

**Spoilage**

If you have business personal property coverage, we'll pay up to $10,000 for spoilage to perishable goods in your care, custody, or control at a covered location caused by:

- changes in temperature or humidity resulting from mechanical breakdown or failure of refrigeration, cooling, or humidity control apparatus or equipment only while such equipment or apparatus is at a covered location;
- contamination by the refrigerant; or
- changes in temperature or humidity resulting from complete or partial interruption of electrical power, either at or away from a covered location, due to conditions beyond your control.

*Perishable goods* means business personal property that's maintained under controlled conditions for its preservation and is susceptible to loss or damage if such controlled conditions aren't

STP00104

maintained. However, this doesn't include computer hardware.

This additional benefit doesn't apply to temporary locations.

The following exclusions do not apply to coverage provided under this Spoilage additional benefit:

- Contamination;
- Utility failure;
- Wear, tear, deterioration, animals.

**Other Terms**

All other terms of your policy remain the same.

STP00105

© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved

## PROPERTY PROTECTION DEDUCTIBLE AND UNINTENTIONAL ERRORS AND OMISSIONS CHANGE ENDORSEMENT

This endorsement changes your Property Protection.

### How Coverage Is Changed

There are two changes that are explained below.

1. The following replaces the Deductible section. This change broadens coverage.

   **Deductible**

   All deductibles are shown in the Coverage Summary and apply to all covered losses, unless otherwise specified elsewhere in this agreement. You'll be responsible for any applicable deductible amounts in each loss event.

   If the amount of otherwise covered loss or damage is less than or equal to your applicable deductible, we won't pay for the loss. If the amount of otherwise covered loss or damage exceeds your applicable deductible, we'll subtract your deductible from the amount of otherwise covered loss and pay the remaining amount, or the applicable limit of coverage, whichever is less.

   If more than one coverage or additional coverage under this policy applies to any one loss, we'll pay the amount of covered loss over the highest deductible amount for any of those coverages up to the limits of applicable coverage.

2. The following replaces the Unintentional errors and omissions section in the Other Rules For This Agreement section. This change narrows coverage.

   **Unintentional errors in description.** Any error you make in your description of the address of a covered location in any application, statement of values, or other similar listing of locations submitted to us won't affect your rights under this agreement, if such error is not made intentionally and you report it to us as soon as practicable after you discover it. We'll retain the right to collect any additional or retroactive premium that's applicable due to any such error.

### Other Terms

All other terms of your policy remain the same.

STP00106

**CONTRACTOR'S EQUIPMENT PROTECTION
COVERAGE SUMMARY**

The St. Paul

This Coverage Summary shows the limit and
extent of your Contractor's Equipment
Protection.

---

| Coverage Summary | ☒ *indicates applicable.* |
| --- | --- |

**Scheduled equipment** — Limit of coverage

☐ See schedule attached     ☒ Schedule on file     $ 1,905,853

Unscheduled equipment you own or have in your care that is used
in your business, but no more than $
for any one item.     $

Unscheduled equipment leased or rented from others that is used
in your business, but no more than $
for any one item.     $

Catastrophe limit     $ 1,905,853

---

**Your Rates**

Scheduled Equipment     per $100 of value

Unscheduled Equipment you own     per $100 of value

Unscheduled Equipment you lease or rent from others     per $100 of rental fees

Deposit and minimum annual premium     (included in premium on
Introduction page)

---

**Your Deductible**

$ 100,000     ☒ All Coverages     ☐ All Coverages Except As Indicated Below
$
$
$

---

**Increased Additional Benefits Coverage**

☐ Employee Tools     increased to:     $     any one employee
    $     maximum any one loss

☐ Rental Expenses     increased to:     $     any one day
    $     maximum any one loss

STP00107

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
| --- | --- | --- |
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

I0006 Ed. 11-95 Printed in U.S.A.
©   St. Paul Fire and Marine Insurance Co. 1995 All Rights Reserved

