or property damage assumed under any contract or agreement.

However, we won't apply this exclusion to liability for bodily injury or property damage the protected person would have without the contract or agreement. Nor will we apply this exclusion to the protected person's liability for bodily injury or property damage assumed under a covered contract made before the bodily injury or property damage happens.

*Covered contract* means any:
- lease of premises;
- sidetrack agreement;
- easement or license agreement;
- obligation to indemnify a municipality if the obligation is required by ordinance and isn't connected with work for the municipality;
- contract or agreement under which you assume the tort liability of a municipality to pay damages for covered bodily injury or property damage that is sustained by others and results from work for the municipality;
- other contract or agreement under which you assume the tort liability of another to pay damages for covered bodily injury or property damage that's sustained by others; or
- contract or agreement which you or any of your employees enter into for the rental or lease of any auto.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

But we won't consider the following parts of any contract or agreement to be a covered contract:

*Auto with driver.* That part which has to do with the rental, lease or loan of an auto to you or any of your employees if the auto is rented, leased or loaned with a driver.

*Use of a motor carrier's permit.* That part which indemnifies any person or organization in the business of transporting people or property by an auto for hire for your use of a covered auto over a route or in a territory the person or organization is authorized by a public authority to use or serve.

*Damage to rented or leased auto.* That part which obligates you or any of your employees to pay for property damage to

any auto rented or leased by you or any of your employees.

*War.* That part which indemnifies any person or organization for bodily injury or property damage caused by:
- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions.

**Control of property.** We won't cover property damage to property owned by, transported by or in the care, custody or control of a protected person.

But we won't apply this exclusion to liability for property damage assumed under a sidetrack agreement.

**Employer's liability.** We won't cover bodily injury to an employee arising out of his or her employment by a protected person. Nor will we cover bodily injury to the spouse, child, parent, brother, or sister of that employee which results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:
- bodily injury to domestic employees not entitled to workers compensation benefits; or
- liability for bodily injury assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

STP00388

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is covered by a nuclear energy liability insurance policy; or
- would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, any nuclear facility owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:

- Nuclear Energy Liability Insurance Association;
- Mutual Atomic Energy Liability Underwriters;
- Nuclear Insurance Association of Canada; or
- any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment or machine that's designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment

STP00389

used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:

- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;
- being loaded onto or unloaded from a covered auto;
- otherwise in the course of transit by or for any protected person; or
- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building,*

*damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*
*Another example:*

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:

- isn't in your care, custody or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance or use of a covered auto.

STP00390

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution* means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Racing or demolition contest.** We won't cover bodily injury, property damage or pollution cost or expense that results from the use of a covered auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own.

However, when a covered trailer is connected to a covered auto, this agreement applies to the trailer in the same way as the covered auto. For example, if a trailer you own is connected to a covered auto you don't own, this agreement will be excess insurance for the trailer. If a trailer you don't own is connected to a covered auto you own, this agreement is primary insurance for the trailer.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

STP00391

## PUBLIC SECTOR SERVICES
## AUTO LIABILITY SELF-INSURED RETENTIONS ENDORSEMENT – RETENTIONS APPLY TO DAMAGES, DEFENSE EXPENSES, AND POLLUTION COST OR EXPENSE

This endorsement changes your Auto Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses and pollution cost or expense are subject to the self-insured retentions.

### Self-Insured Retentions Table

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each accident retention. | $100,000 |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each accident retentions without further limitation, regardless of how often they apply.

### How Coverage Is Changed

There are six changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

#### Self-Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages, defense expenses, and pollution cost or expense incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- premiums paid;
- claims made or suits brought;
- covered autos;
- vehicles involved in the accident; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered bodily injury, property damage, or pollution cost or expense in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
| CITY OF WAUKEGAN | | **Processing Date** 11/16/06  12:55  001 |

STP00392

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:
- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered bodily injury, property damage, or pollution cost or expense.

*Postjudgment interest* means the interest that:
- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered bodily injury, property damage, or pollution cost or expense.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each accident retention.** You'll be responsible for the amount of damages, defense expenses, and pollution cost or expense within this self-insured retention for all covered bodily injury, property damage and pollution cost or expense that results from any one accident.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each accident retentions for all covered bodily injury or property damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each accident retentions without further limitation, regardless of how often they apply.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:
- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month*

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00393

*extension. As a result, the third policy year becomes sixteen months long.*

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered bodily injury or property damage;
- defense expenses; or
- pollution cost or expense;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages, defense expenses, and pollution cost or expense covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and

- explains our right to settle a claim or suit for covered bodily injury, property damage, or pollution cost or expense.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for bodily injury, property damage, or pollution cost or expense covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such bodily injury or property damage, or the total amount of such pollution cost or expense, probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any accident, claim, or suit to the extent we believe is proper.

- If we choose to:
- investigate an accident, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages, defense expenses, or pollution cost or expense exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered bodily injury, property damage, or pollution cost or expense, if the total amount of:

- damages and defense expenses for such bodily injury or property damage; or
- such pollution cost or expense;

exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or

STP00394

- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages or pollution cost or expense.

*Suit* means a civil proceeding that seeks damages or pollution cost or expense, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages, defense expenses, and pollution cost or expense you have paid for covered bodily injury, property damage and pollution cost or expense in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages or pollution cost or expense covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for*

STP00395

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

*the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Other Insurance section. This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for bodily injury, property damage, or pollution cost or expense covered by this agreement, the insurance under this agreement applies over any applicable self-insured retention as:

● primary insurance for covered autos you own; and

● excess insurance for covered autos you don't own.

Excess insurance applies after any valid and collectible other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

● another insurance company;

● a risk retention group;

● a self-insurance method or program other than any funded by you and over which this agreement applies; or

● any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Insurance provided by another insurer.** When insurance provided by another insurance company applies to covered bodily injury, property damage, or pollution cost or expense that results from the same accident on the same primary basis as this agreement, we'll pay for only our share of the damages or pollution cost or expense. We'll pay the same proportion of such damages or pollution cost or expense that our limit of coverage is to the total of all applicable policy limits, less any self-insured retention that applies. But we won't pay more than our limit of coverage.

**Insurance provided under any other insuring agreement in certain policies written by us or any of our affiliated insurance companies.** When this agreement and any other insuring agreement in any policy written by us or any of our affiliated insurance companies and issued to you apply or applied to the same claim or suit, the most we'll pay for damages or pollution cost or expense is the highest limit of coverage that applies or applied to the same claim or suit under any one of those agreements.

However, this section does not apply if the other insuring agreement that applies or applied is umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement.

**Other Terms**

All other terms of your policy remain the same.

STP00396

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY

 **ST PAUL TRAVELERS**

This summary applies to your:
Auto Liability & Uninsured & Underinsured
Motorists Protection
Auto Physical Damage Protection

### What This Summary Does

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

### When we'll figure your actual premium.

We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

### How we'll figure your actual premium at the end of the policy year.

We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

### How we'll figure your actual premium during the policy year.

If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

### Other Terms

All other terms of your policy remain the same.

---

**Interim audit period:** Annual

### Premium Adjustment Table

The following applies from 11/01/06   to 11/01/07   :

Coverage: Auto Liability and Uninsured And Underinsured Motorists

| Premium basis | Estimated exposure | Rate applies per Auto | | Estimated premium | Minimum premium |
|---|---|---|---|---|---|
| ☒ Number Of Autos | 354 | X $251.05 | = | $88,872.00 | OR $1,000.00 |

STP00397

---

**Name of Insured**   **Policy Number** GP06301927   **Effective Date** 11/01/06
CITY OF WAUKEGAN   **Processing Date** 11/16/06  12:55  001

---

GL088 Ed. 5-95   Endorsement   Page 1 of 2
© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

The following applies from 11/01/06     to 11/01/07     :

Coverage:  Comprehensive and Collision

| Premium basis | Estimated exposure | Rate applies per $100 OCN | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Original Cost New | $14,412,453 | X .385 | = $55,512.00 | OR $Included |

The following applies from           to          :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X | = $ | OR $ |

The following applies from           to          :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X | = $ | OR $ |

STP00398

© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY AUTO LIABILITY ENDORSEMENT**

This endorsement changes your Auto Liability Protection.

## How Coverage Is Changed

There are nine changes which are explained below.

1. The following replaces the Bail bonds section. This change broadens coverage.

   *Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

2. The following replaces the Expenses incurred by protected persons section. This change broadens coverage.

   *Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

3. The following replaces the Corporation or other organization section. This change replaces corporation with public entity.

   **Public entity or other organization.** If you are named in the Introduction as a public entity or other organization, you are a protected person for the use of a covered auto.

   *Other organization* includes a corporation, joint power authority, limited liability company, or tribal government.

   If you are named in the declarations as a corporation, your stockholders are protected persons, but only for their liability as your stockholders.

4. The following definitions are added to the Any permitted user section.

   *Employee* includes a leased worker, other than a leased temporary worker.

   *Leased worker* means any person who:
   - is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
   - is performing duties related to the conduct of the hirer's business.

   *Volunteer worker* means any person other than:
   an employee; or
   a leased temporary worker.

   *Employee leasing firm* means any person or organization who hires out workers to others. It includes any:
   - employment agency, contractor, or service;
   - labor leasing firm; or
   - temporary help service.

   *Leased temporary worker* means a leased worker who is hired to:
   - temporarily take the place of a permanent employee on leave; or
   - meet seasonal or short-term workload conditions.

5. The following is added to the Who Is Protected Under This Agreement section. This change broadens coverage.

   **Elected or appointed officials and members.** Any of your elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons:
   - only for the conduct of their duties as your elected or appointed officials, directors, executive officers, or members; and

STP00399

© 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

• only for the use of a covered auto.

**Volunteer workers.** Any volunteer worker of yours is a protected person for the use of a covered auto, but only for activities or work they conduct or perform:

• at your direction; and
• within the scope of their duties for you.

**Owner of a commandeered auto.** The owner of a commandeered auto is a protected person while the commandeered auto is in your temporary care, custody, or control.

*Commandeered auto* means any auto that you commandeer, or take without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

6. The following is added to the Mobile equipment definition in the What This Agreement Covers section. This change broadens coverage.

We'll consider any land motor vehicle, trailer, or semi-trailer you own or lease that's designed for use on public roads to be an auto and not mobile equipment. But only if we had considered such vehicle, trailer, or semi-trailer to be mobile equipment because:

• it wasn't required to be licensed because you're a government body; or
• it was used only on roads you own.

7. The following is added to the Intentional or expected bodily injury or property damage exclusion. This change broadens coverage.

But we won't apply this exclusion to intentional bodily injury or property damage that results from the use of reasonable force to protect people or property.

8. The following is added to the Exclusions – What This Agreement Won't Cover Section. This change excludes coverage.

**Health care professional services.** We won't cover bodily injury or property damage resulting from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
• the dispensing of drugs or medical or dental supplies and appliances; and
• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

9. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**On-the-job-injury.** We won't cover injury to any volunteer firefighter or other volunteer worker of a protected person if the volunteer is injured while:

• using or maintaining a covered auto; or
• engaged in other volunteer firefighting, rescue squad, or ambulance activities of a protected person.

**Injury to fellow workers.** We won't cover injury to any protected person's fellow volunteer firefighters, rescue squad workers, or ambulance workers while such persons are acting within the scope of their duties.

However, we won't apply this exclusion if "Injury to fellow workers" is shown in the Coverage Summary.

**Other Terms**

All other terms of your policy remain the same.

STP00400

© 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTOS RENTED BY EMPLOYEES ENDORSEMENT

This endorsement changes your Auto Liability Protection and your Auto Physical Damage Protection.

### How Coverage Is Changed

There are two changes that are explained below. These changes broaden coverage.

1.  The definition of hired autos in the Which Autos Are Covered section is changed as follows.

    *Hired autos* means any auto that you hire, rent, lease, or borrow from others, other than your employees or members of their households. Hired autos includes any autos that any employee of yours hires, rents, leases, or borrows from others in that employee's name with your permission while performing duties related to the conduct of your business. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own. However any auto that has been rented, leased, hired, or borrowed with a driver is not a covered auto.

2.  The following is added to the Who is Protected Under This Agreement section. This change applies to your Auto Liability Protection.

    **Employees renting covered autos.** Any of your employees while operating a covered auto that has been rented, leased, hired, or borrowed from others in that employee's name with your permission while performing duties related to the conduct of your business.

### Other Terms

All other terms of your policy remain the same.

STP00401

**PUBLIC SECTOR SERVICES**
**AUTO PHYSICAL DAMAGE AGREED VALUE ENDORSEMENT**

This endorsement changes your Auto Physical
Damage Protection.

---

## How Coverage Is Changed

For the vehicles listed below, the
following replaces the What We'll Pay
For A Loss section. This change
broadens coverage.

## What We'll Pay For A Loss

We'll pay the smaller of the following
amounts when you suffer a covered loss:

- The cost of repairing damaged property or
  replacing damaged or stolen property with
  the same kind or quality;
- The cost to replace the damaged or stolen
  property with comparable new property as
  of the time of loss; or
- The limit of insurance shown below.

## Other Terms

All other terms of your policy remain
the same.

---

| Vehicle Description | VIN | Limit of Insurance |
|---|---|---|
| 1995 Seagrave Fire Truck | 1F9EV28TXSCST2143 | $225,104 |
| 1991 Emergency 1 Fire Truck | 46JDAAA87M1003846 | 71,046 |
| 1995 Seagrave Fire Truck | 1F9EV28T1SCST2144 | 225,104 |
| 2002 Seagrave Fire Truck | 1F9E028T52CST2033 | 283,279 |
| 1986 Emergency 1 Fire Truck | 1F9ABAA88G1037541 | 137,995 |
| 1977 Ward LaFrance Aerial Fire Truck | 80-1298 | 166,900 |
| 1995 Seagrave Aerial Fire Truck | 1F9FW28L6SCST2089 | 400,824 |
| 2001 International Ambulance | 1HTSLAAM01H361970 | 96,311 |
| 1995 Chevrolet Ambulance | 1GBJC34F7SE250437 | 69,732 |
| 2003 International Ambulance | 1HTMNAAM13H598151 | 118,161 |
| 1999 International Ambulance | 1HTSLAAK4XH663639 | 88,500 |
| 1997 International Ambulance | 1HTSLAAMXWH494422 | 88,420 |
| 1995 Chevrolet Ambulance | 1GBJK34F9SE252173 | 69,732 |
| 2004 Seagrave Heavy Rescue Squad Fire Truck | 1F9EW28T74CST2097 | 405,000 |
| 1983 Oskosh Airport Fire Truck | 1OT9L5EH2D1021499 | 100,000 |

STP00402

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
| CITY OF WAUKEGAN | | **Processing Date** 11/16/06   12:55   001 |

A0133 Ed. 10-98

© 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page   1 of   2

STP00403

A0133 Ed. 10-98
Page   2 of   2          © 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS REDEFINED AS AUTOS ENDORSEMENT**

This endorsement applies to and changes each of the following insuring agreements, but only if such insuring agreement is part of your policy:

Auto Liability Protection.
Auto Medical Payments Protection.
Uninsured Motorists Protection.
Underinsured Motorists Protection.
Uninsured And Underinsured Motorists Protection.

## How Coverage Is Changed

There are two changes that are explained below.

1.  The following replaces the definitions of auto and mobile equipment, respectively, in each agreement to which this endorsement applies that includes a definition of that term. This change broadens coverage.

    *Auto* means:

    *   any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;

    *   any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

    *   any mobile equipment while it's being carried or towed by a covered auto.

    We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

    *Mobile equipment* means any land vehicle that:

    *   is designed for use primarily off public streets or roads;

    *   is kept for use only on or next to premises that you rent or lease from others, or own;

    *   travels on crawler treads;

    *   is kept primarily for the ready movement of permanently attached construction equipment;

    *   doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or

    *   is designed or kept primarily for other purposes, but not for carrying persons

    or cargo, and doesn't travel on crawler treads.

    But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

    *   travels under its own power;

    *   is operated like an auto during travel on a public street or road; and

    *   has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

    Instead, we'll consider it to be an auto.

    Nor will we consider a land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged to be mobile equipment. Instead, we'll consider it to be an auto.

2.  The following is added to the Exclusions – What This Agreement Won't Cover section in your Auto Liability Protection. This change excludes coverage.

    **Supplementary equipment.** We won't cover bodily injury or property damage that results from the operation or use of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged.

    *Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

STP00404

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

But we won't consider supplementary equipment to include:

- any communication device, such as a radio or telephone; or
- any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

**Other Terms**

All other terms of your policy remain the same.

STP00405

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

## UNINSURED AND UNDERINSURED MOTORISTS PROTECTION – ILLINOIS

We've designed this agreement to cover damages for bodily injury, or property damage to a covered private passenger type auto, caused by an accident that the named insured or anyone else covered under this agreement is legally entitled to collect from the driver or owner of an uninsured vehicle or underinsured vehicle.  Certain terms that have or include defined meanings shown in this agreement are listed in the List Of Terms With Defined Meanings Shown In This Agreement section, which also shows where their defined meanings are located.

