**Auto Year Make Type VIN/Serial Location**

ACV or Stated Amount Deductible

☐ Liability * ☐ Comprehensive ☐
☐ Uninsured Motorists* ☐ Collision ☐
☐ No-Fault* ☐ Specified Causes of Loss ☐
☐ Medical Payments ☐ Towing Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make Type VIN/Serial Location**

ACV or Stated Amount Deductible

☐ Liability * ☐ Comprehensive ☐
☐ Uninsured Motorists* ☐ Collision ☐
☐ No-Fault* ☐ Specified Causes of Loss ☐
☐ Medical Payments ☐ Towing Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make Type VIN/Serial Location**

ACV or Stated Amount Deductible

☐ Liability * ☐ Comprehensive ☐
☐ Uninsured Motorists* ☐ Collision ☐
☐ No-Fault* ☐ Specified Causes of Loss ☐
☐ Medical Payments ☐ Towing Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP00506


© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**POLICY CHANGE ENDORSEMENT - FOR CERTAIN TYPES OF CHANGES ONLY**

The St Paul

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

**How Your Policy Is Changed**

The following item(s):

- ☐ Insured's Name
- ☐ Insured's Mailing Address
- ☐ Policy Number
- ☐ Company
- ☐ Effective/Expiration Date
- ☐ Insured's Legal Status/ Bus. of Insured
- ☐ Payment Plan
- ☐ Premium Determination
- ☐ Additional Interested Parties
- ☐ Coverage Forms and Endorsements
- ☒ Limits/Exposures
- ☐ Deductibles
- ☐ Covered Property/Location Description
- ☐ Classification/Class Codes
- ☐ Rates
- ☐ Underlying Insurance

is (are) changed to read: (See also back page and additional page(s) if applicable)

LIQUOR LIABILITY

Added Liquor Liability Coverage to your policy. Please refer to the following forms:

43611 Liquor Liability Protection
43885 Liquor Liability Coverage Summary
G0599 Liquor Liability Self Insured Retention Endorsement
47124 Umbrella Excess Liability Protection Schedule of Basic Insurance
L0643 Total Self Insured Retention Endorsement - For Liability Coverage

---

**Premium Change Which Is Due Now**

☒ No change ☐ To be adjusted at audit

Additional premium $0.00 Returned premium $0.00

---

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Authorized representative

Policy issued to:
CITY OF WAUKEGAN

STP00507

Endorsement takes effect: 07/09/07

Policy number: GP06301927

Processing date: 09/18/07 20:31 005


© St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

**PUBLIC SECTOR SERVICES**
**TOTAL SELF-INSURED RETENTION ENDORSEMENT**
**FOR LIABILITY COVERAGES**

This endorsement changes your policy.

---

**How Coverage Is Changed**

The following is added. This endorsement adds a combined total self-insured retention that limits the total amount you'll be responsible for paying within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements below. This change broadens coverage.

---

**Schedule of Insuring Agreements**

- [X] Public Entity General Liability Protection
- [X] Liquor Liability Protection
- [ ] Stop-Gap Employers Liability Protection
- [X] Employee Benefit Plans Administration Liability Protection
- [X] Law Enforcement Liability Protection
- [X] Public Entity Management Liability Protection
- [ ] Public Entity Employment Practices Liability Protection
- [X] Auto Liability Protection
- [ ] Garagekeepers Liability Protection
- [X] Uninsured And Underinsured Motorists Protection - Illinois
- [ ]
- [ ]
- [ ]

---

STP00508

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 07/09/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 09/18/07 20:31 005 |


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

| **Total self-insured retention** |
| --- |
| $900,000 |

**Total Self-Insured Retention**

The total self-insured retention shown above is the most that you'll be responsible for paying for the combined total of all amounts within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements, regardless how often any or all of them apply during the policy period shown in the Introduction.

**How the total self-insured retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months, and the total self-insured retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

$$\$250{,}000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

**Other Terms**

All other terms of your policy remain the same.

STP00509



© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## LIQUOR LIABILITY PROTECTION COVERAGE SUMMARY




This Coverage Summary shows the limits of coverage that apply to your Liquor Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

**Limits Of Coverage**

**Total limit** $ 2,000,000.

**Each person limit** $ 1,000,000.

**IMPORTANT NOTE**

**Retroactive Date:**

The retroactive date applies only if the Liquor Liability Protection - Claims-Made insuring agreement is a part of this policy.

However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy.

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Introduction.

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927 **Effective Date** 07/09/07

**Processing Date** 09/18/07 20:31 005


© 1986 The St. Paul Travelers Companies, Inc. All Rights Reserved

## LIQUOR LIABILITY PROTECTION

This insuring agreement provides liquor liability protection for your business activities. There are, of course, limitations and exclusions that apply to that protection. As a result, we recommend that you read this agreement carefully to determine the extent of the coverage provided to you and other protected persons.

**Table of Contents** **Page**


**What This Agreement Covers** 1
Liquor liability. 1
Right and duty to defend. 1
Additional payments. 2

**When This Agreement Covers** 2

**Where This Agreement Covers** 2

**Who Is Protected Under This Agreement** 2
Individual. 2
Partnership or joint venture. 2
Corporation or other organization. 2
Employees. 3
Newly acquired organizations. 3
Unnamed partnership or joint venture. 3
Separation of protected persons. 3

**Limits Of Coverage** 3
Total limit. 3
Each person limit. 3
How the limits of coverage apply to an extension of the policy period. 3
How the limits of coverage apply if the total limit is left blank. 3

**Exclusions – What This Agreement Won't Cover** 4
Intentional bodily injury or property damage. 4
Workers compensation. 4
Employers liability. 4
Loss of liquor license. 4
Product liability. 4
Other insurance. 4

**Other Insurance** 4
Methods of sharing. 4


### What This Agreement Covers

**Liquor liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury, loss of support, or property damage that:

- results from your selling, serving or furnishing of any alcoholic beverage;
- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization qualifying as a protected person under the Who Is Protected Under This Agreement section.

*Damages* include pre-judgment interest awarded against the protected person on that part of any judgment paid by us.

*Bodily injury* means any physical harm, including sickness or disease, to the health of other persons. It also includes:

- mental anguish, injury or illness;
- care;
- loss of services; or
- death.

But only if they result from such harm.

*Loss of support* means the loss of income on which other persons depend for their standard of living.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Event* means an accident, including continuous or repeated exposure to substantially the same generally harmful conditions.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered injury or damage made or brought against any protected person. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends


© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

when we have used up the limits of coverage that apply with the payment of judgments or settlements.

We'll have the right to investigate and settle any claim or suit if we believe that's proper.

*Claim* means a demand in which damages are alleged.

*Suit* means a civil proceeding in which damages are alleged. And it includes an arbitration proceeding for such damages to which you must submit or submit with our consent.

*Injury or damage* means bodily injury, loss of support, or property damage.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the Limits of Coverage. But our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend the claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time lost from work.

*Taxed costs.* We'll pay all costs for covered claims taxed against any protected person in the suit.

*Post-judgment interest.* We'll pay all interest that accumulates on the amount of a judgment for a covered claim. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

*First aid expenses.* We'll pay the expenses incurred by any protected person for first aid to others at the time of an event that results in covered bodily injury.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims or suits, or pay judgments or settlements, only in the coverage territory for covered injury or damage that happens there.

However, we'll also defend claims or suits, or pay judgments or settlements, in the coverage territory for covered injury or damage that happens in the rest of the world if such injury or damage results from your selling, serving or furnishing any alcoholic beverage in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. And it includes international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person. Your partners or co-venturers and their spouses are protected persons only for the conduct of your business.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person. Your executive officers and directors are protected persons only for their duties as your officers or directors.


© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

And your stockholders are protected persons only for their liability as your stockholders.

**Employees.** Your employees are protected persons only for the conduct of your business within the scope of their employment by you.

However, your employees aren't protected persons for:

- Injury to you or to any fellow employee.
- Damage to property owned, rented, leased, occupied or borrowed by them, fellow employees, or any protected partner or co-venturer.

But this Employees protection section doesn't apply to your executive officers. The Corporation or other organization section applies to them.

**Newly acquired organizations.** Any organization that you acquire or form while this agreement is in effect is a protected person if you own at least 51% of it.

However, no newly acquired or formed organization is a protected person for:

- More than 90 days, or the remainder of the policy period, whichever is less, from the date that you acquire or form it.
- Injury or damage that results from an event that happened before you acquired or formed it.
- Injury or damage that's covered under any other insurance.

But this Newly acquired organizations protection section doesn't apply to a partnership or joint venture. Nor does it apply to any organization once it's named in the Introduction.

**Unnamed partnership or joint venture.** No person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for all covered injury and damage that happens in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Each person limit.** This is the most we'll pay for all covered injury and damage that results from the selling, serving or furnishing of alcoholic beverages to any one person.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, each extended period will be considered to be part of the last policy year. For example:

*Your policy period is for three years. During the last policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, that Total limit will be considered to be the same as the Each person limit or $50,000, whichever is more.

STP00513


© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

## Exclusions – What This Agreement Won't Cover

**Intentional bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by any protected person.

But we won't apply this exclusion to intentional bodily injury or property damage that results from the use of reasonable force to protect people or property.

**Workers compensation.** We won't cover any obligation that the protected person has under any workers' compensation, disability benefits or unemployment compensation law, or any similar law.

**Employers liability.** We won't cover injury to an employee arising out of and in the course of his or her employment by a protected person. Nor will we cover injury to the spouse, child, parent, brother or sister of that employee which results from the injury to the employee.

This exclusion applies whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer.

This exclusion also applies to any obligation of the protected person to share damages with or repay someone else who must pay damages because of injury to any employee of the protected person.

**Loss of liquor license.** We won't cover injury or damage that results from your selling, serving or furnishing of any alcoholic beverage:

- while any required liquor license is suspended; or
- after any required liquor license expires, or is cancelled or revoked.

**Product liability.** We won't cover injury or damage that results from your products.

But we won't apply this exclusion to injury or damage that results from:

- any protected person causing or contributing to the intoxication of any person;
- the furnishing of alcoholic beverages to any person under the legal drinking age, or under the influence of alcohol; or
- any law or regulation concerning alcoholic beverages.

*Your products* mean goods or products that:

- you;
- others using your name; or
- others whose business or assets you've acquired;

have manufactured, sold, handled, distributed or disposed of, including containers, materials, parts or equipment provided in connection with your products. It includes warranties or statements made about the fitness, quality, durability or performance of your products.

**Other insurance.** We won't cover injury or damage that's covered by other insurance. Nor will we cover injury or damage that would be covered by other insurance but isn't because the limits of coverage under that insurance have been used up in the payment of judgments or settlements.

But we won't apply this exclusion if the other insurance is liquor liability insurance and specifically applies to covered injury or damage that results from the selling, serving or furnishing of any alcoholic beverage.

## Other Insurance

This agreement is primary insurance. If there is other valid and collectible insurance for injury and damage covered by this agreement, we'll share any damages with that other insurance using one of the methods of sharing described below.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit of this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

STP00514


© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result: Policy B's limit is used up; the balance due on the judgment is $700,000; $400,000 remains of this agreement's limit; and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit on this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result: Policy C's limit is used up; the balance due on the judgment is now $300,000; and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit on this agreement is paid. The result: this agreement's limit is used up; the balance due on the judgment is now $100,000, which you must pay; and the total paid under each policy is: $500,000 this agreement, $100,000 Policy B and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay that portion of the damages equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit of this agreement is $300,000 and Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

STP00515


© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**LIQUOR LIABILITY SELF-INSURED RETENTIONS ENDORSEMENT - RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Liquor Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

**Self-Insured Retentions Table**

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each person retention. | $150,000. |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each person retentions without further limitation, regardless of how often they apply.

**How Coverage Is Changed**

There are six changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

**Self-Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered injury or damage in a suit.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.

STP00516

**Name of Insured** CITY OF WAUKEGAN
**Policy Number** GP06301927 **Effective Date** 07/09/07
**Processing Date** 09/18/07 20:31 005


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each person retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered injury and damage that results from the selling, serving, or furnishing of alcoholic beverages to any one person.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each person retentions for all covered injury or damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each person retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three month extension. As a result, the amount of the total retention for the entire 15 month policy period is $312,500.*

$$\$250{,}000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend section. This change:
   - reduces our obligations under this agreement by removing our duty to defend a protected person; and

STP00517


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate any event, claim, or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means bodily injury, loss of support, or property damage.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are postjudgment interest, we'll only pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following section is added. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

STP00518


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage.

However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

   The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Other Insurance section. This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

STP00519


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE - CONTINUED**

The St Paul

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

| **Commercial General Liability** | | **Limits Of Coverage** | |
|---|---|---|---|
| Insurer | | General total limit. | $ |
| | | Products and completed work total limit. | $ |
| Policy number | | Personal injury each person limit. | $ |
| Policy period | | Advertising injury each person limit. | $ |
| Coverage is: | ☐ claims-made<br>☐ not claims-made | Each event limit. | $ |
| | | Premises damage limit. | $ |

**Automobile Liability**

Insurer

Policy number

Policy period

**Limits Of Coverage**

Bodily injury and property damage combined. Each accident

$

| Bodily injury Each person | Each accident |
|---|---|
| $ | $ |

Property damage Each accident

$

**Type of coverage:**

Liquor Liability

Insurer St. Paul Fire & Marine Ins. Co.

Policy number GP06301927

Policy period 11/01/06 to 11/01/07

Coverage is: ☐ claims-made ☒ not claims-made

**Limits Of Coverage**

$1,000,000 Each Person Limit
$2,000,000 Total Limit

STP00520

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 07/09/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 09/18/07 20:31 005 |


© St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

# ILLINOIS
# UNINSURED MOTORISTS, UNDERINSURED MOTORIST AND UNINSURED MOTORIST – PROPERTY DAMAGE LIMIT OPTIONS

CITY OF WAUKEGAN
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

GP06301927

**The Illinois Insurance Code requires that all automobile liability policies renewed, delivered or issued for delivery in Illinois contain bodily injury liability Uninsured Motorists coverage with limits not less than $40,000 single limit or $20,000/$40,000 split limit. The statute further provides that the Named Insured may elect to purchase additional limits of both Uninsured and Underinsured Motorist coverage with amounts up to the bodily injury liability limits on the insured motor vehicle. The Uninsured and Underinsured Motorists limits must be the same amount.**

## UNINSURED MOTORISTS INSURANCE – BODILY INJURY

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Uninsured or hit-and-run driver who is legally responsible for the accident.

**Limit:** You must purchase Uninsured Motorists Insurance with limits at least equal to the minimum limits required by Illinois law. Optional limits are available but they cannot exceed the Bodily Injury Liability Insurance limit of your policy.

## UNDERINSURED MOTORISTS INSURANCE – BODILY INJURY

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Underinsured driver who is legally responsible for the accident. An Underinsured driver is one whose Bodily Injury coverage limit is less than the amount of your Underinsured Motorists coverage limit.

**Limit:** If you purchase Uninsured Motorists Insurance with a limit in excess of the minimum limit required, you must by law, purchase Underinsured Motorists Insurance at the same limit.

## UNINSURED/UNDERINSURED – BODILY INJURY COVERAGE OPTIONS

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit equal to the Bodily Injury Liability Insurance limit of my policy with Underinsured Motorists Insurance provided at the same limit.

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit of $__________ (can not be greater than the Bodily Injury Liability Insurance limit of my policy) with Underinsured Motorists Insurance provided at the same limit.

☐ I/We elect Uninsured Motorists Insurance at the minimum limits required by Illinois law and decline to purchase any Underinsured Motorist Insurance.

**Applicant/Named Insured Initial(s):** ____ ____

(Continued next page)

STP00521


© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

**UNINSURED MOTORISTS INSURANCE – PROPERTY DAMAGE**

**Applies to:** All private passenger and recreational vehicles covered by your policy that are not protected with Collision coverage.

**Benefits:** Pays the actual cash value of the covered auto up to $15,000 if the auto is damaged by an Uninsured or hit-and-run motor vehicle whose driver is legally responsible for the accident. A deductible of $250 applies. There is no coverage for loss of use of the covered motor vehicle or for loss or damage to personal property located in the covered motor vehicle.

**COVERAGE OPTIONS**

☐ For an estimated premium of $_______ I/We elect Uninsured Motorists Coverage-Property Damage

☐ I/We reject Uninsured Motorists Coverage-Property Damage

**Applicant/Named Insured Initial(s):** ____ ____

**Definitions provided are for information purposes only. Applicant/Named Insured should consult the policy for exact wording.**

**I/We have read the above information and understand it.**

**APPLICANT/NAMED INSURED SIGNATURES(S)** **DATE**

STP00522



© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

## ILLINOIS
## UNINSURED MOTORISTS, UNDERINSURED MOTORIST AND UNINSURED MOTORIST – PROPERTY DAMAGE LIMIT OPTIONS

CITY OF WAUKEGAN
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

GP06301927

**The Illinois Insurance Code requires that all automobile liability policies renewed, delivered or issued for delivery in Illinois contain bodily injury liability Uninsured Motorists coverage with limits not less than $40,000 single limit or $20,000/$40,000 split limit. The statute further provides that the Named Insured may elect to purchase additional limits of both Uninsured and Underinsured Motorist coverage with amounts up to the bodily injury liability limits on the insured motor vehicle. The Uninsured and Underinsured Motorists limits must be the same amount.**

### UNINSURED MOTORISTS INSURANCE – BODILY INJURY

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Uninsured or hit-and-run driver who is legally responsible for the accident.

**Limit:** You must purchase Uninsured Motorists Insurance with limits at least equal to the minimum limits required by Illinois law. Optional limits are available but they cannot exceed the Bodily Injury Liability Insurance limit of your policy.

### UNDERINSURED MOTORISTS INSURANCE – BODILY INJURY

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Underinsured driver who is legally responsible for the accident. An Underinsured driver is one whose Bodily Injury coverage limit is less than the amount of your Underinsured Motorists coverage limit.

**Limit:** If you purchase Uninsured Motorists Insurance with a limit in excess of the minimum limit required, you must by law, purchase Underinsured Motorists Insurance at the same limit.

### UNINSURED/UNDERINSURED – BODILY INJURY COVERAGE OPTIONS

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit equal to the Bodily Injury Liability Insurance limit of my policy with Underinsured Motorists Insurance provided at the same limit.

