# EXHIBIT E

# Part 1F

you do so, we'll consider the minimum amount to be the actual cash value of the lost or damaged property multiplied by the applicable coinsurance percentage.

Because property values change, we'll figure the minimum amount at the time of loss or damage to covered property. Therefore, it's important for you to review the amount of your coverage periodically to be sure you're keeping your property insured for at least the minimum amount. Otherwise we may only pay a part of your loss.

**How the rule works.** If, at the time of loss or damage, your property is covered for the minimum amount or more, this coinsurance rule won't have any effect on what we'll pay. But, regardless of whether the coinsurance rule applies to a loss, we won't pay more than the applicable limit shown in the Coverage Summary.

If, at the time of your loss or damage, your property is covered for less than the minimum amount, you'll have to share your loss with us. We'll determine what we'll pay and what your share will be using the following calculation:

**Step 1:** Figure the minimum amount.

**Step 2:** Divide the limit of coverage of the property by the minimum amount.

**Step 3:** Multiply the total amount of loss, before the application of any deductible, by the figure determined in step 2;

**Step 4:** Subtract the deductible from the figure determined in step 3.

Here's an example of how it works:

| | |
|---|---|
| *Amount of your loss* | $40,000 |
| *Deductible* | $500 |
| *Limit of insurance you had* | $60,000 |
| *Value of building, including building items, at time of loss* | $100,000 |
| *Coinsurance percentage* | 80% |
| *Minimum amount you should have had* | $80,000 |
| *Step 1:* | $100,000 x .80 = $80,000 |
| *Step 2:* | $60,000 / $80,000 = .75 |
| *Step 3:* | $40,000 x .75 = $30,000 |
| *Step 4:* | $30,000 − $500 = $29,500 |

In this example, we'll pay no more than $29,500 of your loss. The remaining $10,500 is not covered.

## Agreed Amount Option

The Coverage Summary will indicate whether this option applies. It will also list the locations, if any, that this option applies to, the agreed amount, and the agreed amount expiration date.

This option suspends the Coinsurance Rule for covered property to which this option applies. At the time of loss, we'll pay the percentage that the applicable limit of coverage is of the agreed amount that applies. For example:

$$\frac{Limit\ of\ coverage}{Agreed\ amount} = \frac{\$30,000}{\$30,000} = 100\%$$

So, if the amount of your loss is $10,000, we'll pay $10,000 less your deductible. But we won't pay more than the limit of coverage that applies.

*Agreed amount expiration date.* This Agreed Amount Option expires on the date shown in the Coverage Summary. At that time, we'll automatically reinstate the Coinsurance Rule.

## Inflation Guard Option

If you've purchased the inflation guard option for a particular coverage, we'll automatically increase the applicable limit of coverage using the inflation guard annual percentage rate calculation. The locations, inflation guard annual percentage rate, and limits of coverage to which that percentage rate applies are shown in the Coverage Summary.

The inflation guard annual percentage rate calculation will be determined as follows:

- The limit of coverage that applied on the date of loss, times
- The applicable inflation guard annual percentage rate, times
- The number of days since the later of the policy inception, the policy anniversary date, or the effective date of the most recent policy change amending the limit of coverage,
- Divided by 365.

*For example:*

Applicable limit of coverage = $100,000

Annual inflation guard percentage rate = 8%

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

The number of days since the beginning of the policy year, or last change in limits = 146

The amount of increase is:

$100,000 x .08 x 146 / 365 = $3,200

## Other Insurance

Other insurance may apply to loss covered under this agreement. If the other insurance is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the other insurance more specifically insures the property, we'll pay the amount of the loss in excess of the amount due from that other insurance, regardless of whether you can collect on it. But we won't pay more than the limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by, through, or on behalf of:

- another insurance company;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

**Insurance provided under any other policy or insuring agreement written by us or any of our affiliated insurance companies.** When this agreement and any other insuring agreement in any policy written by us or any of our affiliated insurance companies apply to the same loss, the most we'll pay for the covered loss is the highest limit of coverage that applies under any one of those agreements.

However, this section doesn't apply if the other insuring agreement that applies is excess insurance that you bought specifically to apply in excess of the limits of coverage that apply under this agreement.

## Adjusting Losses

**Your property.** If there's a covered loss to your property, other than property with a loss payee as described below, we'll adjust the loss with you.

**Someone else's property.** If there's a covered loss to someone else's property, we can choose to either:

- adjust the loss with you for the owner's account; or
- settle directly with the owner.

If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

**Property with a loss payee.** If the Coverage Summary identifies a person or organization as a loss payee to receive payments for loss to:

- business personal property; or
- personal property covered under building coverage,

we'll still adjust the loss with you. However, we'll pay you and the person or organization named as loss payee based on the financial interest each of you has in the covered property.

## If Your Building Is Mortgaged

If the Coverage Summary identifies a mortgageholder, this section applies.

**Rights and duties of mortgageholders.** We'll make payments for any covered building or structure loss to you and any mortgageholder based on the interest each of you has in the building. The mortgageholder has the right to receive such payment even if the mortgageholder has started foreclosure or similar action on the building.

If we deny your claim because of your acts or because you haven't complied with the terms and conditions of this agreement, the mortgageholder will still have the right to receive loss payments if the mortgageholder:

- pays any premium when due, at our request, if you fail to do so;
- submits a signed, sworn proof of loss within 60 days of being notified by us that you've failed to do so; and
- notifies us when they're aware of any change in ownership, occupancy, or risk.

The same rules and conditions that apply to you will then apply to the mortgageholder.

We'll consider trustees to have the same rights and duties as mortgageholders.

**Transfer of mortgageholder's right to us.** If we pay your mortgageholder for loss or damage and deny payment to you because of your

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
        © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00621

acts or because you haven't complied with the terms and conditions of this agreement, the mortgageholder's rights:

- under the mortgage will then belong to us to the extent of the amount we pay; and
- to recover the full amount of their claim against you won't be affected.

We also have the right to pay off the mortgage debt. If we do, we'll take over the mortgage and note, and we'll have the mortgageholder's right to be repaid by you.

**Cancellation notice to mortgageholder.** If we cancel this agreement, we'll mail or deliver a cancellation notice to your mortgageholder at least:

- 10 days, if we're canceling for non-payment of premium; or
- 30 days, if we're canceling for any other reason

before the date the cancellation will be effective.

**Nonrenewal notice to mortgageholder.** If we decide not to renew or continue this policy, we'll mail or deliver a nonrenewal notice to your mortgageholder at least 10 days before the expiration date of the policy.

## Other Rules For This Agreement

**Insurance for your benefit.** This insurance is for your benefit. No other person or organization that has temporary possession of your property can benefit directly or indirectly from it.

**Recovering damages from a third party.** The following replaces the Recovering Damages From A Third Party section in the General Rules.

You or other persons or organizations protected under this agreement and to or for whom we make payment under this agreement may also be able to recover from others all or part of such loss for which we've made payment. Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us to the extent of our payment.

For that reason, you and all other persons or organizations protected under this agreement must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and

- cooperate with us in any attempt to exercise any such right of recovery.

If you do anything to impair these rights, we won't pay for your loss.

However, before any loss, you or any other person or organization protected under this agreement can:

- give anyone a written release from any responsibility for loss to property; or
- accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

But after a loss you can release only:

- your tenant;
- another person whose financial interest in the property is covered under this policy; or
- any firm or organization that you own or control or that owns or controls you.

**Unintentional errors in description.** Any error you make in your description of the address of a covered location in any application, statement of values, or other similar listing of locations submitted to us won't affect your rights under this agreement, if such error is not made intentionally and you report it to us as soon as practicable after you discover it. We'll retain the right to collect any additional or retroactive premium that's applicable due to any such error.

**Vacant buildings.** If you lease part of a covered building, we'll consider that part of the building you lease to be vacant when it doesn't contain enough business personal property to conduct customary operations. If you own a covered building, or you lease the entire building, we'll consider it to be vacant unless at least 31% of its total square footage is:

- rented to a lessee or sub lessee and used by such lessee or sub lessee for residential purposes or to conduct their customary operations; or
- used by the building owner to conduct customary operations.

We won't consider buildings in the process of renovation or under construction to be vacant.

After 60 consecutive days of vacancy, we won't pay for loss or damage to covered property due to the following, regardless of whether they're covered causes of loss for that property:

STP00622

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

- vandalism;
- sprinkler leakage, unless the system has been protected against freezing;
- building glass breakage;
- water damage;
- theft; or
- attempted theft.

If a covered building is vacant, we'll reduce our payment for covered loss by 15% when such loss occurs after the first 60 consecutive days of vacancy.

## List Of Terms With Defined Meanings Shown In This Agreement

This section lists, in alphabetical order, the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and
- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meanings for any of these terms; or
- add a defined meaning for any other term.

| Term | Page |
| --- | --- |
| Bank | 10 |
| Business personal property | 3 |
| Carrier | 12 |
| Collapse | 5 |
| Computer breakdown | 8 |
| Computer hardware | 3 |
| Computer virus | 12 |
| Coverage territory | 7 |
| Covered location | 2 |
| Data | 3 |
| Due course of transit | 11 |
| Earthquake | 15 |
| Expediting expenses | 9 |
| Falling objects | 5 |
| Fine arts | 9 |
| Finished goods | 3 |
| Flood | 15 |
| Fur | 4 |
| Hacking event | 12 |
| Improvement | 3 |
| Inherent nature | 18 |
| Interior of any building or structure | 13 |
| Jewelry | 4 |
| Mine subsidence | 15 |
| Money | 9 |
| Other insurance | 24 |
| Pollutant | 11 |
| Pollution | 17 |
| Precious metals | 4 |
| Random attack | 12 |
| Securities | 9 |
| Sinkhole | 5 |
| Sinkhole collapse | 5 |
| Software | 3 |
| Soil conditions | 15 |
| Specific attack | 12 |
| Stock | 3 |
| Surface water | 15 |
| System or appliance | 5 |
| Telecommunications system | 12 |
| Transit termination | 12 |
| Transporting vehicle | 12 |
| Valuable records | 13 |
| Volcanic action | 5 |
| Waste | 11 |
| Water damage | 5 |

STP00623

j

42700 Rev. 4-06
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 26 of 26            © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**FLOOD OR SURFACE WATER COVERAGE ENDORSEMENT**

This endorsement changes your property protection, including any time element endorsement that is a part of your policy.

---

**How Coverage Is Changed**

There are five changes that are explained below.

1. The following is added to the Additional Coverages section. This change broadens coverage. The locations this coverage applies to are shown in the Flood Or Surface Water Coverage Summary.

**Flood Or Surface Water**

We'll pay for direct physical loss of or damage to covered property caused by any of the following when this endorsement is in effect:

- Flood.
- Mudslide or mudflow.
- Surface water.

If more than one tidal wave occurs within any 168-hour period, we'll consider this one event. The 168-hour period will not be shortened by the expiration of the policy.

The most we'll pay under this additional coverage in any one event is the least of the following:

- The applicable building or business personal property limit of coverage shown in the Property Protection Coverage Summary.
- The remaining portion of the applicable Flood or surface water each location combined total limit, if such a limit is shown in the Flood Or Surface Water Coverage Summary.
- The remaining portion of the Flood or surface water combined total limit.

This additional coverage does not apply to the following additional benefits:

- Newly acquired property; or
- Temporary location.

**Flood or surface water combined total limit.** The Flood or surface water combined total limit shown in the Flood Or Surface Water Coverage Summary is the most we'll pay under this additional coverage in any one policy year, regardless of the:

- number of flood or surface water events;
- amount or type of covered property;
- number or type of coverages; or
- number of locations.

**Flood or surface water each location combined total limit.** If a Flood or surface water each location combined total limit is shown in the Flood Or Surface Water Coverage Summary for the applicable location, this is the most we'll pay under this additional coverage in any one policy year for that location, regardless of the:

- number of flood or surface water events;
- number or type of coverages; or
- amount or type of covered property.

This each location combined total limit is subject to, and included within, the Flood or surface water combined total limit.

**Flood or surface water deductible.** Your deductible for this additional coverage is shown in the Flood Or Surface Water Coverage Summary. It will be:

- a dollar amount;
- a percentage; or
- the greater of either a percentage or dollar amount.

If your deductible is a dollar amount, you'll be responsible for that amount of deductible in each flood or surface water event.

If your deductible is a percentage, we'll determine the deductible amount based

---

F0405 Rev. 4-06                                Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 1 of 2

STP00624

on the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage.

If your deductible is shown as the greater of either a percentage or dollar amount, we'll determine the deductible amount based on the greater of:

- the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage; or
- the dollar amount.

*Total insured value* means the sum of the coverage limits for all:

- buildings;
- business personal property; and
- time element coverage.

If more than one covered location is affected by a covered flood or surface water event, this deductible will apply separately to each covered location.

**Time element coverage.** If your policy includes time element coverage, and such coverage is indicated as included in the Flood Or Surface Water Coverage Summary, we'll consider flood or surface water to be a covered cause of loss for such time element coverage.

Time element includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- extra expense;
- business income from dependent properties; or
- valued business income.

2. The following is added to the Flood or surface water exclusion in the Exclusions – Losses We Won't Cover section. This change broadens coverage.

But this exclusion doesn't apply to the Flood Or Surface Water additional coverage.

Nor does this exclusion apply to any time element loss caused by any of the following, if your policy includes time element coverage and such coverage is indicated as included in the Flood Or Surface Water Coverage Summary.

- Flood.
- Mudslide or mudflow.

- Surface water.

3. The following is added to the Coinsurance Rule of the Rules For Loss Adjustment section. This change broadens coverage.

But this coinsurance rule doesn't apply to the Flood Or Surface Water additional coverage.

4. The following is added to the Rules For Loss Adjustment section of any time element endorsement that is a part of your policy, if time element is indicated as included in the Flood Or Surface Water Coverage Summary.

**Flood Or Surface Water Deductible Or Waiting Period**

If indicated in the Flood Or Surface Water Coverage Summary, a separate:

- deductible; or
- waiting period

applies to time element loss caused by any of the following:

- Flood.
- Mudslide or mudflow.
- Surface water.

5. The following is added to the Rules For Loss Adjustment section of any time element endorsement that is a part of your policy, if time element is indicated as included in the Flood Or Surface Water Coverage Summary.

The most we'll pay for loss caused by:

- flood;
- mudslide or mudflow; or
- surface water

in any one event is the least of the following:

- The applicable time element limit of coverage shown in the Property Protection Coverage Summary.
- The remaining portion of the applicable Flood or surface water each location combined total limit, if such a limit is shown in the Flood Or Surface Water Coverage Summary.
- The remaining portion of the Flood or surface water combined total limit.

**Other Terms**

All other terms of your policy remain the same.

STP00625

Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## EARTHQUAKE OR VOLCANIC ERUPTION COVERAGE ENDORSEMENT

This endorsement changes your property protection, including any time element endorsement that is a part of your policy.

### How Coverage Is Changed

There are five changes that are explained below.

1. The following is added to the Additional Coverages section. This change broadens coverage. The locations this coverage applies to are shown in the Earthquake Or Volcanic Eruption Coverage Summary.

**Earthquake Or Volcanic Eruption**

We'll pay for direct physical loss of or damage to covered property that's caused directly by:

- earthquake; or
- volcanic eruption, explosion, or effusion

when such earthquake or volcanic eruption, explosion, or effusion begins while this endorsement is in effect.

If more than one earthquake or volcanic eruption, explosion, or effusion occurs within any 168-hour period, we'll consider this one event. The 168-hour period will not be shortened by the expiration of the policy.

The most we'll pay under this additional coverage in any one event is the least of the following:

- The applicable building or business personal property limit of coverage shown in the Property Protection Coverage Summary.
- The remaining portion of the applicable Earthquake or volcanic eruption each location combined total limit, if such a limit is shown in the Earthquake Or Volcanic Eruption Coverage Summary.
- The remaining portion of the Earthquake or volcanic eruption combined total limit.

This additional coverage does not apply to property covered under the following additional benefits:

- Newly acquired property; or
- Temporary location.

**Earthquake or volcanic eruption combined total limit.** The Earthquake or volcanic eruption combined total limit shown in the Earthquake Or Volcanic Eruption Coverage Summary is the most we'll pay under this additional coverage in any one policy year, regardless of the:

- number of earthquake or volcanic eruption events;
- amount or type of covered property;
- number or type of coverages; or
- number of locations.

**Earthquake or volcanic eruption each location combined total limit.** If an Earthquake or volcanic eruption each location combined total limit is shown in the Earthquake Or Volcanic Eruption Coverage Summary for the applicable location, this is the most we'll pay under this additional coverage in any one policy year for that location, regardless of the:

- number of earthquake or volcanic eruption events;
- number or type of coverages; or
- amount or type of covered property.

This each location combined total limit is subject to, and included within, the Earthquake or volcanic eruption combined total limit.

**Earthquake or volcanic eruption deductible.** Your deductible for this additional coverage is shown in the Earthquake Or Volcanic Eruption Coverage Summary. It will be:

- a dollar amount;
- a percentage; or
- the greater of either a percentage or dollar amount.

If your deductible is a dollar amount, you'll be responsible for that amount in each earthquake or volcanic eruption event.

If your deductible is shown as a percentage, we'll determine the deductible amount based on the amount

Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00626

of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage.

If your deductible is shown as the greater of either a percentage or dollar amount, we'll determine the deductible amount based on the greater of:

- the amount of that percentage multiplied by the total insured value for the location that sustains a covered loss under this additional coverage; or
- the dollar amount.

*Total insured value* means the sum of the coverage limits for all:

- buildings;
- business personal property; and
- time element coverage.

If more than one covered location is affected by a covered earthquake or volcanic eruption event, this deductible will apply separately to each covered location.

**Time element coverage.** If your policy includes time element coverage, and such coverage is indicated as included in the Earthquake Or Volcanic Eruption Coverage Summary, we'll consider earthquake or volcanic eruption, explosion or effusion to be a covered cause of loss for such time element coverage.

Time element includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- extra expense;
- business income from dependent properties; or
- valued business income.

2. The following is added to the Earth movement and Collapse exclusions in the Exclusions – Losses We Won't Cover section. This change broadens coverage.

But this exclusion doesn't apply to:

- the Earthquake Or Volcanic Eruption additional coverage; or
- any time element loss caused by earthquake or volcanic eruption, explosion, or effusion if your policy includes time element coverage and such coverage is indicated as included in the Earthquake Or Volcanic Eruption Coverage Summary.

3. The following is added to the Coinsurance Rule of the Rules For Loss Adjustment section. This change broadens coverage.

But this coinsurance rule doesn't apply to the Earthquake Or Volcanic Eruption additional coverage.

4. The following is added to the Rules for Loss Adjustment section of any time element endorsement that is a part of your policy, if time element is indicated as included in the Earthquake or Volcanic Eruption Coverage Summary.

**Earthquake Or Volcanic Eruption Deductible Or Waiting Period**

If indicated in the Earthquake Or Volcanic Eruption Coverage Summary, a separate:

- deductible; or
- waiting period;

applies to time element loss caused by any of the following:

- Earthquake.
- Volcanic eruption, explosion, or effusion.

5. The following is added to the Rules For Loss Adjustment section of any time element endorsement that is a part of your policy, if time element is indicated as included in the Earthquake Or Volcanic Eruption Coverage Summary.

The most we'll pay for loss caused by earthquake or volcanic eruption, explosion, or effusion in any one event is the least of the following:

- The applicable time element limit of coverage shown in the Property Protection Coverage Summary.
- The remaining portion of the applicable Earthquake or volcanic eruption each location combined total limit, if such a limit is shown in the Earthquake Or Volcanic Eruption Coverage Summary.
- The remaining portion of the Earthquake or volcanic eruption combined total limit.

**Other Terms**

All other terms of your policy remain the same.

STP00627

---

Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES PROPERTY PROTECTION**
**ADDITIONAL BENEFITS COVERAGE SUMMARY**

The **StPaul**

This Coverage Summary shows the limits that
apply to the Additional Benefits section of
your agreement.

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Accounts Receivable | $100,000 |
| Computers | $50,000 |
| Demolition and Increased Cost of Construction | $100,000 |
| Extra Expense | $25,000 |
| Fine Arts | $50,000 |
| Fire Department Service Charge | $25,000 |
| Inventory and Appraisals | $10,000 |
| Money and Securities | |
| Inside Limit | $10,000 |
| Outside Limit | $5,000 |
| Newly Acquired Property | |
| Building Limit | $1,000,000 |
| Business Personal Property Limit | $500,000 |
| Outdoor Property | $50,000 |
| Other People's Property | $25,000 |
| Personal Belongings | $50,000 |
| Pollution Clean Up and Removal | $25,000 |
| Property in Transit | $50,000 |
| Random Attack — Hacking Event Or | |
| Computer Virus | $10,000 |
| Sewer Backup | $50,000 |
| Temporary Location | $50,000 |
| Valuable Records Research | $100,000 |

**Additional Benefit Restrictions**

STP00628                                                            i

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 11/19/07   15:54   001 |

F0122 Rev. 7-01 Printed in U.S.A.                Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                Page 1

## MOLD OR BACTERIA EXCLUSION ENDORSEMENT WITH FIRE AND LIGHTNING EXCEPTION AND LIMITED ADDITIONAL COVERAGE

This endorsement changes your Property Protection insuring agreement. This endorsement applies to all locations unless otherwise specified in the Coverage Summary.

### How Coverage Is Changed

There are four changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration, animals exclusion is replaced by the following.

   **Wear, tear, deterioration, animals.** We won't cover loss caused by or resulting from:

   • wear and tear;

   • deterioration, rust, or any other corrosion;

   • shrinkage, evaporation, loss of weight;

   • changes in flavor, color, texture, or finish;

   • nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

   • the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

   If a loss from fire, smoke, lightning, wind, hail, explosion, vehicles, aircraft, vandalism, malicious mischief, civil disturbance, riot, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, building glass breakage, falling objects, weight of ice, snow, or sleet or water damage results, we'll pay for that resulting loss.

   *Water damage* means the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance, other than a sump system, containing water or steam.

2. The following is added to the Exclusions - Losses We Won't Cover section.

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by or results from fire or lightning.

   But this exclusion does not apply to the additional coverage for mold or other fungi, wet or dry rot, or bacteria.

   This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

   *Mold or other fungi* means:

   • any type or form of mold or mildew;

   • any other type or form of fungus; or

   • any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

   *Bacteria* means:

   • any type or form of bacterium; or

   • any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following additional coverage is added to your insuring agreement.

   **Mold Or Other Fungi, Wet Or Dry Rot, Or Bacteria**

   We'll pay up to $25,000 per loss event for loss or damage caused by or resulting from mold or other fungi, wet or dry rot, or bacteria if such mold or other fungi, wet or dry rot, or bacteria results from any of the following covered causes of loss:

   • explosion;

STP00629

- wind or hail;
- smoke;
- vehicles and aircraft;
- civil disturbance and riot;
- vandalism;
- sprinkler leakage;
- sinkhole collapse;
- volcanic action;
- falling objects;
- weight of snow, ice or sleet; or
- water damage.

If your policy includes coverage for flood, sewer backup, earthquake, or earth movement it will be considered a covered cause of loss for mold or other fungi, wet or dry rot, or bacteria. This $25,000 is the most we'll pay regardless of the number or type of coverages that may apply, the number of locations to which this additional coverage applies, or regardless of the number or type of mold or other fungi, wet or dry rot, or bacteria that caused the loss or damage. When this agreement and any other insuring agreement or endorsement written by us apply to the same mold or other fungi, wet or dry rot, or bacteria loss, $25,000 is the most we'll pay on a combined total basis for all such loss. This amount is not in addition to the limits of coverage for any building, business or personal property, flood, sewer backup, earthquake or earth movement, or time element coverage shown in the Coverage Summary.

Time element coverage includes any of the following:

- blanket earnings and expense;
- business income and extra expense;
- business income from dependent properties; or
- valued business income.

A higher additional limit may be purchased. If so, the revised limit for mold or other fungi, wet or dry rot, or bacteria will be shown in the Coverage Summary.

We won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

4. The Seepage or leakage exclusion is replaced by the following.

   **Seepage or leakage.** We won't cover loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

## Other Terms

All other terms of your policy remain the same.

STP00630

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

## EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement changes your Property Protection.

### How Coverage Is Changed

This endorsement adds Equipment Breakdown Coverage to your Property Protection. The locations covered, applicable limits, deductibles, and other applicable terms and conditions are shown in the Property Protection Coverage Summary and the Equipment Breakdown Coverage Summary. This change broadens coverage.

### Equipment Breakdown Coverage

We'll cover direct physical loss or damage that results from an accident to covered equipment.

*Accident* means direct physical loss or damage that results from:
- mechanical breakdown or failure;
- derangement of mechanical parts;
- rupture caused by centrifugal force;
- loss to electrical equipment, including wiring, caused by electrical arcing;
- loss to a steam boiler, steam pipe, steam turbine or steam engine when the loss is caused by any condition or event within such equipment;
- loss caused by the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate or lease; or
- loss to a hot water boiler or any other equipment for heating water when the loss is caused by any condition or event within such equipment.

*Covered equipment* is that portion of your covered property which:
- is built to operate under vacuum or pressure, other than weight of contents; or
- generates, transmits or utilizes energy.

But we won't consider any of the following to be covered equipment:

- a structure, foundation, cabinet, compartment or air supported structure or building;
- insulating or refractory material;
- vehicles, including self-propelled vehicles;
- excavation or construction equipment;
- sewer piping, underground vessels or piping, any piping forming a part of a sprinkler system;
- water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system; or
- equipment manufactured by you for sale.

### Additional Coverages

The following additional coverages also apply to loss caused by or resulting from an accident to covered equipment.

The limit for each additional coverage is shown in the Equipment Breakdown Coverage Summary.

The limits for these additional coverages are not in addition to the limits of coverage for building or business personal property shown in the Property Protection Coverage Summary.

### Expediting Expenses

If covered property is damaged or destroyed by an accident, we'll pay for reasonable extra cost to:
- make temporary repairs; and
- expedite permanent repairs or replacement.

But we won't pay more than the limit for expediting expenses shown in the Equipment Breakdown Coverage Summary.

STP00631

Endorsement

### Pollution Cleanup and Removal

We'll pay for additional expenses you incur for:

- cleanup;
- repair or replacement; or
- disposal

of covered property which is damaged, contaminated or polluted by pollutants as defined in your Property Protection. This limitation also applies to damage, contamination or pollution caused by a refrigerant.

But we won't pay more than the limit for pollution cleanup and removal shown in the Equipment Breakdown Coverage Summary.

### Spoilage

We'll also pay for direct physical loss or damage caused by spoilage of perishable goods resulting from:

- accident to covered equipment;
- power outage;
- breakdown; or
- refrigerant contamination.

*Perishable goods* means business personal property maintained under controlled conditions for its preservation which is susceptible to loss or damage if controlled conditions change.

*Power outage* means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

*Breakdown* means the change in temperature or humidity resulting from mechanical breakdown or failure of temperature or humidity control apparatus or equipment.

We won't pay for loss caused directly or indirectly by any of the following:

- disconnection of any refrigerating, cooling or humidity control system from the source of power;
- deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;
- inability of an electrical utility company or other power source to provide power due to lack of fuel or governmental order;

- inability of a power source at the covered location to provide power due to lack of generating capacity to meet demand;
- breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit; or
- failure to use all reasonable means to protect perishable goods from damage following an accident.

But we won't pay more than the limit for spoilage shown in the Equipment Breakdown Coverage Summary.

### Optional Coverages

### Business Income Or Blanket Earnings And Expenses

If this optional coverage is checked on the Equipment Breakdown Coverage Summary, we'll extend your business income, blanket earnings and expenses or other identified time element coverage form to cover your indirect loss and expense resulting from the necessary interruption of your business caused by an accident to covered equipment.

This includes indirect loss and expense resulting from the failure of a utility service not on the described premises due to an accident.

*Utility service* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the described premises.

*Communication supply services* means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;
- transformers; and

STP00632

© 1999 The St. Paul Travelers Companies, Inc. All Rights Reserved

- transmission lines supplying electricity, steam, or gas to the described premises.

### Exclusions — Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Electronic recordings.** We won't cover loss to electronic recordings caused by electrical or magnetic injury, disturbance or erasing.

**Media.** We won't cover loss resulting from any defect, virus, loss of data, or other situation within electronic media and records. But if loss or damage from an accident results, we'll pay for that resulting loss.

**Property exclusions.** All of the exclusions in your Property Protection, Business Income, Blanket Earnings And Expenses or other identified time element coverage forms apply to the Equipment Breakdown Coverage provided by this endorsement except:

- Boilers;
- Electrical damage;
- Electrical equipment; and
- Mechanical breakdown.

### Rules For Loss Adjustment

**Deductible.** If a deductible is shown in the Equipment Breakdown Coverage Summary, the following applies.

Your deductible is shown in the Equipment Breakdown Coverage Summary. You'll be responsible for this amount of loss in each accident. We'll pay the rest of your covered loss up to the limits of coverage that apply. If deductibles vary by type of covered equipment and more than one type of equipment is involved in any one accident, the highest deductible will apply.

If a time deductible is shown in the Equipment Breakdown Coverage Summary, you'll be responsible for any loss occurring during the specified number of hours or days immediately following the accident. If a time deductible is expressed in days, each day means twenty-four consecutive hours.

If a deductible is expressed as a number of times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the business income or earnings (as defined in your business income, blanket earnings and expenses or other identified time element coverage form) that would have been earned during the period of restoration if no accident had occurred divided by the number of working days in that period. We will not make a reduction for the business income or earnings not earned, or in the number of working days, because of the accident or any other scheduled or unscheduled shutdowns during the period of restoration. The ADV applies to all locations included in the valuation of the loss. The number indicated in the Equipment Breakdown Coverage Summary will be multiplied by the ADV as determined above. The result will be the applicable deductible.

If an initial accident causes other accidents, all will be considered one accident. All accidents that are the result of the same event will be considered one accident.

If covered electrical equipment requires drying out as a result of a flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind, we'll pay for the direct expenses of such drying out.

### Other Rules

**Suspension.** When any covered equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an accident to that covered equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Coverage Summary, or the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you'll get a pro-rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**Jurisdictional inspections.** If any covered property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

### Other Terms

All other terms of your policy remain the same.

All Rights Reserved

# BLANKET EARNINGS AND EXPENSE ENDORSEMENT

This endorsement changes your property protection.

## Table of Contents

| | Page |
|---|---|
| **How Coverage Is Changed** | 1 |
| Blanket Earnings And Expense | 1 |
| Extended period of restoration. | 2 |
| Optional ordinary payroll exclusion. | 2 |
| Optional ordinary payroll limitation. | 2 |
| | |
| **Additional Coverages** | 3 |
| Alterations And New Buildings | 3 |
| Dependent Properties | 3 |
| Dependent properties – change of limits for specified locations. | 3 |
| Interruption By Civil Authority | 3 |
| Newly Acquired Property | 3 |
| Temporary Location | 4 |
| | |
| **Additional Benefits** | 4 |
| Inventory And Appraisals | 4 |
| Off Premises Utility Services | 4 |
| Pollutant Cleanup Or Removal | 5 |
| Property In Transit | 5 |
| | |
| **Optional Coverages** | 5 |
| Building Ordinances, Regulations, Or Laws – Increased Period Of Restoration | 5 |
| Contract Penalties | 5 |
| Ingress Or Egress | 5 |
| | |
| **Exclusions – Losses We Won't Cover** | 5 |
| Cancellation of contracts. | 6 |
| Damage to finished goods. | 6 |
| Denial of services. | 6 |
| Direct loss. | 6 |
| Satellites and their component parts. | 6 |
| Strike. | 6 |
| | |
| **Rules For Loss Adjustment** | 6 |
| Loss Determination | 6 |
| Earnings. | 6 |
| Extra expense. | 6 |
| Your Responsibility For Resuming Operations | 7 |
| Deductible Or Waiting Period | 7 |
| Coinsurance Rule Exception | 7 |
| | |
| **Other Terms** | 7 |
| | |
| **List Of Terms With Defined Meanings Shown In This Agreement** | 7 |

## How Coverage Is Changed

This endorsement adds earnings and extra expense coverage to your property protection insuring agreement. The locations this endorsement applies to, limits of coverage, deductible or waiting period, and any applicable coverage options are shown in the Coverage Summary.

### Blanket Earnings And Expense

We'll pay your actual loss of earnings and extra expense that result from the necessary suspension of your operations during the period of restoration caused by direct physical loss of or damage to property at a covered location. The loss or damage must occur while this endorsement is in effect and must be due to a covered cause of loss.

*Earnings* means the net income, which is the net profit or loss before income taxes, that would have been earned or incurred and continuing normal operating expenses that are incurred. We'll consider payroll, rental value, royalties, tuition, and the net income attributable to prototypes and project research and development documentation to be earnings. For example:

*If your business is operating at a profit, the net profit that would have been earned will be added to continuing expenses. However, if your business is not operating at a profit, the net loss that would have been incurred will be subtracted from continuing expenses.*

*Extra expense* means the necessary expenses, including expediting expenses, you incur during the period of restoration that you wouldn't have incurred if there had been no direct physical loss of or damage to property caused by a covered cause of loss. We'll also consider the necessary expenses you incur to replace or repair:

- prototypes; or
- project research and development documentation

to be extra expense.

*Suspension* means:

STP00634

---

- the slowdown or cessation of your business activities; or
- that part or all of the covered location is rendered untenantable.

*Operations* means the kind of business activities that occur at the covered location.

*Period of restoration* means the length of time that begins immediately after:

- the time of direct physical loss or damage due to a covered cause of loss at the covered location, if no waiting period applies; or
- the waiting period shown as a time limit in the Coverage Summary,

and ends on the earlier of the following:

- The date when the property at the covered location, or at a dependent property location, should be repaired or replaced with reasonable speed and similar quality; or
- The date when operations are resumed at a new permanent location.

The period of restoration doesn't include any increased amount of time needed due to the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property, unless you've purchased the optional coverage for building ordinances, regulations, or laws - increased period of restoration.

Nor does the period of restoration include any increased amount of time needed due the enforcement of any ordinance, regulation, or law requiring you or others to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- or in any way respond to, or assess the effects of pollutants, mold or other fungi, wet or dry rot, or bacteria.

The expiration date of this endorsement won't end the period of restoration.

*Rental value* means the:

- total anticipated rental income from tenant occupancy of the location described in the Coverage Summary that you have furnished and equipped;
- amount of all charges that are the obligation of the tenant that would otherwise be your obligation; and
- fair rental value of any portion of the covered location that you occupy.

*Prototype* means the first or original model of a new type of design.

*Project research and development documentation* means written, printed, or otherwise inscribed documents, plans, and records directly associated with your research and development of new products and enhancements of existing products. It doesn't mean documentation associated with the maintenance of existing products.

**Extended period of restoration.** If the necessary suspension of your operations produces a loss payable under this endorsement, we'll pay the actual loss of earnings you incur during the period that begins on the date the property is actually repaired, rebuilt, or replaced and operations are resumed and ends on the earlier of:

- the date you could restore your operations, with reasonable speed, to the level that would generate the earnings amount that would have existed had no direct physical loss or damage occurred; or
- 365 consecutive days from the date the property is actually repaired, rebuilt or replaced and operations are actually resumed, unless otherwise indicated in the Coverage Summary for the extended period of restoration change option.

However, the extended period of restoration doesn't apply to loss of earnings as a result of unfavorable business conditions caused by the impact of the covered cause of loss within the same general area as the covered location.

**Optional ordinary payroll exclusion.** If this option is indicated on the Coverage Summary, we won't cover ordinary payroll expense.

*Ordinary payroll expense* means payroll expense for all your employees except:

- officers;
- executives;
- department managers;
- employees under contract; and
- other job classification or employee exceptions to ordinary payroll shown in the Coverage Summary.

It includes expense from:

- payroll;
- employee benefits, if directly related to payroll;
- FICA payments you pay;
- union dues you pay; and
- workers compensation premiums.

STP00635

**Optional ordinary payroll limitation.** If this option is indicated in the Coverage

Summary, we'll only cover ordinary payroll expense for the number of days shown in the Coverage Summary following the date of direct physical loss or damage.

## Additional Coverages

The following coverages are included. The limits indicated for these coverages are included within and not in addition to the limits of coverage for Blanket Earnings And Expense shown in the Coverage Summary.

### Alterations And New Buildings

We'll pay your actual loss of earnings and extra expense that result from the necessary suspension of your operations during the period of restoration due to direct physical loss or damage caused by or resulting from a covered cause of loss to alterations, additions, or new construction. This includes direct physical loss of or damage to materials, equipment, and supplies used in construction or intended for use by occupants when work is completed. The materials, equipment, or supplies must be at or within 1,000 feet of a covered location.

If the loss of or damage to the construction, materials, equipment, or supplies delays the start of your business operations, we'll figure your loss from the day operations would have started had no loss occurred. For example:

*You have a successful restaurant and plan to open an addition on May 1. In March, a fire damages the addition while it's being built and the opening is delayed until June 1. We'll cover your loss of earnings and extra expense for the month of May.*

### Dependent Properties

You may have a necessary suspension of your operations due to direct physical loss of or damage to dependent properties. If such direct physical loss or damage is due to a covered cause of loss, we'll pay your actual loss of earnings and extra expense up to 10% of your blanket earnings and expense coverage limit, but not more than $250,000 in any one annual policy period.

This additional coverage applies to dependent properties anywhere in the world, except within any country on which the United States government has imposed sanctions, embargoes, or any similar prohibition.

*Dependent property* means a business, other than those indicated under Off Premises

Utility Services, you don't own or operate but depend on to:

- provide goods or services that you need for your operations;
- purchase your goods or services;
- accept your goods or services;
- manufacture your products for delivery to your customers under contract of sale; or
- attract customers to the location of your business.

**Dependent properties – change of limits for specified locations.** If this option is indicated in the Coverage Summary, your dependent properties additional coverage limit is changed for specifically identified locations. The new limit and the specifically identified locations are listed in the Coverage Summary.

### Interruption By Civil Authority

We'll pay your actual loss of earnings and extra expense when a civil authority, like a fire department, denies access to the covered location. This denial of access must result from direct physical loss or damage caused by or resulting from a covered cause of loss to property at a location, other than at the covered location, that is within 100 miles of the covered location.

The coverage for loss of earnings will begin after any applicable deductible or waiting period, and will apply for a period of 30 consecutive days, unless otherwise specified in the Coverage Summary, while access is denied.

The coverage for extra expense will begin immediately after the time of that denial of access and will end:

- 30 consecutive days after the time of that action; or
- when your earnings coverage under this additional coverage ends

whichever is later.

STP00636

### Newly Acquired Property

We'll pay your actual loss of earnings and extra expense due to the suspension of your operations during the period of restoration caused by direct physical loss or damage by a covered cause of loss to newly acquired buildings or newly acquired business personal property.

We won't pay more under this additional coverage than the lesser of:

- 10% of your blanket earnings and expense coverage limit; or

Endorsement

2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Page 3 of 7

- $500,000

for each newly acquired location.

This coverage ends at the earliest of the following:

- when this policy expires;
- 180 days after you acquire the property; or
- when you tell us whether you want this coverage to apply to that location.

We'll charge you additional premium from the day you acquire the property.

## Temporary Location

We'll pay your actual loss of earnings and extra expense due to direct physical loss of or damage to covered property from a covered cause of loss while the property is temporarily away from your covered location.   This coverage will continue for up to 90 days and only applies to property at a fixed location.

We won't pay more under this additional coverage than the lesser of:

- 10% of your blanket earnings and expense limit; or
- $250,000.

This coverage doesn't apply to:

- samples owned by or in the care of sales personnel;
- other property owned by or in the care of sales personnel;
- property in transit;
- property at fairs, exhibitions, or displays;
- property at a location you own, rent, lease, operate, or control;
- property you rent or lease to others;
- property in or on any vehicle; or
- property that's on someone else's premises for or during construction or installation.

## Additional Benefits

Unless otherwise specified, all of the following additional benefits are in addition to the limit of coverage for blanket earnings and expense shown in the Coverage Summary.   The limit of coverage for each additional benefit is shown in the Coverage Summary.

Unless otherwise specified, these limits are applicable at any covered location. Although applicable at any covered location, the indicated limit of coverage for any of these additional benefits is the most we'll

pay for loss or damage that results from a single loss event such as a tornado or a hurricane, regardless of the type of property or number of locations involved.

## Inventory And Appraisals

We'll pay for the reasonable cost of any inventory and appraisal that we require from you to determine the amount of your earnings and extra expense following the suspension of your operations by direct physical loss of or damage to property at a covered location by a covered cause of loss.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary.

This additional benefit doesn't apply to:

- costs incurred from an agent's or broker's employee or representative, a public adjuster, or a public adjuster's employee or representative; or
- costs related to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First Party Protection section in the General Rules.

## Off Premises Utility Services

We'll pay your actual loss of earnings and extra expense that you incur due to direct physical loss or damage by a covered cause of loss to property not on your premises that supplies you with utility services.   We'll only pay for loss that occurs after the greater of:

- the first 12 hours following the direct physical loss of or damage to the off premises utility services property; or
- any time limit waiting period applicable to this Off Premises Utility Services additional benefit shown in the Coverage Summary.

But we won't pay more than the additional benefit limit for Off Premises Utility Services shown in the Coverage Summary.

*Utility services* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the covered location.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave, or television services to the covered location, such as:

STP00637

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and;
- microwave radio relays, excluding satellites.

*Power supply services* means utility generating plants, switching stations, substations, transformers, and transmission lines, but not overhead transmission lines, supplying electricity, steam, or gas to the covered location.

### Pollutant Cleanup Or Removal

We'll pay your actual loss of earnings and extra expense incurred during the additional period of restoration resulting from a loss covered under the Pollutant cleanup or removal additional benefit of your Property Protection insuring agreement.

But we won't pay more than the Pollutant cleanup or removal additional benefit limit shown in the Coverage Summary for any one annual policy period, regardless of the number of loss events that occur. This additional benefit is not subject to a deductible or waiting period.

### Property In Transit

We'll pay your actual loss of earnings and extra expense due to a suspension in your operations caused by a loss covered under the Property in transit additional benefit of your Property Protection insuring agreement.

But we won't pay more than the additional benefit limit for Property in transit - time element shown in the Coverage Summary.

### Optional Coverages

### Building Ordinances, Regulations, Or Laws – Increased Period Of Restoration

If you've purchased this option, we'll consider the period of restoration to include any increased amount of time needed to repair or rebuild the property to comply with the minimum standards of any ordinance, regulation, or law in force at the time of loss that governs the use, construction, repair, or demolition of any property.

However, the period of restoration doesn't include any increased amount of time needed due to the enforcement of any ordinance, regulation, or law requiring you or others to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or

- or in any way respond to, or assess the effects of pollutants, mold or other fungi, wet or dry rot, or bacteria.

### Contract Penalties

We'll reimburse you for contract penalties you're required to pay your customers as a result of a penalty clause in your contracts for failure to deliver your products according to contract terms. The penalties must solely result from direct physical loss of or damage to covered property by a covered cause of loss.

But we won't pay more than the limit for Contract penalties shown in the Coverage Summary.

### Ingress Or Egress

We'll pay your actual loss of earnings and extra expense that result from the necessary suspension of your operations due to the loss of ingress or egress at a covered location, except for the coverage provided under the Interruption by civil authority additional benefit.

The loss of ingress or egress must:
- be caused by direct physical loss of or damage to property at a location, other than a covered location, within at least a one mile radius of the covered location that suffered loss of ingress or egress; and

- occur while this endorsement is in effect.

This coverage will apply for up to 30 consecutive days, unless otherwise indicated in the Coverage Summary, from the date when the ingress to or egress from the covered location is prevented.

### Exclusions – Losses We Won't Cover

Unless otherwise specified elsewhere in this endorsement, all of the exclusions in your Property Protection insuring agreement apply to this endorsement except as follows:
- The Utility failure exclusion and the Spoilage exclusion don't apply to the additional benefit for Off premises utility services.
- The Ordinances, regulations or laws exclusion doesn't apply to the Building ordinances, regulations, or laws - increased period of restoration optional coverage.
- The any indirect loss portion of the Indirect loss exclusion doesn't apply to coverage provided under this endorsement.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 5 of 7

The following additional exclusions apply to this endorsement.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order.

However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

**Damage to finished goods.** We won't cover any loss of earnings or extra expense caused by or resulting from damage to finished goods.   Nor will we cover loss caused by or resulting from the time necessary to reproduce the damaged finished goods.  But we will pay for any out of the ordinary expense you have in replacing finished goods you use to reduce your covered loss.   This exclusion doesn't apply to extra expense.

**Denial of services.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means a specific attack or random attack that:

- depletes system resources available through the Internet to authorized external users of your computer system or telecommunications systems; or
- impedes internet access of authorized external users to your computer system or telecommunications system.

**Direct loss.** We won't cover any direct physical loss or damage to property.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing, or replacing damaged property when they interfere with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business.  For example:

*You've ordered materials to repair your building and you can't obtain them because*

*there's a strike at the manufacturer's plant. This prevents you from resuming business and increases your loss of earnings and extra expense.  We'll cover this increase in your loss.*

### Rules For Loss Adjustment

When an earnings or extra expense loss occurs, we'll consider the following in determining what we'll pay under this endorsement:

- Limits Of Coverage
- Loss Determination
- Your Responsibility For Resuming Operations
- Deductible Or Waiting Period

**Loss Determination**

**Earnings.** We'll determine the amount of your earnings loss based on:

- the net income of your business before the direct physical loss or damage occurred;
- the probable net income of your business if no direct physical loss or damage had occurred, but not including any net income that would likely have been earned as a result of an increase in volume of business due to favorable business conditions caused by the impact of the covered cause of loss on customers or on other businesses;
- the operating expense, including payroll expense, necessary to resume operations with the same quality of service that existed just before the direct physical loss or damage; and
- other sources of information on your business such as your financial records and accounting procedures, bills, invoices, and other vouchers and deeds, liens, or contracts.

**Extra expense.** We'll determine the amount of your extra expense loss based on all expenses that exceed the normal operating expense that you would have incurred in your operations during the period of restoration if no direct physical loss or damage had occurred.  We'll deduct from the total of such expense:

- the salvage value that remains of any property bought for temporary use during the period of restoration, once operations are resumed; and
- any extra expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance.

STP00639

We'll cover all necessary expenses that reduce the loss that otherwise would have been incurred.

### Your Responsibility For Resuming Operations

If you can resume your operations in whole or in part at the covered location or elsewhere, by using:

- damaged or undamaged property including merchandise or stock; or
- any other source materials or outlets for your products,

you must do so. If you fail to reduce your loss in this manner, we'll reduce the amount of your earnings loss by the amount you could have reduced your loss. We'll also reduce the amount of your extra expense loss to the extent you could have returned your operations to normal and discontinued extra expenses.

### Deductible Or Waiting Period

Your property protection deductible applies to any coverage under this endorsement unless the Coverage Summary indicates that:

- a separate Blanket Earnings and Expense deductible applies; or
- a waiting period shown as a time limit consisting of business days or hours applies.

This deductible or waiting period applies in addition to any otherwise applicable deductible.

*Business day* means a day, ending at midnight, that you would normally be open for business. The first business day or hour begins at the time of loss. The day ends at midnight. However, if the loss occurs after the business has closed for the day, we'll consider the first day or hour to be the next day or hour on which you would normally be open for business.

You'll be responsible for the applicable deductible or waiting period in each loss event. The waiting period begins immediately after the time of direct physical loss or damage due to a covered cause of loss at the covered location. We'll pay the rest of your covered loss up to the limits of coverage that apply.

### Coinsurance Rule Exception

The coinsurance rule in your Property Protection insuring agreement doesn't apply to your Blanket Earnings and Expense coverage.

### Other Terms

All other terms of your policy remain the same.

### List Of Terms With Defined Meanings Shown In This Agreement

This section lists, in alphabetical order, the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and
- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meanings for any of these terms; or
- add a defined meaning for any other term.

| Term | Page |
|---|---|
| Business day | 7 |
| Communications supply services | 4 |
| Denial of services | 6 |
| Dependent property | 3 |
| Earnings | 1 |
| Extra expense | 1 |
| Operations | 2 |
| Ordinary payroll expense | 2 |
| Period of restoration | 2 |
| Power supply services | 5 |
| Project research and development documentation | 2 |
| Prototype | 2 |
| Rental value | 2 |
| Suspension | 1 |
| Utility services | 4 |
| Water supply services | 4 |

STP00640

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY PROPERTY ENDORSEMENT**

This endorsement changes your property
protection.

**How Coverage Is Changed**

There are six changes which are explained
below.

1. The following is added to the What This
   Agreement Covers section. The locations
   this coverage applies to are shown in the
   Coverage Summary. This change adds
   time element coverage.

**Blanket Earnings And Expense**

We'll pay up to $100,000 per covered
location for your actual loss of earnings
and extra expense that result from the
necessary suspension of your operations
during the period of restoration caused
by direct physical loss of or damage to
covered property at a covered location.
The loss or damage must occur while
this endorsement is in effect and must
be due to a covered cause of loss.

No deductible or waiting period applies
to this coverage.

*Earnings* means the net income, which is
the net profit or loss before income
taxes, that would have been earned or
incurred and continuing normal operating
expenses that are incurred. We'll
consider payroll, rental value, royalties,
tuition, and the net income attributable to
prototypes and project research and
development documentation to be
earnings. For example:

*If your business is operating at a profit,
the net profit that would have been
earned will be added to continuing
expenses. However, if your business is
not operating at a profit, the net loss
that would have been incurred will be
subtracted from continuing expenses.*

*Extra expense* means the necessary
expenses, including expediting expenses,
you incur during the period of restoration
that you wouldn't have incurred if there

had been no direct physical loss of or
damage to property caused by a covered
cause of loss. We'll also consider the
necessary expenses you incur to replace
or repair:

- prototypes; or
- project research and development
  documentation

to be extra expense.

*Suspension* means:

- the slowdown or cessation of your
  business activities; or
- that part or all of the covered
  location is rendered untenantable.

*Operations* means the kind of business
activities that occur at the covered
location.

*Period of restoration* means the length
of time that begins with the date of
direct physical loss or damage due to a
covered cause of loss at a covered
location and ends on the earlier of:

- the date when the property at the
  covered location, or a dependent
  property location, should be repaired,
  rebuilt, or replaced with reasonable
  speed and similar quality; or
- the date when operations are resumed
  at a new permanent location.

The period of restoration doesn't include
any increased amount of time needed
due to the enforcement of any ordinance,
regulation, or law requiring you or others
to:

- test for, monitor, clean up, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess
  the effects of pollutants, mold or other
  fungi, wet or dry rot, or bacteria.

The expiration date of this endorsement
won't end the period of restoration.

STP00641

*Rental value* means:
- the total anticipated rental income from the tenant occupancy of the location described in the Coverage Summary that you have furnished and equipped;
- the amount of all charges that are the obligation of the tenant that would otherwise be your obligation; and
- the fair rental value of any portion of the covered location that you occupy.

*Prototype* means the first or original model of a new type of design.

*Project research and development documentation* means written, printed, or otherwise inscribed documents, plans, and records directly associated with your research and development of new products and enhancements of existing products. It doesn't mean documentation associated with the maintenance of existing products.

**Extended period of restoration.** If the necessary suspension of your operations produces a loss payable under this endorsement, we'll pay the actual loss of earnings you incur during the period that begins on the date the property is actually repaired, rebuilt, or replaced and operations are resumed and ends on the earlier of:
- the date you could restore your operations, with reasonable speed, to the level that would generate the earnings amount that would have existed had no direct physical loss or damage occurred; or
- 90 consecutive days from the date the property is actually repaired, rebuilt, or replaced and operations are actually resumed.

However, the extended period of restoration doesn't apply to loss of earnings as a result of unfavorable business conditions caused by the impact of the covered cause of loss within the same general area as the covered location.

2. The Extra Expense additional benefit is deleted from the Additional Benefits section. This change reduces coverage.

3. The following replaces the Personal Belongings additional benefit. This change broadens coverage.

**Personal Belongings**

If you've purchased business personal property coverage, we'll pay for direct physical loss of or damage to personal belongings owned by:
- you; or
- your officers, partners, members, managers, or employees

when such property is in or on a building at a location described in the Coverage Summary.

We'll also pay for personal belongings while away from a covered location when you or such other person is fighting a fire.

The Other Insurance rule doesn't apply to this additional benefit. Instead, we'll apply this additional benefit on a primary basis without regard to other valid or collectible insurance. But we won't pay more than the Personal Belongings additional benefit limit shown in the Coverage Summary.

Property covered under this additional benefit is insured on a replacement cost basis.

4. The following replaces the Outdoor Property additional benefit. This change adds property to which the additional benefit applies, but limits the amount we'll pay for any one item.

**Outdoor Property**

We'll pay for direct physical loss of or damage to outdoor:
- trees, shrubs, plants;
- fences or signs that aren't attached to a building or structure;
- street signs, street lights, and stadium lights; and
- lawn watering systems

when such property is at a covered location and such loss or damage is caused by fire, lightning, explosion, vehicles, aircraft, civil disturbance, riot or vandalism.

But we won't pay more than the additional benefit limit for outdoor property shown in the Coverage Summary. Nor will we pay more than $2,500 for any one item.

The following category of the Property And Costs Covered Only If Described

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00642

section doesn't apply to this Outdoor Property additional benefit.
- Underground tanks, flues, pipes or drains, and their contents.

This additional benefit doesn't apply to trees, shrubs, or plants grown commercially or held for sale.

5. The following replaces the Newly Acquired Property additional benefit. This change broadens coverage.

**Newly Acquired Property**

We'll pay for direct physical loss of or damage to:
- new fixtures, alterations, or additions you add to a covered building;
- newly acquired buildings for use in your business;
- a new building being built at a covered location;
- business personal property at a newly acquired building for use in your business; and
- newly acquired business personal property

when such direct physical loss or damage is caused by a covered cause of loss to property acquired during the policy period.

These newly acquired property additional benefit limits don't apply to:
- stock; or
- business personal property at a fair or exhibition.

Insurance under this newly acquired property additional benefit will end when any of the following first occurs:
- This agreement is canceled or expires.
- 180 days pass after you acquire the new property, or begin installation or construction of new fixtures, alterations, additions, or buildings.
- You report the values of the newly acquired property to us.

We'll charge you additional premium from the day the property is acquired or installation or construction of new fixtures, alterations, additions, or buildings begins.

For covered loss of or damage to new buildings being built at a covered location, we'll pay the actual cost of

repairing, replacing, or rebuilding the property with materials of similar kind and quality.

6. The following are added to the Additional Benefits section. This change broadens coverage.

**Communication Equipment**

If you have business personal property coverage, we'll pay up to $50,000 for direct physical loss or damage by a covered cause of loss to communication equipment.

However, the most we'll pay for any one item is $1,000.

*Communication equipment* means sound transmitting and receiving equipment.

**Confiscated Property**

If you've purchased business personal property coverage, we'll pay up to $100,000 for direct physical loss of or damage to property of others that you've confiscated while on official business. The loss or damage must:
- be caused by a covered cause of loss; and
- occur away from a covered location, while such property is in your care, custody or control.

**Rewards**

We'll reimburse you for any monetary reward you have offered to pay for information that leads to the arrest and conviction of any individual committing or attempting to commit arson, robbery or burglary of covered property. The most we'll pay in any one policy period is $10,000 regardless of the number of:
- persons providing information; or
- arrests and convictions.

**Fairs, Exhibitions, Or Displays**

We'll pay up to $50,000 for direct physical loss or damage by a covered cause of loss to property covered under your building or business personal property coverage while the property is:
- temporarily away from a covered location; and
- at a fair, exhibition, or display.

STP00643

Coverage will continue for up to 90 days after the covered property's arrival at the fair, exhibit or display. This benefit only covers property at a fixed location; it doesn't cover property while in transit.

### Off Premises Utility Failure – Direct Damage

We'll pay up to $50,000 for direct physical loss of or damage to covered property by a covered cause of loss caused by the failure of any of the following utility services supplied to the covered location.

- Water supply services.
- Power supply services.
- Communication supply services.

The failure must result from direct physical loss or damage by a covered cause of loss to a utility service that's off of the covered location.

We'll consider a lack of sufficient capacity, a reduction in supply, or a fluctuation in supply, to be a failure of a utility service.

*Water supply services* means:
- pumping stations; or
- water mains

that supply water to a covered location.

*Communication supply services* means property such as:
- communication transmission lines, including optic fiber transmission lines;
- coaxial cables; or
- microwave radio relays, except satellites

that supply communication services, including telephone, radio, microwave, or television services to the covered location. But we won't consider overhead communication lines to be communication supply services property.

*Power supply services* means:
- utility generating plants;
- switching stations;
- substations;
- transformers; or

- transmission lines

that supply electricity, steam, or gas to the covered location. But we won't consider overhead transmission lines to be power supply services property.

This additional benefit doesn't apply to property covered under the Spoilage additional benefit.

The Utility failure exclusion doesn't apply to this additional benefit.

### Spoilage

If you've purchased business personal property coverage, we'll pay up to $10,000 for spoilage of perishable goods in your care, custody, or control at a covered location caused by:

- changes in temperature or humidity resulting from mechanical breakdown or failure of refrigeration, cooling, or humidity control apparatus or equipment, only while such equipment or apparatus is at a covered location;
- contamination by the refrigerant; or
- changes in temperature or humidity resulting from complete or partial interruption of electrical power, either at or off of a covered location, due to conditions beyond your control.

*Perishable goods* means business personal property that's maintained under controlled conditions for its preservation and is susceptible to loss or damage if such controlled conditions aren't maintained. However, this doesn't include computer hardware.

The following exclusions don't apply to coverage provided under this Spoilage additional benefit:
- Contamination.
- Utility failure.
- Spoilage.
- Wear, tear, deterioration, animals.

### Other Terms

All other terms of your policy remain the same.

STP00644

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

# VIRUS OR BACTERIA EXCLUSION ENDORSEMENT

This endorsement changes any property or inland marine insuring agreement that is a part of your policy.

## How Coverage Is Changed

There are two changes that are explained below.

1. The following is added to the Exclusions – Losses We Won't Cover section, or any similarly named Exclusions section, in any property or inland marine insuring agreement that is a part of your policy. This change excludes coverage.

   **Virus or bacteria.** We won't pay for loss or damage caused by or resulting from any virus, bacterium, or other micro-organism that induces or is capable of inducing physical distress, illness, or disease.

   This exclusion applies in addition to any pollution or contamination exclusion that applies and is in or made a part of this agreement.

   However, this exclusion doesn't apply to loss or damage caused by or resulting from mold or other fungi, or wet or dry rot.

2. The following is added to any property or inland marine insuring agreement that is a part of your policy.

   The term bacteria, and any bacteria definition, wherever used in any property or inland insuring agreement that is a part of your policy is deleted, except as used in the Virus or bacteria exclusion.

## Other Terms

All other terms of your policy remain the same.

STP00645

© 2007 The St. Paul Travelers Companies, Inc. All Rights Reserved      Page 1 of 1

# CONTRACTOR'S EQUIPMENT PROTECTION COVERAGE SUMMARY

The St.Paul

This Coverage Summary shows the limit and extent of your Contractor's Equipment Protection.

| Coverage Summary | ☒ indicates applicable. |
| --- | --- |

**Scheduled equipment** — Limit of coverage

☐ See schedule attached   ☒ Schedule on file   **$ 1,905,853**

Unscheduled equipment you own or have in your care that is used in your business, but no more than $ for any one item.   **$**

Unscheduled equipment leased or rented from others that is used in your business, but no more than $ for any one item.   **$**

Catastrophe limit   **$ 1,905,853**

## Your Rates

| | |
| --- | --- |
| Scheduled Equipment | per $100 of value |
| Unscheduled Equipment you own | per $100 of value |
| Unscheduled Equipment you lease or rent from others | per $100 of rental fees |
| Deposit and minimum annual premium | (included in premium on Introduction page) |

## Your Deductible

$ 100,000   ☒ All Coverages   ☐ All Coverages Except As Indicated Below
$
$
$

## Increased Additional Benefits Coverage

☐ Employee Tools   increased to:   $   any one employee
$   maximum any one loss

☐ Rental Expenses   increased to:   $   any one day
$   maximum any one loss

STP00646

---

| | |
| --- | --- |
| **Name of Insured** | **Policy Number** GP06301927   **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | **Processing Date** 11/19/07  15:54  001 |

10006 Ed. 11-95 Printed in U.S.A.   Coverage Summary

© St. Paul Fire and Marine Insurance Co. 1995 All Rights Reserved   Page 1 of 1

# CONTRACTOR'S EQUIPMENT PROTECTION

The **St.Paul**

We've designed this agreement to protect
against a variety of losses. Of course, there
are limitations and they are explained later in
this agreement.

| Table of Contents | Page |
|---|---|

**What This Agreement Covers** — 1

**Property Covered** — 1
Scheduled Equipment — 1
Unscheduled Equipment — 1
Unscheduled Equipment Leased Or Rented
From Others — 1
Property With Limited Coverage — 2
Property Not Covered — 2

**Additional Benefits** — 2
Newly Acquired Equipment — 2
Debris Removal — 2
Pollution Clean-up and Removal — 2
Rental Expenses — 3
Employees Tools Coverage — 3
Optional Equipment On Water Coverage — 3

**Where We Cover** — 3

**Exclusions – Losses We Won't Cover** — 3

**Rules For Loss Adjustment** — 4
Limits Of Coverage — 4

**How Your Property Is Valued** — 4
Deductible — 4
Other Insurance — 4

**Other Rules For This Agreement** — 5
Reports and Premiums — 5
Preserving Your Rights — 5
Expenses For Reducing Loss — 5
Insurance For Your Benefit — 5

## What This Agreement Covers

This agreement protects against risks of direct
physical loss or damage to contractor's equip-
ment, including spare parts and accessories,
that you own or for which you are legally
responsible. If limits are shown in the Cover-
age Summary, we'll cover unscheduled equip-
ment leased or rented from others. There are
some limitations to your coverage which will
be explained in this agreement. To be covered,
the property must either be scheduled, or it
must be included under "Unscheduled equip-
ment used in your business." Loss or damage
to the equipment must occur while this agree-
ment is in effect.

## Property Covered

### Scheduled Equipment

When the scheduled equipment box is checked
in the Coverage Summary, we'll cover only that
equipment listed on the schedule provided to
us. The limit of coverage on any one item will
not exceed the amount shown for that item on
the schedule.

### Unscheduled Equipment

If a limit is shown in the Coverage Summary,
we'll cover unscheduled equipment you own or
for which you are legally responsible.

### Unscheduled Equipment Leased Or Rented From Others

If shown in the Coverage Summary, we'll cover
unscheduled equipment in your care that's been
leased or rented from others. If you have sche-

STP00647

The **St Paul**

duled any leased or rented equipment, this section does not apply to that equipment.

## Property With Limited Coverage

The following property is covered only to the extent explained below.

*Pairs and sets.* One or more parts of a pair or set may be lost or damaged. If this happens, we'll consider the importance of the lost or damaged part to the set in determining the amount we'll pay. We'll be fair and reasonable, but we won't pay for the whole set.

*Items with several parts.* If a part of an item made up of several parts is lost or damaged, we'll pay only for that part.

## Property Not Covered

We won't cover the following property under this agreement.
* Automobiles or similar vehicles.
* Marine equipment designed to be used on rivers, lakes or harbors.
* Any underground property.
* Accounts, money, securities, evidences of debt, deeds, or other valuable papers. Nor will we cover jewelry, precious stones or similar valuables.
* Plans, blueprints, designs or specifications.

## Additional Benefits

The following benefits are in addition to the limits of coverage shown in the Coverage Summary. All of the other terms in this agreement apply to these Additional Benefits.

## Newly Acquired Equipment

We'll pay up to $250,000 for newly acquired equipment for up to 60 days.

Insurance under this newly acquired property benefit will end when any of the following first occurs:

* This policy or this agreement is cancelled or expires.
* 60 days expire after you acquire the new equipment.
* You report the values of the newly acquired property to us.

We will charge you additional premium from the day the equipment is acquired.

## Debris Removal

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing debris of damaged insured property.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss includes any deductibles you pay.

But we won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below the surface of the ground. Limited coverage for pollution clean-up and removal is provided elsewhere in this form.

We'll only pay debris removal expenses that are reported to us within 180 days of the earlier of:
* the date of direct physical loss or damage; or
* the end of the policy period.

## Pollution Clean-up and Removal

We'll pay up to $10,000 for the cost to clean up and remove pollution that is in the land or water as a result of covered loss or damage to covered property.

We'll only pay for pollution clean up and removal if:
* the discharge, dispersal, seepage, migration, release, or escape of the pollutants is due to a covered cause of loss that occurs during the policy period to covered property.

To be covered, clean up and removal costs must be incurred and reported to us within 180 days of the earlier of:
* the date of direct physical loss or damage; or
* the end of the policy period.

Page 2 of 5
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

STP00648

The $10,000 that we'll pay is the maximum in any one annual policy period regardless of the number of events that occur. This limit is not subject to the deductible shown in the Coverage Summary.

## Rental Expenses

We'll pay up to $1,000 a day subject to a maximum of $10,000 for any one loss for necessary rental expenses you incur to continue, as nearly as possible, your normal business operations after covered equipment is damaged or destroyed by a covered cause of loss.

*Normal business operations* means the state that would have existed had no damage occurred.

We'll pay such rental expenses for the time it would reasonably take to repair or replace the damaged equipment beginning from 72 consecutive hours after the loss has occurred until the limit of coverage is exhausted, or the damaged equipment is repaired or replaced, whichever occurs first. The damage or destruction must take place while this agreement is in effect. This period is not limited by the expiration date of this agreement, however, you agree to resume normal operations as soon as possible. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Employees Tools Coverage

We'll cover loss or damage to your employees' tools at a location you own or occupy or at your jobsite for up to $1,000 per employee and a maximum of $5,000 in any one loss. A $250 deductible applies to this additional benefit. A higher limit may be provided if so indicated in the Optional Coverage Summary.

## Optional Equipment On Water Coverage

If indicated in the Coverage Summary, we'll cover loss to covered equipment while it's on water, subject to the limit of coverage indicated in the Coverage Summary, unless excluded elsewhere in this form.

## Where We Cover

We'll cover losses that occur in the United States and Canada. We'll also cover losses that occur in transit between these places.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Wear – deterioration – climate.** We won't cover loss resulting from any of the following causes:

- Wear and tear.
- Gradual deterioration.
- Corrosion or rust.
- Dampness, dryness, cold, or heat.

**Inherent nature.** We won't cover loss resulting from the inherent nature of the property. By inherent nature we mean a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

**Mechanical breakdown.** We won't cover loss caused by mechanical breakdown. If fire results, we'll pay for losses caused directly by the fire itself.

**Electrical breakdown.** We won't cover loss to electrical equipment, including wiring, caused by electricity other than lightning. But if a fire or explosion results, we'll pay for that resulting loss.

**Disappearance – inventory loss.** We won't cover property that just disappears or that you find missing when you take inventory.

**Equipment on water.** We won't cover loss, except by fire, to covered property while it's on water.

But this exclusion won't apply if the Coverage Summary shows that the Optional Equipment On Water Coverage extension applies.

STP00649

The **St.Paul**

**Dishonesty.** We won't cover losses resulting from any dishonest or criminal act committed by you, your employees, your agents, or by anyone who has an interest in covered property. Nor will we cover dishonest acts by anyone else you've entrusted the property to other than a hired transportation carrier.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation, or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss or damage caused by:
- war (declared or undeclared);
- invasion or insurrection;
- rebellion, revolution, or civil war;
- seizure of power; or anything done to hinder or defend against these actions.

We won't cover seizure or destruction of your property under quarantine or Customs regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

**Rules For Loss Adjustment**
———————————

When a loss occurs, we'll consider the following factors in determining what we'll pay:

- your limits of coverage;
- your deductible; and
- other insurance.

The following sections explain how these factors affect the actual amount we'll pay.

**Limits Of Coverage**

The most we'll pay for a covered loss is the applicable limit of coverage shown in the Coverage Summary. For scheduled equipment coverage, the most we'll pay for any one item is the limit of coverage that is shown on the schedule for that item. For unscheduled equipment you own or rent or lease from others, the most we'll pay is the limits of coverage shown in the Coverage Summary.

**Catastrophe limit.** The catastrophe limit shown in the Coverage Summary is the most we'll pay for all losses from any one event no matter how many protected persons, property owners, or financial interests or types of covered property are involved. This limit applies to all losses, expenses, and salvage charges combined.

**How Your Property Is Valued**
———————————

We'll pay either the cost of repairing or replacing the property with similar kind or quality or the actual cash value of the property at the time of the loss, whichever is less.

*Actual cash value* means the cost of repairing or replacing damaged property including deduction for depreciation.

**Deductible**

Your deductible is shown in the Coverage Summary. You'll be responsible for this amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

If you have chosen different deductibles for different covered items and a loss occurs that involves these different items, you'll be responsible for the largest of the deductibles for those items.

**Other Insurance**

Other insurance may be available to cover a loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less your deductible. But we won't pay more than the applicable limits of your coverage under this agreement.

©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved

STP00650

## Other Rules For This Agreement

--------------------------------------

### Reports and Premiums

The Optional Coverage Summary may show that the premium for this agreement is subject to quarterly or annual reporting. If so, the following rules apply:

**Quarterly reporting.** You must report to us the total value of your owned equipment each quarter.

The Optional Coverage Summary will show what your rate is for each $100 of reported value. Your deposit premium is shown in the Optional Coverages Summary. Each quarterly premium will be subtracted from your deposit premium, until your deposit premium is exhausted. Once the deposit premium is exhausted, you'll pay the quarterly premium with each report.

Each year, when this agreement ends, we'll figure the premium we've actually earned based on the values you've shown on your reports during the time this agreement was in effect. We'll figure the total amount you've paid by adding the deposit premium to any quarterly payments you paid. If the final premium is more than you paid, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

**Annual reporting.** You must submit a schedule of property covered as of the inception date of this policy and within thirty (30) days following each anniversary date of this policy. In the event of cancellation, you'll submit a schedule as of the cancellation date. All items with insured values of $1,000 or more will be separately listed showing the amount of insurance for each item. All insured items valued under $1,000 will be totaled and included as one item, described as Miscellaneous Covered Property.

The Optional Coverage Summary will show what your rate will be for each $100 of value. Your deposit premium is shown in the Optional Coverages Summary. Each year, and when this agreement ends, we'll figure the premium we've actually earned by multiplying the rate shown in the Optional Coverage Summary by the average value of the schedules you have reported at the inception of the current policy term and at the end of the current policy term. If the final premium is more than you paid, you'll owe us the difference. If it's less, we'll return the difference. But your premiums will never be less than the Minimum Annual Premium shown in the Optional Coverage Summary.

### Preserving Your Rights

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

### Expenses For Reducing Loss

When a covered loss occurs, you must do everything possible to protect property from further damage. Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit them.

### Insurance For Your Benefit

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

STP00651

## PROTECTION FOR MISCELLANEOUS PROPERTY



We've designed this agreement to protect
listed property against all risks of direct loss
or damage with some limitations.

### Coverage Summary

| Description of property | Limit of Coverage |
|---|---|
| 410 Robert Sabojoian Place | $1,000,000 |
| 360 Seahorse Drive | 611,425 |
| Delaney Road Lift Station | 6,885 |
| 201-215 N. Genessee | 1,000,000 |
| | Total  $2,618,310 |

**Your deductible.** You'll be responsible for the first $100,000 of each loss. We'll pay the rest of your covered loss up to the limits of coverage that apply.

### Who We'll Pay For Loss

We'll pay you and:

### What This Agreement Covers

This agreement protects against all risks of direct physical loss or damage to property you own or have in your care. To be covered, the property must be listed above and the loss or damage must take place while this agreement is in effect.

Of course, there are some limitations to your coverage which will be explained later in this agreement.

**Property with limited coverage.** The following property is covered only to the extent explained below.

*Pairs and sets.* One or more parts of a pair or set may be lost or damaged. If this happens, we'll consider the importance of the lost or damage part to the set in determining the amount we'll pay. We'll be fair and reasonable, but we won't pay for the whole set.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/19/07  15:54  001 |

42038 Rev. 2-83                    Insuring Agreement 20.
© 1983 The Travelers Companies, Inc. All rights reserved.                    Page 1 of 3

STP00652

*Machinery.*  If a part of a machine or other item made up of several parts is lost or damaged, we'll pay only for that part.

*Labels.*  If only the labels on your goods are damaged, we'll pay for new labels and the cost of putting them on.

## Where We Cover

We'll cover losses that occur in the continental United States, Alaska, Hawaii and in Canada.  We'll also cover losses that occur in transit between these places.

## Exclusions – Losses We Won't Cover

When we use the word loss in this section we also mean damage.

**Wear – deterioration – pests.**  We won't cover loss resulting from any of the following causes:
- wear and tear;
- inherent nature of the property;
- gradual deterioration;
- insect or animal pests like termites or mice;
- atmospheric or climatic changes; or
- extremes of temperature.

**Work.**  We won't cover loss or damage caused by any process.  Nor will we cover loss or damage that occurs while the property is actually being worked on and results from such work.

**Marring or scratching.**  We won't cover loss caused by leakage, denting, marring or scratching.  We will, however, cover such loss if it's the direct result of fire, lightning or windstorm or from the collision, upset or overturning of the transporting vehicle.

**Water transport.**  We won't cover loss to covered property while it's being transported by water.  We will, however, cover loss caused by fire aboard a water transport.

**Mechanical breakdown.**  We won't cover loss caused by mechanical breakdown or electrical damage to electrical appliances or devices, including wiring, unless it is caused by lightning.  But, if fire results, we'll pay for losses caused directly by the fire itself.

**Unattended property.**  We won't cover loss by theft or pilferage that occurs while the insured property is left in or on an unattended and unlocked vehicle, motorcycle or trailer (other than a public means of transportation).  But we'll pay for property stolen from a locked vehicle or luggage compartment when there are visible marks of forced entry.

**Dishonest acts.**  We won't cover losses resulting from any dishonest or illegal act committed by you or your employees or agents.  Nor will we cover dishonest acts by anyone else you've entrusted your property to other than transportation carriers you hire.

**Disappearance – inventory loss.**  We won't cover loss of property that just disappears or that you find missing when you take inventory.

**Nuclear activity.**  We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination.  And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril.  But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.**  We won't cover any loss, damage or injury caused by: War (declared or undeclared). Invasion. Insurrection. Rebellion. Revolution. Civil war. Or seizure of power. Or anything done to hinder or defend against these actions.  We won't cover seizure or destruction of your property under quarantine or Customs regulations, or confiscation by any government or public authority.  Nor will we cover illegal transportation or trade.

## What We'll Pay

We'll pay either the cost of repairing or replacing the property with similar kind and quality or the actual cash value of the property at the time of loss, whichever is less.  The limit of coverage that applies as shown in the Coverage Summary is the most we'll pay for all loss from any one event no matter how many protected persons, property owners or financial interests are involved.

**Insuring to value.**  The premium for this coverage is based on your promise to insure property for 100% of its actual cash value.  At the time of loss we'll subtract your deductible from the loss to get your net

42038 Rev. 2-83
Page 2 of 3

© 1983 The Travelers Companies, Inc. All rights reserved.

STP00653

loss. Then we'll figure what we'll pay using the following formula:

$$\frac{\text{amount of insurance}}{\text{actual cash value}} \times \text{net loss} = \text{amount we'll pay}$$

If you're insured to value, we'll pay 100% of your covered net loss. However, if you're not insured to value, you'll have to share in the loss. For example:

*You have a $2,000 loss to property insured for $2,500. But at the time of loss, the actual cash value of property is $5,000. If your deductible is $100, we subtract that amount from your loss to get you net loss of $1,900. Using these figures we apply the formula:*

$$\frac{\$2,500}{\$5,000} = \frac{1}{2} \text{ or } 50\% \times \$1,900 = \$950$$

*From this example, you can see that it's important to insure property for 100% of its value.*

**Other insurance.** Other insurance may be available to cover a loss. If so, we'll pay the amount of loss that's left after the other insurance has been used up. But we won't pay more than the limit of coverage that applies under this agreement.

**Preserving Your Rights**

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

**Expenses For Reducing Loss**

When a covered loss occurs, you must do everything possible to protect the property from further damage. Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit from them.

**Insurance For Your Benefit**

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

*STP00654*

---

# COMMERCIAL FINE ARTS PROPERTY PROTECTION

The StPaul

We've designed this agreement to protect certain property you own or have in your care against all risks of direct physical loss or damage with some limitations.

## Coverage Summary
**Covered property and location**
Scheduled fine arts items:

**Limits of coverage**

Blanket over all locations shown in the Property Protection Coverage Summary — form #42563.

$ 60,000

Unscheduled fine arts items, but no more than $ _____ for any one item.

$

**Premium.**

$

Your premium is based on your statement that, at the time this agreement took effect, each fine arts item was at the location shown above.

**Deductible.** You'll be responsible for the first $ 100,000 of each loss. We'll pay the rest of a covered loss up to the applicable limits of coverage.

You agree that any recovery or salvage on a loss will belong to us until the amount we paid has been made up.

## What This Agreement Covers

This agreement protects against all risks of direct physical loss or damage to each fine arts item for which a limit is shown in the Coverage Summary. Items may be property you own or have in your care. Of course there are other limitations to this coverage which will be explained later in this agreement.

**Newly acquired items.** We'll cover any art object acquired after this agreement takes effect. The kind of property acquired must already be covered by this agreement. We'll cover fine arts items for 25% of the total limits of coverage on that property. This coverage is in addition to the total limit shown in the Coverage Summary for fine arts.

In order to be covered, you must report the additional property within 90 days after the date you acquire it. An additional premium will be due from the date the property is acquired. However, the coverage ends if the additionally acquired property is not reported within the 90 day period.

**Packing agreement.** You agree that fine arts insured under this agreement will be packed and unpacked by trained packers.

## When And Where We Cover

We'll cover losses to fine arts that occur within the continental United States, Alaska, Hawaii, Canada and Puerto Rico while this agreement is in effect.

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927
Processing Date 11/19/07   15:54   001

**Effective Date** 11/01/07

42150 Ed.3-80 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1980

Insuring Agreement 26
Property Coverage

Page 1 of 3

STP00655

The **StPaul**

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section, we also mean damage.

**Wear – deterioration – pest.** We won't cover loss resulting from any of the following causes:

- wear and tear;
- gradual deterioration; or
- insect or animal pests like termites or mice.

**Inherent nature.** We won't cover loss resulting from the inherent nature of the property. By inherent, we mean a quality or latent defect in the property that causes it to deteriorate or to destroy itself.

**Repair.** We won't cover loss to fine arts resulting from any repairing, restoration or retouching process.

**Breakage of fragile items.** We won't cover fragile items such as art glass windows, statuary, marbles, glassware, bric-a-brac and porcelains unless the breakage is caused by one of the following covered perils: fire, lightning, aircraft, theft or attempted theft, wind, earthquake, flood, explosion, malicious damage, or collision, derailment or overturn of a transporting vehicle.

**Property on display.** We won't cover fine arts on display at fairgrounds or any national or international exposition unless the display location is shown in the Coverage Summary.

**Nuclear activity.** We won't cover any loss caused by nuclear reaction, nuclear radiation, or radioactive contamination. And we don't intend these causes of loss to be considered fire, smoke, explosion, or any other insured peril. But we will cover direct loss by fire resulting from nuclear reaction, nuclear radiation or radioactive contamination if the loss would otherwise be covered under this agreement.

**War and government seizure.** We won't cover any loss caused by: war (declared or undeclared). Invasion. Insurrection. Rebellion. Revolution. Civil war. Or seizure of power. Or anything done to hinder or defend against these actions. We

won't cover seizure or destruction of your property under quarantine or custom regulations, or confiscation by any government or public authority. Nor will we cover illegal transportation or trade.

## What We'll Pay

We'll consider the following to determine what we'll pay for the loss:

- whether your fine arts items are scheduled or unscheduled;

- whether the lost or damaged item was part of a pair or set;

- the deductible; and

- other insurance.

The next sections explain how these factors affect the actual amount we'll pay.

**Scheduled fine arts items.** When you schedule your fine arts items, a separate limit applies to each item. At our option, we'll pay either the limit shown for that item or the cost of repairing or replacing it with an item of similar kind and quality.

**Unscheduled fine arts items.** Coverage is provided for unscheduled fine arts items when a limit for unscheduled items is shown in the Coverage Summary. A single limit applies to all your fine arts items covered on an unscheduled basis. For example, if your limit is $10,000, this limit applies to all loss in one event, no matter how many single items are lost or damaged.

We'll pay either the cost of repairing or replacing the property with similar kind and quality or the actual cash value of the property at the time of loss, whichever is less.

The premium for this coverage is based on your promise to insure property for 100% of its actual cash value. At the time of loss we'll subtract your deductible from the loss to get your net loss. Then we'll figure what we'll pay using the following formula:

STP00656

The **St.Paul**

$$\frac{\text{amount of insurance}}{\text{actual cash value}} \times \text{net loss} = \text{amount we'll pay}$$

If you're insured to value, we'll pay 100% of your covered net loss.  However, if you're not insured to value, you'll have to share in the loss. For example:

*You have a $2,000 loss to property insured for $2,500. But at the time of loss, the actual cash value of the property is $5,000. If your deductible is $100, we subtract that amount from your loss to get your net loss or $1,900. Using these figures we apply the formula:*

$$\frac{\$2,500}{\$5,000} = \frac{1}{2} \text{ or } 50\% \times \$1,900 = \$950$$

*We'll pay $950 of your loss. The remaining $950 is your share.*

From this example, you can see that it's important to insure property for 100% of its value.

**Pairs and sets.**  If one or more parts of a set is lost or destroyed, we'll pay the limit of coverage for the set shown in the Coverage Summary. And you agree to surrender the remaining parts of the set to us.

**Items with several parts.**  If a part of an item made up of several parts is lost or damaged, we'll pay only for that part.

**Other insurance.**  Other insurance may be available to cover a loss. If so, we'll pay the amount of your covered loss that's left after the other insurance has been used up, less the deductible. But we won't pay more than the applicable limit of coverage.

**Preserving Your Rights**

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss. However, before a loss occurs, you can give others a written release from responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses.

**Expenses For Reducing Loss**

When a covered loss occurs, you must do everything possible to protect the property from further damage.  Keep a record of your expenses. We'll pay our share of reasonable and necessary expenses incurred to reduce the loss or protect covered property from further damage. We'll figure our share and your share of these expenses in the same proportion as each of us will benefit from them.

**Insurance For Your Benefit**

This insurance is for your benefit. No third party having temporary possession of the property, such as a transportation company, can benefit directly or indirectly from it.

STP00657

**COMPUTER PROPERTY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the
coverages, limits, and other terms and
conditions that affect your insurance. You
have only those coverages for which a limit
is shown.

## Locations of property to be covered

| Loc. No. | Address |
|----------|---------|
|  | Blanket over all locations shown in the Property Protection Coverage Summary — form #42563. |

## Coverages

**1. Computer hardware**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|
| Blanket | $2,034,314 | $100,000 |

Valuation Option:  ☐ Actual Cash Value     ☒ Replacement Cost

**2. Portable computer hardware**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|

Valuation Option:  ☐ Actual Cash Value     ☐ Replacement Cost
Worldwide coverage extension applicable  ☐ Yes   ☐ No

**3. Software**

| Loc. No. | Limit | Deductible |
|----------|-------|------------|
| Blanket | $  218,000 | $100,000 |

STP00658

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|-----------------|--------------------------|-------------------------|
| CITY OF WAUKEGAN | | Processing Date 11/19/07  15:54  001 |

42442 Rev. 7-01 Printed in U.S.A.          Coverage Summary
© St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 1 of 2

TheSTPaul

**4.  Data**

| Loc. No. | Limit | Deductible |
|---|---|---|
| Blanket | Included in Software limit | |

**5.  Extra expenses**

| Loc. No. | Limit | Deductible |
|---|---|---|

**6.  Earnings and extra expenses**

| Loc. No. | Limit | Deductible |
|---|---|---|

Optional ordinary payroll exclusion applicable    ☐ Yes    ☐ No

| Additional Benefits | Limit |
|---|---|
| Backup Locations | $ 50,000 |
| Fire Department Service Charge | $ 25,000 |
| Fire Protective Equipment | $ 25,000 |
| New Locations | $500,000 |
| Newly Acquired Computer Hardware | $500,000 |
| Property In Transit | $ 25,000 |
| Property In Transit – Worldwide Extension | $ 25,000 |
| Random Attack – Hacking Event Or Computer Virus | $ 10,000 |
| Temporary Location | $500,000 |

**Optional Coverages**

| | | |
|---|---|---|
| ☐ Earthquake | $ | Annual aggregate limit |
| ☐ Flood | $ | Annual aggregate limit |
| ☐ Off Premises Utility Failure | $ | Annual aggregate limit |

**Deductibles**

| | | | |
|---|---|---|---|
| Basic deductible | $100,000 | | |
| Special breakdown deductible | $100,000 | | |
| Earnings and extra expenses deductible | $ | or | hours |
| Earthquake deductible | $ | | |
| Flood deductible | $ | | |
| Off-premises utility failure deductible | $ | or | hours |

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

STP00659

# COMPUTER PROPERTY PROTECTION

<span style="float:right">The St.Paul</span>

We've designed this agreement to protect your computer hardware, software, and data against direct physical loss or damage. There are limitations and they are explained later in this agreement.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Covered Causes Of Loss | 1 |
| Coverages And Covered Property | 2 |
|   1. Computer hardware. | 2 |
|   2. Portable computer hardware. | 2 |
| Worldwide coverage extension. | 2 |
|   3. Software. | 2 |
|   4. Data. | 2 |
|   5. Extra expenses. | 2 |
|   6. Earnings and extra expenses. | 2 |
| Optional ordinary payroll exclusion. | 3 |
| **Property Not Covered** | 3 |
| **Where We Cover** | 3 |
| **Additional Coverages** | 3 |
| Debris Removal | 3 |
| Interruption By Civil Authority | 4 |
| Preservation Of Property | 4 |
| **Additional Benefits** | 4 |
| Backup Locations | 4 |
| Fire Department Service Charge | 4 |
| Fire Protective Equipment | 4 |
| New Locations | 4 |
| Newly Acquired Computer Hardware | 4 |
| Property In Transit | 5 |
| Property In Transit – Worldwide Extension | 5 |
| Random Attack – Hacking Event or Computer Virus | 5 |
| Temporary Location | 5 |
| **Optional Coverage** | 5 |
| Earthquake | 5 |
| Flood | 6 |
| Off Premises Utility Failure | 6 |
| **Exclusions – Losses We Won't Cover** | 6 |
| Cancellation of contracts. | 6 |
| Defects or errors. | 6 |
| Denial of service. | 6 |
| Disappearance. | 7 |
| Dishonesty. | 7 |
| Flood. | 7 |
| Earthquake. | 7 |
| Nuclear activity. | 7 |
| Ordinances, regulations, or laws. | 7 |
| Other indirect loss. | 8 |
| Random attack – hacking event or computer virus. | 8 |
| Satellites and their component parts. | 8 |
| Strike. | 8 |
| Utility failure. | 8 |
| Voluntary surrender. | 8 |
| War. | 8 |
| Wear, tear, deterioration. | 8 |
| **Rules For Loss Adjustment** | 9 |
| How Your Property Is Valued | 9 |
|   Computer hardware insured on an actual cash value basis. | 9 |
|   Computer hardware insured on a replacement cost basis. | 9 |
|   Setting a value on computer software and data. | 9 |
| Loss Determination | 9 |
|   Extra expenses. | 9 |
|   Earnings. | 9 |
| Your Responsibility For Resuming Operations | 10 |
| Limits Of Coverage | 10 |
| Deductibles | 10 |
|   Basic deductible. | 10 |
|   Special breakdown deductible. | 10 |
|   Earnings and extra expenses deductible. | 10 |
|   Optional coverage deductibles. | 10 |
| **Other Rules** | 11 |
| Other Insurance | 11 |
| Insurance For Your Benefit | 11 |
| Adjusting Losses | 11 |
| Who We'll Pay For Loss | 11 |
| Preserving Your Rights | 11 |

## What This Agreement Covers

There are six coverages available in this agreement. The coverages you have selected, the limits of coverage, and other applicable terms and conditions that apply are shown in the Coverage Summary.

## Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as

™**St.Paul**

indicated in the Exclusions – Losses We Won't Cover section. We'll also cover extra expenses or earnings and extra expenses when indicated in the Coverage Summary.

**Coverages And Covered Property**

1. **Computer hardware.** We'll pay for direct physical loss or damage by a covered cause of loss to computer hardware you own, rent, or for which you are legally responsible.

   *Computer hardware* means a network capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape drives, printers, video display terminals, modems, personal computers, remote terminals, and air conditioning equipment used exclusively in computer operations.

2. **Portable computer hardware.** We'll pay for direct physical loss or damage by a covered cause of loss to your owned portable computer hardware. This coverage does not apply to hardware that has been checked during flight with commercial airlines.

   **Worldwide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for your owned portable computer hardware to be worldwide.

   *Portable computer hardware* means equipment designed to be transported, including laptop, notebook, or pen-based notebook computers.

3. **Software.** We'll pay for direct physical loss or damage by a covered cause of loss to software you own or for which you are legally responsible.

   *Software* means programs that are either purchased or written on a custom basis, which are regularly used with a computer system.

4. **Data.** We'll pay for direct physical loss or damage by a covered cause of loss to data you own or for which you are legally responsible.

*Data* means facts, concepts, or instructions converted to a form useable in computer operations.

5. **Extra expenses.** We'll pay for the extra expenses necessary to continue your computer operations resulting from direct physical loss or damage by a covered cause of loss to any of the following:

   • your computer hardware, software or data;

   • the building housing your computer operations; or

   • other property in the building or within 1,000 feet of it, if the loss or damage prevents you from using your computer facilities.

   *Extra expenses* mean the necessary expenses you incur during the suspension of your computer operations that you wouldn't have incurred if there had been no direct physical loss or damage to property caused by a covered cause of loss. Extra expense includes the necessary expenses you incur to replace or repair prototypes, project research, and development documentation.

   *Computer operations* means the kind of business transactions conducted at the covered locations with computer assistance.

   *Suspension* means:

   • the slowdown or cessation of your computer activities; or

   • that part or all of the covered location is rendered untenantable.

   *Prototype* means the first or original model of a new type of design.

   *Project research and development documentation* means written, printed, or otherwise inscribed documents, plans and records directly associated with your research and development operations.

6. **Earnings and extra expenses.** We'll pay your actual loss of earnings and extra expenses that result from the necessary suspension of your computer operations during the period of restoration caused by direct physical loss or damage by a

42441 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

STP00661

The St.Paul

covered cause of loss to any of the following:

- your computer hardware, software or data;
- the building housing your computer operations; or
- other property in the building or within 1,000 feet of it, if the loss or damage prevents you from using your computer facilities.

*Earnings* means the net income, which is the net profit or loss before income taxes, that would have been earned or incurred and continuing normal operations expenses that are incurred. This includes payroll.

*Period of restoration* means the length of time that:

- begins with the date of direct physical loss or damage due to a covered cause of loss at the covered location; and
- ends on the date it would reasonably take to repair, rebuild, or replace the damaged property with property of similar quality.

The period of restoration doesn't include any increase amount of time needed due to the enforcement of any ordinance, regulation, or law:

- governing the use, construction, repair, or demolition of any property;
- requiring you or others to:
  - test for, monitor, clean up, remove;
  - contain, treat, detoxify, neutralize; or
  - in any way respond to, or assess the effects of pollutants.

The expiration date of this policy won't end the period of restoration.

**Optional ordinary payroll exclusion.** If this option is indicated on the Coverage Summary, we won't cover ordinary payroll expenses.

*Ordinary payroll expenses* means payroll expenses for all your employees except:

- officers;
- executives;
- department managers; and

- employees under contract.

It includes expenses from:

- payroll;
- employee benefits, if directly related to payroll;
- FICA payments;
- union dues; and
- workers compensation premiums.

**Property Not Covered**

We won't cover the following property under this agreement:

- data which can't be replaced with others of the same kind or quality, unless insured for a specific amount per article;
- program supportive documentation, such as flowcharts, record formats or narrative descriptions except as they are converted to data form and then only in that form;
- accounts, bills, valuable papers;
- records, abstracts, deeds, manuscripts; or
- other documents except as they are converted to data form and then only in that form.

**Where We Cover**

We'll cover property while in the United States, its territories and possessions, Canada, and Puerto Rico.

**Additional Coverages**

The following coverages are included. The limits indicated for these coverages are not in addition to the limits of coverage shown in the Coverage Summary.

**Debris Removal**

If your covered property is damaged or destroyed by direct physical loss from a covered cause of loss, we'll pay for the cost of removing its debris.

But we won't pay for any undamaged property which must be removed because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

STP00662

The **St.Paul**

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

### Interruption By Civil Authority

If we cover extra expenses or earnings and extra expenses, we'll pay your actual extra expenses or actual earnings and extra expenses when a civil authority, like a fire department, denies access to the covered location. This denial of access must result from direct physical loss or damage to property, other than at the covered location, caused by or resulting from a covered cause of loss.

Coverage will apply for a period up to 30 consecutive days while access is denied.

### Preservation Of Property

We'll pay for any direct physical loss or damage to covered property that results when you're forced to remove it from a location endangered by a covered cause of loss.

We'll cover the property while it's being moved to a safe place, while at the new location, and while it's being returned to the covered location. The separate additional benefit limit for property in transit does not apply. But the total limit of insurance for all locations combined won't exceed the limit of coverage at the original location.

### Additional Benefits

All of the following benefits are in addition to the limits of coverage shown on the Coverage Summary. The limit for each additional benefit is also shown in the Coverage Summary.

### Backup Locations

We'll pay for direct physical loss or damage to your data while located at a backup location. To qualify for this additional coverage, each backup location must be in a separate building at least 100 feet away from you main computer operation.

But we won't pay more than the additional benefit limit for backup locations shown in the Coverage Summary.

### Fire Department Service Charge

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for fire department service charges you've agreed to pay by contract or agreement prior to the loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

### Fire Protective Equipment

We'll pay the cost to refill your fire protection equipment if it accidentally discharges or discharges as intended to control a loss covered under this agreement.

But we won't pay more than the additional benefit limit for fire protective equipment shown in the Coverage Summary.

We won't cover any loss that happens at the time of installation, repair, or recharge.

### New Locations

If computer hardware, software or data that we cover at a location shown in the Coverage Summary is moved to a new location, we'll automatically cover the property for direct physical loss or damage from a covered cause of loss at you new location.

But we won't pay more than the additional benefit limit for new locations shown in the Coverage Summary.

You must report the moving of covered property within 60 days of the moving date or this coverage will end at that time. You may be charged an additional premium for this new location.

### Newly Acquired Computer Hardware

We'll pay for direct physical loss or damage to newly acquired computer hardware you acquire while this agreement is in effect.

We'll increase you computer hardware coverage limit up to an additional $500,000 to cover direct physical loss or damage to newly acquired computer hardware at any location shown on the Coverage Summary.

You must report the additional value of all newly acquired computer hardware to us within 60 days of acquiring it or the additional limit ends at that time. An additional premium will be due from the day the computer hardware was acquired.

**Property In Transit**

We'll pay for direct physical loss or damage by a covered cause of loss to you computer hardware, software or data while in transit within the United States, its territories and possessions, Canada and Puerto Rico or between these places.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary. This benefit doesn't apply to any property sent by electronic transmission.

**Property In Transit — Worldwide Extension**

We'll pay for direct physical loss or damage by a covered cause of loss to your computer hardware, software or data while in transit outside the coverage territory.

But we won't pay more than the additional benefit limit for property in transit worldwide extension shown in the Coverage Summary. This benefit doesn't apply to any property sent by electronic transmission.

**Random Attack — Hacking Event or Computer Virus**

We'll pay for direct physical loss or damage caused by a random attack by a hacking event or computer virus.

*Random attack* means the widespread attack by a hacking event or computer virus, directed against the computer systems, software, data, or telecommunications systems of multiple organizations or persons who are not part of you, rather than solely at your computer systems, software, data, or telecommunications systems. Such attack is intended for the purpose of fraud,

nuisance, or malicious tampering or destruction.

*Hacking event* means an attack with allows unauthorized access or use of a computer or telecommunications system by electronically circumventing a security system and procedure.

*Computer virus* means a piece of code that is maliciously or fraudulently introduced into a computer or telecommunications system. Once introduced, the virus may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data or any computer application software, computer network, or computer operating system and related software.

But we won't pay more than the additional benefit limit for random attack – hacking event or computer virus shown in the Coverage Summary.

**Temporary Location**

We'll pay for direct physical loss or damage to your computer hardware, software or data while temporarily within the premises of others for purposes other than storage. This coverage extension is provided for a maximum of 60 days while at any temporary location.

But we won't pay more than the additional benefit limit for temporary location shown in the Coverage Summary.

**Optional Coverage**

**Earthquake**

If this option is selected in the Coverage Summary, we'll cover direct physical loss or damage to covered property caused by earthquake. The Coverage Summary will show the limits of coverage, separate deductibles, and other terms or limitations that may apply to this coverage.

*Earthquake*, as used in this coverage option, means:

- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.

STP00664

**The St.Paul**

## Flood

If this option is selected in the Coverage Summary, we'll cover direct physical loss or damage to covered property caused by flood. The Coverage Summary will show the limits of coverage, separate deductibles and other terms or limitations that may apply to this coverage.

*Flood* means a general and temporary condition of partial or complete inundation of normally dry land due to:

- the overflow of inland or tidal waters;
- the unusual or rapid accumulation or runoff of surface waters from any source; or
- mudslides or mudflows that are caused by flooding as described above.

## Off Premises Utility Failure

If this option is selected in the Coverage Summary, we'll pay for the loss of earnings or extra expenses that results from the failure of a utility service to the covered location described in the Coverage Summary. The Coverage Summary will show the limits of coverage, separate deductibles, and other terms or limitations that may apply to this coverage. You must prove that the failure was a result of direct physical loss or damage to the utility service not on the described premises and from a cause of loss covered by this agreement.

*Utility services* means communications and power supply services.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave or television services to the covered location, such as:

- communications transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

But coverage isn't included for overhead communication lines.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;

- transformers; and
- transmission lines

supplying electricity, to the covered location.

But coverage isn't included for overhead transmission lines.

A separate deductible may be applicable to this optional coverage. If applicable, it will be shown in the Coverage Summary.

## Exclusions — Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order. However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

**Defects or errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, installation, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Denial of service.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means an intentional specific or random attack on your computer system or telecommunications system for the purposes of nuisance, sabotage, or malicious tampering which has the effect of:

- depleting system resources available through the Internet to authorized external users of your computer system or telecommunications system; or

STP00665

42441 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 11 ·          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

- impeding Internet access of authorized external users to your computer system or telecommunications system.

**Disappearance.** We won't cover loss of property that is missing where:
- the only evidence of the loss is a shortage disclosed on taking inventory; or
- there is no physical evidence to show what happened to the property.

**Dishonesty.** We won't cover loss caused by or resulting from any fraudulent, dishonest, or criminal act committed by you or by a partner, member, manager, director, officer, trustee, agent or employee, including leased employee, of yours. Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

This exclusion doesn't apply to acts of destruction by your employees, including leased employees.

**Flood.** Unless the Flood Optional Coverage is checked on the Coverage Summary, we won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:
- flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind;
- mudslide or mudflow;
- surface water;
- water backup or overflow from a sewer, drain, or sump; or
- underground water exerting pressure on or flowing through a sidewalk, driveway or other paved surface, foundation, wall, basement, floor, door, window, or other opening.

But this exclusion doesn't apply to the additional benefit property in transit.

If fire, explosion or sprinkler leakage results, we'll pay for that resulting loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Earthquake.** Unless the Earthquake Optional Coverage is checked on the Coverage Summary, we won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:
- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.

But this exclusion doesn't apply to the additional benefit property in transit.

If fire, explosion or theft results, we'll pay for that resulting loss.

If more than one earthquake occurs within any 168 hour period, we'll consider this one event. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Ordinances, regulations, or laws.** We won't cover loss caused directly or indirectly by the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes the removal of debris. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:
- an ordinance or law that is enforced even if the property has not be damaged; or
- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or the removal

STP00666

**The St.Paul**

of the debris, following a physical loss to that property.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Other indirect loss.** We won't cover loss caused by or resulting from any indirect loss other than loss of earnings and extra expense.

**Random attack – hacking event or computer virus.** We won't cover loss caused directly or indirectly by a random attack by a hacking event or computer virus. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion doesn't apply to any specific attack nor to the additional benefit for random attack – hacking event or computer virus.

*Specific attack* means the intentional attack, by a hacking event or computer virus, directed solely at your computer system, software, data or telecommunications system. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.   .

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing, or replacing damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

*You've ordered materials to repair your building after a fire has damaged it. But you can't get the material because there's a strike at the manufacturer's plant. This prevents you from resuming business and*

*increases your loss. We'll cover this increase in your loss.*

**Utility failure.** We won't cover loss or damage caused directly or indirectly by the failure of power or other utility service supplied to a covered location if the break in service occurs away from that location. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion won't apply to the optional coverage for off premises utility failure.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Voluntary surrender.** We won't cover loss caused by or resulting from covered property that is voluntarily sold or given to someone who obtains it by trick, device, false pretense, or other fraudulent schemes.

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

*   war (declared or undeclared);

*   warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;

*   invasion or insurrection;

*   rebellion, revolution, or civil war;

*   seizure of power; or

*   anything done to hinder or defend against these actions.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Wear, tear, deterioration.** We won't cover loss caused by or resulting from:

*   wear and tear;

STP00667

The St.Paul

- deterioration, mold, wet or dry rot, rust, or corrosion; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

### Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:
- How Your Property Is Valued
- Loss Determination
- Your Responsibility For Resuming Operations
- Limits Of Coverage
- Deductibles
- Other Insurance

We may take over any of the damaged or destroyed property at its agreed or appraised value. We can choose to repair, rebuild or replace the property ourselves provided we give you notice within 30 days after we get your proof of loss. You agree that you won't merely abandon this property to us.

### How Your Property Is Valued

The Coverage Summary indicates one of the following basis of valuation for your computer hardware:
- actual cash value; or
- replacement cost.

**Computer hardware insured on an actual cash value basis.** For computer hardware insured on an actual cash value basis, we'll pay the smallest of the following:
- the actual cash value of the lost or damaged property at the time of the loss;
- the amount it would cost to repair or replace the property with similar kind or quality; or
- the limit of coverage that applies to the property.

**Computer hardware insured on a replacement cost basis.** For computer hardware insured

on a replacement cost basis, we'll pay the cost of repairing or replacing the damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:
- the amount you actually spend in repairing the damage; or the amount it would cost to replace the damaged property at the time of the loss with new property of equal performance, capacity or function; or
- if replacement with new property of equal performance, capacity or function is not possible, its replacement by property having the nearest higher performance, capacity or function to the property lost, destroyed or damaged; or
- the limit of coverage that applies to the property.

We won't pay on a replacement cost basis until property has actually been repaired or replaced.

**Setting a value on software and data.** We'll consider the cost of software and data to be no more than the cost of blank materials plus the costs you incur for replacing, reproducing, transcribing, or copying them. This applies to software and data that are actually replaced or reproduced. If they are not replaced or reproduced, we'll pay only the cost of blank materials. Pre-packaged software is valued at the cost to replace and re-install.

### Loss Determination

**Extra expenses.** We'll cover extra expense for operating when these expenses are over and above what it would normally cost to conduct your business, had no loss or damage occurred. We'll deduct the salvage value that remains of any property bought for temporary use, which you decide to keep after resuming operations.

We'll also cover all necessary expenses that reduce the loss that otherwise would have been incurred.

**Earnings.** Your amount of earnings loss will be determined based on:
- the net income of your business before the direct physical loss or damage occurred;

STP00668

The St.Paul

- the probable net income if loss or damage had not occurred, but not including any net income that would likely have been earned as a result of an increase in volume of business due to favorable conditions caused by the impact of the covered cause of loss on customers or on other businesses;
- the operating expenses, including payroll expenses, necessary to resume computer operations with the same quality of service that existed just before the direct physical loss or damage; and
- other sources of information on your business such as: your financial records and accounting procedures, bill, invoices, and other vouchers and deeds, liens, or contracts.

**Your Responsibility For Resuming Operations**

If you can reduce your loss, by resuming operations at the covered location or elsewhere:

- by using damaged or undamaged property; or
- by using any other source materials or outlets, you agree to do so.

*Extra expense loss.* We'll reduce the amount of your extra expense loss to the extent you can return operations to normal and discontinue extra expenses.

*Earnings loss.* We'll reduce the amount of your earnings loss to the extent you can resume operations in whole or in part:

- by using damaged or undamaged property, or
- by using any other source materials or outlets.

**Limits Of Coverage**

The limits that apply to computer hardware, portable computer hardware, software, data, extra expenses and earnings and extra expense coverages are shown in the Coverage Summary. These limits are the most we'll pay under these coverages no matter how many protected persons are involved or how may claims are made involving one event. Separate limits are shown for each location and each type of coverage. Separate limits are also shown

for additional benefits and optional coverages.

**Deductibles**

Your deductibles are shown in the Coverage Summary.

If more than one deductible is applicable to a loss, the highest deductible amount will be applied to that loss.

**Basic deductible.** You'll pay up to this amount for all losses caused by any one event covered under this agreement except as described below.

**Special breakdown deductible.** This deductible applies to losses resulting from the following:

- mechanical breakdown to your computer hardware; or
- short-circuit, blow-out, electrical or magnetic injury or disturbance to other electrical damage to computer hardware, software or data.

**Earnings and extra expenses deductible.** Your deductible for earnings and extra expenses is shown either as a dollar amount or a time limit. The time limit is shown in business days or hours.

*Business day* means a day, ending at midnight, that you are normally open for business. The first business day or hour begins at the time of loss. The day ends at midnight. However, if the loss occurs after the business has closed for the day, we'll consider the first day or hour to be the next day or hour on which you would normally be open for business.

**Optional coverage deductibles.** These deductibles apply to losses resulting from any of the following optional coverages:

- earthquake;
- flood; or
- off-premises utility failure.

STP00669

## Other Rules

### Other Insurance

Insurance under a separate policy may apply to your covered loss. If the separate policy is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the separate policy more specifically insures the property, we'll pay the amount of your covered loss left after the separate policy has been used up, less the deductible. But we won't pay more than the limit of coverage under this agreement. Excess coverage under this agreement will not apply to the deductible amount of more specific insurance.

### Insurance For Your Benefit

This insurance is for your benefit. No third party having temporary possession of your property, such as a transportation company, can benefit directly or indirectly from it.

### Adjusting Losses

If there's a covered loss to your property we will adjust the loss with you. If there's a covered loss to someone else's property, we'll adjust the loss with you for the owner's account. We can choose to settle directly with the owner. If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

### Who We'll Pay For Loss

If the Coverage Summary identifies a person or organization to receive payment for loss to hardware, we'll adjust the loss with you. However, payment will be made to you and the person or organization named, based on the financial interest each has in the covered property.

### Preserving Your Rights

The following replaces the Recovering Damages From A Third Party section in the General Rules.

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss.

Before a loss occurs, you can give anyone a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses. But after a loss you can release only:

- your tenant;
- another person covered under this policy; or
- any firm or organization that you own or control or that owns or controls you.

STP00670

## MOLD OR BACTERIA EXCLUSION ENDORSEMENT

This endorsement changes your Computer Property Protection insuring agreement. It applies to all property unless otherwise specified in the Coverage Summary.

### How Coverage Is Changed

There are three changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration exclusion is replaced by the following.

   **Wear, tear, deterioration.** We won't cover loss caused by or resulting from:

   - wear and tear;
   - deterioration, rust, or any other corrosion; or
   - the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

2. The following is added to the Exclusions – Losses We Won't Cover section:

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by a covered cause of loss.

   However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

   - test for, monitor, clean up, remove;
   - contain, treat, detoxify, neutralize; or
   - in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following is added to the Exclusions – Losses We Won't Cover section:

   **Seepage or leakage.** We won't cover mold or other fungi, wet or dry rot, or bacteria loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

### Other Terms

All other terms of your policy remain the same.

STP00671

## PUBLIC ENTITY GENERAL LIABILITY PROTECTION COVERAGE SUMMARY

 **ST PAUL TRAVELERS**

This Coverage Summary shows the limits of coverage that apply to your Public Entity General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 1,000,000 |
| *Sewer back-up limit.* | $ | 1,000,000 |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

STP00672

| | | |
|---|---|---|
| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
| CITY OF WAUKEGAN | | Processing Date 11/19/07   15:54   001 |

# PUBLIC ENTITY GENERAL LIABILITY PROTECTION

This insuring agreement provides general liability protection for your operations. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 3 |
| Medical expenses. | 4 |
| Right and duty to defend a protected person. | 5 |
| Additional payments. | 5 |
| Right to appeal a judgment against a protected person. | 6 |
| **When This Agreement Covers** | 6 |
| Bodily injury and property damage liability. | 6 |
| Personal injury liability. | 6 |
| Advertising injury liability. | 6 |
| Medical expenses. | 6 |
| **Where This Agreement Covers** | 6 |
| **Who Is Protected Under This Agreement** | 7 |
| Public entity. | 7 |
| Elected or appointed officials and members. | 7 |
| Employees and volunteer workers. | 7 |
| Real estate managers. | 8 |
| Landlords. | 8 |
| Equipment lessors. | 9 |
| Operators of registered mobile equipment. | 9 |
| Watercraft users. | 9 |
| Persons or organizations as required by written contract. | 9 |
| Separation of protected persons. | 9 |
| **Limits Of Coverage** | 9 |
| General total limit. | 10 |
| Products and completed work total limit. | 10 |
| Personal injury each person limit. | 11 |
| Advertising injury each person limit. | 11 |
| Each event limit. | 11 |
| How the limits of coverage apply if a total limit is left blank. | 12 |

| | Page |
|---|---|
| **Exclusions — What This Agreement Won't Cover** | 12 |
| Advertising, broadcasting, or publishing business. | 12 |
| Aircraft. | 12 |
| Asbestos. | 13 |
| Auto. | 13 |
| Breach of contract. | 14 |
| Contract liability. | 14 |
| Control of property. | 17 |
| Damage to your products or completed work. | 17 |
| Deliberately breaking the law. | 17 |
| Employers liability. | 17 |
| Employment-related practices. | 18 |
| Expected or intended bodily injury or property damage. | 18 |
| Failure to supply service. | 19 |
| False material. | 19 |
| Health care professional services. | 19 |
| Impaired property. | 19 |
| Injury to volunteer firefighters. | 19 |
| Intellectual property. | 20 |
| Law enforcement activities or operations. | 20 |
| Liquor liability. | 20 |
| Material previously made known or used. | 20 |
| Medical expenses of certain persons. | 20 |
| Mobile equipment. | 21 |
| Nuclear energy liability. | 22 |
| Pollution injury or damage. | 23 |
| Pollution work loss, cost, or expense. | 26 |
| Poor quality or performance. | 27 |
| Product recall. | 27 |
| Public use of property. | 27 |
| Watercraft. | 27 |
| Workers compensation or other benefits laws. | 27 |
| Wrong price description. | 28 |
| **Other Insurance** | 28 |
| Primary or excess other insurance. | 28 |
| When this agreement is excess insurance. | 28 |
| Methods of sharing. | 29 |

STP00673

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you, or any described authorized person, before this agreement begins as a result of any of the following at that time:

- You, or such described authorized person, reporting all or part of that bodily injury to us or any other insurer.
- You, or such described authorized person, receiving a claim or suit for all or part of that bodily injury.
- Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described authorized person* means any person while he or she is your:

- Elected or appointed official, director, or executive officer, or member of any of your agencies, boards, or commissions.
- Employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

    *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00674

• happens while this agreement is in effect;
we'll consider such continuation, change, or
resumption to also happen while this
agreement is in effect if that would be the
result because of a continuous, multiple, or
other coverage trigger required under the law
that applies.

We'll consider all loss of use of:
• damaged tangible property to happen at
the time of the physical damage that
caused it; and
• undamaged tangible property to happen at
the time the event that caused it begins;
regardless of when such loss of use actually
happens.

*Tangible property* doesn't include data.

*Previously known physical damage to
tangible property of others* means physical
damage to tangible property of others that
happened before this agreement begins and
was known by you, or any described
authorized person, before this agreement
begins as a result of any of the following
at that time:
• You, or such described authorized person,
reporting all or part of that property
damage to us or any other insurer.
• You, or such described authorized person,
receiving a claim or suit for all or part of
that property damage.
• Such described authorized person
witnessing, or being told of, the beginning,
or any change, continuation, or resumption,
of all or part of that property damage.

*Event* means an accident, including
continuous or repeated exposure to
substantially the same general harmful
conditions.

We explain the terms:
• claim and suit in the Right and duty to
defend a protected person section;
• other organization in the Public entity or
other organization section; and
• employee in the Employees and volunteer
workers section.

**Personal injury liability.** We'll pay amounts
any protected person is legally required to
pay as damages for covered personal injury
that:
• results from your operations; and

• is caused by a personal injury offense
committed while this agreement is in
effect.

*Personal injury* means injury, other than
bodily injury or advertising injury, that's
caused by a personal injury offense.

*Personal injury offense* means any of the
following offenses:
• False arrest, detention, or imprisonment.
• Malicious prosecution.
• Wrongful entry into, or wrongful eviction
from, a room, dwelling, or premises that a
person occupies, if such entry or eviction
is committed by or for the landlord,
lessor, or owner of that room, dwelling,
or premises.
• Invasion of the right of private occupancy
of a room, dwelling, or premises that a
person occupies, if such invasion is
committed by or for the landlord, lessor,
or owner of that room, dwelling, or
premises.
• Libel, or slander, in or with covered
material.
• Making known to any person or
organization covered material that
disparages the business, premises,
products, services, work, or completed
work of others.
• Making known to any person or
organization covered material that violates
a person's right of privacy.

*Covered material* means any material in any
form of expression, including material made
known in or with any electronic means of
communication, such as the Internet.

But we won't consider the following to be
covered material:
• Any website, part of a website, or content
of a website, that's designed, built,
maintained, or determined for others by or
for any protected person whose business
is designing, building, or maintaining, or
determining the content of, websites for
others.
• Any material made known in an electronic
chatroom or bulletin board over which any
protected person exercises control, or that
any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts
any protected person is legally required to
pay as damages for covered advertising
injury that:

STP00675

- results from the advertising of your facilities, operations, or services, or your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your facilities, operations, or services, or your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of seeking or increasing:

- interest or participation in civic, educational, entertainment, recreational, or social activities or events;
- private or public development, growth, or investment;
- use of facilities or services by others; or
- visits by tourists, travelers, or membership, trade, or similar groups, organizations, or shows.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section of this What This Agreement Covers section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that are incurred for bodily injury which is caused by an event that:

- begins while this agreement is in effect; and
- results from your activities, happens at, on, or in any premises that you rent or lease from others, or own, or happens on the ways next to such premises;

even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00676

- funeral services.

We explain the term health care professional services in the Health care professional services exclusion.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or

- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons at our request.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

STP00677

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement only in the coverage territory and only for:

- covered injury or damage that's caused by events which happen, or offenses which are committed, there, and
- covered medical expenses that are incurred for bodily injury which is caused by events that happen there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

STP00678

For example:

*Your public official travels on an economic development fact-finding trip to Norway for two weeks. While there, the official allegedly causes bodily injury to a Norwegian citizen. A few months later, the Norwegian citizen sues you for the alleged bodily injury. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

**Coverage territory** means:
- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials and members.** Your lawfully elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons only for the conduct of their duties as your lawfully elected or appointed officials, directors, executive officers, or members.

However, no elected or appointed official, director, executive officer or member is a protected person for bodily injury or personal injury to:
- you;
- any of your employees;

- the spouse, or any child, parent, brother, or sister, of that employee if such injury results from the bodily injury or personal injury to such employee;
- any fellow elected or appointed official, director, executive officer, or member; or
- the spouse, or any child, parent, brother, or sister, of that fellow elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury to such fellow elected or appointed official, director, executive officer, or member.

Nor is any elected or appointed official, director, executive officer, or member a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no elected or appointed official, director, executive officer, or member is a protected person for property damage to property that's controlled by:
- you;
- any of your employees; or
- that elected or appointed official, director, executive officer, or member.

But we won't apply the exclusions in this Elected or appointed officials and members section to premises damage.

**Employees and volunteer workers.** Your employees are protected persons only for:
- work done within the scope of their employment by you;
- their performance of duties related to the conduct of your operations; or
- their acts as good samaritans in response to an accident or public emergency.

And your volunteer workers are protected persons only for activities or work they conduct or perform:
- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:
- you;
- any of your elected or appointed officials, directors, executive officers, or members of any of your agencies, boards, or commissions;

STP00679

- the spouse, or any child, parent, brother, or sister, of such elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury to such elected or appointed official, director, executive officer, or member;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of any fellow employee or any fellow volunteer worker, or any of your employees, which results from the bodily injury or personal injury to that fellow employee, that fellow volunteer worker, or that employee.

Nor is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your elected or appointed officials, directors, executive officers, or members;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to premises damage.

Nor will we apply this Employees and volunteer workers section to your elected or appointed officials. Instead, we'll apply the Elected or appointed officials and members section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

- isn't working within the scope of his or her employment as an employee or as a leased temporary worker;

- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees or volunteer workers. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented, loaned, or leased to, or borrowed by, you is a protected person only for the ownership, maintenance, or use of that premises while you rent, lease, or borrow it.

However, no landlord, lessor, manager, or owner of such premises is a protected person for injury or damage that results from any of the following work while being done by or for that landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

STP00680

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** Any operator of registered mobile equipment is a protected person only for covered bodily injury or property damage that results from his or her driving of such equipment on a public street or road with your permission.

Any other person or organization legally responsible for the driving conduct of an operator of such mobile equipment is also a protected person only for such bodily injury or property damage. But only if there's no valid and collectible other insurance that applies to such liability and is available to that person or organization.

However, no operator of such mobile equipment or other person or organization is a protected person for:

• bodily injury to a fellow employee of the operator; or
• property damage to property controlled by you or the employer of the operator.

Also, if any operator of such mobile equipment is your employee or volunteer worker, we'll also apply the exclusions in the Employees and volunteer workers section to that operator to the extent those exclusions would otherwise apply.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

• employee, volunteer worker, and controlled by in the Employees and volunteer workers section;
• mobile equipment in the Mobile equipment exclusion; and
• other insurance in the Other Insurance section.

**Watercraft users.** Any person or organization who uses or is responsible for the use of watercraft you own or use is a protected person. But only for covered bodily injury or property damage that results from the use of such watercraft with your permission.

**Persons or organizations as required by written contract.** Any person or organization that:

• is not otherwise a protected person under this agreement; and
• you agree in a written contract or agreement to add as an additional protected person under this agreement;

is a protected person, but only for covered injury or damage that results from your work for such person or organization.

However, no such person or organization under contract is a protected person for:

• injury or damage that results from its sole negligence; or
• bodily injury or property damage that happened, or personal injury or advertising injury caused by an offense that's committed, before such written contract is made.

We explain the term your work in the Products and completed work total limit section.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage                    STP00681

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that are incurred for bodily injury which is caused by all events that begin in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that results from your products and happens in a policy year; and
- all covered bodily injury and property damage that results from your completed work and happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes potable water sold by or distributed by you.

Your products also includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction,

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00682

repair, or replacement, but which is otherwise complete; or

- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work or service;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work or service; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work or service.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that's caused by any one event; and
- all covered medical expenses that are incurred for bodily injury which is caused by any one event.

However, the most we'll pay for covered bodily injury or property damage that's caused by any one event or covered medical expenses that are incurred for bodily injury which is caused by any one event is further limited by the following:

*Failure to supply limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

STP00683

- result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service; and
- are caused by any one event.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that are incurred for bodily injury which:

- is sustained by any one person; and
- is caused by any one event.

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Sewer back-up limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

- result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain; and
- is caused by any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

**Exclusions — What This Agreement Won't Cover**

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises,

products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an advertising injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your operations.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your operations, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00684

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, use, or operation of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Asbestos.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

**STP00685**

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:
- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:
- the permitting of others to use or do something; or
- the giving of something to others' for safekeeping.

*Supervision of others* means:
- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:
- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't

specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:
- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit.  But we'll do so because of that covered contract only if:
- that indemnitee isn't a protected person for such injury or damage;
- the claim or suit is for injury or damage for which you have assumed the liability of that indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and that indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:
- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.

STP00686

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.

- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

STP00687

*Architect, engineer, or surveyor indemnity*
means that part which indemnifies any
architect, engineer, or surveyor for injury or
damage that results from:

- the preparation or approval of, or failure
to prepare or approve, any drawing and
specification, or any map, opinion, report,
survey, change order, field order, or shop
drawing; or

- the giving of or failure to give any
direction or instruction if that giving or
failure to give is the primary cause of the
injury or damage.

*Architect, engineer, or surveyor professional
services by protected person indemnity*
means that part which indemnifies any
person or organization for injury or damage
that results from the performance of or
failure to perform architect, engineer, or
surveyor professional services by the
protected person who is an architect,
engineer, or surveyor.

*Architect, engineer, or surveyor professional
services* includes:

- the preparation or approval of any drawing
and specification, or any map, opinion,
report, survey, change order, field order,
or shop drawing; and

- any architectural, engineering, inspection,
or supervisory activity.

*War indemnity* means that part which
indemnifies any person or organization for
bodily injury or property damage that results
from war.

*Indemnitee* means any person or
organization that you have agreed under a
covered contract to indemnify or hold
harmless.

*Indemnitee defense control and authority
requirements* means the following
requirements that must be fulfilled for us to
defend an indemnitee against a claim or suit
under this agreement:

- You and the indemnitee must ask us to
conduct and control the defense of the
indemnitee against the claim or suit under
this agreement.

- We must determine that there's no conflict
between your interests and those of the
indemnitee, based on the allegations in the
claim or suit and on what we know about
the factual and legal basis for the
damages being sought.

- You and the indemnitee must each agree
in writing that we can assign the same
counsel to defend you and the indemnitee.

- The indemnitee must give us authority in
writing to conduct and control its defense
against the claim or suit.

- The indemnitee must give us authority in
writing to obtain records and other
information related to the claim or suit.

- The indemnitee must agree in writing to
comply with our indemnitee defense
cooperation and notice requirements.

*Indemnitee defense cooperation and notice
requirements* means the following
requirements that must be fulfilled for us to
continue defending an indemnitee against a
claim or suit under this agreement:

- The indemnitee must cooperate with us in
the investigation, settlement, or defense
of the claim or suit.

- The indemnitee must provide us with a
copy of any demand, notice, summons, or
legal paper received in connection with the
claim or suit as soon as possible after it
is received.

- The indemnitee must give notice of the
claim or suit to any provider of other
insurance that provides coverage which
applies to the claim or suit and is
available to the indemnitee.

- The indemnitee must help us coordinate
the application of such other insurance to
the claim or suit.

*Indemnitee defense expenses incurred by us*
means the:

- attorney fees and necessary litigation
expenses incurred by us to defend an
indemnitee against a claim or suit for
damages covered by this agreement; and

- necessary litigation expenses incurred by
the indemnitee at our request in
connection with the claim or suit.

*Indemnitee defense expenses assumed under
contract* means the reasonable attorney fees
and necessary litigation expenses that:

- are incurred by or for an indemnitee to
defend itself against a claim or suit for
damages covered by this agreement; and

- are subject to a covered contract under
which you have agreed to defend, or pay
for the defense of, the indemnitee against
the claim or suit.

STP00688

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

We explain the terms:
- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:
- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.
- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:
- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:
- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture road signs for others. Regardless of the cause, we won't protect you for any property damage to the road signs.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- this agreement provides coverage for such completed work.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:
- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:
- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee, which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*Your employee is injured while driving your truck when the truck goes in the ditch around a sharp curve in the road. He receives workers compensation benefits. If he later sues you in your capacity as a property owner, alleging that his injury happened because the road design was defective, we won't protect you.*

STP00689

We'll apply this exclusion to any obligation of the protected person to share damages with, or repay someone else who must pay damages for, such bodily injury to:

- that employee; or
- the spouse, or any child, parent, brother, or sister, of that employee.

For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she and her husband sue the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. In that suit, her husband seeks compensation for her care and loss of services and for physical harm he has sustained as a result of his wife's injuries. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press — not the lack of guarding devices — resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Employment-related practices.** We won't cover personal injury to any protected person's current, former, or prospective employee, leased temporary worker, or independent contractor that results from any:

- refusal to hire that person;
- termination of that person's employment, leased temporary worker status, or independent contractor status; or
- other act, omission, policy, or practice related to that person's current, former, or prospective employment, leased temporary worker status, or independent contractor status and applied to that person, such as coercion, demotion, discipline, discrimination, evaluation, harassment, humiliation, libel, reassignment, or slander, or violation of the person's right of privacy.

For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with, or to repay someone else who must pay damages for, such personal injury to:

- that employee, worker, or independent contractor; or
- the spouse, or any child, parent, brother, or sister of that employee, worker, or independent contractor.

We'll consider any protected person's prospective employee, leased temporary worker, or independent contractor to include any person who applies or seeks to be any protected person's employee, leased temporary worker, or independent contractor.

*Independent contractor* means any person who:

- has a contract with the protected person to perform for the protected person certain duties related to the conduct of the protected person's business; and
- isn't the protected person's employee, leased temporary worker, or volunteer worker.

We explain the terms employee, leased temporary worker, and volunteer worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00690

that result from the use of reasonable force to protect persons or property.

**Failure to supply service.** We won't cover bodily injury or property damage or medical expenses that result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service.

However, we won't apply this exclusion if the failure to supply results from accidental damage to tangible property owned or used by any protected person to obtain, produce, process, or transmit such service.

Nor will we apply this exclusion if there is a Failure to supply limit greater than zero shown in the Coverage Summary.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or

- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You buy smoke detectors and give them to residents and organizations in your area who qualify for them. One of those organizations is a food shelf. Several weeks after the food shelf's smoke detector is installed, it breaks during the routine daily test required for its safe operation. Due to your life safety code, the food shelf can't use its building until the smoke detector is repaired or replaced. That work takes several days. To continue operating during that period of time, the food shelf incurs extra costs to use space in a nearby building. If the food shelf sues you to recover those costs, we won't apply the exclusion. However, if the food shelf discovers while the smoke detector is being installed that it is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to volunteer firefighters.** We won't cover bodily injury, personal injury, or medical expenses to any volunteer firefighter that results from his or her duties as a volunteer firefighter for you or anyone else.

*Volunteer firefighter* includes an emergency medical services, first aid, or rescue squad volunteer.

---

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00691

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Law enforcement activities or operations.** We won't cover injury or damage or medical expenses that result from law enforcement activities or operations.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

But we won't consider injury or damage or medical expenses that result from the ownership, maintenance, or use of a premises that isn't usually used for the conduct of law enforcement activities or operations to result from law enforcement activities or operations.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.

For example:

*Your city fire department hosts an annual awards banquet with an open bar. After this year's banquet, an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply this exclusion because you're not in the business of serving alcoholic beverages.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than as your volunteer worker;

STP00692

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured while practicing for or taking part in any recreation program which you operate or sponsor;
- injured while attending or taking part in any day or overnight camp which you operate or sponsor;
- injured while attending or being cared for in any adult or child day care center;
- injured at, on, or in that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured while being detained, held, or imprisoned in any correctional facility, jail, penal institution, penitentiary, prison, or similar facility;
- injured while receiving care or services or residing in any health care, residential care, or shelter facility;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we reasonably require, at our expense, by doctors we choose.

*Recreation program* includes any athletic or sports:
- clinic, instruction, or lesson; or
- contest, exhibition, game, or league.

*Health care facility* means any:
- alcohol or drug treatment facility;
- convalescent or nursing home;
- hospital;
- mental-psychopathic facility;
- outpatient clinic, dispensary, or infirmary; or
- similar facility.

*Residential care facility* means any:
- home for the elderly, orphaned, or physically handicapped; or
- similar facility.

*Shelter facility* means any:
- halfway or settlement house;

- mission;
- shelter; or
- similar facility.

*War* includes:
- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:
- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:
- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:
- is designed for use primarily off public streets or roads;
- is kept for use only on or next to a premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

But we won't consider an auto that is kept for use only on your streets or roads to be mobile equipment.

STP00693

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying persons or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal or street cleaning, or for street or road maintenance, but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between that government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00694

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of:

- chlorine or sodium hypochlorite in your sewage treatment, swimming pool maintenance, or water purification operations; or
- any pesticide or herbicide by or for you;

if such application or use meets all legal or license requirements of any governmental agency or authority which apply to it.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of any pollutant in the providing of, or failure to provide, fire fighting or emergency response services at, on, or in any premises, site, or location, other than a waste site.

In addition, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain, but only if such bodily injury, property damage, or medical expenses don't result from any corrosive or radioactive:

- material; or
- waste;

in the sewage.

*Firefighting or emergency response services* includes any training for the providing of such services.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your maintenance garage was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00696

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

But we won't consider a premises, site, or location that's owned, rented, leased, borrowed, or occupied by any protected person to be a protected person's work site. For example:

*You own an office building. It is cleaned and maintained by:*

* *several of your employees; and*
* *an independent contractor hired by you.*

*Pollution injury or damage results from the chemicals used connection with that maintenance work. Regardless of whether:*

* *that work is performed by any of your employees or by that contractor; or*
* *your office building qualifies as a work site of that contractor;*

*we'll consider your office building to be a protected person's premises, rather than a protected person's work site, for purposes of determining your or your employees' coverage for that injury or damage under this agreement.*

**Waste pollutant** means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

* any protected person; or
* any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your recycling center is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

**Building heating equipment fumes, smoke, soot, or vapors** means only the fumes, smoke, soot, or vapors that:

* result from equipment used to heat a building at or on a protected person's premises; and
* are within that building.

**Contractor or service work materials fumes, gases, or vapors** means only the fumes, gases, or vapors that:

* result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
* are within that building.

**Hostile fire heat, fumes, or smoke** means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

* the protected person's premises, other than a waste site; or
* the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

**Hostile fire** means a fire that:

* becomes uncontrollable; or
* breaks out from where it was intended to be.

**Mobile equipment operating fluids** means only the fuels, lubricants, or other operating fluids that:

* are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person, at, on, or in the protected person's work site;
* are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
* aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
* aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
* escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:
- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site;
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

*Back-up* means reverse flow or movement.

We explain the terms:
- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:
- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:
- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a* gap between the floor and an adjoining wall.

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to the Pollution work loss, cost, or expense exclusion. However, we won't cover:*
- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:
- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your water utility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

STP00698

● 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

We explain the terms:
- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:
- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:
- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:
- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Public use of property.** We won't cover injury or damage that results from:
- any method or proceeding used in the taking or controlling of private property for public use; or
- the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:
- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:
- is for the ownership, maintenance, use, or operation of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:
- any watercraft while ashore on a premises that you rent or lease from others, or own;
- any watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge;
- any watercraft you own that is less than 25 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:
- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:
- workers compensation law;
- disability benefits law;

**STP00699**

- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

### Other Insurance

This agreement is primary insurance. However, if there's any valid and collectible other insurance for injury or damage covered by this agreement, we'll apply this agreement in connection with that other insurance in accordance with the rest of this section.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance.** When there's primary other insurance, we'll share with that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;

- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- coverage for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft, auto, or watercraft, and that isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the terms:

- loading or unloading, entrustment to others, supervision of others, and auto in the Auto exclusion; and
- your work in the Products and completed work total limit section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any provider of other insurance has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no provider of other insurance will do so. In return we'll require that we be given all of that protected person's rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00700

But we won't pay more than the limit of coverage that applies under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limit of coverage that applies under this agreement. If the limit of coverage that applies under any of the applicable insurance, including this agreement, is used up before the entire amount of the damages is paid, the insurance that remains will share the balance of the damages equally until:

- the limits of coverage that apply under the remaining insurance are used up; or
- the entire amount of the damages is paid.

For example:

*You're required by a court to pay damages of $2,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, two other policies (Policy B and Policy C) apply to the judgment. The limit of coverage that applies under:*

- *this agreement is $1,000,000;*
- *Policy B is $200,000; and*
- *Policy C is $600,000.*

*First, $200,000 is subtracted from each policy's limit of coverage because that's the lowest limit of coverage that applies under any of the three policies. The result is:*

- *$800,000 remains of this agreement's limit of coverage;*
- *Policy B's limit of coverage is used up;*
- *$400,000 remains of Policy C's limit of coverage; and*
- *the balance due on the judgment is $1,400,000.*

*Next, $400,000 is subtracted under this agreement and under Policy C because that*

*amount equals the smallest amount remaining of the limit of coverage that applies under either policy after the initial $200,000 payment. The result is:*

- *$400,000 remains of this agreement's limit of coverage;*
- *Policy C's limit of coverage is used up; and*
- *the balance due on the judgment is now $600,000.*

*Finally, the remainder of the limit of coverage under this agreement is paid. The result is:*

- *this agreement's limit of coverage is used up;*
- *the total paid under the three policies is $1,800,000; and*
- *the balance due on the judgment is now $200,000, which you must pay.*

*Contribution by limits of coverage.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that's equal to our percentage of the total of all limits of coverage that apply. But we won't pay more than the limit of coverage that applies under this agreement. For example:

*You are required by a court to pay damages of $6,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, another policy (Policy B) applies to the judgment. The limit of coverage that applies under this agreement is $3,000,000. Policy B has a $1,000,000 limit of coverage that applies. The total of all limits of coverage that apply is $4,000,000.*

*Our percentage is 75% ($3,000,000/$4,000,000) of the total of all limits of coverage that apply. But we won't pay 75% of the judgment because that $4,500,000 share is more than our limit of coverage. We'll pay only our limit of coverage, which is $3,000,000.*

STP00701

**HEALTH CARE AND SOCIAL SERVICE PROFESSIONAL SERVICES ENDORSEMENT – PUBLIC ENTITY GENERAL LIABILITY**

This endorsement changes your Public Entity General Liability Protection.

**Schedule of Described Professionals ( ☒ indicates applicable)**

☐ Nurse – other than a jail nurse

☐ Jail Nurse

☒ Emergency Medical Technician

☐ Social Service Professional

☐

**How Coverage Is Changed**

There are six changes that are explained below.

1. The following is added to the definition of event. This change broadens coverage.

   However, for purposes of the Health Care And Social Service Professional Services Endorsement – Public Entity General Liability, event means:

   • an error, omission, or negligent act in the performance of or failure to perform health care professional services by a described professional acting within the scope of his or her duties for you as such described professional; or

   • an error, omission, or negligent act in the performance of or failure to perform social service professional services by a described professional acting within the scope of his or her duties for you as such described professional.

*Described professional* means any of your employees or volunteer workers who:

   • isn't a medical doctor;

   • isn't a nurse performing health care professional services at or in connection with a nursing home; and

   • is performing duties for you as a professional indicated with an ☒ in the Schedule of Described Professionals in the Health Care And Social Service Professional Services Endorsement – Public Entity General Liability.

*Social service professional services* means any of the professional services or activities that are, or should have been, performed by any employee or volunteer worker of your social services department, health and human services department, or similar department, including any advice or instruction provided with such service or activity.

We explain the term health care professional services in the Health care professional services exclusion.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/19/07  15:54  001 |

2. The following is added to the Employees and volunteer workers section. This change broadens coverage.

Nor will we apply the exclusions in this Employees and volunteer workers section to bodily injury that results from the performance of or failure to perform:

- health care professional services; or
- social service professional services;

by a described professional acting within the scope of his or her duties for you as such described professional.

We explain the term health care professional services in the Health care professional services exclusion.

3. The following is added to the Each event limit section. This change limits coverage.

We'll consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform health care professional services by any one described professional for or to any one person to be one event.

We'll also consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform social service professional services by any one described professional for or to any one person to be one event.

*Related errors, omissions, or negligent acts* means two or more errors, omissions, or negligent acts that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

We explain the term health care professional services in the Health care professional services exclusion.

4. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Criminal, malicious, dishonest, or fraudulent errors, omissions, or acts, or knowing violations of rights or laws.** We won't cover bodily injury or property damage or medical expenses that result from any criminal, malicious, dishonest, or fraudulent error, omission, or act, or any knowing violation of rights or laws, committed by a described professional in the performance of or failure to perform:

- health care professional services; or
- social service professional services.

But we won't apply this exclusion to any protected person who didn't consent to, or have knowledge of, such criminal, malicious, dishonest, or fraudulent error, omission, or act, or knowing violation.

Nor will we apply this exclusion to our duty to defend:

- a described professional until it has been determined or admitted in a legal proceeding that such described professional committed such error, omission, or act, or knowing violation; or
- any other protected person until it has been determined or admitted in a legal proceeding that such protected person consented to, or had knowledge of, such error, omission, or act, or knowing violation.

We explain the term health care professional services in the Health care professional services exclusion.

5. The following replaces the Health care professional services exclusion. This change broadens coverage.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

Nor will we apply this exclusion to:

- you;
- any protected person who is a described professional; or

© 2006 The Travelers Companies, Inc. All rights reserved.
STP00703

- any other protected person who isn't a medical doctor;

If such injury or damage or medical expenses result from the performance of or failure to perform health care professional services by such described professional acting within the scope of his or her duties for you as such described professional.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

- the dispensing of drugs or medical or dental supplies and appliances;

- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures; and

- any counseling or advisory service in connection with alcohol or drug rehabilitation services, crisis intervention or prevention services, mental health services, or other similar services.

6. If Jail Nurse is indicated with an ☒ in the Schedule of Described Professionals in this endorsement, the following is added to the Law enforcement activities or operations exclusion. This change broadens coverage.

But we won't apply this exclusion to injury or damage or medical expenses that result from the performance of or failure to perform health care professional services by a jail nurse acting within the scope of his or her duties for you as a jail nurse.

*Jail nurse* means any of your employees or volunteer workers who:

- isn't a medical doctor; and

- is a nurse for your jail, correctional facility, penal institution, penitentiary, prison, or similar facility.

**Other Terms**

All other terms of your policy remain the same.

STP00704

Endorsement

**PUBLIC SECTOR SERVICES**
**ILLINOIS PUBLIC SECTOR CONTRACT LIABILITY**
**INDEMNITEE DEFENSE COVERAGE ENDORSEMENT**

This endorsement changes your Public Entity
General Liability Protection to comply with a
regulatory requirement of the Illinois
Insurance Department.

## How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the Additional
   payments section.

   If we defend a protected person against
   a suit and an indemnitee of the protected
   person is also named as a party to the
   suit, we will defend that indemnitee if all
   of the following conditions are met:

   a. The suit against the indemnitee seeks
      damages for which the protected
      person has assumed the liability of
      the indemnitee in a contract or
      agreement that is a covered contract.

   b. This insurance applies to such liability
      assumed by the protected person;

   c. The obligation to defend, or the cost
      of the defense of, that indemnitee,
      has also been assumed by the
      protected person in the same covered
      contract;

   d. The allegations of the suit and the
      information we know about the event
      are such that no conflict appears to
      exist between the interests of the
      protected person and the interests of
      the indemnitee;

   e. The indemnitee and the protected
      person ask us to conduct and control
      the defense of that indemnitee
      against such suit and agree that we
      can assign the same counsel to
      defend the protected person and the
      indemnitee; and

   f. The indemnitee:
      (1) Agrees in writing to:
          (a) Cooperate with us in the
              investigation, settlement or
              defense of the suit;

          (b) Immediately send us copies of
              any demands, notices,
              summons, or legal papers
              received in connection with the
              suit;

          (c) Notify any other insurer whose
              coverage is available to the
              indemnitee; and

          (d) Cooperate with us with respect
              to coordinating other applicable
              insurance available to the
              indemnitee; and

      (2) Provides us with written
          authorization to:

          (a) Obtain records and any other
              information related to the suit;
              and

          (b) Conduct and control the
              defense of the indemnitee in
              such suit;

So long as the above conditions are met,
attorneys fees incurred by us in the
defense of that indemnitee, necessary
litigation expenses incurred by us, and
necessary litigation expenses incurred by
the indemnitee at our request will be
paid as Additional Payments.
Notwithstanding other provisions of the
What This Agreement Covers section,
such payments will not be deemed to be
damages for injury or damage and will
not reduce the limits of coverage.

Our obligation to defend a protected
person's indemnitee and to pay for
attorneys fees and necessary litigation
expenses as Additional Payments ends
when:

a. We have used up the applicable limit
   of coverage with the payment of
   damages or medical expenses; or

**STP00705**

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

2. The following replaces the Contract liability exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if we don't have a duty to defend an indemnitee under:

- the contract liability indemnitee defense coverage in the Additional payments section; or
- the Right and duty to defend a protected person section;

we'll consider and pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment is for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or

© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00706

failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

* the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and
* any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

* are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
* are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

**Other Terms**

All other terms of your policy remain the same.

STP00707

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY GENERAL LIABILITY**
**SELF-INSURED RETENTIONS ENDORSEMENT —**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity General Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

**Self-Insured Retentions Table**

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each event retention. | $150,000 |
| Personal injury each person retention. | $150,000 |
| Advertising injury each person retention. | $150,000 |
| Sexual abuse each person retention. | $ |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

**How Coverage Is Changed**

There are eight changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

**Self-Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

* protected persons;
* claims made or suits brought; or

* persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

* Fees, costs, or expenses of hired or appointed attorneys.
* The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
* Independent expert's or special investigator's fees, costs, or expenses.
* Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 11/19/07   15:54   001 |

- Additional living expenses.
- Costs taxed against a protected person for covered injury or damage in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and

- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each event retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and property damage that's caused by any one event.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the each event retention doesn't apply to covered bodily injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person. Instead, the sexual abuse each person retention applies to such bodily injury.

*Sexual abuse* means any illegal or offensive physical act or contact of a sexual nature.

**Personal injury each person retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the personal injury each person retention doesn't apply to covered personal injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person. Instead, the sexual abuse each person retention applies to such personal injury.

We explain the term policy year in the General total limit section.

**Advertising injury each person retention.** You'll be responsible for the amount of

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00709

damages and defense expenses within this self-insured retention for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Sexual abuse each person retention.** If your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, you'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and personal injury which result from all sexual abuse that:

- is sustained by any one person; and
- is committed in a policy year by all persons who otherwise qualify as protected persons.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of:

- all each event retentions for all covered bodily injury and property damage that happens in a policy year;
- all personal injury each person retentions for all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all advertising injury each person retentions for all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all sexual abuse each person retentions for all covered bodily injury and personal injury that's caused by all sexual abuse committed in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period

by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

STP00710

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate an event, offense, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which

the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00711

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Contract liability exclusion. This change reduces our obligations by removing our duty to defend an indemnitee in connection with a covered contract under which a protected person has agreed to defend an indemnitee against a claim or suit for covered injury or damage.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered

contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage that's covered by this agreement, we'll have the right, but not the duty, to defend the indemnitee against the claim or suit.

If we choose to defend an indemnitee against a claim or suit on any basis other than your claim handling service, we'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Payments of such expenses are not subject to either the self-insured retentions or the limits of coverage, but our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of settlements or judgments.

However, when we choose to defend an indemnitee against a claim or suit, you and the indemnitee must comply with:

- all of our indemnitee defense control and authority requirements; and
- all of our indemnitee defense cooperation and notice requirements.

If any of these requirements are not fulfilled, we may transfer control of the defense of the claim or suit against the indemnitee to you. We agree to take whatever steps are necessary during the transfer of control to continue that defense, and avoid a default judgment, during the transfer. When we transfer such control to you, you agree that we won't waive or give up any of our rights under this agreement. The reasonable expenses we incur for such transfer are subject to the self-insured retentions.

Also, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceed the self-insured retention that applies.

When we choose not to defend an indemnitee against a claim or suit, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the self-insured retentions and the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment;
- the combined amount of the judgment and any indemnitee defense expenses assumed under contract that we pay is more than the self-insured retention that applies; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;

G0596 Ed. 6-06
Page 6 of 8

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP00713

- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map,

opinion, report, survey, change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by the indemnitee at our request in connection with the claim or suit.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled when we choose to defend an indemnitee against a claim or suit under this agreement:

- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend you and the indemnitee.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee we chose to defend against a claim or suit under this agreement:

STP00714

Endorsement

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.
- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any provider of other insurance that provides coverage which applies to the claim or suit and is available to the indemnitee.
- The indemnitee must help us coordinate the application of such other insurance to the claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

7. The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are damages for covered bodily injury.

8. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

STP00715

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

## UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT

This endorsement changes your Commercial
General Liability Protection.

---

### How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Unsolicited communication.** We won't cover
injury or damage or medical expenses that
result from any actual or alleged violation
of any law or regulation that restricts or
prohibits the transmitting of unsolicited
communication.

Nor will we cover any other injury or
damage alleged in a claim or suit that
also alleges any such violation.

*Unsolicited communication* means any
communication, in any form, that:

- is received by any person or
  organization; and
- such person or organization didn't ask to
  receive.

### Other Terms

All other terms of your policy remain the
same.

STP00716

## LEAD EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Lead.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of lead in any form or by any person; or
- existence of lead in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize lead in any form; or
- respond to, or assess, in any way the effects of lead in any form.

Because lead, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

STP00717

## MEDICAL EXPENSES EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are paid as damages for bodily injury covered by this agreement.

We explain what we mean by medical expenses in the What This Agreement Covers section.

### Other Terms

All other terms of your policy remain the same.

STP00718