# EXHIBIT E
# Part 1K

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the

protected person at, on, or in the protected person's work site;

- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01056

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and

---

- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.** We won't cover bodily injury or property damage that results from the:

- use of racing mobile equipment; or
- supervision of others in or for such use.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain the terms:

- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- supervision of others in the Aircraft exclusion.

**Uninsured motorists.** We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law; or
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01058

acquire such a watercraft and we agree to provide coverage under this agreement.

We explain the terms loading or unloading, entrustment to others, and supervision of others, in the Aircraft exclusion.

**Workers compensation and other benefit laws.** We won't cover any obligation that the protected person has under any:
- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages or medical expenses.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of a country or jurisdiction prohibit us from paying on behalf of a protected person those amounts the protected person is legally required to pay as damages for injury or damage covered by this agreement, that protected person may pay those amounts with our consent.

If the protected person gives us proof of such payments, we'll reimburse that protected person for the amount by which that protected person's payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever

applies. But we'll only repay such protected person for amounts up to the limits of coverage that apply under this agreement.

### Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:
- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from the payment of damages or medical expenses won't be considered a change of limits.

If you fail to meet any of the above requirements, this insurance will remain in effect. But we won't be liable for more than we would have been had you met all of those requirements.

If you are unable to recover from a Basic Insurer because:
- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

we'll only pay damages covered by this agreement that exceed the limits of coverage shown in the Schedule Of Basic Insurance.

### Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:
- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or
- any adjustment that results from the cancellation of this agreement.

However, we may charge you additional premium if:

- you add any new person or organization to those protected by your Basic Insurance; and

- a charge is made for that new person or organization by your Basic Insurer.

You must notify us promptly if that happens.

### Recovering Damages From A Third Party

This section replaces the Recovering Damages From A Third Party section in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage, that apply under this agreement will be reimbursed for the actual excess amount paid.

- Next, we'll be reimbursed for any payments we've actually made.

- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person or organization that made the claim or brought the suit.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01060

## PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained below.

1. The following is added to the Bodily injury and property damage liability section of the What This Agreement Covers section. This change limits or excludes coverage anywhere our coverage intent would be interpreted more broadly than what's intended by the revised wording under the law that applies. Elsewhere, this change doesn't change coverage.

   *Tangible property* doesn't include data.

2. The following is added to the Intellectual property exclusion as the second paragraph of that exclusion. This change excludes coverage.

   Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

### Other Terms

All other terms of your policy remain the same.

**PUBLIC SECTOR SERVICES
FAILURE TO SUPPLY SERVICE TOTAL EXCLUSION ENDORSEMENT —
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Failure to supply service.** We won't cover
bodily injury or property damage that results
from the failure of any protected person to
adequately supply electricity, gas, oil, steam,
or water service.

## Other Terms

All other terms of your policy remain the
same.

**ASBESTOS EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

---

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Asbestos.** We won't cover injury or damage
that results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of any
  other solid, liquid, gaseous, or thermal
  irritant or contaminant, including smoke,
  vapors, soot, fumes, acids, alkalis,
  chemicals, and waste, in any form by any
  person; or
- existence of any such other irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described in
the first paragraph of this exclusion.

We also won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  asbestos in any form; or
- respond to, or assess, in any way the
  effects of asbestos in any form.

Because asbestos, and any such other
irritants or contaminants, are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution bodily injury or property damage
  related to autos exclusion.
- Pollution injury or damage exclusion, or
  Pollution injury or damage not related to
  autos exclusion, whichever is in this
  agreement.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion made
  part of this agreement.

We explain the terms pollutant and waste in
either the Pollution injury or damage
exclusion, or the Pollution injury or damage
not related to autos exclusion, whichever is
in this agreement.

## Other Terms

All other terms of your policy remain the
same.

---

● 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved                 Page 1 of 1

STP01063

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of mold or other fungi, or bacteria, in any form by any person; or
- existence of mold or other fungi, or bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury or property damage that results from mold or other fungi, or bacteria, which are, or are on, in, or part of, any good or product that's intended to be consumed as a food, beverage, or medicine;
- bodily injury that results from bacteria which are directly transmitted solely by or from another person to the person sustaining the bodily injury; or
- bodily injury that results from a bacterial infection which develops in connection with physical harm to the person sustaining the bodily injury, if such physical harm isn't excluded by this exclusion part, or any other part of this exclusion, and a claim or suit is made or brought against the protected person for such physical harm.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described as excluded in the first paragraph of this exclusion.

Also, we won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize mold or other fungi, or bacteria, in any form; or
- respond to, or assess, in any way the effects of mold or other fungi, or bacteria, in any form.

Because mold or other fungi, or bacteria, can be pollutants, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution bodily injury or property damage related to autos exclusion.
- Pollution injury or damage exclusion, or Pollution injury or damage not related to autos exclusion, whichever is in this agreement.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

We explain the terms pollutant and waste in either the Pollution injury or damage

Endorsement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01064

exclusion, or the Pollution injury or damage not related to autos exclusion, whichever is in this agreement.

**Other Terms**

All other terms of your policy remain the same.

E0209 Ed. 4-02
Page 2 of 2

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01065

**HEALTH CARE AND SOCIAL SERVICE PROFESSIONAL SERVICES
ENDORSEMENT – UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

---

**Schedule of Described Professionals ( ☒ indicates applicable)**

☐  Nurse – other than a jail nurse

☐  Jail Nurse

☒  Emergency Medical Technician

☐  Social Service Professional

☐

---

**How Coverage Is Changed**

There are five changes that are explained
below.

1.  The following is added to the definition
    of event.  This change broadens
    coverage.

    However, for purposes of the Health Care
    And Social Service Professional Services
    Endorsement – Umbrella Excess Liability,
    event means:

    •  an error, omission, or negligent act in
       the performance of or failure to
       perform health care professional
       services by a described professional
       acting within the scope of his or her
       duties for you as such described
       professional; or

    •  an error, omission, or negligent act in
       the performance of or failure to
       perform social service professional
       services by a described professional
       acting within the scope of his or her
       duties for you as such described
       professional.

    *Described professional* means any of
    your employees or volunteer workers
    who:

    •  isn't a medical doctor;

•  isn't a nurse performing health care
   professional services at or in
   connection with a nursing home; and

•  is performing duties for you as a
   professional indicated with an ☒ in the
   Schedule of Described Professionals in
   the Health Care And Social Service
   Professional Services Endorsement –
   Umbrella Excess Liability.

*Social service professional services*
means any of the professional services
or activities that are, or should have
been, performed by any employee or
volunteer worker of your social services
department, health and human services
department, or similar department,
including any advice or instruction
provided with such service or activity.

We explain the term health care
professional services in the Health care
professional services exclusion.

2.  The following replaces the Employees
    section.  This change broadens coverage.

    **Employees.**  Your employees are protected
    persons only for:

    •  work done within the scope of their
       employment by you;

---

**Name of Insured**                  **Policy Number** GP06301927          **Effective Date** 11/01/07
CITY OF WAUKEGAN                                            **Processing Date** 11/19/07  15:54  001

---

E0284 Ed. 5-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01066

- their performance of duties related to the conduct of your operations; or
- their acts as good samaritans in response to an accident or public emergency.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

3. The following is added to the Each event limit section. This change limits coverage.

We'll consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform health care professional services

by any one described professional for or to any one person to be one event.

We'll also consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform social service professional services by any one described professional for or to any one person to be one event.

*Related errors, omissions, or negligent acts* means two or more errors, omissions, or negligent acts that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

We explain the term health care professional services in the Health care professional services exclusion.

4. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Criminal, malicious, dishonest, or fraudulent errors, omissions, or acts, or knowing violations of rights or laws.** We won't cover bodily injury or property damage that results from any criminal, malicious, dishonest, or fraudulent error, omission, or act, or any knowing violation of rights or laws, committed by a described professional in the performance of or failure to perform:

- health care professional services; or
- social service professional services.

But we won't apply this exclusion to any protected person who didn't consent to, or have knowledge of, such criminal, malicious, dishonest, or fraudulent error, omission, or act, or knowing violation.

Nor will we apply this exclusion to our duty to defend:

- a described professional until it has been determined or admitted in a legal proceeding that such described professional committed such error, omission, or act, or knowing violation; or
- any other protected person until it has been determined or admitted in a legal proceeding that such protected person

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01067

consented to, or had knowledge of, such error, omission, or act, or knowing violation.

We explain the term health care professional services in the Health care professional services exclusion.

5. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

Nor will we apply this exclusion to:

- you;
- any protected person who is a described professional; or
- any other protected person who isn't a medical doctor;

if such injury or damage results from the performance of or failure to perform health care professional services by such described professional acting within the scope of his or her duties for you as such described professional.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances;
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures; and
- any counseling or advisory service in connection with alcohol or drug rehabilitation services, crisis intervention or prevention services, mental health services, or other similar services.

**Other Terms**

All other terms of your policy remain the same.

## LEAD EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Lead.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of lead in any form or by any person; or
- existence of lead in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize lead in any form; or
- respond to, or assess, in any way the effects of lead in any form.

Because lead, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution bodily injury or property damage related to autos exclusion.
- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

## UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Unsolicited communication.** We won't cover injury or damage that results from any actual or alleged violation of any law or regulation that restricts or prohibits the transmitting of unsolicited communication.

Nor will we cover any other injury or damage alleged in a claim or suit that also alleges any such violation.

*Unsolicited communication* means any communication, in any form, that:

- is received by any person or organization; and
- such person or organization didn't ask to receive.

### Other Terms

All other terms of your policy remain the same.

## PUBLIC ENTITY UMBRELLA EXCESS LIABILITY ENDORSEMENT

This endorsement changes your Umbrella
Excess Liability Protection.

### How Coverage Is Changed

There are two changes which are explained
below.

1. The following replaces the definition of
   advertising in the Personal injury liability
   section. This change makes the
   definition of advertising more compatible
   with the operations of a public entity.

   *Advertising* means attracting the attention
   of others by any means for the purpose
   of seeking or increasing:

   - interest or participation in civic,
     educational, entertainment,
     recreational, or social activities or
     events;

   - private or public development, growth,
     or investment;

   - use of facilities or services by
     others; or

   - visits by tourists, travelers, or
     membership, trade, or similar groups,
     organizations, or shows.

2. The following is added to the Pollution
   injury or damage not related to autos
   exclusion. This change broadens
   coverage.

   Also, we won't apply this exclusion to
   bodily injury or property damage that
   results from the application or use of:

   - chlorine or sodium hypochlorite in
     your sewage treatment, swimming
     pool maintenance, or water
     purification operations; or

   - any pesticide or herbicide by or for
     you;

   if such application or use meets all legal
   or license requirements of any
   governmental agency or authority which
   apply to it.

### Other Terms

All other terms of your policy remain the
same.

STP01071

**GOVERNMENT UNIT ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Coverage Is Changed**

The following is added to what we
mean by Mobile equipment in the Racing
mobile equipment exclusion.

We'll consider any land motor vehicle,
trailer or semi-trailer designed for use
on streets or highways, including any
equipment attached to such vehicle, to
be an auto – not mobile equipment.

But only if the sole reason for
otherwise considering it mobile
equipment is that it is maintained for
use exclusively on your streets or
highways.

**Other Terms**

All other terms of your policy remain
the same.

STP01072

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS OR SCHEDULED UNDER YOUR AUTOMOBILE LIABILITY INSURANCE REDEFINED AS AUTOS ENDORSEMENT – UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella Excess Liability Protection.

## How Coverage Is Changed

There are three changes that are explained below. These changes limit or exclude coverage.

1. The Operators of registered mobile equipment section of the Who Is Protected Under This Agreement section is deleted.

2. The following replaces the definition of auto in the Who Is Protected For Auto-Related Claims Or Suits section.

   *Auto* means:

   - any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;

   - any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

   - any land vehicle that isn't described above and that's scheduled as a covered auto under your automobile liability insurance.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

   *Your automobile liability insurance* means:

   - your automobile Basic Insurance; or

   - any other automobile liability insurance issued to you that isn't your Basic Insurance.

3. The following replaces the definition of mobile equipment in the Racing mobile equipment exclusion.

   *Mobile equipment* means any land vehicle that isn't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged, that isn't scheduled as a covered auto under your automobile liability insurance, and that:

- is designed for use primarily off public streets or roads;

- is kept for use only on or next to a premises that you rent or lease from others, or own;

- travels on crawler treads;

- is kept primarily for the ready movement of permanently attached construction equipment;

- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or

- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

- travels under its own power;

- is operated like an auto during travel on a public street or road; and

- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

We'll consider a land vehicle that's:

- subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

- scheduled as a covered auto under your automobile liability insurance;

to be an auto instead of mobile equipment.

## Other Terms

All other terms of your policy remain the same.

**STP01073**

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

**EMPLOYMENT—RELATED PRACTICES EXCLUSION ENDORSEMENT —
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Employment—related practices.** We won't cover
personal injury to any protected person's
employee, prospective or former employee,
leased temporary worker, or independent
contractor that results from any
employment-related practices. For example:

*You terminate an employee for falsifying
business travel expenses. You explain the
reason for the termination of that employee
to one of your customers. If your former
employee later sues you for slander, we
won't protect you.*

Nor will we cover personal injury to the
spouse or any child, parent, brother, or
sister of that employee, worker, or
independent contractor that results from
such personal injury to that employee,
worker, or independent contractor.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

* such personal injury to that employee,
worker, or independent contractor; or
* personal injury to the spouse or any child,
parent, brother, or sister of that employee,
worker, or independent contractor that

results from such personal injury to that
employee, worker, or independent
contractor.

*Independent contractor* means any person
who is not your employee, but who
performs duties related to the conduct of
your business in the course of that person's
independent employment in accordance with
a contract between you and that person for
specified services.

*Employment—related practices* means:
* refusal to employ that person;
* termination of that person's employment;
or
* other employment-related act, omission,
policy, or practice, committed upon or
applied to that person, such as coercion,
libel or slander, demotion, discipline,
discrimination, evaluation, harassment,
humiliation, or reassignment of or against
that person, or violation of that person's
right of privacy.

We explain the terms employee and leased
temporary worker in the Employees and
volunteer workers section.

## Other Terms

All other terms of your policy remain the
same.

STP01074

**HEALTH CARE PROFESSIONAL SERVICES ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Coverage Is Changed**

There are two changes that are explained
below.

1. The following replaces the Employees
section. This change broadens coverage.

   **Employees.** Your employees are protected
   persons only for:
   - work done within the scope of their
     employment by you;
   - their performance of duties related to
     the conduct of your operations; or
   - their acts as good samaritans in
     response to an accident or public
     emergency.

   No employee is a protected person for
   property damage to property that's
   owned, rented, leased, or borrowed by
   that employee or any fellow employee.

   We won't apply this Employees section
   to the following protected persons:
   - Your managers if you are a limited
     liability company. Instead, we'll apply
     the Limited liability company section
     to them.
   - Your executive officers if you are a
     corporation or an other organization.
     Instead, we'll apply the Corporation or
     other organization section to them.

   *Employee* includes a leased worker, other
   than a leased temporary worker.

   *Leased worker* means any person who:
   - is hired from an employee leasing firm
     under a contract or agreement between
     the hirer and that firm; and
   - is performing duties related to the
     conduct of the hirer's business.

   *Employee leasing firm* means any person
   or organization who hires out workers to
   others. It includes any:
   - employment agency, contractor, or
     service;

   - labor leasing firm; or
   - temporary help service.

   *Leased temporary worker* means a
   leased worker who is hired to:
   - temporarily take the place of a
     permanent employee on leave; or
   - meet seasonal or short-term workload
     conditions.

2. The following is added to the Exclusions
   – What This Agreement Won't Cover
   section. This change excludes coverage.

   **Health care professional services.** We won't
   cover injury or damage that results from
   the performance of or failure to perform
   health care professional services.

   But we won't apply this exclusion to any
   protected person who:
   - isn't a medical doctor or nurse; and
   - is acting as a good samaritan in
     response to an accident or public
     emergency.

   *Health care professional services*
   includes:
   - any dental, medical, mental, nursing,
     surgical, x-ray, or other health care
     professional service, including any
     advice, instruction, food, or beverage
     provided with such service;
   - the dispensing of drugs or medical or
     dental supplies and appliances; and
   - the handling or treatment of corpses,
     including autopsies, organ donations,
     and other postmortem procedures.

**Other Terms**

All other terms of your policy remain the
same.

STP01075

## LAW ENFORCEMENT LIABILITY ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

There are twelve changes which are explained below.

1. The following is added to the What This Agreement Covers section. This change broadens coverage.

   **Law enforcement liability.** We'll pay amounts any protected person is legally required to pay as damages for covered injury or damage that:

   - results from law enforcement activities or operations by or for you;
   - happens while this agreement is in effect;
   - is caused by a wrongful act that is committed while conducting law enforcement activities or operations; and
   - is covered by your Law Enforcement Liability Basic Insurance.

   We'll consider damages to include the attorneys' fees of the person or organization bringing the suit if such fees are awarded, or paid in a settlement, for covered injury or damage.

   *Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

   They include the following:

   - Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
   - Providing first aid at the time of an accident, crime, or medical emergency.

   *Wrongful act* means any act, error, or omission.

2. The following is added to the definition of injury or damage. This change broadens coverage.

   However, for purposes of law enforcement liability coverage, injury or damage means bodily injury, personal injury, or property damage.

3. The following is added to the definition of bodily injury. This change broadens coverage.

   However, for purposes of law enforcement liability coverage, bodily injury means any harm to the health of other persons. It includes care, loss of services, or death that results from such harm.

   *Harm* includes any of the following:

   - Physical harm, sickness, or disease.
   - Mental anguish, distress, injury, or illness.
   - Emotional distress.
   - Humiliation.

4. The following is added to the definition of personal injury. This change broadens coverage.

   However, for purposes of law enforcement liability coverage, personal injury means injury, other than bodily injury, caused by any of the following wrongful acts:

   - False arrest, detention, or imprisonment.
   - Malicious prosecution.
   - Wrongful entry or wrongful eviction.
   - Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
   - Libel or slander.
   - Making known to any person or organization written or spoken material that belittles the products, work, or completed work of others.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01076

- Making known to any person or organization written or spoken material that violates an individual's right of privacy.
- False or improper service of process.
- Violation of civil rights protected under any federal, state, or local law.

5. The following replaces the second paragraph of the Right And Duty To Defend A Protected Person section. This change broadens coverage.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:

- your Basic Insurer paid its limit of coverage for the event, offense, or wrongful act that caused the claim or suit;
- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

6. The following replaces the fourth paragraph of the Right And Duty To Defend A Protected Person. This change adds our right to investigate a wrongful act.

We'll have the right to investigate any event, offense, wrongful act, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:

- the applicable deductible; or
- the available limits of coverage for this agreement.

7. The following is added to the Where This Agreement Covers section. This change limits coverage.

We'll apply, and make payments under, this agreement for injury or damage covered by your law enforcement liability coverage only where your Law Enforcement Liability Basic Insurance applies.

8. The following replaces the first paragraph of the General total limit section. This change limits coverage.

**General total limit.** This is the most we'll pay for the combined total of:

- all bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses or wrongful acts committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

9. The following is added to the Limits Of Coverage section. This change limits coverage.

**Each wrongful act limit.** This is the most we'll pay for all injury or damage covered by your law enforcement liability coverage that:

- happens in a policy year; and
- is caused by any one wrongful act or series of related wrongful acts.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same injury or damage.

10. The following replaces the second paragraph of the Expected or intended bodily injury or property damage exclusion. This change broadens coverage.

Nor will we apply this exclusion to bodily injury or property damage that results from law enforcement activities or operations by or for you.

11. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Criminal, dishonest, fraudulent, or malicious wrongful acts.** We won't cover injury or damage that results from any criminal, dishonest, fraudulent, or malicious wrongful act committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

But we won't apply this exclusion to our duty to defend that protected person until it has been determined though legal processes that such wrongful act was committed:

- by the protected person; or

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01077

- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

12. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Injury to volunteer workers.** We won't cover bodily injury or personal injury to any volunteer worker who is injured in the conduct of law enforcement activities or operations within the scope of their duties for you.

**Other Terms**

All other terms of your policy remain the same.

## INJURY TO VOLUNTEER FIREFIGHTERS EXCLUSION ENDORSEMENT — UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Injury to volunteer firefighters.** We won't cover bodily injury or personal injury to any volunteer firefighter that results from their duties as volunteer firefighters for you or anyone else.

But we won't apply this exclusion to bodily injury or personal injury covered by your Basic Insurance and otherwise covered by this agreement.

*Volunteer firefighter* includes a first aid, rescue squad or ambulance corps volunteer.

### Other Terms

All other terms of your policy remain the same.

## PUBLIC USE OF PROPERTY EXCLUSION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Public use of property.** We won't cover property damage that results from:

- any method or proceeding used in the taking or controlling of private property for public use; or
- the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

### Other Terms

All other terms of your policy remain the same.

STP01080

**EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION –**
**CLAIMS–MADE**
**COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limit of
coverage that applies to your Excess Errors And
Omissions Liability Protection - Claims-Made
and describes your Basic Errors And Omissions
Insurance. It also lists those endorsements, if
any, that must have certain information shown
for them to apply.

## Limit Of Coverage

| Total limit. | $ 15,000,000 |
|---|---|

## Schedule Of Basic Errors And Omissions Liability Insurance

Description Of Coverage: Employee Benefit Plans Administration Liability

| Insurer: St. Paul Fire & Marine Ins Co | Limits Of Coverage | |
|---|---|---|
| Policy number: GP06301927 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From: 11/01/06    To: 11/01/07 | Total limit. | $ 3,000,000 |

Description Of Coverage: Public Entity Management Liability

| Insurer: St. Paul Fire & Marine Ins Co | Limits Of Coverage | |
|---|---|---|
| Policy number: GP06301927 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From: 11/01/06    To: 11/01/07 | Total limit. | $ 2,000,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement.   Other
endorsements may apply too.   If so, they're listed on the Policy Forms List.

| Name of Insured<br>CITY OF WAUKEGAN | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| | Processing Date 11/19/07   15:54   001 | |

©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

STP01081

⊕St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

STP01082

## EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION – CLAIMS–MADE

This insuring agreement provides excess errors and omissions protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement and your Basic Insurance should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note:** This is a claims-made coverage. Please read it carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

### Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Coverage above your Basic Insurance limit other than total limit. | 1 |
| Coverage above a reduced or exhausted Basic Insurance total limit. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| **When This Agreement Covers** | 2 |
| Claim reporting extensions. | 3 |
| **Limit Of Coverage** | 3 |
| Total limit. | 3 |
| Optional reporting endorsement. | 3 |
| Application of changed limits. | 3 |
| **Other Insurance** | 3 |
| **Other Rules For This Agreement** | 3 |
| Our Right To Investigate, Settle And Appeal Claims | 3 |
| Right to investigate. | 3 |
| Right to settle. | 3 |
| Right to appeal. | 3 |
| Keeping Your Basic Insurance In Effect | 4 |
| Premium | 4 |
| Recovering Damages From A Third Party | 4 |
| Division of recovery. | 4 |
| Recovery expenses. | 4 |

### What This Agreement Covers

We'll pay amounts any protected person is legally required to pay as damages for covered loss that results from a wrongful act that:

- is committed in the conduct of your business; and
- is covered by your Basic Insurance.

*Protected person* means any person or organization who:

- qualifies as protected person under your Basic Insurance; and
- otherwise qualifies as a protected person under this agreement.

*Wrongful act* means any negligent act, error or omission.

*Your Basic Insurance* means only the insurance for which the Schedule Of Basic Errors And Omissions Liability Insurance in the Coverage Summary shows:

- a description of coverage; and
- limits of coverage amounts.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

**Coverage above your Basic Insurance limit other than total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurer's payment of your Basic Insurance limit of coverage, other than a total limit.

*As a result of your wrongful act, you are sued and the court awards $1,250,000 in damages.*

*Your Basic Insurance has a $1,000,000 Each wrongful act limit. And the limit under this agreement is $2,000,000. After your Basic Insurer has paid its $1,000,000 limit of coverage, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance; and it's less than the limit under this agreement.*

**Coverage above a reduced or exhausted Basic Insurance total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurance total limit, but only when that limit has been reduced solely by . your Basic Insurer's payment of damages for wrongful acts covered by this agreement.

And we'll pay damages only up to the limit of coverage that applies under this agreement.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages described above, this agreement will then replace your Basic Insurance for damages covered by this agreement. But only up to the limit of coverage that applies under this agreement.

**Right and duty to defend.** We have no duty to defend any claim or suit made or brought against any protected person if your Basic Insurance, or any other insurance, has a duty to defend. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any claim or suit brought against any protected person only if:

- the claim or suit is for loss covered by this agreement;
- your Basic Insurer has paid its limit of coverage for such loss, or has paid its total limit of coverage in accordance with the Coverage above reduced or exhausted total limits section; and
- there is no other insurance with a duty to defend the claim.

We'll assume this duty to defend even if any of the allegations of any such claim or suit are groundless, false or fraudulent.

Our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We have no duty to perform other acts or services.

*Suit* means a civil proceeding which seeks damages. It includes an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

*Other insurance* means valid and collectible insurance that:

- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. But we'll do so only to the extent that these payments are not covered by your Basic Insurance.

These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time taken off from work.

*Prejudgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

**When This Agreement Covers**

We'll apply this agreement to claims only when they're:

- first made or brought while this agreement, or an optional reporting endorsement to this agreement, is in effect; and

© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01084

- reported to us in accordance with the applicable claims-made provisions of your Basic Insurance.

**Claim reporting extensions.** If your Basic Insurance includes provisions for extending the period during which claims can be reported to us, such provisions are considered part of this agreement, except for any that apply to the calculation or limitation of the additional premium that may apply to any optional reporting endorsement.

## Limit Of Coverage

The limit of coverage shown in the Coverage Summary and the information in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for the combined total of all covered loss for all:

- covered claims or suits in a policy year; and
- covered wrongful acts reported in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Optional reporting endorsement.** A separate total limit applies to the optional reporting endorsement described in the When This Agreement Covers section. That limit will be the same as the total limit in effect when this agreement ended and applies to all covered loss for claims or suits covered by the reporting endorsement for as long as the endorsement is in effect.

**Application of changed limits.** If you change the limit of coverage under this agreement, or you've changed it in the past while insured by us, the new limit doesn't apply to any claim or suit that:

- was made or brought against any protected person;

- any protected person knew about; or
- any protected person could have reasonably foreseen or discovered;

before the effective date of the limit change.

## Other Insurance

If there is any other insurance for loss covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of judgments or settlements.

We explain what we mean by other insurance in the Right and duty to defend section of the What This Agreement Covers section.

## Other Rules For This Agreement

### Our Right To Investigate, Settle And Appeal Claims

**Right to investigate.** We'll have the right to investigate any claim or suit to the extent that we believe is proper.

**Right to settle.** We'll have the right to settle any claim or suit for an amount within the available limit of coverage for this agreement.

**Right to appeal.** We'll have the right to appeal a judgment against any person protected under this agreement. But only if:

- the judgment is for loss covered by this agreement;
- the judgment is for more than the available limits of coverage under your Basic Insurance; and
- the Basic Insurer does not appeal the judgment.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Our payments for such appeal expenses are in addition to the limits of coverage under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

---

STP01085

## Keeping Your Basic Insurance In Effect

You promise:

- to keep your Basic Insurance in effect while this agreement is in effect; and
- not to change the limits of coverage under your Basic Insurance without telling us.

This agreement will remain in effect if you break either of these promises. But we won't be liable for more than we would have been if you kept your promises.

A reduction or exhaustion of a total limit in your Basic Insurance won't be considered a change in that limit.

This agreement will apply only to amounts which exceed the limits of coverage of your Basic Insurance shown on the Schedule Of Basic Errors And Omissions Insurance in the Coverage Summary. If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your Basic Insurance with that insurer;

this agreement will only apply to amounts over the limits of coverage shown in the Schedule of Basic Insurance.

## Premium

The premium for this agreement is a flat premium and is not subject to adjustment unless an adjustment:

- is otherwise provided for in the Coverage Summary, or by endorsement to this agreement; or
- results from the cancellation of this agreement.

However, we may charge you additional premium if you add new persons or organizations to those protected by your Basic Insurance and a charge is made for them by your Basic Insurer. You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same title in the General Rules. But only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible to preserve any right of recovery available. If we make a payment under this agreement, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01086



## NOTICE OF COVERAGE CHANGE
### FOR
## PUBLIC ENTITY MANAGEMENT LIABILITY PROTECTION – CLAIMS-MADE
### (47279 Rev. 1–01 to 47279 Rev. 7–06)

**Important note:** Please read your policy carefully. We've made certain changes in coverage from your previous policy. We've also made certain wording and formatting changes for the purpose of clarification or improved readability.

The significant formatting and coverage changes in your Public Entity Management Liability Protection – Claims-Made are briefly described in this notice so that you can more easily compare your new policy to your old policy.

We may have made other changes too. If we did, we've made them with endorsements which are part of your policy. Please read all endorsements carefully.

## FORMATTING CHANGES

The references within the insuring agreement to locations of terms that have or include defined meanings have been deleted. The terms with defined meanings, and the page on which each definition begins, are listed in a section at the end of the agreement.

## CHANGES THAT BROADEN COVERAGE

**Additional payments.** Added a third bulleted item to explain that we'll pay additional payments when we pay our part of a judgment against a protected person.

**Who Is Protected Under This Agreement**

- **Elected or appointed officials.** Added protected person status for your directors and executive officers.
- **Boards.** Added protected person status for your boards that are under your complete control and for which there's no valid and collectible other insurance available for covered loss.
- **Leased workers.** Added protected person status for your leased workers by including leased worker in the definition of employee.
- **Leased temporary workers.** Added protected person status for your leased temporary workers by deleting the exception for leased temporary workers from the definition of employee.

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE, REGARDLESS OF THE LAW THAT APPLIES

**When and how an extended reporting period can be added.** Added the requirement that you must fulfill all other duties, and comply with all other conditions and requirements, under the insuring agreement before the Extended Reporting Period Endorsement takes effect.

**Members or employees of your boards as protected persons.** Deleted protected person status for any member or employee of your boards if there's valid and collectible other insurance for covered loss that is available to such member or employee.

STP01087

**Repayment of deductible.**  Added our right to recover our deductible recovery expenses and interest if you fail to repay any deductible amount and we recover that amount, or any part of it, in a legal proceeding against you.

**Exclusions – What This Agreement Won't Cover.**  Added the following exclusions:
- **Intellectual property.**
- **Network and information security liability.**
- **Sexual harassment.**

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE – DEPENDING ON THE LAW THAT APPLIES

**Important note:**  The changes described in this Changes That Limit Or Exclude Coverage – Depending On The Law That Applies section limit or exclude coverage anywhere our coverage intent would be interpreted more broadly than what's intended by the revised wording under the law that applies.  Elsewhere, these changes don't change coverage.

**Injury or damage exclusion.**
- Added "tangible property doesn't include data" to the definition of property damage to clarify our coverage intent for loss of data claims.
- Deleted exception under definition of advertising idea.
- Deleted exception under definition of slogan.

## CHANGES THAT IMPROVE CLARITY OR READABILITY

**Right and duty to defend a protected person.**  Revised to clarify that we have a right to investigate any wrongful act even in the absence of a claim or suit.

**Definition of defense expenses.**  Added the fourth bulleted item to the exception to clarify that payments we make under the Right to appeal a judgment against a protected person section are not defense expenses.

**What we require in a written notice of a specific wrongful act.**  Added new section to clarify that notice to us that all or part of any protected person's acts or omissions may in the future be discovered to be a wrongful act, or that any protected person may in the future receive written notice of a wrongful act, claim, or suit, is not notice of a specific wrongful act.

**Who Is Protected Under This Agreement**
- **Legal representative of certain protected persons.**  Added a definition of legal representative.
- **Boards.**  Moved "employees of your boards" from Employees section to the Boards section.

**Exclusions – What This Agreement Won't Cover**
- **Injury or damage.**  Revised definition of advertising to more specifically address the types of advertising done by public entities.
- **Known wrongful acts.**  Added definition of described authorized person.

**Other Insurance.**  Added When this agreement is excess insurance section to explain how this agreement applies when it is excess insurance.

---

**This notice does not replace or add to the terms of your policy.  You should contact your agent if you have any questions about this notice or any of the changes described above.**

NL077 Ed. 7-06
Page 2 of 2

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01088

**POLICY FORM LIST**

Here's a list of all forms included in your
policy, on the date shown below.  These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 01-06 |
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| General Rules | 40701 | 08-03 |
| PSS Total Self-Insured Retention Endorsment For Liability Coverages | L0643 | 06-06 |
| Illinois Required Endorsement | 40519 | 10-06 |
| Public Entity General Liability Protection Commercial General Liability Protection Reference Endorsement | D0020 | 10-97 |
| Commercial Auto Required Endorsement  Illinois | 44041 | 05-03 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| PSS Multiple Self-Insured Retentions Endorsement | D0126 | 06-06 |
| PSS Self-Insured Retentions Endorsement - Liability - General Rules And What To Do If You Have A Loss | D0127 | 06-06 |
| Property Protection Coverage Summary | 42563 | 04-06 |
| Property Protection Coverage Summary Continued - Equipment Breakdown Coverage | F0231 | 04-99 |
| Flood Or Surface Water Coverage Summary | F0406 | 04-06 |
| Earthquake Or Volcanic Eruption Coverage Summary | F0408 | 04-06 |
| Blanket Earnings And Expense Additional Benefits Coverage Summary | F0415 | 04-06 |
| Travelers Property Protection | 42700 | 04-06 |
| Flood Or Surface Water Coverage Endorsement | F0405 | 04-06 |
| Earthquake Or Volcanic Eruption Coverage | F0407 | 04-06 |
| PSS Property Protection Additional Benefits Coverage Summary | F0122 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverages | F0328 | 10-02 |
| Equipment Breakdown Endorsement | F0230 | 04-99 |
| Blanket Earnings And Expense Endorsement | 42489 | 04-06 |
| Public Sector Services Public Entity Property Endorsement | F0102 | 04-06 |
| Virus Or Bacteria Exclusion Endorsement | F0459 | 03-07 |
| Contractor's Equipment Protection Coverage Summary | I0006 | 11-95 |
| Contractor's Equipment Protection | I0005 | 11-95 |
| Protection For Miscellaneous Property | 42038 | 02-83 |
| Commercial Fine Arts Property Protection | 42150 | 03-80 |
| Computer Property Protection Coverage Summary | 42442 | 07-01 |
| Computer Property Protection | 42441 | 07-01 |
| Mold Or Bacteria Exclusion Endorsement | I0083 | 04-02 |
| Public Entity General Liability Protection Coverage Summary | G0208 | 10-97 |
| Public Entity General Liability Protection | G0209 | 10-02 |
| Health Care and Social Service Professional Services Endorsement - Public Entity General Liability | G0749 | 05-06 |
| PSS Illinois Public Sector Contract Liability Indemnitee Defense Coverage Endorsement | G0275 | 10-97 |
| PSS Public Entity General Liability Self-Insured Retentions | G0596 | 06-06 |

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | **Processing Date** 02/08/08   15:17   002 | |

```
      End't. - Retentions Apply To Damages And Defense Expenses
      Unsolicited Communication Exclusion Endorsement          G0692    08-04
      Lead Exclusion Endorsement                               G0680    07-04
      Mobile Equipment Subject To Compulsory Or Financial      G0719    12-04
      Responsibility Insurance Laws Or Scheduled Under Your
      Auto...
      Mold, Other Fungi, Or Bacteria Exclusion Endorsement     G0492    04-02
Liquor Liability Protection Coverage Summary                   43885    09-86
Liquor Liability Protection                                    43611    11-85
      PSS Liquor Liability Self-Insured Retentions Endorsement - G0599   06-06
      Retentions Apply To Damages And Defense Expenses
Employee Benefit Plans Administration Liability Protection     43532    01-96
  -Claims-Made Coverage Summary
Employee Benefit Plans Administration Liability Protection     43475    01-96
  -Claims-Made
      Employment-Related Practices Exclusion Endorsement -     L0436    09-01
      Employee Benefit Plans Administration Liability
      PSS Employee Benefit Plans Administration Liab. Self-Insured L0547  06-06
      Retentions End't. - Retentions Apply To Damages & Def. Exp.
Public Entity Employment Practices Liability Protection -      L0397    07-06
  Claims-Made Coverage Summary
Public Entity Employment Practices Liability Protection -      L0394    07-06
  Claims-Made
      PSS Public Entity Employment Practices Liability -       L0352    07-06
      Claims-Made Self-Insured Retentions Endorsement -
      Retentions Apply To Damages And Defenses Expenses
      When And How An Extended Reporting Period Can Be Added    L0671    07-06
      Endorsement - Illinois - Public Entity Employment
      Practices Liability
Law Enforcement Liability Protection Coverage Summary          47335    10-02
Law Enforcement Liability Protection                           47292    10-02
      Total Limit Endorsement - Law Enforcement Liability -     47422    06-93
      Illinois
      PSS Law Enforcement Liability Self-Insured Retentions End't. L0551  06-06
      - Retentions Apply To Damages And Defense Expenses
      Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Law L0473   08-02
      Enforcement Liability
Public Entity Management Liability Protection - Claims-Made    47336    01-01
  Coverage Summary
Public Entity Management Liability Protection - Claims-Made    47279    07-06
      Hostile Fire Pollution Endorsement - Public Entity       L0212    12-98
      Management Liability
      PSS Public Entity Management Liability - Claims-Made     L0550    07-60
      Self-Insured Retentions Endorsement - Retentions Apply To
      Damages And Defenses Expenses
Auto Coverage Summary                                          44460    04-91
Auto Coverage Summary - Continued                              44462    04-91
Garagekeepers Coverage Summary                                 44488    01-95
Auto Schedule                                                  44463    04-91
Auto Liability Protection                                      44449    12-93
      PSS Auto Liability Self-Insured Retentions Endt - Retentions A0272  06-06
      Apply To Damages, Defense Expenses, And Pollution Cost...
Composite Rated Premium Adjustment Summary                     GL088    05-95
      PSS Public Entity Auto Liability Endorsement             A0130    10-98
      Autos Rented By Employees Endorsement                    A0173    12-99
```

STP01090

## POLICY FORM LIST

Here's a list of all forms included in your
policy, on the date shown below.  These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Defined As Autos Endorsement | A0307 | 12-04 |
| Uninsured And Underinsured Motorists Protection - Illinois | 44025 | 01-05 |
| Uninsured And Underinsured Motorists Protection - Illinois Self-Insured Retention Endorsement - Self-Insured Retention Reduces The Limit Of Coverage | 40502 | 01-80 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| PSS Public Entity Auto Physical Damage Endorsement | A0131 | 06-06 |
| PSS Auto Physical Damage Agreed Value Endorsement | A0133 | 10-98 |
| Garagekeepers Liability Protection | 44465 | 12-00 |
| PSS Umbrella Excess Liability Protection Coverage Summary | E0113 | 09-95 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance | 47123 | 04-91 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance - Continued | 47124 | 04-91 |
| Umbrella Excess Liability Protection | 47550 | 01-01 |
| Property Damage Change And Intellectual Property Exclusion Endorsement - Umbrella Excess Liability | E0197 | 07-01 |
| PSS Failure To Supply Service Total Exclusion Endorsement - Umbrella Excess Liability | E0198 | 10-01 |
| Asbestos Exclusion Endorsement - Umbrella Excess Liability | E0199 | 03-02 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Umbrella Excess Liability | E0209 | 04-02 |
| Health Care and Social Service Professional Services Reduction Or Exhaustion Of Basic Insurance Total Limit Endorsement - Umbrella Excess Liability | E0255 | 05-06 |
| Lead Exclusion Endorsement - Umbrella Excess Liability | E0243 | 07-04 |
| Unsolicited Communication Exclusion Endorsement - Umbrella Excess Liability | E0246 | 08-04 |
| Public Entity Umbrella Excess Liability Endorsement | E0157 | 04-98 |
| Government Unit Endorsement Umbrella Excess Liability | 47230 | 04-91 |
| Mobile Equipment Subject To Compulsory Or Financial Responsibility Insurance Laws Or Scheduled Under Your Auto...-UEL | E0273 | 12-04 |
| Employment-Related Practices Exclusion Endorsement - Umbrella Excess Liability | 47225 | 09-01 |
| Health Care Professional Services Endorsement - Umbrella Excess Liability | 47231 | 05-06 |
| Law Enforcement Liability Endorsement - Umbrella Excess Liability | E0114 | 05-06 |
| Injury To Volunteer Firefighters Exclusion Endorsement | 47297 | 04-91 |
| Public Use Of Property Exclusion Endorsement-Umbrella Excess | 47332 | 01-92 |
| Excess Errors And Omissions Liability Protection-Claims-MadeCoverage Summary | 47339 | 02-92 |
| Excess Errors And Omissions Liability Protection-Claims-Made | 47338 | 02-92 |

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
| CITY OF WAUKEGAN | Processing Date 02/08/08   15:17   002 | |

40705 Ed.5-84                              Form List

©St.Paul Fire and Marine Insurance Co. 1995                    Page    3

STP01091



## NOTICE OF COVERAGE CHANGE

### FOR

### PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION – CLAIMS-MADE

#### (L0394 Rev. 1–01 to L0394 Rev. 7–06)

---

**Important note:**  Please read your policy carefully.  We've made certain changes in coverage from your previous policy.  We've also made certain wording and formatting changes for the purpose of clarification or improved readability.

The significant formatting and coverage changes in your Public Entity Employment Practices Liability Protection are briefly described in this notice so that you can more easily compare your new policy to your old policy.

We may have made other changes too.  If we did, we've made them with endorsements which are part of your policy.  Please read all endorsements carefully.

---

## FORMATTING CHANGES

Deleted all references within the insuring agreement to locations of terms that have or include defined meanings.  The terms with defined meanings, and the page on which each definition begins, are listed in a section at the end of the agreement.

## CHANGES THAT BROADEN COVERAGE

**Right and duty to defend a protected person.**  Revised the definition of suit to include all administrative proceedings or hearings conducted by a governmental agency having the proper legal authority to conduct such proceedings or hearings, not only those proceedings or hearings for damages.  Added exception to Declaratory, injunctive, or other non-monetary relief costs exclusion to clarify that it doesn't apply to our duty to defend such proceedings or hearings.

**Coverage territory.**  Added Canada.

**Your boards as protected persons.**  Added protected person status for your boards that are under your complete control and for which there's no valid and collectible other insurance available for covered employment injury.

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE, REGARDLESS OF THE LAW THAT APPLIES

**When and how an extended reporting period can be added.**  Added the requirement that the you must fulfill all other duties, and comply with all other conditions and requirements, under the insuring agreement before the Extended Reporting Period Endorsement takes effect.

**Other organizations as protected persons.**  Deleted protected person status for other organizations shown in the Introduction as a named insured.

**Members or employees of your boards as protected persons.**  Deleted protected person status for any member or employee of your boards if there's valid and collectible other insurance for covered loss that is available to such member or employee.

**Breach of contract exclusion.**  Deleted exception for breach of collective bargaining agreement.

NL079 Ed. 7-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 1 of 2

STP01092

**Known wrongful employment practice offenses exclusion.** Revised this exclusion to apply when any described authorized person knew about any wrongful employment practice offense before the beginning date of continuous employment practices liability protection issued by us or any of our affiliated insurance companies to the named insured. Added definition of described authorized person.

**Repayment of deductible.** Added our right to recover our deductible recovery expenses and interest if you fail to repay any deductible amount and we recover that amount, or any part of it, in a legal proceeding against you.

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE – DEPENDING ON THE LAW THAT APPLIES

**Important note:** The changes described in this Changes That Limit Or Exclude Coverage – Depending On The Law That Applies section limit or exclude coverage anywhere our coverage intent would be interpreted more broadly than what's intended by the revised wording under the law that applies. Elsewhere, these changes don't change coverage.

**Injury or damage exclusion.**
- Added "tangible property doesn't include data" to clarify our coverage intent for loss of data claims.
- Deleted exception under definition of advertising idea.
- Deleted exception under definition of slogan.

## CHANGES THAT IMPROVE CLARITY OR READABILITY

**Right and duty to defend a protected person.** Revised to clarify that we have a right to investigate any wrongful employment practice offense even in the absence of a claim or suit.

**Settlement consent.** Revised the provision that gives us the right to settle any claim or suit within any applicable deductible or the available limits of coverage without your written consent. This provision, which was added by endorsement to your insuring agreement in your old policy, has been incorporated into the insuring agreement in your new policy.

**What we require in a written notice of a specific wrongful employment practice offense.** Added second paragraph to clarify that notice to us that all or part of any protected person's acts or omissions may in the future be discovered to be a wrongful employment practice offense, or that any protected person may in the future receive written notice of a wrongful employment practice offense, claim, or suit, is not notice of specific wrongful employment practice offense.

**When we consider a claim or suit to be first made or brought.** Added a definition of limited reporting period.

**How the limits of coverage apply to the limited and extended reporting periods.** Revised this section to clarify that the limits of coverage aren't renewed or increased for claims or suits for covered employment injury that are first made or brought while the agreement is in effect and first reported to us during the limited reporting period.

**School operations exclusion.** Revised to clarify that we won't cover employment injury that results from the administration of any school, college, or university.

---

**This notice does not replace or add to the terms of your policy. You should contact your agent if you have any questions about this notice or any of the changes described above.**

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01093

## POLICY CHANGE ENDORSEMENT

The St.Paul

This endorsement summarizes the changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

### How Your Policy Is Changed

PROPERTY
--------

Blanket Coverage is changed for Item 001:
    Blanket Limit of Coverage

Rating Information has changed your Property Protection Premium for Item 001-001.

Rating Information has changed your Property Protection Premium for Item 001-002.

Rating Information has changed your Property Protection Premium for Item 001-003.

Rating Information has changed your Property Protection Premium for Item 001-004.

The Location Description for Item 001-004 under the Locations included in Blanket Section of the Property Protection has changed. Refer to your Coverage Summary for details.

Rating Information has changed your Property Protection Premium for Item 001-005.

Rating Information has changed your Property Protection Premium for Item 001-006.

Rating Information has changed your Property Protection Premium for Item 001-007.

---

**Premium Change Which Is Due Now**

| Additional premium | $0.00 | Returned Premium | $0.00 |
|---|---|---|---|

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to
CITY OF WAUKEGAN

Authorized representative

Endorsement takes effect
11/01/07
Processing Date: 02/08/08  15:17  002

Policy Number
GP06301927

40704 Ed.5-84 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 1984 All Rights Reserved          Page  1

STP01094

The St.Paul

Rating Information has changed your Property Protection Premium for Item
001-008.

Rating Information has changed your Property Protection Premium for Item
001-009.

Rating Information has changed your Property Protection Premium for Item
001-010.

Rating Information has changed your Property Protection Premium for Item
001-011.

Rating Information has changed your Property Protection Premium for Item
001-012.

Rating Information has changed your Property Protection Premium for Item
001-013.

Rating Information has changed your Property Protection Premium for Item
001-014.

Rating Information has changed your Property Protection Premium for Item
001-015.

Rating Information has changed your Property Protection Premium for Item
001-016.

Rating Information has changed your Property Protection Premium for Item
001-017.

Rating Information has changed your Property Protection Premium for Item
001-018.

Rating Information has changed your Property Protection Premium for Item
001-019.

Rating Information has changed your Property Protection Premium for Item
001-020.

Rating Information has changed your Property Protection Premium for Item
001-021.

Rating Information has changed your Property Protection Premium for Item
001-022.

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

STP01095

The St Paul

Rating Information has changed your Property Protection Premium for Item 001-023.

Rating Information has changed your Property Protection Premium for Item 001-024.

Rating Information has changed your Property Protection Premium for Item 001-025.

Rating Information has changed your Property Protection Premium for Item 001-026.

Rating Information has changed your Property Protection Premium for Item 001-027.

Rating Information has changed your Property Protection Premium for Item 001-028.

Rating Information has changed your Property Protection Premium for Item 001-029.

Rating Information has changed your Property Protection Premium for Item 001-030.

Rating Information has changed your Property Protection Premium for Item 001-031.

Rating Information has changed your Property Protection Premium for Item 001-032.

Rating Information has changed your Property Protection Premium for Item 001-033.

Rating Information has changed your Property Protection Premium for Item 001-034.

Rating Information has changed your Property Protection Premium for Item 001-035.

Rating Information has changed your Property Protection Premium for Item 001-036.

Rating Information has changed your Property Protection Premium for Item 001-037.

Rating Information has changed your Property Protection Premium for Item 001-038.

Rating Information has changed your Property Protection Premium for Item 001-039.

Your Property Protection now provides the following coverage for Item 001-039:
    Special Class

Rating Information has changed your Property Protection Premium for Item 001-041.

The St.Paul

The Location Description for Item 001-042 under the Locations included in Blanket Section of the Property Protection has changed. Refer to your Coverage Summary for details.

Rating Information has changed your Property Protection Premium for Item 001-042.

Rating Information has changed your Property Protection Premium for Item 001-043.

Rating Information has changed your Property Protection Premium for Item 001-044.

Rating Information has changed your Property Protection Premium for Item 001-045.

Rating Information has changed your Property Protection Premium for Item 001-046.

Rating Information has changed your Property Protection Premium for Item 001-047.

GENERAL LIABILITY

STP01097

The St.Paul

Class Code Information:

    Exposure Is Changed From 44,119,864 To 46,128,037 For Class 44104 -- 001
PREMISES.

## EMPLOYEE BENEFIT PLANS

Number Of Employees:

    Number Of Employees Is Changed From 701 To 706.

## COMMERCIAL AUTOMOBILE

Commercial Auto General Information:

    The Number Of Vehicles Is Changed, Which Has Resulted In Rerating Of All
Vehicles.

Policy Coverages:

    Number Of Employees Is Changed From 701 To 706 For Employers
Non-Ownership.

    Address Has Changed From
DOWNTOWN WAUKEGAN SELF-PARK GARAGE
WAUKEGAN IL 80085
To
DOWNTOWN WAUKEGAN SELF-PARK GARAGE
WAUKEGAN IL 60085
For Garagekeepers 001

The Following Changes Affect Vehicle 0013:

    Vehicle Make Is Changed From INT'L To INT'L 2554.

    Vehicle Model Is Changed From 2554 To VACTOR.

The Following Changes Affect Vehicle 0017:

    Vehicle Year Is Changed From 2004 To 2001.

The Following Changes Affect Vehicle 0072:

    Cost New Is Changed From $13,475 To $37,374.

The Following Changes Affect Vehicle 0091:

    Vehicle Sub-Type Is Changed From Trailer To Truck-tractor.

The Following Changes Affect Vehicle 0111:

The St.Paul

Cost New Is Changed From $6,448 To $64,480.

The Following Changes Affect Vehicle 0115:

VIN/Serial Number Is Changed From CCY355J128255 To CCY335J128255.

The Following Changes Affect Vehicle 0124:

Vehicle Year Is Changed From 1984 To 2007.

Vehicle Model Is Changed From CLUB To F250.

Vehicle Sub-Type Is Changed From WAGON To PICKUP.

VIN/Serial Number Is Changed From 1FNEE11H4EHB07901 To 1FTNF21567EB08971.

Cost New Is Changed From $20,734 To $25,126.

Vehicle Type Is Changed From Private Passenger Type To Truck, Tractor, Trailer.

The Following Changes Affect Vehicle 0141:

The St Paul

Vehicle Year Is Changed From 1998 To 2007.

Vehicle Model Is Changed From CROWN To F250.

Vehicle Sub-Type Is Changed From VICTORIA To PICKUP.

VIN/Serial Number Is Changed From 2FAFP71W5WX192159 To 1FTNF21547EB08970.

Cost New Is Changed From $19,709 To $25,126.

Vehicle Type Is Changed From Private Passenger Type To Truck, Tractor, Trailer.

The Following Changes Affect Vehicle 0145:

Vehicle Year Is Changed From 2000 To 1999.

Vehicle Model Is Changed From CROWN To EXPEDITION.

Vehicle Sub-Type Is Deleted.

VIN/Serial Number Is Changed From 2FAFP71W9YX205384 To 1FMRU1865XLB57472.

Cost New Is Changed From $20,933 To $27,589.

Vehicle Type Is Changed From Private Passenger Type To Truck, Tractor, Trailer.

The Following Changes Affect Vehicle 0152:

Vehicle Year Is Changed From 1997 To 1994.

The Following Changes Affect Vehicle 0153:

Vehicle Sub-Type Is Added.

Vehicle Type Is Changed From Private Passenger Type To Truck, Tractor, Trailer.

The Following Changes Affect Vehicle 0154:

VIN/Serial Number Is Changed From 1GNFG15W7X1045676 To 1GNFG15W7X1045876.

The Following Changes Affect Vehicle 0194:

Vehicle Year Is Changed From 1998 To 2007.

Vehicle Make Is Changed From FORD To CHEVROLET.

Vehicle Model Is Changed From CROWN To IMPALA.

Vehicle Sub-Type Is Deleted.

VIN/Serial Number Is Changed From 2FAFP71W6WX189707 To 2G1WS55R879363910.

Cost New Is Changed From $19,709 To $17,943.

The St Paul

The Following Changes Affect Vehicle 0196:

    Cost New Is Changed From $18,706 To $18,796.

The Following Changes Affect Vehicle 0210:

    Vehicle Sub-Type Is Changed From VICTROAI To VICTORIA.

The Following Changes Affect Vehicle 0219:

    Vehicle Make Is Changed From CJEVRP;ET To CHEVROLET.

The Following Changes Affect Vehicle 0221:

    Vehicle Year Is Changed From 2000 To 2007.

    Vehicle Make Is Changed From FORD To CHEVROLET.

    Vehicle Model Is Changed From CROWN To IMPALA.

    Vehicle Sub-Type Is Deleted.

    VIN/Serial Number Is Changed From 2FAFP71W2YX205386 To 2G1WS55R379366472.

©St.Paul Fire and Marine Insurance Co.1998

STP01101

The St.Paul

Cost New Is Changed From $20,933 To $17,943.

The Following Changes Affect Vehicle 0226:

Vehicle Year Is Changed From 2005 To 2007.

VIN/Serial Number Is Changed From 2G1WF55K859368450 To 2G1WS55R679367020.

Cost New Is Changed From $17,779 To $17,943.

The Following Changes Affect Vehicle 0235:

Vehicle Year Is Changed From 2002 To 2007.

VIN/Serial Number Is Changed From 2G1WF55K129316069 To 2G1WS55R679368541.

Cost New Is Changed From $18,766 To $17,943.

The Following Changes Affect Vehicle 0243:

Vehicle Year Is Changed From 2004 To 2007.

VIN/Serial Number Is Changed From 2G1WF55K749401744 To 2G1WS555079368972.

Cost New Is Changed From $17,402 To $17,943.

The Following Changes Affect Vehicle 0252:

Vehicle Year Is Changed From 2001 To 2007.

VIN/Serial Number Is Changed From 2G1WF55K919349836 To 2G1WS55R179369175.

Cost New Is Changed From $18,885 To $17,943.

The Following Changes Affect Vehicle 0257:

Vehicle Year Is Changed From 2001 To 2007.

VIN/Serial Number Is Changed From 2G1WF55K219353386 To 2G1WS55R679370166.

Cost New Is Changed From $18,885 To $17,943.

The Following Changes Affect Vehicle 0266:

Vehicle Model Is Changed From RANGER To CROWN.

Vehicle Sub-Type Is Changed From PICKUP To VICTORIA.

VIN/Serial Number Is Changed From 1FTYR14X8YPA62951 To 2FAFP71W2YX205386.

Cost New Is Changed From $16,992 To $20,933.

Vehicle Use Is Changed From Law Enforcement - All Other To Law
Enforcement - PPT.

The St Paul

The Following Changes Affect Vehicle 0294:

    Cost New Is Changed From $142,260 To $14,226.

The Following Changes Affect Vehicle 0356:

    Stated Amount Is Added For Comprehensive.

    Stated Amount Is Added For Collision.

The Following Changes Affect Vehicle 0357:

    Stated Amount Is Added For Comprehensive.

    Stated Amount Is Added For Collision.

The Following Changes Affect Vehicle 0358:

    Vehicle Weight Is Changed From 5,000 To 50,000.

The Following Changes Affect Vehicle 0359:

    Stated Amount Is Added For Comprehensive.

©St.Paul Fire and Marine Insurance Co.1998

STP01103

The St Paul

```
                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0360:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0361:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0362:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0363:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0364:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0365:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0367:

                Vehicle Year Is Changed From 1998 To 1997.

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0368:

                Stated Amount Is Added For Comprehensive.

                Stated Amount Is Added For Collision.

    The Following Changes Affect Vehicle 0369:

                Stated Amount Is Added For Comprehensive.
```

STP01104

**The St.Paul**

Stated Amount Is Added For Collision.

The Following Changes Affect Vehicle 0376:

Stated Amount Is Added For Comprehensive.

Stated Amount Is Added For Collision.

The Following Changes Affect Vehicle 0379:

Vehicle Sub-Type Is Added.

Vehicle Type Is Changed From Private Passenger Type To Special Vehicle Types.

The Following Changes Affect Vehicle 0380:

Vehicle Type Is Changed From Private Passenger Type To Truck, Tractor, Trailer.

The Following Changes Affect Vehicle 0383:

Vehicle Type Is Changed From Private Passenger Type To Special Vehicle Types.

©St.Paul Fire and Marine Insurance Co. 1998

STP01105

The St.Paul

The Following Changes Affect Vehicle 0384:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0385:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0386:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0387:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0388:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0389:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0390:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0391:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0392:

    Vehicle Type Is Changed From Private Passenger Type To Special Vehicle
Types.

The Following Changes Affect Vehicle 0393:

    Vehicle Make Is Changed From PIERCE To FORD.

    Vehicle Model Is Changed From AERIAL To E250.

    Vehicle Sub-Type Is Changed From LADDER TRK To VAN.

    VIN/Serial Number Is Changed From 4P1CD01H77A006783 To 1FTNS24L77DA04730.

STP01106

The St.Paul

Cost New Is Changed From $749,000 To $17,350.

Vehicle Type Is Changed From Special Vehicle Types To Truck, Tractor, Trailer.

Vehicle Weight Is Changed From 74,800 To 5,000.

The Following Changes Affect Vehicle 0394:

Vehicle Is Added--Refer To Auto Schedule For Coverages Provided.

The Following Changes Affect Vehicle 0395:

Vehicle Is Added--Refer To Auto Schedule For Coverages Provided.

The Following Changes Affect Vehicle 0396:

Vehicle Is Added--Refer To Auto Schedule For Coverages Provided.

The Following Changes Affect Vehicle 0397:

Vehicle Is Added--Refer To Auto Schedule For Coverages Provided.

The Following Changes Affect Vehicle 0398:

©St.Paul Fire and Marine Insurance Co. 1998

STP01107

The St.Paul

Vehicle Is Added—Refer To Auto Schedule For Coverages Provided.

The Following Changes Affect Vehicle 0399:

Vehicle Is Added—Refer To Auto Schedule For Coverages Provided.

The St Paul

STP01109

**PUBLIC SECTOR SERVICES**
**TOTAL SELF-INSURED RETENTION ENDORSEMENT**
**FOR LIABILITY COVERAGES**

This endorsement changes your policy.

---

**How Coverage Is Changed**

The following is added. This endorsement adds a combined total self-insured retention that limits the total amount you'll be responsible for paying within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements below. This change broadens coverage.

---

**Schedule of Insuring Agreements**

- ☒ Public Entity General Liability Protection
- ☒ Liquor Liability Protection
- ☐ Stop-Gap Employers Liability Protection
- ☒ Employee Benefit Plans Administration Liability Protection
- ☒ Law Enforcement Liability Protection
- ☒ Public Entity Management Liability Protection
- ☐ Public Entity Employment Practices Liability Protection
- ☒ Auto Liability Protection
- ☐ Garagekeepers Liability Protection
- ☒ **Uninsured And Underinsured Motorists Protection – Illinois**
- ☐
- ☐
- ☐

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

L0643 Ed. 6-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 2

STP01110

## Total self-insured retention

$1,200,000

## Total Self-Insured Retention

The total self-insured retention shown above is the most that you'll be responsible for paying for the combined total of all amounts within all self-insured retentions that apply to the insuring agreements which are indicated by an (X) in the Schedule of Insuring Agreements, regardless how often any or all of them apply during the policy period shown in the Introduction.

## How the total self-insured retention applies to an extension of the policy period.

If the original policy period shown in the Introduction is extended, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period

extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months, and the total self-insured retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

### Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01111



# SELF-INSURED RETENTION
## ST. PAUL TRAVELERS CLAIM CONTACT INFORMATION

Please provide all information and documents that you or any other person or organization protected under your policy are required to provide us, as explained in your Self-Insured Retentions Endorsement - Liability - General Rules And What To Do If You Have A Loss form, to the St. Paul Travelers office shown below:

**The St. Paul Travelers Companies, Inc.**

**Attention:**    Phil Boland

**Address:**    2700 NE Loop 410
Suite 105
San Antonio, TX  78217

**Phone:**    210-527-2797

**Fax:**    800-340-1873

**Email:**    pboland@stp.com

---

| Name of Insured | Policy Number GP06301927 | |
|---|---|---|
| CITY OF WAUKEGAN | Processing Date 02/08/08  15:17  002 | |

ND030 Rev. 6-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01112

## PROPERTY PROTECTION COVERAGE SUMMARY



**ST PAUL TRAVELERS**

This Coverage Summary describes each
insured item and shows the limits and extent
of coverage under your property protection.

**Description and location of covered property.**

**Item 001**
BLANKET BUILDING AND PERSONAL PROPERTY PER THE
STATEMENT OF VALUES ON FILE WITH THE COMPANY.

|  | Limit Of Coverage | Valuation |
|---|---|---|
| **BLANKET Building** | $119,906,370 <br> Agreed Amount <br> Coinsurance 100% | RC |
| **BLANKET Business Personal Property** | Incl W Bldg <br> Agreed Amount <br> Coinsurance 100% | RC |

**Business Income**

**Blanket Earnings And Expense**

**Deductibles Or Waiting Period**

Your Property Protection deductible per loss event is    $75,000.
(unless otherwise indicated below)

| Other Coverages Or Options | | |
|---|---|---|
| | LIMIT OF COVERAGE | VALUATION |
| **BLANKET SPECIAL CLASS** | Incl Above <br> Agreed Amount <br> Coinsurance 100% | RC |

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06                          Coverage Summary
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved         Page    1 of

STP01113

## BLANKET OPTIONS

Agreed Amount expiration date:  11/01/08.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01114

**PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED**      **≡ ST PAUL TRAVELERS**

LOCATIONS INCLUDED IN BLANKET

---

Item 001-001


410 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-002


420 ROBERT SABJOIAN PLACE
POLICE STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-003


412 ROBERT SABJOIAN PLACE
POLICE GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-004


216 N. LEWIS AVENUE
WEST SIDE FIRE STATION #3
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06        Coverage Summary
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved      Page  3 of

STP01115

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-005

216 N. LEWIS AVENUE
GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-006

825 GOLF ROAD
NORTHSIDE FIRE STATION #4
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-007

825 GOLF ROAD
GARAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-008

SEAHORSE DRIVE
WATER & SEWER
WAUKEGAN, IL  60085

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01116

**PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED**

**ST PAUL TRAVELERS**

BUILDING OPTIONS:

---

Item 001-009

SEAHORSE DRIVE
STORAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-010

SEAHORSE DRIVE
BACKWASH TREATMENT PLANT
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-011

360 SEAHORSE DRIVE
WATER TREATMENT PLANT
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-012

10TH & ELMWOOD
PUMP STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06                      Coverage Summary
℗  2006 The St. Paul Travelers Companies, Inc. All Rights Reserved         Page  5 of

STP01117

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-013

KELLER & CATALPA
TOWER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

SPECIAL CLASS OPTIONS:

TOWER

---

Item 001-014

NORTH AVENUE
STORAGE TANK
WAUKEGAN, IL 60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

---

Item 001-015

GOLFMOOR AVENUE
PUMP STATION
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-016

GOLFMOOR AVENUE

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01118

**PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED**

ST PAUL
TRAVELERS

RESERVOIR
WAUKEGAN, IL  60085

BUILDING OPTIONS:

SPECIAL CLASS OPTIONS:

RESERVOIR

---

Item 001-017

30 N. SHERIDAN
PARKING GARAGE E
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-018

N. SEAHORSE
PINIC SHELTER
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-019

N. SEAHORSE
PARKING LOT
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-020

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Coverage Summary

Page   7 of

BEECHNUT AVENUE
PUMP STATION
WAUKEGAN, IL   60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-021

BEECHNUT AVENUE
RESERVOIR
WAUKEGAN, IL   60085

SPECIAL CLASS OPTIONS:

RESERVOIR

---

Item 001-022

8TH STREET
STORAGE TANK
WAUKEGAN, IL   60085

SPECIAL CLASS OPTIONS:

STORAGE TANK

---

Item 001-023

DELANEY ROAD
SEWER LIFT STATION
WAUKEGAN, IL   60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-024

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01120

## PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED



**ST PAUL TRAVELERS**

OAKCREST
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-025


HICKORY HILLS
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-026


LAKEHURST
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-027


MARKET STREET
SEWER LIFT STATION
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-028


LAKEFRONT
SEWER LIFT STATION
WAUKEGAN, IL  60085

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

BUILDING OPTIONS:

---

Item 001-029

SHOOTING RANGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-030

1101 BELVIDERE
CENTRAL FIRE STATION #1
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-031

1101 BELVIDERE
FIRE STATION SHED
WAUKEGAN, IL 60085

BUILDING OPTIONS:

---

Item 001-032

1700 MCAREE
PUBLIC WOKS GARAGE
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01122

**PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED**

**ST PAUL TRAVELERS**

---

Item 001-033


1700 MCAREE
COLD STORAGE
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-034


1700 MCAREE
SALT DOME
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-035


1700 MCAREE
FUEL PUMP SHELTER
WAUKEGAN, IL  60085

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-036


1698 MCAREE
ANIMAL SHELTER
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06                     Coverage Summary
©   2006 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page  11 of

Item 001-037

CLAYTON/GENESSEE
PARKING LOT #1
WAUKEGAN, IL  60085

BUILDING OPTIONS:

---

Item 001-038

CLAYTON/GENESSEE
MEMORIAL PARK
WAUKEGAN, IL  60085

BUSINESS PERSONAL PROPERTY OPTIONS:

---

Item 001-039

4505 W. MCGAW ROAD
FIRE STATION #2
WAUKEGAN, IL  60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

SPECIAL CLASS OPTIONS:

WATER STORAGE TANK

---

Item 001-040

4505 W. MCGAW ROAD
WATER STORAGE TANK
WAUKEGAN, IL  60085

SPECIAL CLASS OPTIONS:

WATER STORAGE TANK

---

℗ 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01124

**PROPERTY PROTECTION COVERAGE SUMMARY — CONTINUED**

**ST PAUL TRAVELERS**

Item 001-041

3221 N. GREENBAY ROAD
FIRE STATION #5
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

Item 001-042

100 MADISON STREET
NEW SUN BUILDING
WAUKEGAN, IL 60085

BUILDING OPTIONS:

Item 001-043

201-215 N. GENESSEE
BUILDING & THEATER
WAUKEGAN, IL 60085

BUILDING OPTIONS:

BUSINESS PERSONAL PROPERTY OPTIONS:

Item 001-044

1250 W. KEITH
WAUKEGAN, IL 60085

BUILDING OPTIONS:

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08 15:17 002 |

Item 001-045

100 N. MLK JR. DRIVE
CITY HALL
WAUKEGAN, IL  60085

**BUILDING OPTIONS:**

**BUSINESS PERSONAL PROPERTY OPTIONS:**

---

Item 001-046

225 N. COUNTY STREET
PARKING GARAGE
WAUKEGAN, IL  60085

**BUILDING OPTIONS:**

---

Item 001-047

621 LAKEHURST
PUMP STATION
WAUKEGAN, IL  60085

**BUILDING OPTIONS:**

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01126

**PROPERTY PROTECTION COVERAGE SUMMARY**

 **ST PAUL TRAVELERS**

---

| Description and location of covered property. |
|---|

**Item**

**001**   Blanket Building And Personal Property Per The Statement Of Values On File With The Company.

---

| | Limit Of Coverage | Valuation |
|---|---|---|
| **BLANKET Building** | $119,906,370<br>Agreed Amount<br>Coinsurance 100% | RC |
| **BLANKET Business Personal Property** | $Incl W Bldg<br>Agreed Amount<br>Coinsurance 100% | RC |
| **Business Income** | $ | |
| **Blanket Earnings And Expense** | $ | |

---

**Deductibles Or Waiting Period**

Your Property Protection deductible per loss event is   $100,000 (unless otherwise indicated below)

---

| Other Coverages Or Options |
|---|

| | LIMIT OF COVERAGE | VALUATION |
|---|---|---|
| **BLANKET SPECIAL CLASS** | Incl Above<br>Agreed Amount<br>Coinsurance 100% | RC |

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

42563 Rev. 4-06                    Coverage Summary

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved            Page  15 of

STP01127

**BLANKET OPTIONS**

Agreed Amount expiration date:  11/01/08.

42563 Rev. 4-06
     © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01128

**PROPERTY PROTECTION COVERAGE SUMMARY**



---

### Description and location of covered property.

Item
002                   Blanket Earnings And Extra Expense
                      Per The Statement Of Values On File With The Company.

---

|                              | Limit Of Coverage | Valuation |
|------------------------------|-------------------|-----------|
| **Building**                 | $                 |           |
| **Business Personal Property** | $               |           |
| **Business Income**          | $                 |           |
| **Blanket Earnings And Expense** | $5,000,000    |           |

**Deductibles Or Waiting Period**

Your Property Protection deductible per loss event is $100,000
(unless otherwise indicated below)

---

### Other Coverages Or Options

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|-----------------|--------------------------|-------------------------|
| CITY OF WAUKEGAN |                         | Processing Date 02/08/08  15:17  002 |