42563 Rev. 4-06
Page   18 of                            © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01130

**FLOOD OR SURFACE WATER
COVERAGE SUMMARY**



This Coverage Summary shows the covered
locations to which your flood or surface
water coverage applies, as well as the limits
of coverage and deductibles that apply to
that coverage.

---

**Flood Or Surface Water Combined Total Limit**          $10,000,000

---

**Time Element Coverage**

☒ Includes time element coverage.

☐ Excludes time element coverage.

---

**Covered Locations**

The flood or surface water additional coverage applies to locations as indicated below with
an "X".

☒ All locations scheduled on your Property Protection Coverage Summary, except for
those listed below as excluded locations.  An each location combined total limit
may apply to a location that's listed in the Flood Or Surface Water Schedule Of
Locations.

☐ Only the locations listed on the Flood Or Surface Water Schedule Of Locations.

---

**Excluded Locations**

If "All locations scheduled on your Property Protection Coverage Summary" is indicated
above with an "X", the flood or surface water additional coverage does not apply as
indicated with an "X" below.

☒ All locations in any Federal Emergency Management Agency (FEMA) flood zone
indicated below with an "X":
    ☒ Any FEMA zone 'A',
    ☐ Any FEMA zone 'B/shaded X', or
    ☒ Any FEMA zone 'V'
☐ All locations listed on the Flood Or Surface Water Schedule Of Excluded Locations

---

**Flood Deductible**

☒ Subject to a $100,000    deductible, except for covered locations listed on the Flood Or
Surface Water Schedule Of Locations for which a different deductible is shown.

☐ Subject to a      % deductible, except for covered locations listed on the Flood Or
Surface Water Schedule Of Locations for which a different deductible is shown.

☐ Subject to a      % deductible or a $           deductible, whichever is greater, except
for covered locations listed on the Flood Or Surface Water Schedule Of Locations for
which a different deductible is shown.

---

STP01131

---

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08   15:17   002 |

**Flood Time Element Deductible Or Waiting Period**

☐ Business Income Period Of Restoration Waiting Period:          hours

☒ Blanket Earnings And Expense Deductible Or Period of Restoration Waiting Period:

   $100,000  deductible;          hours waiting period;          days waiting period;

**Flood Or Surface Water Schedule Of Locations**

| Loc. No. | Address | Flood Or Surface Water<br>Each Location<br>Combined Total Limit* | Deductible<br>$          ,          %,<br>Greater of $          or          % |
|----------|---------|------------------------------------------------------------------|-------------------------------------------------------------------------------|

*This flood or surface water each location combined total limit is subject to, and included within the flood or surface water combined total limit.

**Flood Or Surface Water Schedule Of Excluded Locations**

Loc. No.     Address

STP01132

**EARTHQUAKE OR VOLCANIC ERUPTION
COVERAGE SUMMARY**


**ST PAUL
TRAVELERS**

This Coverage Summary shows the covered
locations to which your earthquake or
volcanic eruption coverage applies, as well as
the limits of coverage and deductibles that
apply to that coverage.

---

**Earthquake Or Volcanic Eruption Combined Total Limit**        $10,000,000

---

**Time Element Coverage**

☒ Includes time element coverage.

☐ Excludes time element coverage.

---

**Covered Locations**

The earthquake or volcanic eruption additional coverage applies to locations as indicated
below with an "X".

☒ All locations scheduled on your Property Protection Coverage Summary, except for
those listed below as excluded locations.  An each location combined total limit
may apply to a location that's listed in the Earthquake Or Volcanic Eruption
Schedule Of Locations.

☐ Only the locations listed on the Earthquake Or Volcanic Eruption Schedule Of
Locations.

---

**Excluded Locations**

If "All locations scheduled on your Property Protection Coverage Summary" is indicated
above with an "X", the earthquake or volcanic eruption additional coverage doesn't apply to
the locations listed on the Earthquake Or Volcanic Eruption Schedule Of Excluded Locations.

---

**Earthquake Or Volcanic Eruption Deductible**

☒ Subject to a $100,000 _  deductible, except for covered locations listed on the
Earthquake Or Volcanic Eruption Schedule Of Locations for which a different deductible
is shown.

☐ Subject to a      % deductible, except for covered locations listed on the Earthquake Or
Volcanic Eruption Schedule Of Locations for which a different deductible is shown.

☐ Subject to a      % deductible or a $         deductible, whichever is greater, except
for covered locations listed on the Earthquake Or Volcanic Eruption Schedule Of
Locations for which a different deductible is shown.

---

**Earthquake Or Volcanic Eruption Time Element Deductible Or Waiting Period**

☐ Business Income Period Of Restoration Waiting Period:           hours

☒ Blanket Earnings And Expense Deductible Or Period of Restoration Waiting Period

$100,000  deductible;        hours waiting period;        days waiting period

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

F0408 Rev. 4-06                    Coverage Summary
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page  1

STP01133

**Earthquake Or Volcanic Eruption Schedule Of Locations**

| Loc. No. | Address | Earthquake Or Volcanic Eruption Each Location Combined Total Limit* | Deductible $ , %, Greater of $ | | or | % |
|----------|---------|---------|---------|---|---|---|

*This earthquake or volcanic eruption each location combined total limit is subject to, and included within the earthquake or volcanic eruption combined total limit.

**Earthquake Or Volcanic Eruption Schedule Of Excluded Locations**

| Loc. No. | Address |
|----------|---------|

STP01134

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**CONTRACTOR'S EQUIPMENT PROTECTION
COVERAGE SUMMARY**

The **St Paul**

This Coverage Summary shows the limit and
extent of your Contractor's Equipment
Protection.

---

| **Coverage Summary** | ☒ *indicates applicable.* | |
|---|---|---|

**Scheduled equipment**

Limit of coverage

☐  See schedule attached     ☒  Schedule on file     $ 2,097,193

Unscheduled equipment you own or have in your care that is used
in your business, but no more than $
for any one item.     $

Unscheduled equipment leased or rented from others that is used
in your business, but no more than $
for any one item.     $

Catastrophe limit     $ 2,097,193

---

**Your Rates**

Scheduled Equipment     per $100 of value

Unscheduled Equipment you own     per $100 of value

Unscheduled Equipment you lease or rent from others     per $100 of rental fees

Deposit and minimum annual premium     (included in premium on
Introduction page)

---

**Your Deductible**

$ 100,000     ☒  All Coverages          ☐  All Coverages Except As Indicated Below
$
$
$

---

**Increased Additional Benefits Coverage**

☐  Employee Tools     increased to:     $     any one employee
                                          $     maximum any one loss

☐  Rental Expenses     increased to:     $     any one day
                                          $     maximum any one loss

---

**Name of Insured**                **Policy Number** GP06301927     **Effective Date** 11/01/07
CITY OF WAUKEGAN                                                     **Processing Date** 02/08/08   15:17   002

I0006 Ed. 11-95 Printed in U.S.A.                Coverage Summary
©  St. Paul Fire and Marine Insurance Co. 1995 All Rights Reserved          Page 1 of 1

STP01135

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY GENERAL LIABILITY**
**SELF—INSURED RETENTIONS ENDORSEMENT —**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity General Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self—Insured Retentions Table**

---

*Only those self—insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each event retention. | $250,000 |
| Personal injury each person retention. | $250,000 |
| Advertising injury each person retention. | $250,000 |
| Sexual abuse each person retention. | $ |
| Total retention. | $ |

---

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are eight changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

**Self—Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or

- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

---

G0596 Ed. 6-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 8

- Additional living expenses.
- Costs taxed against a protected person for covered injury or damage in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each event retention.**  You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and property damage that's caused by any one event.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the each event retention doesn't apply to covered bodily injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person.  Instead, the sexual abuse each person retention applies to such bodily injury.

*Sexual abuse* means any illegal or offensive physical act or contact of a sexual nature.

**Personal injury each person retention.**  You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the personal injury each person retention doesn't apply to covered personal injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person. Instead, the sexual abuse each person retention applies to such personal injury.

We explain the term policy year in the General total limit section.

**Advertising injury each person retention.** You'll be responsible for the amount of

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01137

damages and defense expenses within this self-insured retention for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Sexual abuse each person retention.** If your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, you'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and personal injury which result from all sexual abuse that:

- is sustained by any one person; and
- is committed in a policy year by all persons who otherwise qualify as protected persons.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of:

- all each event retentions for all covered bodily injury and property damage that happens in a policy year;
- all personal injury each person retentions for all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all advertising injury each person retentions for all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all sexual abuse each person retentions for all covered bodily injury and personal injury that's caused by all sexual abuse committed in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period

by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01138

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate an event, offense, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which

the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

   **Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

   These payments are in addition to the limits of coverage.

   Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

   *Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

   However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

   We'll pay the prejudgment interest on the following parts of a judgment:

   - That part of a judgment paid by us.
   - That part of a judgment paid by you within the self-insured retention that applies.

   But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

   We'll pay the postjudgment interest on the following parts of a judgment:

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01139

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of*

*damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Contract liability exclusion. This change reduces our obligations by removing our duty to defend an indemnitee in connection with a covered contract under which a protected person has agreed to defend an indemnitee against a claim or suit for covered injury or damage.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered

contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage that's covered by this agreement, we'll have the right, but not the duty, to defend the indemnitee against the claim or suit.

If we choose to defend an indemnitee against a claim or suit on any basis other than your claim handling service, we'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Payments of such expenses are not subject to either the self-insured retentions or the limits of coverage, but our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of settlements or judgments.

However, when we choose to defend an indemnitee against a claim or suit, you and the indemnitee must comply with:

- all of our indemnitee defense control and authority requirements; and
- all of our indemnitee defense cooperation and notice requirements.

If any of these requirements are not fulfilled, we may transfer control of the defense of the claim or suit against the indemnitee to you. We agree to take whatever steps are necessary during the transfer of control to continue that defense, and avoid a default judgment, during the transfer. When we transfer such control to you, you agree that we won't waive or give up any of our rights under this agreement. The reasonable expenses we incur for such transfer are subject to the self-insured retentions.

Also, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceed the self-insured retention that applies.

When we choose not to defend an indemnitee against a claim or suit, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the self-insured retentions and the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment;
- the combined amount of the judgment and any indemnitee defense expenses assumed under contract that we pay is more than the self-insured retention that applies; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01141

- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map,

opinion, report, survey, change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by the indemnitee at our request in connection with the claim or suit.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled when we choose to defend an indemnitee against a claim or suit under this agreement:

- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend you and the indemnitee.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee we chose to defend against a claim or suit under this agreement:

STP01142

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.
- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any provider of other insurance that provides coverage which applies to the claim or suit and is available to the indemnitee.
- The indemnitee must help us coordinate the application of such other insurance to the claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

7. The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are damages for covered bodily injury.

8. The following replaces the Other Insurance section. This change limits coverage.

## Other Insurance

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

## Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01143

## LIQUOR LIABILITY PROTECTION COVERAGE SUMMARY



This Coverage Summary shows the limits of coverage that apply to your Liquor Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

| Limits Of Coverage | IMPORTANT NOTE |
|---|---|
| **Total limit.**  $ 1,000,000. | **Retroactive Date:** |
| **Each person limit.**  $ 1,000,000. | The retroactive date applies only if the Liquor Liability Protection – Claims-Made insuring agreement is a part of this policy. |
| | However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy. |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply.  If so, they're listed on the Introduction.

---

**Name of Insured**          **Policy Number** GP06301927          **Effective Date** 11/01/07
CITY OF WAUKEGAN                                                    **Processing Date** 02/08/08   15:17   002

**PUBLIC SECTOR SERVICES**
**LIQUOR LIABILITY SELF-INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Liquor
Liability Protection.

**Important Note.** This endorsement adds one
or more self-insured retentions over which
the limits of coverage will apply. Defense
expenses are subject to the self-insured
retentions.

## Self-Insured Retentions Table

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each person retention. | $250,000. |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention
doesn't apply, and you'll be responsible for paying all applicable each person retentions
without further limitation, regardless of how often they apply.

### How Coverage Is Changed

There are six changes which are explained
below.

1. The following section is added. This
   change adds one or more self-insured
   retentions to be paid by you.

### Self-Insured Retentions

The self-insured retentions shown in the
Self-Insured Retentions Table and the
information contained in this section fix
the amount of damages and defense
expenses incurred by or for you or any
other protected person that you'll be
responsible for paying, and over which
the limits of coverage will apply,
regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims
  or bringing suits.

The self-insured retentions won't apply
to payments we make under the
Additional payments section.

*Defense expenses* means any of the
following fees, costs, or expenses that
result directly from the investigation,
defense, or appeal of a specific claim or
suit:

- Fees, costs, or expenses of hired or
  appointed attorneys.
- The costs of the proceedings involved
  in the suit, including court reporter's,
  arbitrator's, or mediator's fees.
- Independent expert's or special
  investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or
  expenses related to medical or
  vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person
  for covered injury or damage in a suit.
- Postjudgment interest.

But we won't consider any of the
following to be defense expenses:

- Our expenses, including salaries, wages,
  or travel expenses of our employees,
  other than fees, costs, or expenses
  incurred by us in connection with a
  specific claim or suit.
- Salaries or wages of any protected
  person, including attorneys employed
  by any protected person.
- Expenses, other than additional living
  expenses, incurred by any protected
  person, including attorneys employed
  by any protected person.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08   15:17   002 |

G0599 Ed. 6-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

STP01145

- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each person retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered injury and damage that results from the selling, serving, or furnishing of alcoholic beverages to any one person.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each person retentions for all covered injury or damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all

applicable each person retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three month extension. As a result, the amount of the total retention for the entire 15 month policy period is $312,500.*

$$\$250,000 \ X \ \frac{3 \ months}{12 \ months} \ = \ \$62,500$$

$$\$62,500 \ + \ \$250,000 \ = \ \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01146

- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate any event, claim, or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means bodily injury, loss of support, or property damage.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are postjudgment interest, we'll only pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following section is added. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01147

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;

- the protected person doesn't appeal the judgment; and

- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage.

However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Other Insurance section. This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;

- us, except under this agreement;

- any of our affiliated insurance companies;

- a risk retention group;

- a self-insurance method or program other than any funded by you and over which this agreement applies; or

- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01148

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY
PROTECTION – CLAIMS–MADE COVERAGE SUMMARY**



This Coverage Summary shows the limits of
coverage, deductible, and extended reporting
period endorsement premium that apply to
your Employee Benefit Plans Administration
Liability Protection – Claims-Made.

---

### Limits Of Coverage

Each wrongful act.            $1,000,000

Total limit.                 $3,000,000

---

### Deductible

Each wrongful act.            $

---

### Extended Reporting Period Endorsement Premium

$426.00

---

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17   002 |

43532 Rev. 1-96                  Coverage Summary
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved              Page 1 of 1

**PUBLIC SECTOR SERVICES**
**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**
**SELF–INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Employee Benefit Plans Administration Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self–Insured Retentions Table**

---

*Only those self–insured retentions for which amounts are shown apply.*

---

| | |
|---|---|
| Each wrongful act retention. | $250,000 |
| Total retention. | $ |

---

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are seven changes which are explained below.

1. The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

   **Self–Insured Retentions**

   The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

   - protected persons;
   - claims made or suits brought; or
   - persons or organizations making claims or bringing suits.

   The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered loss in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses

---

| Name of Insured | Policy Number | GP06301927 | Effective Date | 11/01/07 |
|---|---|---|---|---|
| CITY OF WAUKEGAN | | | Processing Date | 02/08/08   15:17   002 |

STP01150

incurred by us in connection with a specific claim or suit.

- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered loss that is caused by any one wrongful act or series of related wrongful acts.

We explain the term series of related wrongful acts in the When we consider a claim or suit to be first made or brought section.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each wrongful act retentions for covered loss that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01151

payment of, or assumption of any obligation to pay:

- damages for covered loss; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:
   - reduces our obligations under this agreement by removing our duty to defend a protected person; and
   - explains our right to settle a claim or suit for covered loss.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right even if:
- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such loss probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any wrongful act, claim, or suit to the extent we believe is proper.

If we choose to:
- investigate a wrongful act, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered loss, if the total amount of damages and defense expenses for such loss exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:
- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:
- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered loss in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

STP01152

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.*   We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.**   We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest

and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought section. This change explains when we consider a claim or suit to be first made or brought.

**When we consider a claim or suit to be first made or brought.**   We'll consider a claim or suit for covered loss to be first made or brought on the earlier of the following dates:

- The date that your claim handling service or any protected person first receives written notice of such claim or suit.
- The date that your claim handling service first receives written notice of a wrongful act from any protected person. Such notice must also describe what loss may result from the wrongful act.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01153

6. The following is added to the Limits Of Coverage section.  This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

7. The following replaces the Other Insurance section.  This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for loss covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

---

**PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION – CLAIMS–MADE COVERAGE SUMMARY**

 **TRAVELERS**

This Coverage Summary shows the limits of coverage, deductible, and the retroactive date that apply to your Public Entity Employment Practices Liability Protection - Claims-Made. It also lists those endorsements, if any, that must have certain information shown for them to apply.

| Limits Of Coverage | | Retroactive Date: | 11/01/96 |
|---|---|---|---|
| Each wrongful employment practice offense limit | $5,000,000 | **Important Note:** If no date is shown above, we'll consider the retroactive date to be the same as the beginning date of this insuring agreement. | |
| Total limit | $5,000,000 | | |
| Each wrongful employment practice offense deductible | $ | | |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

L0397 Rev. 7-06
Page 2 of 2

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01156

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY – CLAIMS–MADE**
**SELF–INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity Employment Practices Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

**Self–Insured Retentions Table**

*Only those self–insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each wrongful employment practice offense retention. | $250,000 |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful employment practice offense retentions without further limitation, regardless of how often they apply.

**How Coverage Is Changed**

There are ten changes which are explained below.

1. The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

**Self–Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person for covered employment injury that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to:

- payments we make under the Additional payments section;

- defense expenses we pay under the Right to defend a protected person section, other than any defense expenses you pay under the Payment of defense expenses when our defense of a suit results in a judgment or settlement within the self-insured retention section; or

- defense expenses we pay under the Right to appeal a judgment against a protected person section, other than any defense expenses you pay under the Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The cost of proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

L0352 Ed. 7-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 6

- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs of any appeal, attachment, or similar required bonds.
- Costs taxed against a protected person for covered employment injury in a suit, other than attorneys' fees of the person or organization bringing the suit.
- Prejudgment interest, except such interest we pay under the Additional payments section.
- Postjudgment interest, except such interest we pay under the Additional payments section.

But we won't consider any of the following to be defense expenses:
- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:
- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered employment injury.

*Postjudgment interest* means the interest that:
- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered employment injury.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful employment practice offense retention.** You'll be responsible for the amount of damages and defense expenses for covered employment injury within this self-insured retention for all claims or suits for covered employment injury that is caused by:
- the same wrongful employment practice offense; or
- related wrongful employment practice offenses.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful employment practice offense retentions for all claims or suits for covered employment injury that are:
- first made or brought against a protected person; and
- first reported to us;
in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful employment practice offense retentions without further limitation, regardless of how often they apply.

We explain:
- when we consider a claim or suit to be first made or brought in the When we consider a claim or suit to be first made or brought section; and
- when we consider a claim or suit to be first reported to us in the When we consider a claim or suit to be first reported to us section.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01158

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered employment injury; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages, defense expenses, prejudgment interest, and postjudgment interest covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim or suit for covered employment injury.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for employment injury covered by this agreement if the total amount of damages and defense expenses for such employment injury exceeds, or will probably exceed, the self-insured retention. We'll have such right even if all of the allegations of the claim or suit are groundless, false, or fraudulent.

We'll have the right to investigate any wrongful employment practice offense, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate a wrongful employment practice offense, claim, or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Any such defense expenses we pay will reduce the available limits of coverage. However, if you reimburse us for such defense expenses under the Payment of defense expenses when our defense of a claim results in a judgment or settlement within the self-insured retention section, such defense expenses won't reduce the available limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered employment injury, if the total amount of damages and defense expenses for such employment injury exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement that are within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01159

*Claim* means a demand that seeks damages.

*Suit* means:

- a civil proceeding that seeks damages, including an arbitration proceeding for damages to which the protected person must submit, or submits with our consent, or any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent; or
- any administrative proceeding or hearing conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing.

*Payment of defense expenses when our defense of a suit results in a judgment or settlement within the self-insured retention.* If we choose to defend a protected person against a claim or suit, and we incur defense expenses, you'll reimburse us for such expenses after a settlement or judgment, up to the amount of the self-insured retention that applies, if the retention isn't first used up by the amount of such settlement or judgment. For example:

*You have a $500,000 each wrongful employment practice offense retention under this agreement. This agreement has a $1,000,000 each wrongful employment practice offense limit and a $1,000,000 total limit. A suit for employment injury covered by this agreement is brought against you. After you incur $150,000 in defense expenses, we exercise our right to defend the suit. From that point on, we incur $400,000 in defense expenses. A $250,000 judgment for damages covered by this agreement is awarded against you.*

*Because you paid only $150,000 of your $500,000 self-insured retention, you'll be responsible for the amount of the judgment ($250,000), and you'll reimburse us for $100,000 of the defense expenses that we incurred. We'll be responsible for the remaining $300,000 in defense expenses, and only that amount of defense expenses will reduce the available limits of coverage.*

3. The following section is added. This change describes our duty to pay reasonable defense expenses that exceed a self-insured retention that applies.

**Duty to pay reasonable defense expenses.** We'll have the duty to pay reasonable defense expenses incurred by or for you or any other protected person in connection with any claim or suit for covered employment injury when the total amount of damages and defense expenses you have paid in connection with the claim or suit exceeds the self-insured retention that applies.

Payment of such expenses will reduce the available limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

4. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below, in addition to the limits of coverage, in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses for covered employment injury you have paid in connection with the claim or suit exceeds the self-insured retention that applies.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

*Prejudgment interest.* We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01160

won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses, other than defense expenses, that we incur.

5. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit that includes damages for covered employment injury. But only if:

- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses that result directly from that appeal. We'll consider such expenses to be defense expenses. Our payment of such expenses will reduce the available limits of coverage. However, if you pay for such expenses under the Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention section, such payments won't reduce the available limits of coverage.

The results of an appeal won't change the limits of coverage that apply to damages under this agreement.

*Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention.* If, as the result of our appeal, the amount of the judgment is reduced to zero or to an amount within the self-insured retention, you'll be responsible for the defense

expenses that we incurred that result directly from that appeal, up to the amount of the retention. For example:

*You have a $500,000 each wrongful employment practice offense retention under this agreement. This agreement has a $1,000,000 each wrongful employment practice offense limit and a $1,000,000 total limit. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $300,000 in defense expenses. If we didn't appeal the judgment:*

- *You would be responsible for the amount of damages ($200,000) and defense expenses you incurred ($300,000) up to your self-insured retention ($500,000); and*
- *We would be responsible for the remaining amount of damages ($800,000) that exceeds your self-insured retention.*

*However, we choose to appeal the judgment, and we incur $250,000 in defense expenses for the appeal. Our appeal is successful, and the judgment is reduced to zero. Because of this result, you have used up only $300,000 of your $500,000 self-insured retention, and you'll be responsible for $200,000 of the defense expenses that we incurred for the appeal. We'll be responsible for the remaining $50,000 of such expenses, and only that amount of such expenses will reduce the available limits of coverage.*

6. The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought section. This change explains when we consider a claim or suit to be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered employment injury to be first made or brought against a protected person on the earlier of the following dates:

- The date that your claim handling service or any protected person first receives written notice of such claim or suit.
- The date that your claim handling service first receives written notice from any protected person of a

specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

7. The following replaces the first paragraph of the When we consider a claim or suit to be first reported to us section. This change explains when we consider a claim or suit to be first reported to us.

**When we consider a claim or suit to be first reported to us.** We'll consider a claim or suit for covered employment injury to be first reported to us on the earliest of the following dates:

- The date that your claim handling service first receives written notice of such claim or suit from any protected person or from the person or organization making or bringing the claim or suit.
- The date that your claim handling service first receives written notice from any protected person of a specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

8. The following replaces the first paragraph of the What we require in a written notice of a specific wrongful employment practice offense section. This change explains what is required in a written notice of a specific wrongful employment practice offense.

**What we require in a written notice of a specific wrongful employment practice offense.** We won't consider a claim or suit to be first made or brought against a protected person and reported to us on the date your claim handling service first receives written notice of a specific wrongful employment practice offense unless that notice contains the following information:

- A description of the wrongful employment practice offense, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.

- The manner in which each of the protected persons first became aware of the circumstances involved.

9. The following replaces the second paragraph of the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retention.

The limits of coverage apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

10. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for employment injury covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01162

**WHEN AND HOW AN EXTENDED REPORTING PERIOD CAN BE
ADDED ENDORSEMENT – ILLINOIS –
PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY**

This endorsement changes your Public Entity
Employment Practices Liability Protection -
Claims-Made.

---

**How Coverage Is Changed**

The following replaces the third paragraph of
the When and how an extended reporting
period can be added section.  This change
broadens coverage.

However, the Extended Reporting Period
Endorsement won't take effect unless we
receive all of the following within 60 days
after the ending date of this agreement, and
you have fulfilled all other duties, and
complied with all other conditions and
requirements, under this areement:

- A written request from you to purchase
  the Extended Reporting Period
  Endorsement.
- Payment of the additional premium for the
  Extended Reporting Period Endorsement.

**Other Terms**

All other terms of your policy remain the
same.

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01163

**PUBLIC SECTOR SERVICES**
**LAW ENFORCEMENT LIABILITY**
**SELF—INSURED RETENTIONS ENDORSEMENT —**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Law Enforcement Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self—Insured Retentions Table**

---

*Only those self—insured retentions for which amounts are shown apply.*

---

| | |
|---|---|
| Each wrongful act retention. | $250,000 |
| Total retention. | $ |

---

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are eight changes which are explained below.

1. The following replaces the Deductibles section. This change adds one or more self-insured retentions to be paid by you.

**Self—Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making or bringing claims.

The self-insured retentions won't apply to payments we make under the Additional payments section.

**Defense expenses** means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
- Additional living expenses.
- Costs, except attorneys' fees of the person or organization making or bringing the claim, taxed against a protected person for covered injury or damage in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees,

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08   15:17   002 |

other than fees, costs, or expenses incurred by us in connection with a specific claim.

- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered injury or damage that:

- happens in a policy year; and
- is caused by any one wrongful act or series of related wrongful acts.

We explain the term series of related wrongful acts in the Limits Of Coverage section. .

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful act retentions for all covered injury or damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

We explain the term policy year in the Total limit section.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01165

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim for covered loss.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim for injury or damage covered by this agreement. We'll have such right even if:

- all of the allegations of the claim are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any wrongful act or claim to the extent we believe is proper.

If we choose to:

- investigate a wrongful act or claim; or
- defend a protected person against a claim;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim, even if the amount of damages or

defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim.

*Claim* means a suit or written demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the

STP01166

reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.*   We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section.  This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

   **Right to appeal a judgment against a protected person.**  We'll have the right to appeal a judgment against any protected person. But only if:

   - the judgment includes damages covered by this agreement;
   - the protected person doesn't appeal the judgment; and
   - the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

   If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of coverage that applies. Such expenses will be shared in the same ratio as the reduction in the

judgment is shared.  If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds.  For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention.  A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses.  You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000).  We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses.  Our appeal is successful, and the judgment is reduced to zero.  Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section.  This change describes how the limits of coverage apply to the self-insured retentions.

   The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following is added to the Each wrongful act limit section.  This change limits coverage.

   However, the most we'll pay for covered property damage that is caused by any one wrongful act or series of related

   © 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01167

wrongful acts is further limited by the following:

*Personal property of others limit.* This is the most we'll pay per policy period for direct physical loss or damage to the personal property of others which:

- is in their possession at the time of their arrest; and
- is in the care, custody, or control of the protected person at the time of the loss or damage.

Personal property of others limit: $25,000.

7. The following replaces the Control of property exclusion. This change broadens coverage.

**Control of property.** We won't cover property damage to the following property:

- Property you own, rent, lease, occupy, or borrow.
- Personal property in the care, custody, or control of any protected person.

But we won't apply this exclusion to any payments we make that are subject to the personal property of others limit.

8. The following replaces the Other Insurance section. This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for injury or damage covered

by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limit of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

STP01168

**PUBLIC ENTITY MANAGEMENT LIABILITY
PROTECTION – CLAIMS–MADE
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of coverage, deductible, and the retroactive date that apply to your Public Entity Management Liability Protection – Claims-Made. It also lists those endorsements, if any, that must have certain information shown for them to apply.

| Limits Of Coverage | | Deductible | |
|---|---|---|---|
| Each wrongful act limit. | $1,000,000 | Each wrongful act deductible. | $ |
| Total limit. | $2,000,000 | | |

**Retroactive Date:** 11/01/96

**Important Note:** If no date is shown above, we'll consider the retroactive date to be the same as the beginning date of this insuring agreement.

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08 15:17 002 |

47336 Rev. 1-01 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

Coverage Summary

STP01169

**TheStPaul**

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

STP01170

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY MANAGEMENT LIABILITY – CLAIMS-MADE**
**SELF-INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity Management Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self-Insured Retentions Table**

---

*Only those self-insured retentions for which amounts are shown apply.*

Each wrongful act retention.                    $250,000

Total retention.                                $

---

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are eight changes which are explained below.

1.  The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

    **Self-Insured Retentions**

    The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person for covered loss that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

    - protected persons;
    - claims made or suits brought; or
    - persons or organizations making claims or bringing suits.

    The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of proceedings involved in a suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered loss in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.

---

**Name of Insured**                     **Policy Number** GP06301927        **Effective Date** 11/01/07
CITY OF WAUKEGAN                                                            **Processing Date** 02/08/08   15:17   002

L0550 Ed. 7-06                          Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved                          Page 1 of 5

STP01171

- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment for covered loss from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all claims or suits for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful act retentions for all claims or suits for covered loss that are first made or brought in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered loss; or

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01172

- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change reduces our obligations under this agreement by removing our duty to defend a protected person.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such loss probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any wrongful act, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate a wrongful act, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered loss, if the total amount of damages and defense expenses for such loss exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've

agreed to in the settlement that are within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below, in addition to the limits of coverage, in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered loss in connection with the claim or suit exceeds the self-insured retention that applies.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.

STP01173

● That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

● That part of a judgment paid by us.
● That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.*  We'll pay all other expenses we incur.

4.  The following replaces the Right to appeal a judgment against a protected person section.  This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.**  We'll have the right to appeal a judgment awarded in a suit that includes damages for covered loss.  But only if:

● the protected person doesn't appeal the judgment; and
● the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies.  Such expenses will be shared in the same ratio as the reduction in the judgment is shared.  If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds.  For example:

*You have a $500,000 self-insured retention under this agreement.  This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention.  A $1,000,000 judgment for damages covered by this*

*agreement is awarded against you, and you have incurred $100,000 in defense expenses.  You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000).  We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses.  Our appeal is successful, and the judgment is reduced to zero.  Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay are in addition to the limits of coverage.  However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5.  The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought against a protected person section.  This change explains when we consider a claim to be first made or brought.

**When we consider a claim or suit to be first made or brought against a protected person.**  We'll consider a claim or suit for covered loss to be first made or brought against a protected person on the earlier of the following dates:

● The date that your claim handling service or any protected person first receives written notice of such claim or suit.
● The date that your claim handling service first receives written notice from any protected person of a specific wrongful act that caused the loss which resulted in such claim or suit.

6.  The following replaces the first paragraph of the What we require in a written notice of a specific wrongful act section. This change explains what is required in a written notice of a specific wrongful act.

**What we require in a written notice of a specific wrongful act.**  We won't consider

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01174

a claim or suit to be first made or brought against a protected person on the date your claim handling service first receives written notice of a specific wrongful act unless that notice contains the following information:

- A description of the wrongful act, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.
- The manner in which each of the protected persons first became aware of the circumstances involved.

7. The following replaces the second paragraph of the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

8. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for loss covered by this

agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

## HOSTILE FIRE POLLUTION ENDORSEMENT – PUBLIC ENTITY MANAGEMENT LIABILITY

This endorsement changes your Public Entity Management Liability Protection.

### How Coverage Is Changed

The following is added to the Pollution exclusion.  This change broadens coverage.

However, we won't apply this exclusion to loss that results from hostile fire heat, fumes, or smoke.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire which:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

### Other Terms

All other terms of your policy remain the same.

# GARAGEKEEPERS COVERAGE SUMMARY

 **ST PAUL TRAVELERS**

This summary shows the coverages, limits, and deductibles for your Garagekeepers Protection.

---

## Garage Locations

001    DOWNTOWN WAUKEGAN SELF-PARK GARAGE    WAUKEGAN, IL    60085

---

## Garagekeepers Liability Protection

**Direct Protection Options:** ☐ Direct Excess Protection  ☐ Direct Primary Protection

| Garage Location: | Limit of Coverage: | Covered Causes of Loss: | Deductibles: |
|---|---|---|---|
| 001 | $1,000,000 | ☒ Comprehensive | For theft, mischief, or vandalism we'll apply:<br>Larger of $100 or $500 Each loss to a covered auto<br>Larger of $500 or $2,500 Total each event |
| | | ☐ Specified Causes of loss | For theft, mischief or vandalism we'll apply:<br>Larger of $100 or Each loss to a covered auto<br>Larger of $500 or Total each event |
| | $1,000,000 | ☒ Collision | $500 Each loss to a covered auto |
| | | ☐ Comprehensive | For theft, mischief or vandalism we'll apply:<br>Larger of $100 or Each loss to a covered auto<br>Larger of $500 or Total each event |
| | | ☐ Specified Causes of loss | For theft, mischief or vandalism we'll apply:<br>Larger of $100 or Each loss to a covered auto<br>Larger of $500 or Total each event |
| | | ☐ Collision | Each loss to a covered auto |

---

**Name of Insured**          **Policy Number** GP06301927          **Effective Date** 11/01/07
CITY OF WAUKEGAN                                             **Processing Date** 02/08/08  15:17  002

44488 Rev. 1-95                              Coverage Summary
© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 1 of 2

STP01177

**Locations Continued:**
**Garage** **Limit of**
**Location:** **Coverage:**

**Covered** **Deductibles:**
**Causes of Loss:**

☐ Comprehensive   For theft, mischief, or vandalism we'll apply:
                  Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Specified       For theft, mischief or vandalism we'll apply:
Causes of loss    Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Collision                    Each loss to a covered auto

☐ Comprehensive   For theft, mischief, or vandalism we'll apply:
                  Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Specified       For theft, mischief or vandalism we'll apply:
Causes of loss    Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Collision                    Each loss to a covered auto

☐ Comprehensive   For theft, mischief, or vandalism we'll apply:
                  Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Specified       For theft, mischief or vandalism we'll apply:
Causes of loss    Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Collision                    Each loss to a covered auto

☐ Comprehensive   For theft, mischief, or vandalism we'll apply:
                  Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Specified       For theft, mischief or vandalism we'll apply:
Causes of loss    Larger of $100 or        Each loss to a covered auto
                  Larger of $500 or         Total each event

☐ Collision                    Each loss to a covered auto

44488 Rev. 1-95 Printed in U.S.A.
Page 2 of 2          © 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01178

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0001 | 2000 | FORD | E350 VAN | 1FDSE37L3XHB19101 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0002 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWDAZR56J324749 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0003 | 2006 | FORD F350 | SERVICE TRUCK | 1FDWF33526EA66817 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0004 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWDAZR16J324747 | WAUKEGAN IL |

|  | ACV or Stated Amount | Deductible |
|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0005 | 1986 | INT'L 1654 | SERIES TRUCK | 1HTLAHGP7GHA29864 | WAUKEGAN IL |

|  | ACV or Stated Amount | Deductible |
|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0006 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWDAZR36J324748 | WAUKEGAN IL |

|  | ACV or Stated Amount | Deductible |
|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01180

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE


**ST PAUL
TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0007 | 1987 | FORD | E350 TRUCK | 1FDKE37H4HHC00010 | WAUKEGAN IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0008 | 1999 | FORD | F350 DUMP TRUCK | 1FDWF37S7XEE61321 | WAUKEGAN IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0009 | 1999 | FORD | F350 DUMP TRUCK | 1FDWF37S9XEE61322 | WAUKEGAN IL |

| | | | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01181

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0010 | 2006 | INT'L | DUMP TRUCK | 1HTWHAZT36J324751 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0011 | 1994 | CHEVROLET | S-10 PICKUP | 1GCCS19ZXR8229380 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0012 | 2006 | INT'L | 7400 TRUCK | 1HTWGAZT06J324747 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01182

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces.   A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0013 | 1992 | INT'L 2554 | VACTOR TRUCK | 1HTGBPBR8NH395098 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | Maximum | |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0014 | 1991 | CHEVROLET | HIGH CUBE   VAN | 2GBGG31K3M4131786 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | Maximum | |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0015 | 2001 | GMC | SIERRA PICKUP | 1GTHK29U21E225412 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | Maximum | |

**Who We'll Pay For Physical Damage Loss.   You and:**

STP01183

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0016 | 1993 | CHEVROLET | SERVICE TRUCK | 1GBJK34K8PE158566 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0017 | 2001 | GMC | SIERRA PICKUP | 1GTHK29U71E221307 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0018 | 2001 | GMC | SIERRA PICKUP | 1GTHK29U11E226387 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01184

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE

 **ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0019 | 1991 | CHEVROLET | MAINT TRUCK | 2GCFK29K3M1122916 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0020 | 2006 | FORD F350 | SERVICE TRUCK | 1FDWF33546EA66818 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0021 | 2001 | GMC | SIERRA PICKUP | 1GTHK29U71E226202 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss. You and:**

STP01185

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|------|------|------|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0022 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWHAZT76J324753 | WAUKEGAN IL |

|  | ACV or Stated Amount | Deductible |
|--|--|--|

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision   ☒   $5,000
- ☐ Specified Causes of Loss   ☐
- ☐ Towing   Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0023 | 1997 | FORD | F250 PICKUP | 1FTHX26G6VEA68618 | WAUKEGAN IL |

ACV or Stated Amount   Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision   ☒   $5,000
- ☐ Specified Causes of Loss   ☐
- ☐ Towing   Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0024 | 1987 | CHEVY | DUMP TRUCK | 1GBJV34J0HJ143597 | WAUKEGAN IL |

ACV or Stated Amount   Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision   ☒   $5,000
- ☐ Specified Causes of Loss   ☐
- ☐ Towing   Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01186

44463 Ed. 4-91
Page 2 of 2

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**AUTO SCHEDULE**

≡ **ST.PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0025 | 2004 | FORD | F250 PICKUP | 1FTNX211L84ED35084 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | | |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0026 | 2004 | FORD | F250 PICKUP | 1FTNX21LX4ED35085 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | | |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0027 | 2006 | FORD | F250 PICKUP | 1FTNF21566EA65652 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | | |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

STP01187

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0028 | 2006 | FORD | F250 PICKUP | 1FTNF21586EA65653 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0029 | 2006 | FORD | F250 PICKUP | 1FTSX21546EA66816 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0030 | 2006 | FORD | F250 PICKUP | 1FTSX21556EA68963 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01188

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0031 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR5NH419048 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0032 | 1998 | INT'L | 2554 TRUCK | 1HTGBAAR1WH548162 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0033 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR7NH419049 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01189

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| | | |
|--|--|--|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0034 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR3NH419050 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0035 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR7NH419052 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0036 | 2003 | CHEVROLET | STAKE TRUCK | 1GBJC34UX3E190542 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01190

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0037 | 1990 | CHEVY | SUBURBAN | 1GNGR26K1LF125266 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0038 | 1994 | CHEVROLET | SERVICE TRUCK | 1GCGK29K4RE169222 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0039 | 2000 | INT'L | 2554 TRUCK | 1HTGBADR2YH300694 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01191

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0040 | 2006 | FORD F350 | SERVICE TRUCK | 1FDWF33566EA66819 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists* ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0041 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR9NH419053 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists* ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0042 | 2001 | GMC | DUMP TRUCK | 1GDJK34U51F118245 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists* ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01192

44463 Ed. 4-91
Page 2 of 2          © 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**AUTO SCHEDULE**


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.   A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0043 | 2001 | GMC | DUMP TRUCK | 1GDJK34U41F117278 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0044 | 2001 | GMC | DUMP TRUCK | 1GDJK34UX1F116801 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0045 | 1992 | INT'L | 2554 TRUCK | 1HTGBPBR5NH419051 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

STP01193

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|--|--|--|
| CITY OF WAUKEGAN |  | **Processing Date** 02/08/08   15:17   002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0046 | 2001 | GMC | DUMP TRUCK | 1GDJK34U21F116825 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss  ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0047 | 2001 | GMC | DUMP TRUCK | 1GDJK34U51F116883 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss  ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0048 | 2001 | GMC | DUMP TRUCK | 1GDJK34U01F116905 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss  ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01194

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**AUTO SCHEDULE**



The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0049 | 1993 | GMC | DUMP TRUCK | 1GDJK34K3PE505373 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0050 | 1993 | GMC | DUMP TRUCK | 1GDJK34K9PE505412 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0051 | 1993 | GMC | DUMP TRUCK | 1GDJK34K0PE505962 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

STP01195

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08   15:17   002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0052 | 1993 | GMC | DUMP TRUCK | 1GDJK34K2PE505977 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0053 | 2004 | FORD | F450 DUMP TRUCK | 1FDXF47S34ED35088 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0054 | 2004 | FORD | F450 DUMP TRUCK | 1FDXF47S54ED35089 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |
| ☐ Medical Payments | ☐ Towing | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01196

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces.   A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0055 | 2001 | INT'L 2654 | ROLLOFF TRUCK | 1HTGHADT01H309250 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive ☒      $5,000
- ☒ Collision ☒      $5,000
- ☐ Specified Causes of Loss ☐
- ☐ Towing      Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0056 | 2001 | INT'L 2654 | ROLLOFF TRUCK | 1HTGHADT21H309251 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive ☒      $5,000
- ☒ Collision ☒      $5,000
- ☐ Specified Causes of Loss ☐
- ☐ Towing      Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0057 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWHAZT06J324755 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive ☒      $5,000
- ☒ Collision ☒      $5,000
- ☐ Specified Causes of Loss ☐
- ☐ Towing      Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

*STP01197*

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0058 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWHAZT56J324752 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0059 | 1993 | CHEVROLET | TRUCK | 2GCFK29K7P1215474 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0060 | 1993 | CHEVROLET | TRUCK | 2BCFK29K8P1215497 | WAUKEGAN IL |

| | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01198

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0061 | 1999 | CHEVROLET | PICKUP | 1GCGK29R1XF078249 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0062 | 1999 | CHEVROLET | PICKUP | 1GCGK29R1XF077795 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0063 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWHAZT96J324754 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01199

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

44463 Ed. 4-91                            Auto Schedule
© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0064 | 2006 | INT'L | 7400 DUMP TRUCK | 1HTWHAZT26J324756 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0065 | 1996 | INT'L 2554 | ROLLOFF TRUCK | 1HTGCADT4TH325985 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0066 | 1991 | INT'L | LP4600 TRUCK | 1HTSBZRM2MH318287 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01200

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0067 | 2003 | INT'L LIFT | PLATFORM   TRUCK | 1HTMMAAM73H587318 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0068 | 1994 | CHEVROLET | DUMP TRUCK | 1GBJK34K3RE170904 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0069 | 2004 | FORD | F450 DUMP TRUCK | 1FDXF47S14ED35087 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01201

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0070 | 2004 | FORD | F450 DUMP TRUCK | 1FDXF47SX4ED35086 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0071 | 1993 | INT'L | JET RODDER TRUCK | 1HTGBPCR3PH519523 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0072 | 1979 | INT'L | TRUCK | AA185JHA24027 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                           Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01202

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0073 | 1991 | INT'L | 2554 TRUCK | 1HTGBNR0MH347380 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0074 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR31H291977 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0075 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR51H291978 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ |  | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ |  | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |  |  |
| ☐ Medical Payments | ☐ Towing |  | Maximum |  |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01203

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN |  | Processing Date 02/08/08   15:17   002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0076 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR81H291974 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *  ☒ Comprehensive  ☒ $5,000

☒ Uninsured Motorists*  ☒ Collision  ☒ $5,000

☐ No-Fault*  ☐ Specified Causes of Loss  ☐

☐ Medical Payments  ☐ Towing  Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0077 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR11H291976 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *  ☒ Comprehensive  ☒ $5,000

☒ Uninsured Motorists*  ☒ Collision  ☒ $5,000

☐ No-Fault*  ☐ Specified Causes of Loss  ☐

☐ Medical Payments  ☐ Towing  Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0078 | 2001 | INT'L | 2554 TRUCK | 1HTGBADRX1H291975 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *  ☒ Comprehensive  ☒ $5,000

☒ Uninsured Motorists*  ☒ Collision  ☒ $5,000

☐ No-Fault*  ☐ Specified Causes of Loss  ☐

☐ Medical Payments  ☐ Towing  Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01204

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0079 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR61H291973 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0080 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR1H297498 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0081 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR11H297499 | WAUKEGAN IL |

ACV or Stated Amount Deductible

| | | |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01205

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0082 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR61H297496 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0083 | 2001 | INT'L | 2554 TRUCK | 1HTGBADR81H297497 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0084 | 2000 | INT'L | 2554 TRUCK | 1HTGBADR2YH272119 | WAUKEGAN IL |

|  |  | ACV or Stated Amount | Deductible |
|--|--|----------------------|------------|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01206

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE



The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0085 | 2000 | INT'L | 2554 TRUCK | 1HTGBADRXYH297494 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒   $5,000
- ☒   $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0086 | 2000 | INT'L | 2554 TRUCK | 1HTGBADR1YH297495 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒   $5,000
- ☒   $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0087 | 2000 | INT'L | DUMP TRUCK | 1HTGHADT9XH661686 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒   $5,000
- ☒   $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

STP01207

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number | Effective Date |
|-----------------|---------------|----------------|
| CITY OF WAUKEGAN | GP06301927 | 11/01/07 |
| | Processing Date | 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0088 | 2000 | INT'L | DUMP TRUCK | 1HTGHADT2YH661689 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0089 | 2000 | INT'L 2654 | SERIES DUMP TRUCK | 1HTGHADT9YH661687 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0090 | 2001 | INT'L 4900 | AERIAL TRUCK | 1HTSDAAN51H291971 | WAUKEGAN IL |

ACV or Stated Amount Deductible

☒ Liability *          ☒ Comprehensive          ☒          $5,000
☒ Uninsured Motorists*  ☒ Collision              ☒          $5,000
☐ No-Fault*            ☐ Specified Causes of Loss ☐
☐ Medical Payments     ☐ Towing                            Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01208

## AUTO SCHEDULE


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0091 | 2001 | INT'L 2554 | TRACTOR TRUCK | 1HSGBADR91H291972 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0092 | 1990 | POLAR | TANK TRAILER | 1PMS34321M1010911 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0093 | 2001 | CLEMENT | FRAME DUMP TRAILER | 5C2BB24B72M003405 | WAUKEGAN IL |

|  |  |  | ACV or Stated Amount | Deductible |
|--|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | | |
| ☐ Medical Payments | ☐ Towing | | Maximum | |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01209

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 02/08/08   15:17   002 |

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0094 | 2001 | FLAG | DROP DECK  TRAILER | 1F9FL44251T213078 | WAUKEGAN IL |

| | | ACV or Stated Amount Deductible |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0095 | 1999 | QUARTER | FRAME DUMP TRAILER | 1W9SS2424XW119972 | WAUKEGAN IL |

| | | ACV or Stated Amount Deductible |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0096 | 2000 | INT'L 2654 | SERIES DUMP TRUCK | 1HTGHADT7XH661685 | WAUKEGAN IL |

| | | ACV or Stated Amount Deductible |
|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ |
| ☐ Medical Payments | ☐ Towing | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01210

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO SCHEDULE


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0097 | 2002 | INT'L 2654 | TRACTOR TRUCK | 1HTGHADT72H521113 | WAUKEGAN IL |

                                                                 ACV or Stated Amount Deductible

- [x] Liability *     [x] Comprehensive    [x]     $5,000
- [x] Uninsured Motorists*    [x] Collision    [x]     $5,000
- [ ] No-Fault*    [ ] Specified Causes of Loss    [ ]
- [ ] Medical Payments    [ ] Towing       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0098 | 1995 | CHEVROLET | PICKUP | 1GCGK24K1SE114045 | WAUKEGAN IL |

                                                                   ACV or Stated Amount Deductible

- [x] Liability *     [x] Comprehensive    [x]     $5,000
- [x] Uninsured Motorists*    [x] Collision    [x]     $5,000
- [ ] No-Fault*    [ ] Specified Causes of Loss    [ ]
- [ ] Medical Payments    [ ] Towing       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|---|---|---|---|---|---|
| 0099 | 1995 | CHEVROLET | PICKUP | 1GCGK24K9SE113421 | WAUKEGAN IL |

                                                                   ACV or Stated Amount Deductible

- [x] Liability *     [x] Comprehensive    [x]     $5,000
- [x] Uninsured Motorists*    [x] Collision    [x]     $5,000
- [ ] No-Fault*    [ ] Specified Causes of Loss    [ ]
- [ ] Medical Payments    [ ] Towing       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

STP01211

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17  002 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0100 | 1995 | CHEVROLET | PICKUP | 1GCGK24KXSE114495 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision        ☒   $5,000
- ☐ Specified Causes of Loss  ☐
- ☐ Towing           Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0101 | 1995 | CHEVROLET | DUMP TRUCK | 1GBJK34K7SE115863 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision        ☒   $5,000
- ☐ Specified Causes of Loss  ☐
- ☐ Towing           Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| 0102 | 1995 | CHEVROLET | DUMP TRUCK | 1GBJK34KXSE113783 | WAUKEGAN IL |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive   ☒   $5,000
- ☒ Collision        ☒   $5,000
- ☐ Specified Causes of Loss  ☐
- ☐ Towing           Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01212

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**AUTO SCHEDULE**


**ST PAUL TRAVELERS**

The types of coverage provided for each auto are indicated by completed spaces.   A blank
space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0103 | 2001 | ELGIN | STERLING  SWEEPER TK | 49HAADBV31HH80467 | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0104 | 2006 | ELGIN | PELICAN SWEEPER TK | P4799D | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|
| 0105 | 1997 | ELGIN | PELICAN SWEEPER TK | P2581D | WAUKEGAN IL |

|  | | ACV or Stated Amount | Deductible |
|--|--|--|--|
| ☒ Liability * | ☒ Comprehensive | ☒ | $5,000 |
| ☒ Uninsured Motorists* | ☒ Collision | ☒ | $5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.   You and:**

**STP01213**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/07 |
|--|--|--|
| CITY OF WAUKEGAN | | Processing Date 02/08/08  15:17   002 |

| Auto Year  Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0106 2005 JOHNSTON | SWEEPER 3000 TRUCK | 1J9VM3H655C172037 WAUKEGAN IL | |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒          $5,000
- ☒          $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year  Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0107 2001 JENSEN | BEAVER TRAILER | 1B9FB16281545038 WAUKEGAN IL | |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒          $5,000
- ☒          $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year  Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0108 1990 PERFORMAN | BRUSH TRAILER | SN312044410342   WAUKEGAN IL | |

ACV or Stated Amount Deductible

- ☒ Liability *
- ☒ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☒ Comprehensive
- ☒ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

- ☒          $5,000
- ☒          $5,000
- ☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01214

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved