The **St.Paul**

indicated in the Exclusions - Losses We Won't Cover section. We'll also cover extra expenses or earnings and extra expenses when indicated in the Coverage Summary.

## Coverages And Covered Property

1. **Computer hardware.** We'll pay for direct physical loss or damage by a covered cause of loss to computer hardware you own, rent, or for which you are legally responsible.

   *Computer hardware* means a network capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape drives, printers, video display terminals, modems, personal computers, remote terminals, and air conditioning equipment used exclusively in computer operations.

2. **Portable computer hardware.** We'll pay for direct physical loss or damage by a covered cause of loss to your owned portable computer hardware. This coverage does not apply to hardware that has been checked during flight with commercial airlines.

   **Worldwide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for your owned portable computer hardware to be worldwide.

   *Portable computer hardware* means equipment designed to be transported, including laptop, notebook, or pen-based notebook computers.

3. **Software.** We'll pay for direct physical loss or damage by a covered cause of loss to software you own or for which you are legally responsible.

   *Software* means programs that are either purchased or written on a custom basis, which are regularly used with a computer system.

4. **Data.** We'll pay for direct physical loss or damage by a covered cause of loss to data you own or for which you are legally responsible.

*Data* means facts, concepts, or instructions converted to a form useable in computer operations.

5. **Extra expenses.** We'll pay for the extra expenses necessary to continue your computer operations resulting from direct physical loss or damage by a covered cause of loss to any of the following:

   * your computer hardware, software or data;

   * the building housing your computer operations; or

   * other property in the building or within 1,000 feet of it, if the loss or damage prevents you from using your computer facilities.

   *Extra expenses* mean the necessary expenses you incur during the suspension of your computer operations that you wouldn't have incurred if there had been no direct physical loss or damage to property caused by a covered cause of loss. Extra expense includes the necessary expenses you incur to replace or repair prototypes, project research, and development documentation.

   *Computer operations* means the kind of business transactions conducted at the covered locations with computer assistance.

   *Suspension* means:

   * the slowdown or cessation of your computer activities; or

   * that part or all of the covered location is rendered untenantable.

   *Prototype* means the first or original model of a new type of design.

   *Project research and development documentation* means written, printed, or otherwise inscribed documents, plans and records directly associated with your research and development operations.

6. **Earnings and extra expenses.** We'll pay your actual loss of earnings and extra expenses that result from the necessary suspension of your computer operations during the period of restoration caused by direct physical loss or damage by a

---

STP01495

covered cause of loss to any of the following:

- your computer hardware, software or data;
- the building housing your computer operations; or
- other property in the building or within 1,000 feet of it, if the loss or damage prevents you from using your computer facilities.

*Earnings* means the net income, which is the net profit or loss before income taxes, that would have been earned or incurred and continuing normal operations expenses that are incurred. This includes payroll.

*Period of restoration* means the length of time that:

- begins with the date of direct physical loss or damage due to a covered cause of loss at the covered location; and
- ends on the date it would reasonably take to repair, rebuild, or replace the damaged property with property of similar quality.

The period of restoration doesn't include any increase amount of time needed due to the enforcement of any ordinance, regulation, or law:

- governing the use, construction, repair, or demolition of any property;
- requiring you or others to:
  - test for, monitor, clean up, remove;
  - contain, treat, detoxify, neutralize; or
  - in any way respond to, or assess the effects of pollutants.

The expiration date of this policy won't end the period of restoration.

**Optional ordinary payroll exclusion.** If this option is indicated on the Coverage Summary, we won't cover ordinary payroll expenses.

*Ordinary payroll expenses* means payroll expenses for all your employees except:

- officers;
- executives;
- department managers; and

- employees under contract.

It includes expenses from:
- payroll;
- employee benefits, if directly related to payroll;
- FICA payments;
- union dues; and
- workers compensation premiums.

## Property Not Covered

We won't cover the following property under this agreement:

- data which can't be replaced with others of the same kind or quality, unless insured for a specific amount per article;
- program supportive documentation such as flowcharts, record formats or narrative descriptions except as they are converted to data form and then only in that form;
- accounts, bills, valuable papers;
- records, abstracts, deeds, manuscripts; or
- other documents except as they are converted to data form and then only in that form.

## Where We Cover

We'll cover property while in the United States, its territories and possessions, Canada, and Puerto Rico.

## Additional Coverages

The following coverages are included. The limits indicated for these coverages are not in addition to the limits of coverage shown in the Coverage Summary.

## Debris Removal

If your covered property is damaged or destroyed by direct physical loss from a covered cause of loss, we'll pay for the cost of removing its debris.

But we won't pay for any undamaged property which must be removed because of the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

STP01496

The St Paul

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, neutralize; or
- in any way respond to, or assess the effects of pollutants.

### Interruption By Civil Authority

If we cover extra expenses or earnings and extra expenses, we'll pay your actual extra expenses or actual earnings and extra expenses when a civil authority, like a fire department, denies access to the covered location. This denial of access must result from direct physical loss or damage to property, other than at the covered location, caused by or resulting from a covered cause of loss.

Coverage will apply for a period up to 30 consecutive days while access is denied.

### Preservation Of Property

We'll pay for any direct physical loss or damage to covered property that results when you're forced to remove it from a location endangered by a covered cause of loss.

We'll cover the property while it's being moved to a safe place, while at the new location, and while it's being returned to the covered location. The separate additional benefit limit for property in transit does not apply. But the total limit of insurance for all locations combined won't exceed the limit of coverage at the original location.

### Additional Benefits

All of the following benefits are in addition to the limits of coverage shown on the Coverage Summary. The limit for each additional benefit is also shown in the Coverage Summary.

### Backup Locations

We'll pay for direct physical loss or damage to your data while located at a backup location. To qualify for this additional coverage, each backup location must be in a separate building at least 100 feet away from you main computer operation.

But we won't pay more than the additional benefit limit for backup locations shown in the Coverage Summary.

### Fire Department Service Charge

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for fire department service charges you've agreed to pay by contract or agreement prior to the loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

### Fire Protective Equipment

We'll pay the cost to refill your fire protection equipment if it accidentally discharges or discharges as intended to control a loss covered under this agreement.

But we won't pay more than the additional benefit limit for fire protective equipment shown in the Coverage Summary.

We won't cover any loss that happens at the time of installation, repair, or recharge.

### New Locations

If computer hardware, software or data that we cover at a location shown in the Coverage Summary is moved to a new location, we'll automatically cover the property for direct physical loss or damage from a covered cause of loss at you new location.

But we won't pay more than the additional benefit limit for new locations shown in the Coverage Summary.

You must report the moving of covered property within 60 days of the moving date or this coverage will end at that time. You may be charged an additional premium for this new location.

### Newly Acquired Computer Hardware

We'll pay for direct physical loss or damage to newly acquired computer hardware you acquire while this agreement is in effect.

STP01497

The St.Paul

We'll increase you computer hardware coverage limit up to an additional $500,000 to cover direct physical loss or damage to newly acquired computer hardware at any location shown on the Coverage Summary.

You must report the additional value of all newly acquired computer hardware to us within 60 days of acquiring it or the additional limit ends at that time. An additional premium will be due from the day the computer hardware was acquired.

## Property In Transit

We'll pay for direct physical loss or damage by a covered cause of loss to you computer hardware, software or data while in transit within the United States, its territories and possessions, Canada and Puerto Rico or between these places.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary. This benefit doesn't apply to any property sent by electronic transmission.

## Property In Transit – Worldwide Extension

We'll pay for direct physical loss or damage by a covered cause of loss to your computer hardware, software or data while in transit outside the coverage territory.

But we won't pay more than the additional benefit limit for property in transit worldwide extension shown in the Coverage Summary. This benefit doesn't apply to any property sent by electronic transmission.

## Random Attack – Hacking Event or Computer Virus

We'll pay for direct physical loss or damage caused by a random attack by a hacking event or computer virus.

*Random attack* means the widespread attack, by a hacking event or computer virus, directed against the computer systems, software, data, or telecommunications systems of multiple organizations or persons who are not part of you, rather than solely at your computer systems, software, data, or telecommunications systems. Such attack is intended for the purpose of fraud,

nuisance, or malicious tampering or destruction.

*Hacking event* means an attack with allows unauthorized access or use of a computer or telecommunications system by electronically circumventing a security system and procedure.

*Computer virus* means a piece of code that is maliciously or fraudulently introduced into a computer or telecommunications system. Once introduced, the virus may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data or any computer application software, computer network, or computer operating system and related software.

But we won't pay more than the additional benefit limit for random attack – hacking event or computer virus shown in the Coverage Summary.

## Temporary Location

We'll pay for direct physical loss or damage to your computer hardware, software or data while temporarily within the premises of others for purposes other than storage. This coverage extension is provided for a maximum of 60 days while at any temporary location.

But we won't pay more than the additional benefit limit for temporary location shown in the Coverage Summary.

## Optional Coverage

### Earthquake

If this option is selected in the Coverage Summary, we'll cover direct physical loss or damage to covered property caused by earthquake. The Coverage Summary will show the limits of coverage, separate deductibles, and other terms or limitations that may apply to this coverage.

*Earthquake*, as used in this coverage option, means:

- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.

---

42441 Rev. 7-01 Printed in U.S.A.                          Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                  Page 5 of 11

STP01498

The St.Paul

## Flood

If this option is selected in the Coverage Summary, we'll cover direct physical loss or damage to covered property caused by flood. The Coverage Summary will show the limits of coverage, separate deductibles and other terms or limitations that may apply to this coverage.

*Flood* means a general and temporary condition of partial or complete inundation of normally dry land due to:

- the overflow of inland or tidal waters;
- the unusual or rapid accumulation or runoff of surface waters from any source; or
- mudslides or mudflows that are caused by flooding as described above.

## Off Premises Utility Failure

If this option is selected in the Coverage Summary, we'll pay for the loss of earnings or extra expenses that results from the failure of a utility service to the covered location described in the Coverage Summary. The Coverage Summary will show the limits of coverage, separate deductibles, and other terms or limitations that may apply to this coverage. You must prove that the failure was a result of direct physical loss or damage to the utility service not on the described premises and from a cause of loss covered by this agreement.

*Utility services* means communications and power supply services.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave or television services to the covered location, such as:

- communications transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

But coverage isn't included for overhead communication lines.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;

- transformers; and
- transmission lines

supplying electricity, to the covered location.

But coverage isn't included for overhead transmission lines.

A separate deductible may be applicable to this optional coverage. If applicable, it will be shown in the Coverage Summary.

## Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Cancellation of contracts.** We won't cover any increase in loss that's caused by or results from the suspension, lapse, or cancellation of any lease, license, contract, or order. However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings. But we'll only pay for such increase during the period of restoration.

**Defects or errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, installation, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Denial of service.** We won't cover any loss of earnings or extra expense caused by or resulting from denial of services.

*Denial of services* means an intentional specific or random attack on your computer system or telecommunications system for the purposes of nuisance, sabotage, or malicious tampering which has the effect of:

- depleting system resources available through the Internet to authorized external users of your computer system or telecommunications system; or

42441 Rev. 7-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 11                    ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

STP01499

- impeding Internet access of authorized external users to your computer system or telecommunications system.

**Disappearance.** We won't cover loss of property that is missing where:

- the only evidence of the loss is a shortage disclosed on taking inventory; or
- there is no physical evidence to show what happened to the property.

**Dishonesty.** We won't cover loss caused by or resulting from any fraudulent, dishonest, or criminal act committed by you or by a partner, member, manager, director, officer, trustee, agent or employee, including leased employee, of yours. Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

This exclusion doesn't apply to acts of destruction by your employees, including leased employees.

**Flood.** Unless the Flood Optional Coverage is checked on the Coverage Summary, we won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind;
- mudslide or mudflow;
- surface water;
- water backup or overflow from a sewer, drain, or sump; or
- underground water exerting pressure on or flowing through a sidewalk, driveway or other paved surface, foundation, wall, basement, floor, door, window, or other opening.

But this exclusion doesn't apply to the additional benefit property in transit.

If fire, explosion or sprinkler leakage results, we'll pay for that resulting loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Earthquake.** Unless the Earthquake Optional Coverage is checked on the Coverage Summary, we won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- earthquake, including any earth sinking, rising, or shifting related to such event.
- landslide, including any earth sinking, rising, or shifting related to such event.

But this exclusion doesn't apply to the additional benefit property in transit.

If fire, explosion or theft results, we'll pay for that resulting loss.

If more than one earthquake occurs within any 168 hour period, we'll consider this one event. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Ordinances, regulations, or laws.** We won't cover loss caused directly or indirectly by the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes the removal of debris. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:

- an ordinance or law that is enforced even if the property has not be damaged; or
- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or the removal

STP01500

The **St.Paul**

of the debris, following a physical loss to that property.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Other indirect loss.** We won't cover loss caused by or resulting from any indirect loss other than loss of earnings and extra expense.

**Random attack – hacking event or computer virus.** We won't cover loss caused directly or indirectly by a random attack by a hacking event or computer virus. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion doesn't apply to any specific attack nor to the additional benefit for random attack – hacking event or computer virus.

*Specific attack* means the intentional attack, by a hacking event or computer virus, directed solely at your computer system, software, data or telecommunications system. Such attack is intended for the purpose of fraud, nuisance, or malicious tampering or destruction.

**Satellites and their component parts.** We won't pay for any loss of earnings or extra expense that you incur caused by or resulting from the failure of satellites or their component parts to function as intended.

**Strike.** We won't cover any increase in loss due to delay caused by or resulting from strikers or anyone else at a location of rebuilding, repairing, or replacing damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

*You've ordered materials to repair your building after a fire has damaged it. But you can't get the material because there's a strike at the manufacturer's plant. This prevents you from resuming business and increases your loss. We'll cover this increase in your loss.*

**Utility failure.** We won't cover loss or damage caused directly or indirectly by the failure of power or other utility service supplied to a covered location if the break in service occurs away from that location. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion won't apply to the optional coverage for off premises utility failure.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Voluntary surrender.** We won't cover loss caused by or resulting from covered property that is voluntarily sold or given to someone who obtains it by trick, device, false pretense, or other fraudulent schemes.

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- war (declared or undeclared);
- warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;
- invasion or insurrection;
- rebellion, revolution, or civil war;
- seizure of power; or
- anything done to hinder or defend against these actions.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**Wear, tear, deterioration.** We won't cover loss caused by or resulting from:

- wear and tear;

STP01501

- deterioration, mold,  wet or dry rot, rust, or corrosion; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

## Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:
- How Your Property Is Valued
- Loss Determination
- Your Responsibility For Resuming Operations
- Limits Of Coverage
- Deductibles
- Other Insurance

We may take over any of the damaged or destroyed property at its agreed or appraised value.  We can choose to repair, rebuild or replace the property ourselves provided we give you notice within 30 days after we get your proof of loss.  You agree that you won't merely abandon this property to us.

## How Your Property Is Valued

The Coverage Summary indicates one of the following basis of valuation for your computer hardware:
- actual cash value; or
- replacement cost.

**Computer hardware insured on an actual cash value basis.**  For computer hardware insured on an actual cash value basis, we'll pay the smallest of the following:
- the actual cash value of the lost or damage property at the time of the loss;
- the amount it would cost to repair or replace the property with similar kind or quality; or
- the limit of coverage that applies to the property.

**Computer hardware insured on a replacement cost basis.**  For computer hardware insured

on a replacement cost basis, we'll pay the cost of repairing or replacing the damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:
- the amount you actually spend in repairing the damage; or the amount it would cost to replace the damaged property at the time of the loss with new property of equal performance, capacity or function; or
- if replacement with new property  of equal performance, capacity or function is not possible, its replacement by property having the nearest higher performance, capacity or function to the property lost, destroyed or damaged; or
- the limit of coverage that applies to the property.

We won't pay on a replacement cost basis until property has actually been repaired or replaced.

**Setting a value on software and data.**  We'll consider the cost of software and data to be no more than the cost of blank materials plus the costs you incur for replacing, reproducing, transcribing, or copying them. This applies to software and data that are actually replaced or reproduced.  If they are not replaced or reproduced, we'll pay only the cost of blank materials.  Pre-packaged software is valued at the cost to replace and re-install.

## Loss Determination

**Extra expenses.**  We'll cover extra expense for operating when these expenses are over and above what it would normally cost to conduct your business, had no loss or damage occurred.  We'll deduct the salvage value that remains of any property bought for temporary use, which you decide to keep after resuming operations.

We'll also cover all necessary expenses that reduce the loss that otherwise would have been incurred.

**Earnings.**  Your amount of earnings loss will be determined based on:
- the net income of your business before the direct physical loss or damage occurred;

STP01502

TheStPaul

- the probable net income if loss or damage had not occurred, but not including any net income that would likely have been earned as a result of an increase in volume of business due to favorable conditions caused by the impact of the covered cause of loss on customers or on other businesses;
- the operating expenses, including payroll expenses, necessary to resume computer operations with the same quality of service that existed just before the direct physical loss or damage; and
- other sources of information on your business such as: your financial records and accounting procedures, bill, invoices, and other vouchers and deeds, liens, or contracts.

## Your Responsibility For Resuming Operations

If you can reduce your loss, by resuming operations at the covered location or elsewhere:

- by using damaged or undamaged property; or
- by using any other source materials or outlets, you agree to do so.

*Extra expense loss.* We'll reduce the amount of your extra expense loss to the extent you can return operations to normal and discontinue extra expenses.

*Earnings loss.* We'll reduce the amount of your earnings loss to the extent you can resume operations in whole or in part:

- by using damaged or undamaged property, or
- by using any other source materials or outlets.

## Limits Of Coverage

The limits that apply to computer hardware, portable computer hardware, software, data, extra expenses and earnings and extra expense coverages are shown in the Coverage Summary. These limits are the most we'll pay under these coverages no matter how many protected persons are involved or how may claims are made involving one event. Separate limits are shown for each location and each type of coverage. Separate limits are also shown

for additional benefits and optional coverages.

### Deductibles

Your deductibles are shown in the Coverage Summary.

If more than one deductible is applicable to a loss, the highest deductible amount will be applied to that loss.

**Basic deductible.** You'll pay up to this amount for all losses caused by any one event covered under this agreement except as described below.

**Special breakdown deductible.** This deductible applies to losses resulting from the following:

- mechanical breakdown to your computer hardware; or
- short-circuit, blow-out, electrical or magnetic injury or disturbance to other electrical damage to computer hardware, software or data.

**Earnings and extra expenses deductible.** Your deductible for earnings and extra expenses is shown either as a dollar amount or a time limit. The time limit is shown in business days or hours.

*Business day* means a day, ending at midnight, that you are normally open for business. The first business day or hour begins at the time of loss. The day ends at midnight. However, if the loss occurs after the business has closed for the day, we'll consider the first day or hour to be the next day or hour on which you would normally be open for business.

**Optional coverage deductibles.** These deductibles apply to losses resulting from any of the following optional coverages:

- earthquake;
- flood; or
- off-premises utility failure.

## Other Rules

### Other Insurance

Insurance under a separate policy may apply to your covered loss. If the separate policy is subject to the same terms and conditions as this policy, we'll pay our pro rata portion of the covered loss or damage. Our share will be the same proportion of the loss that our limit of coverage bears to the total of all available limits. If the separate policy more specifically insures the property, we'll pay the amount of your covered loss left after the separate policy has been used up, less the deductible. But we won't pay more than the limit of coverage under this agreement. Excess coverage under this agreement will not apply to the deductible amount of more specific insurance.

### Insurance For Your Benefit

This insurance is for your benefit. No third party having temporary possession of your property, such as a transportation company, can benefit directly or indirectly from it.

### Adjusting Losses

If there's a covered loss to your property we will adjust the loss with you. If there's a covered loss to someone else's property, we'll adjust the loss with you for the owner's account. We can choose to settle directly with the owner. If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

### Who We'll Pay For Loss

If the Coverage Summary identifies a person or organization to receive payment for loss to hardware, we'll adjust the loss with you. However, payment will be made to you and the person or organization named, based on the financial interest each has in the covered property.

### Preserving Your Rights

The following replaces the Recovering Damages From A Third Party section in the General Rules.

You must do all you can to preserve any rights you have to recover your loss from others. If you do anything to impair these rights, we won't pay for your loss.

Before a loss occurs, you can give anyone a written release from any responsibility for losses to property. You can also accept ordinary bills of lading from a shipper, even if they limit the carrier's liability for losses. But after a loss you can release only:

- your tenant;
- another person covered under this policy; or
- any firm or organization that you own or control or that owns or controls you.

STP01504

## MOLD OR BACTERIA EXCLUSION ENDORSEMENT

This endorsement changes your Computer Property Protection insuring agreement. It applies to all property unless otherwise specified in the Coverage Summary.

### How Coverage Is Changed

There are three changes which are explained below. These changes limit coverage.

1. The Wear, tear, deterioration exclusion is replaced by the following.

   **Wear, tear, deterioration.** We won't cover loss caused by or resulting from:

   • wear and tear;

   • deterioration, rust, or any other corrosion; or

   • the inherent nature of the property.

   *Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

2. The following is added to the Exclusions – Losses We Won't Cover section:

   **Mold or other fungi, wet or dry rot, or bacteria.** We won't cover loss caused directly or indirectly by mold or other fungi, wet or dry rot, or bacteria unless the mold or other fungi, wet or dry rot, or bacteria is caused by a covered cause of loss.

   However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

   • test for, monitor, clean up, remove;

   • contain, treat, detoxify, neutralize; or

   • in any way respond to, or assess

the effects of mold or other fungi, wet or dry rot, or bacteria.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

*Mold or other fungi* means:

• any type or form of mold or mildew;

• any other type or form of fungus; or

• any mycotoxin, spore, scent or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

• any type or form of bacterium; or

• any mycotoxin, spore, scent or byproduct that's produced or released by such bacterium.

3. The following is added to the Exclusions – Losses We Won't Cover section:

   **Seepage or leakage.** We won't cover mold or other fungi, wet or dry rot, or bacteria loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor, that occurs over a period of 14 days or more.

### Other Terms

All other terms of your policy remain the same.

STP01505

## PUBLIC ENTITY GENERAL LIABILITY PROTECTION COVERAGE SUMMARY


**ST PAUL TRAVELERS**

This Coverage Summary shows the limits of coverage that apply to your Public Entity General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 1,000,000 |
| *Sewer back-up limit.* | $ | 1,000,000 |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08  15:17  001 |

G0208 Ed. 10-97        Coverage Summary

© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved      Page    1

STP01506

# PUBLIC ENTITY GENERAL LIABILITY PROTECTION

This insuring agreement provides general liability protection for your operations. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Table of Contents** — Page

**What This Agreement Covers** — 2
Bodily injury and property damage liability. — 2
Personal injury liability. — 3
Advertising injury liability. — 3
Medical expenses. — 4
Right and duty to defend a protected person. — 5
Additional payments. — 5
Right to appeal a judgment against a protected person. — 6

**When This Agreement Covers** — 6
Bodily injury and property damage liability. — 6
Personal injury liability. — 6
Advertising injury liability. — 6
Medical expenses. — 6

**Where This Agreement Covers** — 6

**Who Is Protected Under This Agreement** — 7
Public entity. — 7
Elected or appointed officials and members. — 7
Employees and volunteer workers. — 7
Real estate managers. — 8
Landlords. — 8
Equipment lessors. — 9
Operators of registered mobile equipment. — 9
Watercraft users. — 9
Persons or organizations as required by written contract. — 9
Separation of protected persons. — 9

**Limits Of Coverage** — 9
General total limit. — 10
Products and completed work total limit. — 10
Personal injury each person limit. — 11
Advertising injury each person limit. — 11
Each event limit. — 11
How the limits of coverage apply if a total limit is left blank. — 12

**Exclusions — What This Agreement Won't Cover** — 12
Advertising, broadcasting, or publishing business. — 12
Aircraft. — 12
Asbestos. — 13
Auto. — 13
Breach of contract. — 14
Contract liability. — 14
Control of property. — 17
Damage to your products or completed work. — 17
Deliberately breaking the law. — 17
Employers liability. — 17
Employment-related practices. — 18
Expected or intended bodily injury or property damage. — 18
Failure to supply service. — 19
False material. — 19
Health care professional services. — 19
Impaired property. — 19
Injury to volunteer firefighters. — 19
Intellectual property. — 20
Law enforcement activities or operations. — 20
Liquor liability. — 20
Material previously made known or used. — 20
Medical expenses of certain persons. — 20
Mobile equipment. — 21
Nuclear energy liability. — 22
Pollution injury or damage. — 23
Pollution work loss, cost, or expense. — 26
Poor quality or performance. — 27
Product recall. — 27
Public use of property. — 27
Watercraft. — 27
Workers compensation or other benefits laws. — 27
Wrong price description. — 28

**Other Insurance** — 28
Primary or excess other insurance. — 28
When this agreement is excess insurance. — 28
Methods of sharing. — 29

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you, or any described authorized person, before this agreement begins as a result of any of the following at that time:

- You, or such described authorized person, reporting all or part of that bodily injury to us or any other insurer.
- You, or such described authorized person, receiving a claim or suit for all or part of that bodily injury.
- Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described authorized person* means any person while he or she is your:

- Elected or appointed official, director, or executive officer, or member of any of your agencies, boards, or commissions.
- Employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01508

• happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

• damaged tangible property to happen at the time of the physical damage that caused it; and

• undamaged tangible property to happen at the time the event that caused it begins;

regardless of when such loss of use actually happens.

*Tangible property* doesn't include data.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you, or any described authorized person, before this agreement begins as a result of any of the following at that time:

• You, or such described authorized person, reporting all or part of that property damage to us or any other insurer.

• You, or such described authorized person, receiving a claim or suit for all or part of that property damage.

• Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

• claim and suit in the Right and duty to defend a protected person section;

• other organization in the Public entity or other organization section; and

• employee in the Employees and volunteer workers section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

• results from your operations; and

• is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

• False arrest, detention, or imprisonment.

• Malicious prosecution.

• Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

• Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

• Libel, or slander, in or with covered material.

• Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

• Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

• Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.

• Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

---

G0209 Rev. 10-02
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

- results from the advertising of your facilities, operations, or services, or your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your facilities, operations, or services, or your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of seeking or increasing:

- interest or participation in civic, educational, entertainment, recreational, or social activities or events;
- private or public development, growth, or investment;
- use of facilities or services by others; or
- visits by tourists, travelers, or membership, trade, or similar groups, organizations, or shows.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section of this What This Agreement Covers section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that are incurred for bodily injury which is caused by an event that:

- begins while this agreement is in effect; and
- results from your activities, happens at, on, or in any premises that you rent or lease from others, or own, or happens on the ways next to such premises;

even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01510

• funeral services.

We explain the term health care professional services in the Health care professional services exclusion.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

• any applicable deductible; or
• the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

• judgments;
• settlements; or
• medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

• an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
• any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

• bodily injury, personal injury, or advertising injury; or
• property damage.

*Offense* means any:

• personal injury offense; or
• advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

• investigate or settle the claim or suit; or

• defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limit of coverage that applies with the payment of:

• judgments;
• settlements; or
• medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons at our request.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement only in the coverage territory and only for:

- covered injury or damage that's caused by events which happen, or offenses which are committed, there; and
- covered medical expenses that are incurred for bodily injury which is caused by events that happen there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

G0209 Rev. 10-02
Page 6 of 29
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

For example:

*Your public official travels on an economic development fact-finding trip to Norway for two weeks. While there, the official allegedly causes bodily injury to a Norwegian citizen. A few months later, the Norwegian citizen sues you for the alleged bodily injury. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

**Coverage territory** means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials and members.** Your lawfully elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons only for the conduct of their duties as your lawfully elected or appointed officials, directors, executive officers, or members.

However, no elected or appointed official, director, executive officer or member is a protected person for bodily injury or personal injury to:

- you;
- any of your employees;

- the spouse, or any child, parent, brother, or sister, of that employee if such injury results from the bodily injury or personal injury to such employee;
- any fellow elected or appointed official, director, executive officer, or member; or
- the spouse, or any child, parent, brother, or sister, of that fellow elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury to such fellow elected or appointed official, director, executive officer, or member.

Nor is any elected or appointed official, director, executive officer, or member a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no elected or appointed official, director, executive officer, or member is a protected person for property damage to property that's controlled by:

- you;
- any of your employees; or
- that elected or appointed official, director, executive officer, or member.

But we won't apply the exclusions in this Elected or appointed officials and members section to premises damage.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you;
- their performance of duties related to the conduct of your operations; or
- their acts as good samaritans in response to an accident or public emergency.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your elected or appointed officials, directors, executive officers, or members of any of your agencies, boards, or commissions;

STP01513

- the spouse, or any child, parent, brother, or sister, of such elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury to such elected or appointed official, director, executive officer, or member;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of any fellow employee or any fellow volunteer worker, or any of your employees, which results from the bodily injury or personal injury to that fellow employee, that fellow volunteer worker, or that employee.

Nor is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your elected or appointed officials, directors, executive officers, or members;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to premises damage.

Nor will we apply this Employees and volunteer workers section to your elected or appointed officials. Instead, we'll apply the Elected or appointed officials and members section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

- isn't working within the scope of his or her employment as an employee or as a leased temporary worker;

- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees or volunteer workers. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented, loaned, or leased to, or borrowed by, you is a protected person only for the ownership, maintenance, or use of that premises while you rent, lease, or borrow it.

However, no landlord, lessor, manager, or owner of such premises is a protected person for injury or damage that results from any of the following work while being done by or for that landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01514

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** Any operator of registered mobile equipment is a protected person only for covered bodily injury or property damage that results from his or her driving of such equipment on a public street or road with your permission.

Any other person or organization legally responsible for the driving conduct of an operator of such mobile equipment is also a protected person only for such bodily injury or property damage. But only if there's no valid and collectible other insurance that applies to such liability and is available to that person or organization.

However, no operator of such mobile equipment or other person or organization is a protected person for:

* bodily injury to a fellow employee of the operator; or
* property damage to property controlled by you or the employer of the operator.

Also, if any operator of such mobile equipment is your employee or volunteer worker, we'll also apply the exclusions in the Employees and volunteer workers section to that operator to the extent those exclusions would otherwise apply.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

* employee, volunteer worker, and controlled by in the Employees and volunteer workers section;
* mobile equipment in the Mobile equipment exclusion; and
* other insurance in the Other Insurance section.

**Watercraft users.** Any person or organization who uses or is responsible for the use of watercraft you own or use is a protected person. But only for covered bodily injury or property damage that results from the use of such watercraft with your permission.

**Persons or organizations as required by written contract.** Any person or organization that:

* is not otherwise a protected person under this agreement; and
* you agree in a written contract or agreement to add as an additional protected person under this agreement;

is a protected person, but only for covered injury or damage that results from your work for such person or organization.

However, no such person or organization under contract is a protected person for:

* injury or damage that results from its sole negligence; or
* bodily injury or property damage that happened, or personal injury or advertising injury caused by an offense that's committed, before such written contract is made.

We explain the term your work in the Products and completed work total limit section.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

* protected persons;
* claims made or suits brought; or
* persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that are incurred for bodily injury which is caused by all events that begin in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that results from your products and happens in a policy year; and
- all covered bodily injury and property damage that results from your completed work and happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes potable water sold by or distributed by you.

Your products also includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction,

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01516

repair, or replacement, but which is otherwise complete; or

- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work or service;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work or service; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work or service.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that's caused by any one event; and
- all covered medical expenses that are incurred for bodily injury which is caused by any one event.

However, the most we'll pay for covered bodily injury or property damage that's caused by any one event or covered medical expenses that are incurred for bodily injury which is caused by any one event is further limited by the following:

*Failure to supply limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

STP01517

- result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service; and
- are caused by any one event.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that are incurred for bodily injury which:

- is sustained by any one person; and
- is caused by any one event.

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Sewer back-up limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

- result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain; and
- is caused by any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises,

products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an advertising injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your operations.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your operations, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01518

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, use, or operation of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Asbestos.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for such injury or damage;
- the claim or suit is for injury or damage for which you have assumed the liability of that indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and that indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01520

- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.

- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

STP01521

*Architect, engineer, or surveyor indemnity*
means that part which indemnifies any
architect, engineer, or surveyor for injury or
damage that results from:

- the preparation or approval of, or failure
  to prepare or approve, any drawing and
  specification, or any map, opinion, report,
  survey, change order, field order, or shop
  drawing; or

- the giving of or failure to give any
  direction or instruction if that giving or
  failure to give is the primary cause of the
  injury or damage.

*Architect, engineer, or surveyor professional
services by protected person indemnity*
means that part which indemnifies any
person or organization for injury or damage
that results from the performance of or
failure to perform architect, engineer, or
surveyor professional services by the
protected person who is an architect,
engineer, or surveyor.

*Architect, engineer, or surveyor professional
services* includes:

- the preparation or approval of any drawing
  and specification, or any map, opinion,
  report, survey, change order, field order,
  or shop drawing; and

- any architectural, engineering, inspection,
  or supervisory activity.

*War indemnity* means that part which
indemnifies any person or organization for
bodily injury or property damage that results
from war.

*Indemnitee* means any person or
organization that you have agreed under a
covered contract to indemnify or hold
harmless.

*Indemnitee defense control and authority
requirements* means the following
requirements that must be fulfilled for us to
defend an indemnitee against a claim or suit
under this agreement:

- You and the indemnitee must ask us to
  conduct and control the defense of the
  indemnitee against the claim or suit under
  this agreement.

- We must determine that there's no conflict
  between your interests and those of the
  indemnitee, based on the allegations in the
  claim or suit and on what we know about
  the factual and legal basis for the
  damages being sought.

- You and the indemnitee must each agree
  in writing that we can assign the same
  counsel to defend you and the indemnitee.

- The indemnitee must give us authority in
  writing to conduct and control its defense
  against the claim or suit.

- The indemnitee must give us authority in
  writing to obtain records and other
  information related to the claim or suit.

- The indemnitee must agree in writing to
  comply with our indemnitee defense
  cooperation and notice requirements.

*Indemnitee defense cooperation and notice
requirements* means the following
requirements that must be fulfilled for us to
continue defending an indemnitee against a
claim or suit under this agreement:

- The indemnitee must cooperate with us in
  the investigation, settlement, or defense
  of the claim or suit.

- The indemnitee must provide us with a
  copy of any demand, notice, summons, or
  legal paper received in connection with the
  claim or suit as soon as possible after it
  is received.

- The indemnitee must give notice of the
  claim or suit to any provider of other
  insurance that provides coverage which
  applies to the claim or suit and is
  available to the indemnitee.

- The indemnitee must help us coordinate
  the application of such other insurance to
  the claim or suit.

*Indemnitee defense expenses incurred by us*
means the:

- attorney fees and necessary litigation
  expenses incurred by us to defend an
  indemnitee against a claim or suit for
  damages covered by this agreement; and

- necessary litigation expenses incurred by
  the indemnitee at our request in
  connection with the claim or suit.

*Indemnitee defense expenses assumed under
contract* means the reasonable attorney fees
and necessary litigation expenses that:

- are incurred by or for an indemnitee to
  defend itself against a claim or suit for
  damages covered by this agreement; and

- are subject to a covered contract under
  which you have agreed to defend, or pay
  for the defense of, the indemnitee against
  the claim or suit.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01522

We explain the terms:

- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.
- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture road signs for others. Regardless of the cause, we won't protect you for any property damage to the road signs.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- this agreement provides coverage for such completed work.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee, which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*Your employee is injured while driving your truck when the truck goes in the ditch around a sharp curve in the road. He receives workers compensation benefits. If he later sues you in your capacity as a property owner, alleging that his injury happened because the road design was defective, we won't protect you.*

We'll apply this exclusion to any obligation of the protected person to share damages with, or repay someone else who must pay damages for, such bodily injury to:

- that employee; or
- the spouse, or any child, parent, brother, or sister, of that employee.

For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she and her husband sue the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. In that suit, her husband seeks compensation for her care and loss of services and for physical harm he has sustained as a result of his wife's injuries. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Employment-related practices.** We won't cover personal injury to any protected person's current, former, or prospective employee, leased temporary worker, or independent contractor that results from any:

- refusal to hire that person;
- termination of that person's employment, leased temporary worker status, or independent contractor status; or
- other act, omission, policy, or practice related to that person's current, former, or prospective employment, leased temporary worker status, or independent contractor status and applied to that person, such as coercion, demotion, discipline, discrimination, evaluation, harassment, humiliation, libel, reassignment, or slander, or violation of the person's right of privacy.

For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with, or to repay someone else who must pay damages for, such personal injury to:

- that employee, worker, or independent contractor; or
- the spouse, or any child, parent, brother, or sister of that employee, worker, or independent contractor.

We'll consider any protected person's prospective employee, leased temporary worker, or independent contractor to include any person who applies or seeks to be any protected person's employee, leased temporary worker, or independent contractor.

*Independent contractor* means any person who:

- has a contract with the protected person to perform for the protected person certain duties related to the conduct of the protected person's business; and
- isn't the protected person's employee, leased temporary worker, or volunteer worker.

We explain the terms employee, leased temporary worker, and volunteer worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01524

that result from the use of reasonable force to protect persons or property.

**Failure to supply service.** We won't cover bodily injury or property damage or medical expenses that result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service.

However, we won't apply this exclusion if the failure to supply results from accidental damage to tangible property owned or used by any protected person to obtain, produce, process, or transmit such service.

Nor will we apply this exclusion if there is a Failure to supply limit greater than zero shown in the Coverage Summary.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or

- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You buy smoke detectors and give them to residents and organizations in your area who qualify for them. One of those organizations is a food shelf. Several weeks after the food shelf's smoke detector is installed, it breaks during the routine daily test required for its safe operation. Due to your life safety code, the food shelf can't use its building until the smoke detector is repaired or replaced. That work takes several days. To continue operating during that period of time, the food shelf incurs extra costs to use space in a nearby building. If the food shelf sues you to recover those costs, we won't apply the exclusion. However, if the food shelf discovers while the smoke detector is being installed that it is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to volunteer firefighters.** We won't cover bodily injury, personal injury, or medical expenses to any volunteer firefighter that results from his or her duties as a volunteer firefighter for you or anyone else.

*Volunteer firefighter* includes an emergency medical services, first aid, or rescue squad volunteer.

---

STP01525

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Law enforcement activities or operations.** We won't cover injury or damage or medical expenses that result from law enforcement activities or operations.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

But we won't consider injury or damage or medical expenses that result from the ownership, maintenance, or use of a premises that isn't usually used for the conduct of law enforcement activities or operations to result from law enforcement activities or operations.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.

For example:

*Your city fire department hosts an annual awards banquet with an open bar. After this year's banquet, an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply this exclusion because you're not in the business of serving alcoholic beverages.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than as your volunteer worker;

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01526

- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured while practicing for or taking part in any recreation program which you operate or sponsor;
- injured while attending or taking part in any day or overnight camp which you operate or sponsor;
- injured while attending or being cared for in any adult or child day care center;
- injured at, on, or in that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured while being detained, held, or imprisoned in any correctional facility, jail, penal institution, penitentiary, prison, or similar facility;
- injured while receiving care or services or residing in any health care, residential care, or shelter facility;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we reasonably require, at our expense, by doctors we choose.

*Recreation program* includes any athletic or sports:

- clinic, instruction, or lesson; or
- contest, exhibition, game, or league.

*Health care facility* means any:

- alcohol or drug treatment facility;
- convalescent or nursing home;
- hospital;
- mental-psychopathic facility;
- outpatient clinic, dispensary, or infirmary; or
- similar facility.

*Residential care facility* means any:

- home for the elderly, orphaned, or physically handicapped; or
- similar facility.

*Shelter facility* means any:

- halfway or settlement house;

- mission;
- shelter; or
- similar facility.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to a premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

But we won't consider an auto that is kept for use only on your streets or roads to be mobile equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying persons or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal or street cleaning, or for street or road maintenance, but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between that government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01528

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of:

- chlorine or sodium hypochlorite in your sewage treatment, swimming pool maintenance, or water purification operations; or
- any pesticide or herbicide by or for you;

if such application or use meets all legal or license requirements of any governmental agency or authority which apply to it.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of any pollutant in the providing of, or failure to provide, fire fighting or emergency response services at, on, or in any premises, site, or location, other than a waste site.

In addition, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain, but only if such bodily injury, property damage, or medical expenses don't result from any corrosive or radioactive:

- material; or
- waste;

in the sewage.

*Firefighting or emergency response services* includes any training for the providing of such services.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your maintenance garage was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01530

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

But we won't consider a premises, site, or location that's owned, rented, leased, borrowed, or occupied by any protected person to be a protected person's work site. For example:

*You own an office building. It is cleaned and maintained by:*

- *several of your employees; and*
- *an independent contractor hired by you.*

*Pollution injury or damage results from the chemicals used connection with that maintenance work. Regardless of whether:*

- *that work is performed by any of your employees or by that contractor; or*
- *your office building qualifies as a work site of that contractor;*

*we'll consider your office building to be a protected person's premises, rather than a protected person's work site, for purposes of determining your or your employees' coverage for that injury or damage under this agreement.*

**Waste pollutant** means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your recycling center is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

**Building heating equipment fumes, smoke, soot, or vapors** means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

**Contractor or service work materials fumes, gases, or vapors** means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

**Hostile fire heat, fumes, or smoke** means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

**Hostile fire** means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

**Mobile equipment operating fluids** means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:
- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site;
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

*Back-up* means reverse flow or movement.

We explain the terms:
- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:
- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:
- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a*

*gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to the Pollution work loss, cost, or expense exclusion. However, we won't cover:*
- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:
- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your water utility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01532

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Public use of property.** We won't cover injury or damage that results from:

- any method or proceeding used in the taking or controlling of private property for public use; or
- the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, use, or operation of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- any watercraft while ashore on a premises that you rent or lease from others, or own;
- any watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge;
- any watercraft you own that is less than 25 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;

- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

This agreement is primary insurance. However, if there's any valid and collectible other insurance for injury or damage covered by this agreement, we'll apply this agreement in connection with that other insurance in accordance with the rest of this section.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance.** When there's primary other insurance, we'll share with that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;

- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- coverage for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft, auto, or watercraft, and that isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the terms:

- loading or unloading, entrustment to others, supervision of others, and auto in the Auto exclusion; and
- your work in the Products and completed work total limit section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any provider of other insurance has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no provider of other insurance will do so. In return we'll require that we be given all of that protected person's rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01534

But we won't pay more than the limit of coverage that applies under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limit of coverage that applies under this agreement. If the limit of coverage that applies under any of the applicable insurance, including this agreement, is used up before the entire amount of the damages is paid, the insurance that remains will share the balance of the damages equally until:

* the limits of coverage that apply under the remaining insurance are used up; or
* the entire amount of the damages is paid.

For example:

*You're required by a court to pay damages of $2,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, two other policies (Policy B and Policy C) apply to the judgment. The limit of coverage that applies under:*

* *this agreement is $1,000,000;*
* *Policy B is $200,000; and*
* *Policy C is $600,000.*

*First, $200,000 is subtracted from each policy's limit of coverage because that's the lowest limit of coverage that applies under any of the three policies. The result is:*

* *$800,000 remains of this agreement's limit of coverage;*
* *Policy B's limit of coverage is used up;*
* *$400,000 remains of Policy C's limit of coverage; and*
* *the balance due on the judgment is $1,400,000.*

*Next, $400,000 is subtracted under this agreement and under Policy C because that*

*amount equals the smallest amount remaining of the limit of coverage that applies under either policy after the initial $200,000 payment. The result is:*

* *$400,000 remains of this agreement's limit of coverage;*
* *Policy C's limit of coverage is used up; and*
* *the balance due on the judgment is now $600,000.*

*Finally, the remainder of the limit of coverage under this agreement is paid. The result is:*

* *this agreement's limit of coverage is used up;*
* *the total paid under the three policies is $1,800,000; and*
* *the balance due on the judgment is now $200,000, which you must pay.*

*Contribution by limits of coverage.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that's equal to our percentage of the total of all limits of coverage that apply. But we won't pay more than the limit of coverage that applies under this agreement. For example:

*You are required by a court to pay damages of $6,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, another policy (Policy B) applies to the judgment. The limit of coverage that applies under this agreement is $3,000,000. Policy B has a $1,000,000 limit of coverage that applies. The total of all limits of coverage that apply is $4,000,000.*

*Our percentage is 75% ($3,000,000/$4,000,000) of the total of all limits of coverage that apply. But we won't pay 75% of the judgment because that $4,500,000 share is more than our limit of coverage. We'll pay only our limit of coverage, which is $3,000,000.*

## HEALTH CARE AND SOCIAL SERVICE PROFESSIONAL SERVICES ENDORSEMENT – PUBLIC ENTITY GENERAL LIABILITY

This endorsement changes your Public Entity General Liability Protection.

### Schedule of Described Professionals ( ☒ indicates applicable)

☐ Nurse - other than a jail nurse

☐ Jail Nurse

☒ Emergency Medical Technician

☐ Social Service Professional

☐

### How Coverage Is Changed

There are six changes that are explained below.

1. The following is added to the definition of event. This change broadens coverage.

   However, for purposes of the Health Care And Social Service Professional Services Endorsement - Public Entity General Liability, event means:

   - an error, omission, or negligent act in the performance of or failure to perform health care professional services by a described professional acting within the scope of his or her duties for you as such described professional; or
   - an error, omission, or negligent act in the performance of or failure to perform social service professional services by a described professional acting within the scope of his or her duties for you as such described professional.

*Described professional* means any of your employees or volunteer workers who:

- isn't a medical doctor;
- isn't a nurse performing health care professional services at or in connection with a nursing home; and
- is performing duties for you as a professional indicated with an ☒ in the Schedule of Described Professionals in the Health Care And Social Service Professional Services Endorsement - Public Entity General Liability.

*Social service professional services* means any of the professional services or activities that are, or should have been, performed by any employee or volunteer worker of your social services department, health and human services department, or similar department, including any advice or instruction provided with such service or activity.

We explain the term health care professional services in the Health care professional services exclusion.

---

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927

**Effective Date** 11/01/08
**Processing Date** 11/18/08   15:17   001

G0749 Ed. 5-06
© 2006 The Travelers Companies, Inc. All rights reserved.
Endorsement

Page 1 of 3

STP01536

2. The following is added to the Employees and volunteer workers section. This change broadens coverage.

Nor will we apply the exclusions in this Employees and volunteer workers section to bodily injury that results from the performance of or failure to perform:

- health care professional services; or
- social service professional services;

by a described professional acting within the scope of his or her duties for you as such described professional.

We explain the term health care professional services in the Health care professional services exclusion.

3. The following is added to the Each event limit section. This change limits coverage.

We'll consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform health care professional services by any one described professional for or to any one person to be one event.

We'll also consider:

- an error, omission, or negligent act; or
- related errors, omissions, or negligent acts;

in the performance of or failure to perform social service professional services by any one described professional for or to any one person to be one event.

*Related errors, omissions, or negligent acts* means two or more errors, omissions, or negligent acts that have a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

We explain the term health care professional services in the Health care professional services exclusion.

4. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Criminal, malicious, dishonest, or fraudulent errors, omissions, or acts, or knowing violations of rights or laws.** We won't cover bodily injury or property damage or medical expenses that result from any criminal, malicious, dishonest, or fraudulent error, omission, or act, or any knowing violation of rights or laws, committed by a described professional in the performance of or failure to perform:

- health care professional services; or
- social service professional services.

But we won't apply this exclusion to any protected person who didn't consent to, or have knowledge of, such criminal, malicious, dishonest, or fraudulent error, omission, or act, or knowing violation.

Nor will we apply this exclusion to our duty to defend:

- a described professional until it has been determined or admitted in a legal proceeding that such described professional committed such error, omission, or act, or knowing violation; or
- any other protected person until it has been determined or admitted in a legal proceeding that such protected person consented to, or had knowledge of, such error, omission, or act, or knowing violation.

We explain the term health care professional services in the Health care professional services exclusion.

5. The following replaces the Health care professional services exclusion. This change broadens coverage.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

Nor will we apply this exclusion to:

- you;
- any protected person who is a described professional; or

© 2006 The Travelers Companies, Inc. All rights reserved.

STP01537

- any other protected person who isn't a medical doctor;

if such injury or damage or medical expenses result from the performance of or failure to perform health care professional services by such described professional acting within the scope of his or her duties for you as such described professional.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances;
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures; and
- any counseling or advisory service in connection with alcohol or drug rehabilitation services, crisis intervention or prevention services, mental health services, or other similar services.

6. If Jail Nurse is indicated with an ☒ in the Schedule of Described Professionals in this endorsement, the following is added to the Law enforcement activities or operations exclusion.  This change broadens coverage.

But we won't apply this exclusion to injury or damage or medical expenses that result from the performance of or failure to perform health care professional services by a jail nurse acting within the scope of his or her duties for you as a jail nurse.

*Jail nurse* means any of your employees or volunteer workers who:

- isn't a medical doctor; and
- is a nurse for your jail, correctional facility, penal institution, penitentiary, prison, or similar facility.

**Other Terms**

All other terms of your policy remain the same.

**PUBLIC SECTOR SERVICES**
**ILLINOIS PUBLIC SECTOR CONTRACT LIABILITY**
**INDEMNITEE DEFENSE COVERAGE ENDORSEMENT**

This endorsement changes your Public Entity General Liability Protection to comply with a regulatory requirement of the Illinois Insurance Department.

---

**How Coverage Is Changed**

There are two changes which are explained below.

1. The following is added to the Additional payments section.

   If we defend a protected person against a suit and an indemnitee of the protected person is also named as a party to the suit, we will defend that indemnitee if all of the following conditions are met:

   a. The suit against the indemnitee seeks damages for which the protected person has assumed the liability of the indemnitee in a contract or agreement that is a covered contract.

   b. This insurance applies to such liability assumed by the protected person;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the protected person in the same covered contract;

   d. The allegations of the suit and the information we know about the event are such that no conflict appears to exist between the interests of the protected person and the interests of the indemnitee;

   e. The indemnitee and the protected person ask us to conduct and control the defense of that indemnitee against such suit and agree that we can assign the same counsel to defend the protected person and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the suit;

         (b) Immediately send us copies of any demands, notices, summons, or legal papers received in connection with the suit;

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and any other information related to the suit; and

         (b) Conduct and control the defense of the indemnitee in such suit;

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us, and necessary litigation expenses incurred by the indemnitee at our request will be paid as Additional Payments. Notwithstanding other provisions of the What This Agreement Covers section, such payments will not be deemed to be damages for injury or damage and will not reduce the limits of coverage.

Our obligation to defend a protected person's indemnitee and to pay for attorneys fees and necessary litigation expenses as Additional Payments ends when:

a. We have used up the applicable limit of coverage with the payment of damages or medical expenses; or

---

G0275 Ed. 10-97
Endorsement
© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved
Page 1 of 3

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

2. The following replaces the Contract liability exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if we don't have a duty to defend an indemnitee under:

- the contract liability indemnitee defense coverage in the Additional payments section; or
- the Right and duty to defend a protected person section;

we'll consider and pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment is for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or

© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01540

failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

**Other Terms**

All other terms of your policy remain the same.

---

© 1997 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01541

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY GENERAL LIABILITY**
**SELF-INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity General Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

## Self-Insured Retentions Table

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each event retention. | $250,000 |
| Personal injury each person retention. | $250,000 |
| Advertising injury each person retention. | $250,000 |
| Sexual abuse each person retention. | $ |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

### How Coverage Is Changed

There are eight changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

### Self-Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08   15:17   001 |

- Additional living expenses.
- Costs taxed against a protected person for covered injury or damage in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and

- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each event retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and property damage that's caused by any one event.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the each event retention doesn't apply to covered bodily injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person. Instead, the sexual abuse each person retention applies to such bodily injury.

*Sexual abuse* means any illegal or offensive physical act or contact of a sexual nature.

**Personal injury each person retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

However, if your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, the personal injury each person retention doesn't apply to covered personal injury that results from sexual abuse committed by any person who otherwise qualifies as a protected person. Instead, the sexual abuse each person retention applies to such personal injury.

We explain the term policy year in the General total limit section.

**Advertising injury each person retention.** You'll be responsible for the amount of

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01543

damages and defense expenses within this self-insured retention for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Sexual abuse each person retention.** If your policy contains an endorsement that adds a sexual abuse each person limit section to this agreement, you'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered bodily injury and personal injury which result from all sexual abuse that:

- is sustained by any one person; and
- is committed in a policy year by all persons who otherwise qualify as protected persons.

**Total retention.** This amount is the most you'll be responsible for paying the combined total of:

- all each event retentions for all covered bodily injury and property damage that happens in a policy year;
- all personal injury each person retentions for all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all advertising injury each person retentions for all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all sexual abuse each person retentions for all covered bodily injury and personal injury that's caused by all sexual abuse committed in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable self-insured retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period

by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without your consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

---

STP01544

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate an event, offense, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which

the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01545

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of*

*damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Contract liability exclusion. This change reduces our obligations by removing our duty to defend an indemnitee in connection with a covered contract under which a protected person has agreed to defend an indemnitee against a claim or suit for covered injury or damage.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered

contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage that's covered by this agreement, we'll have the right, but not the duty, to defend the indemnitee against the claim or suit.

If we choose to defend an indemnitee against a claim or suit on any basis other than your claim handling service, we'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Payments of such expenses are not subject to either the self-insured retentions or the limits of coverage, but our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of settlements or judgments.

However, when we choose to defend an indemnitee against a claim or suit, you and the indemnitee must comply with:

- all of our indemnitee defense control and authority requirements; and
- all of our indemnitee defense cooperation and notice requirements.

If any of these requirements are not fulfilled, we may transfer control of the defense of the claim or suit against the indemnitee to you. We agree to take whatever steps are necessary during the transfer of control to continue that defense, and avoid a default judgment, during the transfer. When we transfer such control to you, you agree that we won't waive or give up any of our rights under this agreement. The reasonable expenses we incur for such transfer are subject to the self-insured retentions.

Also, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceed the self-insured retention that applies.

When we choose not to defend an indemnitee against a claim or suit, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the self-insured retentions and the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment;
- the combined amount of the judgment and any indemnitee defense expenses assumed under contract that we pay is more than the self-insured retention that applies; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01547

- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map,

opinion, report, survey, change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by the indemnitee at our request in connection with the claim or suit.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled when we choose to defend an indemnitee against a claim or suit under this agreement:

- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend you and the indemnitee.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee we chose to defend against a claim or suit under this agreement:

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01548

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.
- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any provider of other insurance that provides coverage which applies to the claim or suit and is available to the indemnitee.
- The indemnitee must help us coordinate the application of such other insurance to the claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

7. The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are damages for covered bodily injury.

8. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01549

## UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT

This endorsement changes your Commercial
General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Unsolicited communication.** We won't cover
injury or damage or medical expenses that
result from any actual or alleged violation
of any law or regulation that restricts or
prohibits the transmitting of unsolicited
communication.

Nor will we cover any other injury or
damage alleged in a claim or suit that
also alleges any such violation.

*Unsolicited communication* means any
communication, in any form, that:

- is received by any person or
  organization; and
- such person or organization didn't ask to
  receive.

### Other Terms

All other terms of your policy remain the
same.

## LEAD EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Lead.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of lead in any form or by any person; or
- existence of lead in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize lead in any form; or
- respond to, or assess, in any way the effects of lead in any form.

Because lead, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS OR SCHEDULED UNDER YOUR AUTOMOBILE LIABILITY INSURANCE REDEFINED AS AUTOS ENDORSEMENT**

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

There are four changes that are explained below. These changes exclude coverage.

1. The Operators of registered mobile equipment section of the Who Is Protected Under This Agreement section is deleted.

2. The following is added to the Auto exclusion.

   Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the operation of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't:

   - subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
   - scheduled as a covered auto under your automobile liability insurance.

   *Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

   But we won't consider supplementary equipment to include:

   - any communication device, such as a radio or telephone; or
   - any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

3. The following replaces the definition of auto in the Auto exclusion.

   *Auto* means:

   - any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;
   - any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
   - any land vehicle that isn't described above and that's scheduled as a covered auto under your automobile liability insurance.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

4. The following replaces the definition of mobile equipment in the Mobile equipment exclusion.

   *Mobile equipment* means any land vehicle that isn't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged, that isn't scheduled as a covered auto under your automobile liability insurance, and that:

   - is designed for use primarily off public streets or roads;
   - is kept for use only on or next to a premises that you rent or lease from others, or own;
   - travels on crawler treads;
   - is kept primarily for the ready movement of permanently attached construction equipment;
   - doesn't travel under its own power and is kept primarily for the ready

---

G0719 Ed. 12-04
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01552

movement of permanently attached specialized equipment; or

- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

We'll consider a land vehicle that's:

- subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
- scheduled as a covered auto under your automobile liability insurance;

to be an auto instead of mobile equipment.

**Other Terms**

All other terms of your policy remain the same.

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01553

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of mold or other fungi, or bacteria, in any form by any person; or
- existence of mold or other fungi, or bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury, property damage, or medical expenses that result from mold or other fungi, or bacteria, which are, or are on, in, or part of, any good or product that's intended to be consumed as a food, beverage, or medicine;
- bodily injury or medical expenses that result from bacteria which are directly transmitted solely by or from another person to the person sustaining the bodily injury; or
- bodily injury or medical expenses that result from a bacterial infection which develops in connection with physical harm to the person sustaining the bodily injury, if such physical harm isn't excluded by this exclusion part, or any other part of this exclusion, and a claim or suit is made or brought against the protected person for such physical harm.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described as excluded in the first paragraph of this exclusion.

Also, we won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize mold or other fungi, or bacteria, in any form; or
- respond to, or assess, in any way the effects of mold or other fungi, or bacteria, in any form.

Because mold or other fungi, or bacteria, can be pollutants, and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

STP01554

**LIQUOR LIABILITY PROTECTION COVERAGE SUMMARY**


**ST PAUL TRAVELERS**

This Coverage Summary shows the limits of coverage that apply to your Liquor Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

| Limits Of Coverage | IMPORTANT NOTE |
|---|---|
| **Total limit.**  $ 1,000,000. | **Retroactive Date:** |
| | The retroactive date applies only if the Liquor Liability Protection – Claims-Made insuring agreement is a part of this policy. |
| **Each person limit.**   $ 1,000,000. | |
| | However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy. |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Introduction.

---

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08   15:17   001 |

43885 Ed. 9-86
© 1986 The St. Paul Travelers Companies, Inc. All Rights Reserved

Coverage Summary

Page 1 of 1

STP01555

## LIQUOR LIABILITY PROTECTION

This insuring agreement provides liquor liability protection for your business activities. There are, of course, limitations and exclusions that apply to that protection. As a result, we recommend that you read this agreement carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Liquor liability. | 1 |
| Right and duty to defend. | 1 |
| Additional payments. | 2 |
| **When This Agreement Covers** | 2 |
| **Where This Agreement Covers** | 2 |
| **Who Is Protected Under This Agreement** | 2 |
| Individual. | 2 |
| Partnership or joint venture. | 2 |
| Corporation or other organization. | 2 |
| Employees. | 3 |
| Newly acquired organizations. | 3 |
| Unnamed partnership or joint venture. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 3 |
| Total limit. | 3 |
| Each person limit. | 3 |
| How the limits of coverage apply to an extension of the policy period. | 3 |
| How the limits of coverage apply if the total limit is left blank. | 3 |
| **Exclusions – What This Agreement Won't Cover** | 4 |
| Intentional bodily injury or property damage. | 4 |
| Workers compensation. | 4 |
| Employers liability. | 4 |
| Loss of liquor license. | 4 |
| Product liability. | 4 |
| Other insurance. | 4 |
| **Other Insurance** | 4 |
| Methods of sharing. | 4 |

### What This Agreement Covers

**Liquor liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury, loss of support, or property damage that:

- results from your selling, serving or furnishing of any alcoholic beverage;
- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization qualifying as a protected person under the Who Is Protected Under This Agreement section.

*Damages* include pre-judgment interest awarded against the protected person on that part of any judgment paid by us.

*Bodily injury* means any physical harm, including sickness or disease, to the health of other persons. It also includes:

- mental anguish, injury or illness;
- care;
- loss of services; or
- death.

But only if they result from such harm.

*Loss of support* means the loss of income on which other persons depend for their standard of living.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Event* means an accident, including continuous or repeated exposure to substantially the same generally harmful conditions.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered injury or damage made or brought against any protected person. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends

STP01556

when we have used up the limits of coverage that apply with the payment of judgments or settlements.

We'll have the right to investigate and settle any claim or suit if we believe that's proper.

*Claim* means a demand in which damages are alleged.

*Suit* means a civil proceeding in which damages are alleged. And it includes an arbitration proceeding for such damages to which you must submit or submit with our consent.

*Injury or damage* means bodily injury, loss of support, or property damage.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the Limits of Coverage. But our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend the claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time lost from work.

*Taxed costs.* We'll pay all costs for covered claims taxed against any protected person in the suit.

*Post—judgment interest.* We'll pay all interest that accumulates on the amount of a judgment for a covered claim. But only from the date of the judgment to the date we:
- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

*First aid expenses.* We'll pay the expenses incurred by any protected person for first aid to others at the time of an event that results in covered bodily injury.

**When This Agreement Covers**

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

**Where This Agreement Covers**

We'll defend claims or suits, or pay judgments or settlements, only in the coverage territory for covered injury or damage that happens there.

However, we'll also defend claims or suits, or pay judgments or settlements, in the coverage territory for covered injury or damage that happens in the rest of the world if such injury or damage results from your selling, serving or furnishing any alcoholic beverage in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. And it includes international waters or airspace only during travel or transportation between any of the above places.

**Who Is Protected Under This Agreement**

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person. Your partners or co-venturers and their spouses are protected persons only for the conduct of your business.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person. Your executive officers and directors are protected persons only for their duties as your officers or directors.

© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01557

And your stockholders are protected persons only for their liability as your stockholders.

**Employees.** Your employees are protected persons only for the conduct of your business within the scope of their employment by you.

However, your employees aren't protected persons for:

- Injury to you or to any fellow employee.
- Damage to property owned, rented, leased, occupied or borrowed by them, fellow employees, or any protected partner or co-venturer.

But this Employees protection section doesn't apply to your executive officers. The Corporation or other organization section applies to them.

**Newly acquired organizations.** Any organization that you acquire or form while this agreement is in effect is a protected person if you own at least 51% of it.

However, no newly acquired or formed organization is a protected person for:

- More than 90 days, or the remainder of the policy period, whichever is less, from the date that you acquire or form it.
- Injury or damage that results from an event that happened before you acquired or formed it.
- Injury or damage that's covered under any other insurance.

But this Newly acquired organizations protection section doesn't apply to a partnership or joint venture. Nor does it apply to any organization once it's named in the Introduction.

**Unnamed partnership or joint venture.** No person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the

Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for all covered injury and damage that happens in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Each person limit.** This is the most we'll pay for all covered injury and damage that results from the selling, serving or furnishing of alcoholic beverages to any one person.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, each extended period will be considered to be part of the last policy year. For example:

*Your policy period is for three years. During the last policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, that Total limit will be considered to be the same as the Each person limit or $50,000, whichever is more.

## Exclusions – What This Agreement Won't Cover

**Intentional bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by any protected person.

But we won't apply this exclusion to intentional bodily injury or property damage that results from the use of reasonable force to protect people or property.

**Workers compensation.** We won't cover any obligation that the protected person has under any workers' compensation, disability benefits or unemployment compensation law, or any similar law.

**Employers liability.** We won't cover injury to an employee arising out of and in the course of his or her employment by a protected person. Nor will we cover injury to the spouse, child, parent, brother or sister of that employee which results from the injury to the employee.

This exclusion applies whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer.

This exclusion also applies to any obligation of the protected person to share damages with or repay someone else who must pay damages because of injury to any employee of the protected person.

**Loss of liquor license.** We won't cover injury or damage that results from your selling, serving or furnishing of any alcoholic beverage:

- while any required liquor license is suspended; or
- after any required liquor license expires, or is cancelled or revoked.

**Product liability.** We won't cover injury or damage that results from your products.

But we won't apply this exclusion to injury or damage that results from:

- any protected person causing or contributing to the intoxication of any person;
- the furnishing of alcoholic beverages to any person under the legal drinking age, or under the influence of alcohol; or
- any law or regulation concerning alcoholic beverages.

*Your products* mean goods or products that:

- you;
- others using your name; or
- others whose business or assets you've acquired;

have manufactured, sold, handled, distributed or disposed of, including containers, materials, parts or equipment provided in connection with your products. It includes warranties or statements made about the fitness, quality, durability or performance of your products.

**Other insurance.** We won't cover injury or damage that's covered by other insurance. Nor will we cover injury or damage that would be covered by other insurance but isn't because the limits of coverage under that insurance have been used up in the payment of judgments or settlements.

But we won't apply this exclusion if the other insurance is liquor liability insurance and specifically applies to covered injury or damage that results from the selling, serving or furnishing of any alcoholic beverage.

## Other Insurance

This agreement is primary insurance. If there is other valid and collectible insurance for injury and damage covered by this agreement, we'll share any damages with that other insurance using one of the methods of sharing described below.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit of this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

© 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01559

First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result: Policy B's limit is used up; the balance due on the judgment is $700,000; $400,000 remains of this agreement's limit; and the unused portion of Policy C's limit equals $200,000.

Next, $200,000 is subtracted from the limit on this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result: Policy C's limit is used up; the balance due on the judgment is now $300,000; and this agreement has $200,000 of its limit remaining.

Finally, the rest of the limit on this agreement is paid. The result: this agreement's limit is used up; the balance due on the judgment is now $100,000, which you must pay; and the total paid

under each policy is: $500,000 this agreement, $100,000 Policy B and $300,000 Policy C.

Contribution by limits.  If any of the other insurance doesn't permit contribution by equal shares, we'll pay that portion of the damages equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit of this agreement is $300,000 and Policy B has a $100,000 limit. The total limit of all insurance is $400,000.

Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.

® 1985 The St. Paul Travelers Companies, Inc. All Rights Reserved
Insuring Agreement

STP01560

**PUBLIC SECTOR SERVICES**
**LIQUOR LIABILITY SELF-INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Liquor Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self-Insured Retentions Table**

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each person retention. | $250,000. |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each person retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are six changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

**Self-Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered injury or damage in a suit.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08  15:17  001 |

G0599 Ed. 6-06
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 4

STP01561

- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each person retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered injury and damage that results from the selling, serving, or furnishing of alcoholic beverages to any one person.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each person retentions for all covered injury or damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all

applicable each person retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one year policy period is $250,000. During the year you request, and we provide, a three month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three month extension. As a result, the amount of the total retention for the entire 15 month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01562

- explains our right to settle a claim or suit for covered injury or damage.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any event, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate any event, claim, or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means bodily injury, loss of support, or property damage.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are postjudgment interest, we'll only pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following section is added. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

STP01563

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage.

However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

   The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Other Insurance section. This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for injury or damage covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01564

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY
PROTECTION — CLAIMS—MADE COVERAGE SUMMARY**

 **ST PAUL
TRAVELERS**

This Coverage Summary shows the limits of
coverage, deductible, and extended reporting
period endorsement premium that apply to
your Employee Benefit Plans Administration
Liability Protection - Claims-Made.

**Limits Of Coverage**

Each wrongful act.          $1,000,000

Total limit.                $3,000,000

**Deductible**

Each wrongful act.          $

**Extended Reporting Period Endorsement Premium**

$430.00

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08  15:17  001 |

43532 Rev. 1-96                    Coverage Summary
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 1 of 1

STP01565

## EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS-MADE

This insuring agreement provides liability protection for your business for the administration of your employee benefit plans. There are, of course, limitations and exclusions that apply to this protection. As a result, you should read this agreement carefully to determine the extent of coverage provided to all protected persons.

**Important note.** This is a claims-made insuring agreement. Claims or suits must be reported during the policy period, or a reporting period if one applies, to be covered. Please read this agreement carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits of Coverage sections.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Employee benefit plans administration liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment. | 3 |
| **When This Agreement Covers** | 3 |
| During this agreement or the limited reporting period. | 3 |
| When we consider a claim or suit to be first made or brought. | 3 |
| When the limited reporting period will apply. | 3 |
| How the limited reporting period applies. | 3 |
| When and how an extended reporting period can be added. | 3 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the extended reporting period. | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Limited liability company. | 4 |
| Corporation or other organization. | 4 |
| Employees. | 4 |
| Newly acquired or formed organizations. | 5 |
| Separation of protected persons. | 5 |
| **Limits Of Coverage** | 5 |
| Each wrongful act limit. | 5 |
| Total limit. | 5 |
| How the limits of coverage apply to an extension of the policy period. | 5 |
| How the limits of coverage apply to the limited and extended reporting periods. | 5 |
| How the limits of coverage apply if the total limit is left blank. | 6 |

| | Page |
|---|---|
| **Deductible** | 6 |
| Each wrongful act deductible. | 6 |
| **Exclusions—What This Agreement Won't Cover** | 6 |
| Bodily injury. | 6 |
| Contract liability. | 6 |
| Dishonest acts. | 6 |
| Employment-related practices. | 6 |
| Failure to comply with law. | 6 |
| Failure to pay benefits. | 6 |
| Fines or penalties. | 7 |
| Investment of funds. | 7 |
| Investment performance. | 7 |
| Known wrongful acts. | 7 |
| Participation, investment, or legal advice. | 7 |
| Personal injury. | 7 |
| Property damage. | 7 |
| Termination of plan. | 7 |
| Unnamed partnership, joint venture, or limited liability company. | 7 |
| **Other Insurance** | 7 |
| Other primary insurance. | 7 |
| Excess insurance. | 8 |

## What This Agreement Covers

**Employee benefit plans administration liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the administration of your employee benefit plans; and
- is caused by a wrongful act committed before the ending date of this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Administration* means only the following administrative functions:

- Explaining or interpreting an employee benefit plan.
- Calculating or communicating benefits and costs for an employee benefit plan.
- Enrolling participants, or terminating participation, in an employee benefit plan.
- Estimating or projecting future employee benefit plan values.
- Handling or processing of employee benefit plan records.

*Employee benefit plans* means only the following employee benefit plans:

- Educational tuition reimbursement plans.
- Employee stock subscription plans.
- Group plans for life, health, dental, disability, automobile, homeowners, or legal expense insurance.
- Individual Retirement Account (IRA) plans.
- Pension and profit sharing plans.
- Salary Reduction plans under Internal Revenue Code 401(k), including any amendments.
- Savings plans.
- Social security system benefits.
- Travel and vacation plans.
- Workers Compensation and unemployment insurance benefits.

*Wrongful act* means any negligent act, error, or omission.

**Right and duty to defend.** We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right and duty even if any of the allegations of such claim or suit is groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim, suit, or wrongful act to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount

© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01567

of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment.** We'll have the right to appeal a judgment awarded in a suit for loss covered by this agreement if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**During this agreement or the limited reporting period.** We'll apply this agreement to claims or suits for covered loss only when they're first made or brought:

- while this agreement is in effect; or
- during the limited reporting period if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered loss to be first made or brought on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim or suit.
- The date that we first receive a notice of a wrongful act from any protected person.

However, we won't accept such a notice unless it also describes what loss may result from the wrongful act.

We'll also consider all claims and suits for covered loss caused by a wrongful act, or a series of related wrongful acts, to have been made or brought on the date that the first of those claims or suits is first made or brought.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same loss.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled once it applies.

However, the limited reporting period won't apply to claims or suits if other insurance you buy:

- applies to them; or
- would have applied to them but won't because its limits of coverage have been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered loss that is first made or brought during the limited reporting period to have been made on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period with an unlimited time can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, we won't issue an extended reporting period endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the endorsement won't take effect unless:

- your premium for this agreement is paid in full; and
- the additional premium for the extended reporting period is paid when due.

But once the endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means an unlimited time, starting with the ending date of this agreement, during which claims or

STP01568

suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**How the extended reporting period applies.** The extended reporting period replaces the limited reporting period. Also, it doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit first made or brought during the extended reporting period to have been made or brought on the ending date of this agreement.

In addition, the extended reporting period will cause us to apply this agreement as excess insurance over certain other insurance. We explain when and how we'll do so in the Other Insurance section.

**How we'll figure the additional premium for the extended reporting period.** We'll figure the additional premium for the extended reporting period in accordance with our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement. The extended reporting period endorsement premium is shown in the Coverage Summary.

We explain what we mean by policy year in the Total limit section.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered loss that's caused by wrongful acts committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered loss that's caused by wrongful acts committed in the rest of the world if the protected person's liability for such loss:

- is determined in a suit in the coverage territory; or
- is agreed to by us in a settlement.

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and

- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

But we won't apply this Employees section to your managers if you are a limited

© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01569

liability company. Instead, we'll apply the Limited liability company section to them.

Also, we won't apply this Employees section to your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time; or
- loss that's covered under other similar insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all

protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act limit.** This is the most we'll pay for all covered loss that is caused by any one wrongful act or series of related wrongful acts.

**Total limit.** This is the most we'll pay for the combined total of all claims and suits for covered loss that are first made or brought in a policy year.

*Policy year* means the policy period shown in the Introduction, or the period of time this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During that policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased

STP01570

for claims or suits first made or brought during the limited reporting period.

However, if the extended reporting period is added, the Total limit is renewed in full.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be three times the Each wrongful act limit.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act deductible.** You'll be responsible for the amount of damages within this deductible for all covered loss that's caused by each wrongful act or series or related wrongful acts.

If we settle a claim or suit that's subject to this deductible, we'll pay the deductible as part of the settlement. You agree to repay us as soon as we notify you of the settlement.

## Exclusions—What This Agreement Won't Cover

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Dishonest acts.** We won't cover claims that result from dishonest, intentionally fraudulent, criminal, or malicious acts or omissions of any protected person or of anyone for whose acts the protected person is legally responsible.

But this exclusion doesn't apply to any protected person who didn't:

- personally participate in committing any such act or omission; or
- remain passive after having personal knowledge of any such act or omission.

**Employment-related practices.** We won't cover loss that is sustained by a person and results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, such as coercion, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment, directed at that person.

Nor will we cover loss sustained by the spouse or any child, parent, brother, or sister of that person if such loss results from the loss sustained by that person.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages because of such loss.

**Failure to comply with law.** We won't cover loss that results from any intentional violation of any:

- workers compensation law;
- unemployment insurance law;
- social security law;
- disability benefits law; or
- administrative interpretation of such laws.

**Failure to pay benefits.** We won't cover loss that results from any failure to pay benefits because:

- there are not sufficient funds; or
- an insurance company fails to comply with the terms of its policy.

Page 6 of 8
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01571

**Fines or penalties.** We won't cover any fine or penalty assessed against any protected person.

**Investment of funds.** We won't cover loss that results from any investment or non-investment of any employee benefit plan funds.

**Investment performance.** We won't cover loss that results from any failure of an investment to perform as a protected person expected, intended, or said it would.

**Known wrongful acts.** We won't cover loss that results from any wrongful act that the protected person:

- knew about before this agreement went into effect; and
- could reasonably foresee would result in a claim or suit being made or brought while this agreement is in effect.

**Participation, investment, or legal advice.** We won't cover loss that results from the providing of or failure to provide any of the following advice to any employee or his or her dependent or beneficiary:

- Advice to participate or not to participate in an optional employee benefit plan.
- Investment advice.
- Legal advice.

**Personal injury.** We won't cover loss that results from personal injury.

*Personal injury* means injury that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that an individual occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that an individual occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material

that violates an individual's right of privacy.

**Property damage.** We won't cover loss that results from property damage.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

**Termination of plan.** We won't cover loss that results from the termination of any employee benefit plan.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover loss that results from the conduct of any current or past partnership, joint venture, or limited liability company that's not shown in the Introduction as a named insured.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance available to you for loss covered by this agreement, the following applies in connection with that insurance.

**Other primary insurance.** When there is other primary insurance available to you, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also applies to loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of a loss, less any deductible.*

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide coverage for claims or suits for loss that:

- is covered by this agreement; and
- is caused by a wrongful act committed before the beginning date of this agreement.

STP01572

Also, if the extended reporting period applies, we'll apply this agreement as excess insurance over the part or parts of any other insurance which:

- are in effect during the extended reporting period; and

- provide coverage for claims or suits for loss covered by this agreement that are first made or brought during the extended reporting period.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and

- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01573

**EMPLOYMENT-RELATED PRACTICES EXCLUSION ENDORSEMENT –
EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**

This endorsement changes your Employee
Benefit Plans Administration Liability
Protection - Claims-Made.

## How Coverage Is Changed

The following replaces the Employment-
related practices exclusion. . This change
excludes coverage.

**Employment-related practices.** We won't cover
loss to any person that results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related policy or practice committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

Nor will we cover loss to the spouse or any
child, parent, brother, or sister of that
person that results from such loss to that
person.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such loss to that person; or
- loss to the spouse or any child, parent, brother, or sister of that person that results from such loss to that person.

## Other Terms

All other terms of your policy remain the
same.

STP01574

**PUBLIC SECTOR SERVICES**
**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**
**SELF—INSURED RETENTIONS ENDORSEMENT —**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Employee Benefit Plans Administration Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

## Self—Insured Retentions Table

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each wrongful act retention. | $250,000 |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

### How Coverage Is Changed

There are seven changes which are explained below.

1. The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

### Self—Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered loss in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08  15:17  001 |

incurred by us in connection with a specific claim or suit.

- Salaries or wages of any protected person, including attorneys employed by any protected person.

- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.

- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.

- Fees, costs, or expenses for coverage opinions.

- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.

- Fees, costs, or expenses of your claim handling service.

- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and

- is awarded against a protected person on that part of a judgment for covered loss.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and

- is awarded against a protected person on that part of a judgment for covered loss.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered loss that is caused by any one wrongful act or series of related wrongful acts.

We explain the term series of related wrongful acts in the When we consider a claim or suit to be first made or brought section.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each wrongful act retentions for covered loss that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3\ months}{12\ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01576

payment of, or assumption of any
obligation to pay:

- damages for covered loss; or
- defense expenses;

above a self-insured retention to be your
responsibility if they're paid or assumed
without our consent.

**How the self-insured retentions apply if you
can't pay them.** If for any reason you're
unable to pay a self-insured retention
that applies, we'll only pay damages and
defense expenses covered by this
agreement that exceed such self-insured
retention.

2.  The following replaces the Right and duty
    to defend a protected person section.
    This change:

    - reduces our obligations under this
      agreement by removing our duty to
      defend a protected person; and
    - explains our right to settle a claim or
      suit for covered loss.

    **Right to defend a protected person.** We'll
    have the right, but not the duty, to
    defend any protected person against a
    claim or suit for loss covered by this
    agreement. We'll have such right even if:

    - all of the allegations of the claim or
      suit are groundless, false, or fraudulent;
      or
    - the total amount of the damages for
      such loss probably won't exceed the
      self-insured retention that applies.

    We'll have the right to investigate any
    wrongful act, claim, or suit to the extent
    we believe is proper.

    If we choose to:

    - investigate a wrongful act, claim or
      suit; or
    - defend a protected person against a
      claim or suit;

    on any basis other than as your claim
    handling service, we'll pay all expenses
    we incur for such investigation or
    defense. Such expenses are not subject
    to either the self-insured retentions or
    the limits of coverage.

    However, we have no duty to defend any
    claim or suit, even if the amount of
    damages or defense expenses exceeds
    the self-insured retention that applies.

We'll also have the right to settle any
claim or suit for covered loss, if the
total amount of damages and defense
expenses for such loss exceeds, or will
probably exceed, the self-insured
retention that applies. If we settle such
claim or suit, you'll be responsible for
the total amount of damages we've
agreed to in the settlement within the
self-insured retention that applies. After
you are notified of such settlement, you
agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have
  already paid;

to settle the claim or suit.

*Claim* means a demand that seeks
damages.

*Suit* means a civil proceeding that seeks
damages, including:

- an arbitration proceeding for such
  damages to which the protected person
  must submit, or submits with our
  consent; and
- any other alternative dispute resolution
  proceeding for such damages to which
  the protected person submits with our
  consent.

3.  The following replaces the Additional
    payments section. This change describes
    the additional payments we'll make and
    when we'll make them.

    **Additional payments.** We'll have the duty
    to make only the additional payments
    shown below in connection with any
    claim or suit under this agreement
    against a protected person when the total
    amount of damages and defense
    expenses you have paid for covered loss
    in connection with the claim or suit
    exceeds the self-insured retention that
    applies.

    These payments are in addition to the
    limits of coverage.

    Our duty to make such payments ends
    when we have used up the limit of
    coverage that applies with the payment
    of judgments or settlements.

    *Defense expenses that exceed the self-
    insured retention.* We'll pay the
    reasonable defense expenses that exceed
    the self-insured retention that applies.

---

STP01577

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.*   We'll pay all other expenses we incur.

4.  The following replaces the Right to appeal a judgment section.  This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.**  We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies.  Such expenses will be shared in the same ratio as the reduction in the judgment is shared.  If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest

and the cost of appeal bonds.  For example:

*You have a $500,000 self-insured retention under this agreement.  This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention.  A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses.  You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000).  We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses.  Our appeal is successful, and the judgment is reduced to zero.  Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5.  The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought section. This change explains when we consider a claim or suit to be first made or brought.

**When we consider a claim or suit to be first made or brought.**  We'll consider a claim or suit for covered loss to be first made or brought on the earlier of the following dates:

- The date that your claim handling service or any protected person first receives written notice of such claim or suit.
- The date that your claim handling service first receives written notice of a wrongful act from any protected person.  Such notice must also describe what loss may result from the wrongful act.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01578

6. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

7. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for loss covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

**PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION – CLAIMS-MADE COVERAGE SUMMARY**

 **TRAVELERS**

This Coverage Summary shows the limits of coverage, deductible, and the retroactive date that apply to your Public Entity Employment Practices Liability Protection - Claims-Made. It also lists those endorsements, if any, that must have certain information shown for them to apply.

---

**Limits Of Coverage**

| | |
|---|---|
| Each wrongful employment practice offense limit. | $5,000,000 |
| Total limit. | $5,000,000 |
| Each wrongful employment practice offense deductible | $ |

**Retroactive Date:**   11/01/96

**Important Note:**  If no date is shown above, we'll consider the retroactive date to be the same as the beginning date of this insuring agreement.

---

**Named Endorsement Table**

**Important Note:**  Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply, too.  If so, they're listed on the Policy Forms List.

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08   15:17   001 |

L0397 Rev. 7-06
Page 2 of 2

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01581

## PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION – CLAIMS–MADE

This insuring agreement provides employment practices liability protection for your operations. There are, of course, exclusions and limitations, and terms with defined meanings, throughout this agreement which apply to that protection. Certain terms that have or include defined meanings shown in this agreement are listed in the List Of Terms With Defined Meanings Shown In This Agreement section, which also shows where their defined meanings are located. This agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important note: This is a claims–made and reported insuring agreement that includes defense expenses within the limits of coverage.** To be covered, a claim or suit must be first made or brought against a protected person while this agreement is in effect and reported to us while this agreement is in effect, or during the limited reporting period. If the extended reporting period applies, we'll also apply this agreement to a claim or suit first made or brought while this agreement is in effect or during the extended reporting period and first reported to us during such reporting period.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Employment practices liability. | 2 |
| Right and duty to defend a protected person. | 3 |
| Transfer of control of defense. | 4 |
| Additional payments. | 4 |
| Right to appeal a judgment against a protected person. | 4 |
| **When This Agreement Covers** | 4 |
| When a claim or suit must be first made or brought against a protected person and reported to us. | 4 |
| When we consider a claim or suit to be first made or brought. | 5 |
| When we consider a claim or suit to be first reported to us. | 5 |
| What we require in a written notice of a specific wrongful employment practice offense. | 5 |
| When the limited reporting period will apply. | 5 |
| How the limited reporting period applies. | 6 |
| When and how an extended reporting period can be added. | 6 |
| How the extended reporting period applies. | 6 |
| How we'll figure the additional premium for the Extended Reporting Period Endorsement. | 6 |
| **Where This Agreement Covers** | 6 |
| **Who Is Protected Under This Agreement** | 6 |
| Public entity. | 6 |
| Elected or appointed officials. | 6 |
| Employees and volunteer workers. | 7 |
| Boards. | 7 |
| Separation of protected persons. | 7 |

| | Page |
|---|---|
| **Limits Of Coverage** | 7 |
| Each wrongful employment practice offense limit. | 7 |
| Total limit. | 7 |
| How the limits of coverage apply if the total limit is left blank. | 8 |
| How the limits of coverage apply to the limited and extended reporting period. | 8 |
| **Deductible** | 8 |
| Each wrongful employment practice offense deductible. | 8 |
| Repayment of deductible. | 8 |
| **Exclusions – What This Agreement Won't Cover** | 9 |
| Bodily injury. | 9 |
| Breach of contract. | 9 |
| Contract liability. | 9 |
| Criminal, malicious, dishonest, or fraudulent acts or omissions, or knowing violations of rights or laws. | 9 |
| Declaratory, injunctive, or other non-monetary relief costs. | 9 |
| Employment termination or relocation due to operational decisions. | 9 |
| Fines or penalties. | 10 |
| Known wrongful employment practice offenses. | 10 |
| Multiplied damages. | 10 |
| Other employment laws. | 10 |
| Property damage. | 10 |
| School operations. | 10 |
| Strikes or lockouts. | 10 |
| Workers compensation or other benefits laws. | 10 |
| **Other Insurance** | 10 |
| **Representations** | 11 |
| **List Of Terms With Defined Meanings Shown In This Agreement** | 11 |

## What This Agreement Covers

**Employment practices liability.** We'll pay amounts any protected person is legally required to pay as damages for covered employment injury that is caused by a wrongful employment practice offense first committed on or after the retroactive date and before the ending date of this agreement.

But only if such covered employment injury results in a claim or suit first:

- made or brought against a protected person and reported to us while this agreement is in effect;
- made or brought against a protected person while this agreement is in effect and reported to us during the limited reporting period, or during the extended reporting period if such reporting period applies; or
- made or brought against a protected person during the extended reporting period and reported to us during such reporting period, if such reporting period applies.

We'll consider each wrongful employment practice offense in a series of related wrongful employment practice offenses to be committed on the date the first wrongful employment practice offense in that series is committed.

We'll consider damages to include attorneys' fees of the person or organization making or bringing the claim or suit if the protected person is legally required to pay such fees under the law which the wrongful employment practice offense violated.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Employment injury* means employment-related harm to any of your:

- current, former, or prospective employees; or
- independent contractors.

*Independent contractor* means any person who:

- has a contract with you to perform for you certain duties related to the conduct of your operations; and
- isn't your employee or volunteer worker.

*Wrongful employment practice offense* means any of the following offenses:

- Employment discrimination.
- Wrongful employment termination.
- Employment-related harassment.
- Retaliatory action against any of your employees.
- Wrongful, excessive, or unfair discipline of any of your employees.
- Wrongful hiring, supervision, or demotion of, or failure to promote, any of your employees.
- Employment-related misrepresentation, defamation, libel, slander, disparagement, or invasion of privacy.

*Employment discrimination* means any employment-related violation of a person's rights with respect to:

- the person's race, color, national origin, religion, gender, marital status, age, sexual orientation, or physical or mental disability; or
- any other class or characteristic afforded rights under any federal, state, or local law, rule, or regulation.

*Employment-related harassment* means any unwelcome sexual advance, request for any sexual favor, or other verbal, visual, or physical conduct of a sexual or non-sexual nature, when such conduct:

- is connected to a decision affecting a person's employment by you;
- is connected to a decision affecting a person's status as your independent contractor;
- interferes with a person's job performance for you or a person's performance of duties related to the conduct of your operations; or
- creates an intimidating, hostile, or offensive working environment affecting a person's employment by you or a person's performance of duties related to the conduct of your operations.

*Retaliatory action* includes any employment-related action directed at any of your employees that is in response to the employee's:

- exercising any legally afforded rights;
- supporting in any way another person's exercise of any legally afforded rights;
- participating in any strikes or lockouts;

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01583

- making any claims or suits against you or any other protected person;
- testifying against you or any other protected person in any legal proceedings;
- declining to perform any illegal or unethical acts; or
- threatened or actual reporting of any illegal operations or activities actually or allegedly conducted within your operations.

*Retroactive date* means the earliest date that a wrongful employment practice offense may first be committed and be covered by this agreement. The retroactive date is shown in the Coverage Summary. However, if no retroactive date is shown in the Coverage Summary, we'll consider the retroactive date to be the same as the beginning date of this agreement.

*Related wrongful employment practice offenses* means:

- any repeated or continuous wrongful employment practice offense that is related to the same employment injury, regardless of the number of employees sustaining such injury; or
- two or more wrongful employment practice offenses that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or any series of related facts, circumstances, situations, events, transactions, or causes.

**Right and duty to defend a protected person.**
We'll have the right and duty to defend any protected person against a claim or suit for employment injury covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any wrongful employment practice offense and to investigate and settle any claim or suit to the extent that we believe is proper. This includes the right to settle any claim or suit within:

- any deductible that applies; or
- the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

When we defend a claim or suit against a protected person, we'll pay for reasonable defense expenses. Payment of such defense expenses will reduce the available limits of coverage. We explain how in the Limits Of Coverage section.

*Claim* means a demand that seeks damages.

*Suit* means:

- a civil proceeding that seeks damages, including an arbitration proceeding for damages to which the protected person must submit or submits with our consent, or any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent; or
- any administrative proceeding or hearing conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Expenses incurred by a protected person with our consent.
- Costs for any appeal, attachment, or similar required bonds.
- Costs taxed against a protected person for covered employment injury in a suit, other than attorneys' fees of the person or organization making or bringing the claim or suit.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.

STP01584

- Our recovery expenses, as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Expenses incurred by a protected person with our consent* means the reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by a protected person because of time taken off from work.

**Transfer of control of defense.** Before the available limit of coverage is used up, you may take over from us control of the defense, including the appeal, of any outstanding claim or suit previously reported to us if:

- we and you agree; or
- a court orders you to do so.

If the available limit of coverage is used up, we'll notify you as soon as we can of all outstanding claims or suits, so you can arrange to take over control of their defense.

We agree to take whatever steps are necessary during a transfer of control of defense of an outstanding claim or suit to continue that defense and avoid a default judgment during such transfer. When we take such steps, you agree that we don't waive or give up any of our rights. You also agree to repay the reasonable expenses we incur for such steps taken after the available limit of coverage is used up.

**Additional payments.** We'll have the duty to make only the payments shown below, in addition to the limits of coverage, in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

*Our expenses.* We'll pay all expenses, other than defense expenses, we incur.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay the interest that accumulates on the full amount of a judgment against the protected person from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment. But if we don't pay part of the judgment for any reason other than it's more than the limit of coverage that applies, we won't pay the postjudgment interest that accumulates on that part of the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit that includes damages for covered employment injury if:

- we defend a protected person against the suit; and
- the judgment is awarded against the protected person.

If we appeal such a judgment, we'll pay all expenses that result directly from that appeal. We'll consider such expenses to be defense expenses. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**When a claim or suit must be first made or brought against a protected person and reported to us.** We'll apply this agreement to claims or suits for employment injury covered by this agreement only when they're first:

- made or brought against a protected person and reported to us while this agreement is in effect;
- made or brought against a protected person while this agreement is in effect and reported to us during the limited reporting period, or during the extended reporting period if such reporting period applies; or
- made or brought against a protected person during the extended reporting period and reported to us during such

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01585

reporting period, if such reporting period applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered employment injury that are first made or brought against a protected person while this agreement is in effect may be first reported to us.

*Extended reporting period* means the 12-month period of time, starting with the ending date of this agreement, during which claims or suits for covered employment injury:

- that are first made or brought against a protected person while this agreement is in effect may be first reported to us; or
- may be first made or brought against a protected person and first reported to us.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered employment injury to be first made or brought against a protected person on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim or suit.
- The date that we first receive written notice from any protected person of a specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

We'll consider all claims or suits for covered employment injury caused by:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses;

to have been first made or brought on the date that the first of those claims or suits was first made or brought, regardless of whether such date is before or while this agreement is in effect.

**When we consider a claim or suit to be first reported to us.** We'll consider a claim or suit for covered employment injury to be first reported to us on the earlier of the following dates:

- The date that we first receive a written notice of such claim or suit from any protected person or from the person or organization making or bringing the claim or suit.

- The date that we first receive a written notice from any protected person of a specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

We'll consider all claims or suits for covered employment injury caused by:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses;

to have been first reported to us when the first of those claims or suits is first reported to us.

**What we require in a written notice of a specific wrongful employment practice offense.** We won't consider a claim or suit to be first made or brought against a protected person and reported to us on the date we first receive written notice of a specific wrongful employment practice offense unless that notice contains the following information:

- A description of the wrongful employment practice offense, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.
- The manner in which each of the protected persons first became aware of the circumstances involved.

Notice to us that:

- all or part of any protected person's acts or omissions may in the future be discovered to be a wrongful employment practice offense; and
- any protected person may in the future receive written notice of a wrongful employment practice offense, claim, or suit;

is not notice of a specific wrongful employment practice offense.

**When the limited reporting period will apply.** The limited reporting period will automatically apply to this agreement without an additional premium. The limited reporting period may not be canceled by you or us once it applies.

However, the limited reporting period won't apply to claims or suits for covered employment injury that:

- are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or
- would have been covered by such insurance if its limits of coverage hadn't been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered employment injury that is:

- first made or brought against a protected person while this agreement is in effect; and
- first reported to us during the limited reporting period;

to have been first made or brought against a protected person and first reported to us on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

Also, if we renew or replace this agreement with insurance that does not provide coverage on a claims-made basis, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, the Extended Reporting Period Endorsement won't take effect unless we receive all of the following within 60 days after the ending date of this agreement and you have fulfilled all other duties, and complied with all other conditions and requirements, under this agreement:

- A written request from you to purchase the Extended Reporting Period Endorsement.
- Full payment of the earned premium for this agreement.
- Payment of the additional premium for the Extended Reporting Period Endorsement.
- Repayment of any deductible you owe us under this agreement.

But once the Extended Reporting Period Endorsement takes effect, it may not be canceled by you or us.

**How the extended reporting period applies.** When the extended reporting period applies, it replaces the limited reporting period. The extended reporting period doesn't extend the time that this agreement is in effect. As a result, when the extended reporting period applies, we'll consider any claim or suit for covered employment injury that is:

- first made or brought against a protected person while this agreement is in effect and first reported to us during the extended reporting period; or
- first made or brought against a protected person and first reported to us during the extended reporting period;

to have been first made or brought against a protected person and first reported to us on the ending date of this agreement.

**How we'll figure the additional premium for the Extended Reporting Period Endorsement.** We'll figure the additional premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. But we won't charge more than 75% of the annual premium for the last policy year of this agreement.

### Where This Agreement Covers

We'll apply this agreement to covered employment injury that is caused by a wrongful employment practice offense committed anywhere in the world. But only if the protected person's liability for such employment injury is determined in a suit on the merits brought in the coverage territory, or in a settlement agreed to by us. And we'll only make payments under this agreement in the coverage territory.

*Coverage territory* means:

- the United States of America, including its territories and possessions and Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

### Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials, directors, or executive officers are protected persons only for the conduct of their duties as your

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01587

elected or appointed officials, directors, or executive officers.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

*Employee* includes a leased worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's operations.

*Employee leasing firm* means any person or organization that hires out workers to others, including any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Volunteer worker* means any person who:

- isn't working within the scope of his or her employment as an employee;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

**Boards.** Your boards are protected persons. Members of your boards are protected persons only for the conduct of their duties for you or for your boards. And employees of your boards are protected persons only for:

- work done within the scope of their employment by your boards; or
- their performance of duties related to the conduct of the operations of your boards.

However, no such board, member, or employee is a protected person if there's valid and collectible other insurance for employment injury covered by this agreement that is available to such board, member, or employee.

*Your boards* means any board, commission, or other governmental unit or department that:

- is under your complete control; and
- is funded and operated as part of your total operating budget.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in your General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making claims or bringing suits.

The limits of coverage apply excess of any applicable deductible and aren't reduced by the payment of that deductible.

**Each wrongful employment practice offense limit.** This is the most we'll pay as damages and defense expenses for all claims or suits for covered employment injury that is caused by:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses.

**Total limit.** This is the most we'll pay as damages and defense expenses for the combined total of all claims or suits for covered employment injury that are:

- first made or brought against a protected person; and
- first reported to us;

in a policy year.

---

We explain when we consider a claim or suit to be first made or brought and when we consider a claim to be first reported to us in the When This Agreement Covers section.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period. During the third policy year, you request and we provide, two separate extensions of the policy period: a three-month extension and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

**How the limits of coverage apply if the total limit is left blank.** If the amount of the total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each wrongful employment practice offense limit or $100,000, whichever amount is more.

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims or suits for covered employment injury that are:

- first made or brought against a protected person while this agreement is in effect and first reported to us during the limited reporting period, or during the extended reporting period if such reporting period applies; or
- first made or brought against a protected person during the extended reporting period and first reported to us during such reporting period, if such reporting period applies.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages and defense expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The deductible won't apply to payments we make under the Additional payments section.

**Each wrongful employment practice offense deductible.** You'll be responsible for the amount of damages and defense expenses within this deductible for all claims or suits for covered employment injury that is caused by:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses.

**Repayment of deductible.** If we settle a claim or suit for damages, or pay a judgment for damages awarded in a suit, that are subject to a deductible, we'll pay the deductible as part of the settlement or judgment, unless you and we agree to do otherwise. You agree to repay us the deductible amount as soon as we notify you of our payment.

Also, if we pay defense expenses that are subject to a deductible, you agree to repay us that amount as soon as we notify you of our payment.

If you fail to repay us a deductible amount that applies to damages or defense expenses, and we are awarded the deductible amount we sought, or any part of that amount, in any legal proceeding against you, you agree to pay us the amount of the award and the following:

- Our deductible recovery expenses.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01589

- Interest, from the date of our notice of payment to you, on the deductible amount awarded to us.

If the deductible amount awarded to us is less than the full amount of the deductible payment we sought, our deductible recovery expenses will be a proportional amount based on the ratio of the deductible amount awarded to the full amount of the deductible payment we sought.

*Our deductible recovery expenses* means all fees, costs, and expenses incurred by us and our attorneys to recover a deductible amount in a legal proceeding brought by us against you.

## Exclusions – What This Agreement Won't Cover

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Breach of contract.** We won't cover employment injury that results from the failure of any protected person to do what is required by any written employment-related contract or agreement.

**Contract liability.** We won't cover employment injury for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to employment injury for which the protected person would have liability without the contract or agreement.

**Criminal, malicious, dishonest, or fraudulent acts or omissions, or knowing violations of rights or laws.** We won't cover employment injury that results from any criminal, malicious, dishonest, or fraudulent act or omission, or any knowing violation of rights or laws, committed by:

- the protected person; or

- anyone with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined or admitted in a legal proceeding that such act, omission, or knowing violation was committed by:

- the protected person; or
- anyone with the consent or knowledge of the protected person.

**Declaratory, injunctive, or other non-monetary relief costs.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling, or decree, or a federal, state, or local law;

that results from any action or demand, or any part of any claim or suit, which seeks declaratory, injunctive, or other non-monetary relief.

Such costs, expenses, fees, or amounts include the following:

- The costs of employment reinstatement or continued employment.
- The costs of unpaid compensation, other than front and back wages, earned by the injured person in the course of the person's employment.
- The costs of physical alterations or other changes made to accommodate or afford accessibility to any disabled person.
- The costs of developing, implementing, or enforcing any company policy, procedure, or program.

But we won't apply this exclusion to our duty to defend an administrative proceeding or hearing conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing.

*Declaratory, injunctive, or other non-monetary relief* includes:

- a judgment which declares the rights and duties of any person or organization; or
- any type of injunction, restraining order, or any other non-monetary relief.

**Employment termination or relocation due to operational decisions.** We won't cover employment injury that results from any termination of employment, or any job relocation or reassignment, that is necessary because you have:

STP01590

- filed for bankruptcy protection, or been placed in receivership or liquidation;
- merged with, acquired, or been acquired by another entity; or
- transferred any part of your operations to the private sector.

**Fines or penalties.** We won't cover any fine or penalty.

But we won't consider punitive or exemplary damages to be a fine or penalty.

**Known wrongful employment practice offenses.** We won't cover employment injury that results from any wrongful employment practice offense, including any part of related wrongful employment practice offenses, that any described authorized person knew about before the beginning date from which we, or any of our affiliated insurance companies, have continuously provided this employment practices liability protection to you.

*Described authorized person* means any person while he or she is your:

- Elected or appointed official, director, or executive officer, or member of any of your boards.
- Employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

**Multiplied damages.** We won't cover that portion of any multiplied damage award which exceeds the amount multiplied.

**Other employment laws.** We won't cover employment injury that results from any violation of any of the duties or responsibilities required of you as an employer by the following laws, amendments to those laws, or similar provisions of any other laws, rules, or regulations:

- Fair Labor Standards Act, except the Equal Pay Act.
- National Labor Relations Act.
- Worker Adjustment and Retraining Notification Act.
- Consolidated Omnibus Budget Reconciliation Act of 1985.
- Occupational Safety and Health Act.
- Employee Retirement Income Security Act of 1974.

But we won't apply this exclusion to employment injury that results from retaliatory action against any of your employees for the employee's exercising of rights afforded by such laws.

**Property damage.** We won't cover property damage.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Tangible property* doesn't include data.

**School operations.** We won't cover employment injury that results from the activities, operations, or administration of any school, college, or university.

**Strikes or lockouts.** We won't cover employment injury to any of your employees:

- on strike or locked out; or
- temporarily or permanently replaced;

due to any labor dispute, including breach of a collective bargaining agreement.

But we won't apply this exclusion to employment injury that results from retaliatory action taken in response to any of your employees for participating in any strike or lockout.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

## Other Insurance

This agreement is primary insurance.

However, if there's any valid and collectible other insurance for employment injury covered by this agreement, we'll apply this agreement as excess insurance.

When this agreement is excess insurance, we won't have a duty to defend any claim or suit that any provider of other insurance has

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01591

a duty to defend. However, we'll defend a claim or suit for covered employment injury if no provider of other insurance will do so. In return, we'll require that the protected persons give us all of their rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limit of coverage that applies under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self insurance method or program; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance or excess insurance that you bought specifically to apply in excess of the limits of coverage for this agreement to be other insurance.

## Representations

By accepting this agreement, you agree that:

- the statements and representations made in your application for this employment practices liability protection, and in all materials submitted to us in connection with it, are accurate and complete;
- those statements and representations are material to our acceptance of risks assumed under this agreement; and
- we have relied on those statements and representations in issuing this agreement.

## List Of Terms With Defined Meanings Shown In This Agreement

This section lists, in alphabetical order, the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and
- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meanings for any of these terms; or
- add a defined meaning for any other term.

| Term | Page |
|---|---|
| Bodily injury | 9 |
| Claim | 3 |
| Coverage territory | 6 |
| Declaratory, injunctive, or other non-monetary relief | 9 |
| Defense expenses | 3 |
| Described authorized person | 10 |
| Employee | 7 |
| Employee leasing firm | 7 |
| Employment discrimination | 2 |
| Employment injury | 2 |
| Employment-related harassment | 2 |
| Expenses incurred by a protected person with our consent | 4 |
| Extended reporting period | 5 |
| Independent contractor | 2 |
| Leased worker | 7 |
| Limited reporting period | 5 |
| Other insurance | 11 |
| Our deductible recovery expenses | 9 |
| Policy year | 8 |
| Property damage | 10 |
| Protected person | 2 |
| Related wrongful employment practice offenses | 3 |
| Retaliatory action | 2 |
| Retroactive date | 3 |
| Suit | 3 |
| Tangible property | 10 |
| Volunteer worker | 7 |
| Wrongful employment practice offense | 2 |
| Your boards | 7 |

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY – CLAIMS–MADE**
**SELF–INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity Employment Practices Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

## Self–Insured Retentions Table

*Only those self–insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each wrongful employment practice offense retention. | $250,000 |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful employment practice offense retentions without further limitation, regardless of how often they apply.

## How Coverage Is Changed

There are ten changes which are explained below.

1. The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

### Self–Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person for covered employment injury that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to:

- payments we make under the Additional payments section;
- defense expenses we pay under the Right to defend a protected person section, other than any defense expenses you pay under the Payment of defense expenses when our defense of a suit results in a judgment or settlement within the self-insured retention section; or
- defense expenses we pay under the Right to appeal a judgment against a protected person section, other than any defense expenses you pay under the Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The cost of proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08  15:17  001 |

- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs of any appeal, attachment, or similar required bonds.
- Costs taxed against a protected person for covered employment injury in a suit, other than attorneys' fees of the person or organization bringing the suit.
- Prejudgment interest, except such interest we pay under the Additional payments section.
- Postjudgment interest, except such interest we pay under the Additional payments section.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered employment injury.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered employment injury.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful employment practice offense retention.** You'll be responsible for the amount of damages and defense expenses for covered employment injury within this self-insured retention for all claims or suits for covered employment injury that is caused by:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful employment practice offense retentions for all claims or suits for covered employment injury that are:

- first made or brought against a protected person; and
- first reported to us;

in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful employment practice offense retentions without further limitation, regardless of how often they apply.

We explain:

- when we consider a claim or suit to be first made or brought in the When we consider a claim or suit to be first made or brought section; and
- when we consider a claim or suit to be first reported to us in the When we consider a claim or suit to be first reported to us section.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01594

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250{,}000 \times \frac{3\ months}{12\ months} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered employment injury; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages, defense expenses, prejudgment interest, and postjudgment interest covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim or suit for covered employment injury.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for employment injury covered by this agreement if the total amount of damages and defense expenses for such employment injury exceeds, or will probably exceed, the self-insured retention. We'll have such right even if all of the allegations of the claim or suit are groundless, false, or fraudulent.

We'll have the right to investigate any wrongful employment practice offense, claim, or suit to the extent we believe is proper.

If we choose to:

- investigate a wrongful employment practice offense, claim, or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Any such defense expenses we pay will reduce the available limits of coverage. However, if you reimburse us for such defense expenses under the Payment of defense expenses when our defense of a claim results in a judgment or settlement within the self-insured retention section, such defense expenses won't reduce the available limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered employment injury, if the total amount of damages and defense expenses for such employment injury exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement that are within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means:

- a civil proceeding that seeks damages, including an arbitration proceeding for damages to which the protected person must submit, or submits with our consent, or any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent; or
- any administrative proceeding or hearing conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing.

*Payment of defense expenses when our defense of a suit results in a judgment or settlement within the self-insured retention.* If we choose to defend a protected person against a claim or suit, and we incur defense expenses, you'll reimburse us for such expenses after a settlement or judgment, up to the amount of the self-insured retention that applies, if the retention isn't first used up by the amount of such settlement or judgment. For example:

*You have a $500,000 each wrongful employment practice offense retention under this agreement. This agreement has a $1,000,000 each wrongful employment practice offense limit and a $1,000,000 total limit. A suit for employment injury covered by this agreement is brought against you. After you incur $150,000 in defense expenses, we exercise our right to defend the suit. From that point on, we incur $400,000 in defense expenses. A $250,000 judgment for damages covered by this agreement is awarded against you.*

*Because you paid only $150,000 of your $500,000 self-insured retention, you'll be responsible for the amount of the judgment ($250,000), and you'll reimburse us for $100,000 of the defense expenses that we incurred. We'll be responsible for the remaining $300,000 in defense expenses, and only that amount of defense expenses will reduce the available limits of coverage.*

3. The following section is added. This change describes our duty to pay

reasonable defense expenses that exceed a self-insured retention that applies.

**Duty to pay reasonable defense expenses.** We'll have the duty to pay reasonable defense expenses incurred by or for you or any other protected person in connection with any claim or suit for covered employment injury when the total amount of damages and defense expenses you have paid in connection with the claim or suit exceeds the self-insured retention that applies.

Payment of such expenses  will reduce the available limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

4. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below, in addition to the limits of coverage, in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses for covered employment injury you have paid in connection with the claim or suit exceeds the self-insured retention that applies.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- defense expenses.

*Prejudgment interest.* We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01596

won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses, other than defense expenses, that we incur.

5. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit that includes damages for covered employment injury. But only if:

- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses that result directly from that appeal. We'll consider such expenses to be defense expenses. Our payment of such expenses will reduce the available limits of coverage. However, if you pay for such expenses under the Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention section, such payments won't reduce the available limits of coverage.

The results of an appeal won't change the limits of coverage that apply to damages under this agreement.

*Payment of defense expenses when our appeal of a suit results in a judgment within the self-insured retention.* If, as the result of our appeal, the amount of the judgment is reduced to zero or to an amount within the self-insured retention, you'll be responsible for the defense expenses that we incurred that result directly from that appeal, up to the amount of the retention. For example:

*You have a $500,000 each wrongful employment practice offense retention under this agreement. This agreement has a $1,000,000 each wrongful employment practice offense limit and a $1,000,000 total limit. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $300,000 in defense expenses. If we didn't appeal the judgment:*

- *You would be responsible for the amount of damages ($200,000) and defense expenses you incurred ($300,000) up to your self-insured retention ($500,000); and*
- *We would be responsible for the remaining amount of damages ($800,000) that exceeds your self-insured retention.*

*However, we choose to appeal the judgment, and we incur $250,000 in defense expenses for the appeal. Our appeal is successful, and the judgment is reduced to zero. Because of this result, you have used up only $300,000 of your $500,000 self-insured retention, and you'll be responsible for $200,000 of the defense expenses that we incurred for the appeal. We'll be responsible for the remaining $50,000 of such expenses, and only that amount of such expenses will reduce the available limits of coverage.*

6. The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought section. This change explains when we consider a claim or suit to be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered employment injury to be first made or brought against a protected person on the earlier of the following dates:

- The date that your claim handling service or any protected person first receives written notice of such claim or suit.
- The date that your claim handling service first receives written notice from any protected person of a

STP01597

specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

7. The following replaces the first paragraph of the When we consider a claim or suit to be first reported to us section. This change explains when we consider a claim or suit to be first reported to us.

**When we consider a claim or suit to be first reported to us.** We'll consider a claim or suit for covered employment injury to be first reported to us on the earliest of the following dates:

- The date that your claim handling service first receives written notice of such claim or suit from any protected person or from the person or organization making or bringing the claim or suit.
- The date that your claim handling service first receives written notice from any protected person of a specific wrongful employment practice offense that caused the employment injury which resulted in such claim or suit.

8. The following replaces the first paragraph of the What we require in a written notice of a specific wrongful employment practice offense section. This change explains what is required in a written notice of a specific wrongful employment practice offense.

**What we require in a written notice of a specific wrongful employment practice offense.** We won't consider a claim or suit to be first made or brought against a protected person and reported to us on the date your claim handling service first receives written notice of a specific wrongful employment practice offense unless that notice contains the following information:

- A description of the wrongful employment practice offense, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.

- The manner in which each of the protected persons first became aware of the circumstances involved.

9. The following replaces the second paragraph of the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retention.

The limits of coverage apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

10. The following replaces the Other Insurance section. This change limits coverage.

## Other Insurance

If there's any valid and collectible other insurance for employment injury covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

## Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01598

**WHEN AND HOW AN EXTENDED REPORTING PERIOD CAN BE
ADDED ENDORSEMENT — ILLINOIS —
PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY**

This endorsement changes your Public Entity
Employment Practices Liability Protection –
Claims-Made.

**How Coverage Is Changed**

The following replaces the third paragraph of
the When and how an extended reporting
period can be added section.  This change
broadens coverage.

However, the Extended Reporting Period
Endorsement won't take effect unless we
receive all of the following within 60 days
after the ending date of this agreement, and
you have fulfilled all other duties, and
complied with all other conditions and
requirements, under this areement:

* A written request from you to purchase
  the Extended Reporting Period
  Endorsement.
* Payment of the additional premium for the
  Extended Reporting Period Endorsement.

**Other Terms**

All other terms of your policy remain the
same.

STP01599

**LAW ENFORCEMENT LIABILITY PROTECTION
COVERAGE SUMMARY**

The St.Paul

This Coverage Summary shows the limits of
coverage and deductibles that apply to your
Law Enforcement Liability Protection. It also
lists those endorsements, if any, that must
have certain information shown for them to
apply.

| Limits Of Coverage | | Deductible | |
|---|---|---|---|
| Total limit. | $2,000,000 | Each wrongful act deductible. | |
| Each wrongful act limit. | $1,000,000 | | |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to
apply are named in this table.  The required information follows the name of each such
endorsement.  Other endorsements may apply too.  If so, they're listed on the Policy Forms
List.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08  15:17  001 |

47335 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Coverage Summary

STP01600



©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

STP01601