Coverage Summary

Page 1 of 1

## CONTRACTOR'S EQUIPMENT PROTECTION

The **St.Paul**

We've designed this agreement to protect against a variety of losses. Of course, there are limitations and they are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Property Covered** | 1 |
| Scheduled Equipment | 1 |
| Unscheduled Equipment | 1 |
| Unscheduled Equipment Leased Or Rented From Others | 1 |
| Property With Limited Coverage | 2 |
| Property Not Covered | 2 |
| **Additional Benefits** | 2 |
| Newly Acquired Equipment | 2 |
| Debris Removal | 2 |
| Pollution Clean-up and Removal | 2 |
| Rental Expenses | 3 |
| Employees Tools Coverage | 3 |
| Optional Equipment On Water Coverage | 3 |
| **Where We Cover** | 3 |
| **Exclusions – Losses We Won't Cover** | 3 |
| **Rules For Loss Adjustment** | 4 |
| Limits Of Coverage | 4 |
| **How Your Property Is Valued** | 4 |
| Deductible | 4 |
| Other Insurance | 4 |
| **Other Rules For This Agreement** | 5 |
| Reports and Premiums | 5 |
| Preserving Your Rights | 5 |
| Expenses For Reducing Loss | 5 |
| Insurance For Your Benefit | 5 |

## What This Agreement Covers

This agreement protects against risks of direct physical loss or damage to contractor's equipment, including spare parts and accessories, that you own or for which you are legally responsible. If limits are shown in the Coverage Summary, we'll cover unscheduled equipment leased or rented from others. There are some limitations to your coverage which will be explained in this agreement. To be covered, the property must either be scheduled, or it must be included under "Unscheduled equipment used in your business." Loss or damage to the equipment must occur while this agreement is in effect.

## Property Covered

### Scheduled Equipment

When the scheduled equipment box is checked in the Coverage Summary, we'll cover only that equipment listed on the schedule provided to us. The limit of coverage on any one item will not exceed the amount shown for that item on the schedule.

### Unscheduled Equipment

If a limit is shown in the Coverage Summary, we'll cover unscheduled equipment you own or for which you are legally responsible.

### Unscheduled Equipment Leased Or Rented From Others

If shown in the Coverage Summary, we'll cover unscheduled equipment in your care that's been leased or rented from others. If you have sche-

STP00108

The St.Paul

duled any leased or rented equipment, this section does not apply to that equipment.

## Property With Limited Coverage

The following property is covered only to the extent explained below.

*Pairs and sets.* One or more parts of a pair or set may be lost or damaged. If this happens, we'll consider the importance of the lost or damaged part to the set in determining the amount we'll pay. We'll be fair and reasonable, but we won't pay for the whole set.

*Items with several parts.* If a part of an item made up of several parts is lost or damaged, we'll pay only for that part.

## Property Not Covered

We won't cover the following property under this agreement.
- Automobiles or similar vehicles.
- Marine equipment designed to be used on rivers, lakes or harbors.
- Any underground property.
- Accounts, money, securities, evidences of debt, deeds, or other valuable papers. Nor will we cover jewelry, precious stones or similar valuables.
- Plans, blueprints, designs or specifications.

## Additional Benefits

The following benefits are in addition to the limits of coverage shown in the Coverage Summary. All of the other terms in this agreement apply to these Additional Benefits.

## Newly Acquired Equipment

We'll pay up to $250,000 for newly acquired equipment for up to 60 days.

Insurance under this newly acquired property benefit will end when any of the following first occurs:

- This policy or this agreement is cancelled or expires.
- 60 days expire after you acquire the new equipment.
- You report the values of the newly acquired property to us.

We will charge you additional premium from the day the equipment is acquired.

## Debris Removal

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing debris of damaged insured property.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss includes any deductibles you pay.

But we won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below the surface of the ground. Limited coverage for pollution clean-up and removal is provided elsewhere in this form.

We'll only pay debris removal expenses that are reported to us within 180 days of the earlier of:
- the date of direct physical loss or damage; or
- the end of the policy period.

## Pollution Clean-up and Removal

We'll pay up to $10,000 for the cost to clean up and remove pollution that is in the land or water as a result of covered loss or damage to covered property.

We'll only pay for pollution clean up and removal if:
- the discharge, dispersal, seepage, migration, release, or escape of the pollutants is due to a covered cause of loss that occurs during the policy period to covered property.

To be covered, clean up and removal costs must be incurred and reported to us within 180 days of the earlier of:
- the date of direct physical loss or damage; or
- the end of the policy period.

©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved

STP00109

The St.Paul

The $10,000 that we'll pay is the maximum in any one annual policy period regardless of the number of events that occur. This limit is not subject to the deductible shown in the Coverage Summary.

## Rental Expenses

We'll pay up to $1,000 a day subject to a maximum of $10,000 for any one loss for necessary rental expenses you incur to continue, as nearly as possible, your normal business operations after covered equipment is damaged or destroyed by a covered cause of loss.

*Normal business operations* means the state that would have existed had no damage occurred.

We'll pay such rental expenses for the time it would reasonably take to repair or replace the damaged equipment beginning from 72 consecutive hours after the loss has occurred until the limit of coverage is exhausted, or the damaged equipment is repaired or replaced, whichever occurs first. The damage or destruction must take place while this agreement is in effect. This period is not limited by the expiration date of this agreement, however, you agree to resume normal operations as soon as possible. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Employees Tools Coverage

We'll cover loss or damage to your employees' tools at a location you own or occupy or at your jobsite for up to $1,000 per employee and a maximum of $5,000 in any one loss. A $250 deductible applies to this additional benefit. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Optional Equipment On Water Coverage

If indicated in the Coverage Summary, we'll cover loss to covered equipment while it's on water, subject to the limit of coverage indicated in the Coverage Summary, unless excluded elsewhere in this form.

## Where We Cover

We'll cover losses that occur in the United States and Canada. We'll also cover losses that occur in transit between these places.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Wear – deterioration – climate.** We won't cover loss resulting from any of the following causes:

- Wear and tear.
- Gradual deterioration.
- Corrosion or rust.
- Dampness, dryness, cold, or heat.

**Inherent nature.** We won't cover loss resulting from the inherent nature of the property. By inherent nature we mean a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

**Mechanical breakdown.** We won't cover loss caused by mechanical breakdown. If fire results, we'll pay for losses caused directly by the fire itself.

**Electrical breakdown.** We won't cover loss to electrical equipment, including wiring, caused by electricity other than lightning. But if a fire or explosion results, we'll pay for that resulting loss.

**Disappearance – inventory loss.** We won't cover property that just disappears or that you find missing when you take inventory.

**Equipment on water.** We won't cover loss, except by fire, to covered property while it's on water.

But this exclusion won't apply if the Coverage Summary shows that the Optional Equipment On Water Coverage extension applies.

STP00110

**The St Paul**

**Dishonesty.** We won't cover losses resulting from any dishonest or criminal act committed by you, your employees, your agents, or by anyone who has an interest in covered property. Nor will we cover dishonest acts by anyone else you've entrusted the property to other than a hired transportation carrier.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation, or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss or damage caused by:
- war (declared or undeclared);
- invasion or insurrection;
- rebellion, revolution, or civil war;
- seizure of power; or anything done to hinder or defend against these actions.

We won't cover seizure or destruction of your property under quarantine or Customs regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

**Rules For Loss Adjustment**

When a loss occurs, we'll consider the following factors in determining what we'll pay:
- your limits of coverage;
- your deductible; and
- other insurance.

The following sections explain how these factors affect the actual amount we'll pay.

**Limits Of Coverage**

The most we'll pay for a covered loss is the applicable limit of coverage shown in the Coverage Summary. For scheduled equipment coverage, the most we'll pay for any one item is the limit of coverage that is shown on the schedule for that item. For unscheduled equipment you own or rent or lease from others, the most we'll pay is the limits of coverage shown in the Coverage Summary.

**Catastrophe limit.** The catastrophe limit shown in the Coverage Summary is the most we'll pay for all losses from any one event no matter how many protected persons, property owners, or financial interests or types of covered property are involved. This limit applies to all losses, expenses, and salvage charges combined.

**How Your Property Is Valued**

We'll pay either the cost of repairing or replacing the property with similar kind or quality or the actual cash value of the property at the time of the loss, whichever is less.

*Actual cash value* means the cost of repairing or replacing damaged property including deduction for depreciation.

**Deductible**

Your deductible is shown in the Coverage Summary. You'll be responsible for this amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

If you have chosen different deductibles for different covered items and a loss occurs that involves these different items, you'll be responsible for the largest of the deductibles for those items.

**Other Insurance**

Other insurance may be available to cover a loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less your deductible. But we won't pay more than the applicable limits of your coverage under this agreement.

©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved          STP00111

The St.Paul

## Other Rules For This Agreement

### Reports and Premiums

The Optional Coverage Summary may show that the premium for this agreement is subject to quarterly or annual reporting. If so, the following rules apply:

**Quarterly reporting.** You must report to us the total value of your owned equipment each quarter.

The Optional Coverage Summary will show what your rate is for each $100 of reported value. Your deposit premium is shown in the Optional Coverages Summary. Each quarterly premium will be subtracted from your deposit premium, until your deposit premium is exhausted. Once the deposit premium is exhausted, you'll pay the quarterly premium with each report.

Each year, when this agreement ends, we'll figure the premium we've actually earned based on the values you've shown on your reports during the time this agreement was in effect. We'll figure the total amount you've paid by adding the deposit premium to any quarterly payments you paid. If the final premium is more than you paid, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

**Annual reporting.** You must submit a schedule of property covered as of the inception date of this policy and within thirty (30) days following each anniversary date of this policy. In the event of cancellation, you'll submit a schedule as of the cancellation date. All items with insured values of $1,000 or more will be separately listed showing the amount of insurance for each item. All insured items valued under $1,000 will be totaled and included as one item, described as Miscellaneous Covered Property.

The Optional Coverage Summary will show what your rate will be for each $100 of value. Your deposit premium is shown in the Optional Coverages Summary. Each year, and when this agreement ends, we'll figure the premium we've actually earned by multiplying the rate shown in the Optional Coverage Summary by the average value of the schedules you have reported at the inception of the current policy term and at the end of the current policy term. If the final premium is more than your loss, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

### Preserving Your Rights

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

### Expenses For Reducing Loss

When a covered loss occurs, you must do everything possible to protect property from further damage. Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit them.

### Insurance For Your Benefit

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

STP00112

**PROTECTION FOR MISCELLANEOUS PROPERTY**                    The **StPaul**

We've designed this agreement to protect listed
property against all risks of direct loss or
damage with some limitations.

---

**Coverage Summary**

| Description of property | Limit of Coverage |
|---|---|
| 410 Robert Sabojoian Place | $1,000,000 |
| 360 Seahorse Drive | 611,425 |
| Delaney Road Lift Station | 6,885 |
| 201-215 N. Genessee | 1,000,000 |

Total    $ 2,618,310

---

**Your deductible.**   You'll be responsible for the first $ 100,000          of each loss.
We'll pay the rest of your covered loss up to the limits of coverage that apply.

---

**Who We'll Pay For Loss**

We'll pay you and:

---

**What This Agreement Covers**

This agreement protects against all risks of
direct physical loss or damage to property you
own or have in your care. To be covered, the
property must be listed above and the loss or
damage must take place while this agreement is
in effect.

Of course, there are some limitations to your
coverage which will be explained later in this
agreement.

**Property with limited coverage.**   The following
property is covered only to the extent explained
below.

*Pairs and sets.*   One or more parts of a pair or
set may be lost or damaged. If this happens,
we'll consider the importance of the lost or
damage part to the set in determining the
amount we'll pay. We'll be fair and reasonable,
but we won't pay for the whole set.

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

42038 Rev.2-83 Printed in U.S.A.                    Insuring Agreement 20.
©St.Paul Fire and Marine Insurance Co.1983                    Page 1 of 3

STP00113

The **St.Paul**

*Machinery.* If a part of a machine or other item made up of several parts is lost or damaged, we'll pay only for that part.

*Labels.* If only the labels on your goods are damaged, we'll pay for new labels and the cost of putting them on.

## Where We Cover

We'll cover losses that occur in the continental United States, Alaska, Hawaii and in Canada. We'll also cover losses that occur in transit between these places.

## Exclusions—Losses We Won't Cover

When we use the word loss in this section we also mean damage.

**Wear—deterioration—pests.** We won't cover loss resulting from any of the following causes:

- wear and tear;
- inherent nature of the property;
- gradual deterioration;
- insect or animal pests like termites or mice;
- atmospheric or climatic changes; or
- extremes of temperature.

**Work.** We won't cover loss or damage caused by any process. Nor will we cover loss or damage that occurs while the property is actually being worked on and results from such work.

**Marring or scratching.** We won't cover loss caused by leakage, denting, marring or scratching. We will, however, cover such loss if it's the direct result of fire, lightning or windstorm or from the collision, upset or overturning of the transporting vehicle.

**Water transport.** We won't cover loss to covered property while it's being transported by water. We will, however, cover loss caused by fire aboard a water transport.

**Mechanical breakdown.** We won't cover loss caused by mechanical breakdown or electrical damage to electrical appliances or devices, including wiring, unless it is caused by light-

ning. But, if fire results, we'll pay for losses caused directly by the fire itself.

**Unattended property.** We won't cover loss by theft or pilferage that occurs while the insured property is left in or on an unattended and unlocked vehicle, motorcycle or trailer (other than a public means of transportation). But we'll pay for property stolen from a locked vehicle or luggage compartment when there are visible marks of forced entry.

**Dishonest acts.** We won't cover losses resulting from any dishonest or illegal act committed by you or your employees or agents. Nor will we cover dishonest acts by anyone else you've entrusted your property to other than transportation carriers you hire.

**Disappearance—inventory loss.** We won't cover loss of property that just disappears or that you find missing when you take inventory.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss, damage or injury caused by: War (declared or undeclared). Invasion. Insurrection. Rebellion. Revolution. Civil war. Or seizure of power. Or anything done to hinder or defend against these actions. We won't cover seizure or destruction of your property under quarantine or Customs regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

## What We'll Pay

We'll pay either the cost of repairing or replacing the property with similar kind and quality or the actual cash value of the property at the time of loss, whichever is less. The limit of coverage that applies as shown in the Coverage Summary is the most we'll pay for all loss from any one event no matter how many protected persons,

The St.Paul

property owners or financial interests are involved.

**Insuring to value.** The premium for this coverage is based on your promise to insure property for 100% of its actual cash value. At the time of loss we'll subtract your deductible from the loss to get your net loss. Then we'll figure what we'll pay using the following formula:

$$\frac{\text{amount of insurance}}{\text{actual cash value}} \times \text{net loss} = \frac{\text{amount}}{\text{we'll pay}}$$

If you're insured to value, we'll pay 100% of your covered net loss. However, if you're not insured to value, you'll have to share in the loss. For example:

*You have a $2,000 loss to property insured for $2,500. But at the time of loss, the actual cash value of property is $5,000. If your deductible is $100, we subtract that amount from your loss to get you net loss of $1,900. Using these figures we apply the formula:*

$$\frac{\$2,500}{\$5,000} = \frac{1}{2} \text{ or } 50\% \times \$1,900 = \$950$$

*From this example, you can see that it's important to insure property for 100% of its value.*

**Other insurance.** Other insurance may be available to cover a loss. If so, we'll pay the amount of loss that's left after the other insurance has been used up. But we won't pay more than the limit of coverage that applies under this agreement.

**Preserving Your Rights**

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

**Expenses For Reducing Loss**

When a covered loss occurs, you must do everything possible to protect the property from further damage. Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit from them.

**Insurance For Your Benefit**

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

STP00115

# COMMERCIAL FINE ARTS PROPERTY PROTECTION

The St.Paul

We've designed this agreement to protect
certain property you own or have in your care
against all risks of direct physical loss or
damage with some limitations.

## Coverage Summary

**Covered property and location**
Scheduled fine arts items:

**Limits of coverage**

Blanket over all locations shown in the Property
Protection Coverage Summary — form #42563.

$ 60,000

Unscheduled fine arts items, but no
more than $                      for any one item.

$

**Premium.**

$

Your premium is based on your statement that,
at the time this agreement took effect, each
fine arts item was at the location shown above.

**Deductible.** You'll be responsible for the first
$ 100,000        of each loss. We'll pay the
rest of a covered loss up to the applicable
limits of coverage.

You agree that any recovery or salvage on a
loss will belong to us until the amount we paid
has been made up.

## What This Agreement Covers

This agreement protects against all risks of
direct physical loss or damage to each fine arts
item for which a limit is shown in the Coverage
Summary. Items may be property you own or
have in your care. Of course there are other
limitations to this coverage which will be
explained later in this agreement.

**Newly acquired items.** We'll cover any art object
acquired after this agreement takes effect. The
kind of property acquired must already be
covered by this agreement. We'll cover fine
arts items for 25% of the total limits of cover-
age on that property. This coverage is in addi-
tion to the total limit shown in the Coverage
Summary for fine arts.

In order to be covered, you must report the
additional property within 90 days after the
date you acquire it. An additional premium will
be due from the date the property is acquired.
However, the coverage ends if the additionally
acquired property is not reported within the 90
day period.

**Packing agreement.** You agree that fine arts
insured under this agreement will be packed and
unpacked by trained packers.

## When And Where We Cover

We'll cover losses to fine arts that occur within
the continental United States, Alaska, Hawaii,
Canada and Puerto Rico while this agreement is
in effect.

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927
**Processing Date** 11/16/06  12:55   001

**Effective Date** 11/01/06

STP00116

The St Paul

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section, we also mean damage.

**Wear – deterioration – pest.** We won't cover loss resulting from any of the following causes:

- wear and tear;
- gradual deterioration; or
- insect or animal pests like termites or mice.

**Inherent nature.** We won't cover loss resulting from the inherent nature of the property. By inherent, we mean a quality or latent defect in the property that causes it to deteriorate or to destroy itself.

**Repair.** We won't cover loss to fine arts resulting from any repairing, restoration or retouching process.

**Breakage of fragile items.** We won't cover fragile items such as art glass windows, statuary, marbles, glassware, bric-a-brac and porcelains unless the breakage is caused by one of the following covered perils: fire, lightning, aircraft, theft or attempted theft, wind, earthquake, flood, explosion, malicious damage, or collision, derailment or overturn of a transporting vehicle.

**Property on display.** We won't cover fine arts on display at fairgrounds or any national or international exposition unless the display location is shown in the Coverage Summary.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss caused by: war (declared or undeclared). Invasion. Insurrection. Rebellion. Revolution. Civil war. Or seizure of power. Or anything done to hinder or defend against these actions. We won't cover seizure or destruction of your property under quarantine or custom regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

## What We'll Pay

We'll consider the following to determine what we'll pay for the loss:

- whether your fine arts items are scheduled or unscheduled;
- whether the lost or damaged item was part of a pair or set;
- the deductible; and
- other insurance.

The next sections explain how these factors affect the actual amount we'll pay.

**Scheduled fine arts items.** When you schedule your fine arts items, a separate limit applies to each item. At our option, we'll pay either the limit shown for that item or the cost of repairing or replacing it with an item of similar kind and quality.

**Unscheduled fine arts items.** Coverage is provided for unscheduled fine arts items when a limit for unscheduled items is shown in the Coverage Summary. A single limit applies to all your fine arts items covered on an unscheduled basis. For example, if your limit is $10,000, this limit applies to all loss in one event, no matter how many single items are lost or damaged.

We'll pay either the cost of repairing or replacing the property with similar kind and quality or the actual cash value of the property at the time of loss, whichever is less.

The premium for this coverage is based on your promise to insure property for 100% of its actual cash value. At the time of loss we'll subtract your deductible from the loss to get your net loss. Then we'll figure what we'll pay using the following formula:

*STP00117*

©St.Paul Fire and Marine Insurance Co.1980

The **StPaul**

amount of
insurance
————— X net loss = amount we'll pay
actual cash
value

If you're insured to value, we'll pay 100% of your covered net loss.  However, if you're not insured to value, you'll have to share in the loss. For example:

*You have a $2,000 loss to property insured for $2,500. But at the time of loss, the actual cash value of the property is $5,000. If your deductible is $100, we subtract that amount from your loss to get your net loss or $1,900. Using these figures we apply the formula:*

$$\frac{\$2,500}{\$5,000} = \frac{1}{2} \text{ or } 50\% \times \$1,900 = \$950$$

*We'll pay $950 of your loss. The remaining $950 is your share.*

From this example, you can see that it's important to insure property for 100% of its value.

**Pairs and sets.**  If one or more parts of a set is lost or destroyed, we'll pay the limit of coverage for the set shown in the Coverage Summary. And you agree to surrender the remaining parts of the set to us.

**Items with several parts.**  If a part of an item made up of several parts is lost or damaged, we'll pay only for that part.

**Other Insurance.**  Other insurance may be available to cover a loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less the deductible. But we won't pay more than the applicable limit of coverage.

**Preserving Your Rights**

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsiblility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

**Expenses For Reducing Loss**

When a covered loss occurs, you must do everything possible to protect the property from further damage.  Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit from them.

**Insurance For Your Benefit**

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

STP00118

**COMPUTER PROPERTY PROTECTION
COVERAGE SUMMARY**

The St Paul

This Coverage Summary shows the
coverages, limits, and other terms and
conditions that affect your insurance. You
have only those coverages for which a limit
is shown.

## Locations of property to be covered

| Loc. No. | Address |
|----------|---------|
| | Blanket over all locations shown in the Property Protection Coverage Summary – form #42563. |

## Coverages

**1. Computer hardware**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|
| Blanket | $2,034,314 | $100,000 |

Valuation Option:   ☐ Actual Cash Value      ☒ Replacement Cost

**2. Portable computer hardware**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|

Valuation Option:   ☐ Actual Cash Value      ☐ Replacement Cost
Worldwide coverage extension applicable   ☐ Yes   ☐ No

**3. Software**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|
| Blanket | $ 218,000 | $100,000 |

STP00119

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|-----------------|--------------------------|-------------------------|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

42442 Rev. 7-01 Printed in U.S.A.                    Coverage Summary
℗ St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved              Page 1 of 2

**The St.Paul**

**4. Data**

| Loc. No. | Limit | Deductible |
|---|---|---|
| Blanket | Included in Software limit | |

**5. Extra expenses**

| Loc. No. | Limit | Deductible |
|---|---|---|

**6. Earnings and extra expenses**

| Loc. No. | Limit | Deductible |
|---|---|---|

Optional ordinary payroll exclusion applicable ☐ Yes ☐ No

| Additional Benefits | Limit |
|---|---|
| Backup Locations | $ 50,000 |
| Fire Department Service Charge | $ 25,000 |
| Fire Protective Equipment | $ 25,000 |
| New Locations | $500,000 |
| Newly Acquired Computer Hardware | $500,000 |
| Property In Transit | $ 25,000 |
| Property In Transit - Worldwide Extension | $ 25,000 |
| Random Attack - Hacking Event Or Computer Virus | $ 10,000 |
| Temporary Location | $500,000 |

**Optional Coverages**

| ☐ Earthquake | $ | Annual aggregate limit |
|---|---|---|
| ☐ Flood | $ | Annual aggregate limit |
| ☐ Off Premises Utility Failure | $ | Annual aggregate limit |

**Deductibles**

| Basic deductible | $100,000 | | |
|---|---|---|---|
| Special breakdown deductible | $100,000 | | |
| Earnings and extra expenses deductible | $ | or | hours |
| Earthquake deductible | $ | | |
| Flood deductible | $ | | |
| Off-premises utility failure deductible | $ | or | hours |

STP00120

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

# COMPUTER PROPERTY PROTECTION

The **StPaul**

We've designed this agreement to protect your computer hardware, software, and data against direct physical loss or damage. There are limitations and they are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Covered Causes Of Loss | 1 |
| Coverages And Covered Property | 2 |
|   1. Computer hardware. | 2 |
|   2. Portable computer hardware. | 2 |
| Worldwide coverage extension. | 2 |
|   3. Software. | 2 |
|   4. Data. | 2 |
|   5. Extra expenses. | 2 |
|   6. Earnings and extra expenses. | 2 |
| Optional ordinary payroll exclusion. | 3 |
| **Property Not Covered** | 3 |
| **Where We Cover** | 3 |
| **Additional Coverages** | 3 |
| Debris Removal | 3 |
| Interruption By Civil Authority | 4 |
| Preservation Of Property | 4 |
| **Additional Benefits** | 4 |
| Backup Locations | 4 |
| Fire Department Service Charge | 4 |
| Fire Protective Equipment | 4 |
| New Locations | 4 |
| Newly Acquired Computer Hardware | 4 |
| Property In Transit | 5 |
| Property In Transit – Worldwide Extension | 5 |
| Random Attack – Hacking Event or Computer Virus | 5 |
| Temporary Location | 5 |
| **Optional Coverage** | 5 |
| Earthquake | 5 |
| Flood | 6 |
| Off Premises Utility Failure | 6 |
| **Exclusions – Losses We Won't Cover** | 6 |
|   Cancellation of contracts. | 6 |
|   Defects or errors. | 6 |
|   Denial of service. | 8 |
|   Disappearance. | 7 |
|   Dishonesty. | 7 |
|   Flood. | 7 |
|   Earthquake. | 7 |
|   Nuclear activity. | 7 |
|   Ordinances, regulations, or laws. | 7 |
|   Other indirect loss. | 8 |
|   Random attack – hacking event or computer virus. | 8 |
|   Satellites and their component parts. | 8 |
|   Strike. | 8 |
|   Utility failure. | 8 |
|   Voluntary surrender. | 8 |
|   War. | 8 |
|   Wear, tear, deterioration. | 8 |
| **Rules For Loss Adjustment** | 9 |
| How Your Property Is Valued | 9 |
|   Computer hardware insured on an actual cash value basis. | 9 |
|   Computer hardware insured on a replacement cost basis. | 9 |
|   Setting a value on computer software and data. | 9 |
| Loss Determination | 9 |
|   Extra expenses. | 9 |
|   Earnings. | 9 |
| Your Responsibility For Resuming Operations | 10 |
| Limits Of Coverage | 10 |
| Deductibles | 10 |
|   Basic deductible. | 10 |
|   Special breakdown deductible. | 10 |
|   Earnings and extra expenses deductible. | 10 |
|   Optional coverage deductibles. | 10 |
| **Other Rules** | 11 |
| Other Insurance | 11 |
| Insurance For Your Benefit | 11 |
| Adjusting Losses | 11 |
| Who We'll Pay For Loss | 11 |
| Preserving Your Rights | 11 |

## What This Agreement Covers

There are six coverages available in this agreement. The coverages you have selected, the limits of coverage, and other applicable terms and conditions that apply are shown in the Coverage Summary.

## Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as

STP0121