This agreement provides coverage for covered autos registered or principally garaged in Illinois.

### Table of Contents

This Table of Contents lists:

• the major sections of this agreement; and

• the exclusions in the Exclusions – What This Agreement Won't Cover section.

Each listed section and exclusion begins on the page shown for it.

However, one or more endorsements or other forms made part of your policy may, without changing this Table of Contents:

• delete, or change the name of, any of the sections or of exclusions in this agreement; or

• add another section or exclusion to this agreement.

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Scheduled autos. | 3 |
| Autos the named insured acquires after this agreement goes into effect. | 3 |
| Any owned auto. | 3 |
| Owned autos subject to a compulsory uninsured motorists law. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership, limited liability company, organization. | 4 |
| Separation of protected persons. | 4 |
| **Limits Of Coverage** | 4 |
| Property damage. | 5 |
| Bodily injury single limit. | 5 |
| Bodily injury split limits. | 5 |
| Limitations on amounts payable. | 5 |

| | Page |
|---|---|
| **Exclusions – What This Agreement Won't Cover** | 5 |
| Actions taken without our consent. | 5 |
| Exclusions in your Auto Liability Protection. | 5 |
| First $250 of property damage to a covered private passenger type auto. | 6 |
| Other autos. | 6 |
| Owned auto with collision coverage. | 6 |
| Property damage caused by a hit and run vehicle. | 6 |
| Property insurers. | 6 |
| Punitive damages. | 6 |
| Supplementary equipment. | 6 |
| Unauthorized use. | 6 |
| Workers' compensation. | 6 |
| **Other Insurance** | 6 |
| **Changes In General Rules** | 7 |
| Recovering Damages From A Third Party | 7 |
| Lawsuits Against Us | 7 |
| Arbitration | 7 |
| **Changes In What To Do If You Have A Loss** | 8 |
| **List Of Terms With Defined Meanings Shown In This Agreement** | 8 |

### What This Agreement Covers

We'll pay damages that persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured vehicle or underinsured vehicle if the damages result from an accident that happens while this agreement is in effect and causes covered:

• bodily injury to a protected person; or

• property damage to a private passenger type covered auto by actual physical contact with such auto.  But only if property damage coverage is shown in the Coverage Summary.

However, we'll only pay these damages when the owner's or driver's liability results

STP00406

from the ownership, maintenance, or use of the uninsured vehicle or underinsured vehicle.

We will pay such damages only:

- after any other liability policies and bonds that apply are used up by payment of judgments or settlements; or
- if a tentative settlement has been made between a protected person and the owner or driver of the uninsured vehicle or underinsured vehicle, or the insurer of an underinsured vehicle, or any or all of them. In that case, we must be given prompt written notice of the settlement. Then, if we pay the protected person the amount of the settlement within 30 days after receiving that notice, our right of recovery against any person or organization will be preserved.

*Bodily injury* means any physical harm, including sickness or disease to physical health. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury, or property damage to a covered private passenger type auto, that the protected person didn't expect or intend to happen.

*Property damage to a covered private passenger type auto* means physical damage to, or destruction of, a private passenger type auto that is a covered auto under this agreement. However, we won t consider the following to be property damage to a covered private passenger type auto:

- Physical damage to property of the named insured or any other person while such property is contained in a covered private passenger type auto, including loss of use of such property.
- Loss of use of a covered private passenger type auto.

*Private passenger type auto* means an ordinary four-wheel auto, pickup, panel truck, sports utility vehicle or van, not used for any business.

*Uninsured vehicle* means a land motor vehicle or trailer:

- for which there is no liability insurance policy or bond at the time of an accident that provides at least the minimum amounts of coverage required by law

where the covered auto is principally garaged;

- for which an insurance or bonding company legally denies coverage or is or becomes insolvent; or
- which is a hit and run vehicle that causes bodily injury to a protected person.

*Hit and run vehicle* means a land motor vehicle or trailer for which the owner or driver can t be identified that causes bodily injury to a protected person.

We'll cover such bodily injury whether or not the vehicle actually hits:

- an individual named insured or family members;
- a covered auto; or
- an auto a protected person is in.

If there's no physical contact, we'll accept only competent evidence to verify the accident, other than testimony of any person having a claim under this or any similar coverage as a result of that accident.

*Underinsured vehicle* means a land motor vehicle or trailer, other than an uninsured vehicle, for which the total of all liability policies or bonds at the time of an accident provides at least the minimum amounts of coverage required by law where the covered auto is principally garaged, but the total of these policies or bonds is less than this agreement s applicable limit of coverage.

However, we won't consider the following to be an uninsured vehicle or underinsured vehicle.

- Vehicles that any self-insurer under any applicable motor vehicle law owns or operates. But this doesn't apply to a self-insurer that becomes insolvent, or can't provide the amounts required by that law.
- Vehicles that are owned or operated by any unit of government.
- Vehicles designed for use mainly off public roads.
- Vehicles that have applicable liability coverage under this policy.
- Vehicles owned by or furnished or available for an individual named insured s regular use or the regular use of family members.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

STP00407

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are covered autos.

*Auto* means:

- any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;
- any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
- any mobile equipment while it's being carried or towed by a covered auto.

We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment;
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or
- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

Nor will we consider a land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged to be mobile equipment. Instead, we'll consider it to be an auto.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

**Autos the named insured acquires after this agreement goes into effect.**
Replacement autos.
The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.
Newly acquired autos.
If we cover your scheduled autos, any additional autos the named insured acquires are also covered, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto the named insured owns. We'll consider any auto you lease for a period of 6 months or more to be an auto that you own.

**Owned autos subject to a compulsory uninsured motorists law.** This means:

- autos the named insured owns that are subject to law requiring uninsured motorists insurance in the state where they are licensed or principally garaged which does not permit the right of rejection; and
- autos the named insured acquires after this insuring agreement begins that are subject to the same law.

We'll consider any auto you lease for a period of 6 months or more to be an auto that you own.

**When This Agreement Covers**

STP00408

We'll apply this agreement to damages for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the

Coverage Summary, caused by an accident that happens while this agreement is in effect.

## Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the Coverage Summary, that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, then the following are protected persons:

- The named insured and family members.
- Anyone in a covered auto or temporary substitute for a covered auto.
- Anyone in an auto you don't own that's a covered auto under this policy for liability insurance.
- Anyone entitled to collect damages for bodily injury to another protected person.

*Family member* means any person who is related to an individual named insured by blood, marriage, or adoption and lives in such named insured's home. A ward or foster child who lives with the individual named insured is also considered to be a family member.

*In an auto or in a covered auto or in a temporary substitute for a covered auto* includes on the auto or getting in, out, or off of it.

*Temporary substitute for a covered auto* means an auto used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:

- has been damaged or destroyed;
- has broken down; or
- is being serviced or repaired.

**Partnership, limited liability company, corporation or other organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, corporation or other organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto.
- Anyone entitled to collect damages for bodily injury to another protected person.
- Anyone in an auto you don't own that's a covered auto under this policy for liability insurance.
- The named insured for property damage to a covered private passenger type auto if property damage coverage is shown in the Coverage Summary.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

We'll consider all bodily injury, and property damage to a covered private passenger type auto, caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Uninsured Motorists or Underinsured Motorists Protection under this agreement may be subject to single limits or to split limits, depending on which is shown in the Coverage Summary.

If the named insured has Underinsured Motorists coverage as well as Uninsured Motorists coverage, the Coverage Summary will show a separate limit for each.

We will apply the limit shown in the Coverage Summary for uninsured motorists claims to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for damages resulting from bodily injury to any one person caused by any one accident, and
- $40,000 for damages resulting from bodily injury to two or more persons caused by any one accident.

STP00409

This provision will not change our total limit of coverage for uninsured motorist protection.

**Property damage.** If property damage coverage is shown in the Coverage Summary, the most we'll pay for all damage resulting from property damage to covered private passenger type autos, no matter how many vehicles or covered autos are involved in the accident or how many claims are made or premiums are paid, will be:

- the actual cash value (ACV) of the damaged covered auto at the time of the accident; or
- $15,000;

whichever is less.

**Bodily injury single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This limit applies no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in the accident.

**Bodily injury split limits.** If split limits are shown, two limits apply to the amount we'll pay for all damages resulting from bodily injury caused by any one accident. The following limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in the accident:

- Bodily injury to each person limit.
- Bodily injury in one accident limit.

*Bodily injury to each person limit.* This is the most we'll pay for all damages resulting from bodily injury to any one person caused by an accident. This includes damages for care, loss of services or death that results from that bodily injury.

*Bodily injury in one accident limit.* Subject to the Bodily injury to each person limit, this is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This includes damages for care, loss of services or death that results from that bodily injury.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss covered under this agreement and also covered under any other insuring agreement or coverage form.

We won t make a payment under this agreement to the extent that payment has also been made to a protected person by or

for someone who is legally responsible for the damages.

For bodily injury caused by an underinsured motorist, the limit of coverage for this agreement will be reduced by any amounts paid to a protected person by or for someone who is legally responsible for the damages.

We won't pay for any part of damages for which a protected person is also entitled to be paid under any workers' compensation, disability benefit, or similar law.

Unless a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, the limit of coverage for this agreement will be reduced by any amounts paid or payable:

- by or for anyone who is legally responsible for the bodily injury, including any amounts paid or payable under this policy's Auto Liability Protection;
- under any workers' compensation, disability benefits, or similar law, other thanany sums paid or payable as Social Security disability benefits; or
- under any auto medical payments protection.

If a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, our limit of coverage will be only the difference between this agreement's limit and the limit available under the underinsured motorists policies or bonds.

## Exclusions – What This Agreement Won't Cover

**Actions taken without our consent.** We won't cover any:

- claim or suit that is settled or results in a judgment; or
- suit filed;

without our written consent. But, this exclusion doesn't apply:

- to a tentative settlement that a protected person has reached with the insurer of an underinsured vehicle for which we have been given prompt written notice; or
- if we had received reasonable notice that a suit was pending, and had a reasonable opportunity to protect our interests.

**Exclusions in your Auto Liability Protection.** We won t cover:

- bodily injury; or

STP00410

- property damage to a covered private passenger type auto;

that's excluded by any of the exclusions in your Auto Liability Protection, other than any of the following exclusions:

- Contract liability.
- Control of property.
- Employer s liability.
- Injury to a fellow employee.

**First $250 of property damage to a covered private passenger type auto.** We won't cover the first $250 of the amount of property damage to a covered private passenger type auto caused by any one accident. The Named Insured will be responsible for that amount in each accident.

**Other autos.** We won't cover:

- bodily injury to an individual named insured who is injured in or struck by an auto owned by that named insured that is not a covered auto under this agreement;
- bodily injury to any family member who is injured in or struck by an auto the family member owns that is not a covered auto under this agreement; or
- bodily injury to any family member who is injured in or struck by an auto owned by the named insured that is covered for uninsured or underinsured motorists protection on a primary basis under any other insuring agreement or coverage form.

**Owned auto with collision coverage.** We won't cover property damage to any private passenger type auto you own if you have also purchased auto physical damage protection or collision coverage for that auto under this policy or any other policy.

**Property damage caused by a hit and run vehicle.** We won't cover property damage to a covered private passenger type auto caused by a hit and run vehicle

**Property insurers.** We won't cover any claim for the direct or indirect benefit of any insurer of property. We also won't pay for property damage to a covered private passenger type auto if the named insured has been paid or is entitled to be paid for such loss by any property or auto physical damage protection under any other insuring agreement or coverage form.

**Punitive damages.** We won't cover punitive or exemplary damages.

**Supplementary equipment.** We won't cover bodily injury or property damage that results

from the operation or use of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged.

*Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

But we won't consider supplementary equipment to include:

- any communication device, such as a radio or telephone; or
- any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

**Unauthorized use.** We won't cover any claim that results if a protected person uses an auto without having a reasonable belief that he or she is entitled to use it.

**Workers' compensation.** We won't cover any claims for the direct or indirect benefit of another insurance company or self-insurer because of workers' compensation, disability benefits, or similar laws.

**Other Insurance**

When other insurance that also covers damages for bodily injury or property damage to a covered private passenger type auto applies, the following rules will be followed.

When this agreement and other insurance apply or applied to the same accident, on the same primary or excess basis as this agreement, the most that will be recovered for that accident under all those insuring agreements or coverage forms combined is the highest limit of coverage that applies or applied under any one of those insuring agreements or coverage forms providing coverage on the same primary or excess basis as this agreement.

When this agreement and other collectible uninsured or underinsured motorists insurance apply to an accident on the same primary or excess basis, we'll pay that portion of the damages equal to what our limit of coverage bears to the total applicable limits.

STP00411

## Changes In General Rules

### Recovering Damages From A Third Party

The following replaces the Recovering Damages From A Third Party section of the General Rules. But only for this agreement.

If we make any payment under your Uninsured and Underinsured Motorists Protection – Illinois and a protected person recovers all or part of the damages from someone else, that protected person must hold the amount recovered in trust for us and return to us the amount we have paid.

This right won't apply if we've been given prompt written notice of a settlement between a protected person and the insurer of an underinsured vehicle, and we haven't paid the protected person the amount of the settlement within 30 days. However, if we have paid the protected person the amount of the settlement within 30 days, we will have the right to recover from any person or organization. We explain how that right works earlier in this section. Our payment will be separate from any amount the protected person is entitled to recover under your Uninsured and Underinsured Motorists Protection – Illinois.

### Lawsuits Against Us

The following replaces the Lawsuits Against Us section of the General Rules. But only for this agreement.

No one may bring a lawsuit to recover amounts under this policy until there has been full compliance with all the terms of this policy.

Any lawsuit to recover amounts under this policy must begin within two years after the date of the accident causing bodily injury. However, this rule does not apply to a protected person if within two years after the date of that accident:

- we or that protected person have made a written demand for arbitration in accordance with the provisions of these General Rules; or
- that protected person has filed an action against the owner or driver of the underinsured motor vehicle, and such action is both filed in a court of competent jurisdiction and not barred by the applicable statute of limitations.

In the event that the two year time limitation for bringing a lawsuit against us

to recover amounts under this policy does not apply, then the applicable state statute of limitations will apply to any such lawsuit.

### Arbitration

The following is added to the General Rules. But only for this agreement.

If we and any protected person don't agree on:

- whether that person is legally entitled to collect damages from the owner or driver of an uninsured vehicle or underinsured vehicle; or
- the amount of such damages;

then the matter may be arbitrated under applicable Illinois law if that protected person requests arbitration.

If that protected person requests arbitration, each of us will choose one arbitrator. These two arbitrators will choose a third arbitrator. If the three arbitrators are not selected within 45 days from that protected person's request for arbitration, then either we or that protected person may request that the arbitration be submitted to the American Arbitration Association. We will pay our expenses. We will also pay the arbitration expenses, except when the protected person's recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law. If this occurs:

- the protected person will pay its expenses; and
- we and that protected person will share the expenses of the third arbitrator up to the amount by which the protected person's recovery exceeds the statutory minimum.

Unless we and that protected person both agree otherwise, arbitration will take place in the county where the protected person lives. A decision agreed to by two of the arbitrators will be binding for amounts of damages that are up to:

- $50,000 for any one person or $100,000 for any one accident; or
- this agreement's applicable limit of coverage;

whichever is less.

If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules will apply to all matters except medical opinions. As to medical opinions, if the amount of recovery being sought:

- is equal to or less than the minimum limit for bodily injury liability specified by the

Illinois Safety Responsibility Law, then the American Arbitration Association rules will apply; or

- exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the rules of evidence that apply in the circuit court for placing medical opinions into evidence will apply.

## Changes In What To Do If You Have A Loss

The following is added to the When This Policy Provides Liability Protection section or the If Your Policy Provides Liability Protection section of the What To Do If You Have A Loss form, whichever section is in the What To Do If You Have A Loss form attached to this policy. But only for this agreement.

The named insured or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection - Illinois must:

- promptly notify the police if the driver of a hit and run vehicle injures a protected person;

- promptly send us copies of any legal papers if a suit is brought against the owner or driver of an uninsured vehicle or underinsured vehicle and allow us a reasonable opportunity to join the suit before a determination of whether the protected person is legally entitled to collect damages from that owner or driver, or the amount of such damages, has been made;

- submit to examination, at our expense, by physicians of our choice, as often as we reasonably require;

- promptly notify us in writing of any tentative settlement between the named insured, or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection - Illinois, and the owner or driver of the uninsured vehicle or underinsured vehicle or the insurer of the owner or driver of that underinsured vehicle; and

- allow us 30 days after we receive such written notice of a tentative settlement to pay the amount of that settlement to the named insured or other protected person involved in order to preserve our right of recovery against any person or organization.

For property damage to a covered private passenger type auto, the protected person must:

- agree to examinations under oath at our request and give us a signed statement of answers; and

- provide us with the name and address of the owner of the uninsured vehicle or underinsured vehicle, or a registration number and description of that vehicle. If that isn't possible, the protected person must give us any other available information to show that there is no other property damage liability insurance that applies to that vehicle.

## List Of Terms With Defined Meanings Shown In This Agreement

This section lists, in alphabetical order, the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and

- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meanings for any of these terms; or

- add a defined meaning for any other term.

| Term | Page |
|---|---|
| Accident | 2 |
| Auto | 3 |
| Bodily injury | 2 |
| Construction equipment | 3 |
| Coverage territory | 4 |
| Family member | 4 |
| Hit and run vehicle | 2 |
| In an auto or in a covered auto or in a temporary substitute for a covered auto | 4 |
| Mobile equipment | 3 |
| Private passenger type auto | 2 |
| Property damage to a covered private passenger type auto | 2 |
| Specialized equipment | 3 |
| Supplementary equipment | 6 |
| Temporary substitute for a covered auto | 4 |
| Underinsured vehicle | 2 |
| Uninsured vehicle | 2 |

STP00413

**Uninsured And Underinsured Motorists Protection – Illinois Self–Insured Retention Endorsement**

This endorsement changes your Uninsured and Underinsured Motorists Protection – Illinois

Important Note. This endorsement adds a self–insured retention over which the limits of liability will apply.

How Coverage Is Changed

There are three changes which are explained below.

1. The following is added to the What This Agreement Covers section. This change limits coverage.

Our payment for damages will begin only if the amount of the damages is greater than the amount of the self–insured retention shown below.

2. The following is added to the Limits Of Coverage section. This change limits coverage.

Self–insured retention. Your self–insured retention for this agreement is shwon below. It is the most you'll retain for all covered damages and loss adjustment expenses resulting from bodily injury and property damage caused by any one accident. This self–insured retention applies no matter how many covered autos or protected persons are involved, or how many claims are made, premiums are paid, or vehicles are involved in the accident.

Each Accident Self–Insured Retention:  $100,000

3. The following replaces the Changes In What To Do If You Have A Loss section of this agreement. This change limits coverage.

Changes In What To Do If You Have A Loss

The following is added to the What To Do If You Have A Loss Self–Insured Retention Endorsement.

The named insured or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection – Illinois must:
* promptly notify the police if the driver of a hit and run vehicle injures an individual named insured or family members;
* promptly send your claim handling service copies of any legal papers if a suit is brought against the owner or driver of an uninsured vehicle or underinsured vehicle and allow your claim handling service a reasonable opportunity to join the suit before a determination of whether the protected person is legally entitled to collect damages from the owner or driver, or the amount of such damages, has been made.

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/16/06  12:55  001 |

STP00414

If there is a settlement between the named insured, or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection – and the owner or driver of the uninsured vehicle or underinsured vehicle, you must promptly notify:
* your claim handling service in writing of the settlement; and
* us in writing of the settlement, if the amount of the settlement exceeds the self-insured retention shown above. You must allow us 30 days after we receive written notice of a tentative settlement to pay the amount of that settlement to the named insured or other protected person involved in order to preserve our right of recovery against any person or organization.

For property damage to a covered private passenger type auto, the protected person must provide your claim handling service with the name and address of the owner of the uninsured vehicle or underinsured vehicle, or a registration number and description of that vehicle. If that isn't possible, the protected person must give your claim handling service any other available information to show that there is no other property damage liability insurance that applies to that vehicle.


**Other Terms**

All other terms of your policy remain the same.


STP00415

© 1980 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO PHYSICAL DAMAGE PROTECTION

The **St.Paul**

This insuring agreement provides physical damage protection for covered autos. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions – What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 4 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

### What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.** When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

• the collision of the covered auto with another object; or

• the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the

STP00416

TheStPaul

auto, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

STP00417

The St.Paul

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions – What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.** We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

STP00418

The St.Paul

installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer Interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event

that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

### Insurance For Your Benefit

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

### Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY AUTO PHYSICAL DAMAGE ENDORSEMENT**

This endorsement changes your Auto Physical
Damage Protection.

---

**How Coverage Is Changed**

There are seven changes which are explained
below.

1. The following replaces the definition of
   Auto in the What This Agreement Covers
   section. This change broadens coverage.

   *Auto* means any land motor vehicle,
   trailer or semi-trailer designed for travel
   on public streets or roads. It includes:

   - any permanently attached machinery or
     equipment;
   - customized equipment attached to an
     emergency vehicle or public
     transportation auto; and
   - equipment parts that are removable
     from a housing unit attached to an
     emergency vehicle or public
     transportation auto if the equipment is
     used in operation of the emergency
     vehicle or public transportation auto,
     but not equipment or tools that are
     designed for use apart or away from
     the emergency vehicle or public
     transportation auto.

   *Emergency vehicle* means an auto that is
   equipped with emergency equipment and
   used for safety or public protection
   purposes such as police, fire or
   ambulance department autos.

   *Public transportation auto* means an auto
   that's licensed or used to transport
   people as a public service.

2. The following is added to the What This
   Agreement Covers section. This change
   broadens coverage.

   **Airbags.** We'll pay up to $1,000 to reset
   or replace the airbag in a covered auto
   you own if that airbag inflates. But only
   if:

   - your Auto Schedule shows that
     Specified Causes of Loss or Collision
     coverage applies to the covered auto;

   - the airbag is not covered under any
     warranty; and
   - you did not intentionally cause the
     airbag to inflate.

   We'll pay even if no Specified Cause of
   Loss or Collision occurs.

   **Personal belongings.** If your Auto
   Schedule shows that Specified Causes of
   Loss or Comprehensive coverage applies
   to a covered auto you own and that auto
   is stolen, we'll pay for your personal
   belongings and the personal belongings
   of your employees if those personal
   belongings were stolen with the auto.
   The most we'll pay is the lesser of:

   - the actual cash value of the stolen
     personal belongings at the time of
     loss; or
   - the cost of repairing or replacing the
     stolen personal belongings with other
     property of the same kind and quality.

   If the personal belongings are recovered
   with the stolen auto, but they were
   damaged in the auto theft, we'll pay the
   lesser of:

   - the actual cash value of the stolen
     personal belongings at the time of
     loss; or
   - the cost of repairing or replacing the
     stolen personal belongings with other
     property of the same kind and quality.

   But the most we'll pay for all personal
   belongings in a stolen auto, regardless of
   the number of personal belongings
   stolen, is $250.

   The amount paid for personal belongings
   is excess over any other insurance
   available to you or your employees.

   *Personal belongings* means tangible
   property that is worn or carried on a
   person. It does not include tools,
   jewelry, money, or securities.

STP00420

---

3. The following is added to the Which Autos Are Covered section. This change broadens coverage.

**Commandeered autos.** Any auto that you commandeer, or take with or without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

Commandeered autos are covered even though not shown in the Coverage Summary.

4. The following is added to the first paragraph of the Deductibles section. This change broadens coverage.

Nor will we apply the deductible to a loss for window glass breakage to a private passenger type auto if such glass is repaired rather than replaced.

5. The following replaces the Audio devices and radar detection equipment exclusion. This change broadens coverage.

**Audio, visual or data electronic devices.** We won't cover loss to any:

- tapes, records or discs;
- car phones;
- software of any audio, visual or data electronic devices; or
- data of any audio visual or data electronic devices.

We also won't cover loss to any of the following that are in or on a covered auto other than your covered emergency vehicle or your covered public transportation auto at the time of the accident:

- audio or visual equipment or data electronic devices;
- equipment that's designed or used for detecting or locating radar; or
- electronic equipment and any accessories that are used with any such equipment that receives or transmits data signals and is not designed solely for the reproduction of sound.

However, this exclusion does not apply to any:

- audio, visual, data electronic devices or other electronic equipment permanently installed in or on a covered auto at the time of an accident in the opening normally used by the auto manufacturer for the installation of this equipment; or
- electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

*Software* means programs that are either purchased or written on a custom basis which are regularly used with audio, visual or data electronic devices.

*Data* means facts, concepts, or instructions converted to a form useable in the operation of audio, visual or data electronic devices.

6. The following is added to the Intentional or expected loss or damage exclusion. This change broadens coverage.

But we won't apply this exclusion to loss or damage you expect or intend if it results from the use of reasonable force to protect people or property.

7. The following replaces the Other Insurance section. This change limits coverage.

This agreement is primary insurance for covered autos you own except for the auto's covered audio, visual or data electronic devices, and excess insurance for covered autos you don't own. This agreement is excess insurance for covered audio, visual or data electronic devices whether the insurance is provided by another insurer or another policy with us or our member insurance companies. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you do not own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance. But this doesn't apply to covered audio, visual or data electronic devices.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00421

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of St. Paul Travelers both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

**Other Terms**

All other terms of your policy remain the same.

STP00422

# GARAGEKEEPERS LIABILITY PROTECTION

This insuring agreement provides garagekeepers liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Garagekeepers liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal. | 2 |
| **Causes Of Loss** | 2 |
| Comprehensive | 2 |
| Specified causes of loss | 2 |
| Collision | 2 |
| **Direct Protection Options** | 2 |
| Direct excess protection. | 2 |
| Direct primary protection. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership or joint venture. | 3 |
| Corporation or other organization. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 3 |
| **Deductibles** | 3 |
| Theft, mischief or vandalism deductibles. | 3 |
| Collision deductible. | 4 |
| **Exclusions – What This Agreement Won't Cover** | 4 |
| C.B. radios or radar detection equipment. | 4 |
| Contract liability. | 4 |
| Dishonest acts. | 4 |
| Defective parts and faulty work. | 4 |
| Intentional or expected loss. | 4 |
| Sound equipment. | 4 |
| **Other Insurance** | 4 |
| Insurance written with another insurer. | 4 |
| Insurance written under another policy with us or any of our | 4 |

## What This Agreement Covers

**Garagekeepers liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from your garage operations;

- happens to a customer's auto while this agreement is in effect; and

- is caused by an event involving a covered cause of loss.

*Loss* means direct loss or damage. It includes loss of use that results from such loss or damage.

*Your garage operations* means the ownership, maintenance or use of any location, including adjoining roads and accessways, for your garage business. It includes:

- all operations, including repair, service or storage of autos, necessary or incidental to your garage business; and

- the use of a customer's auto.

*Customer's auto* includes any customer's auto while left with you for service, repair, or storage.

*Customers* include your employees, and members of their households who pay for services performed.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*Covered cause of loss* means the cause or causes of loss shown in the Coverage Summary and described in the Causes Of Loss section.

STP00423

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered loss made or brought against any protected person. We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limit of coverage.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre-judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of a judgment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;
  the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered loss in any suit we defend.
If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal expenses and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## Causes Of Loss

The Coverage Summary shows and the information in this section describes the causes of loss which are covered causes of loss.

**Comprehensive** means any cause of loss other than collision.

**Specified causes of loss** means:
- fire, lightning or explosion; or
- theft, mischief or vandalism.

**Collision** means:
- collision with another vehicle or any other object; or
- overturn.

## Direct Protection Options

**Direct excess protection.** When this is shown in the Coverage Summary, we'll pay for covered loss as if this agreement is excess insurance, even if you aren't legally liable for such loss. Excess insurance applies

STP00424

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

after other collectible insurance has been used up.

**Direct primary protection.** When this is shown in the Coverage Summary, we'll pay for covered loss as if this agreement is primary insurance, even if you aren't legally liable for such loss.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered loss whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments and settlements, only in the coverage territory for covered loss that's caused by events that happen there.

*Coverage territory* means the United States of America, it's territories or possessions, Puerto Rico or Canada. It includes international waters or airspace while a customer's auto is being transported between any of these places.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons. But only for the conduct of your garage operations in a garage business for which you are the sole owner.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person. Also, your partners or co-venturers and their spouses are protected persons only for the conduct of your garage operations.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person. Also, your executive officers and directors are protected persons only for the conduct of your garage operations.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limit shown for each garage location in the Coverage Summary is the most we'll pay for all covered loss that happens at the location and results from any one event, regardless of the premiums paid or the number of:

- protected persons;
- premiums paid;
- claims made or suits brought;
- customer's autos; or
- persons or organizations making claims or bringing suits.

## Deductibles

The deductibles shown in the Coverage Summary and the information in this section fix the amount of damages over which the limits of coverage apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Theft, mischief or vandalism deductibles.** The following deductibles always apply to covered loss that's caused by an event involving theft, mischief or vandalism:

*Each loss to a customer's auto deductible.* You'll be responsible for the larger of the amounts shown for this deductible. It applies to all covered loss that:

- happens to each auto; and
- is caused by an event involving theft, mischief or vandalism.

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00425

We can pay this deductible to settle a claim or suit. If we do, you agree to repay us as soon as we notify you of the settlement.

*Total each event deductible.* The larger of the amounts shown for this deductible is the most you'll be responsible for within the theft, mischief or vandalism each loss to a customer's auto deductible in a policy year, regardless of how often that deductible applies.

**Collision deductible.** You'll be responsible for the amount shown for this deductible. It applies to all covered loss that:

- happens to each customer's auto; and
- is caused by an event involving collision.

We can pay this deductible to settle a claim or suit. If we do, you agree to repay us as soon as we notify you of the settlement.

## Exclusions – What This Agreement Won't Cover

**C.B. radios or radar detection equipment.** We won't cover loss to any citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and accessories, unless it's permanently installed in a covered auto in the opening normally used by the auto manufacturer for the installation of a radio.

Nor will we cover loss to any equipment that's designed or used for detecting or locating radar.

**Contract liability.** We won't cover the protected person's liability for loss assumed under any contract or agreement.

**Dishonest acts.** We won't cover loss that results from the theft or conversion of an auto by you or one of your partners, employees or shareholders.

**Defective parts and faulty work.** We won't cover loss involving:

- defective parts or materials; or
- faulty work done by or for you.

**Intentional or expected loss.** We won't cover loss that you expected or intended.

**Sound equipment.** We won't cover loss to any tape deck or other sound reproducing equipment, unless it's permanently installed in a customer's auto.

Nor will we cover loss to any tape, record or similar item designed for use with such equipment.

## Other Insurance

This agreement is excess insurance, unless you have chosen Direct primary protection. Excess insurance applies after other collectible insurance has been used up.

**Insurance written with another insurer.** When insurance provided by another insurer applies to covered damages on the same primary or excess basis as this agreement, we'll pay only our share of such damages. Our share will be equal to the proportion that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance written under another policy with us or any of our** member companies. When this agreement and other insurance provided by us or another member company of The St. Paul Group both apply to the same event, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member company is intended to be excess over this agreement, this section does not apply.

STP00426

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

## GOVERNMENT CRIME PROTECTION COVERAGE SUMMARY

The **St.Paul**

This Coverage Summary shows the coverages
and limits of coverage that apply to your
Crime Protection.

## Coverages, Limits Of Coverage, And Deductibles

*Coverage applies only to those coverages indicated by* ☒ *and when a limit of coverage is shown.*

| | | Limit Of Coverage Per Crime Loss | Deductible Amount Per Crime Loss |
|---|---|---|---|
| ☒ | 1. Employee Theft — Per Loss | $400,000 | $100,000 |
| ☐ | 2. Employee Theft — Per Employee | $ | $ |
| ☒ | 3. Forgery Or Alteration | $400,000 | $100,000 |
| ☒ | 4. Loss Inside Your Building — Theft Of Money And Securities | $400,000 | $100,000 |
| ☒ | 5. Loss Inside Your Building — Robbery Or Safe Burglary Of Other Property | $400,000 | $100,000 |
| ☒ | 6. Loss Outside Your Building | $400,000 | $100,000 |
| ☒ | 7. Computer Fraud | $400,000 | $100,000 |
| ☐ | 8. Funds Transfer Fraud | $ | $ |
| ☒ | 9. Money Orders And Counterfeit Paper Currency | $400,000 | $100,000 |

Employee Benefit Plan(s) included as named insureds:

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Policy Forms List.

STP00427

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/16/06  12:55  001 |

The**StPaul**

STP00428

C0025 Rev. 4-03 Printed in U.S.A.
Page    2 of    2              ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

**GOVERNMENT CRIME PROTECTION – DISCOVERY FORM**                    The**StPaul**

We've designed this agreement to protect
against a variety of losses.  There are
limitations and they are explained later in
this agreement.

**Table of Contents**                                                       **Page**

**What This Agreement Covers**                                                 1
Property Covered                                                               2
1. Employee Theft – Per Loss                                                   2
   Employee benefit plans.                                                     3
   More than one plan.                                                         3
   Required limits.                                                            3
   Payment.                                                                    3
2. Employee Theft – Per Employee                                              3
   Employee benefit plans.                                                     3
   More than one plan.                                                         4
   Required limits.                                                            4
   Payment.                                                                    4
3. Forgery Or Alteration                                                       4
   Legal expenses.                                                             4
4. Loss Inside Your Building – Money And
   Securities                                                                  4
   Damage to your building, money or
   securities containers.                                                      4
5. Loss Inside Your Building – Robbery Or
   Safe Burglary Of Other Property                                            4
   Safe burglary inside your building.                                         5
   Damage to building, safe, or vault.                                         5
6. Loss Outside Your Building                                                  5
7. Computer Fraud                                                              5
8. Funds Transfer Fraud                                                        5
9. Money Orders And Counterfeit Paper
   Currency                                                                    6

**More Than One Insured**                                                      6

**When This Agreement Covers – Discovery**                                     6

**Where We'll Cover**                                                          7

**Limits Of Coverage**                                                         7

**Exclusions – Losses We Won't Cover**                                         7
   Accounting errors.                                                          7
   Bonded employees.                                                           8
   Computer fraud.                                                             8
   Dishonesty.                                                                 8
   Employee cancelled under prior
     insurance                                                                 8
   Exchange.                                                                   8
   Fire.                                                                       8
   Funds transfer fund.                                                        8
   Governmental action.                                                        8
   Indirect loss.                                                              8
   Inventory shortages.                                                        8

Legal expenses.                                                                9
Money operated devices.                                                        9
Motor vehicles or equipment and
   accessories.                                                               9
Nuclear.                                                                       9
Trading.                                                                       9
Transfer or surrender of property.                                            9
Treasurers or tax collectors.                                                 9
Vandalism.                                                                     9
Voluntary parting.                                                             9
War and similar actions.                                                      10

**Rules For Loss Adjustment**                                                 **10**
   Money.                                                                     10
   Securities.                                                                10
   Other property or your building.                                          10
   Other insurance.                                                          10
   Insurance provided under any other
     policy written by us or any of our
     affiliated insurance companies.                                         11

**Deductible**                                                               **11**

**Other Rules**                                                              **11**
   Bonds for faithful performance.                                           11
   Cancellation.                                                             11
   Electronic and mechanical signatures.                                    11
   Insurance for your benefit.                                              11
   Lawsuits against us.                                                      11
   If your policy provides property or
     other first-party protection.                                          12
   Property with limited coverage –
     manuscripts.                                                            12
   Records.                                                                  12
   Records required for Forgery Or
     Alteration coverage.                                                    12
   Recovering damages.                                                       12

## What This Agreement Covers

There are nine coverages available in this
agreement.  The coverages, the limits of
coverage, and other applicable terms and
conditions that apply for the coverage you
have selected are shown in the Coverage
Summary.

STP00429

The St.Paul

## Property Covered

We'll only cover property:
- owned by any insured;
- leased by any insured;
- held for others by any insured; or
- for which any insured is legally liable

except as indicated in the Exclusions – Losses We Won't cover section.

### 1. Employee Theft – Per Loss

We'll pay for loss of or damage to money, securities or other property resulting directly from theft by any of your employees, regardless of whether such employee is:

- identified; or
- acting alone or in collusion with others

and only if there is evidence such employee meant to cause you loss. Such evidence must show that the employee intended they or another person or organization would obtain an unearned financial benefit from the theft.

We won't consider salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment to be unearned financial benefit from a theft.

*Theft* means the unlawful taking of money, securities, or other property from you.

*Money* means:

- currency, coins, and bank notes in current use and having a face value; and
- travelers checks, register checks and money orders held for sale to the public.

*Securities* means negotiable and nonnegotiable instruments or contracts representing either money or other property and includes:

- tokens, tickets, revenue and other stamps in current use, whether represented by actual stamps or unused value in a meter;
- evidences of debt issued in connection with credit or charge cards not issued by you; and
- checks that aren't travelers or register checks.

Securities does not include money.

*Other property* means any tangible property of intrinsic value other than money and securities.

*Employee* means a leased worker, temporary worker, consultant, intern or any person:

- in your service, and for 30 days after termination of such service;
- whom you compensate by salary, wages or commissions; and
- whom you have the right to direct and control while performing services for you.

We'll consider any individual who is:

- a trustee, officer, employee, administrator, or manager of any employee benefit plan covered under this agreement; and
- your official;

to be an employee while that person is handling money, securities, or other property of a covered employee benefit plan.

But we won't consider an administrator or manager of any covered employee benefit plan who is an independent contractor to be an employee.

*Leased worker* means any person who:

- you hire from an employee leasing firm under a contract or agreement between you and such firm; and
- is performing duties related to the conduct of your business.

Leased worker does not include a temporary worker.

*Employee leasing firm* means any person or organization that hires out workers to others.  It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Temporary worker* means a person you hire to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions

C0022 Rev. 4-03 Printed in U.S.A.
©ISO Properties, Inc.
© St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Insuring Agreement

Page 2 of 12

The St Paul

and whom you have the right to direct and control while performing services for you.

But we won't consider any such person to be a leased worker while they have care and custody of property outside your building.

*Consultant* means any person, while such person is performing services for you, who:

- is no longer employed by you;
- was your employee, official, representative or trustee; and
- you've retained to provide professional advice to you.

*Intern* means any person who is a guest student, apprentice, or trainee pursuing studies or duties while under your direction and control. But we won't consider any such person to be an intern while having care and custody of property outside your building.

We won't consider any agent, independent contractor, or other similar representative to be an employee.

**Employee benefit plans.** If any employee benefit plan is listed in the Coverage Summary, we'll cover such employee benefit plan against loss of or damage to money, securities, or other property resulting directly from fraudulent or dishonest acts committed by an employee, whether such employee is:

- identified; or
- acting alone or in collusion with others.

*Employee benefit plan* means a welfare or pension benefit plan that is subject to the Employee Retirement Income Security Act of 1974 (ERISA), or any of its amendments.

**More than one plan.** More than one employee benefit plan may be covered under this agreement. If two or more employee benefit plans are covered by this agreement, payment by us for loss:

- sustained by two or more of such employee benefit plans; or
- of money, securities, or other property commingled between two or more of such employee benefit plans

arising from one crime loss will be shared between the employee benefit plans that sustained such loss on a proportionate basis. We'll calculate the proportion for each such employee benefit plan's payment under this agreement by comparing the limit of coverage that employee benefit plan is required to carry by ERISA regulation to the total of such required limits required by ERISA of all such employee benefit plans.

**Required limits.** An employee benefit plan may be jointly covered under this agreement with another organization. If so, you or the plan administrator must maintain a limit of coverage for each such plan that is at least equal to the limit that would be required if such plan were covered separately.

**Payment.** We'll pay the first named insured for covered losses sustained by any employee benefit plan. If the first named insured is not an employee benefit plan, that insured will hold such loss payment for the use and benefit of the employee benefit plan that sustained the covered loss.

No deductible applies to covered losses sustained by any employee benefit plan.

## 2. Employee Theft — Per Employee

We'll pay for loss of or damage to money, securities, or other property resulting from theft committed by each employee, regardless of whether such employee is:

- identified; or
- acting alone or in collusion with others and only if there is evidence such employee meant to cause you loss. Such evidence must show that the employee intended they or another person or organization would obtain an unearned financial benefit from the theft.

We won't consider salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment to be unearned financial benefit from a theft.

**Employee benefit plans.** If any employee benefit plan is listed in the Coverage Summary, we'll cover such employee benefit plan against loss of or damage to money, securities, or other property resulting directly from fraudulent or dishonest acts committed by an employee, whether such employee is:

©ISO Properties, Inc.
© St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

STP00431

The **St.Paul**

- identified; or
- acting alone or in collusion with others.

**More than one plan.** More than one employee benefit plan may be covered under this agreement. If two or more employee benefit plans are covered by this agreement, payment by us for loss:

- sustained by two or more of such employee benefit plans; or
- of money, securities, or other property commingled between two or more of such employee benefit plans

arising from one crime loss will be shared between the employee benefit plans that sustained such loss on a proportionate basis. We'll calculate the proportion for each such employee benefit plan's payment under this agreement by comparing the limit of coverage that employee benefit plan is required to carry by ERISA regulation to the total of such required limits required by ERISA of all such employee benefit plans.

**Required limits.** An employee benefit plan may be jointly covered under this agreement with another organization. If so, you or the plan administrator must maintain a limit of coverage for each such plan that is at least equal to the limit that would be required if such plan were covered separately.

**Payment.** We'll pay the first named insured for covered losses sustained by any employee benefit plan. If the first named insured is not an employee benefit plan, that insured will hold such loss payment for the use and benefit of the employee benefit plan that sustained the covered loss.

No deductible applies to covered losses sustained by any employee benefit plan.

### 3. Forgery Or Alteration

We'll pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, or similar written promise, order, or direction to pay a specific amount of money that is:

- made or drawn by you;
- drawn upon you;
- made or drawn by someone acting as your agent; or

claimed to have been so made or drawn.

*Forgery* means signing the name of another person or organization with intent to deceive. Forgery doesn't include signing one's own name with or without authority, in any capacity, for any purpose.

**Legal expenses.** You may refuse to pay a check, draft, promissory note, or similar written promise, order, or direction to pay a specific amount of money because you believe it may have been forged or altered. If you refuse payment on such written device, and you are sued for such refusal, we'll pay for reasonable legal expenses to defend that suit if we've given our prior written consent to the defense of such suit. The amount we'll pay for such legal defense expenses will be in addition to the limit of coverage for forgery and alteration.

### 4. Loss Inside Your Building – Money And Securities

We'll pay for loss of money and securities inside your building or inside a bank that results directly from theft, disappearance or destruction.

*Your building* means the interior of that portion of any building you occupy in conducting your business.

*Bank* means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**Damage to your building, money or securities containers.** We'll pay for direct physical loss or damage to the inside or outside of your building that results directly from an actual or attempted theft of money and securities if you:

- own; or
- are liable for damage to
your building.

We'll also pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer inside your building that results directly from actual or attempted theft of or unlawful entry into such containers.

### 5. Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property

We'll pay for loss of or damage to other property that results directly from an actual or attempted robbery when such

STP00432

The St Paul

other property is inside your building and:

- in your care and custody; or
- in the care and custody of any of your partners, members, or employees.

But we won't cover other property in the care and custody of any person acting as a security guard or janitor.

*Robbery* means any person taking property from the care and custody of another person by:

- causing or threatening to cause such other person bodily harm; or
- committing an obviously unlawful act witnessed by such other person.

*Member* means an owner of a limited liability company that's represented by its membership interest. A member may also serve as a manager.

*Security guard* means any person you engage solely to have care and custody of property inside your building and who has no other duties.

**Safe burglary inside your building.** We'll pay for loss of or damage to other property that results directly from actual or attempted safe burglary when such other property is:

- inside your building; and
- in a safe or vault.

**Damage to your building, safe, or vault.** We'll pay for direct physical loss or damage to the inside or outside of your building that results directly from an actual or attempted robbery or safe burglary of other property if you:

- own; or
- are liable for damage to

your building.

We'll also pay for loss of or damage to a locked safe or vault that's inside your building when such loss or damage results directly from an actual or attempted robbery or safe burglary.

*Safe burglary* means unlawfully taking:

- property from a locked safe or vault by unlawfully entering such safe or vault and leaving evidence by marks on the exterior of such safe or vault of forcible entry; or

- a safe or vault from inside your building.

### 6. Loss Outside Your Building

We'll pay for loss of money and securities that results directly from theft, disappearance, or destruction when such property is outside your building and in the care and custody of:

- a messenger; or
- an armored motor vehicle company.

We'll also pay for loss of or damage to other property that results directly from an actual or attempted robbery when such other property is outside your building and in the care and custody of:

- a messenger; or
- an armored motor vehicle company.

But for any loss covered under this Loss Outside Your Building coverage, we'll only pay the amount of loss that you can't recover:

- under your contract with the armored motor vehicle company; and
- from any insurance carried by or on behalf of the armored motor vehicle company.

*Messenger* means you, or any of your employees while such individuals have care or custody of property outside of your building. Messenger does not include courier services.

### 7. Computer Fraud

We'll pay for loss of or damage to money, securities, and other property that results directly from computer fraud.

*Computer fraud* means using a computer to fraudulently transfer money, securities, or other property from inside your building or a bank to:

- a person, other than a messenger, outside your building or a bank; or
- a place outside your building or a bank.

### 8. Funds Transfer Fraud

We'll pay for loss of money and securities resulting directly from a fraudulent instruction that directs a financial institution to transfer, pay, or

C0022 Rev. 4-03 Printed in U.S.A.
©ISO Properties, Inc.
⊙ St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Insuring Agreement

STP00433

Page 5 of 12

The**StPaul**

deliver money and securities from your transfer account.

*Fraudulent instruction* means:

- an electronic instruction that claims to have been transmitted by you, but was fraudulently transmitted by someone else without your knowledge or consent;

- a written instruction, other than those described in the Forgery Or Alteration coverage section, that was issued by you and forged or altered by someone else without your knowledge or consent;

- a written instruction that claims to have been issued by you, but was fraudulently issued without your knowledge or consent; or

- an electronic or written instruction that you received and that claims to have been transmitted by an employee, but was fraudulently transmitted by someone else without your or the employee's knowledge or consent.

*Electronic instruction* includes any telegraphic, cable, teletype, telefacsimile, or telephone instruction.

*Transfer account* means an account maintained by you at a financial institution from which you can initiate the transfer, payment, or delivery of money and securities by means of:

- electronic instruction communicated directly through an electronic funds transfer system; or

- written instructions, other than those described in the Forgery Or Alteration coverage section establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

## 9.  Money Orders And Counterfeit Paper Currency

We'll pay for your loss that results from your good faith acceptance of:

- money orders issued by any post office, express company, or bank that are not paid upon presentation; or

- counterfeit U.S. or Canadian paper currency that you acquire during the regular course of business

in exchange for merchandise, money, or services.

*Counterfeit* means an imitation of an actual valid original that is intended to deceive and be taken as the original.

## More Than One Insured

More than one person or organization may be covered under this agreement. If so, the first named insured on the Introduction page of this policy will act for all other insureds. If the first named insured is no longer covered by this agreement, the second insured named on the Introduction page will act for all other insureds.

We'll consider knowledge of information relevant to this agreement of any insured, or any insured's official, to be knowledge of every insured.

We'll consider an employee of any insured to be an employee of every insured.

Even if more than one insured sustains loss, we won't pay more than the amount we would have paid if the entire loss had been sustained by one insured.

## When This Agreement Covers — Discovery

We'll pay for covered loss you sustain from acts committed or events occurring at any time that is discovered by you:

- while this agreement is in effect; or

- during the extended discovery period.

We'll consider a loss to be discovered when you first become aware of facts that would cause a reasonable person to assume that a loss covered under this agreement has been or will be incurred, even though you may not know the exact amount or details of the loss.

We'll also consider a loss to be discovered when you receive notice of an actual or potential claim against you alleging facts that if true would constitute a covered loss under this insuring agreement.

If this agreement or any of its coverages is canceled or terminated as to any insured, loss sustained by that insured is covered only if discovered by you prior to the expiration of the earlier of the following:

- 60 days from the effective date of cancellation or termination of this agreement as to that insured; or

STP00434

The St.Paul

- immediately upon the effective date of insurance obtained by that insured to replace all or part of the coverage provided by this agreement, whether or not such replacement insurance provides coverage for loss sustained prior to its effective date.

*Extended discovery period* means the period of time during which you may discover loss that you sustained before the effective date of cancellation or termination of this agreement. Such period of time will not be longer than:

- 60 days from the effective date of cancellation or termination of this agreement; or
- for employee benefit plans, 1 year from the effective date of termination or cancellation of this agreement

provided that you report the claim to us during this extended discovery period.

The extended discovery period ends immediately on the effective date of any insurance you obtain to replace all or part of the coverage provided by this agreement whether or not such replacement insurance provides coverage for loss sustained prior to its effective date.

## Where We'll Cover

We'll cover acts committed or loss or damage that occurs in the coverage territory.

*Coverage territory* means the United States of America, including its territories and possessions, Puerto Rico, and Canada.

If you purchased Employee Theft - Per Loss coverage, or Employee Theft - Per Employee coverage, then for that coverage, we'll also cover acts committed by employees while they are outside the coverage territory up to 90 days. *For example,* a three week business trip to Europe.

If you purchased Forgery Or Alteration coverage or Computer Fraud coverage, then for those coverages, we'll cover loss you sustain anywhere in the world.

## Limits Of Coverage

The most we'll pay for loss or damage in any one crime loss is the applicable limit of coverage shown in the Coverage Summary.

If two or more coverages of this agreement apply to the same crime loss, we'll pay the lesser of the:

- actual amount of loss; or
- sum of the limits of the applicable coverages.

The limits of coverage can't be accumulated from year to year, no matter how long this agreement is in effect or how many premiums you pay.

*Crime loss* means with respect to all coverages in this agreement other than Employee Theft Per Loss, Employee Theft Per Employee, and Forgery Or Alteration coverages:

- an act or series of related acts involving one or more persons; or
- an act, event, or series of related acts or events not involving any person.

With respect to Employee Theft-Per Loss coverage, crime loss means all loss caused by or involving one or more employee, whether such loss is the result of a single act or series of acts.

With respect to Employee Theft-Per Employee coverage crime loss means all loss caused by each employee, whether such loss is the result of a single act or series of acts.

With respect to Forgery Or Alteration coverage, crime loss means all loss caused by any person, in which that person is involved regardless of whether such loss involves one or more instruments.

## Exclusions – Losses We Won't Cover

When we use the word loss in this section we also mean damage.

**Accounting errors.** We won't cover any loss resulting from accounting or mathematical errors or omissions.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

STP00435

The St Paul

**Bonded employees.** We won't cover loss caused by any employee required by law to be individually bonded.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft - Per Loss coverage and Employee Theft - Per Employee coverage.

**Computer fraud.** We won't cover loss resulting from the use of a computer to fraudulently cause a transfer of money, securities, or other property.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Funds Transfer Fraud coverage.

**Dishonesty.** We won't cover loss resulting from theft or any other dishonest or criminal act committed by you, or any of your officials, employees, or authorized representatives, whether acting alone or in collusion with others.

We also won't cover loss resulting from theft or any other dishonest or criminal act committed by any of your employees, officials or authorized representatives:

- acting alone or in collusion with others; or
- whether in connection with performing services for you.

However, this exclusion doesn't apply to Employee Theft - Per Loss coverage and Employee Theft - Per Employee coverage.

**Employees cancelled under prior insurance.** We won't cover loss caused by any employee for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft - Per Loss coverage and Employee Theft - Per Employee coverage.

**Exchange.** We won't cover loss that results from giving or surrendering property in any exchange or purchase.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage;
- Loss Outside Your Building coverage; and

- Computer Fraud coverage.

**Fire.** We won't cover loss that results from fire regardless of how it was caused. But this exclusion won't apply to:

- loss from damage to a safe or vault; or
- loss of or damage to money and securities.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Funds transfer fraud.** We won't cover loss resulting from a fraudulent instruction directing a financial institution to transfer, pay, or deliver money or securities from your transfer account.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Computer Fraud coverage.

**Governmental action.** We won't cover loss that results from the seizure or destruction of property by order of governmental authority.

**Indirect loss.** We won't cover loss that is an indirect result of any act or crime loss covered by this agreement, including loss resulting from:

- your inability to realize income that you would have realized if there had been no loss of or damage to money, securities, or other property;
- payment of damages of any type for which you are legally liable other than compensatory damages arising directly from a loss covered under this agreement; or
- payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this agreement.

**Inventory shortages.** We won't cover loss or that part of any loss for which proof of existence or amount is dependent on:

- an inventory computation; or
- a profit and loss computation.

However, once you establish that you have sustained a loss without reliance on such

---

The St.Paul

computations, we'll consider your inventory records and actual physical count of inventory in support of the amount of your loss.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
- Employee Theft – Per Loss coverage;
- Employee Theft – Per Employee coverage; and
- Computer Fraud coverage.

**Legal expenses.** We won't cover expenses related to any legal action.

However, this exclusion doesn't apply to Forgery or Alteration coverage.

**Money operated devices.** We won't cover loss of property in any money operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in such device.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Motor vehicles or equipment and accessories.** We won't cover loss to motor vehicles, trailers, semi-trailers, or equipment and accessories attached to them.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Nuclear.** We won't cover loss that results from nuclear reaction, nuclear radiation, radioactive contamination, or any related act or incident.

**Trading.** We won't cover loss that results directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to

Employee Theft – Per Loss coverage and Employee Theft – Per Employee coverage.

**Transfer or surrender of property.** We won't cover loss to property after it's been transferred or surrendered to a person or place outside your building or a bank:
- on the basis of unauthorized instructions;
- as a result of a threat to do bodily harm to any person; or
- as a result of a threat to do damage to any property.

But this exclusion won't apply to loss of money, securities, or other property that is outside your building in the care and custody of a messenger if you:
- had no knowledge of any threat at the time the conveyance began; or
- had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Treasurers or tax collectors.** We won't cover loss caused by any treasurer or tax collector by whatever name known.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to Employee Theft – Per Loss coverage and Employee Theft – Per Employee coverage.

**Vandalism.** We won't cover loss from damage to your building, its exterior or to any safe, vault, cash register, cash box, cash drawer, or other property by vandalism or malicious mischief.

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:
- Loss Inside Your Building – Money And Securities coverage;
- Loss Inside Your Building – Robbery Or Safe Burglary Of Other Property coverage; and
- Loss Outside Your Building coverage.

**Voluntary parting.** We won't cover loss that results from you or anyone acting on your behalf voluntarily giving up title to or

---

C0022 Rev. 4-03 Printed in U.S.A.
©ISO Properties, Inc.
● St Paul Fire and Marine Insurance Co, 2003 All Rights Reserved

Insuring Agreement

STP00437

Page 9 of 12

The St Paul

possession of any property to someone who obtains it by trick, device, false pretense, or other dishonest act.

For example:

*Someone impersonating a messenger tricks you to entrust him with your daily deposits. The deposits are never made. We won't cover this loss.*

Unless otherwise stated elsewhere in this agreement, this exclusion only applies to:

- Loss Inside Your Building - Money And Securities coverage;
- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage;
- Loss Outside Your Building coverage; and
- Computer Fraud coverage.

**War and similar actions.** We won't cover loss that results from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## Rules For Loss Adjustment

The following special rules apply for setting a value on money, securities, other property, and your building for the payment of any losses covered under this agreement. Such payments will be subject to the applicable limit of coverage shown in the Coverage Summary.

If you agree, we can settle any claim for loss of property with the owner. Any property we pay for or replace will become ours. We may choose to pay for loss of or damage to property other than money:

- in the money of the country in which the loss occurred; or
- in the United States of America dollar equivalent of the money of the country in which the loss occurred, determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was discovered.

**Money.** We'll pay for loss of money up to and including its face value.

We may choose to pay for loss of money issued by any country other than the United States of America:

- at face value in the money issued by that country; or

- in the United States of America dollar equivalent determined by the rate of exchange published in *The Wall Street Journal* on the day the loss was discovered.

**Securities.** We'll pay for loss of securities up to and including their value at the close of business on the day the loss was discovered. We may, at our option do any of the following:

- Pay the value of such securities.
- Replace them with similar or equivalent securities. But you must assign to us all your rights, title, and interest in and to any securities we replace.
- Pay the cost of any lost securities bond required in connection with issuing duplicates of such securities. But the most we'll pay is the cost of a bond that has a penalty not more than the value of the securities at the close of business on the day the loss was discovered, or the applicable limit of coverage, whichever is less.

But regardless of the option we choose, we won't pay more than the applicable limit of coverage.

**Other property or your building.** We'll pay for loss of or damage to other property or direct physical loss or damage to your building, the cost to repair or replace such damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:

- The amount you actually spend repairing or replacing the lost or damage property.
- The amount it would cost to replace the lost or damaged property at the time of the loss with that of a similar kind and quality and used for the same purpose.
- The limit of coverage that applies to the lost or damaged property.

We will not pay on a replacement cost basis for any loss or damage:

- until the lost or damaged property is actually repaired or replaced; and
- unless the repairs or replacement are made as soon as reasonably possible after the loss.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**Other insurance.** If insurance under a separate policy applies to loss covered

under this agreement, we won't make any payments until the other insurance is used up. We'll pay the amount of your loss covered under this agreement, less the applicable deductible, that's left after the separate policy has been used up. But we won't pay more than the applicable limit of coverage under this agreement. Coverage under this agreement will not apply to the deductible amount of more specific insurance.

**Insurance provided under any other policy written by us or any of our affiliated insurance companies.** When this agreement and any other insuring agreement in any policy written by us or any of our affiliated insurance companies apply to the same loss, the most we'll pay for covered losses is the highest limit of coverage that applies under any one of those agreements.

However, this section does not apply if the other insuring agreement that applies is excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement.

## Deductible

The deductible is shown in the Coverage Summary. We won't pay for loss in any one crime loss unless the amount of such loss exceeds the deductible. We'll then pay the amount of covered loss over the deductible, up to the limits of the applicable coverage. If more than one deductible applies to any one loss, we'll pay the amount of covered loss over the highest deductible amount up to the limits of the applicable coverage.

If you purchased Forgery Or Alteration coverage, no deductible applies to legal expenses covered under that coverage.

If you purchased Employee Theft – Per Loss coverage or Employee Theft – Per Employee coverage under which any employee benefit plan is covered, no deductible applies to covered losses sustained by those employee benefit plans under such coverage.

## Other Rules

**Bonds for faithful performance.** We'll indemnify any of your officials who are required by law to give individual bonds for the faithful performance of their duties against loss through theft committed by

employees who serve under them, subject to the applicable limit of insurance.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Employee Theft – Per Loss coverage and Employee Theft – Per Employee coverage.

**Cancellation.** The following is added to the Cancellation section of the General Rules.

*Employees.* Any crime coverage is cancelled with respect to any employee who commits any fraudulent or dishonest act immediately upon the discovery of such act by:

- you; or
- any official or employee whom you authorize to manage, govern or control your employees who is not involved in such fraudulent or dishonest act

even if the act was committed before such employee was employed by you.

Coverage with respect to such employee ends immediately and without further notice from us.

We can also cancel coverage with respect to any employee for any reason by mailing or delivering notice of such cancellation to you at least 30 days before the effective date of the cancellation.

Proof of mailing this notice to you at the address shown on the Introduction page will be proof you were notified of the cancellation.

**Electronic and mechanical signatures.** We'll treat signatures that are produced or reproduced electronically, mechanically or by other similar means the same as handwritten signatures.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Forgery Or Alteration Coverage.

**Insurance for your benefit.** This insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss under this agreement must be made by you.

**Lawsuits against us.** The following replaces the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules, but only for this agreement.

---

The **St.Paul**

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under your policy must begin within the later of the following:

- Two years after the date on which the loss or damage occurred;
- Two years after the date on which you discover the loss or damage if such discovery was within any extended discovery period that applies.

**Property with limited coverage – manuscripts.** We'll only pay up to $5,000 in any one crime loss for all loss of or damage to manuscripts, drawings, or records of any kind. This includes the cost of reconstructing them or reproducing any information contained in them.

Unless otherwise stated elsewhere in this agreement, this rule only applies to:

- Loss Inside Your Building - Robbery Or Safe Burglary Of Other Property coverage;
- Loss Outside Your Building coverage; and
- Computer Fraud coverage.

This limit is part of, and not in addition to, the applicable limit of coverage.

**Records.** You must keep records of all property covered under this agreement so we can verify the amount of any loss.

**Records required for Forgery Or Alteration coverage.** You must keep all checks, drafts, promissory notes, or other similar written promises, orders, or directions, and records of such items that are involved in or related to a loss for which you seek coverage. If this isn't possible, we'll need your affidavit setting forth the amount and cause of loss.

Unless otherwise stated elsewhere in this agreement, this rule only applies to Forgery Or Alteration coverage.

**Recovering damages.** The following paragraphs replace the Recovering Damages From A Third Party section of the General Rules, but only for this insuring agreement.

You may be able to recover all or part of your loss from someone other than us. Because of this, you must do all you can to preserve any rights of recovery you may have. If we make a payment for your loss under this agreement, your right of recovery will belong to us.

We'll distribute any recovery made after settlement of loss covered by this agreement, less the cost of obtaining such recovery:

- to you up to a maximum reimbursement of the applicable limit of coverage less any applicable deductible;
- then to us, up to the amount of loss we paid;
- then to you, for reimbursement of any applicable deductible.

But, this doesn't include recovery:

- from insurance, suretyship, reinsurance, security, or indemnity taken for our benefit; or
- of original securities after duplicates of them have been issued.

C0022 Rev. 4-03 Printed in U.S.A.          Insuring Agreement
©ISO Properties, Inc.
© St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved          Page 12 of 12

**FAITHFUL PERFORMANCE OF DUTY COVERAGE ENDORSEMENT – GOVERNMENT EMPLOYEES**

The St.Paul

This endorsement changes your Government Crime Protection insuring agreement.

## How Coverage Is Changed

There are five changes that are explained below. These changes apply to either:

- Employee Theft – Per Loss coverage; or
- Employee Theft – Per Employee coverage

depending on which of those coverages you purchased, which will be indicated in the Coverage Summary.

1. The following is added to either the Employee Theft – Per Loss coverage, or the Employee Theft – Per Employee coverage in the What This Agreement Covers section.

   **Faithful performance of duties.** We'll also pay for loss of or damage to money, securities, or other property resulting directly from the failure of any employee to faithfully perform their duties as directed by law, when such failure directly and immediately results in loss to such covered property.

2. The following is added to the Limits Of Coverage section.

   **Faithful performance of duty limit.** The most we'll pay for loss under the Employee Theft – Per Loss coverage or Employee Theft – Per Employee coverage for covered loss or damage that results directly from the failure of an employee to faithfully perform their duties in any one crime loss is the applicable limit of coverage shown in the Coverage Summary. This limit is part of, and not in addition to, the applicable Employee Theft limit of coverage.

3. The following exclusions are added to the Exclusions – Losses We Won't Cover section. This change excludes coverage.

   **Depository failure.** We won't cover loss resulting from the bankruptcy or insolvency of any entity acting as a depository for your property or property for which you're responsible.

Unless otherwise specified in this agreement, this exclusion only applies the to Employee Theft – Per Loss coverage, or the Employee Theft – Per Employee coverages.

**Law enforcement activity.** We won't cover loss that results from the failure to perform law enforcement activities or operations.

Unless otherwise specified in this agreement, this exclusion only applies the to Employee Theft – Per Loss coverage, or the Employee Theft – Per Employee coverages.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

**Violation of civil rights and tortious conduct.** We won't cover damages for which you are legally liable that result from:

- the deprivation or violation of the civil rights of any person by an employee; or
- the tortious conduct of an employee other than the conversion of property of other parties held by you in any capacity.

*Tortious conduct* means conduct for which liability would be imposed by law without any contract or agreement.

4. The following is added to the Employees paragraph of Cancellation in the Other Rules section.

   With respect to Faithful Performance Of Duties in the Employee Theft – Per Loss coverage, or the Employee Theft – Per Employee coverage, such coverage is cancelled with respect to any employee who commits an act that would be covered under that coverage immediately upon the discovery of such act by:

STP00441

**The St.Paul**

- you; or
- any official or employee whom you authorize to manage, govern or control your employees who is not involved in such act.

Coverage with respect to such employee ends immediately even if the act was committed before they were employed by you.

5. The following replaces Bonds for faithful performance in the Other Rules section.

**Bonds for faithful performance.** We'll indemnify any of your officials who are required by law to give individual bonds for the faithful performance of their duties against loss resulting from the failure of any employee under the supervision of that official to faithfully perform their duties as prescribed by law. But we'll only indemnify such officials when such failure immediately and directly results in a loss otherwise payable under this coverage. Such indemnification is subject to the limit of insurance for this coverage shown in the Coverage Summary.

Unless otherwise stated elsewhere in this agreement, this rule only applies to the Faithful Performance Of Duty coverage.

**Other Terms**

All other terms of your policy remain the same.

STP00442

◉St.Paul Fire and Marine Insurance Co.2003 All Rights Reserved

## DISCOVERY REPLACING LOSS SUSTAINED ENDORSEMENT

The **St.Paul**

This endorsement changes your Crime
Protection insuring agreement.

### How Coverage Is Changed

The following is added to the Other
Insurance section of the Rules For Loss
Adjustment section.  This change broadens
coverage.

**Replacing similar prior insurance.**  If this
agreement replaces similar prior insurance
that provided you with an extension of time
after the policy period to discover loss that
occurred during the term of such prior
insurance, and you discover a loss during
such extension of time, we'll pay the
amount of your covered loss left after the
prior policy has been used up, less its
applicable deductible, if any.

However, any payment we make for such
excess loss must be less than or equal to:

- the difference between the applicable limit
  of insurance of your prior policy; and
- the applicable limit of coverage in this
  agreement shown in the Coverage
  Summary.

We won't apply any deductible for coverage
in this agreement to this excess loss.

### Other Terms

All other terms of your policy remain the
same.

STP00443

⊕ISO Properties, Inc.
© St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Endorsement

Page 1 of 1

**PUBLIC SECTOR SERVICES**
**UMBRELLA EXCESS LIABILITY PROTECTION**
**COVERAGE SUMMARY**

The St.Paul

This Coverage Summary shows the limits of
coverage and deductible that apply to your
Umbrella Excess Liability Protection. It also
lists those endorsements, if any, that must have
certain information shown for them to apply.

**Limits Of Coverage**

| | |
|---|---|
| General total limit. | $ 15,000,000 |
| Products and completed work total limit. | $ 15,000,000 |
| Personal injury each person limit. | $ 15,000,000 |
| Advertising injury each person limit. | $ 15,000,000 |
| Law enforcement liability each wrongful act limit. | $ 15,000,000 |
| Each event limit. | $ 15,000,000 |
| Deductible (This deductible applies to each event or offense not covered by your Basic Insurance.) | $ 10,000 |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement. Other
endorsements may apply too. If so, they're listed on the Policy Forms List.

STP00444

**Name of Insured**        **Policy Number** GP06301927        **Effective Date** 11/01/06
CITY OF WAUKEGAN                            **Processing Date** 11/16/06   12:55   001

E0113 Ed. 9-95 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved        Page   1

**UMBRELLA EXCESS LIABILITY PROTECTION
SCHEDULE OF BASIC INSURANCE**



This schedule describes your Basic Insurance. **Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

**Schedule of Basic Insurance**

---

| **Commercial General Liability** | **Limits Of Coverage** | |
|---|---|---|
| | General total limit. | $2,000,000 |
| Insurer St. Paul Fire & Marine Ins Co | Products and completed work total limit. | $2,000,000 |
| Policy number GP06301927 | Personal injury each person limit. | $1,000,000 |
| Policy period 11/01/06 to 11/01/2007 | Advertising injury each person limit. | $1,000,000 |
| Coverage is: ☐ claims-made | Each event limit. | $1,000,000 |
| ☒ not claims-made | Premises damage limit. | $1,000,000 |

---

| **Automobile Liability** | **Limits Of Coverage** | |
|---|---|---|
| | Bodily injury and property damage combined. Each accident | |
| Insurer St. Paul Fire & Marine Ins Co | $1,000,000 | |
| | Bodily injury. Each person | Each accident |
| Policy number GP06301927 | $ | $ |
| Policy period 11/01/06 to 11/01/2007 | Property damage Each accident | |
| | $ | |

---

| **Employers Liability** | **Limits Of Coverage** | |
|---|---|---|
| | Bodily injury by accident. Each accident | |
| Insurer | $ | |
| Policy number | Bodily injury by disease. Policy limit | Each employee |
| Policy period | $ | $ |

STP00445

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/16/06  12:55  001 |

47123 Ed. 4-91
© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

Schedule of Basic Insurance

Page 1 of 1

**UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE — CONTINUED**

TheStPaul

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

**Commercial General Liability**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| General total limit. | $ |
| Products and completed work total limit. | $ |
| Personal injury each person limit. | $ |
| Advertising injury each person limit. | $ |
| Each event limit. | $ |
| Premises damage limit. | $ |

**Automobile Liability**

Insurer

Policy number

Policy period

**Limits Of Coverage**

Bodily injury and property damage combined. Each accident

$

Bodily injury
Each person                    Each accident

$                              $

Property damage
Each accident

$

**Type of coverage:**

Law Enforcement Liability
InsurerSt. Paul Fire & Marine Ins. Co.

Policy number GP06301927

Policy period 11/01/06 to 11/01/2007

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

Total limit.            $2,000,000
Each wrongful limit.    $1,000,000

STP00446

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927

**Effective Date** 11/01/06
**Processing Date** 11/16/06  12:55  001

47124 Ed. 4-91 Printed in U.S.A.
© St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

Endorsement

Page 1 of 1

## UMBRELLA EXCESS LIABILITY PROTECTION

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Coverage When Your Basic Insurance Applies | 4 |
| Coverage above Basic Insurance limits other than total limits. | 4 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 5 |
| Coverage When Your Basic Insurance Doesn't Apply | 6 |
| Right And Duty To Defend A Protected Person | 6 |
| Right To Appeal A Judgment Against A Protected Person | 6 |
| Additional Payments | 7 |
| **When This Agreement Covers** | 8 |
| **Where This Agreement Covers** | 8 |
| **Who Is Protected Under This Agreement** | 8 |
| Who Is Protected For Claims Or Suits Not Related To Autos | 8 |
| Individual. | 8 |
| Partnership or joint venture. | 8 |
| Limited liability company. | 8 |
| Corporation or other organization. | 8 |
| Employees. | 8 |
| Real estate managers. | 9 |
| Operators of registered mobile equipment. | 9 |
| Newly acquired or formed organizations. | 9 |
| Other protected persons under your Basic Insurance. | 10 |
| Who Is Protected For Auto-Related Claims Or Suits | 10 |
| Separation Of Protected Persons | 10 |
| **Limits Of Coverage** | 10 |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |

| Personal injury each person limit. | 12 |
|---|---|
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 12 |
| **Deductible** | 12 |
| **Exclusions — What This Agreement Won't Cover** | 13 |
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 13 |
| Breach of contract. | 13 |
| Contract liability. | 14 |
| Control of property. | 14 |
| Damage to your products or completed work. | 14 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 15 |
| Expected or intended bodily injury or property damage. | 15 |
| False material. | 15 |
| Impaired property. | 15 |
| Injury to owners or fellow employees. | 16 |
| Intellectual property. | 16 |
| Liquor liability. | 16 |
| Material previously made known or used. | 17 |
| Nuclear energy liability. | 17 |
| Pollution bodily injury or property damage related to autos. | 18 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 21 |
| Product recall. | 21 |
| Racing mobile equipment. | 22 |
| Uninsured motorists. | 22 |
| Unnamed partnership, joint venture, or limited liability company. | 22 |
| Watercraft. | 22 |
| Workers compensation and other benefit laws. | 23 |
| Wrong price description. | 23 |
| **Other Insurance** | 23 |

STP00447

**Other Rules For This Agreement**                    23
Our Duty To Reimburse When You Must
  Pay                                                 23
Maintaining Your Basic Insurance                      23
Premium                                               23
Recovering Damages From A Third Party                 24
    Division of recovery.                             24
    Recovery expenses.                                24

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is
legally required to pay as damages for
covered bodily injury or property damage
that:

- happens while this agreement is in effect;
  and
- is caused by an event.

*Protected person* means any person or
organization that qualifies as a protected
person under the Who Is Protected Under
This Agreement section.

*Bodily injury* means any physical harm,
including sickness or disease, to the
physical health of other persons.

We'll consider any of the following that
happens at any time to be part of such
physical harm, sickness, or disease, if it
results in or from such physical harm,
sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a
continuation, change, or resumption of
previously known bodily injury to happen
before this agreement begins if such
continuation, change, or resumption would
otherwise be covered by this agreement
because of a continuous, multiple, or other
coverage trigger required under the law that
applies.

Of course, if there's a continuation, change,
or resumption, after this agreement ends, of
bodily injury that:

- isn't previously known bodily injury; and

- happens while this agreement is in effect;

we'll consider such continuation, change, or
resumption to also happen while this
agreement is in effect if that would be the
result because of a continuous, multiple, or
other coverage trigger required under the law
that applies.

*Previously known bodily injury* means
bodily injury that happened before this
agreement begins and was known by you or
any described individual protected person
before this agreement begins as a result of
any of the following at that time:

- You or any described individual protected
  person reporting all or part of that bodily
  injury to us or any other insurer.
- You or any described individual protected
  person receiving a claim or suit for all or
  part of that bodily injury.
- Any described individual protected person
  witnessing, or being told of, the beginning,
  or any change, continuation, or resumption,
  of all or part of that bodily injury.

*Described individual protected person*
means any of the following:

- You or your spouse if you are an
  individual.
- Any of your partners or co-venturers that
  are individuals, or their spouses, if you
  are a partnership or joint venture.
- Any of your members or managers if you
  are a limited liability company.
- Any of your directors or executive
  officers if you are a corporation or other
  organization.
- Any of your employees who is or acts as
  your insurance or risk manager or holds a
  position in your insurance, risk
  management, or legal department.

*Property damage* means:

- physical damage to tangible property of
  others, including all resulting loss of use
  of that property; or
- loss of use of tangible property of others
  that isn't physically damaged.  For
  example:

*One of your employees accidentally causes
a fire in your premises.  The fire
department responds and orders nearby
businesses to close for safety reasons
while it fights the fire.  Your premises is
heavily damaged by the fire.  But none of
the nearby businesses are physically*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00448

*damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made

STP00449

known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or

- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00450

*serious injury.  The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000.  After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because:*

- *that's the amount by which the damages exceed the limit of your Basic Insurance; and*
- *it's less than the limit under this agreement.*

**Your Basic Insurance** means only the Basic Insurance described in the Schedule Of Basic Insurance for which limits of coverage amounts are shown in that schedule.

**Your Basic Insurer** means the insurance company that provides your Basic Insurance.

**Total limits** may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.**  We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by your Basic Insurer's payment of:

- damages that would be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid:

- damages that wouldn't be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that doesn't happen while this agreement is in effect;

we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and

- exceed your Basic Insurance limits of coverage shown in the Schedule Of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court.  Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors.  They sue you and are awarded $1,250,000 in damages by the court.  Your Basic Insurer pays its remaining $750,000 total limit.  You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the requirements of this agreement with respect to coverage above reduced total limits.*

**Medical expenses** means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

**Medical services** includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

**Offense** means any:

- personal injury offense; or

---

- advertising injury offense.

We explain the term health care professional services in the Employees section.

### Coverage When Your Basic Insurance Doesn't Apply

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:
- is covered by this agreement; and
- is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or the amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:
- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

Other insurance includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

### Right And Duty To Defend A Protected Person

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that's reasonably likely to involve the coverage provided by this agreement.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:
- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;

- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume that duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:
- the applicable deductible; or
- the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

If the laws or rules of a country or jurisdiction prohibit us from fulfilling our duty to defend a protected person, the protected person will be responsible for providing that defense. We'll repay that protected person for the expenses incurred to provide such defense, subject to the limitations of coverage in the Additional Payments section.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:
- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

### Right To Appeal A Judgment Against A Protected Person

We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:
- includes damages for injury or damage covered by this agreement;
- is awarded in a suit against a protected person;

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00452

- is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- isn't appealed by the protected person and your Basic Insurer.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**Additional Payments**

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws or rules of a country or jurisdiction prohibit us from providing any of these additional payments, we'll repay the protected person for any such amounts that protected person incurred with our consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the

STP00453

cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement for covered injury or damage that's caused by events that happen, or offenses that are committed, anywhere.

However, we won't apply, or make payments under, this agreement for injury or damage that's caused by events that happen, or offenses that are committed, in a country or jurisdiction while any embargo, trade sanction, or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## Who Is Protected Under This Agreement

### Who Is Protected For Claims Or Suits Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims Or Suits section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:
- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or

- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

**Other protected persons under your Basic Insurance.** Any other person or organization that's a protected person under your Basic Insurance is also a protected person under this agreement. But the protection under this agreement for each such person or organization is limited to the type and scope of coverage provided by your Basic Insurance.

If any such person or organization is included as a protected person under your Basic Insurance because:

- a written contract has been made with you before the bodily injury or property damage happens or the offense is committed; and
- that contract requires you to provide liability insurance on behalf of that person or organization;

we'll consider that person or organization to be a protected person under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

**Who Is Protected For Auto—Related Claims Or Suits**

Any person or organization that's a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement for claims or suits for covered bodily injury or property damage that results from the use of the auto.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Separation Of Protected Persons**

We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

**Limits Of Coverage**

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to auto-related bodily injury or property damage covered by this agreement, other than auto-related bodily injury or property damage covered by your commercial general liability Basic Insurance.

Nor will we apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;

- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been

Insuring Agreement
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

provided, with or for your completed work.

But we won't consider the following to be your completed work:
- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:
- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:
- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:
- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:
- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that results from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

## Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:
- All covered bodily injury and property damage that results from any one event.
- All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
- All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

STP00458

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.**
We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

---

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages if:

- you've assumed such liability under a contract or agreement; and
- such damages are covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement. But only when your Basic Insurer has the duty to defend that indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance that:

- apply to the duty to defend an indemnitee;
- apply to the right to appeal a judgment awarded in a suit against an indemnitee; or
- consider indemnitee defense expenses assumed under contract to be damages;

also apply to this agreement.

*Indemnitee* means any person or organization that you have agreed under a contract or agreement to indemnify or hold harmless.

**Control of property.** We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.
- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage;
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- that damage is covered by your Basic Insurance.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00460

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply:

- this or any other exclusion or limitation of coverage in this agreement, other than in the Coverage When Your Basic Insurance Applies, Limits Of Coverage, and Other Rules For This Agreement sections;
- the covered bodily injury must happen while this agreement is in effect limitation that's part of the Coverage When Your Basic Insurance Applies section; or
- the covered bodily injury must happen in a policy year limitation that's part of the General total limit section;

to the extent such bodily injury is covered by your employers liability Basic Insurance.

However, we'll still apply the general total limit to the combined total of all such employers liability bodily injury covered by this agreement, regardless of when it happens.

We explain the term employee in the Employees section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that

results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse, or any child, parent, brother, or sister, of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply this exclusion to the extent your Basic Insurance protects your employees for such bodily injury or personal injury.

We explain the term employee in the Employees section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

STP00462

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or

- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or

- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or

- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;

- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or

- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.

- Mutual Atomic Energy Liability Underwriters.

- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.

- Special nuclear material.

- By-product material.

*Nuclear facility* means any:

- nuclear reactor;

- uranium isotopes separation device or equipment;

- special nuclear material device or equipment; or

- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;

- all operations conducted on such site; and

- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or

- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;

- processing or utilizing spent nuclear fuel; or

---

STP00463

- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.**  We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

But we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others that:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain the terms:

- pollution and pollutant in the Pollution injury or damage exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage.**  We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury or property damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke;
- mobile equipment operating fluids; or
- your products or your completed work, other than waste products or completed work.

Nor will we apply this exclusion to bodily injury or property damage related to autos

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00464

that's specifically described in an exception in the Pollution bodily injury or property damage related to autos exclusion as bodily injury or property damage to which we won't apply that exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work under your Basic Insurance and under this*

*agreement. Your Basic Insurer does so with an additional protected person endorsement under your Basic Insurance. We do so under this agreement with the Other protected persons under your Basic Insurance section. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premise owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00465

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the

protected person at, on, or in the protected person's work site;

- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:
- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:
- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:
- impaired property;
- your products; or
- your completed work;
from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:
- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;
of such property, products, or completed work.

We explain the terms:
- impaired property in the Impaired property exclusion; and

- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.** We won't cover bodily injury or property damage that results from the:

- use of racing mobile equipment; or
- supervision of others in or for such use.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain the terms:

- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- supervision of others in the Aircraft exclusion.

**Uninsured motorists.** We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law; or
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00468

acquire such a watercraft and we agree to provide coverage under this agreement.

We explain the terms loading or unloading, entrustment to others, and supervision of others, in the Aircraft exclusion.

**Workers compensation and other benefit laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages or medical expenses.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of a country or jurisdiction prohibit us from paying on behalf of a protected person those amounts the protected person is legally required to pay as damages for injury or damage covered by this agreement, that protected person may pay those amounts with our consent.

If the protected person gives us proof of such payments, we'll reimburse that protected person for the amount by which that protected person's payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever

applies. But we'll only repay such protected person for amounts up to the limits of coverage that apply under this agreement.

### Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from the payment of damages or medical expenses won't be considered a change of limits.

If you fail to meet any of the above requirements, this insurance will remain in effect. But we won't be liable for more than we would have been had you met all of those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

we'll only pay damages covered by this agreement that exceed the limits of coverage shown in the Schedule Of Basic Insurance.

### Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or
- any adjustment that results from the cancellation of this agreement.

STP00469

However, we may charge you additional premium if:

- you add any new person or organization to those protected by your Basic Insurance; and
- a charge is made for that new person or organization by your Basic Insurer.

You must notify us promptly if that happens.

### Recovering Damages From A Third Party

This section replaces the Recovering Damages From A Third Party section in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage, that apply under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person or organization that made the claim or brought the suit.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

STP00470

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY
EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the Bodily
injury and property damage liability
section of the What This Agreement
Covers section. This change limits or
excludes coverage anywhere our coverage
intent would be interpreted more broadly
than what's intended by the revised
wording under the law that applies.
Elsewhere, this change doesn't change
coverage.

   *Tangible property*    doesn't include data.

2. The following is added to the Intellectual
property exclusion as the second
paragraph of that exclusion. This change
excludes coverage.

   Nor will we cover any other injury or
damage that's alleged in any claim or
suit which also alleges any such
infringement or violation.

## Other Terms

All other terms of your policy remain the
same.

STP00471

**PUBLIC SECTOR SERVICES**
**FAILURE TO SUPPLY SERVICE TOTAL EXCLUSION ENDORSEMENT —**
**UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Failure to supply service.** We won't cover
bodily injury or property damage that results
from the failure of any protected person to
adequately supply electricity, gas, oil, steam,
or water service.

## Other Terms

All other terms of your policy remain the
same.

STP00472

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**ASBESTOS EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Asbestos.** We won't cover injury or damage
that results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of any
  other solid, liquid, gaseous, or thermal
  irritant or contaminant, including smoke,
  vapors, soot, fumes, acids, alkalis,
  chemicals, and waste, in any form by any
  person; or
- existence of any such other irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described in
the first paragraph of this exclusion.

We also won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  asbestos in any form; or
- respond to, or assess, in any way the
  effects of asbestos in any form.

Because asbestos, and any such other
irritants or contaminants, are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution bodily injury or property damage
  related to autos exclusion.
- Pollution injury or damage exclusion, or
  Pollution injury or damage not related to
  autos exclusion, whichever is in this
  agreement.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion made
  part of this agreement.

We explain the terms pollutant and waste in
either the Pollution injury or damage
exclusion, or the Pollution injury or damage
not related to autos exclusion, whichever is
in this agreement.

**Other Terms**

All other terms of your policy remain the
same.

STP00473

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of mold or other fungi, or bacteria, in any form by any person; or
- existence of mold or other fungi, or bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury or property damage that results from mold or other fungi, or bacteria, which are, or are on, in, or part of, any good or product that's intended to be consumed as a food, beverage, or medicine;
- bodily injury that results from bacteria which are directly transmitted solely by or from another person to the person sustaining the bodily injury; or
- bodily injury that results from a bacterial infection which develops in connection with physical harm to the person sustaining the bodily injury, if such physical harm isn't excluded by this exclusion part, or any other part of this exclusion, and a claim or suit is made or brought against the protected person for such physical harm.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described as excluded in the first paragraph of this exclusion.

Also, we won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize mold or other fungi, or bacteria, in any form; or
- respond to, or assess, in any way the effects of mold or other fungi, or bacteria, in any form.

Because mold or other fungi, or bacteria, can be pollutants, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution bodily injury or property damage related to autos exclusion.
- Pollution injury or damage exclusion, or Pollution injury or damage not related to autos exclusion, whichever is in this agreement.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

We explain the terms pollutant and waste in either the Pollution injury or damage

E0209 Ed. 4-02
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

exclusion, or the Pollution injury or damage not related to autos exclusion, whichever is in this agreement.

**Other Terms**

All other terms of your policy remain the same.

STP00475

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**HEALTH CARE AND SOCIAL SERVICE PROFESSIONAL SERVICES
ENDORSEMENT – UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

---

**Schedule of Described Professionals ( ⊠ indicates applicable)**

☐  Nurse - other than a jail nurse

☐  Jail Nurse

⊠  Emergency Medical Technician

☐  Social Service Professional

☐

---

**How Coverage Is Changed**

There are five changes that are explained
below.

1.  The following is added to the definition
    of event.  This change broadens
    coverage.

    However, for purposes of the Health Care
    And Social Service Professional Services
    Endorsement - Umbrella Excess Liability,
    event means:

    •  an error, omission, or negligent act in
       the performance of or failure to
       perform health care professional
       services by a described professional
       acting within the scope of his or her
       duties for you as such described
       professional; or

    •  an error, omission, or negligent act in
       the performance of or failure to
       perform social service professional
       services by a described professional
       acting within the scope of his or her
       duties for you as such described
       professional.

    *Described professional* means any of
    your employees or volunteer workers
    who:

    •  isn't a medical doctor;

    •  isn't a nurse performing health care
       professional services at or in
       connection with a nursing home; and

    •  is performing duties for you as a
       professional indicated with an ⊠ in the
       Schedule of Described Professionals in
       the Health Care And Social Service
       Professional Services Endorsement -
       Umbrella Excess Liability.

    *Social service professional services*
    means any of the professional services
    or activities that are, or should have
    been, performed by any employee or
    volunteer worker of your social services
    department, health and human services
    department, or similar department,
    including any advice or instruction
    provided with such service or activity.

    We explain the term health care
    professional services in the Health care
    professional services exclusion.

2.  The following replaces the Employees
    section.  This change broadens coverage.

    **Employees.**  Your employees are protected
    persons only for:

    •  work done within the scope of their
       employment by you;

---

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927

**Effective Date** 11/01/06
**Processing Date** 11/16/06  12:55  001

---

E0284 Ed. 5-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 3

STP00476

- their performance of duties related to the conduct of your operations; or
- their acts as good samaritans in response to an accident or public emergency.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

3.  The following is added to the Each event limit section. This change limits coverage.

We'll consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform health care professional services

by any one described professional for or to any one person to be one event.

We'll also consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform social service professional services by any one described professional for or to any one person to be one event.

*Related errors, omissions, or negligent acts* means two or more errors, omissions, or negligent acts that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

We explain the term health care professional services in the Health care professional services exclusion.

4.  The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Criminal, malicious, dishonest, or fraudulent errors, omissions, or acts, or knowing violations of rights or laws.** We won't cover bodily injury or property damage that results from any criminal, malicious, dishonest, or fraudulent error, omission, or act, or any knowing violation of rights or laws, committed by a described professional in the performance of or failure to perform:

- health care professional services; or
- social service professional services.

But we won't apply this exclusion to any protected person who didn't consent to, or have knowledge of, such criminal, malicious, dishonest, or fraudulent error, omission, or act, or knowing violation.

Nor will we apply this exclusion to our duty to defend:

- a described professional until it has been determined or admitted in a legal proceeding that such described professional committed such error, omission, or act, or knowing violation; or
- any other protected person until it has been determined or admitted in a legal proceeding that such protected person

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00477

consented to, or had knowledge of, such error, omission, or act, or knowing violation.

We explain the term health care professional services in the Health care professional services exclusion.

5. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:
- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

Nor will we apply this exclusion to:
- you;
- any protected person who is a described professional; or
- any other protected person who isn't a medical doctor;

if such injury or damage results from the performance of or failure to perform health care professional services by such described professional acting within the scope of his or her duties for you as such described professional.

*Health care professional services* includes:
- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances;
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures; and
- any counseling or advisory service in connection with alcohol or drug rehabilitation services, crisis intervention or prevention services, mental health services, or other similar services.

**Other Terms**

All other terms of your policy remain the same.

## LEAD EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Lead.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of lead in any form or by any person; or
- existence of lead in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize lead in any form; or
- respond to, or assess, in any way the effects of lead in any form.

Because lead, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution bodily injury or property damage related to autos exclusion.
- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

STP00479

## UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Unsolicited communication.** We won't cover injury or damage that results from any actual or alleged violation of any law or regulation that restricts or prohibits the transmitting of unsolicited communication.

Nor will we cover any other injury or damage alleged in a claim or suit that also alleges any such violation.

*Unsolicited communication* means any communication, in any form, that:

- is received by any person or organization; and
- such person or organization didn't ask to receive.

### Other Terms

All other terms of your policy remain the same.

STP00480

## PUBLIC ENTITY UMBRELLA EXCESS LIABILITY ENDORSEMENT

This endorsement changes your Umbrella
Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained
below.

1.  The following replaces the definition of
    advertising in the Personal injury liability
    section.  This change makes the
    definition of advertising more compatible
    with the operations of a public entity.

    *Advertising* means attracting the attention
    of others by any means for the purpose
    of seeking or increasing:

    *   interest or participation in civic,
        educational, entertainment,
        recreational, or social activities or
        events;

    *   private or public development, growth,
        or investment;

    *   use of facilities or services by
        others; or

    *   visits by tourists, travelers, or
        membership, trade, or similar groups,
        organizations, or shows.

2.  The following is added to the Pollution
    injury or damage not related to autos
    exclusion.  This change broadens
    coverage.

    Also, we won't apply this exclusion to
    bodily injury or property damage that
    results from the application or use of:

    *   chlorine or sodium hypochlorite in
        your sewage treatment, swimming
        pool maintenance, or water
        purification operations; or

    *   any pesticide or herbicide by or for
        you;

    if such application or use meets all legal
    or license requirements of any
    governmental agency or authority which
    apply to it.

### Other Terms

All other terms of your policy remain the
same.

STP00481

**GOVERNMENT UNIT ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

---

**How Coverage Is Changed**

The following is added to what we
mean by Mobile equipment in the Racing
mobile equipment exclusion.

We'll consider any land motor vehicle,
trailer or semi-trailer designed for use
on streets or highways, including any
equipment attached to such vehicle, to
be an auto – not mobile equipment.

But only if the sole reason for
otherwise considering it mobile
equipment is that it is maintained for
use exclusively on your streets or
highways.

**Other Terms**

All other terms of your policy remain
the same.

STP00482

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS OR SCHEDULED UNDER YOUR AUTOMOBILE LIABILITY INSURANCE REDEFINED AS AUTOS ENDORSEMENT – UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella Excess Liability Protection.

## How Coverage Is Changed

There are three changes that are explained below. These changes limit or exclude coverage.

1. The Operators of registered mobile equipment section of the Who Is Protected Under This Agreement section is deleted.

2. The following replaces the definition of auto in the Who Is Protected For Auto-Related Claims Or Suits section.

   *Auto* means:

   - any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;

   - any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

   - any land vehicle that isn't described above and that's scheduled as a covered auto under your automobile liability insurance.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

   *Your automobile liability insurance* means:

   - your automobile Basic Insurance; or

   - any other automobile liability insurance issued to you that isn't your Basic Insurance.

3. The following replaces the definition of mobile equipment in the Racing mobile equipment exclusion.

   *Mobile equipment* means any land vehicle that isn't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged, that isn't scheduled as a covered auto under your automobile liability insurance, and that:

- is designed for use primarily off public streets or roads;

- is kept for use only on or next to a premises that you rent or lease from others, or own;

- travels on crawler treads;

- is kept primarily for the ready movement of permanently attached construction equipment;

- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or

- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

- travels under its own power;

- is operated like an auto during travel on a public street or road; and

- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

We'll consider a land vehicle that's:

- subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

- scheduled as a covered auto under your automobile liability insurance;

to be an auto instead of mobile equipment.

## Other Terms

All other terms of your policy remain the same.

STP00483

## EMPLOYMENT-RELATED PRACTICES EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Employment-related practices.** We won't cover personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices. For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that results from such personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for:

- such personal injury to that employee, worker, or independent contractor; or
- personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that

results from such personal injury to that employee, worker, or independent contractor.

*Independent contractor* means any person who is not your employee, but who performs duties related to the conduct of your business in the course of that person's independent employment in accordance with a contract between you and that person for specified services.

*Employment-related practices* means:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

### Other Terms

All other terms of your policy remain the same.

STP00484

# HEALTH CARE PROFESSIONAL SERVICES ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

## How Coverage Is Changed

There are two changes that are explained below.

1. The following replaces the Employees section. This change broadens coverage.

   **Employees.** Your employees are protected persons only for:
   - work done within the scope of their employment by you;
   - their performance of duties related to the conduct of your operations; or
   - their acts as good samaritans in response to an accident or public emergency.

   No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

   We won't apply this Employees section to the following protected persons:
   - Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
   - Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

   *Employee* includes a leased worker, other than a leased temporary worker.

   *Leased worker* means any person who:
   - is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
   - is performing duties related to the conduct of the hirer's business.

   *Employee leasing firm* means any person or organization who hires out workers to others. It includes any:
   - employment agency, contractor, or service;
   - labor leasing firm; or
   - temporary help service.

   *Leased temporary worker* means a leased worker who is hired to:
   - temporarily take the place of a permanent employee on leave; or
   - meet seasonal or short-term workload conditions.

2. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

   **Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services.

   But we won't apply this exclusion to any protected person who:
   - isn't a medical doctor or nurse; and
   - is acting as a good samaritan in response to an accident or public emergency.

   *Health care professional services* includes:
   - any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
   - the dispensing of drugs or medical or dental supplies and appliances; and
   - the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

## Other Terms

All other terms of your policy remain the same.

STP00485

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**LAW ENFORCEMENT LIABILITY ENDORSEMENT —
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

There are twelve changes which are
explained below.

1. The following is added to the What This
   Agreement Covers section.  This change
   broadens coverage.

   **Law enforcement liability.**  We'll pay
   amounts any protected person is legally
   required to pay as damages for covered
   injury or damage that:
   - results from law enforcement activities
     or operations by or for you;
   - happens while this agreement is in
     effect;
   - is caused by a wrongful act that is
     committed while conducting law
     enforcement activities or operations;
     and
   - is covered by your Law Enforcement
     Liability Basic Insurance.

   We'll consider damages to include the
   attorneys' fees of the person or
   organization bringing the suit if such fees
   are awarded, or paid in a settlement, for
   covered injury or damage.

   *Law enforcement activities or operations*
   means any of the official activities or
   operations of your police department,
   sheriff agency, or other public safety
   organization which enforces the law and
   protects persons or property.

   They include the following:
   - Ownership, maintenance, or use of a
     premises that you own, rent, lease, or
     borrow in order to perform such
     activities or operations.
   - Providing first aid at the time of an
     accident, crime, or medical emergency.

   *Wrongful act* means any act, error, or
   omission.

2. The following is added to the definition
   of injury or damage. This change
   broadens coverage.

   However, for purposes of law
   enforcement liability coverage, injury or
   damage means bodily injury, personal
   injury, or property damage.

3. The following is added to the definition
   of bodily injury. This change broadens
   coverage.

   However, for purposes of law
   enforcement liability coverage, bodily
   injury means any harm to the health of
   other persons. It includes care, loss of
   services, or death that results from such
   harm.

   *Harm* includes any of the following:
   - Physical harm, sickness, or disease.
   - Mental anguish, distress, injury, or
     illness.
   - Emotional distress.
   - Humiliation.

4. The following is added to the definition
   of personal injury. This change broadens
   coverage.

   However, for purposes of law
   enforcement liability coverage, personal
   injury means injury, other than bodily
   injury, caused by any of the following
   wrongful acts:
   - False arrest, detention, or
     imprisonment.
   - Malicious prosecution.
   - Wrongful entry or wrongful eviction.
   - Invasion of the right of private
     occupancy of a room, dwelling, or
     premises that a person occupies.
   - Libel or slander.
   - Making known to any person or
     organization written or spoken material
     that belittles the products, work, or
     completed work of others.

STP00486

- Making known to any person or organization written or spoken material that violates an individual's right of privacy.
- False or improper service of process.
- Violation of civil rights protected under any federal, state, or local law.

5. The following replaces the second paragraph of the Right And Duty To Defend A Protected Person section. This change broadens coverage.

   We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:
   - your Basic Insurer paid its limit of coverage for the event, offense, or wrongful act that caused the claim or suit;
   - your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
   - your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

6. The following replaces the fourth paragraph of the Right And Duty To Defend A Protected Person. This change adds our right to investigate a wrongful act.

   We'll have the right to investigate any event, offense, wrongful act, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:
   - the applicable deductible; or
   - the available limits of coverage for this agreement.

7. The following is added to the Where This Agreement Covers section. This change limits coverage.

   We'll apply, and make payments under, this agreement for injury or damage covered by your law enforcement liability coverage only where your Law Enforcement Liability Basic Insurance applies.

8. The following replaces the first paragraph of the General total limit section. This change limits coverage.

**General total limit.** This is the most we'll pay for the combined total of:
- all bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses or wrongful acts committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

9. The following is added to the Limits Of Coverage section. This change limits coverage.

   **Each wrongful act limit.** This is the most we'll pay for all injury or damage covered by your law enforcement liability coverage that:
   - happens in a policy year; and
   - is caused by any one wrongful act or series of related wrongful acts.

   *Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same injury or damage.

10. The following replaces the second paragraph of the Expected or intended bodily injury or property damage exclusion. This change broadens coverage.

    Nor will we apply this exclusion to bodily injury or property damage that results from law enforcement activities or operations by or for you.

11. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

    **Criminal, dishonest, fraudulent, or malicious wrongful acts.** We won't cover injury or damage that results from any criminal, dishonest, fraudulent, or malicious wrongful act committed:
    - by the protected person; or
    - with the consent or knowledge of the protected person.

    But we won't apply this exclusion to our duty to defend that protected person until it has been determined though legal processes that such wrongful act was committed:
    - by the protected person; or

STP00487

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

12. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Injury to volunteer workers.** We won't cover bodily injury or personal injury to any volunteer worker who is injured in the conduct of law enforcement activities or operations within the scope of their duties for you.

**Other Terms**

All other terms of your policy remain the same.

STP00488

## INJURY TO VOLUNTEER FIREFIGHTERS EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Injury to volunteer firefighters.** We won't cover bodily injury or personal injury to any volunteer firefighter that results from their duties as volunteer firefighters for you or anyone else.

But we won't apply this exclusion to bodily injury or personal injury covered by your Basic Insurance and otherwise covered by this agreement.

*Volunteer firefighter* includes a first aid, rescue squad or ambulance corps volunteer.

### Other Terms

All other terms of your policy remain the same.

STP00489

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC USE OF PROPERTY EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Public use of property.** We won't cover
property damage that results from:

- any method or proceeding used in the
  taking or controlling of private property
  for public use; or
- the diminution in value, or inverse
  condemnation, of property that's caused
  by the taking or controlling of private
  property for public use.

*Method or proceeding* includes
condemnation, adverse possession, and
dedication by adverse use.

**Other Terms**

All other terms of your policy remain the
same.

STP00490

Endorsement
© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

**EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION –
CLAIMS-MADE
COVERAGE SUMMARY**

The St.Paul

This Coverage Summary shows the limit of
coverage that applies to your Excess Errors And
Omissions Liability Protection – Claims-Made
and describes your Basic Errors And Omissions
Insurance.  It also lists those endorsements, if
any, that must have certain information shown
for them to apply.

## Limit Of Coverage

**Total limit.**      $ 15,000,000

## Schedule Of Basic Errors And Omissions Liability Insurance

Description Of Coverage:  Employee Benefit Plans Administration Liability

| Insurer:  St. Paul Fire & Marine Ins Co | Limits Of Coverage | |
|---|---|---|
| Policy number:  GP06301927 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From:  11/01/06      To:  11/01/07 | Total limit. | $ 3,000,000 |

Description Of Coverage:  Public Entity Management Liability

| Insurer:  St. Paul Fire & Marine Ins Co | Limits Of Coverage | |
|---|---|---|
| Policy number:  GP06301927 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From:  11/01/06      To:  11/01/07 | Total limit. | $ 2,000,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement.   Other
endorsements may apply too.  If so, they're listed on the Policy Forms List.

STP00491

| Name of Insured<br>CITY OF WAUKEGAN | Policy Number GP06301927 | Effective Date 11/01/06<br>Processing Date 11/16/06  12:55  001 |
|---|---|---|

47339 Ed.2-92 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

Coverage Summary

Page 1 of 2

©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

STP00492

# EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION – CLAIMS-MADE

This insuring agreement provides excess errors and omissions protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement and your Basic Insurance should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note:** This is a claims-made coverage. Please read it carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

**Table of Contents**     **Page**

**What This Agreement Covers**   1
Coverage above your Basic Insurance limit other than total limit.   1
Coverage above a reduced or exhausted Basic Insurance total limit.   1
Right and duty to defend.   2
Additional payments.   2

**When This Agreement Covers**   2
Claim reporting extensions.   3

**Limit Of Coverage**   3
Total limit.   3
Optional reporting endorsement.   3
Application of changed limits.   3

**Other Insurance**   3

**Other Rules For This Agreement**   3
Our Right To Investigate, Settle And Appeal Claims   3
Right to investigate.   3
Right to settle.   3
Right to appeal.   3
Keeping Your Basic Insurance In Effect   4
Premium   4
Recovering Damages From A Third Party   4
Division of recovery.   4
Recovery expenses.   4

## What This Agreement Covers

We'll pay amounts any protected person is legally required to pay as damages for covered loss that results from a wrongful act that:

- is committed in the conduct of your business; and
- is covered by your Basic Insurance.

*Protected person* means any person or organization who:

- qualifies as protected person under your Basic Insurance; and
- otherwise qualifies as a protected person under this agreement.

*Wrongful act* means any negligent act, error or omission.

*Your Basic Insurance* means only the insurance for which the Schedule Of Basic Errors And Omissions Liability Insurance in the Coverage Summary shows:

- a description of coverage; and
- limits of coverage amounts.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

**Coverage above your Basic Insurance limit other than total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurer's payment of your Basic Insurance limit of coverage, other than a total limit.

*As a result of your wrongful act, you are sued and the court awards $1,250,000 in damages.*

*Your Basic Insurance has a $1,000,000 Each wrongful act limit. And the limit under this agreement is $2,000,000. After your Basic Insurer has paid its $1,000,000 limit of coverage, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance; and it's less than the limit under this agreement.*

**Coverage above a reduced or exhausted Basic Insurance total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurance total limit, but only when that limit has been reduced solely by . your Basic Insurer's payment of damages for wrongful acts covered by this agreement.

STP00493

And we'll pay damages only up to the limit of coverage that applies under this agreement.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages described above, this agreement will then replace your Basic Insurance for damages covered by this agreement. But only up to the limit of coverage that applies under this agreement.

**Right and duty to defend.** We have no duty to defend any claim or suit made or brought against any protected person if your Basic Insurance, or any other insurance, has a duty to defend. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any claim or suit brought against any protected person only if:

- the claim or suit is for loss covered by this agreement;
- your Basic Insurer has paid its limit of coverage for such loss, or has paid its total limit of coverage in accordance with the Coverage above reduced or exhausted total limits section; and
- there is no other insurance with a duty to defend the claim.

We'll assume this duty to defend even if any of the allegations of any such claim or suit are groundless, false or fraudulent.

Our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We have no duty to perform other acts or services.

*Suit* means a civil proceeding which seeks damages. It includes an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

*Other insurance* means valid and collectible insurance that:

- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. But we'll do so only to the extent that these payments are not covered by your Basic Insurance.

These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time taken off from work.

*Prejudgment interest.* We'll pay the prejudgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

## When This Agreement Covers

We'll apply this agreement to claims only when they're:

- first made or brought while this agreement, or an optional reporting endorsement to this agreement, is in effect; and

*STP00494*

---

47338 Ed. 2-92
Page 2 of 4         © 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

- reported to us in accordance with the applicable claims-made provisions of your Basic Insurance.

**Claim reporting extensions.** If your Basic Insurance includes provisions for extending the period during which claims can be reported to us, such provisions are considered part of this agreement, except for any that apply to the calculation or limitation of the additional premium that may apply to any optional reporting endorsement.

## Limit Of Coverage

The limit of coverage shown in the Coverage Summary and the information in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for the combined total of all covered loss for all:

- covered claims or suits in a policy year; and
- covered wrongful acts reported in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Optional reporting endorsement.** A separate total limit applies to the optional reporting endorsement described in the When This Agreement Covers section. That limit will be the same as the total limit in effect when this agreement ended and applies to all covered loss for claims or suits covered by the reporting endorsement for as long as the endorsement is in effect.

**Application of changed limits.** If you change the limit of coverage under this agreement, or you've changed it in the past while insured by us, the new limit doesn't apply to any claim or suit that:

- was made or brought against any protected person;

- any protected person knew about; or
- any protected person could have reasonably foreseen or discovered;

before the effective date of the limit change.

## Other Insurance

If there is any other insurance for loss covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of judgments or settlements.

We explain what we mean by other insurance in the Right and duty to defend section of the What This Agreement Covers section.

## Other Rules For This Agreement

### Our Right To Investigate, Settle And Appeal Claims

**Right to investigate.** We'll have the right to investigate any claim or suit to the extent that we believe is proper.

**Right to settle.** We'll have the right to settle any claim or suit for an amount within the available limit of coverage for this agreement.

**Right to appeal.** We'll have the right to appeal a judgment against any person protected under this agreement. But only if:

- the judgment is for loss covered by this agreement;
- the judgment is for more than the available limits of coverage under your Basic Insurance; and
- the Basic Insurer does not appeal the judgment.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Our payments for such appeal expenses are in addition to the limits of coverage under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

STP00495

## Keeping Your Basic Insurance In Effect

You promise:

* to keep your Basic Insurance in effect while this agreement is in effect; and
* not to change the limits of coverage under your Basic Insurance without telling us.

This agreement will remain in effect if you break either of these promises. But we won't be liable for more than we would have been if you kept your promises.

A reduction or exhaustion of a total limit in your Basic Insurance won't be considered a change in that limit.

This agreement will apply only to amounts which exceed the limits of coverage of your Basic Insurance shown on the Schedule Of Basic Errors And Omissions Insurance in the Coverage Summary. If you are unable to recover from a Basic Insurer because:

* the Basic Insurer is unable to pay; or
* you fail to comply with the terms of your Basic Insurance with that insurer;

this agreement will only apply to amounts over the limits of coverage shown in the Schedule of Basic Insurance.

## Premium

The premium for this agreement is a flat premium and is not subject to adjustment unless an adjustment:

* is otherwise provided for in the Coverage Summary, or by endorsement to this agreement; or
* results from the cancellation of this agreement.

However, we may charge you additional premium if you add new persons or organizations to those protected by your Basic Insurance and a charge is made for them by your Basic Insurer. You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same title in the General Rules. But only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible to preserve any right of recovery available. If we make a payment under this agreement, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

* First, any protected person or insurer who paid amounts over the limits of coverage under this agreement will be reimbursed for the actual excess amount paid.
* Next, we'll be reimbursed for any payments we've actually made.
* Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

STP00496

© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The**StPaul**

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

☐ Insured's Name     ☐ Insured's Mailing Address

☐ Policy Number     ☐ Company

☐ Effective/Expiration Date     ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan     ☐ Premium Determination

☐ Additional Interested Parties     ☐ Coverage Forms and Endorsements

☐ Limits/Exposures     ☐ Deductibles

☐ Covered Property/Location Description     ☐ Classification/Class Codes

☐ Rates     ☐ Underlying Insurance

is (are) changed to read: (See also back page and additonal page(s) if applicable)

COMMERCIAL AUTOMOBILE
-----------------------

Commercial Auto General Information:

     The Number Of Vehicles Is Changed, Which Has Resulted In Rerating Of All Vehicles.

The Following Changes Affect Vehicle 0393:

     Vehicle Is Added--Refer To Schedule Change Endorsement For Coverages

---

**Premium Change Which Is Due Now**

☒ No Change     ☐ To Be Adjusted At Audit

Additional premium     $0.00     Returned Premium     $0.00

---

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>CITY OF WAUKEGAN |
|---|---|
| | STP00497 |
| Authorized representative | Endorsement takes effect<br>11/01/06<br>Processing Date: 12/18/06   09:10   002    **Policy Number**<br>GP06301927 |

The St Paul

Provided.

STP00498

©St.Paul Fire and Marine Insurance Co. 1998 All Rights Reserved

## SCHEDULE CHANGE ENDORSEMENT

This endorsement shows the changes that are
made in your Auto Schedule.



**ST PAUL TRAVELERS**

| Auto Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|
| 0393 2007 DASH 105 | | AERIAL LADDER TRK | 4P1CD01H77A006783 | WAUKEGAN IL |

ACV or Stated Amount   Deductible

- ☒ Liability *        ☒ Comprehensive      ☒           $5,000
- ☒ Uninsured Motorists*  ☒ Collision         ☒           $5,000
- ☐ No-Fault*          ☐ Specified Causes of Loss ☐
- ☐ Medical Payments    ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|

ACV or Stated Amount   Deductible

- ☐ Liability *        ☐ Comprehensive      ☐
- ☐ Uninsured Motorists*  ☐ Collision         ☐
- ☐ No-Fault*          ☐ Specified Causes of Loss ☐
- ☐ Medical Payments    ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|

ACV or Stated Amount   Deductible

- ☐ Liability *        ☐ Comprehensive      ☐
- ☐ Uninsured Motorists*  ☐ Collision         ☐
- ☐ No-Fault*          ☐ Specified Causes of Loss ☐
- ☐ Medical Payments    ☐ Towing                    Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

STP00499

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/06 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 12/18/06  09:10  002 |

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

| Auto  Year    Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount   Deductible

☐ Liability *                ☐ Comprehensive      ☐
☐ Uninsured Motorists*       ☐ Collision          ☐
☐ No-Fault*                  ☐ Specified Causes of Loss ☐
☐ Medical Payments          ☐ Towing                      Maximum

**Who  We'll  Pay  For  Physical  Damage  Loss.   You  and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto  Year    Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount   Deductible

☐ Liability *                ☐ Comprehensive      ☐
☐ Uninsured Motorists*       ☐ Collision          ☐
☐ No-Fault*                  ☐ Specified Causes of Loss ☐
☐ Medical Payments          ☐ Towing                      Maximum

**Who  We'll  Pay  For  Physical  Damage  Loss.   You  and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto  Year    Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount   Deductible

☐ Liability *                ☐ Comprehensive      ☐
☐ Uninsured Motorists*       ☐ Collision          ☐
☐ No-Fault*                  ☐ Specified Causes of Loss ☐
☐ Medical Payments          ☐ Towing                      Maximum

**Who  We'll  Pay  For  Physical  Damage  Loss.   You  and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

**STP00500**

          © 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The St.Paul

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☒ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read: (See also back page and additional page(s) if applicable)

COMMERICAL AUTOMOBILE
------------------------

The following form is deleted from the policy:

   Uninsured And Underinsured Motorists Protection – Illinois Self-Insured Rentention Endorsement

The following form is added to the policy:

   Uninsured And Underinsured Motorists Protection – Illinois Self-Insured Rentention Endorsement – Self-Insured Retention Reduces The Limit Of Coverage

---

**Premium Change Which Is Due Now**

☒ No change      ☐ To be adjusted at audit

Additional premium                    Returned premium

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to: <br> CITY OF WAUKEGAN |
|---|---|
| Authorized representative | |
| | Endorsement takes effect:    Policy number: <br> 11/01/06                        GP06301927 <br> Processing date:  12/28/06   08:53   003 |

---

STP00501

**Uninsured And Underinsured Motorists Protection - Illinois Self-Insured Retention Endorsement - Self-Insured Retention Reduces The Limit Of Coverage**

This endorsement changes your Uninsured and Underinsured Motorists Protection - Illinois

Important Note. This endorsement adds a self-insured retention which reduces the limits of coverage that apply.

How Coverage Is Changed

There are three changes which are explained below.

1. The following is added to the What This Agreement Covers section. This change limits coverage.

Our payment for damages will begin only if the amount of the damages is greater than the amount of the self-insured retention shown below.

2. The following is added to the Limits Of Coverage section. This change limits coverage.

Self-insured retention. Your self-insured retention for this agreement is shwon below. It is the most you'll retain for all covered damages and loss adjustment expenses resulting from bodily injury and property damage caused by any one accident. This self-insured retention applies no matter how many covered autos or protected persons are involved, or how many claims are made, premiums are paid, or vehicles are involved in the accident.

Each Accident Self-Insured Retention:   $100,000

3. The following replaces the Changes In What To Do If You Have A Loss section of this agreement. This change limits coverage.

Changes In What To Do If You Have A Loss

The following is added to the What To Do If You Have A Loss Self-Insured Retention Endorsement.

The named insured or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection - Illinois must:
* promptly notify the police if the driver of a hit and run vehicle injures an individual named insured or family members;
* promptly send your claim handling service copies of any legal papers if a suit is brought against the owner or driver of an uninsured vehicle or underinsured vehicle and allow your claim handling service a reasonable opportunity to join the suit before a determination of whether the protected person is legally entitled to collect damages from the owner or driver, or the amount of such damages, has been made.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/06 |
| CITY OF WAUKEGAN | | **Processing Date** 12/28/06  08:53  003 |

---

40502 Ed. 1-80                                   Customized Form
© 1980 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page    1

STP00502

If there is a settlement between the named insured, or any other protected
person seeking coverage under your Uninsured and Underinsured Motorists
Protection — and the owner or driver of the uninsured vehicle or underinsured
vehicle or the insurer of the owner or driver of that underinsured vehicle,
you must promptly notify:
* your claim handling service in writing of the settlement; and
* us in writing of the settlement, if the amount of the settlement exceeds the
self-insured retention shown above. You must allow us 30 days after we receive
written notice of a tentative settlement to pay the amount of that settlement
to the named insured or other protected person involved in order to preserve
our right of recovery against any person or organization.

For property damage to a covered private passenger type auto, the protected
person must provide your claim handling service with the name and address of
the owner of the uninsured vehicle or underinsured vehicle, or a registration
number and description of that vehicle. If that isn't possible, the protected
person must give your claim handling service any other available information
to show that there is no other property damage liability insurance that
applies to that vehicle.


Other Terms

All other terms of your policy remain the same.


STP00503

40502 Ed. 1-80
Page    2              © 1980 The St. Paul Travelers Companies, Inc. All Rights Reserved

**POLICY CHANGE ENDORSEMENT – FOR CERTAIN TYPES OF CHANGES ONLY**

The St Paul

This endorsement summarizes certain changes to your policy.  All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

☐ Insured's Name                                ☐ Insured's Mailing Address

☐ Policy Number                                 ☐ Company

☐ Effective/Expiration Date                     ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan                                  ☐ Premium Determination

☐ Additional Interested Parties                 ☐ Coverage Forms and Endorsements

☐ Limits/Exposures                              ☐ Deductibles

☐ Covered Property/Location Description          ☐ Classification/Class Codes

☐ Rates                                         ☐ Underlying Insurance

is (are) changed to read: (See also back page and additonal page(s) if applicable)

```
COMMERCIAL AUTOMOBILE
---------------------

The Following Changes Affect Vehicle 0393:

    Vehicle Is Deleted.

The Following Changes Affect Vehicle 0394:

    Vehicle Is Added--Refer To Schedule Change Endorsement For Coverages
    Provided.
```

---

**Premium Change Which Is Due Now**
☒ No Change          ☐ To Be Adjusted At Audit
Additional premium                    $0.00      Returned Premium                    $0.00

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to
CITY OF WAUKEGAN

Authorized representative

Endorsement takes effect
12/13/06
Processing Date: 12/28/06   09:08   004

Policy Number
GP06301927

---

**SCHEDULE CHANGE ENDORSEMENT**



This endorsement shows the changes that are made in your Auto Schedule.

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0393 | 2007 | DASH 105 | AERIAL LADDER TRK | 4P1CD01H77A006783 | WAUKEGAN, IL |

ACV or Stated Amount   Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive   ☐
☐ Collision   ☐
☐ Specified Causes of Loss   ☐
☐ Towing

Maximum

This vehicle deleted on 12/13/06

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0394 | 2007 | PIERCE | AERIAL LADDER TRK | 4P1CD01H77A006783 | WAUKEGAN, IL |

ACV or Stated Amount   Deductible

☒ Liability *
☒ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☒ Comprehensive   ☒   $5,000
☒ Collision   ☒   $5,000
☐ Specified Causes of Loss   ☐
☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| | | | | | |

ACV or Stated Amount   Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive   ☐
☐ Collision   ☐
☐ Specified Causes of Loss   ☐
☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

STP00505

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 12/13/06 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 12/28/06   09:08   004 |