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit of $__________ (can not be greater than the Bodily Injury Liability Insurance limit of my policy) with Underinsured Motorists Insurance provided at the same limit.

☐ I/We elect Uninsured Motorists Insurance at the minimum limits required by Illinois law and decline to purchase any Underinsured Motorist Insurance.

**Applicant/Named Insured Initial(s):** ____ ____

(Continued next page)

STP00523


© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

**UNINSURED MOTORISTS INSURANCE – PROPERTY DAMAGE**

**Applies to:** All private passenger and recreational vehicles covered by your policy that are not protected with Collision coverage.

**Benefits:** Pays the actual cash value of the covered auto up to $15,000 if the auto is damaged by an Uninsured or hit-and-run motor vehicle whose driver is legally responsible for the accident. A deductible of $250 applies. There is no coverage for loss of use of the covered motor vehicle or for loss or damage to personal property located in the covered motor vehicle.

**COVERAGE OPTIONS**

☐ For an estimated premium of $______ I/We elect Uninsured Motorists Coverage-Property Damage

☐ I/We reject Uninsured Motorists Coverage-Property Damage

**Applicant/Named Insured Initial(s):** ____ ____

---

**Definitions provided are for information purposes only. Applicant/Named Insured should consult the policy for exact wording.**

**I/We have read the above information and understand it.**

---

**APPLICANT/NAMED INSURED SIGNATURES(S)** **DATE**

---

STP00524



© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

**ILLINOIS**
**UNINSURED MOTORISTS, UNDERINSURED MOTORIST AND UNINSURED MOTORIST - PROPERTY DAMAGE LIMIT OPTIONS**

CITY OF WAUKEGAN
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

GP06301927

**The Illinois Insurance Code requires that all automobile liability policies renewed, delivered or issued for delivery in Illinois contain bodily injury liability Uninsured Motorists coverage with limits not less than $40,000 single limit or $20,000/$40,000 split limit. The statute further provides that the Named Insured may elect to purchase additional limits of both Uninsured and Underinsured Motorist coverage with amounts up to the bodily injury liability limits on the insured motor vehicle. The Uninsured and Underinsured Motorists limits must be the same amount.**

**UNINSURED MOTORISTS INSURANCE - BODILY INJURY**

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Uninsured or hit-and-run driver who is legally responsible for the accident.

**Limit:** You must purchase Uninsured Motorists Insurance with limits at least equal to the minimum limits required by Illinois law. Optional limits are available but they cannot exceed the Bodily Injury Liability Insurance limit of your policy.

**UNDERINSURED MOTORISTS INSURANCE - BODILY INJURY**

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Illinois.

**Covers:** You, and if you are an individual named insured, family members living with you, and other occupants of your covered auto.

**Benefits:** Pays for Bodily Injury or death caused by an Underinsured driver who is legally responsible for the accident. An Underinsured driver is one whose Bodily Injury coverage limit is less than the amount of your Underinsured Motorists coverage limit.

**Limit:** If you purchase Uninsured Motorists Insurance with a limit in excess of the minimum limit required, you must by law, purchase Underinsured Motorists Insurance at the same limit.

**UNINSURED/UNDERINSURED - BODILY INJURY COVERAGE OPTIONS**

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit equal to the Bodily Injury Liability Insurance limit of my policy with Underinsured Motorists Insurance provided at the same limit.

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists Insurance at a limit of $__________ (can not be greater than the Bodily Injury Liability Insurance limit of my policy) with Underinsured Motorists Insurance provided at the same limit.

☐ I/We elect Uninsured Motorists Insurance at the minimum limits required by Illinois law and decline to purchase any Underinsured Motorist Insurance.

**Applicant/Named Insured Initial(s):** ____ ____

(Continued next page)

STP00525


© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

**UNINSURED MOTORISTS INSURANCE – PROPERTY DAMAGE**

**Applies to:** All private passenger and recreational vehicles covered by your policy that are not protected with Collision coverage.

**Benefits:** Pays the actual cash value of the covered auto up to $15,000 if the auto is damaged by an Uninsured or hit-and-run motor vehicle whose driver is legally responsible for the accident. A deductible of $250 applies. There is no coverage for loss of use of the covered motor vehicle or for loss or damage to personal property located in the covered motor vehicle.

**COVERAGE OPTIONS**

☐ For an estimated premium of $_______ I/We elect Uninsured Motorists Coverage-Property Damage

☐ I/We reject Uninsured Motorists Coverage-Property Damage

**Applicant/Named Insured Initial(s):** ____ ____

**Definitions provided are for information purposes only. Applicant/Named Insured should consult the policy for exact wording.**

**I/We have read the above information and understand it.**

**APPLICANT/NAMED INSURED SIGNATURES(S)** **DATE**

STP00526



© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved




**COMPLAINT NOTICE**

Should any dispute arise about your premiums or about a claim that you have filed, the address of The St. Paul Travelers to be used for a consumer complaint is:

Complaint Department
The St. Paul Travelers Companies, Inc.
Ste 2000
200 North LaSalle Street
Chicago IL 60601-0000

The address of the consumer complaint division of the Department of Insurance of Illinois is:

Public Service Division
Department of Insurance
State of Illinois
320 West Washington Street
Springfield IL 62767

STP00527

40758 Rev. 4-89
© 1989 The St. Paul Travelers Companies, Inc. All Rights Reserved

**DELIVERY INVOICE** The St Paul

**Company:** ST. PAUL FIRE & MARINE INSURANCE COMPANY

INSURED
CITY OF WAUKEGAN
100 NORTH MARTIN LUTHER KING J
WAUKEGAN IL 60085

Policy Inception/Effective Date: 11/01/06
Agency Number: 1208826

Transaction Type:
POLICY IS NEW
Transaction number: 001
Processing date: 11/16/06 12:55
Policy Number: GP06301927

AGENT
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

| Policy Number | Description | Amount | Surtax/ Surcharge |
|---|---|---|---|
| GP06301927 | NEW BUSINESS PREMIUM | $565,315.00 | |
| GP06301927 | PREMIUM PAYMENT PLAN SERVICE CHARGE | $0.00 | |
| GP06301927 | UMBRELLA EXCESS LIABILITY | $85,283.00 | |



INSURED COPY

STP00528

**PREMIUM PAYMENT SCHEDULE** **The St Paul**

**Company:** ST. PAUL FIRE & MARINE INSURANCE COMPANY

Policy Inception/Effective Date: 11/01/06

Policy Number: GP06301927

Agency Number: 1208826

This is the installment schedule

Transaction Number: 001

INSURED
CITY OF WAUKEGAN
100 NORTH MARTIN LUTHER KING J
WAUKEGAN IL 60085

AGENT
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

| Due Date | Premium | Premium Payment Plan Service Charge | Surtax/ Surcharge | Total |
|---|---|---|---|---|
| 11/01/06 | $325,299.00 | | | $325,299.00 |
| 04/01/07 | $325,299.00 | | | $325,299.00 |
| TOTAL | $650,598.00 | $0.00 | $0.00 | $650,598.00 |



INSURED COPY

STP00529




**IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION**

---

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, or you may request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

STP00530


© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved

The St Paul

## ILLINOIS DISCLOSURE NOTICE – MOLD EXCLUSION OR LIMITATION ENDORSEMENTS

This notice is being provided to you in accordance with the requirements established by the Illinois Department of Insurance because one or more exclusion or limitation endorsements with the titles shown below is attached to your policy.

**If you have property or inland marine coverage:**

If more than one property or inland marine insuring agreement is part of your policy, then more than one endorsement may apply.

**Mold Or Bacteria Exclusion Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement in your policy for mold or other fungi, wet or dry rot, or bacteria loss.

**Mold Or Bacteria Exclusion With Named Perils Exception Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement in your policy for losses caused by mold or other fungi, wet or dry rot, or bacteria, unless it is a result of certain perils that are specified in the endorsement.

**Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverage.** An endorsement with this title excludes or limits coverage under the applicable insuring agreement in your policy for losses caused by mold or other fungi, wet or dry rot, or bacteria, unless it is caused by fire and lightning. It provides a sublimit of coverage for otherwise covered losses caused by mold or other fungi, wet or dry rot, or bacteria if it is a result of certain perils that are specified in the endorsement. This sublimit is part of, not in addition to, the limit of coverage for that property. Otherwise covered losses caused by mold or other fungi, wet or dry rot, or bacteria that is a result of fire and lightning are covered up to the policy limits.

Additional features that may be included in any of the above types of endorsements.

- Some of these endorsements also add a Seepage or leakage exclusion to exclude coverage for mold or other fungi, wet or dry rot, or bacteria losses caused by any seepage, leakage, presence, or condensation of water, steam, humidity, moisture, or vapor for 14 days or more. Whether or not this exclusion is added depends upon the property or inland marine insuring agreement that is being changed by the endorsement.
- Some of these endorsements also modify a Seepage or leakage exclusion to exclude coverage for all losses, including mold or other fungi, wet or dry rot, or bacteria losses, caused by any seepage, leakage, presence, or condensation of water, steam, humidity, moisture, or vapor for 14 days or more. Whether or not this modification is added depends upon the property or inland marine insuring agreement that is being changed by the endorsement.

**If you have liability coverage:**

**Mold, Other Fungi, Or Bacteria Exclusion Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement for the following:

- Injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement), medical expenses (if provided by the insuring agreement), and your pollution clean-up costs (if provided by the insuring agreement) that result from mold or other fungi, or bacteria. There are limited exceptions to this exclusion for mold or other fungi, or bacteria, that are on, in, or a part of, any food, beverage or medicine, and for bodily injury that results from a bacterial infection which is transmitted directly from person to person or which develops in connection with an otherwise covered bodily injury.
- Loss, costs, or expenses that result from certain requests, demands, orders, or statutory or regulatory requirements related to mold or other fungi, or bacteria, in any form.

For insuring agreements other than Law Enforcement Liability Protection, this endorsement also excludes coverage for:

- Injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement) and your pollution clean-up costs (if provided by the insuring agreement) that result from any other irritant or contaminant and are alleged in the same claim or suit as the mold or other fungi, or bacteria.

The Mold, other fungi, or bacteria exclusion is intended to apply in situations when any pollution-related exclusion in or made part of the insuring agreement doesn't apply for whatever reason, such as when any exception to that exclusion applies. In other situations, the Mold, other fungi, or bacteria exclusion doesn't change coverage because it would then apply in addition to each such exclusion.




# WHY YOU SHOULD REPORT LOSSES TO US PROMPTLY

Reporting new losses, claims, or potential claims to us promptly can be critical. It helps us to resolve covered losses or claims as quickly as possible and often reduces their overall cost. Prompt reporting:

- Better protects your interests.
- Helps us to try to resolve losses or claims more quickly and to everyone's satisfaction - yours, any claimant's and ours.
- Often reduces the overall cost of a loss or claim - losses or claims reported more than five days after they happen cost on average 35% more than those reported earlier.

*Use the* What To Do If You Have A Loss *form that is a part of your policy to help you promptly report losses, claims, or potential claims. That form outlines the information that must normally be submitted as part of the reporting process. It describes the duties you and other persons or organizations protected under your policy have if your policy provides:*

- *Property protection and there is a loss that may be covered under that protection; or*
- *Liability protection and an accident, act, error, event, incident, offense, or omission happens or is committed that may result in liability damages or other amounts which may be covered under that protection.*

**To report losses, claims, or potential claims to us, we can be contacted easily and quickly through our Web site or by fax.**

## WWW.STPAULTRAVELERS.COM

The St. Paul Travelers Companies, Inc. online site for reporting losses, claims, and potential claims has been designed to be as simple and user-friendly as possible. In fact, the site can even remember key information so that you don't have to continually re-enter the same data over and over again. If you report your loss, claim, or potential claim online, you will immediately receive a claim tracking number and be able to print a copy of the report for your records.

## DEDICATED FAX NUMBERS

For customers with *St. Paul Travelers policies* or *former Travelers policies,* please fax losses to: 1-877-QUIKFAX (1-877-784-5329)

For customers with *former St. Paul policies,* please fax losses to:

| | |
|---|---|
| **Auto, Property or General Liability** | 1-888-329-8734 |
| **Transportation** | 1-813-663-3980 |
| **Public Sector** | 1-800-PUBLICS (1-800-782-5427) |
| **Fast Food Program** | 1-888-578-4554 |
| **Lawyers Professional Liability** | 1-651-310-3657 |
| **Professional Liability/Errors And Omissions** | 1-888-329-8734 |
| **Workers Compensation** | 1-888-487-3492 (Eastern U.S.)<br>1-877-288-2793 (Western U.S.) |

STP00533

ND027 Rev. 3-04

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

**You can also report losses, claims or potential claims to us by phone, unless your policy requires written notice or reporting.**

| 1-800-STPAUL1 |
| --- |
| **(1-800-787-2851)** |

When reporting a loss, claim, or potential claim by phone, our toll-free phone number is the only number you will need to know. Available 24 hours a day, seven days a week, our call center representatives will transmit your information to a claim representative who understands your business.

This is a general description of how to report a loss, claim, or potential claim under your policy. This description does not replace or add to the terms of your policy. Your policy alone determines the scope of your insurance protection. Please read it carefully for complete information on your coverage. You should contact your agent or broker if you have any questions about your coverage.

STP00534


© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved



**PUBLIC SECTOR SERVICES**

**NOTICE OF CHANGES IN AUTOMOBILE LIABILITY AND PHYSICAL DAMAGE**

**EARNED PREMIUM CALCULATION**

**Average Rate Plan**

The premium for Auto Liability and Auto Physical Damage is composite rated. Auto Liability is rated on a per unit basis and Auto Physical Damage is rated on the basis of the original cost new of the vehicle. The composite rates for the policy term are those in effect on the effective date of the policy.

The premium charged as a deposit is an estimated annual premium based on the number of units and total original cost new for all covered autos on file with us as of the effective date of the policy.

At the expiration of the policy period, you are required to submit a current schedule of owned automobiles as of the expiration date of the policy.

The total earned premium will be calculated on the basis of the average net change in units and their original cost new for the policy term.

*Average net change for auto liability* is calculated as follows:

$$\frac{(\text{Number of autos as of the expiration date of the policy} - \text{Number of autos as of the inception date of the policy})}{2}$$

*Average net change for auto physical damage* is calculated as follows:

$$\frac{(\text{Total original cost new for all autos as of the expiration date of the policy} - \text{Total original cost new for all autos as of the inception date of the policy})}{2}$$

The average net change in units and their original cost new is then applied to the composite rate to determine the additional or return premium amount.

Any new autos that you own after the inception date of the policy will be subject to the same limits and deductibles as autos of the same type that were owned at the inception date of the policy.

Any new auto requiring valuation other than actual cash value must be reported within 30 days of acquisition. These autos will be added midterm to the policy automobile schedule and the final premium will be determined at the expiration of the policy.

STP00535


© 2005 The St. Paul Travelers Companies, Inc. All Rights Reserved




# SELF-INSURED RETENTION
# ST. PAUL TRAVELERS CLAIM CONTACT INFORMATION

Please provide all information and documents that you or any other person or organization protected under your policy are required to provide us, as explained in your Self-Insured Retentions Endorsement - Liability - General Rules And What To Do If You Have A Loss form, to the St. Paul Travelers office shown below:

**The St. Paul Travelers Companies, Inc.**

**Attention:** Phil Boland

**Address:** 2700 NE Loop 410
Suite 105
San Antonio, TX 78217

**Phone:** 210-527-2797

**Fax:** 800-340-1873

**Email:** pboland@stp.com

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927

**Processing Date** 11/16/06 12:55 001

ND030 Rev. 6-06

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**INTRODUCTION**



This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: GP06301927

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST PAUL MN 55102-1118

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

GOVERNMENT MUNICIPALITY
CITY OF WAUKEGAN
100 NORTH MARTIN LUTHER KING J
WAUKEGAN IL 60085

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 11/01/07 and will continue until 11/01/08

Your former policy number is automatically replaced: GP06301927

Your premium for the policy period shown is: $713,994.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

INCLUDES UMBRELLA EXCESS PREMIUM

CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

No additional insurance is afforded by this copy.

Name of Insuring Company

Policy Number Date

Fifth Second Vice President
Document Management

Our authorized representative is:
1208826
THE OWENS GROUP INC
19 SOUTH LASALLE ST STE 500
CHICAGO IL 60603

President

Authorized Representative Date

Secretary

STP00537

**Processing Date** 11/19/07 15:54 001


© 1987 The St. Paul Travelers Companies, Inc. All Rights Reserved

**CERTIFIED POLICY**

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

No additional insurance is afforded by this copy.

St. Paul Fire and Marine Insurance Company
Name of Insuring Company

GP06301927
Policy Number

11-12-09
Date

H.E. Fitts
H.E. Fitts, Second Vice President
BI Document Management




**DISCLOSURE NOTICE**

**TERRORISM RISK INSURANCE ACT OF 2002**

---

The certified acts of terrorism premium charge shown below is for coverage under this policy for insured losses covered by the Terrorism Risk Insurance Program established by the Terrorism Risk Insurance Act of 2002 (the Act). That Program applies to certain losses, if otherwise covered by your policy, that result from an "act of terrorism," as that term is defined in and certified under the Act (insured losses). This terrorism premium does not include any charges for the portion of insured losses covered by the federal government under the Act. The federal government shares in the payment of insured losses that exceed the statutorily established deductible paid by the insurance company providing the coverage, subject to the "Program Trigger" as defined under the Act. For calendar years up to and including 2006, the federal government's share is 90%; for calendar year 2007 the share is 85%.

If $0 is shown below for the certified acts of terrorism premium charge, this policy provides such terrorism coverage for no premium charge.

The certified acts of terrorism premium charge shown below does not apply to any insuring agreement or coverage part in this policy for which you did not accept our offer, for a premium charge, of such terrorism coverage. If you did not accept our offer of such terrorism coverage, this policy contains one or more exclusions that apply to certified acts of terrorism under each such insuring agreement or coverage part.

The Act establishes a cap on our liability to pay for insured losses if the aggregate amount of insured losses under the Act exceeds $100,000,000,000 during the applicable period for all insureds and all insurers combined. In that case, we will not be liable for the payment of any amount that exceeds such aggregate amount of $100,000,000,000.

---

**Name of Insured:** CITY OF WAUKEGAN

**Policy Number:** GP06301927

**Effective Date:** 11/01/07

**Certified Acts Of Terrorism Premium Charge:** $38,917.00

**Processing Date:** 11/19/07 15:54 001

---

STP00539


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**POLICY FORM LIST** **The St Paul**

Here's a list of all forms included in your policy, on the date shown below. These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 01-06 |
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| General Rules | 40701 | 08-03 |
| PSS Total Self-Insured Retention Endorsment For Liability Coverages | L0643 | 06-06 |
| Illinois Required Endorsement | 40519 | 10-06 |
| Public Entity General Liability Protection Commercial General Liability Protection Reference Endorsement | D0020 | 10-97 |
| Commercial Auto Required Endorsement Illinois | 44041 | 05-03 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| PSS Multiple Self-Insured Retentions Endorsement | D0126 | 06-06 |
| PSS Self-Insured Retentions Endorsement - Liability - General Rules And What To Do If You Have A Loss | D0127 | 06-06 |
| Property Protection Coverage Summary | 42563 | 07-96 |
| Property Protection Coverage Summary | 42563 | 04-06 |
| Property Protection Coverage Summary Continued - Equipment Breakdown Coverage | F0231 | 04-99 |
| Flood Or Surface Water Coverage Summary | F0406 | 04-06 |
| Earthquake Or Volcanic Eruption Coverage Summary | F0408 | 04-06 |
| Blanket Earnings And Expense Additional Benefits Coverage Summary | F0415 | 04-06 |
| Travelers Property Protection | 42700 | 04-06 |
| Flood Or Surface Water Coverage Endorsement | F0405 | 04-06 |
| Earthquake Or Volcanic Eruption Coverage | F0407 | 04-06 |
| PSS Property Protection Additional Benefits Coverage Summary | F0122 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverages | F0328 | 10-02 |
| Equipment Breakdown Endorsement | F0230 | 04-99 |
| Blanket Earnings And Expense Endorsement | 42489 | 04-06 |
| Public Sector Services Public Entity Property Endorsement | F0102 | 04-06 |
| Virus Or Bacteria Exclusion Endorsement | F0459 | 03-07 |
| Contractor's Equipment Protection Coverage Summary | I0006 | 11-95 |
| Contractor's Equipment Protection | I0005 | 11-95 |
| Protection For Miscellaneous Property | 42038 | 02-83 |
| Commercial Fine Arts Property Protection | 42150 | 03-80 |
| Computer Property Protection Coverage Summary | 42442 | 07-01 |
| Computer Property Protection | 42441 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement | I0083 | 04-02 |
| Public Entity General Liability Protection Coverage Summary | G0208 | 10-97 |
| Public Entity General Liability Protection | G0209 | 10-02 |
| Health Care and Social Service Professional Services Endorsement - Public Entity General Liability | G0749 | 05-06 |
| PSS Illinois Public Sector Contract Liability Indemnitee Defense Coverage Endorsement | G0275 | 10-97 |

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


©St.Paul Fire and Marine Insurance Co. 1995

STP00540

The St Paul

| | | |
|---|---|---|
| PSS Public Entity General Liability Self-Insured Retentions End't. - Retentions Apply To Damages And Defense Expenses | G0596 | 06-06 |
| Unsolicited Communication Exclusion Endorsement | G0692 | 08-04 |
| Lead Exclusion Endorsement | G0680 | 07-04 |
| Medical Expenses Exclusion Endorsement | G0167 | 06-96 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Or Scheduled Under Your Auto... | G0719 | 12-04 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement | G0492 | 04-02 |
| Liquor Liability Protection Coverage Summary | 43885 | 09-86 |
| Liquor Liability Protection | 43611 | 11-85 |
| PSS Liquor Liability Self-Insured Retentions Endorsement - Retentions Apply To Damages And Defense Expenses | G0599 | 06-06 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement - Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| PSS Employee Benefit Plans Administration Liab. Self-Insured Retentions End't. - Retentions Apply To Damages & Def. Exp. | L0547 | 06-06 |
| Public Entity Employment Practices Liability Protection - Claims-Made Coverage Summary | L0397 | 07-06 |
| Public Entity Employment Practices Liability Protection - Claims-Made | L0394 | 07-06 |
| Self-Insured Retention Endorsement - Public Entity Employment Practices Liability | OL108 | 11-02 |
| Law Enforcement Liability Protection Coverage Summary | 47335 | 10-02 |
| Law Enforcement Liability Protection | 47292 | 10-02 |
| Total Limit Endorsement - Law Enforcement Liability - Illinois | 47422 | 06-93 |
| PSS Law Enforcement Liability Self-Insured Retentions End't. - Retentions Apply To Damages And Defense Expenses | L0551 | 06-06 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Law Enforcement Liability | L0473 | 08-02 |
| Public Entity Management Liability Protection - Claims-Made Coverage Summary | 47336 | 01-01 |
| Public Entity Management Liability Protection - Claims-Made | 47279 | 07-06 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary - Continued | 44462 | 04-91 |
| Garagekeepers Coverage Summary | 44488 | 01-95 |
| Auto Schedule | 44463 | 04-91 |
| Auto Liability Protection | 44449 | 12-93 |
| PSS Auto Liability Self-Insured Retentions Endt - Retentions Apply To Damages, Defense Expenses, And Pollution Cost... | A0272 | 06-06 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| PSS Public Entity Auto Liability Endorsement | A0130 | 10-98 |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| PSS Auto Physical Damage Agreed Value Endorsement | A0133 | 10-98 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Defined As Autos Endorsement | A0307 | 12-04 |
| Uninsured And Underinsured Motorists Protection - Illinois | 44025 | 01-05 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| PSS Public Entity Auto Physical Damage Endorsement | A0131 | 06-06 |


©St.Paul Fire and Marine Insurance Co.1995

**POLICY FORM LIST** **The St Paul**

Here's a list of all forms included in your policy, on the date shown below. These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Garagekeepers Liability Protection | 44465 | 12-00 |
| Uninsured And Underinsured Motorists Protection - Illinois | 40502 | 01-80 |
| Self-Insured Retention Endorsement - Self-Insured Retention Reduces The Limit Of Coverage | | |
| Government Crime Protection Coverage Summary | C0025 | 04-03 |
| Government Crime Protection - Discovery Form | C0022 | 04-03 |
| Faithful Performance of Duty Coverage Endorsement - Government Employees | C0042 | 04-03 |
| Discovery Replacing Loss Sustained Endorsement | C0047 | 04-03 |
| PSS Umbrella Excess Liability Protection Coverage Summary | E0113 | 09-95 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance | 47123 | 04-91 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance - Continued | 47124 | 04-91 |
| Umbrella Excess Liability Protection | 47550 | 01-01 |
| Property Damage Change And Intellectual Property Exclusion Endorsement - Umbrella Excess Liability | E0197 | 07-01 |
| PSS Failure To Supply Service Total Exclusion Endorsement - Umbrella Excess Liability | E0198 | 10-01 |
| Asbestos Exclusion Endorsement - Umbrella Excess Liability | E0199 | 03-02 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Umbrella Excess Liability | E0209 | 04-02 |
| Health Care and Social Service Professional Services Endorsement - Umbrella Excess Liability | E0284 | 05-06 |
| Lead Exclusion Endorsement - Umbrella Excess Liability | E0243 | 07-04 |
| Unsolicited Communication Exclusion Endorsement - Umbrella Excess Liability | E0246 | 08-04 |
| Public Entity Umbrella Excess Liability Endorsement | E0157 | 04-98 |
| Government Unit Endorsement Umbrella Excess Liability | 47230 | 04-91 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Or Scheduled Under Your Auto...-UEL | E0273 | 12-04 |
| Employment-Related Practices Exclusion Endorsement - Umbrella Excess Liability | 47225 | 09-01 |
| Health Care Professional Services Endorsement - Umbrella Excess Liability | 47231 | 05-06 |
| Law Enforcement Liability Endorsement - Umbrella Excess Liability | E0114 | 05-06 |
| Injury To Volunteer Firefighters Exclusion Endorsement | 47297 | 04-91 |
| Public Use Of Property Exclusion Endorsement-Umbrella Excess | 47332 | 01-92 |
| Excess Errors And Omissions Liability Protection-Claims-MadeCoverage Summary | 47339 | 02-92 |
| Excess Errors And Omissions Liability Protection-Claims-Made | 47338 | 02-92 |

**Name of Insured** CITY OF WAUKEGAN **Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001

## GENERAL RULES

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

---

**Table of Contents** **Page**


Special Rights And Duties Of The First Named Insured 1
Policy Period 1
Policy Changes 1
Premiums 2
  Estimates. 2
  Additional or return premium. 2
  Your bill. 2
Our Right To Inspect And Audit 3
Cancellation 3
  By the first named insured. 3
  By us. 3
  Return premium. 3
Fraud And Misrepresentation 4
  If you commit fraud or misrepresentation. 4
  If other persons or organizations commit fraud or misrepresentation. 4
  Unintentional errors or omissions. 4
Assignments And Transfers 4
Lawsuits Against Us 5
  If your policy provides property or other first-party protection. 5
  If your policy provides liability protection. 5
Recovering Damages From A Third Party 5
Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection 5
Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection 6
How Statutory Or Regulatory Law Affects Your Policy 6


---

**Special Rights And Duties Of The First Named Insured**

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.
- Policy Changes.
- Premiums.

**Policy Period**

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

**Policy Changes**

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and
- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

STP00543


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

- noon, if coverage under your policy otherwise begins at that time;

on the effective date of the change at the address shown for you in the Introduction of your policy.

If we make any such change before your policy begins and that change still applies to a standard insurance policy form which:

- is part of your policy when your policy begins; or
- is made part of your policy after your policy's effective date;

you'll automatically receive the benefit of that broadened or extended coverage beginning at the time and on the effective date that form is, or is made, part of your policy.

We don't have to provide any written notice, or a written form that's made part of your policy, for you to receive such benefits.

We can make other changes in your policy and, with our consent, the first named insured can make changes in your policy too. But such changes can be made only with a written form that:

- is made part of your policy; and
- is signed by us or one of our authorized representatives.

**Premiums**

We compute the premium for your policy in accordance with our rules and rates which apply to your policy.

**Estimates.** All or part of your premium may be based on estimates.

If estimates are used, your policy will contain an endorsement, summary, or other form that shows:

- we used estimates; and
- when and how we'll compute your actual premium.

We'll compute your actual premium, when complete information is available, at the end of:

- the policy period;
- each one-year period that's part of the policy period, if the policy period is longer than one year; and
- any interim audit period that's shorter than one year, if an interim audit period applies during the policy period.

For each such period, we'll compute your actual premium in accordance with our rules and rates which apply to your policy and for that period.

If your actual premium is:

- more than the estimated premium you've paid, you'll owe us the difference; or
- less than the estimated premium you've paid, we'll return the difference;

except as described in the Additional or return premium section.

You must keep accurate records of the information we'll need to compute your actual premium. Your agent or broker can explain the type of records we'll need. The first named insured must mail, deliver, or otherwise give to us a copy of those records when we request them.

However, we don't have to request or use any records to compute your actual premium if we determine, in accordance with our rules and rates which apply to your policy, that your premium based on estimates is your actual premium.

**Additional or return premium.** We or your agent or broker will tell the first named insured about any additional or return premium for your policy.

However, we won't charge an additional premium, or refund a return premium, for any difference in premium of $15 or less that results from:

- your actual premium being more or less than the estimated premium you've paid; or
- any change made in your policy, including any cancellation of all or part of your policy by you or us.

But we'll refund a return premium of $15 or less for your policy if the first named insured requests that we do so. We'll apply this rule for waiving additional or return premiums separately each time your policy is changed.

In any event, your policy premium won't be less than the minimum policy premium we're allowed to charge in accordance with our rules and rates which apply to your policy.

**Your bill.** The first named insured:

- will be the one we'll bill for all premiums for your policy;

STP00544


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

- is responsible for paying all premiums for your policy when due; and
- will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:

- any other policy with us; or
- any policy with any of our affiliated insurance companies;

we may bill, under one statement, the premium for:

- your policy; and
- any or all of those other policies;

regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:

- we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
- we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
- for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

**Our Right To Inspect And Audit**

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:

- make any such inspection; or
- guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;

except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

**Cancellation**

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:

- must deliver to us or one of our authorized representatives; or
- must mail to us, if such delivery isn't possible;

your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:

- is responsible for receiving the cancellation notice from us for you; and
- will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:

- 10 days, if we're canceling for nonpayment of premium; or
- 30 days, if we're canceling for any other reason;

before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named

STP00545


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

**Fraud And Misrepresentation**

**If you commit fraud or misrepresentation.** If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

**If other persons or organizations commit fraud or misrepresentation.** If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

**Unintentional errors or omissions.** We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

**Assignments And Transfers**

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

STP00546


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and
- until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

**Lawsuits Against Us**

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or other first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

- us;
- the person or organization protected under your policy; and
- the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

**Recovering Damages From A Third Party**

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

- are protected under your policy; and
- are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and
- cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

**Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection**

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.
2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.
3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.
4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their

STP00547


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including the fees of the umpire, will be shared equally by you and us.

**Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection**

If your policy provides liability protection, the bankruptcy or insolvency of:

- any person or organization protected under that liability protection; or
- any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

**How Statutory Or Regulatory Law Affects Your Policy**

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

STP00548


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**TOTAL SELF-INSURED RETENTION ENDORSEMENT**
**FOR LIABILITY COVERAGES**

This endorsement changes your policy.

---

**How Coverage Is Changed**

The following is added. This endorsement adds a combined total self-insured retention that limits the total amount you'll be responsible for paying within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements below. This change broadens coverage.

---

**Schedule of Insuring Agreements**

- [X] Public Entity General Liability Protection
- [X] Liquor Liability Protection
- [ ] Stop-Gap Employers Liability Protection
- [X] Employee Benefit Plans Administration Liability Protection
- [X] Law Enforcement Liability Protection
- [X] Public Entity Management Liability Protection
- [ ] Public Entity Employment Practices Liability Protection
- [X] Auto Liability Protection
- [ ] Garagekeepers Liability Protection
- [X] Uninsured And Underinsured Motorists Protection - Illinois
- [ ]
- [ ]
- [ ]

---

STP00549

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/19/07 15:54 001 |


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Total self-insured retention**

$900,000

**Total Self-Insured Retention**

The total self-insured retention shown above is the most that you'll be responsible for paying for the combined total of all amounts within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements, regardless how often any or all of them apply during the policy period shown in the Introduction.

**How the total self-insured retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months, and the total self-insured retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

$$\$250{,}000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

**Other Terms**

All other terms of your policy remain the same.

STP00550


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**ILLINOIS REQUIRED ENDORSEMENT**

This endorsement changes your policy to comply with, or otherwise respond to, Illinois law.

Therefore, each change made by this endorsement applies only to the extent:

- required by Illinois statutory or regulatory law; or
- specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Illinois, each change that's made to comply with Illinois statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

- a loss of or to, or that results from, property in Illinois; or
- a loss that results from your operations in, or which affect, Illinois;

and such statutory or regulatory law applies to such coverage.

**Table of Contents** **Page**


Cancellation 1
Fraud And Misrepresentation 3
Lawsuits Against Us - Property Or Other First-Party Protection 3
Property Protection - Acts Intended To Cause Loss Exclusion 3
Property Protection - Other Insurance 3
Property Protection - Residential Real Or Personal Property 4
Liability Protection - How The Limits Of Coverage Apply If A Total Limit Is Left Blank 4
Liability Protection - Prejudgment Interest 5
Liability Protection - Punitive Or Exemplary Damages Imposed As A Result Of Misconduct 5
Liability Protection - Claims-Made - Claim Information 5
Commercial General Liability Protection - Claims-Made - Extended Reporting Period 5
Umbrella Excess Liability Protection - Claims-Made - Extended Reporting Period 5
Commercial General Liability Protection Or Umbrella Excess Liability Protection - Claims-Made - Important Note - Retroactive Date 5
Employee Benefit Plans Administration Liability Protection - Claims-Made 6
Liquor Liability Protection - Each Person Limit Of Coverage - Conformity To Illinois Law 6
Product Recall Protection - Other Insurance 6
Real Estate Professional Liability And Producers' Or Distributors' Errors And Omissions Liability - When And How An Extended Reporting Period Endorsement Can Be Added 6
Other Terms 7


**Cancellation**

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

If your policy covers grain in public grain warehouses, you or we can cancel this policy at any time by mailing to the other as well as the Director of the Illinois Department of Agriculture 60 days written notice of cancellation.

**How you can cancel.** To cancel this policy or any of its insuring agreements, you must mail the policy, or the part to be canceled, to us or any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, we can only cancel for one or more of the following reasons.

STP00551


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that the policy was obtained through fraud or a material misrepresentation.

3. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

4. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that measurably increases the hazard we're insuring against.

5. *Loss of reinsurance.* We may cancel if we lose reinsurance that provided coverage to us for all or a substantial part of your risk. This loss must be certified to the director of insurance.

6. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of this state's insurance laws.

If we cancel for any of these reasons, we'll mail a notice to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end. The notice will state the reason for cancellation. The notice will also show a date cancellation is to take effect. Coverage will end on that date.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium you've paid. However, the cancellation will be effective whether or not you've been paid or offered the unused premium. If we cancel, the refund will be figured on a pro rata basis. If you cancel, the premium will be less than pro rata.

**Nonrenewal.** We may decide not to renew or continue this policy. If so, we'll mail a notice of nonrenewal to you and your agent at least 60 days before the expiration date of this policy. The notice will show the reason for nonrenewal.

But even if we don't follow this rule, your policy will end on the expiration date if:

- you don't pay the premium, or any installment that's due;
- we've agreed to renew this policy; or
- you've notified us or our agent that you don't want to renew this policy.

If we fail to send proper notice of nonrenewal, and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** Mailing the cancellation or nonrenewal notice to your, your agent's, and any mortgage holder's last address known to us will be considered proof you were notified.

If your policy includes an insuring agreement or endorsement that describes "mailing or delivering" a notice of cancellation or nonrenewal, the words "or delivering" are deleted.

**Special rule for certain real estate.** If your policy covers real property that's not residential property occupied by not more than four families and has been in effect for one year or is a renewal policy, we can cancel for any of the following reasons:

- failure to make required repairs 60 consecutive days or more after a fire loss has been adjusted with you. But this doesn't apply if a delay is caused by a labor dispute or weather conditions;
- if you leave a building unoccupied for 60 consecutive days. But this doesn't apply to buildings which are only occupied on a seasonal basis, or buildings that are under repair, construction, or reconstruction, and have been properly secured against unauthorized entry;
- if your building has been declared unsafe. Or if there's been an order to vacate the building, or an order for the building's demolition; or
- if your building has not had heat, light, water or sewer service for 30 or more consecutive days.

We will mail you a written notice of cancellation, using both certified mail and first-class mail. The cancellation will become effective no sooner than 10 days after you receive our written notice.

**Special rule for certain residential property.** If your policy covers residential property occupied by not more than four families and has been in effect for at least 60 days, we


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

can only cancel or refuse to renew your policy for any of the following reasons:

- You hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance; or
- What we cover has measurably increased in hazard since we first agreed to write your policy.

If we cancel or refuse to renew for this reason, we'll send notice of cancellation or nonrenewal to you 60 days before coverage will end.

But this provision doesn't apply to glass coverage.

**Fraud And Misrepresentation**

The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; or
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules. However, this change doesn't apply to certain residential real or personal property. Instead, refer to the Fraud and misrepresentation section of the Property Protection - Residential Real Or Personal Property section in this Illinois Required Endorsement (40519).

We can consider your policy to be void for you and all other persons and organizations protected under your policy if, before or after a loss, you or any such person or organization:

- intentionally conceals or misrepresents any material fact or circumstance;
- engages in fraudulent conduct; or
- makes a false statement;

about any matter concerning:

- the coverage provided by your policy; or
- any fact or circumstance material to the investigation of any loss under your policy.

**Lawsuits Against Us - Property Or Other First-Party Protection**

The following is added to the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules and changes that section as described.

The two-year period in which a suit to recover on a loss must begin is lengthened by the number of days between the date you give us proof of loss and the date we deny coverage for the loss.

**Property Protection - Acts Intended To Cause Loss Exclusion**

If your policy includes property or inland marine protection, the following is added to the Exclusions - Losses We Won't Cover section.

**Acts intended to cause loss.** We won't cover loss or damage caused by any act committed:

- by or at the direction of you or any protected person; and
- with the intent to cause a loss.

However, we won't use this exclusion to deny payment to an innocent protected person who did not cooperate in or contribute to the creation of the loss if:

- the loss was caused by a pattern of criminal domestic violence; and
- the perpetrator of the loss is criminally prosecuted for the act causing the loss.

But we won't pay more than the innocent protected person's financial interest in the covered property, less any payments we first make to a mortgagee or other party with a legal secured interest in the covered property.

**Property Protection - Other Insurance**

If your policy includes property or other first-party protection, the following replaces the Other Insurance section. But this change does not apply if your property or other first-party protection is intended to apply on an excess basis and indicates such intent in its title.

Other insurance may apply to loss covered under this agreement. If the other insurance is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the other insurance more specifically insures the property we'll


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

pay the amount of the loss in excess of the amount due from that other insurance, regardless of whether you can collect on it. But we won't pay more that the limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by, through, or on behalf of:

- another insurance company;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

**Property Protection – Residential Real Or Personal Property**

If your policy provides property protection that covers:

- real property used primarily for residential purposes up to and including four-family dwellings; or
- household or personal property that is usually used in the scope of occupancy for residential purposes;

the following changes apply only for that property protection.

**Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection.** The following is added to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section of the General Rules and changes that section as described:

We'll pay all fees of the appraisers, and the other costs of the appraisal, including the fees of the umpire, if:

- you requested the appraisal; and
- the covered loss amount determined by your appraiser was agreed to in full by our appraiser or by the umpire.

**Fraud and misrepresentation.** The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; and
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules.

We can consider your property protection to be void for you and all other persons and organizations protected under your policy if:

1. your policy has been in effect for less than one year or one policy term, whichever period is shorter; and
2. in the process leading us to issue your policy, you or any such person or organization commits fraud, or conceals or misrepresents a fact, that is in your policy, or the written application for your policy, and:
   - was made with the intent to deceive us; or
   - materially affected the hazard we assumed or our decision to provide that property protection.

Also, we can consider your property protection to be void for you and all other persons and organizations protected under your policy if, at any time after your policy is issued, you or any such person or organization commits fraud, or conceals or misrepresents a fact, concerning:

- that property protection;
- a loss under that protection;
- the covered property under that protection;
- your interest in that covered property.

Regardless of the provisions in this section, we can cancel your policy as provided under the Cancellation section of this Illinois Required Endorsement (40519) if we discover the policy was obtained through fraud or a material misrepresentation.

**Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank**

If your policy includes a liability insuring agreement that includes a How the total limits apply if a total limit is left blank section, the following is added to that section.

If the amount for a total limit is left blank in the Coverage Summary, we'll consider the limit shown on the application for this insurance to be that total limit. However, if no limit is shown on the application, we'll consider the total limit to be the amount described in this section.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Liability Protection – Prejudgment Interest**

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay prejudgment interest that accumulates after the date of our offer.

**Liability Protection – Punitive Or Exemplary Damages Imposed As A Result Of Misconduct**

The following is added to the definition of damages if:

- your policy includes liability protection that contains a definition of damages; and
- the definition of damages includes punitive or exemplary damages imposed by law if such damages are insurable under the law that applies.

In addition, we won't consider damages to include punitive or exemplary damages imposed as a result of the misconduct of any protected person.

**Liability Protection – Claims-Made – Claim Information**

The following is added to the General Rules if your policy includes a claims-made liability insuring agreement which contains a Loss Information section.

We'll provide the first named insured the following information for any claims-made insuring agreement which contains a Loss Information section, and any such preceding claims-made insuring agreement, we have issued to you during the previous three years:

- The date and description of the event on closed claims including the amount of payment, if any.
- The date and description of the event on open claims including the amount of payments and reserves, if any. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.
- The date and description of each event you reported to us for which no amounts have been paid or reserved.

If we cancel or elect not to renew any such claims-made insuring agreements, we'll provide this information at the same time that we send the notice of cancellation or nonrenewal. Otherwise, we will provide this information only if we receive a request from the first named insured. If we do, we'll provide this information within 30 days of receipt of the request.

We collect this information for our own business purposes. We do so as carefully and accurately as we can. In giving this information to the first named insured, we don't make any promises or warranties to anyone that this information has no errors. Any cancellation or nonrenewal will take effect even if we accidentally provide incorrect information.

**Commercial General Liability Protection – Claims-Made – Extended Reporting Period**

If your policy includes Commercial General Liability Protection - Claims-made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

**Umbrella Excess Liability Protection – Claims-Made – Extended Reporting Period**

If your policy includes Umbrella Excess Liability Protection - Claims-Made, the following is added to the Extended Reporting Period section of your agreement.

We'll figure the additional premium for the Extended Reporting Period Endorsement according to our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement.

**Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date**

If your policy includes Commercial General Liability Protection or Umbrella Excess


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Liability Protection with a Coverage Summary that contains an Important Note - Retroactive Date section, the following change applies.

The paragraph which says, "However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy." is deleted.

**Employee Benefit Plans Administration Liability Protection - Claims-Made**

If your policy includes Employee Benefit Plans Administration Liability Protection - Claims-Made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

**Liquor Liability Protection - Each Person Limit Of Coverage - Conformity To Illinois Law**

If your policy includes Liquor Liability Protection, the following is added to the Limits Of Coverage section of that insuring agreement.

In accordance with Section 235.5/6-21 of the Illinois Administrative Code, the most you may be legally required to pay as damages for:

- bodily injury;
- loss of means of support or loss of society; or
- property damage;

that happens in Illinois and results from the selling, serving, or furnishing of any alcoholic beverage is limited to the amounts allowed by that law. Those amounts may be less than the limits of coverage available under this agreement.

As a result, the Each person limit:

- will apply in accordance with the amounts allowed by Section 235.5/6-21 of the Illinois Administrative Code; and
- will be automatically increased, if necessary, to comply with any increase in those amounts while this agreement is in effect;

but only for damages otherwise covered by this agreement. The Total limit remains the same.

**Product Recall Protection - Other Insurance**

If your policy includes Product Recall Protection, the following replaces the Other Insurance section.

There may be other insurance that applies to your covered expenses. If there is any valid and collectible other insurance that:

- reimburses you for covered expenses that are covered by this agreement; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary;

we'll share with the other insurance any covered expenses that are covered by this agreement. If the other insurance has similar terms and conditions, we'll pay the portion of the covered expenses that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement.

If the other insurance more specifically applies to the covered expenses, we'll pay for covered expenses that are left after such other insurance has been used up, less the deductible and participation percentage. But we won't pay more than the applicable limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer management method.

**Real Estate Professional Liability And Producers' Or Distributors' Errors And Omissions Liability - When And How An Extended Reporting Period Endorsement Can Be Added**

If your policy includes:

- Real Estate Professional Services Liability Protection - Claims-Made;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- Real Estate Agents Or Brokers Professional Liability Protection - Claims-Made; or
- Producers' Or Distributors' Errors And Omissions Liability Protection - Claims-Made;

the following replaces the second paragraph of the When and how an extended reporting period can be added section.

However, the Extended Reporting Period Endorsement won't take effect unless we receive all of the following within 60 days after the ending date of this agreement, and you have fulfilled all other duties, and complied with all other conditions and requirements, under this agreement:

- A written request from you to purchase the Extended Reporting Period Endorsement.
- Payment of the additional premium for the Extended Reporting Period Endorsement.

**Other Terms**

All other terms of your policy remain the same.


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC ENTITY GENERAL LIABILITY PROTECTION CHANGES OR RULES THAT APPLY TO COMMERCIAL GENERAL LIABILITY PROTECTION ENDORSEMENT**

This endorsement changes your policy.

**How Coverage Is Changed**

The following is added.

**Changes or rules that apply to Commercial General Liability Protection**

We'll consider any change or rule that applies to Commercial General Liability Protection in any general rules or state required endorsement which is part of your policy to also apply to your Public Entity General Liability Protection.

In addition, we'll consider any other endorsement that is part of your policy and changes Commercial General Liability Protection to also change your Public Entity General Liability Protection.

**Other Terms**

All other terms of your policy remain the same.


© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

**COMMERCIAL AUTO REQUIRED ENDORSEMENT ILLINOIS**

The St Paul

This endorsement changes your Commercial Auto Insurance to comply with Illinois law.

## Cancellation

The Cancellation section of the General Rules is replaced by the following.

**How the first named insured can cancel.** The first named insured can cancel this policy by delivering the policy to us or any of our authorized agents. If this isn't possible, notify us before the date the policy is to be cancelled. If the first named insured cancels the policy, you'll get a refund of any unused premium less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to the first named insured. If we cancel for nonpayment of premium, we'll send at least 10 days before coverage will end. If we cancel for any other reason, we'll send at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, or is a continuation or renewal policy, we can cancel only for the following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud or made a material misrepresentation.

3. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

4. *Increase in the risk.* We can cancel if, after we have issued or renewed your policy, a measurable increase occurs in the risk we're insuring against.

5. *Loss of reinsurance.* We may cancel this policy if the Commissioner Of Insurance certifies that we have lost reinsurance that provided coverage for all or a substantial part of this risk we're insuring.

6. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of Illinois insurance laws.

If we cancel for nonpayment of premium, we'll mail an advanced written notice of cancellation to the first named insured. If we cancel for nonpayment of premium, we'll send at least 10 days before coverage will end. If we cancel for any other reason listed, we'll mail a notice to the first named insured at least 60 days before coverage will end. The notice will state the reason for cancellation. It will also show the date cancellation is to take effect. The policy will end on that date.

**Non-renewal.** If we decide not to renew or continue this policy, we'll mail a notice to you and your agent at least 60 days before the end of the policy period. We'll also mail a notice to any person or organization shown on the Auto Schedule as having an interest in covered property. If we offer to renew or continue your policy, and you don't accept, the policy will expire at the end of the policy period. If we offer to renew your policy, and you fail to pay the required premium when due, we'll consider this to mean that you don't accept our offer.

**Renewal with an increase in premium or decrease in coverage.** If we offer to renew your policy, but increase your premium by 30% or more, or decrease your coverage, we'll send a notice of this change at least 60 days before the renewal date. If we fail to send 60 days notice, you'll have 60 days from the date we offer to renew your policy with the change before the change takes effect.

If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the date the other insurance takes effect.

## Mailing The Notice

We'll mail any notice of cancellation or non-renewal to the first named insured's last

STP00559


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

address known to us. Proof that we have mailed any notice is proof you were notified.

**Auto Liability Protection and Garage Liability Protection**

If your policy includes Auto Liability Protection or Garage Liability Protection, the following changes are made to your agreement.

**Who Is Protected Under This Agreement**

The Any permitted user section is replaced by the following.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if that employee or member of that employee's household owns the covered auto.
- A partner if you're a partnership, or a member of the partner's household if either owns the covered auto.
- A member if you're a limited liability company, or persons who are part of the member's household if either owns the covered auto.

**Limits Of Coverage**

The following is added to the Limits Of Coverage section.

We'll apply the limit shown in the Coverage Summary to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for bodily injury to any one person caused by any one accident;
- $40,000 for bodily injury to two or more persons caused by any one accident; and
- $15,000 for property damage caused by any one accident.

This provision won't change our total limit of coverage.

**Other Insurance**

If your policy includes Auto Liability Protection, the following is added to the Other Insurance section.

Liability coverage provided by this agreement for any auto you don't own is primary if:

- the auto is owned or held for sale or lease by a new or used vehicle dealership;
- the auto is driven by an insured with permission of such dealership while your auto is being repaired or evaluated.
- the limit of coverage for liability coverage under this policy is at least:
  - $100,000 for bodily injury to any one person caused by any one accident;
  - $300,000 for bodily injury to two or more persons caused by any one accident; and
  - $50,000 for property damage caused by any one accident.

If your policy includes Garage Liability Protection, the following is added to the Other Insurance section.

If you are a new or used vehicle dealership, liability coverage provided by this agreement for any auto:

- you own or hold for sale or lease; and
- that is operated by a protected person with your permission while such protected person's auto is being repaired or evaluated;

is excess over any other collectible insurance if such protected person has liability insurance providing limits of at least:

- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

**Other Terms**

All other terms of your policy remain the same.

STP00560


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

## WHAT TO DO IF YOU HAVE A LOSS

This form applies if:

- your policy provides any property or other first-party protection and there's a loss that may be covered under that protection; or
- your policy provides any liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection.

Coverage under your policy may be affected by any failure to fulfill any of the duties described in this form.

However, neither this form, nor any of these duties, change or eliminate any coverage condition or requirement, or exclusion or other coverage limitation, anywhere in the rest of your policy, such as:

- a specific coverage trigger, reporting, notice, or knowledge condition or requirement; or
- an exclusion or other coverage limitation that's based, all or in part, on knowledge.

This form and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

---

**Table of Contents** **Page**

If Your Policy Provides Property Or Other First-Party Protection 1

If Your Policy Provides Liability Protection 2

When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission. 3

When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission. 3

---

### If Your Policy Provides Property Or Other First-Party Protection

If your policy provides property or other first-party protection and there's a loss that may be covered under that protection, you must do all of the following in connection with that loss:

1. As soon as possible, tell us or one of our authorized representatives what happened. Include all of the following information:
   - The time, place, and specific nature of the loss.
   - The cause, or likely cause, of the loss.
   - A description of the property involved.
   - The name and address of each person known to be a witness.

   Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

   1-800-787-2851

   Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

   www.travelers.com

2. Promptly notify the police if a law may have been broken.

3. Do what is reasonable and necessary to protect covered property from further damage or loss. Keep a record of any expenses you incur in taking such action for our possible consideration in any settlement of the loss.

4. Separate damaged property from undamaged property, if feasible, to enable examination by us.

   At our request, make an inventory of damaged or lost property and mail, deliver, or otherwise give that inventory to us.

5. Cooperate with us in the investigation, or any settlement, of the loss.

   Allow us, whenever we reasonably require, to:
   - inspect property involved in or proving the loss;

STP00561


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved 

- examine, and make copies of, your financial books and records relating to the loss; and
- take samples of property, whether damaged or undamaged, for analysis or testing.

6. Allow us to examine you, or any other person or organization protected under your policy, while:
   - under oath; and
   - not in the presence of any other person protected under your policy.

   We may do this, whenever we reasonably require, about any matter relating to:
   - your property or other first-party protection;
   - the loss; or
   - your financial books and records relating to the loss.

   All persons or organizations protected under your policy that are examined in this manner must sign a copy of their responses.

7. Within 60 days after our request, you must mail, deliver, or otherwise give to us a signed, sworn proof of loss, using a form supplied by us that provides the information we need to consider whether the loss is covered by your policy.

   Within 30 days after we reach agreement with you on what we owe for a covered loss, we'll pay that amount.

**If Your Policy Provides Liability Protection**

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense, or omission, tell us or one of our authorized representatives what happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.

   Include all of the following information that's reasonably available:
   - The time, place, and specific nature of the accident, act, error, event, incident, offense, or omission.
   - The type of demand that has been or may be made against you or any other person or organization protected under your policy.
   - The name and address of each person or organization that may make a claim or bring a suit.
   - The name and address of each person who may be a witness.
   - The name and address of each person or organization that may be involved and is protected under your policy.

   Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

   1-800-787-2851

   Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

   www.travelers.com

   However, neither we nor any of our authorized representatives need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

3. As soon as possible after receiving them, mail, deliver, or otherwise give to us a copy of:
   - all written demands made; and
   - all legal documents relating to any suit brought;

   against you or any other person or organization protected under your policy.

4. Cooperate with and, when requested, assist us in:
   - securing and giving evidence;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help us investigate or settle, or defend a person or organization protected under your policy against, a claim or suit.

5. Not assume any financial obligation or pay out any money, other than for first aid given to others at the time of an accident, without our consent.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about

STP00563


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved 

that accident, act, error, event, incident, offense, or omission.

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government;
- director or executive officer if it's a corporation or an other organization;
- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and
- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

STP00564


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2003 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**MULTIPLE SELF-INSURED RETENTIONS ENDORSEMENT**

This endorsement changes your policy.

## How Coverage Is Changed

The following is added. This change limits the number of self-insured retentions you'll be responsible for paying when two or more of those retentions apply to the same injury, damage, or loss. This change broadens coverage.

**How multiple self-insured retentions apply to the same injury, damage, or loss.** If two or more self-insured retentions in this policy apply to the same amounts for covered injury, damage, or loss, you'll only be responsible for paying the largest of those retentions.

## Other Terms

All other terms of your policy remain the same.

STP00565


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**SELF-INSURED RETENTIONS ENDORSEMENT - LIABILITY - GENERAL RULES AND WHAT TO DO IF YOU HAVE A LOSS**

This endorsement changes the General Rules and What To Do If You Have A Loss forms attached to your policy. These changes apply only to each liability protection that is subject to one or more self-insured retentions.

**How Coverage Is Changed**

This policy includes one or more liability self-insured retentions. The three changes explained below apply only to each liability protection that is subject to one or more self-insured retentions.

1. The following replaces the Recovering Damages From A Third Party section of your General Rules.

**Recovering Damages From A Third Party**

You or other persons or organizations protected under your policy may also be able to recover from others all or part of a liability loss for which we make a payment. Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us. For that reason, you and all other persons and organizations that:

- are protected under your policy; and
- are, or may be, involved in a liability loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and
- cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

**Division of recovery.** Any amount recovered will be divided as follows:

1. First, you, and any other person or organization protected under your policy, or any other insurer who paid amounts in excess of the limits of coverage under this policy will be reimbursed for the actual amount paid.
2. Next, we will be reimbursed for any payments we have actually made.
3. Then, if any amount remains, you, any other person or organization protected under your policy or any other insurer who paid amounts below the limits of coverage for this policy will be reimbursed for the actual amount paid.

**Recovery expenses.** The expenses incurred in obtaining a recovery from someone other than us will be divided in the same ratio as the recovery is shared. However, if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings.

2. The following replaces the If Your Policy Provides Liability Protection section of your:
   - What To Do If You Have A Loss form; or
   - General Rules, if it contains a What To Do If You Have A Loss section.

**If Your Policy Provides Liability Protection**

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense or omission, tell your claim handling service what


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

happened. Do this even if no demand against you or any other person or organization protected under your policy has been made. Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Tell us what happened as soon as possible if the accident, act, error, event, incident, offense or omission will likely result in a payment of:

- damages that is at least 50% of any applicable self-insured retention which applies to damages only; or
- damages and defense expenses that total at least 50% of any applicable self-insured retention which applies to damages and defense expenses.

This notice must include all of the information described above.

However, we do not need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Tell us as soon as possible of any accident, act, error, event, incident, offense, or omission involving:

- death;
- brain damage;
- skull fracture;
- neurological sensory or systemic deficits;
- paralysis with or without paraplegia or quadriplegia;
- loss of eyesight;
- third degree burns;
- traumatic loss of or surgical amputation of limb; or
- actual or alleged sexual abuse.

Also tell us as soon as possible of:

- any suit against you or any other person or organization protected under your policy that seeks certification as a class action or has been certified as a class action; or
- any claim or suit that seeks extra-contractual or punitive damages, even if they aren't covered under this policy.

3. Tell us when the combined total of all accidents, acts, errors, events, incidents, offenses, or omissions in a policy year will likely result in payments of:

- damages that are at least 50% of any total retention which applies to damages only; or
- damages and defense expenses that total at least 50% of any total retention which applies to damages and defense expenses.

4. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

5. As soon as possible after receiving them, mail, deliver, or otherwise give to:

- your claim handling service a copy of all written demands made; and
- your claim handling service and us a copy of all legal documents relating to any suit brought;

against you or any other person or organization protected under your policy.

6. Cooperate with and assist your claim handling service, and us if we choose to defend, in:

- securing and giving evidence;
- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help with the investigation or settlement of, or the defense of a person or organization protected under your policy against, a claim or suit.

STP00567


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

7. Not assume any financial obligation or pay out any amount without our consent. However, we won't apply this rule to:
   - any financial obligation or amounts paid for first aid given to others at the time of an accident; or
   - amounts you pay within any self-insured retention.

*Your claim handling service* means the individual or organization that's approved by us and provides claims services for you. We won't consider your claim handling service to be us except when we are providing claims services for you under a separate written agreement to specifically provide such services.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, your claim handling service, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, your claim handling service, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government;
- director or executive officer if it's a corporation or an other organization;
- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and
- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

3. The following is added to your:
   - What To Do If You Have A Loss form; or
   - General Rules, if it contains a What To Do If You Have A Loss section.

This change adds rules that apply when your claim handling service is a person or organization other than us.

**Additional Rules**

**Approval of your claim handling service.** You may not change or terminate your claim handling service without our written approval.

**Quarterly claim summaries.** Every ninety days starting from the date your policy begins, unless we agree in writing to a different schedule, you agree to mail, deliver, or otherwise give to us a summary of all open and closed claims and suits handled by your claim handling service. For each claim or suit, the summary must include the following information:

- The name of the claimant.
- A detailed description of the accident, act, error, event, incident, offense, or omission that is the subject of the claim or suit.
- A detailed description (including categories and amounts) of the damages and any other amounts sought in the claim or suit.
- The current status of the claim or suit, including whether it is closed or in litigation, arbitration, or any other alternative dispute resolution proceeding.
- The date the claim or suit was reported to your claim handling service.
- The name, address, and telephone number of any defense counsel.
- The amount of defense expenses incurred by you as of the date of the summary.
- The name and telephone number of the person at your claim handling service

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

who has responsibility for handling the claim or suit.

If your policy is cancelled or not renewed for any reason, you must provide us with an updated claim summary on or before the date of cancellation or non-renewal.

You must continue to provide us with claim summaries until we notify you in writing of our determination that we no longer need them, even if your policy is cancelled or not renewed.

**Claim audits.** You agree to let us conduct claim audits at our discretion during normal business hours after we provide you with reasonable notice of our intent to conduct such audits.

During a claim audit, you must provide us with access to all of your paper and electronic files and records regarding any open or closed claim or suit handled by your claim handling service, even if the claim or suit probably won't result in payments by you that exceed any self-insured retention that applies.

**Other Terms**

All other terms of your policy remain the same.

STP00570


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY**




This Coverage Summary describes each insured item and shows the limits and extent of coverage under your property protection.

**Description and location of covered property.**

**Item** 001

BLANKET BUILDING AND PERSONAL PROPERTY PER THE STATEMENT OF VALUES ON FILE WITH THE COMPANY.

| | Limit Of Coverage | Valuation |
|---|---|---|
| BLANKET **Building** | $116,413,953<br>Agreed Amount<br>Coinsurance 100% | RC |
| BLANKET **Business Personal Property** | Incl W Bldg<br>Agreed Amount<br>Coinsurance 100% | RC |
| **Business Income** | | |
| **Blanket Earnings And Expense** | | |

**Deductibles Or Waiting Period**

Your Property Protection deductible per loss event is $75,000.
(unless otherwise indicated below)

**Other Coverages Or Options**

| | LIMIT OF COVERAGE | VALUATION |
|---|---|---|
| BLANKET SPECIAL CLASS | Incl Above<br>Agreed Amount<br>Coinsurance 100% | RC |

STP00571

**Name of Insured** CITY OF WAUKEGAN
**Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

BLANKET OPTIONS

Agreed Amount expiration date: 11/01/08.

STP00572


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY – CONTINUED**




LOCATIONS INCLUDED IN BLANKET

---

Item 001-001

410 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-002

420 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-003

412 ROBERT SABJOIAN PLACE
POLICE GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-004

416 N. LEWIS AVENUE
WEST SIDE FIRE STATION #3
WAUKEGAN, IL 60085

BUILDING OPTIONS:

STP00573


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-005

216 N. LEWIS AVENUE
GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-006

825 GOLF ROAD
NORTHSIDE FIRE STATION #4
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-007

825 GOLF ROAD
GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-008

SEAHORSE DRIVE
WATER & SEWER
WAUKEGAN, IL 60085

STP00574

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY - CONTINUED**

ST PAUL TRAVELERS

BUILDING OPTIONS:

---

Item 001-009

SEAHORSE DRIVE
STORAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-010

SEAHORSE DRIVE
BACKWASH TREATMENT PLANT
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-011

360 SEAHORSE DRIVE
WATER TREATMENT PLANT
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-012

10TH & ELMWOOD
PUMP STATION
WAUKEGAN, IL 60085

STP00575

BUILDING OPTIONS:


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-013

KELLER & CATALPA
TOWER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

SPECIAL CLASS OPTIONS:

TOWER

---

Item 001-014

NORTH AVENUE
STORAGE TANK
WAUKEGAN, IL 60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

---

Item 001-015

GOLFMOOR AVENUE
PUMP STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-016

GOLFMOOR AVENUE

STP00576

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY - CONTINUED**




RESERVOIR
WAUKEGAN, IL 60085

BUILDING OPTIONS:

SPECIAL CLASS OPTIONS:

RESERVOIR

---

Item 001-017

30 N. SHERIDAN
PARKING GARAGE E
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-018

N. SEAHORSE
PINIC SHELTER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-019

N. SEAHORSE
PARKING LOT
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-020

STP00577


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

BEECHNUT AVENUE
PUMP STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-021

BEECHNUT AVENUE
RESERVOIR
WAUKEGAN, IL 60085

SPECIAL CLASS OPTIONS:

RESERVOIR

---

Item 001-022

8TH STREET
STORAGE TANK
WAUKEGAN, IL 60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

---

Item 001-023

DELANEY ROAD
SEWER LIFT STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-024

STP00578

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY - CONTINUED**




OAKCREST
SEWER LIFT STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-025

HICKORY HILLS
SEWER LIFT STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-026

LAKEHURST
SEWER LIFT STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-027

MARKET STREET
SEWER LIFT STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-028

LAKEFRONT
SEWER LIFT STATION
WAUKEGAN, IL 60085

STP00579


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

BUILDING OPTIONS:

---

Item 001-029

SHOOTING RANGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-030

1101 BELVIDERE
CENTRAL FIRE STATION #1
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-031

1101 BELVIDERE
FIRE STATION SHED
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-032

1700 MCAREE
PUBLIC WOKS GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

STP00580

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY - CONTINUED**

ST PAUL TRAVELERS

Item 001-033

1700 MCAREE
COLD STORAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

Item 001-034

1700 MCAREE
SALT DOME
WAUKEGAN, IL 60085

BUILDING OPTIONS:

Item 001-035

1700 MCAREE
FUEL PUMP SHELTER
WAUKEGAN, IL 60085

BUSINESS PERSONAL PROPERTY OPTIONS:

Item 001-036

1698 MCAREE
ANIMAL SHELTER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

STP00581


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Item 001-037

CLAYTON/GENESSEE
PARKING LOT #1
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-038

CLAYTON/GENESSEE
MEMORIAL PARK
WAUKEGAN, IL 60085

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-039

4505 W. MCGAW ROAD
FIRE STATION #2
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-040

4505 W. MCGAW ROAD
WATER STORAGE TANK
WAUKEGAN, IL 60085

SPECIAL CLASS OPTIONS:

WATER STORAGE TANK

---

Item 001-041

STP00582


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY - CONTINUED**




3221 N. GREENBAY ROAD
FIRE STATION #5
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-042

100 MADISON STREET
NEW SUM BUILDING
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-043

201-215 N. GENESSEE
BUILDING & THEATER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-044

1250 W. KEITH
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-045

STP00583

100 N. MLK JR. DRIVE
CITY HALL

**Name of Insured** CITY OF WAUKEGAN
**Policy Number** GP06301927
**Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-046

225 N. COUNTY STREET
PARKING GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-047

621 LAKEHURST
PUMP STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

STP00584

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY**




**Description and location of covered property.**

**Item** 002

BLANKET EARNINGS AND EXTRA EXPENSE
PER THE STATEMENT OF VALUES ON FILE WITH
THE COMPANY.
WAUKEGAN, IL 60085

| | Limit Of Coverage | Valuation |
|---|---|---|
| Building | | |
| Business Personal Property | | |
| Business Income | | |
| Blanket Earnings And Expense | $5,000,000 | |

**Deductibles Or Waiting Period**

**Other Coverages Or Options**

STP00585

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927 **Effective Date** 11/01/07

**Processing Date** 11/19/07 15:54 001


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00586

 © 20064 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY** The St Paul

This Coverage Summary describes each insured item and shows the limits and extent of coverage under your Property Protection.

**Description and location of covered property.**

| Item | |
|---|---|
| 001 | Blanket Building And Personal Property Per The Statement Of Values On File With The Company. |

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| BLANKET **Building** | $116,413,953 Agree Amount Coinsurance 100% | RC | See Location Schedule |
| BLANKET **Business Personal Property** | $Incl W Bldg Agree Amount Coinsurance 100% | RC | See Location Schedule |
| **Business Income** | $ | | |
| **Blanket Earnings And Expenses** | $ | | |

*Your Property Protection deductible per event is $250 unless another amount is shown here:* $10$,000

**Additional Coverages**

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| Blanket Special Class | Incl Above Agreed Amount Coinsurance 100% | RC | See Location Schedule |

STP00587

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


© St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

The St Paul

BLANKET OPTIONS

Agreed Amount expiration date: 11/01/07.

STP00588

 ©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY – CONTINUED**

The St Paul

**Description and location of covered property.**

**Item**

002 Blanket Earnings And Extra Expense
Per The Statement Of Values On File With The Company.

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| **Building** | $ | | |
| **Business Personal Property** | $ | | |
| **Business Income** | $ | | |
| **Blanket Earnings And Expenses** | $5,000,000 | | Yes |

*Your Property Protection deductible per event is $250 unless another amount is shown here:* 100,000

**Additional Coverages**

STP00589

**Name of Insured** CITY OF WAUKEGAN
**Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


© St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

The St Paul

STP00590

 ©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

**PROPERTY PROTECTION COVERAGE SUMMARY CONTINUED – EQUIPMENT BREAKDOWN COVERAGE**

The St Paul

This Coverage Summary shows the limits and extent of your Equipment Breakdown Coverage.

**Covered Locations**

Loc. No.

Per most recent Statement of Values or other similar document on file with the Comapny.

**Additional Coverage Limits**

| Coverage | Limit |
|---|---|
| Expediting Expenses | $ 250,000 |
| Pollution Cleanup And Removal | $ 250,000 |
| Spoilage | $ 250,000 |

**Optional Coverages**

☐ Business Income

☒ Blanket Earnings And Expenses

☐

**Deductible**

Your deductible shown in the Property Protection Coverage Summary applicable to property damage, business income or blanket earnings and expense applies to loss under Equipment Breakdown Coverage unless a specific deductible is shown below.

$ Hours Days times ADV

Blanket Earnings And Expenses Limit Of Coverage: $1,000,000

STP00591

**Name of Insured** CITY OF WAUKEGAN

**Policy Number** GP06301927 **Effective Date** 11/01/07

**Processing Date** 11/19/07 15:54 001


©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

The St Paul

**Other Conditions**


©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

**FLOOD OR SURFACE WATER COVERAGE SUMMARY**




This Coverage Summary shows the covered locations to which your flood or surface water coverage applies, as well as the limits of coverage and deductibles that apply to that coverage.

---

**Flood Or Surface Water Combined Total Limit** $10,000,000

---

**Time Element Coverage**

☒ Includes time element coverage.

☐ Excludes time element coverage.

---

**Covered Locations**

The flood or surface water additional coverage applies to locations as indicated below with an "X".

☒ All locations scheduled on your Property Protection Coverage Summary, except for those listed below as excluded locations. An each location combined total limit may apply to a location that's listed in the Flood Or Surface Water Schedule Of Locations.

☒ Only the locations listed on the Flood Or Surface Water Schedule Of Locations.

---

**Excluded Locations**

If "All locations scheduled on your Property Protection Coverage Summary" is indicated above with an "X", the flood or surface water additional coverage does not apply as indicated with an "X" below.

☐ All locations in any Federal Emergency Management Agency (FEMA) flood zone indicated below with an "X":

- ☒ Any FEMA zone 'A',
- ☐ Any FEMA zone 'B/shaded X', or
- ☒ Any FEMA zone 'V'

☐ All locations listed on the Flood Or Surface Water Schedule Of Excluded Locations

---

**Flood Deductible**

☒ Subject to a $ deductible, except for covered locations listed on the Flood Or Surface Water Schedule Of Locations for which a different deductible is shown.

☐ Subject to a % deductible, except for covered locations listed on the Flood Or Surface Water Schedule Of Locations for which a different deductible is shown.

☐ Subject to a % deductible or a $ deductible, whichever is greater, except for covered locations listed on the Flood Or Surface Water Schedule Of Locations for which a different deductible is shown.

---

STP00593

---

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/19/07 15:54 001 |


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Flood Time Element Deductible Or Waiting Period**

☐ Business Income Period Of Restoration Waiting Period: hours

☐ Blanket Earnings And Expense Deductible Or Period of Restoration Waiting Period:

$ deductible; hours waiting period; days waiting period;

**Flood Or Surface Water Schedule Of Locations**

| Loc. No. | Address | Flood Or Surface Water Each Location Combined Total Limit* | Deductible $ , %, Greater of $ or % |
|---|---|---|---|

*This flood or surface water each location combined total limit is subject to, and included within the flood or surface water combined total limit.

**Flood Or Surface Water Schedule Of Excluded Locations**

Loc. No. Address

STP00594

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**EARTHQUAKE OR VOLCANIC ERUPTION COVERAGE SUMMARY**




This Coverage Summary shows the covered locations to which your earthquake or volcanic eruption coverage applies, as well as the limits of coverage and deductibles that apply to that coverage.

---

**Earthquake Or Volcanic Eruption Combined Total Limit** $10,000,000

---

**Time Element Coverage**

☒ Includes time element coverage.

☐ Excludes time element coverage.

---

**Covered Locations**

The earthquake or volcanic eruption additional coverage applies to locations as indicated below with an "X".

☒ All locations scheduled on your Property Protection Coverage Summary, except for those listed below as excluded locations. An each location combined total limit may apply to a location that's listed in the Earthquake Or Volcanic Eruption Schedule Of Locations.

☐ Only the locations listed on the Earthquake Or Volcanic Eruption Schedule Of Locations.

---

**Excluded Locations**

If "All locations scheduled on your Property Protection Coverage Summary" is indicated above with an "X", the earthquake or volcanic eruption additional coverage doesn't apply to the locations listed on the Earthquake Or Volcanic Eruption Schedule Of Excluded Locations.

---

**Earthquake Or Volcanic Eruption Deductible**

☒ Subject to a $ deductible, except for covered locations listed on the Earthquake Or Volcanic Eruption Schedule Of Locations for which a different deductible is shown.

☐ Subject to a % deductible, except for covered locations listed on the Earthquake Or Volcanic Eruption Schedule Of Locations for which a different deductible is shown.

☐ Subject to a % deductible or a $ deductible, whichever is greater, except for covered locations listed on the Earthquake Or Volcanic Eruption Schedule Of Locations for which a different deductible is shown.

---

**Earthquake Or Volcanic Eruption Time Element Deductible Or Waiting Period**

☐ Business Income Period Of Restoration Waiting Period: hours

☐ Blanket Earnings And Expense Deductible Or Period of Restoration Waiting Period

$ deductible; hours waiting period; days waiting period

---

STP00595

---

**Name of Insured** **Policy Number** GP06301927 **Effective Date** 11/01/07

CITY OF WAUKEGAN **Processing Date** 11/19/07 15:54 001



© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved 

**Earthquake Or Volcanic Eruption Schedule Of Locations**

| Loc. No. | Address | Earthquake Or Volcanic Eruption Each Location Combined Total Limit* | Deductible $100,000 , %, Greater of $ or % |
|---|---|---|---|

*This earthquake or volcanic eruption each location combined total limit is subject to, and included within the earthquake or volcanic eruption combined total limit.

**Earthquake Or Volcanic Eruption Schedule Of Excluded Locations**

| Loc. No. | Address |
|---|---|

STP00596

 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**BLANKET EARNINGS AND EXPENSE ADDITIONAL BENEFITS COVERAGE SUMMARY**




This Coverage Summary shows the limits that apply to the Blanket Earnings And Expense Additional Benefits.

Refer to the Blanket Earnings And Expense Endorsement for an explanation of coverage.

| **Additional Benefit** | **Additional Benefit Limit** |
|---|---|
| Inventory And Appraisals | $25,000 |
| Off Premises Utility Services | $25,000 |
| Pollutant Cleanup Or Removal | $25,000 |
| Property In Transit | $25,000 |

Additional Benefit Notations

STP00597

**Name of Insured** CITY OF WAUKEGAN **Policy Number** GP06301927 **Effective Date** 11/01/07
**Processing Date** 11/19/07 15:54 001


© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRAVELERS PROPERTY PROTECTION**

We've designed this agreement to protect against a variety of property losses. There are exclusions, limitations, and terms with defined meanings throughout this agreement and they are explained in this agreement.

**Table of Contents** **Page**


**What This Agreement Covers** 2
Covered Causes Of Loss 2
Limits Of Coverage 2
Property Covered 2
Building Coverage 2
Business Personal Property Coverage 3
Property And Costs Covered Only If Described 3
Property Covered For Limited Amounts - Theft 4
Property Not Covered 4

**Additional Coverages** 4
Collapse 4
Property with limited collapse coverage. 5
Debris Removal 6
Preservation Of Property 6
Undamaged Portion Of The Building 6

**When We'll Cover** 7

**Where We'll Cover** 7

**Additional Benefits** 7
Accounts Receivable 7
Computer Breakdown 8
Demolition And Increased Cost Of Construction 8
Extra Expense 8
Fine Arts 9
Fire Department Service Charge 9
Inventory And Appraisals 9
Money Or Securities 9
Newly Acquired Property 10
Other People's Property 10
Outdoor Property 10
Personal Belongings 10
Pollutant Cleanup Or Removal 11
Property In Transit 11
Random Attack - Hacking Event Or Computer Virus 12
Sewer Backup Or Overflow 12
Temporary Location 12
Valuable Records Research 13

**Exclusions - Losses We Won't Cover** 13
Acts or decisions. 13
Boilers and equipment. 13
Building breach. 13
Collapse. 13
Contamination. 14
Defects or errors. 14
Disappearance. 14
Dishonest or criminal acts. 14
Earth movement. 14
Electrical damage. 15
Electronic recordings. 15
Flood or surface water. 15
Governmental action. 15
Indirect loss. 16
Mechanical breakdown. 16
Nuclear activity. 16
Ordinances, regulations, or laws. 16
Planning, design, materials, maintenance. 16
Pollution. 16
Property outside of buildings. 17
Random attack - hacking event or computer virus. 17
Seepage or leakage. 17
Settling, smog. 17
Spoilage. 17
Utility failure. 17
Voluntary surrender. 18
War. 18
Wear, tear, deterioration, animals. 18
Weather conditions. 18

**Rules For Loss Adjustment** 18
Deductible 19
How Your Property Is Valued 19
Actual cash value. 19
Replacement cost. 19
Special rules for ordinances, regulations or laws pertaining to demolition and increased cost of construction. 20
Rules For Valuing Special Property 20
Setting a value on money. 20
Setting a value on securities. 20
Setting a value on finished goods. 21
Setting a value on finished goods - selling price. 21
Setting a value on stock - use of brands and labels. 21
Setting a value on pairs and sets. 21
Setting a value on improvements. 21
Setting a value on accounts receivable. 22
Setting a value on software and data. 22
Setting a value on valuable papers and records. 22



Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Setting a value on fine arts. 22
Coinsurance Rule 22
What's the minimum amount? 22
How the rule works. 23
Agreed Amount Option 23
Inflation Guard Option 23
Other Insurance 24
Insurance provided under any other policy or insuring agreement written by us or any of our affiliated insurance companies. 24
Adjusting Losses 24
Your property. 24
Someone else's property. 24
Property with a loss payee. 24
If Your Building Is Mortgaged 24
Rights and duties of mortgageholders. 24
Transfer of mortgageholder's right to us. 24
Cancellation notice to mortgageholder. 25
Nonrenewal notice to mortgageholder. 25

**Other Rules For This Agreement** 25
Insurance for your benefit. 25
Recovering damages from a third party. 25
Unintentional errors in description. 25
Vacant buildings. 25

**List Of Terms With Defined Meanings Shown In This Agreement** 26


## What This Agreement Covers

The description of property covered, the limit of coverage, and other terms and conditions are shown in the Coverage Summary.

### Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as indicated in the Exclusions - Losses We Won't Cover section.

### Limits Of Coverage

The limits that apply to each coverage are shown in the Coverage Summary. Unless otherwise specified, these limits are the most we'll pay under these coverages for any one loss event, regardless of the number of insureds, property owners, covered items, or financial interests that are involved, or how many claims are made.

If there is no limit shown for any particular coverage, then there is no coverage under this agreement for that coverage.

The limit of coverage can't be accumulated from year to year, no matter how long this policy is in effect, or how many premiums you pay.

Each additional benefit is subject to its own limit as shown in the Coverage Summary and explained in the Additional Benefits section.

### Property Covered

In the following sections, we explain what is included under the building and business personal property coverages. The Coverage Summary will indicate which coverages you've purchased.

### Building Coverage

We'll cover your financial interest in the covered building or structure at a covered location. While at the same location, we'll also cover:

- machinery and equipment that are a permanent part of that covered building or structure and are used in your business or to provide building services such as elevators and heating equipment;
- building fixtures, such as light fixtures;
- outdoor fixtures, such as lampposts, fences, flagpoles, and signs. But your building coverage doesn't apply to fences and signs that are not attached to a covered building or structure;
- property that you own and use to service or maintain that covered building or structure or its premises; and
- construction materials, supplies, equipment, temporary buildings, and temporary structures that you intend to use for alteration, repair, or expansion of a covered building. During construction, we'll cover these materials, supplies, equipment, temporary buildings, and temporary structures at the covered location or in the open within 1,000 feet of it.

*Covered location* means any of the following as specified in the Coverage Summary:

- Buildings, other structures, and grounds up to the property line at a described address.
- If you're a tenant in only part of a building, that part of a building you occupy up to the perimeter walls of your occupancy at a described address.

STP00599


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- New buildings as described in the newly acquired property additional benefit.

**Business Personal Property Coverage**

We'll cover your business personal property while:

- in or on a building described in the Coverage Summary; or
- in the open or in vehicles in the open within 1,000 feet of a covered location

when a limit is shown in the Coverage Summary for business personal property at such building.

*Business personal property* means:

- things you own or have a financial interest in such as stock, furniture, machinery, equipment, supplies, prototypes, valuable papers and records, computer hardware, software and data;
- all other personal property owned by you and used in your business;
- personal property used in your business that's leased from others when you are contractually required to insure such property;
- if you're a tenant, improvements to a building, the value of your right to use such improvements, and property, other than the building or structure, that you're contractually required to insure under your lease. However, for burglary damage to buildings that you're contractually required to insure, we'll cover such loss or damage as business personal property; and
- the value of materials, labor, and other services you've expended on other people's property.

  For example:

  *You run a TV repair shop. A customer's TV is destroyed in a fire at your shop. You have already worked on it and replaced several parts. You even had to go across town to get one part. We cover the value of your labor, the parts you replaced, and your expense in obtaining the part across town. But we won't cover the value of the customer's TV under business personal property coverage except for the coverage provided in the other people's property additional benefit.*

*Stock* means merchandise held in storage or for sale, raw materials, and in-process or finished goods. It also includes supplies used in their packing or shipping.

*Finished goods* means your manufactured product when it's ready for packing, shipment, or sale. This doesn't include stock you've manufactured that's held for sale at any retail location covered under this agreement.

*Computer hardware* means a network capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape drives, printers, video display terminals, modems, personal computers, and air conditioning equipment used exclusively in computer operations.

*Software* means programs that are either purchased or written on a custom basis, which are regularly used with a computer system.

*Data* means facts, concepts, or instructions converted to a form useable in computer operations.

*Improvement* means fixtures, alterations, installations, or additions:

- you make; or
- any prior tenant made

to a building or structure you occupy but don't own that's at a covered location.

**Property And Costs Covered Only If Described**

We won't cover the following property unless it's described in the Coverage Summary:

- Personal property of others in your care, custody, or control, except for the coverage provided in the other people's property additional benefit or property that meets the definition of business personal property.
- Household or personal effects in living quarters occupied by you, any of your relatives, officers, directors, stockholders, or partners, or relatives of your officers, directors, stockholders, or partners, except for the coverage provided in the personal belongings additional benefit.
- Self-propelled land vehicles not licensed for road use and used in your business outside a covered location.
- Outdoor trees, plants and shrubs, grown commercially or held for sale.
- Pilings, piers, docks, wharves, and bulkheads.

STP00600


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- Retaining walls that aren't part of a covered building.
- Outdoor fences or signs, that aren't attached to a covered building or structure, except for the coverage provided in the outdoor property additional benefit.
- Walks, roadways, and other paved surfaces.
- The cost of excavations, grading, backfilling, or filling.
- Foundations, including those for boilers, engines, and other machinery, that are below the basement floor, or below ground level if there is no basement.
- Underground tanks, flues, pipes or drains, and their contents.
- Watercraft, while not on water, including any motors, equipment, and accessories used with such watercraft.

**Property Covered For Limited Amounts – Theft**

The following property is covered for limited amounts for loss or damage by theft. These limits are not in addition to the limit of coverage for business personal property shown in the Coverage Summary.

*Fur.* The most we'll pay for loss of or damage to fur, fur garments, or garments trimmed with fur, in any one theft is $5,000.

*Jewelry.* The most we'll pay for loss of or damage to jewelry, watches, watch movements, jewels, pearls, or precious or semi-precious stones, in any one theft is $5,000. But this limitation doesn't apply to jewelry or watches valued at less than $100 per item.

*Precious metals.* The most we'll pay for loss of or damage to precious metals, such as bullion, gold, silver, platinum, or other precious alloys or metals, in any one theft is $10,000.

**Property Not Covered**

We won't cover the following property:

- Aircraft, satellites, and spacecraft.
- Live animals, birds, and fish.
- Contraband, or property in the course of illegal transportation or trade.
- Fine arts, except for the coverage provided in the fine arts additional benefit.
- Watercraft, while on water, including any motors, equipment, and accessories used with such watercraft.
- Lawns, land, land value, land restoration, and growing crops, other than trees, shrubs, or plants grown commercially and held for sale that are described in the Coverage Summary.
- Water, and water restoration.
- Money, lottery tickets, food stamps, securities, accounts, bills, notes, and other evidence of debt, except for those that qualify as valuable papers and records, and the coverage provided in the accounts receivable and money or securities additional benefits.
- Property you've sold on installment or other deferred payment basis after it's been delivered to the customer.
- Outdoor transmission, communication, and distribution lines outside a covered location.
- Outdoor trees, plants, and shrubs, not grown commercially or held for sale, except for the coverage provided in the outdoor property additional benefit.
- Self-propelled land vehicles and other vehicles licensed and designed for use on public roads, such as cars, trucks, and trailers.

**Additional Coverages**

All of the following additional coverages are included when either building or business personal property coverage has been purchased and is shown in the Coverage Summary. Unless otherwise indicated, these additional coverages are not in addition to the limits of coverage for building or business personal property shown in the Coverage Summary.

**Collapse**

We'll cover direct physical loss of or damage to covered property, except that described in the Property with limited collapse coverage section, caused by collapse when the collapse is caused by any of the following:

- Fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, sprinkler leakage, sinkhole collapse, or volcanic action.
- Building glass breakage, falling objects, weight of ice, weight of snow, or weight of sleet, or water damage.
- Decay that's hidden from view, unless the presence of such decay is known or


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

should have been known to an insured prior to collapse.

- Insect or vermin damage that's hidden from view, unless the presence of such damage is known or should have been known to an insured prior to collapse.
- Weight of people, weight of business personal property, or weight of other personal property.
- Weight of rain that collects on a roof.
- Use of defective material or methods in construction, remodeling, or renovation, if the collapse occurs before such work is completed.

**Property with limited collapse coverage.** Even if the following types of property:

- Fences, retaining walls;
- Outdoor swimming pools;
- Bulkheads, piers, wharves, docks, pilings;
- Beach or diving platforms and appurtenances;
- Walks, roadways, and other paved surfaces;
- Outdoor radio or television antennas and their lead in wiring, satellite dishes, masts or towers;
- Awnings, gutters, and downspouts;
- Yard fixtures;

qualify as covered property under this agreement, we'll only cover direct physical loss or damage to such property caused by collapse when the collapse is caused by:

- fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, sprinkler leakage, sinkhole collapse, volcanic action; or
- building glass breakage, falling objects, weight of ice, weight of snow, weight of sleet, or water damage.

*Collapse* means an abrupt falling down or caving in of a building or structure, or any part of a building or structure, with the result that the building, or part of the building or structure, cannot be occupied for its intended purpose.

We won't consider any of the following to be in a state of collapse:

- A building or structure, or any part of a building or structure, that's in danger of falling down or caving in.
- A part of a building or structure that's standing, even if it has separated from another part of the building or structure.
- A building or structure that's standing or any part of a building or structure that's standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

*Sinkhole* means an underground empty space created by the action of water on limestone or dolomite.

*Sinkhole collapse* means the sudden sinking or collapse of land into a sinkhole.

We won't consider:

- the cost of filling sinkholes; or
- sinking or collapse of land into manmade underground cavities

to be sinkhole collapse.

*Volcanic action* means:

- airborne volcanic blast, airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow

resulting from eruption, explosion, or effusion of a volcano.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to covered property.

*Falling objects* doesn't include loss of or damage to:

- personal property in the open;
- the interior of a building, unless the roof or an outside wall of the building is first damaged by a falling object; or
- property inside a building unless the roof or an outside wall of the building is first damaged by a falling object.

*Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

*System or appliance*, with respect to the defined term *water damage*, means an instrument or device and its related parts, designed and used for the purpose of plumbing, heating, air conditioning or

STP00602


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

refrigeration. It doesn't include any part of a sump system or roofing system.

**Debris Removal**

If your covered property sustains direct physical loss or damage caused by a covered cause of loss, we'll pay up to 25% of:

- the amount we paid for direct physical loss or damage; plus
- the amount of any applicable deductible

for the cost of removing debris of such property. The cost of removing debris won't be included when we apply the coinsurance rule.

If debris removal costs exceed the 25%, or if the total amount of loss paid and debris removal costs combined exceed the limit of coverage that applies, we'll also pay up to an additional $10,000 for debris removal per location in each loss event. For example:

*A fire causes a combined loss of $50,000 to your building and business personal property. The combined limits of coverage for the damaged building and business personal property are $100,000. The debris removal costs total $15,000. Here's how we'll determine what we'll pay for the debris removal costs.*

*Paid loss of $50,000 (loss of $49,000 plus your $1,000 deductible) x 25% = $12,500, the debris removal limit for this loss. Since the debris removal costs of $15,000 exceed the $12,500 limit, we'll pay the remaining $2,500 debris removal cost under the additional $10,000 of debris removal coverage. In this example, we would pay the full $15,000 of debris removal costs. However, if the debris removal cost had been $30,000 we would only pay $12,500 + $10,000 for a total of $22,500.*

A higher additional limit may be purchased. If so, the revised limit will be shown in the Coverage Summary.

We won't pay for any damaged property that must be removed only because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of

pollutants, mold or other fungi, wet or dry rot, or bacteria.

We won't pay for the debris removal of property that is a pollutant and must be removed from water or land. Limited coverage for pollutant cleanup or removal is provided in the pollutant cleanup or removal additional benefit.

We'll only pay debris removal expenses that are reported to us in writing within 180 days of the date of direct physical loss or damage to covered property.

This additional coverage doesn't apply to outdoor property covered under the Outdoor Property additional benefit.

**Preservation Of Property**

We'll pay for direct physical loss of or damage to covered property that results when you're forced to remove it from a covered location endangered by a covered cause of loss.

We'll cover such property while:

- being moved; or
- temporarily stored at another location,

if the loss of or damage to the property occurs within 30 days from the date it is first moved.

But, regardless of the number of temporary locations at which such property is stored, we won't pay more than the limit of coverage that applies to that property at the covered location from which such property was removed.

No exclusions will apply to this additional coverage.

**Undamaged Portion Of The Building**

If your covered building or improvement is damaged by a covered cause of loss, we'll pay for the loss in value of the undamaged portion of such covered building or improvement because of the enforcement of any ordinance or law in force at the time of the loss that:

- regulates the construction or repair of the damaged covered building or improvement;
- establishes zoning or land use requirements at a covered location; or

STP00603


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- requires the demolition of the undamaged parts of the covered building or improvement.

This additional coverage doesn't apply to any costs due to any ordinance, regulation, or law with which you were required to comply before the loss, even when the building or improvement was undamaged, and with which you did not comply.

The most we'll pay for any covered building or improvement, including covered damage and the loss in value of the undamaged portion of the building or improvement, is the least of the following.

- The amount you actually spend that's necessary to repair, rebuild or reconstruct the building or improvement.
- The amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original building or improvement.
- The limit of coverage that applies to the building or improvement.

We won't pay for any undamaged property that must be removed because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of

pollutants, mold or other fungi, wet or dry rot, or bacteria. For example:

*A fire damages your building, including a section of the ceiling. The ceiling is made of tiles containing asbestos. Because of the asbestos, local law requires that you replace the ceiling completely even though only a portion of the ceiling was damaged. We'll pay the reasonable cost to repair or replace the tiles damaged by the fire. We won't pay to remove or replace the undamaged remainder of the ceiling when the only reason it must be removed or replaced is because the law requires it.*

## When We'll Cover

We'll cover loss or damage that begins during the policy period shown in the Introduction.

## Where We'll Cover

We'll cover property while in the coverage territory, unless otherwise specified elsewhere in this agreement.

*Coverage territory* means the United States, its territories and possessions, Canada, and Puerto Rico.

## Additional Benefits

All of the following additional benefits are in addition to the limits of coverage for building or business personal property. The limit of coverage for each additional benefit is shown in the Coverage Summary.

Unless otherwise specified, these limits are applicable at any covered location. Although applicable at any covered location, the indicated limit of coverage for any of these additional benefits is the most we'll pay for loss or damage that results from a single loss event such as a tornado or a hurricane, regardless of the type of property or number of locations involved.

These additional benefits do not extend to nor create a covered loss under any time element coverage attached to this insuring agreement by endorsement. Unless otherwise specified in the applicable additional benefit, time element coverage includes any of the following:

- Blanket earnings and expense.
- Business income and extra expense.
- Extra expense.
- Business income from dependent properties.
- Extra expense from dependent properties.
- Valued business income.

The coinsurance rule doesn't apply to these additional benefits.

### Accounts Receivable

If you've purchased business personal property coverage, we'll pay:

- amounts due from your customers that you're unable to collect;
- interest on any loan that's required to offset amounts you're unable to collect pending our payment of such amounts;
- reasonable collection expenses above your normal collection expenses; and

STP00604


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- other reasonable expenses you incur to reproduce your records of accounts receivable

that result from direct physical loss of or damage to your records of accounts receivable by a covered cause of loss.

But we won't pay more than the additional benefit limit for accounts receivable shown in the Coverage Summary.

**Computer Breakdown**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to computer hardware, software, or data caused by a computer breakdown while such computer hardware, software, or data is in a building at a covered location.

*Computer breakdown* means any of the following that is unforeseen and happens suddenly:

- Artificially generated electrical current, including electrical arcing.
- Electrical injury, disturbance, or erasing.
- Magnetic injury, disturbance, or erasing.
- Mechanical breakdown or failure.
- Rupture caused by centrifugal force.

We won't consider:

- errors in systems programming;
- errors in instructions to a machine;
- random attack; or
- specific attack

to be a computer breakdown.

We won't pay more than the additional benefit limit for computer breakdown shown in the Coverage Summary.

If you've purchased time element coverage by endorsement, we'll consider computer breakdown to be a covered cause of loss for time element coverage.

**Demolition And Increased Cost Of Construction**

If a building or improvement that's covered for replacement cost is damaged by a covered cause of loss, we'll pay:

- the costs necessary to demolish and clear the site of undamaged parts of such building or improvement; and
- the increased costs of construction

due to the enforcement of any ordinance, regulation, or law in force at the time of the loss that:

- regulates the construction or repair of the damaged building or improvement;
- establishes zoning or land use requirements at a covered location; or
- requires the demolition of the undamaged parts of the building or improvement.

But we won't pay more than the lesser of:

- the demolition and increased cost of construction additional benefit limit shown in the Coverage Summary; or
- 10% of the limit of coverage applicable to the damaged covered building or improvement.

If the damaged building or improvement is covered under a blanket limit of insurance that applies to more than one building or item of property, we won't pay more than the lesser of:

- the demolition and increased cost of construction additional benefit limit shown in the Coverage Summary; or
- 10% of the value of the damaged covered building or improvement as indicated in the most recent statement of values or schedule on file with us.

This additional benefit doesn't apply to any costs due to any ordinance, regulation, or law with which you were required to comply before the loss, even when the building or improvement was undamaged, and with which you did not comply.

We won't pay the costs associated with the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, clean up;
- remove, contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of

pollutants, mold or other fungi, wet or dry rot, or bacteria.

**Extra Expense**

We'll pay for expenses over and above your normal operating costs, including expediting expense, that are necessary to maintain your normal business operations following direct physical loss of or damage to covered property by a covered cause of loss.

STP00605


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

We'll pay such expense from the date of the direct physical loss of or damage to covered property for as long as it should reasonably take to rebuild, repair, or replace such property, regardless of when this agreement ends.

But we won't pay more than the additional benefit limit for extra expense shown in the Coverage Summary.

We won't consider loss of income, or the cost to repair, replace, or restore necessary papers, computer software, records, or other covered property to be an extra expense.

*Expediting expense* means the reasonable extra costs incurred for:

- the temporary repair; or
- expediting the permanent repair or replacement

of covered property that sustains direct physical loss or damage caused by a covered cause of loss.

**Fine Arts**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to:

- your fine arts; or
- the fine arts of others while in your care, custody, or control

by a covered cause of loss while such fine arts are in, on, or within 1,000 feet of a building at a covered location.

But we won't pay more than the additional benefit limit for fine arts shown in the Coverage Summary.

*Fine arts* means antiques and objects of art of every nature and description.

**Fire Department Service Charge**

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for fire department service charges you've agreed to pay by contract or agreement prior to such loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

**Inventory And Appraisals**

We'll pay for the reasonable cost of any inventory and appraisal that we require from you to determine the amount of direct physical loss of or damage to covered property.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary.

This additional benefit doesn't apply to:

- costs incurred from an agent's or broker's employee or representative, a public adjuster, or a public adjuster's employee or representative; or
- costs related to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First Party Protection section in the General Rules.

**Money Or Securities**

If you've purchased business personal property coverage, we'll pay for loss of your money or securities that results directly from theft, disappearance, or destruction when such loss occurs:

- inside a covered location;
- inside a bank;
- outside a covered location en route to or from a bank; or
- inside the living quarters of any person in charge of such money or securities.

But we won't cover loss of your money or securities from or in any money operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in such device.

We won't pay more than the additional benefit limits for money or securities shown in the Coverage Summary.

We'll consider an act or series of related acts that result in a covered loss of money or securities to be one loss event, regardless of how many people committed such act or series of related acts.

*Money* means:

- currency, coins and bank notes in current use and having a face value; and
- travelers checks, register checks, and money orders held for sale to the public.

*Securities* means negotiable and nonnegotiable instruments or contracts


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

representing either money or other property and includes:

- tokens, tickets, revenue and other stamps in current use, regardless of whether represented by actual stamps or unused value in a meter;
- evidences of debt issued in connection with credit or charge cards not issued by you; and
- checks that aren't travelers or register checks.

Securities doesn't include money.

*Bank* means the interior of that portion of any building occupied by a banking institution, trust company or similarly recognized place of safe deposit.

**Newly Acquired Property**

We'll pay for direct physical loss of or damage to:

- new fixtures, alterations, or additions you add to a covered building;
- newly acquired buildings for use in your business;
- business personal property at a newly acquired building for use in your business; and
- newly acquired business personal property

when such direct physical loss or damage is caused by a covered cause of loss to property acquired during the policy period.

But we won't pay more than the additional benefit limits for newly acquired property shown in the Coverage Summary.

These newly acquired property additional benefit limits don't apply to:

- stock; or
- business personal property at a fair or exhibition.

Insurance under this newly acquired property additional benefit will end when any of the following first occurs:

- This agreement is canceled or expires.
- 180 days pass after you acquire the new property, or begin installation or construction of new fixtures, alterations, or additions.
- You report the values of the newly acquired property to us.

We'll charge you additional premium from the day the property is acquired or installation or construction of new fixtures, alterations, or additions begins.

**Other People's Property**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to personal property of others that's in your care, custody, or control when such property is in or on a building at a covered location and such loss or damage is caused by a covered cause of loss.

We'll also cover this property while in the open or in vehicles in the open within 1,000 feet of a covered location.

But we won't pay more than the additional benefit limit for other people's property shown in the Coverage Summary.

This additional benefit doesn't apply to property of your officers, partners, members, managers, or employees.

The Other insurance rule doesn't apply to this additional benefit. Instead, we'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance.

**Outdoor Property**

We'll pay for direct physical loss of or damage to outdoor:

- trees, shrubs, plants; and
- fences or signs, that aren't attached to a covered building or structure

when such property is at a covered location and such loss or damage is caused by fire, lightning, explosion, vehicles, aircraft, civil disturbance, riot or vandalism.

But we won't pay more than the additional benefit limit for outdoor property shown in the Coverage Summary.

This additional benefit doesn't apply to trees, shrubs, or plants grown commercially or held for sale.

**Personal Belongings**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to personal belongings owned by:


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- you; or
- your officers, partners, members, managers, or employees

when such property is in or on a building at a covered location and such loss or damage is caused by a covered cause of loss.

We'll also cover this property while in the open or in vehicles in the open within 1,000 feet of a covered location.

The most we'll pay for loss of or damage to personal belongings owned by any one person is $2,500. But we won't pay more than the additional benefit limit for personal belongings shown in the Coverage Summary.

The Other insurance rule doesn't apply to this additional benefit. Instead, we'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance.

**Pollutant Cleanup Or Removal**

We'll pay for the reasonable costs to clean up or remove any pollutant that is in the land or water at a covered location if the discharge, dispersal, escape, migration, release, or seepage of such pollutant is caused by direct physical loss or damage:

- caused by a covered cause of loss that occurs during the policy period;
- of or to covered property; and
- at a covered location.

However, we'll only pay under this additional benefit if such costs are reported to us in writing within 180 days of the date of that covered cause of loss.

But we won't pay more than the additional benefit limit for pollutant cleanup or removal shown in the Coverage Summary.

The additional benefit limit for pollutant cleanup or removal shown in the Coverage Summary is the most we'll pay in any one annual policy period regardless of the amount and type of property covered, the number of locations affected, or the number of losses that occur.

This additional benefit doesn't apply to the costs to test for, monitor, or assess the existence, concentration, or effects of pollutants. But we'll pay for testing which is performed in the course of removing pollutants from land or water, when such removal is covered under this additional benefit.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

**Property In Transit**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to:

- business personal property; or
- personal property of others for which you've assumed responsibility

when such loss or damage is caused by a covered cause of loss while in due course of transit.

This additional benefit only applies when such property is more than 1,000 feet away from a covered location and:

- in due course of transit within the coverage territory; or
- in due course of transit between points within the coverage territory.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary.

This additional benefit doesn't apply to:

- theft from a transporting vehicle you own, lease, or operate unless the property is taken from a locked area of the transporting vehicle and there are visible signs of forced entry;
- property that is in the care of the U.S. Postal Service;
- property in the care of sales personnel, unless you've sold, repaired, or loaned for use such property, and your sales personnel is delivering it to your customer;
- property typically kept in transporting vehicles that are used to repair or maintain a covered building or structure; or
- property that's sent by any type of electronic transmission.

*Due course of transit* means the period of time:

- after covered property leaves its original location; and


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- while covered property is in the exclusive custody and control of you, your employee, or any carrier

until transit termination.

*Transit termination* means when any of the following first occurs:

- The transporting vehicle or other transporting device arrives at the final destination for the covered property.
- Covered property that's unloaded from any transporting vehicle has remained at any dock, depot, station, or terminal more than 30 days after its arrival.
- Covered property in or on any transporting vehicle has remained at any location for more than 72 hours after its arrival.
- A warehouse receipt is issued for covered property.

*Transporting vehicle* means any self-propelled land vehicle, including any trailer, regardless of whether connected to a tractor or another trailer.

*Carrier* means any:

- railroad company;
- private trucker;
- public trucker;
- motor transportation company, including connecting ferries, car floats, or lighters; or
- air freight company.

**Random Attack – Hacking Event Or Computer Virus**

We'll pay for direct physical loss of or damage to covered property caused by a random attack.

But we won't pay more than the additional benefit limit for random attack - hacking event or computer virus shown in the Coverage Summary.

*Random attack* means a widespread attack that's:

- by a hacking event or computer virus, directed against the software, data, computer systems or telecommunications systems of multiple persons or organizations if any of such persons or organizations aren't part of you; and
- intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

*Hacking event* means an attack that allows unauthorized access or use of a computer or telecommunications system.

*Computer virus* means a piece of code that is maliciously or fraudulently introduced into a computer or telecommunications system. Once introduced, the virus may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data or any computer applications software, computer network, or computer operating system and related software.

We won't consider a specific attack to be a random attack.

*Specific attack* means an intentional attack that's:

- by a hacking event or computer virus, directed solely at your software, data, or computer system, or telecommunications system; and
- intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

*Telecommunications system* means telephone, fax, data, or computer transmission services.

**Sewer Backup Or Overflow**

We'll pay for direct physical loss of or damage to covered property caused by water, water-borne material, or sewage that backs up or overflows from a:

- sewer;
- drain; or
- sump, sump pump, sump pump system or a similar system or device designed to prevent overflow, seepage, discharge, or leakage of subsurface water, water-borne material, or sewage.

But we won't pay more than the additional benefit limit for sewer backup or overflow shown in the Coverage Summary.

**Temporary Location**

We'll pay for direct physical loss of or damage to covered property by a covered cause of loss while such property is:

- temporarily away from a covered location;
- in the coverage territory; and
- not in due course of transit.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

But we won't pay more than the additional benefit limit for temporary location shown in the Coverage Summary.

Coverage will continue for up to 90 days after the covered property arrives at the temporary location.

This additional benefit doesn't apply to:

- samples owned by or in the care of sales personnel;
- other property owned by or in the care of sales personnel;
- property at fairs, exhibitions, or displays;
- property at a location you own, rent, lease, operate, or control;
- property you rent or lease to others;
- property in or on any vehicle; or
- property that's on someone else's premises for or during construction or installation.

**Valuable Records Research**

If you've purchased business personal property coverage, we'll pay for the cost of research and other reasonable expenses necessary to reproduce, replace, or restore valuable records, or the information contained in or on such records, when those records have suffered direct physical loss or damage by a covered cause of loss while at a covered location.

But we won't pay more than the additional benefit limit for valuable records research shown in the Coverage Summary.

*Valuable records* means inscribed, printed or written:

- documents, manuscripts, records;
- account books, card index systems; or
- deeds, maps, abstracts, or mortgages.

Valuable records includes films, tapes, and other such material in or on which specific information is stored. But it doesn't include computer software or data.

**Exclusions – Losses We Won't Cover**

When we use the word loss in this section we also mean damage.

**Acts or decisions.** We won't cover loss caused by or resulting from any act or decision or by the failure to act or decide, of any person, group, organization, or unit of government.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Boilers and equipment.** We won't cover loss caused by or resulting from:

- the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate, or lease; or
- a breakdown, other than an explosion to hot water boilers or any other equipment for heating water.

We also won't cover loss to a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate, or lease when such loss is caused by or results from any condition or event within such equipment.

If fire or explosion results, we'll pay for that resulting loss. We'll also pay for loss caused by or resulting from the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fired furnace, or in the flues or passages leading from the firebox chamber.

However, this exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Building breach.** We won't cover loss to the interior of any covered building or structure or to personal property in any covered building or structure caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether or not driven by wind unless:

- such rain, snow, sleet, ice, sand, or dust enters through an opening in a covered building or structure created by a covered cause of loss; or
- such loss is caused by or results from thawing of snow, sleet, or ice on a covered building or structure.

*Interior of any building or structure* means all portions of a building or structure that are within the exterior facing surface material of that building or structure.

**Collapse.** We won't cover loss caused by or resulting from collapse. We also won't cover loss caused by or resulting from the abrupt falling down or caving in of business


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

personal property or any portion of a covered building or structure.

But this exclusion doesn't apply to the Collapse additional coverage.

**Contamination.** We won't cover loss caused by or resulting from any kind of contamination of covered property.

Because contamination could involve pollutants, nuclear reaction, nuclear radiation, or radioactivity, this exclusion applies in addition to any pollution exclusion or nuclear activity exclusion that applies and is in or made part of this agreement.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

But this exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Sewer Backup Or Overflow additional benefit.
- Valuable Records Research additional benefit.

**Defects or errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, installation, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

But this exclusion doesn't apply to the following:

- Collapse additional coverage.
- Computer Breakdown additional benefit.

**Disappearance.** We won't cover loss of property that is missing where:

- the only evidence of the loss is a shortage disclosed on taking inventory; or
- there is no physical evidence to show what happened to the property.

However, this exclusion doesn't apply to the Money Or Securities additional benefit.

**Dishonest or criminal acts.** We won't cover loss resulting from theft, or any other dishonest or criminal act, committed by you, or any of your partners, members, managers, directors, officers, trustees, agents, or employees, regardless of whether such:

- person is acting alone or in collusion with others; or
- act is committed during the hours of employment.

Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

However, this exclusion doesn't apply to acts of destruction by your employees. We'll consider leased employees to be employees.

**Earth movement.** We won't cover loss caused directly or indirectly by any earth movement, whether natural or man-made, including the following:

- Earthquake, including any earth sinking, rising, or shifting related to such event.
- Landslide, including any earth sinking, rising, or shifting related to such event.
- Mine subsidence.
- Earth sinking, rising, or shifting, including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Earth sinking doesn't include sinkhole collapse.
- Volcanic eruption, explosion, or effusion.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

However, we'll cover loss caused by sinkhole collapse. If earthquake, landslide, mine subsidence, or earth sinking, rising, or shifting results in fire or explosion, we'll pay for that resulting loss.

If volcanic eruption, explosion, or effusion results in fire, glass breakage, theft, or volcanic action, we'll pay for the loss or damage caused by that fire, glass breakage, theft, or volcanic action. But we won't pay the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to covered property. We won't consider covered property to have sustained direct physical loss or damage when the only evidence of such loss or damage is the mere presence of volcanic ash in, on, or near such property.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

If more than one earth movement occurs within any 168-hour period, we'll consider this one event. This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

*Earthquake* means earth movement due to seismic geologic activity that causes movement in the earth's crust.

*Mine subsidence* means subsidence of a man-made mine, whether or not mining activity has ceased.

*Soil conditions* includes contraction, expansion, freezing, thawing, erosion, improperly compacted soil, and the action of water under the ground surface.

**Electrical damage.** We won't cover loss to electrical equipment, including wiring, caused by or resulting from artificially generated electrical current, including electrical arcing.

If fire results, we'll pay for that resulting loss.

However, this exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Electronic recordings.** We won't cover loss to electronic recordings caused by or resulting from electrical or magnetic injury, disturbance, or erasing.

However, this exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Flood or surface water.** We won't cover loss caused directly or indirectly by any of the following, whether from natural or man-made sources.

- Flood.
- Mudslide or mudflow.
- Surface water.
- Water, water-borne material, or sewage that backs up, flows, overflows, leaks, seeps, or discharges from a sewer or drain.
- Water, water-borne material, or sewage that backs up, flows, overflows, leaks, seeps, or discharges from a sump, sump pump, sump pump system, or a similar device designed to prevent overflow, seepage, discharge, or leakage of subsurface water, water-borne material, or sewage.
- Underground water, water-borne material, or sewage that exerts pressure on, flows, or seeps through a foundation, wall, basement, floor, door, window, or other opening, sidewalk, driveway, or other paved surface.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If fire, explosion, or sprinkler leakage results, we'll pay for that resulting loss.

This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

*Flood* means:

- waves, tides, or tidal waves;
- the rising of bodies of water and streams;
- the overflowing or breaking of boundaries of water or streams; or
- spray from any such type of water, regardless of whether driven by wind.

*Surface water* means water that accumulates or flows on the surface of the ground, as that created by natural causes such as rain, melted snow, or rising springs, but which follows no defined watercourse and does not gather into or form a natural body of water.

But this exclusion doesn't apply to the Sewer Backup Or Overflow additional benefit.

**Governmental action.** We won't cover loss caused directly or indirectly by:

- seizure or confiscation of property by any government or public authority; or
- destruction of property under quarantine or customs regulation.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

But this exclusion won't apply to property destroyed by a civil authority in order to stop the actual spread of fire when such fire is otherwise covered by this agreement.

This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

**Indirect loss.** We won't cover loss caused by or resulting from:

- delay;
- loss of market;
- loss of use; or
- any indirect loss.

**Mechanical breakdown.** We won't cover loss caused by or resulting from:

- mechanical breakdown or failure; or
- rupture or bursting caused by centrifugal force.

If loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, sprinkler leakage, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, weight of snow, weight of sleet, or water damage results, we'll pay for that resulting loss.

However, this exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

**Ordinances, regulations, or laws.** We won't cover loss caused directly or indirectly by the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes removal of debris. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:

- an ordinance or law that is enforced even if the covered property has not been damaged; or
- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of covered property, or the removal of the debris, following a physical loss to covered property.

This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

However, this exclusion doesn't apply to the following:

- Debris Removal additional coverage.
- Undamaged Portion Of The Building additional coverage.
- Demolition And Increased Cost Of Construction additional benefit.

**Planning, design, materials, maintenance.** We won't cover loss caused by or resulting from faulty, inadequate, defective, or lack of:

- planning, zoning, development, surveying, siting;
- design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance

of part or all of any property on or off a covered location.

If a loss not otherwise excluded results, we'll pay for that resulting loss. But we won't pay for:

- any cost of correcting or making good the fault, inadequacy, or defect itself, including any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect; or
- any resulting loss or damage by a covered cause of loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

**Pollution.** We won't cover loss caused by or resulting from pollution.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But we won't apply this exclusion to loss caused by or resulting from pollution if the pollution is caused by or results from any of the following causes of loss:

- Fire.
- Lightning.
- Explosion.
- Wind.
- Hail.
- Smoke.
- Vehicles.
- Aircraft.
- Civil disturbance.
- Riot.
- Vandalism.
- Sprinkler leakage.
- Sinkhole collapse.
- Volcanic action.
- Falling objects.
- Weight of snow, weight of ice, or weight of sleet.
- Water damage.

Nor will we pay for the costs associated with the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of

pollutants, mold or other fungi, wet or dry rot, or bacteria.

*Pollution* means the discharge, dispersal, escape, migration, release, or seepage of any pollutant.

This exclusion doesn't apply to the following:

- Pollutant Cleanup Or Removal additional benefit.
- Sewer Backup Or Overflow additional benefit.

**Property outside of buildings.** We won't cover loss caused by or resulting from ice, snow, rain or sleet to business personal property while outside a building.

**Random attack – hacking event or computer virus.** We won't cover loss caused directly or indirectly by a random attack. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion doesn't apply to the Random Attack – Hacking Event Or Computer Virus additional benefit.

**Seepage or leakage.** We won't cover loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

This exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Settling, smog.** We won't cover loss caused by or resulting from:

- settling, cracking, bulging, shrinking, or expansion;
- smog; or
- smoke, vapor, or gas from agricultural or industrial operations.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Spoilage.** We won't cover:

- spoilage of; or
- loss caused by or resulting from spoilage to

business personal property, including perishable goods.

**Utility failure.** We won't cover loss caused directly or indirectly by the failure of power or other utility service supplied to a covered location if the disruption of service occurs away from that location. We'll consider a


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

lack of sufficient capacity, a reduction in supply, or a fluctuation of power or other utility, to be a failure of power or other utility service.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion applies regardless of whether the loss event results in widespread damage or affects a substantial area.

This exclusion doesn't apply to the following:

- Accounts Receivable additional benefit.
- Computer Breakdown additional benefit.
- Fine Arts additional benefit.
- Valuable Records Research additional benefit.

**Voluntary surrender.** We won't cover loss caused by or resulting from covered property that is voluntarily sold or given to someone who obtains it by trick, device, false pretense, or other fraudulent schemes.

**War.** We won't cover loss caused directly or indirectly by:

- war, whether declared or undeclared, or civil war, including anything done to hinder or defend against an actual or expected attack;
- warlike action by a military force, government, sovereign, or other authority using military personnel or other agents, including anything done to hinder or defend against an actual or expected attack; or
- invasion, insurrection, rebellion, revolution, or seizure of power, or anything done to hinder or defend against such actions.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

- wear and tear;
- deterioration, mold, wet or dry rot, rust, or corrosion;
- shrinkage, evaporation, loss of weight;
- changes in flavor, color, texture, or finish;
- nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

If loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, weight of snow, or weight of sleet, or water damage results, we'll pay for that resulting loss.

**Weather conditions.** We won't cover loss caused by or resulting from weather conditions when such conditions contribute in any way with a cause or event that's not covered because of the following exclusions:

- Earth movement.
- Flood or surface water.
- Governmental action.
- Nuclear activity.
- Ordinances, regulations or laws.
- Utility failure.
- War.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

## Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:

- Limits Of Coverage
- Deductible
- How Your Property Is Valued
- Other Insurance

We'll do one of the following:

- Pay the value of lost or damaged property.
- Pay the cost of repairing or replacing the lost or damaged property.
- Take all or any part of the property at an agreed or appraised value; or


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- Repair, rebuild, or replace the property with that of a similar kind and quality and used for the same purpose.

We won't consider the cost to repair, rebuild or replace to include the increased cost attributable to the enforcement of any ordinance, regulation, or law regulating the construction, use, or repair of any property, except for the coverage provided under the following:

- Undamaged Portion Of The Building additional coverage.
- Demolition And Increased Cost Of Construction additional benefit.

We'll give you notice of our intentions within 30 days after we receive your proof of loss. You agree that you won't merely abandon this property to us.

**Deductible**

All deductibles are shown in the Coverage Summary and apply to all covered losses, unless otherwise specified elsewhere in this agreement. You'll be responsible for any applicable deductible amounts in each loss event.

If the amount of otherwise covered loss or damage is less than or equal to your applicable deductible, we won't pay for the loss. If the amount of otherwise covered loss or damage exceeds your applicable deductible, we'll subtract your deductible from the amount of otherwise covered loss and pay the remaining amount, or the applicable limit of coverage, whichever is less. We'll subtract your deductible after we apply the coinsurance rule, if such rule applies.

Unless otherwise specified in this agreement, if more than one coverage or additional coverage under this policy applies to any one loss, we'll pay the amount of covered loss over the highest deductible amount for any of those coverages up to the limits of applicable coverage.

If this policy is excess because more specific other insurance applies, we'll still apply all applicable deductible amounts under this policy regardless of whether you can collect on the other insurance. Excess coverage under this agreement may not be used to satisfy the deductible requirements of the more specific other insurance.

**How Your Property Is Valued**

The Coverage Summary indicates whether property is covered:

- on an actual cash value basis, or
- on a replacement cost basis.

**Actual cash value.** For property covered on an actual cash value basis, we'll pay the least of the following:

- The actual cash value of the lost or damaged property at the time of loss or damage.
- The amount it would cost to repair or replace the lost or damaged property with that of a similar kind and quality and used for the same purpose.
- The limit of coverage that applies to the lost or damaged property.

**Replacement cost.** For property covered on a replacement cost basis, we'll pay the necessary cost to repair or replace the lost or damaged property without deduction for depreciation. But we won't pay more than the least of the following:

- The amount you actually spend that's necessary to repair the damage.
- The amount you actually spend that's necessary to replace the lost or damaged property with new property of similar kind and quality that's used for the same purpose.
- The limit of coverage that applies to the lost or damaged property.

We won't pay on a replacement cost basis until lost or damaged property has actually been repaired or replaced.

If replacement cost coverage applies to lost or damaged property, you may choose to have the loss paid on an actual cash value basis. For example:

*The amount of insurance on the property may not be enough to comply with the coinsurance rule on a replacement cost basis; or you may decide not to rebuild.*

Even if you choose to have your loss paid on an actual cash value basis, you can change your mind and request that we pay the loss on a replacement cost basis. However, you must make such a request in writing within 180 days from the time of the loss.

If a covered building is rebuilt at a new location, we'll only pay the amount that


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

would have been spent if the building had been rebuilt at the original location.

We won't consider the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property, including removal of debris, to be a part of the cost of repair or replacement.

**Special rules for ordinances, regulations or laws pertaining to demolition and increased cost of construction.** The following rules are applicable to the demolition and increased cost of construction additional benefit.

We'll only pay for the increased costs to comply with the minimum requirements of any building code:

- in force at the time of the loss; and
- that governs the repair or replacement of the damaged covered building.

But we won't pay the costs associated with the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, clean up;
- remove, contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of

pollutants, mold or other fungi, wet or dry rot, or bacteria.

We'll only pay to repair or rebuild covered property for occupancy similar to that which existed immediately prior to the covered loss or damage, unless otherwise required by zoning or land use ordinance or law.

The most we'll pay for the increased cost of construction is the lesser of:

- the limit of coverage for the Demolition And Increased Cost Of Construction additional benefit; or
- the increased cost of construction at the location at which the loss or damage occurred

regardless of whether you repair or replace the damaged covered building at the same or at a new location.

If an ordinance or law requires you to relocate to another location after loss of or damage to a covered building, the most we'll pay for the increased cost of construction is the lesser of:

- the limit of coverage for the Demolition And Increased Cost Of Construction additional benefit; or
- the increased cost of construction at the new location.

We won't pay for increased construction costs:

- until the covered property is actually repaired or replaced; and
- unless the repair or replacement is made as soon as reasonably possible, but not more than two years after the loss or damage. We may, however, give you permission in writing to extend this period beyond the two years.

If the covered property is not repaired or replaced, we won't pay more under the Demolition And Increased Cost Of Construction additional benefit than the lesser of:

- the amount you actually spend to demolish and clear the site of a covered location; or
- that additional benefit limit.

**Rules For Valuing Special Property**

The following special rules apply for setting a value on money, securities, your finished goods, certain stock, pairs and sets, improvements, accounts receivable, software and data, valuable papers and records, and fine arts.

**Setting a value on money.** We'll determine the amount we'll pay for loss of or damage to money by its face value. We may choose to pay for loss of or damage to money issued by any country other than the United States of America:

- at face value in the money issued by that country; or
- in the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was discovered.

But regardless of the option we choose, we won't pay more than the additional benefit limit for money or securities shown in the Coverage Summary.

**Setting a value on securities.** We'll determine the amount we'll pay for loss of or damage to your securities by their value at the close of business on the day they sustained loss


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

or damage. We may, at our option, do any of the following:

- Pay the value of such securities.
- Replace such securities with similar or equivalent securities. But you must assign to us your rights, title, and interest in, and to, any securities we replace.
- Pay the cost of any lost securities bond required in connection with issuing duplicates of such securities. But the most we'll pay is the cost of a bond that has a penalty not more than the value of the lost or damaged securities at the close of the day on the day they sustained loss or damage, or the applicable limit of coverage, whichever is less.

But regardless of the option we choose, we won't pay more than the additional benefit limit for money or securities shown in the Coverage Summary.

**Setting a value on finished goods.** We'll consider the value of your finished goods sold but not delivered to be the price at which they were sold. We'll reduce that price by any discounts you offered and expenses you would have incurred in connection with such finished goods. However, this provision doesn't apply to any computer software or data.

**Setting a value on finished goods – selling price.** If this valuation option is indicated in the Coverage Summary, we'll consider the value of your finished goods to be the price at which they were sold or the price at which they would have been sold had no loss occurred. We'll reduce that price by any discounts you offered and expenses you would have incurred in connection with such finished goods. However, this provision doesn't apply to any computer software or data.

**Setting a value on stock – use of brands and labels.** If your branded or labeled stock that is covered property under this agreement is damaged and you don't want to sell it under your brand or label, we'll pay the reasonable costs you incur to:

- stamp "salvage" on the stock or its containers, if the stamp won't physically damage the stock; or
- remove the brands or labels, if doing so won't physically damage the stock. We'll also pay the reasonable costs you incur to relabel the stock or its container to comply with the law.

But the most we'll pay on a combined total basis for these costs and the value of the damaged property is the limit of coverage for such property.

**Setting a value on pairs and sets.** The most we'll pay for loss to a pair or set is the lesser of:

- the cost to restore the pair or set to its value before the loss; or
- the difference between the value of the pair or set before and after the loss.

This valuation method doesn't apply to setting a value on fine arts.

**Setting a value on improvements.** If you repair or replace a lost or damaged improvement, within a reasonable amount of time, we'll figure the value of that improvement at actual cash value or replacement cost, whichever is indicated for business personal property in the Coverage Summary.

But if you don't repair or replace the lost or damaged improvement within a reasonable amount of time, we'll figure its value differently. We'll base the value of such improvement on the figure obtained using the following formula.

We'll multiply the original cost of the improvement by the fraction obtained by dividing the amount of time left on your lease when the loss or damage occurred by the amount of time left when the improvement was originally made.

$$\text{Original cost} \times \frac{\text{Remainder of time on lease when loss occurred}}{\text{Remainder of time on lease when improvement made}} = \text{Value of Improvement}$$

For example:

*You make a $5,000 improvement on your office one year before your lease expires. Six months later the improvement is destroyed. If you don't repair it within a reasonable time, we'll consider the improvement's value to be:*

$$\$5{,}000 \times \frac{6 \text{ months}}{12 \text{ months}} = \$2{,}500$$

If your lease contains a renewal option, we'll use the expiration of the renewal option period as the ending date of your

STP00618


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

lease to determine the amount of time left on your lease.

**Setting a value on accounts receivable.** We'll base the value of accounts receivable on the amount of accounts receivable that are outstanding at the time of loss of or damage to records of accounts receivable. We'll calculate the amount of outstanding accounts receivable by determining the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs and adjusting that total for any:

- normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred; or
- demonstrated variance from the average for that month.

We'll then deduct:

- the amount of the accounts for which there is no loss of or damage to records;
- the amount of the accounts that you're able to re-establish or collect;
- an amount to allow for probable bad debts that you're normally unable to collect; and
- all unearned interest and service charges

from the total amount of outstanding accounts receivable.

**Setting a value on software and data.** We'll consider the value of software and data that are replaced or reproduced to be no more than the cost of blank materials plus the reasonable costs you incur for replacing, reproducing, transcribing, or copying them. If software and data aren't replaced or reproduced, we'll consider their value to be the cost of blank materials. We'll value pre-packaged software at the cost to replace and re-install it.

**Setting a value on valuable papers and records.** We'll consider the cost of valuable papers and records to be the cost of blank materials for reproducing the records and for the reasonable cost of labor to transcribe or copy the records.

**Setting a value on fine arts.** We'll base the value of fine arts on their market value at the time of their loss or damage. If such lost or damaged fine art is part of a pair or set, you may choose one of the following methods of loss payment.

- We'll pay the market value of the entire pair or set. You must give us the remaining pieces.
- We'll pay the reasonable cost to repair the damaged pieces and you may keep the undamaged pieces. If the pair or set, with the repaired pieces, has a lower value than it had prior to the loss, we'll also pay the difference between these values. However, we won't pay more than the value the pair or set had prior to the loss or damage.
- We'll pay the market value at the time of the loss of or damage to pieces that can't be found or repaired. You may keep the undamaged pieces. If the undamaged pieces have a reduced value, we'll pay the difference between such reduced value and the value they had prior to the loss or damage of the other pieces. However, we won't pay more than the value the pair or set had prior to the loss or damage.

**Coinsurance Rule**

This coinsurance rule only applies if the Coverage Summary shows a coinsurance percentage for the covered property.

We won't pay the full amount of any loss if you don't carry at least the minimum amount.

**What's the minimum amount?** The minimum amount is the value of your property multiplied by the applicable coinsurance percentage. If a single limit of coverage applies to more than one item, we'll figure the minimum amount based on the total of all property to which that limit of coverage applies. We won't include the value of property covered under the Additional Benefits section or the cost of debris removal in figuring your minimum amount.

For example:

If property is covered on an actual cash value basis, we'll multiply the actual cash value of all property insured under the same limit of coverage by the coinsurance percentage for that property to figure the minimum amount, as shown below:

| | |
|---|---|
| *Actual cash value of building at time of loss (including building items)* | *$100,000* |
| *Coinsurance percentage (80%)* | *X .80* |
| *Minimum amount you agree to insure* | *$80,000* |

If property is covered on a replacement cost basis, you can choose to have your loss paid on an actual cash value basis. If


Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved