## LAW ENFORCEMENT LIABILITY PROTECTION

This insuring agreement provides professional liability protection for the conduct of law enforcement activities or operations by or for your law enforcement agency. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Table of Contents**                                    **Page**

**What This Agreement Covers**                              1
  Law enforcement liability.                      1
  Right and duty to defend a protected
    person.                              2
  Additional payments.                             2
  Right to appeal a judgment against a
    protected person.                     3

**When This Agreement Covers**                              4

**Where This Agreement Covers**                             4

**Who Is Protected Under This Agreement**                   4
  Public entity.                                   4
  Elected or appointed officials.                  4
  Employees and volunteer workers.                 4
  Separation of protected persons.                 4

**Limits Of Coverage**                                      5
  Total limit.                                     5
  Each wrongful act limit.                         5
  How the limits of coverage apply if
    the total limit is left blank.        5

**Deductible**                                              5
  Each wrongful act deductible.                    5

**Exclusions – What We Won't Cover**                        6
  Aircraft, auto, mobile equipment.                6
  Asbestos.                                        6
  Contract liability.                              6
  Control of property.                             6
  Criminal, dishonest, fraudulent, or
    malicious acts.                       6
  Declaratory, injunctive, or other non-
    monetary relief.                      7
  Employers liability.                             7
  Employment-related practices.                    7
  Health care professional services.               7
  Injury to volunteer workers.                     8
  Nuclear energy liability.                        8
  Pollution injury or damage.                      8
  Pollution work loss, cost, or expense.           8
  Workers compensation or other
    benefits laws.                        9

**Other Insurance**                                         9

## What This Agreement Covers

**Law enforcement liability.** We'll pay amounts any protected person is legally required to pay as damages for covered injury or damage that:

- results from law enforcement activities or operations by or for you;

- happens while this agreement is in effect; and

- is caused by a wrongful act that is committed while conducting law enforcement activities or operations.

We'll consider damages to include the attorneys' fees of the person or organization bringing the claim if such fees are awarded, or paid in a settlement, for covered injury or damage.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement Section.

*Injury or damage* means bodily injury, personal injury, or property damage.

*Bodily injury* means any harm to the health of other persons. It includes care, loss of services, or death that results from such harm.

*Harm* includes any of the following:

- Physical harm, sickness, or disease.

- Mental anguish, distress, injury, or illness.

- Emotional distress.

- Humiliation.

*Personal injury* means injury, other than bodily injury, caused by any of the following wrongful acts:

- False arrest, detention, or imprisonment.

- Malicious prosecution.

- Wrongful entry or wrongful eviction.

STP01602

- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that belittles the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.
- False or improper service of process.
- Violation of civil rights protected under any federal, state, or local law.

*Property damage* means:
- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of:
- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the wrongful act which caused it.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:
- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

*Wrongful act* means any act, error, or omission.

**Right and duty to defend a protected person.**
We'll have the right and duty to defend any protected person against a claim for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim are groundless, false, or fraudulent. But we have no duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper. We'll also have the right to settle any claim within:
- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means or written demand which seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:
- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim under this agreement against a protected person when we:
- investigate or settle the claim; or
- defend the protected person against the claim.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses, including our claim expenses, we incur.

*Our claim expenses* includes the following fees, costs, and expenses that result directly from the investigation, defense, or appeal of a specific claim:
- Fees, costs, and expenses of attorneys.
- The cost of legal proceedings.
- Court reporter's, arbitrator's, and mediator's fees.
- Independent expert's and special investigator's fees, costs, and expenses.
- Independent vendor's fees, costs, and expenses.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01603

But we won't consider any of the following to be our claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to appeal a judgment against a protected person section.
- Our recovery expenses.

We explain how we apply our recovery expenses in the Recovering Damages From A Third Party section in the General Rules, which is a part of your policy.

*Bonds to release property.* We'll pay the costs of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim. But we won't pay more that $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs, except attorneys' fees of the person or organization making or bringing the claim, taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

*Personal property of others.* We'll pay up to $25,000 per policy period for direct physical loss or damage to the personal property of others which:

- is in their possession at the time of their arrest; and
- is in the care, custody, or control of the protected person at the time of the loss or damage.

The each wrongful act deductible applies to this additional payment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal

Insuring Agreement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01604

under any such bond. Nor do we have to furnish any appeal bond.

- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by wrongful acts which are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by wrongful acts which are committed in the rest of the world. But only if they result from the conduct of law enforcement activities or operations by a person who:

- has a home in the coverage territory; and
- is away for a short time on your business.

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Public entity.** If you are a public entity named in the Introduction, you are a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials are protected persons only for the conduct of their duties as your elected or appointed officials.

**Employees and volunteer workers.** Your employees and volunteer workers are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

*Employee* includes a leased worker, other than a leased temporary worker.

*Volunteer worker* means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01605

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for all covered injury or damage that:

- happens in a policy year; and
- is caused by all wrongful acts.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes*

*sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

**Each wrongful act limit.** This is the most we'll pay for all covered injury or damage that:

- happens in a policy year; and
- is caused by any one wrongful act or series of related wrongful acts.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same injury or damage.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each wrongful act limit or $100,000, whichever amount is more.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages and our claim expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making or bringing claims.

The deductible won't apply to payments we make under the Additional payments section, other than payments made for:

- our claim expenses; or
- personal property of others.

We'll pay all or part of the deductible for you, unless you and we agree that we should do otherwise. When we do make such a payment, you agree to repay that amount to us promptly after we notify you of that payment.

**Each wrongful act deductible.** You'll be responsible for the amount of damages and our claim expenses within this deductible for all claims for covered injury or damage that's caused by:

- the same wrongful act; or
- a series of related wrongful acts.

---

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved
Insuring Agreement

STP01606

## Exclusions – What We Won't Cover

**Aircraft, auto, mobile equipment.** We won't cover injury or damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any aircraft, auto, or mobile equipment owned, operated, rented, leased, hired, or borrowed by any protected person.

We'll also apply this exclusion to injury or damage that results from any act, error, or omission related to the policies, procedures, practices, decisions, training, or supervising of personnel as respects the ownership, maintenance, operation, use, loading, unloading, or entrustment to others of any auto or aircraft that you own, operate, rent, lease, hire, or borrow.

But we won't apply this exclusion to injury or damage that results from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

*Mobile equipment* means any land vehicle other than an auto.

**Asbestos.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos, and any such other irritants or contaminants, are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

However, we won't apply this exclusion to liability for injury or damage the protected person would have without the contract or agreement.

**Control of property.** We won't cover property damage to the following property:

- Property you own, rent, lease, occupy, or borrow.
- Personal property in the care, custody, or control of any protected person.

But we won't apply this exclusion to the payments we make under the Additional payments section for the Personal property of others additional payment.

**Criminal, dishonest, fraudulent, or malicious acts.** We won't cover injury or damage that results from any criminal, dishonest,

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01607

fraudulent, or malicious act or omission committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined through legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

**Declaratory, injunctive, or other non-monetary relief.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling, or decree;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister of that employee which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

**Employment-related practices.** We won't cover bodily injury or personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices.

Nor will we cover bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the bodily injury or personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for:

- such bodily injury or personal injury to that employee, worker, or independent contractor; or
- bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that results from such bodily injury or personal injury to that employee, worker, or independent contractor.

*Independent contractor* means any person who:

- in accordance with a contract between that person and the protected person for specified services, performs duties related to the conduct of the protected person's operations; and
- is not the protected person's employee or leased temporary worker.

*Employment-related practices* means:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

**Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services by a health care professional.

However, we won't apply this exclusion to the protected person's providing of or failure to provide first aid.

Nor will we apply this exclusion to the handling or treatment of corpses by a protected person while performing law enforcement activities or operations.

Also, we won't apply this exclusion to any protected person who isn't a medical doctor or nurse for injury or damage that results from the dispensing of:

- drugs; or
- medical or dental supplies and appliances.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury to volunteer workers.** We won't cover bodily injury or personal injury to any volunteer worker who is injured in the conduct of law enforcement activities or operations within the scope of their duties for you.

**Nuclear energy liability.** We won't cover injury or damage that results from the hazardous properties of any nuclear material.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that result from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Also, we won't apply this exclusion to injury or damage that results from the use of mace, pepper spray, or tear gas.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* means materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or

---

47292 Rev. 10-02
Page 8 of 9   © 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01609

• claim.

**Workers compensation or other benefits laws.**
We won't cover any obligation that the protected person has under any:

• workers compensation law;
• disability benefits law;
• unemployment compensation law; or
• similar law.

## Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, we'll pay the portion of the damages which:

• exceeds the deductible that applies; and
• equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $100,000. The limit of coverage under this agreement is $100,000. And the deductible is $1,000. Another insurance policy with a limit of $100,000*

*also applies. The total limit of insurance is $200,000.*

*Our limit is 50% ($100,000/$200,000) of the total limit. But we won't pay 50% of $100,000, which is equal to $50,000. We'll pay only $49,500, which is equal to 50% of the amount of the judgment that exceeds our $1,000 deductible ($100,000 − $1,000 = $99,000).*

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

• another insurance company;
• us, except under this agreement;
• any of our affiliated insurance companies;
• any risk retention group;
• any self-insurance method or program, other than any funded by you and over which this agreement applies; or
• any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

STP01610

**TOTAL LIMIT ENDORSEMENT – LAW ENFORCEMENT LIABILITY –
ILLINOIS**

This endorsement changes your Law
Enforcement Liability Protection.

---

**How Coverage Is Changed**

The following replaces the How the limits of
coverage apply if the Total limit is left
blank.   This change limits coverage.

**How the limits of coverage apply if the Total
limit is left blank.** If the amount of the Total
limit is left blank in the Coverage Summary,
that total limit will be considered to be:

- the limit shown on the application for this
  insurance; or
- if no limit is shown on the application,
  the same as the each wrongful act limit or
  $100,000, whichever is more.

**Other Terms**

All other terms of your policy remain the
same.

---

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01611

**PUBLIC SECTOR SERVICES**
**LAW ENFORCEMENT LIABILITY**
**SELF–INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Law Enforcement Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

**Self–Insured Retentions Table**

---

*Only those self–insured retentions for which amounts are shown apply.*

Each wrongful act retention.                                    $250,000

Total retention.                                               $

---

**Important note:**  If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

---

**How Coverage Is Changed**

There are eight changes which are explained below.

1.  The following replaces the Deductibles section.   This change adds one or more self-insured retentions to be paid by you.

**Self–Insured Retentions**

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

* protected persons;
* claims made or brought; or
* persons or organizations making or bringing claims.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim:

* Fees, costs, or expenses of hired or appointed attorneys.
* The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
* Independent expert's or special investigator's fees, costs, or expenses.
* Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
* Additional living expenses.
* Costs, except attorneys' fees of the person or organization making or bringing the claim, taxed against a protected person for covered injury or damage in a suit.
* Prejudgment interest.
* Postjudgment interest.

But we won't consider any of the following to be defense expenses:

* Our expenses, including salaries, wages, or travel expenses of our employees,

---

**Name of Insured**          **Policy Number** GP06301927          **Effective Date** 11/01/08
CITY OF WAUKEGAN                                          **Processing Date** 11/18/08   15:17   001

L0551 Ed. 6-06                          Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 1 of 5

STP01612

other than fees, costs, or expenses incurred by us in connection with a specific claim.

- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered injury or damage.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all covered injury or damage that:

- happens in a policy year; and
- is caused by any one wrongful act or series of related wrongful acts.

We explain the term series of related wrongful acts in the Limits Of Coverage section.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful act retentions for all covered injury or damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

We explain the term policy year in the Total limit section.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250{,}000 \times \frac{3 \ months}{12 \ months} = \$62{,}500$$

$$\$62{,}500 + \$250{,}000 = \$312{,}500$$

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01613

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered injury or damage; or
- defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and
- explains our right to settle a claim for covered loss.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim for injury or damage covered by this agreement. We'll have such right even if:

- all of the allegations of the claim are groundless, false, or fraudulent; or
- the total amount of the damages for such injury or damage probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any wrongful act or claim to the extent we believe is proper.

If we choose to:

- investigate a wrongful act or claim; or
- defend a protected person against a claim;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim, even if the amount of damages or

defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim for covered injury or damage, if the total amount of damages and defense expenses for such injury or damage exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or
- repay such amount to us that we have already paid;

to settle the claim.

*Claim* means a suit or written demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered injury or damage in connection with the claim exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the

---

STP01614

reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:
- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:
- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:
- the judgment includes damages covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the

judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following is added to the Each wrongful act limit section. This change limits coverage.

However, the most we'll pay for covered property damage that is caused by any one wrongful act or series of related

STP01615

wrongful acts is further limited by the following:

*Personal property of others limit.* This is the most we'll pay per policy period for direct physical loss or damage to the personal property of others which:

- is in their possession at the time of their arrest; and
- is in the care, custody, or control of the protected person at the time of the loss or damage.

Personal property of others limit: $25,000.

7. The following replaces the Control of property exclusion.  This change broadens coverage.

**Control of property.**  We won't cover property damage to the following property:

- Property you own, rent, lease, occupy, or borrow.
- Personal property in the care, custody, or control of any protected person.

But we won't apply this exclusion to any payments we make that are subject to the personal property of others limit.

8. The following replaces the Other Insurance section.  This change limits coverage.

**Other Insurance**

If there's any valid and collectible other insurance for injury or damage covered

by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limit of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Other Terms**

All other terms of your policy remain the same.

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT – LAW ENFORCEMENT LIABILITY

This endorsement changes your Law Enforcement Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of mold or other fungi, or bacteria, in any form by any person; or
- existence of mold or other fungi, or bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury or property damage that results from mold or other fungi, or bacteria, which are, or are on, in, or part of, any good or product that's intended to be consumed as a food, beverage, or medicine;
- bodily injury that results from bacteria which are directly transmitted solely by or from another person to the person sustaining the bodily injury; or
- bodily injury that results from a bacterial infection which develops in connection with physical harm to the person sustaining the bodily injury, if such physical harm isn't excluded by this exclusion part, or any other part of this exclusion, and a claim or suit is made or brought against the protected person for such physical harm.

Nor will we cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize mold or other fungi, or bacteria, in any form; or

- respond to, or assess, in any way the effects of mold or other fungi, or bacteria, in any form.

Because mold or other fungi, or bacteria, can be pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution exclusion.
- Any other pollution-related exclusion made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or byproduct that's produced or released by such bacterium.

We explain the term pollutant in the Pollution exclusion.

### Other Terms

All other terms of your policy remain the same.

**PUBLIC ENTITY MANAGEMENT LIABILITY**
**PROTECTION – CLAIMS–MADE**
**COVERAGE SUMMARY**

The **StPaul**

This Coverage Summary shows the limits of
coverage, deductible, and the retroactive date
that apply to your Public Entity Management
Liability Protection – Claims-Made.  It also
lists those endorsements, if any, that must
have certain information shown for them to
apply.

| Limits Of Coverage | Deductible | |
|---|---|---|
| Each wrongful act limit. $1,000,000 | Each wrongful act deductible. | $ |
| Total limit. $2,000,000 | | |

**Retroactive Date:** 11/01/96

**Important Note:**  If no date is shown above, we'll consider the retroactive date to be the
same as the beginning date of this insuring agreement.

**Named Endorsement Table**

**Important Note:**  Only endorsements that must have certain information shown for them to
apply are named in this table.  The required information follows the name of each such
endorsement.  Other endorsements may apply, too.  If so, they're listed on the Policy
Forms List.

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08  15:17  001 |

47336 Rev. 1-01 Printed in U.S.A.             Coverage Summary
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved            Page 1 of 2

The St.Paul

47336 Rev. 1-01 Printed in U.S.A.
Page 2 of 2
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

STP01619

# PUBLIC ENTITY MANAGEMENT LIABILITY PROTECTION – CLAIMS-MADE

This insuring agreement provides management liability protection for the conduct of duties by or for a public entity. There are, of course, exclusions and limitations, and terms with defined meanings, throughout this agreement which apply to that protection. Certain terms that have or include defined meanings shown in this agreement are listed in the List Of Terms With Defined Meanings Shown In This Agreement section, which also shows where their defined meanings are located. This agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important note:** **This is a claims-made insuring agreement that includes defense expenses within the deductible.** To be covered, a claim or suit must be first made or brought against a protected person while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Public entity management liability. | 2 |
| Right and duty to defend a protected person. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment against a protected person. | 3 |
| **When This Agreement Covers** | 3 |
| When a claim or suit must be first made or brought against a protected person. | 3 |
| When we consider a claim to be first made or brought against a protected person. | 4 |
| What we require in a written notice of a specific wrongful act. | 4 |
| When the limited reporting period will apply. | 4 |
| How the limited reporting period applies. | 4 |
| When and how an extended reporting period can be added. | 4 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the Extended Reporting Period Endorsement. | 5 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Public entity. | 5 |
| Elected or appointed officials. | 5 |
| Employees and volunteer workers. | 5 |
| Legal representatives of certain protected persons. | 5 |
| Boards. | 5 |
| Separation of protected persons. | 6 |
| **Limits Of Coverage** | 6 |
| Each wrongful act limit. | 6 |
| Total limit. | 6 |
| How the limits of coverage apply if the total limit is left blank. | 6 |
| How the limits of coverage apply to the limited and extended reporting periods. | 6 |
| **Deductible** | 6 |
| Each wrongful act deductible. | 7 |
| Repayment of deductible. | 7 |
| **Exclusions – What This Agreement Won't Cover** | 7 |
| Boards and commissions. | 7 |
| Breach of contract. | 7 |
| Claims or suits by protected persons against protected persons. | 7 |
| Complaint or enforcement action. | 7 |
| Contract liability. | 7 |
| Criminal, malicious, dishonest, or fraudulent acts or omissions, or knowing violations of rights or laws. | 7 |
| Debt financing. | 8 |
| Declaratory, injunctive, or other non-monetary relief costs. | 8 |
| Employee benefit plans administration. | 8 |
| Employment-related practices. | 8 |
| Health care professional services. | 9 |
| Injury or damage. | 9 |
| Insurance. | 10 |
| Intellectual property. | 10 |
| Investments. | 10 |
| Known wrongful acts. | 10 |
| Law enforcement activities or operations. | 10 |
| Multiplied damages. | 10 |
| Network and information security liability. | 10 |
| Nuclear material. | 11 |
| Pollution. | 11 |
| Sexual harassment. | 11 |
| Strikes, riots, demonstrations, or civil commotions. | 11 |

STP01620

Taking of private property for public
  use or benefit.                                11
Taxes.                                            11
Unlawful personal gains.                          11
Workers compensation or other
  benefits laws.                                  11

**Other Insurance**                               11
Primary other insurance.                          12
When this agreement is excess
  insurance.                                      12

**List Of Terms With Defined Meanings Shown
In This Agreement**                               12

## What This Agreement Covers

**Public entity management liability.**  We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the conduct of duties by or for a public entity;
- is caused by a wrongful act committed on or after the retroactive date and before the ending date of this agreement; and
- results in a claim or suit first made or brought against a protected person while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies.

We'll consider each wrongful act in a series of related wrongful acts to be committed on the date the first wrongful act in that series is committed.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Public entity* means a municipality, county, or other governmental body, department, or unit.

*Wrongful act* means any act, error, or omission.

*Retroactive date* means the earliest date that a wrongful act may first be committed and be covered by this agreement.  The retroactive date is shown in the Coverage Summary.  However, if no retroactive date is shown in the Coverage Summary, we'll consider the retroactive date to be the same as the beginning date of this agreement.

*Related wrongful acts* means two or more wrongful acts that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or any series of related facts, circumstances, situations, events, transactions, or causes.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement.  We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.

We'll have the right to investigate any wrongful act and to investigate and settle any claim or suit to the extent that we believe is proper.  This includes the right to settle any claim or suit within:

- any deductible that applies; or
- the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

- judgments; or
- settlements.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

- an arbitration proceeding for damages to which the protected person must submit or submits with our consent; or
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

**Additional payments.**  We'll have the duty to make only the payments shown below, in addition to the limits of coverage, in connection with any claim or suit  against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments; or
- settlements.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01621

*Our expenses.* We'll pay all expenses, including defense expenses, we incur.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to appeal a judgment against a protected person section.
- Our recovery expenses, as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by a protected person with our consent.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by a protected person because of time taken off from work.

*Taxed costs.* all costs taxed against any protected person for covered loss in a suit.

*Prejudgment interest.* the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* the We interest that accumulates on the full amount of a judgment against the protected person from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment. But if we don't pay part of the judgment for any reason other than it's more than the limit of coverage that applies, we won't pay the postjudgment interest that accumulates on that part of the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit that includes damages for covered loss if:

- we defend a protected person against the suit; and
- the judgment is awarded against the protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**When a claim or suit must be first made or brought against a protected person.** We'll apply this agreement to claims or suits for loss covered by this agreement only when they're first made or brought against a protected person:

- while this agreement is in effect; or
- during the limited reporting period or the extended reporting period, if either one applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss may be first made or brought against a protected person.

*Extended reporting period* means the 12-month period of time, starting with the ending date of this agreement, during which claims or suits for covered loss may be first made or brought against a protected person.

**When we consider a claim or suit to be first made or brought against a protected person.** We'll consider a claim or suit for covered loss to be first made or brought against a protected person on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim or suit.
- The date that we first receive written notice from any protected person of a specific wrongful act that caused the loss which resulted in such claim or suit.

We'll consider all claims or suits for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts;

to have been first made or brought against a protected person on the date that the first of those claims or suits was first made or brought against a protected person, regardless of whether such date is before or while this agreement is in effect.

**What we require in a written notice of a specific wrongful act.** We won't consider a claim or suit to be first made or brought against a protected person on the date we first receive written notice of a specific wrongful act unless that notice contains the following information:

- A description of the wrongful act, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.
- The manner in which each of the protected persons first became aware of the circumstances involved.

Notice to us that:

- all or part of any protected person's acts or omissions may in the future be discovered to be a wrongful act; and
- any protected person may in the future receive written notice of a wrongful act, claim, or suit;

is not notice of a specific wrongful act.

**When the limited reporting period will apply.** The limited reporting period will automatically apply to this agreement without an additional premium. The limited reporting period may not be canceled by you or us once it applies.

However, the limited reporting period won't apply to claims or suits for covered loss that:

- are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or
- would have been covered by such insurance if its limits of coverage hadn't been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered loss that is first made or brought against a protected person during the limited reporting period to have been first made or brought against a protected person on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

Also, if we renew or replace this agreement with insurance that does not provide coverage on a claims-made basis, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, the Extended Reporting Period Endorsement won't take effect unless we receive all of the following within 60 days after the ending date of this agreement and you have fulfilled all other duties, and complied with all other conditions and requirements, under this agreement:

- A written request from you to purchase the Extended Reporting Period Endorsement.
- Full payment of the earned premium for this agreement.
- Payment of the additional premium for the Extended Reporting Period Endorsement.
- Repayment of any deductible you owe us under this agreement.

But once the Extended Reporting Period Endorsement takes effect, it may not be canceled by you or us.

**How the extended reporting period applies.** When the extended reporting period applies, it replaces the limited reporting period. The extended reporting period doesn't extend the time that this agreement is in effect. As a

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01623

result, when the extended reporting period applies, we'll consider any claim or suit for covered loss that is first made or brought against a protected person during the extended reporting period to have been first made or brought against a protected person on the ending date of this agreement.

**How we'll figure the additional premium for the Extended Reporting Period Endorsement.** We'll figure the additional premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. But we won't charge more than 75% of the annual premium for the last policy year of this agreement.

## Where This Agreement Covers

We'll apply this agreement to covered loss that is caused by a wrongful act committed anywhere in the world. But only if the protected person's liability for loss is determined in a suit on the merits brought in the coverage territory, or in a settlement agreed to by us. And we'll only make payments under this agreement in the coverage territory.

*Coverage territory* means:

- the United States of America, including its territories and possessions and Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials, directors, or executive officers are protected persons only for the conduct of their duties as your elected or appointed officials, directors, or executive officers.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

*Employee* includes a leased worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's operations.

*Employee leasing firm* means any person or organization that hires out workers to others, including any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Volunteer worker* means any person who:

- isn't working within the scope of his or her employment as an employee;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

**Legal representatives of certain protected persons.** Any legal representative of a protected person who has died, or become mentally incompetent, insolvent, or bankrupt, is a protected person, but only for the rights and duties of that deceased, mentally incompetent, insolvent, or bankrupt protected person under this agreement.

*Legal representative* includes the estate, heirs, executors, administrators, or trustees of such a protected person.

**Boards.** Your boards are protected persons. Members of your boards are protected persons only for the conduct of their duties for you or for your boards. And employees of your boards are protected persons only for:

- work done within the scope of their employment by your boards; or
- their performance of duties related to the conduct of the operations of your boards.

However, no such board, member, or employee is a protected person if there's valid and collectible other insurance for loss covered by this agreement that is available to such board, member, or employee.

STP01624

*Your boards* means any board, commission, or other governmental unit or department that:

- is under your complete control; and
- is funded and operated as part of your total operating budget.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in your General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making claims or bringing suits.

The limits of coverage apply excess of any applicable deductible and aren't reduced by the payment of that deductible.

**Each wrongful act limit.** This is the most we'll pay as damages for all claims or suits for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

**Total limit.** This is the most we'll pay as damages for the combined total of all claims or suits for covered loss that are first made or brought against a protected person in a policy year.

We explain when we consider a claim or suit to be first made or brought against a protected person in the When This Agreement Covers section.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period. During the third policy year, you request and we provide, two separate extensions of the policy period: a three-month extension and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

**How the limits of coverage apply if the total limit is left blank.** If the amount of the total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each wrongful act limit or $100,000, whichever amount is more.

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims or suits for covered loss that are first made or brought against a protected person during the limited reporting period or the extended reporting period.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages and defense expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

- protected persons;

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01625

- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The deductible won't apply to payments we make under the Additional payments section, other than defense expenses.

**Each wrongful act deductible.** You'll be responsible for the amount of damages and defense expenses within this deductible for all claims or suits for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

**Repayment of deductible.** If we settle a claim or suit for damages, or pay a judgment for damages awarded in a suit, that are subject to a deductible, we'll pay the deductible as part of the settlement or judgment, unless you and we agree to do otherwise. You agree to repay us the deductible amount as soon as we notify you of our payment.

Also, if we pay defense expenses that are subject to a deductible, you agree to repay us that amount as soon as we notify you of our payment.

If you fail to repay us a deductible amount that applies to damages or defense expenses, and we are awarded the deductible amount we sought, or any part of that amount, in any legal proceeding against you, you agree to pay us the amount of the award and the following:

- Our deductible recovery expenses.
- Interest, from the date of our notice of payment to you, on the deductible amount awarded to us.

If the deductible amount awarded to us is less than the full amount of the deductible payment we sought, our deductible recovery expenses will be a proportional amount based on the ratio of the deductible amount awarded to the full amount of the deductible payment we sought.

*Our deductible recovery expenses* means all fees, costs, and expenses incurred by us and our attorneys to recover a deductible amount in a legal proceeding brought by us against you.

## Exclusions – What This Agreement Won't Cover

**Boards and commissions.** We won't cover loss that results from any activities or operations of the following boards, commissions, or governmental units or departments:

- Airports.
- Electric or gas utilities.
- Health care facilities, including clinics, hospitals, nursing homes, rehabilitation facilities, or blood banks.
- Housing authorities.
- Joint power authorities or entities.
- Port authorities.
- Schools or school districts.
- Transit authorities.

**Breach of contract.** We won't cover loss that results from the failure of any protected person to do what is required by any contract or agreement, other than a mutual aid agreement.

**Claims or suits by protected persons against protected persons.** We won't cover loss for which any claim or suit is made or brought by, or on behalf of, any current or former protected person against any current or former protected person.

**Complaint or enforcement action.** We won't cover loss that results from any complaint, enforcement action, claim, or suit brought by or for any federal, state, or local governmental regulatory or enforcement agency against any protected person.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Criminal, malicious, dishonest, or fraudulent acts or omissions, or knowing violations of rights or laws.** We won't cover loss that results from any criminal, malicious, dishonest, or fraudulent act or omission, or any knowing violation of rights or laws, committed by:

- the protected person; or
- anyone with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined or admitted in a

legal proceeding that such act, omission, or knowing violation was committed by:

- the protected person; or
- anyone with the consent or knowledge of the protected person.

**Debt financing.**  We won't cover loss that results from any type of debt financing issued by or for you.

*Debt financing* includes bonds, debentures, guarantees of debt, or notes.

**Declaratory, injunctive, or other non-monetary relief costs.**  We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling or decree, or a federal, state, or local law;

that results from any action or demand, or any part of any claim or suit, which seeks declaratory, injunctive, or other non-monetary relief.

Such costs, expenses, fees, or amounts include the following:

- The costs of physical alterations or other changes made to accommodate or afford accessibility to any disabled person.
- The costs of developing, implementing, or enforcing any company policy, procedure, or program.

*Declaratory, injunctive, or other non-monetary relief* includes:

- a judgment which declares the rights and duties of any person or organization; or
- any type of injunction, restraining order, or any other non-monetary relief.

**Employee benefit plans administration.**  We won't cover loss that results from any wrongful act committed by or for any protected person in:

- the administration of any employee benefit plan; or
- the conduct of any fiduciary duty for any employee benefit plan.

**Employment-related practices.**  We won't cover loss that results from a wrongful employment practice offense.

*Wrongful employment practice offense* means any of the following offenses:

- Employment discrimination.

- Wrongful employment termination.
- Employment-related harassment.
- Retaliatory action against any of your employees.
- Wrongful, excessive, or unfair discipline of any of your employees.
- Wrongful hiring, supervision, or demotion of, or failure to promote, any of your employees.
- Employment-related misrepresentation, defamation, libel, slander, disparagement, or invasion of privacy.

*Employment discrimination* means any employment-related violation of a person's rights with respect to:

- the person's race, color, national origin, religion, gender, marital status, age, sexual orientation, or physical or mental disability; or
- any other class or characteristic afforded rights under any federal, state, or local law, rule, or regulation.

*Employment-related harassment* means any unwelcome sexual advance, request for any sexual favor, or other verbal, visual, or physical conduct of a sexual or non-sexual nature, when such conduct:

- is connected to a decision affecting a person's employment by you;
- is connected to a decision affecting a person's status as your independent contractor;
- interferes with a person's job performance for you or a person's performance of duties related to the conduct of your operations; or
- creates an intimidating, hostile, or offensive working environment affecting a person's employment by you or a person's performance of duties related to the conduct of your operations.

*Independent contractor* means any person who:

- has a contract with you to perform for you certain duties related to the conduct of your operations; and
- isn't your employee or volunteer worker.

*Retaliatory action* includes any employment-related action directed at any of your employees that is in response to the employee's:

- exercising any legally afforded rights;

---

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01627

- supporting in any way another person's exercise of any legally afforded rights;
- participating in any strikes or lockouts;
- making any claims or suits against you or any other protected person;
- testifying against you or any other protected person in any legal proceedings;
- declining to perform any illegal or unethical acts; or
- threatened or actual reporting of any illegal operations or activities actually or allegedly conducted within your operations.

**Health care professional services.** We won't cover loss that results from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

- dental, medical, mental, nursing, surgical, x-ray and other health care professional services, including any advice, instruction, food or beverages provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury or damage.** We won't cover loss resulting from injury or damage.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Tangible property* doesn't include data.

*Personal injury* means injury, other than bodily injury or advertising injury, that:

- results from your operations; and
- is caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel or slander.
- Making known to any person or organization material, in any form of expression, that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization material, in any form of expression, that violates a person's right of privacy.

*Advertising injury* means injury, other than bodily injury or personal injury, that:

- results from the advertising of your facilities, operations, or services, or your products, your work, or your completed work; and
- is caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization material, in any form of expression, that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization material, in any form of expression, that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01628

*Advertising* means attracting the attention of others by any means for the purpose of seeking or increasing:

- interest or participation in civic, educational, entertainment, recreational, or social activities or events;
- private or public development, growth, or investment;
- use of facilities or services by others; or
- visits by tourists, travelers, or membership, trade, or similar groups, organizations, or shows.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

*Advertising material* means any material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

*Title* means a name of a literary or artistic work.

**Insurance.** We won't cover loss that results from the failure to obtain or maintain any type or amount of insurance.

*Insurance* includes any type of bond or self-insurance program.

**Intellectual property.** We won't cover loss that results from any actual or alleged infringement or violation of any of the following rights or law:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

**Investments.** We won't cover loss that results from the purchase, sale, issuance, or distribution, or offer to purchase or sell, any debt or equity securities, or other investments.

**Known wrongful acts.** We won't cover loss that results from any wrongful act, including

any part of related wrongful acts, that any described authorized person knew about before the beginning date from which we, or any of our affiliated insurance companies, have continuously provided this public entity management liability protection to you.

*Described authorized person* means any person while he or she is your:

- Elected or appointed official, director, or executive officer, or member of any of your boards.
- Employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

**Law enforcement activities or operations.** We won't cover loss that results from law enforcement activities or operations.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

**Multiplied damages.** We won't cover that portion of any multiplied damage award which exceeds the amount multiplied.

**Network and information security liability.** We won't cover loss that results from a network and information security wrongful act.

*Network and information security wrongful act* means any of the following committed by or for a protected person in the conduct of your operations:

- Failure to prevent the transmission of a computer virus.
- Failure to provide any authorized user of your website or your computer or communications network with access to such website or such computer or communications network.
- Failure to prevent unauthorized access to, or use of, electronic data containing private or confidential information of others.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01629

*Computer virus* means malicious code that is introduced through your website or your computer or communications network. Once introduced, such code may destroy, alter, contaminate, or degrade the integrity, quality, or performance of data of any computer application software, computer network, or computer operating system or related software.

*Authorized user* includes your customer, supplier, or supporter.

*Your computer or communications network* means any computer or communications network that you rent, lease, license, or borrow from others, own, or operate.

**Nuclear material.** We won't cover loss that results from the hazardous properties of any nuclear material.

*Hazardous properties* include radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution.** We won't cover loss that results from pollution.

We also won't cover any loss, cost, or expense that results from:

* any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
* any claim by or for any governmental authority for damages that result from the performance of pollution work.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

* the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
* the responding to, or assessing, in any way the effects of any pollutant.

**Sexual harassment.** We won't cover loss that results from any unwelcome sexual advance, request for any sexual favor, or other verbal, visual, or physical conduct of a sexual nature.

**Strikes, riots, demonstrations, or civil commotions.** We won't cover loss that results from any strike, riot, protest, demonstration, lock-out, or civil commotion.

**Taking of private property for public use or benefit.** We won't cover loss that results from the taking or controlling of private property for public use or benefit, including the diminution in value of such property, by condemnation, inverse condemnation, adverse possession, dedication by adverse use, or any other method or proceeding.

**Taxes.** We won't cover loss that results from the improper administration or collection of taxes, or loss that reflects any tax obligation.

**Unlawful personal gains.** We won't cover loss that results from any protected person's personal profit, advantage, or compensation to which that protected person is not legally entitled.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

* workers compensation law;
* disability benefits law;
* unemployment compensation law; or
* similar law.

## Other Insurance

This agreement is primary insurance. However, if there is any valid and collectible other insurance for loss covered by this agreement, we'll apply this agreement in connection with that other insurance in accordance with the rest of this section.

STP01630

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self insurance method or program; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance or excess insurance that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary other insurance.** When there's primary other insurance for loss covered by this agreement, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $1,000,000. Another insurance policy with a limit of $250,000 that covers the protected person as a named insured also covers loss covered by this agreement. We won't pay more than 80% ($1,000,000/$1,250,000) of the loss, less any deductible.*

However, if the extended reporting period applies, we'll apply this agreement as excess insurance over any part of any valid and collectible other insurance that:

- is available under any policy in effect during the extended reporting period; and
- provides coverage for claims or suits for covered loss first made or brought against a protected person during the extended reporting period.

We'll do so whether such other insurance applies on a primary, excess, contingent, or any other basis.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend any claim or suit that any provider of other insurance has a duty to defend. However, we'll defend a claim or suit for covered loss if no provider of other insurance will do so. In return, we'll require that the protected persons give us all of their rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limit of coverage that applies under this agreement.

**List Of Terms With Defined Meanings Shown In This Agreement**

This section lists, in alphabetical order, the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and
- is usually located immediately following where that term is first used in this agreement.

However, one or more endorsements or other forms made part of your policy may, without changing this section:

- delete or change the defined meanings for any of these terms; or
- add a defined meaning for any other term.

| Term | Page |
|---|---|
| Advertising | 10 |
| Advertising idea | 10 |
| Advertising injury | 9 |
| Advertising injury offense | 9 |
| Advertising material | 10 |
| Authorized user | 11 |
| Bodily injury | 9 |
| Claim | 2 |
| Computer virus | 11 |
| Coverage territory | 5 |
| Debt financing | 8 |
| Declaratory, injunctive, or other non-monetary relief | 8 |
| Defense expenses | 3 |
| Described authorized person | 10 |

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01631

| | |
|---|---|
| Employee | 5 |
| Employee leasing firm | 5 |
| Employment discrimination | 8 |
| Employment-related harassment | 8 |
| Extended reporting period | 3 |
| Hazardous properties | 11 |
| Health care professional services | 9 |
| Independent contractor | 8 |
| Injury or damage | 9 |
| Insurance | 10 |
| Law enforcement activities or operations | 10 |
| Leased worker | 5 |
| Legal representative | 5 |
| Limited reporting period | 3 |
| Network and information security wrongful act | 10 |
| Nuclear material | 11 |
| Other insurance | 12 |
| Our deductible recovery expenses | 7 |
| Personal injury | 9 |
| Personal injury offense | 9 |
| Policy year | 6 |
| Pollutant | 11 |
| Pollution | 11 |
| Pollution work | 11 |
| Property damage | 9 |
| Protected person | 2 |
| Public entity | 2 |
| Related wrongful acts | 2 |
| Retaliatory action | 8 |
| Retroactive date | 2 |
| Slogan | 10 |
| Suit | 2 |
| Tangible property | 9 |
| Title | 10 |
| Volunteer worker | 5 |
| Waste | 11 |
| Wrongful act | 2 |
| Wrongful employment practice offense | 8 |
| Your boards | 6 |
| Your computer or communications network | 11 |

STP01632

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY MANAGEMENT LIABILITY – CLAIMS–MADE**
**SELF–INSURED RETENTIONS ENDORSEMENT –**
**RETENTIONS APPLY TO DAMAGES AND DEFENSE EXPENSES**

This endorsement changes your Public Entity Management Liability Protection - Claims-Made.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses are subject to the self-insured retentions.

---

## Self–Insured Retentions Table

*Only those self–insured retentions for which amounts are shown apply.*

Each wrongful act retention.                          $250,000

Total retention.                                      $

---

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

---

### How Coverage Is Changed

There are eight changes which are explained below.

1. The following replaces the Deductible section. This change adds one or more self-insured retentions to be paid by you.

### Self–Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages and defense expenses incurred by or for you or any other protected person for covered loss that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of proceedings involved in a suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered loss in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08   15:17   001 |

STP01633

- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment for covered loss from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered loss.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each wrongful act retention.** You'll be responsible for the amount of damages and defense expenses within this self-insured retention for all claims or suits for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

**Total retention.** This amount is the most you'll be responsible for paying for the combined total of all each wrongful act retentions for all claims or suits for covered loss that are first made or brought in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each wrongful act retentions without further limitation, regardless of how often they apply.

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \ months}{12 \ months} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered loss; or

• defense expenses;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages and defense expenses covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend a protected person section. This change reduces our obligations under this agreement by removing our duty to defend a protected person.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right even if:

• all of the allegations of the claim or suit are groundless, false, or fraudulent; or

• the total amount of the damages for such loss probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any wrongful act, claim, or suit to the extent we believe is proper.

If we choose to:

• investigate a wrongful act, claim or suit; or

• defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages or defense expenses exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered loss, if the total amount of damages and defense expenses for such loss exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've

agreed to in the settlement that are within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

• pay such amount; or

• repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages, including:

• an arbitration proceeding for damages to which the protected person must submit or submits with our consent; and

• any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below, in addition to the limits of coverage, in connection with any claim or suit under this agreement against a protected person when the total amount of damages and defense expenses you have paid for covered loss in connection with the claim or suit exceeds the self-insured retention that applies.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

• That part of a judgment paid by us.

STP01635

- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit that includes damages for covered loss. But only if:

- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following replaces the first paragraph of the When we consider a claim or suit to be first made or brought against a protected person section. This change explains when we consider a claim to be first made or brought.

**When we consider a claim or suit to be first made or brought against a protected person.** We'll consider a claim or suit for covered loss to be first made or brought against a protected person on the earlier of the following dates:

- The date that your claim handling service or any protected person first receives written notice of such claim or suit.
- The date that your claim handling service first receives written notice from any protected person of a specific wrongful act that caused the loss which resulted in such claim or suit.

6. The following replaces the first paragraph of the What we require in a written notice of a specific wrongful act section. This change explains what is required in a written notice of a specific wrongful act.

**What we require in a written notice of a specific wrongful act.** We won't consider

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01636

a claim or suit to be first made or brought against a protected person on the date your claim handling service first receives written notice of a specific wrongful act unless that notice contains the following information:

- A description of the wrongful act, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.
- The manner in which each of the protected persons first became aware of the circumstances involved.

7. The following replaces the second paragraph of the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

The limits of coverage apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

8. The following replaces the Other Insurance section. This change limits coverage.

### Other Insurance

If there's any valid and collectible other insurance for loss covered by this agreement, the insurance under this agreement is excess, and we won't make any payments until the other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

### Other Terms

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01637

**HOSTILE FIRE POLLUTION ENDORSEMENT –
PUBLIC ENTITY MANAGEMENT LIABILITY**

This endorsement changes your Public Entity Management Liability Protection.

## How Coverage Is Changed

The following is added to the Pollution exclusion.  This change broadens coverage.

However, we won't apply this exclusion to loss that results from hostile fire heat, fumes, or smoke.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire which:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

## Other Terms

All other terms of your policy remain the same.

**AUTO COVERAGE SUMMARY**                                                    The**St.Paul**

This Coverage Summary shows the Limits of
Coverage that apply to your Commercial Auto
Protection. A blank section or space indicates
no coverage.

---

**Auto Liability Protection**

**Covered Autos:**

☒ Any Auto          ☐ Owned Commercial autos      ☐ Owned Private Passenger autos
☐ Scheduled autos   ☐ Hired autos                 ☐ Non owned autos
☐ Other:

**Limit of Coverage:**

$1,000,000      each accident

**Other:**

---

**Auto Medical Payments Protection**
**Covered Autos:**

☐ Any auto          ☐ Owned Commercial autos      ☐ Owned Private Passenger autos
☐ Scheduled autos
☐ Other:

**Limits of Coverage   (Refer to the Auto Schedule)**

**Other:**

STP01639

---

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08  15:17  001 |

44460 Ed. 4-91 Printed in U.S.A.      Coverage Summary

© St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved                Page   1

**The St Paul**

**Auto Physical Damage Protection**

**Covered Autos**

☐ Scheduled autos          ☒ Owned Private Passenger autos
☒ Owned Commercial autos   ☐ Hired autos
☐ Other:

**Limits of Coverage**

*(Refer to the Auto Schedule)*

**Other:**
REFER TO GARAGEKEEPERS COVERAGE SUMMARY ATTACHED

STP01640

**AUTO COVERAGE SUMMARY – CONTINUED**



---

**Auto No Fault Protection**

**Covered Autos:** ☐ Owned Autos that are subject to State No-Fault Laws

**Limits of Coverage:**   See your Agreement and any Optional Coverage Summary.
**Other:**

---

**Other Coverage**

---

**Auto Uninsured Motorists Protection**
**Autos Covered:**
NONE

**Uninsured Limits of Coverage:**                    **Underinsured Limits of Coverage:**

STP01641

---

**Name of Insured**            **Policy Number** GP06301927         **Effective Date** 11/01/08
CITY OF WAUKEGAN                                       **Processing Date** 11/18/08  15:17  001

44462 Ed. 4-91                              Coverage Summary
© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page   1

**Uninsured Limits of Coverage:**          **Underinsured Limits of Coverage:**

STP01642

          © 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**GARAGEKEEPERS COVERAGE SUMMARY**



This summary shows the coverages, limits, and deductibles for your Garagekeepers Protection.

---

**Garage Locations**

   001   Downtown Waukegan Self-Park Garage, Waukegan, IL

---

**Garagekeepers Liability Protection**

**Direct Protection Options:** ☐ Direct Excess Protection ☐ Direct Primary Protection

| Garage Location: | Limit of Coverage: | Covered Causes of Loss: | Deductibles: |
|---|---|---|---|
| X | $1,000,000 | ☒ Comprehensive | For theft, mischief, or vandalism we'll apply: Larger of $100 or $5,000 Each loss to a covered auto  Larger of $500 or $5,000 Total each event |
| | | ☐ Specified Causes of loss | For theft, mischief or vandalism we'll apply: Larger of $100 or     Each loss to a covered auto  Larger of $500 or     Total each event |
| | $1,000,000 | ☒ Collision | $5,000 Each loss to a covered auto |
| | | ☐ Comprehensive | For theft, mischief, or vandalism we'll apply: Larger of $100 or     Each loss to a covered auto  Larger of $500 or     Total each event |
| | | ☐ Specified Causes of loss | For theft, mischief or vandalism we'll apply: Larger of $100 or     Each loss to a covered auto  Larger of $500 or     Total each event |
| | | ☐ Collision | Each loss to a covered auto |

---

**Name of Insured**        **Policy Number** GP06301927        **Effective Date** 11/01/08
CITY OF WAUKEGAN                                  **Processing Date** 11/18/08   15:17   001

STP01643

**Locations Continued:**
**Garage** **Limit of**
**Location:** **Coverage:**

**Covered** **Deductibles:**
**Causes of Loss:**

☐ Comprehensive  For theft, mischief, or vandalism we'll apply:
Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Specified  For theft, mischief or vandalism we'll apply:
Causes of loss  Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Collision                 Each loss to a covered auto

☐ Comprehensive  For theft, mischief, or vandalism we'll apply:
Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Specified  For theft, mischief or vandalism we'll apply:
Causes of loss  Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Collision                 Each loss to a covered auto

☐ Comprehensive  For theft, mischief, or vandalism we'll apply:
Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Specified  For theft, mischief or vandalism we'll apply:
Causes of loss  Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Collision                 Each loss to a covered auto

☐ Comprehensive  For theft, mischief, or vandalism we'll apply:
Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Specified  For theft, mischief or vandalism we'll apply:
Causes of loss  Larger of $100 or          Each loss to a covered auto
Larger of $500 or          Total each event

☐ Collision                 Each loss to a covered auto

© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01644

**AUTO SCHEDULE**



The types of coverage provided for each auto are indicated by completed spaces.  A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|
| | | | AS  PER SCHEDULE ON FILE | WITH COMPANY | |

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☒ Liability * | ☒ Comprehensive | ☒ * | 5,000 |
| ☐ Uninsured Motorists* | ☒ Collision | ☒ * | 5,000 |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

\*Refer to Auto Physical Damage
 Agreed Value Endorsement for
 autos that agreed amount applies
 to.

**Who We'll Pay For Physical Damage Loss.  You and:**

(\*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☐ Liability * | ☐ Comprehensive | ☐ | |
| ☐ Uninsured Motorists* | ☐ Collision | ☐ | |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

(\*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

|  |  | ACV or Stated Amount | Deductible |
|---|---|---|---|
| ☐ Liability * | ☐ Comprehensive | ☐ | |
| ☐ Uninsured Motorists* | ☐ Collision | ☐ | |
| ☐ No-Fault* | ☐ Specified Causes of Loss | ☐ | |
| ☐ Medical Payments | ☐ Towing | | Maximum |

**Who We'll Pay For Physical Damage Loss.  You and:**

STP01645

(\*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08   15:17   001 |

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

ACV or Stated Amount Deductible

☐ Liability *        ☐ Comprehensive           ☐
☐ Uninsured Motorists*  ☐ Collision             ☐
☐ No-Fault*          ☐ Specified Causes of Loss  ☐
☐ Medical Payments   ☐ Towing                        Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

ACV or Stated Amount Deductible

☐ Liability *        ☐ Comprehensive           ☐
☐ Uninsured Motorists*  ☐ Collision             ☐
☐ No-Fault*          ☐ Specified Causes of Loss  ☐
☐ Medical Payments   ☐ Towing                        Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|------------|----------|

ACV or Stated Amount Deductible

☐ Liability *        ☐ Comprehensive           ☐
☐ Uninsured Motorists*  ☐ Collision             ☐
☐ No-Fault*          ☐ Specified Causes of Loss  ☐
☐ Medical Payments   ☐ Towing                        Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

STP01646

   © 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

## AUTO LIABILITY PROTECTION

This insuring agreement provides auto liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

The terms of this agreement apply to each state unless a state's Commercial Auto Required Endorsement indicates otherwise.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Pollution cost or expense. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 3 |
| Right to appeal. | 3 |
| Out of state coverage. | 3 |
| **Which Autos Are Covered** | 3 |
| Any auto | 4 |
| Owned commercial autos | 4 |
| Owned private passenger autos | 4 |
| Scheduled autos | 4 |
| Hired autos | 4 |
| Nonowned autos | 4 |
| **When This Agreement Covers** | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 5 |
| Corporation or other organization. | 5 |
| Any permitted user. | 5 |
| Anyone legally responsible for the actions of a protected person. | 5 |
| Separation of protected persons. | 5 |
| **Limit Of Coverage** | 5 |
| **Exclusions-What This Agreement Won't Cover** | 5 |
| Contract liability. | 5 |
| Control of property. | 6 |
| Employer's liability. | 6 |
| Injury to a fellow employee. | 6 |
| Intentional or expected bodily injury or property damage. | 7 |
| Nuclear energy liability. | 7 |
| Pollution. | 8 |
| Racing or demolition contest. | 9 |
| Specialized equipment. | 9 |
| Workers' compensation. | 9 |
| **Other Insurance** | 9 |
| Insurance provided by another insurer. | 9 |
| Insurance provided under another policy with us or any of our member insurance companies. | 9 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- results from the ownership, maintenance, use, loading or unloading of a covered auto; and

- is caused by an accident that happens while this agreement is in effect.

**Pollution cost or expense.** We'll pay amounts any protected person is legally required to pay as covered pollution cost or expense only if it results from an accident which also causes bodily injury or property damage covered by this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

- Mental anguish, injury or illness.

- Emotional distress.

- Care, loss of services, or death.

*Property damage* means

- physical damage to tangible property of others, including loss of use of such property; or

- loss of use of tangible property of others that isn't physically damaged.

STP01647

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* includes continuous or repeated exposure to the same conditions.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads.  It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises you own, rent or lease;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo.  But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*Loading* means moving property from the place where it's accepted for transportation by a protected person until it's placed in or on a covered auto.

*Unloading* means moving property from a covered auto to the place where it's finally delivered by a protected person.

However we won't consider moving property with a mechanical device, such as a forklift or conveyor, that's not attached to a covered auto to be loading or unloading. But we won't consider a hand truck to be a mechanical device.

*Pollution cost or expense* means any cost or expense that results from:

- any request, demand or order that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority demanding that any protected person or others perform pollution work.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

**Right and duty to defend.**  We'll have the right and duty to defend any claim or suit for covered bodily injury, property damage, or pollution cost or expense made or brought against any protected person.

We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent.  But we have no duty to perform other acts or services.  And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01648

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limits of coverage.

*Claim* means a demand which seeks damages or pollution cost or expense.

*Suit* means a civil proceeding which seeks damages or pollution cost or expense. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre-judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered bodily injury, property damage, or pollution cost or expense in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limit of coverage. However, the results of an appeal won't change the limit of coverage that applies under this agreement.

**Out of state coverage.** While a covered auto is away from the jurisdiction where it is licensed we will do the following:

- Increase the limit of coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered auto is being used if your limit of coverage is less than the minimum limit required by such law. But this increase does not apply to the limit or limits specified by any law or regulation governing motor carriers of passengers or property.

- Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered auto is being used. But we won't pay more than once for the same damages which are covered because of this extension of coverage.

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the

type or types of autos which are covered autos.

**Any auto** means any owned, rented, leased or borrowed auto. It includes hired, nonowned, newly acquired, replacement and temporary substitute autos.

**Owned commercial autos** means any auto you own that isn't of the private passenger type. It includes any trailer or semi-trailer while attached to that auto. It also includes:

* newly acquired autos of the same type;
* replacement autos of the same type; and
* temporary substitute autos.

**Owned private passenger autos** means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto. It also includes:

* newly acquired autos of the same type;
* replacement autos of the same type; and
* temporary substitute autos.

**Scheduled autos** means any auto you own that's described in the Auto Schedule. It includes any nonowned trailer while attached to a scheduled auto. It also includes:

* newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
* replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
* temporary substitute autos.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos** means any auto that:

* you don't own, hire, rent, lease or borrow; and
* is used in the conduct of your business. It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll provide the same limit

of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos* means any auto that replaces a covered auto. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos* means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:

* has broken down;
* has been damaged, destroyed or stolen; or
* is being repaired or serviced.

*Private passenger type* means ordinary private passenger cars, station wagons, pick-ups and vans.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements, and pollution cost or expense only in the coverage territory for covered bodily injury, property damage, or pollution cost or expense that's caused by accidents which happen in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

---

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01650

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.

- An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.

- Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.

- Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:

- to each protected person named in the Introduction as if that protected person was the only one named there; and

- separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:

- protected persons;

- premiums paid;

- claims made or suits brought;

- covered autos;

- vehicles involved in the accident; or

- persons or organizations making claims or bringing suits.

We consider all covered bodily injury, property damage and pollution cost or expense that results from continuous or repeated exposure to substantially the same conditions to be the result of one accident.

## Exclusions – What This Agreement Won't Cover

**Contract liability.** We won't cover the protected person's liability for bodily injury

STP01651

or property damage assumed under any contract or agreement.

However, we won't apply this exclusion to liability for bodily injury or property damage the protected person would have without the contract or agreement. Nor will we apply this exclusion to the protected person's liability for bodily injury or property damage assumed under a covered contract made before the bodily injury or property damage happens.

*Covered contract* means any:

- lease of premises;
- sidetrack agreement;
- easement or license agreement;
- obligation to indemnify a municipality if the obligation is required by ordinance and isn't connected with work for the municipality;
- contract or agreement under which you assume the tort liability of a municipality to pay damages for covered bodily injury or property damage that is sustained by others and results from work for the municipality;
- other contract or agreement under which you assume the tort liability of another to pay damages for covered bodily injury or property damage that's sustained by others; or
- contract or agreement which you or any of your employees enter into for the rental or lease of any auto.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

But we won't consider the following parts of any contract or agreement to be a covered contract:

*Auto with driver.* That part which has to do with the rental, lease or loan of an auto to you or any of your employees if the auto is rented, leased or loaned with a driver.

*Use of a motor carrier's permit.* That part which indemnifies any person or organization in the business of transporting people or property by an auto for hire for your use of a covered auto over a route or in a territory the person or organization is authorized by a public authority to use or serve.

*Damage to rented or leased auto.* That part which obligates you or any of your employees to pay for property damage to

any auto rented or leased by you or any of your employees.

*War.* That part which indemnifies any person or organization for bodily injury or property damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions.

**Control of property.** We won't cover property damage to property owned by, transported by or in the care, custody or control of a protected person.

But we won't apply this exclusion to liability for property damage assumed under a sidetrack agreement.

**Employer's liability.** We won't cover bodily injury to an employee arising out of his or her employment by a protected person. Nor will we cover bodily injury to the spouse, child, parent, brother, or sister of that employee which results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:

- bodily injury to domestic employees not entitled to workers compensation benefits; or
- liability for bodily injury assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01652

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is covered by a nuclear energy liability insurance policy; or
- would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, any nuclear facility owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:

- Nuclear Energy Liability Insurance Association;
- Mutual Atomic Energy Liability Underwriters;
- Nuclear Insurance Association of Canada; or
- any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment or machine that's designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment

used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:

- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and

- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and

- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;

- being loaded onto or unloaded from a covered auto;

- otherwise in the course of transit by or for any protected person; or

- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building,*

*damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and

- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*
*Another example:*

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:

- isn't in your care, custody or control;

- isn't being transported or towed by or for you; and

- is damaged by an accident due to the ownership, maintenance or use of a covered auto.

© 1993 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01654

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution* means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including:
* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste* includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Racing or demolition contest.** We won't cover bodily injury, property damage or pollution cost or expense that results from the use of a covered auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own.

However, when a covered trailer is connected to a covered auto, this agreement applies to the trailer in the same way as the covered auto. For example, if a trailer you own is connected to a covered auto you don't own, this agreement will be excess insurance for the trailer. If a trailer you don't own is connected to a covered auto you own, this agreement is primary insurance for the trailer.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

44449 Rev. 12-93
© 1993 The St. Paul Travelers Companies, Inc.

Insuring Agreement
All Rights Reserved

Page 9 of 9

STP01655

**PUBLIC SECTOR SERVICES**
**VOLUNTEER OR EMPLOYEE FIREFIGHTERS**
**AS PROTECTED PERSONS ENDORSEMENT**

This endorsement changes your Auto Liability
Protection.

**How Coverage Is Changed**

The following is added to the Who Is
Protected Under This Agreement section.
This change broadens coverage.

**Your employees or volunteers while performing
their duties as firefighters.** Your employees
and volunteers are protected persons while
they are:

- using covered autos you don't own, hire,
  or borrow;

- responding to or returning directly from
  the site of a fire department emergency;
  and

- acting on your behalf in the course of
  their firefighters' duties.

**Other Terms**

All other terms of your policy remain the
same.

A0018 Ed. 8-95                          Endorsement
© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page 1 of 1

## PUBLIC SECTOR SERVICES
## AUTO LIABILITY SELF-INSURED RETENTIONS ENDORSEMENT — RETENTIONS APPLY TO DAMAGES, DEFENSE EXPENSES, AND POLLUTION COST OR EXPENSE

This endorsement changes your Auto Liability Protection.

**Important Note.** This endorsement adds one or more self-insured retentions over which the limits of coverage will apply. Defense expenses and pollution cost or expense are subject to the self-insured retentions.

### Self-Insured Retentions Table

*Only those self-insured retentions for which amounts are shown apply.*

| | |
|---|---|
| Each accident retention. | $250,000 |
| Total retention. | $ |

**Important note:** If no amount is shown above for the total retention, the total retention doesn't apply, and you'll be responsible for paying all applicable each accident retentions without further limitation, regardless of how often they apply.

### How Coverage Is Changed

There are six changes which are explained below.

1. The following section is added. This change adds one or more self-insured retentions to be paid by you.

### Self-Insured Retentions

The self-insured retentions shown in the Self-Insured Retentions Table and the information contained in this section fix the amount of damages, defense expenses, and pollution cost or expense incurred by or for you or any other protected person that you'll be responsible for paying, and over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- premiums paid;
- claims made or suits brought;
- covered autos;
- vehicles involved in the accident; or
- persons or organizations making claims or bringing suits.

The self-insured retentions won't apply to payments we make under the Additional payments section.

*Defense expenses* means any of the following fees, costs, or expenses that result directly from the investigation, defense, or appeal of a specific claim or suit:

- Fees, costs, or expenses of hired or appointed attorneys.
- The costs of the proceedings involved in the suit, including court reporter's, arbitrator's, or mediator's fees.
- Independent expert's or special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.
- Additional living expenses.
- Costs taxed against a protected person for covered bodily injury, property damage, or pollution cost or expense in a suit.
- Prejudgment interest.
- Postjudgment interest.

But we won't consider any of the following to be defense expenses:

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08   15:17   001 |

A0272 Ed. 6-06

Endorsement

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

Page 1 of 5

- Our expenses, including salaries, wages, or travel expenses of our employees, other than fees, costs, or expenses incurred by us in connection with a specific claim or suit.
- Salaries or wages of any protected person, including attorneys employed by any protected person.
- Expenses, other than additional living expenses, incurred by any protected person, including attorneys employed by any protected person.
- Fees, costs, or expenses of independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to defend a protected person section or the Right to appeal a judgment against a protected person section.
- Fees, costs, or expenses of your claim handling service.
- Our recovery expenses as explained in the Recovering Damages From A Third Party section in your General Rules, which is a part of your policy.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including attorneys employed by any protected person, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, or appeal of a specific claim or suit.

*Prejudgment interest* means the interest that:

- accumulates before a judgment; and
- is awarded against a protected person on that part of a judgment for covered bodily injury, property damage, or pollution cost or expense.

*Postjudgment interest* means the interest that:

- accumulates on that part of a judgment from the date of the judgment to the date that the judgment is paid; and
- is awarded against a protected person on that part of a judgment for covered bodily injury, property damage, or pollution cost or expense.

*Your claim handling service* means the person or organization that's approved by us to provide claims services for you. We won't consider your claim handling service to be us except when we're providing claims services for you under a separate written agreement to specifically provide such services.

**Each accident retention.** You'll be responsible for the amount of damages, defense expenses, and pollution cost or expense within this self-insured retention for all covered bodily injury, property damage and pollution cost or expense that results from any one accident.

**Total retention.** This amount is the most you'll be responsible for paying for the total of all each accident retentions for all covered bodily injury or property damage that happens in a policy year.

If no amount for the total retention is shown in the Self-Insured Retentions Table, the total retention doesn't apply, and you'll be responsible for paying all applicable each accident retentions without further limitation, regardless of how often they apply.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month*

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01658

*extension. As a result, the third policy year becomes sixteen months long.*

**How the total retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended, each extension will increase the total retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total retention for the original policy period by a fraction. We'll determine the fraction by dividing the policy period extension's length of time by the original policy period's length of time. For example:

*Your original policy period is for one year. The total retention for the one-year policy period is $250,000. During the year you request, and we provide, a three-month extension of the policy period. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three-month extension. As a result, the amount of the total retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

**Voluntary payments above a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay:

- damages for covered bodily injury or property damage;
- defense expenses; or
- pollution cost or expense;

above a self-insured retention to be your responsibility if they're paid or assumed without our consent.

**How the self-insured retentions apply if you can't pay them.** If for any reason you're unable to pay a self-insured retention that applies, we'll only pay damages, defense expenses, and pollution cost or expense covered by this agreement that exceed such self-insured retention.

2. The following replaces the Right and duty to defend section. This change:

- reduces our obligations under this agreement by removing our duty to defend a protected person; and

- explains our right to settle a claim or suit for covered bodily injury, property damage, or pollution cost or expense.

**Right to defend a protected person.** We'll have the right, but not the duty, to defend any protected person against a claim or suit for bodily injury, property damage, or pollution cost or expense covered by this agreement. We'll have such right even if:

- all of the allegations of the claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages for such bodily injury or property damage, or the total amount of such pollution cost or expense, probably won't exceed the self-insured retention that applies.

We'll have the right to investigate any accident, claim, or suit to the extent we believe is proper.

- If we choose to:
- investigate an accident, claim or suit; or
- defend a protected person against a claim or suit;

on any basis other than as your claim handling service, we'll pay all expenses we incur for such investigation or defense. Such expenses are not subject to either the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit, even if the amount of damages, defense expenses, or pollution cost or expense exceeds the self-insured retention that applies.

We'll also have the right to settle any claim or suit for covered bodily injury, property damage, or pollution cost or expense, if the total amount of:

- damages and defense expenses for such bodily injury or property damage; or
- such pollution cost or expense;

exceeds, or will probably exceed, the self-insured retention that applies. If we settle such claim or suit, you'll be responsible for the total amount of damages we've agreed to in the settlement within the self-insured retention that applies. After you are notified of such settlement, you agree, within 10 business days, to:

- pay such amount; or

- repay such amount to us that we have already paid;

to settle the claim or suit.

*Claim* means a demand that seeks damages or pollution cost or expense.

*Suit* means a civil proceeding that seeks damages or pollution cost or expense, including:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when the total amount of damages, defense expenses, and pollution cost or expense you have paid for covered bodily injury, property damage and pollution cost or expense in connection with the claim or suit exceeds the self-insured retention that applies.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Defense expenses that exceed the self-insured retention.* We'll pay the reasonable defense expenses that exceed the self-insured retention that applies.

However, if those defense expenses are prejudgment interest or postjudgment interest, we'll only pay the following parts of such expenses:

We'll pay the prejudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

We'll pay the postjudgment interest on the following parts of a judgment:

- That part of a judgment paid by us.
- That part of a judgment paid by you within the self-insured retention that applies.

But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage which applies to the judgment.

*Our other expenses.* We'll pay all other expenses we incur.

4. The following replaces the Right to appeal section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment against any protected person. But only if:

- the judgment includes damages or pollution cost or expense covered by this agreement;
- the protected person doesn't appeal the judgment; and
- the combined amount of the judgment and defense expenses is more than the self-insured retention that applies.

If the amount of the judgment is reduced as a result of our appeal, you agree to share any expenses with us which result directly from that appeal, subject to the limit of the self-insured retention that applies. Such expenses will be shared in the same ratio as the reduction in the judgment is shared. If the amount of the judgment is not reduced, we'll pay all expenses which result directly from the appeal, including postjudgment interest and the cost of appeal bonds. For example:

*You have a $500,000 self-insured retention under this agreement. This agreement has a $1,000,000 limit of coverage that applies excess of your self-insured retention. A $1,000,000 judgment for damages covered by this agreement is awarded against you, and you have incurred $100,000 in defense expenses. You will be responsible for*

A0272 Ed. 6-06
Page 4 of 5

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01660

*the amount of damages ($400,000) and defense expenses you incurred ($100,000) up to your self-insured retention ($500,000). We will be responsible for the remaining amount of damages ($600,000) excess of your self-insured retention.*

*However, we choose to appeal the judgment and we incur $100,000 in appeal expenses. Our appeal is successful, and the judgment is reduced to zero. Because our share of the $1,000,000 reduction in the judgment is $600,000 (60% of the judgment), we'll pay 60% of the appeal expenses ($60,000) and you'll pay 40% of the appeal expenses ($40,000).*

Any appeal expenses we pay will be in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change describes how the limits of coverage apply to the self-insured retentions.

   The limits of coverage shown in the Coverage Summary apply over any applicable self-insured retention shown in the Self-Insured Retentions Table, whether or not that self-insured retention is paid.

6. The following replaces the Other Insurance section. This change limits coverage.

## Other Insurance

If there's any valid and collectible other insurance for bodily injury, property damage, or pollution cost or expense covered by this agreement, the insurance under this agreement applies over any applicable self-insured retention as:

- primary insurance for covered autos you own; and
- excess insurance for covered autos you don't own.

Excess insurance applies after any valid and collectible other insurance has been used up with the payment of amounts that are subject to its limits of coverage.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- a risk retention group;
- a self-insurance method or program other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Insurance provided by another insurer.** When insurance provided by another insurance company applies to covered bodily injury, property damage, or pollution cost or expense that results from the same accident on the same primary basis as this agreement, we'll pay for only our share of the damages or pollution cost or expense. We'll pay the same proportion of such damages or pollution cost or expense that our limit of coverage is to the total of all applicable policy limits, less any self-insured retention that applies. But we won't pay more than our limit of coverage.

**Insurance provided under any other insuring agreement in certain policies written by us or any of our affiliated insurance companies.** When this agreement and any other insuring agreement in any policy written by us or any of our affiliated insurance companies and issued to you apply or applied to the same claim or suit, the most we'll pay for damages or pollution cost or expense is the highest limit of coverage that applies or applied to the same claim or suit under any one of those agreements.

However, this section does not apply if the other insuring agreement that applies or applied is umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement.

## Other Terms

All other terms of your policy remain the same.

---

**COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY**

 **ST PAUL TRAVELERS**

This summary applies to your:
Auto Liability Protection
Auto Physical Damage Protection

**What This Summary Does**

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

**How we'll figure your actual premium at the end of the policy year.** We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

**How we'll figure your actual premium during the policy year.** If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

**Other Terms**

All other terms of your policy remain the same.

---

**Interim audit period:**  Annual

**Premium Adjustment Table**

The following applies from 11/01/08   to 11/01/09   :

Coverage:  Auto Liability

| Premium basis | Estimated exposure | Rate applies per Auto | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Number Of Autos | 340 | X $339.57 | = $115,454.00 | OR $1,000.00 |

Final Auto Liability Premium will be determined as follows: (Number of Autos at end of policy period X Auto Liability Composite Rate) minus (Nuumber of Autos at beginning of policy period X Auto Liability Composite Rate) X .50

---

**Name of Insured**
CITY OF WAUKEGAN

**Policy Number** GP06301927

**Effective Date** 11/01/08
**Processing Date** 11/18/08   15:17   001

---

GL088 Ed. 5-95
© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

STP01662

The following applies from 11/01/08   to 11/01/09   :

Coverage:  Comprehensive - ACV

| Premium basis | Estimated exposure | Rate applies per $100 OCN | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Original Cost New | 11,603,915 | X $0.152 | = $17,638.00 | OR $Included |

Final Comprehensive Premium will be determined as follows: (Total Original Cost New per $100 at end of policy period) minus (Total Original Cost New per $100 at beginning of policy period) X .50 X Comprehensive Composite Rate

---

The following applies from 11/01/08   to 11/01/09   :

Coverage:  Collision - ACV

| Premium basis | Estimated exposure | Rate applies per $100 OCN | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Original Cost New | 11,603,915 | X $0.171 | = $19,843.00 | OR $Included |

Final Collision Premium will be determined as follows: (Total Original Cost New per $100 at end of policy period) minus (Total Original Cost New per $100 at beginning of policy period) X .50 X Collision Composite Rate

---

The following applies from 11/01/08   to 11/01/09   :

Coverage:  Comprehensive - Agreed Amount

| Premium basis | Estimated exposure | Rate applies per $100 OCN | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Original Cost New | 3,163,842 | X $0.327 | = $10,346.00 | OR $Included |

Final Comprehensive Premium will be determined as follows: (Total Original Cost New per $100 at end of policy period) minus (Total Original Cost New per $100 at beginning of policy period) X .50 X Comprehensive Composite Rate

STP01663

© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

## COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY



This summary applies to your:

Auto Physical Damage Protection -
Continued

### What This Summary Does

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

**How we'll figure your actual premium at the end of the policy year.** We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

**How we'll figure your actual premium during the policy year.** If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

### Other Terms

All other terms of your policy remain the same.

---

**Interim audit period:** Annual

### Premium Adjustment Table

The following applies from 11/01/08   to 11/01/09   :

Coverage: Collision - Agreed Amount

| Premium basis | Estimated exposure | Rate applies per $100 OCN | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Original Cost New | 3,163,842 | X $0.368 | = $11,643.00 | OR $Included |

Final Collision Premium will be determined as follows: (Total Original Cost New per $100 at end of policy period) minus (Total Original Cost New per $100 at beginning of policy period) X .50 X Collision Composite Rate

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08   15:17   001 |

GL088 Ed. 5-95

© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 2

STP01664

The following applies from                to                :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

---

The following applies from                to                :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

---

The following applies from                to                :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

---

© 1995 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01665

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY AUTO LIABILITY ENDORSEMENT**

This endorsement changes your Auto Liability Protection.

## How Coverage Is Changed

There are nine changes which are explained below.

1.  The following replaces the Bail bonds section. This change broadens coverage.

    *Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

2.  The following replaces the Expenses incurred by protected persons section. This change broadens coverage.

    *Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

3.  The following replaces the Corporation or other organization section. This change replaces corporation with public entity.

    **Public entity or other organization.** If you are named in the Introduction as a public entity or other organization, you are a protected person for the use of a covered auto.

    *Other organization* includes a corporation, joint power authority, limited liability company, or tribal government.

    If you are named in the declarations as a corporation, your stockholders are protected persons, but only for their liability as your stockholders.

4.  The following definitions are added to the Any permitted user section.

    *Employee* includes a leased worker, other than a leased temporary worker.

    *Leased worker* means any person who:
    *   is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
    *   is performing duties related to the conduct of the hirer's business.

    *Volunteer worker* means any person other than:
    an employee; or
    a leased temporary worker.

    *Employee leasing firm* means any person or organization who hires out workers to others. It includes any:
    *   employment agency, contractor, or service;
    *   labor leasing firm; or
    *   temporary help service.

    *Leased temporary worker* means a leased worker who is hired to:
    *   temporarily take the place of a permanent employee on leave; or
    *   meet seasonal or short-term workload conditions.

5.  The following is added to the Who Is Protected Under This Agreement section. This change broadens coverage.

    **Elected or appointed officials and members.** Any of your elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons:
    *   only for the conduct of their duties as your elected or appointed officials, directors, executive officers, or members; and

STP01666

• only for the use of a covered auto.

**Volunteer workers.** Any volunteer worker of yours is a protected person for the use of a covered auto, but only for activities or work they conduct or perform:

• at your direction; and
• within the scope of their duties for you.

**Owner of a commandeered auto.** The owner of a commandeered auto is a protected person while the commandeered auto is in your temporary care, custody, or control.

*Commandeered auto* means any auto that you commandeer, or take without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

6. The following is added to the Mobile equipment definition in the What This Agreement Covers section. This change broadens coverage.

We'll consider any land motor vehicle, trailer, or semi-trailer you own or lease that's designed for use on public roads to be an auto and not mobile equipment. But only if we had considered such vehicle, trailer, or semi-trailer to be mobile equipment because:

• it wasn't required to be licensed because you're a government body; or
• it was used only on roads you own.

7. The following is added to the Intentional or expected bodily injury or property damage exclusion. This change broadens coverage.

But we won't apply this exclusion to intentional bodily injury or property damage that results from the use of reasonable force to protect people or property.

8. The following is added to the Exclusions - What This Agreement Won't Cover Section. This change excludes coverage.

**Health care professional services.** We won't cover bodily injury or property damage resulting from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
• the dispensing of drugs or medical or dental supplies and appliances; and
• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

9. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**On-the-job-injury.** We won't cover injury to any volunteer firefighter or other volunteer worker of a protected person if the volunteer is injured while:

• using or maintaining a covered auto; or
• engaged in other volunteer firefighting, rescue squad, or ambulance activities of a protected person.

**Injury to fellow workers.** We won't cover injury to any protected person's fellow volunteer firefighters, rescue squad workers, or ambulance workers while such persons are acting within the scope of their duties.

However, we won't apply this exclusion if "Injury to fellow workers" is shown in the Coverage Summary.

**Other Terms**

All other terms of your policy remain the same.

© 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01667

**PUBLIC SECTOR SERVICES**
**FIRE DISTRICT AUTO PHYSICAL DAMAGE ENDORSEMENT**

This endorsement changes your Auto Physical Damage Protection.

## How Coverage Is Changed

There are two changes which are explained below.

1. The following replaces the Wear, freezing, breakdowns exclusion. This change broadens coverage.

   **Wear and breakdowns.** We won't cover loss caused by normal wear and tear, or mechanical or electrical breakdown unless the breakdown results from a covered cause of loss.

   **Freezing.** We won't cover loss caused by freezing of equipment common to emergency vehicles, other than the vehicle's engine and audio, visual or data electronic equipment, unless the loss results from a covered cause of loss and is not caused by failure to properly maintain such equipment.

2. The following is added to the What This Agreement Covers section. This change broadens coverage.

   **Volunteer or employee firefighter auto deductible reimbursement.**

When one of your volunteer or employee firefighters is:

* using an auto you don't own and haven't hired or borrowed from others;

* responding to or returning directly from the site of a fire department emergency; and

* acting on your behalf in the course of their duties as firefighters;

we'll pay up to $500 to reimburse the volunteer or employee firefighter for the deductible amount which must be paid if that auto is damaged in an accident.

But we won't reimburse any deductible amount from loss or damage to an auto that you own, or hire or borrow from others.

## Other Terms

All other terms of your policy remain the same.

When one of

STP01668

# AUTOS RENTED BY EMPLOYEES ENDORSEMENT

This endorsement changes your Auto Liability Protection and your Auto Physical Damage Protection.

---

## How Coverage Is Changed

There are two changes that are explained below. These changes broaden coverage.

1. The definition of hired autos in the Which Autos Are Covered section is changed as follows.

   *Hired autos* means any auto that you hire, rent, lease, or borrow from others, other than your employees or members of their households. Hired autos includes any autos that any employee of yours hires, rents, leases, or borrows from others in that employee's name with your permission while performing duties related to the conduct of your business. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own. However any auto that has been rented, leased, hired, or borrowed with a driver is not a covered auto.

2. The following is added to the Who is Protected Under This Agreement section. This change applies to your Auto Liability Protection.

   **Employees renting covered autos.** Any of your employees while operating a covered auto that has been rented, leased, hired, or borrowed from others in that employee's name with your permission while performing duties related to the conduct of your business.

## Other Terms

All other terms of your policy remain the same.

---

STP01669

**PUBLIC SECTOR SERVICES**
**AUTO PHYSICAL DAMAGE AGREED VALUE ENDORSEMENT**

This endorsement changes your Auto Physical
Damage Protection.

---

**How Coverage Is Changed**

For the vehicles listed below, the
following replaces the What We'll Pay
For A Loss section.   This change
broadens coverage.

**What We'll Pay For A Loss**

We'll pay the smaller of the following
amounts when you suffer a covered loss:
- The cost of repairing damaged property or
  replacing damaged or stolen property with
  the same kind or quality;
- The cost to replace the damaged or stolen
  property with comparable new property as
  of the time of loss; or
- The limit of insurance shown below.

**Other Terms**

All other terms of your policy remain
the same.

| Vehicle Description | VIN | Limit of Insurance |
|---|---|---|
| 1995 Seagrave Fire Truck | 1F9EV28TXSCST2143 | $225,104 |
| 1991 Emergency 1 Fire Truck | 46JDAAA87M1003846 | 71,046 |
| 1995 Seagrave Fire Truck | 1F9EV28T1SCST2144 | 225,104 |
| 2002 Seagrave Fire Truck | 1F9E028T52CST2033 | 283,279 |
| 1986 Emergency 1 Fire Truck | 1F9ABAA88G1037541 | 137,995 |
| 1995 Seagrave Fire Truck | 85011 | 437,414 |
| 2007 Pierce Aerial 100' | 4P1CD01H77A006783 | 748,043 |
| 2008 International Ambulance | 1HTMNAAM38H648121 | 169,303 |
| 1995 Chevrolet Ambulance | 1GBJC34F7SE250437 | 69,732 |
| 2003 International Ambulance | 1HTMNAAM13H598151 | 118,161 |
| 1999 International Ambulance | 1HTSLAAK4XH663639 | 88,500 |
| 1997 International Ambulance | 1HTSLAAMXWH494422 | 88,420 |
| 1995 Chevrolet Ambulance | 1GBJK34F9SE252173 | 69,732 |
| 2004 Seagrave Heavy Rescue Squad Fire Truck | 1F9EW28T74CST2097 | 405,000 |
| 1983 Oskosh Airport Fire Truck | 1OT9L5EH2D1021499 | 100,000 |

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301927 | **Effective Date** 11/01/08 |
| CITY OF WAUKEGAN | | **Processing Date** 11/18/08   15:17   001 |

Endorsement
© 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01670

A0133 Ed. 10-98
Page    2 of    2          © 1998 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01671

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS REDEFINED AS AUTOS ENDORSEMENT**

This endorsement applies to and changes each of the following insuring agreements, but only if such insuring agreement is part of your policy:

Auto Liability Protection.
Auto Medical Payments Protection.
Uninsured Motorists Protection.
Underinsured Motorists Protection.
Uninsured And Underinsured Motorists Protection.

## How Coverage Is Changed

There are two changes that are explained below.

1.  The following replaces the definitions of auto and mobile equipment, respectively, in each agreement to which this endorsement applies that includes a definition of that term. This change broadens coverage.

    *Auto* means:

    *   any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;

    *   any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

    *   any mobile equipment while it's being carried or towed by a covered auto.

    We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

    *Mobile equipment* means any land vehicle that:

    *   is designed for use primarily off public streets or roads;

    *   is kept for use only on or next to premises that you rent or lease from others, or own;

    *   travels on crawler treads;

    *   is kept primarily for the ready movement of permanently attached construction equipment;

    *   doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or

    *   is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

    But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

    *   travels under its own power;

    *   is operated like an auto during travel on a public street or road; and

    *   has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

    Instead, we'll consider it to be an auto.

    Nor will we consider a land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged to be mobile equipment. Instead, we'll consider it to be an auto.

2.  The following is added to the Exclusions – What This Agreement Won't Cover section in your Auto Liability Protection. This change excludes coverage.

    **Supplementary equipment.** We won't cover bodily injury or property damage that results from the operation or use of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged.

    *Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved
Endorsement

STP01672

But we won't consider supplementary equipment to include:

- any communication device, such as a radio or telephone; or
- any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

**Other Terms**

All other terms of your policy remain the same.

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01673

# AUTO PHYSICAL DAMAGE PROTECTION

The St.Paul

This insuring agreement provides physical damage protection for covered autos. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

---

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions — What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 4 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.** When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- the collision of the covered auto with another object; or
- the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the

---

**The St.Paul**

auto, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pickups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

STP01675

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions — What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.**
We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

STP01676

The**StPaul**

installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer Interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event

that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

## Insurance For Your Benefit

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

STP01677

**PUBLIC SECTOR SERVICES**
**PUBLIC ENTITY AUTO PHYSICAL DAMAGE ENDORSEMENT**

This endorsement changes your Auto Physical Damage Protection.

---

### How Coverage Is Changed

There are seven changes which are explained below.

1. The following replaces the definition of Auto in the What This Agreement Covers section. This change broadens coverage.

   *Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

   - any permanently attached machinery or equipment;
   - customized equipment attached to an emergency vehicle or public transportation auto; and
   - equipment parts that are removable from a housing unit attached to an emergency vehicle or public transportation auto if the equipment is used in operation of the emergency vehicle or public transportation auto, but not equipment or tools that are designed for use apart or away from the emergency vehicle or public transportation auto.

   *Emergency vehicle* means an auto that is equipped with emergency equipment and used for safety or public protection purposes such as police, fire or ambulance department autos.

   *Public transportation auto* means an auto that's licensed or used to transport people as a public service.

2. The following is added to the What This Agreement Covers section. This change broadens coverage.

   **Airbags.** We'll pay up to $1,000 to reset or replace the airbag in a covered auto you own if that airbag inflates. But only if:

   - your Auto Schedule shows that Specified Causes of Loss or Collision coverage applies to the covered auto;

   - the airbag is not covered under any warranty; and
   - you did not intentionally cause the airbag to inflate.

   We'll pay even if no Specified Cause of Loss or Collision occurs.

   **Personal belongings.** If your Auto Schedule shows that Specified Causes of Loss or Comprehensive coverage applies to a covered auto you own and that auto is stolen, we'll pay for your personal belongings and the personal belongings of your employees if those personal belongings were stolen with the auto. The most we'll pay is the lesser of:

   - the actual cash value of the stolen personal belongings at the time of loss; or
   - the cost of repairing or replacing the stolen personal belongings with other property of the same kind and quality.

   If the personal belongings are recovered with the stolen auto, but they were damaged in the auto theft, we'll pay the lesser of:

   - the actual cash value of the stolen personal belongings at the time of loss; or
   - the cost of repairing or replacing the stolen personal belongings with other property of the same kind and quality.

   But the most we'll pay for all personal belongings in a stolen auto, regardless of the number of personal belongings stolen, is $250.

   The amount paid for personal belongings is excess over any other insurance available to you or your employees.

   *Personal belongings* means tangible property that is worn or carried on a person. It does not include tools, jewelry, money, or securities.

---

A0131 Rev. 6-06                          Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved                          Page 1 of 3

STP01678

3. The following is added to the Which Autos Are Covered section. This change broadens coverage.

**Commandeered autos.** Any auto that you commandeer, or take with or without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

Commandeered autos are covered even though not shown in the Coverage Summary.

4. The following is added to the first paragraph of the Deductibles section. This change broadens coverage.

Nor will we apply the deductible to a loss for window glass breakage to a private passenger type auto if such glass is repaired rather than replaced.

5. The following replaces the Audio devices and radar detection equipment exclusion. This change broadens coverage.

**Audio, visual or data electronic devices.** We won't cover loss to any:

- tapes, records or discs;
- car phones;
- software of any audio, visual or data electronic devices; or
- data of any audio visual or data electronic devices.

We also won't cover loss to any of the following that are in or on a covered auto other than your covered emergency vehicle or your covered public transportation auto at the time of the accident:

- audio or visual equipment or data electronic devices;
- equipment that's designed or used for detecting or locating radar; or
- electronic equipment and any accessories that are used with any such equipment that receives or transmits data signals and is not designed solely for the reproduction of sound.

However, this exclusion does not apply to any:

- audio, visual, data electronic devices or other electronic equipment permanently installed in or on a covered auto at the time of an accident in the opening normally used by the auto manufacturer for the installation of this equipment; or

- electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

*Software* means programs that are either purchased or written on a custom basis which are regularly used with audio, visual or data electronic devices.

*Data* means facts, concepts, or instructions converted to a form useable in the operation of audio, visual or data electronic devices.

6. The following is added to the Intentional or expected loss or damage exclusion. This change broadens coverage.

But we won't apply this exclusion to loss or damage you expect or intend if it results from the use of reasonable force to protect people or property.

7. The following replaces the Other Insurance section. This change limits coverage.

This agreement is primary insurance for covered autos you own except for the auto's covered audio, visual or data electronic devices, and excess insurance for covered autos you don't own. This agreement is excess insurance for covered audio, visual or data electronic devices whether the insurance is provided by another insurer or another policy with us or our member insurance companies. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you do not own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.**
When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance. But this doesn't apply to covered audio, visual or data electronic devices.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01679

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of St. Paul Travelers both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

**Other Terms**

All other terms of your policy remain the same.

© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01680

## GARAGEKEEPERS LIABILITY PROTECTION

This insuring agreement provides garagekeepers liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

### Table of Contents

|  | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Garagekeepers liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal. | 2 |
| **Causes Of Loss** | 2 |
| Comprehensive | 2 |
| Specified causes of loss | 2 |
| Collision | 2 |
| **Direct Protection Options** | 2 |
| Direct excess protection. | 2 |
| Direct primary protection. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership or joint venture. | 3 |
| Corporation or other organization. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 3 |
| **Deductibles** | 3 |
| Theft, mischief or vandalism deductibles. | 3 |
| Collision deductible. | 4 |
| **Exclusions – What This Agreement Won't Cover** | 4 |
| C.B. radios or radar detection equipment. | 4 |
| Contract liability. | 4 |
| Dishonest acts. | 4 |
| Defective parts and faulty work. | 4 |
| Intentional or expected loss. | 4 |
| Sound equipment. | 4 |
| **Other Insurance** | 4 |
| Insurance written with another insurer. | 4 |
| Insurance written under another policy with us or any of our | 4 |

## What This Agreement Covers

**Garagekeepers liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from your garage operations;

- happens to a customer's auto while this agreement is in effect; and

- is caused by an event involving a covered cause of loss.

*Loss* means direct loss or damage. It includes loss of use that results from such loss or damage.

*Your garage operations* means the ownership, maintenance or use of any location, including adjoining roads and accessways, for your garage business. It includes:

- all operations, including repair, service or storage of autos, necessary or incidental to your garage business; and

- the use of a customer's auto.

*Customer's auto* includes any customer's auto while left with you for service, repair, or storage.

*Customers* include your employees, and members of their households who pay for services performed.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*Covered cause of loss* means the cause or causes of loss shown in the Coverage Summary and described in the Causes Of Loss section.

STP01681

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered loss made or brought against any protected person. We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limit of coverage.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre–judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post–judgment interest.* We'll pay all interest that accumulates on the full amount of a judgment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;
  the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered loss in any suit we defend. If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal expenses and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## Causes Of Loss

The Coverage Summary shows and the information in this section describes the causes of loss which are covered causes of loss.

**Comprehensive** means any cause of loss other than collision.

**Specified causes of loss** means:

- fire, lightning or explosion; or
- theft, mischief or vandalism.

**Collision** means:

- collision with another vehicle or any other object; or
- overturn.

## Direct Protection Options

**Direct excess protection.** When this is shown in the Coverage Summary, we'll pay for covered loss as if this agreement is excess insurance, even if you aren't legally liable for such loss. Excess insurance applies

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01682

after other collectible insurance has been used up.

**Direct primary protection.** When this is shown in the Coverage Summary, we'll pay for covered loss as if this agreement is primary insurance, even if you aren't legally liable for such loss.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered loss whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments and settlements, only in the coverage territory for covered loss that's caused by events that happen there.

*Coverage territory* means the United States of America, it's territories or possessions, Puerto Rico or Canada. It includes international waters or airspace while a customer's auto is being transported between any of these places.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons. But only for the conduct of your garage operations in a garage business for which you are the sole owner.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person. Also, your partners or co-venturers and their spouses are protected persons only for the conduct of your garage operations.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person. Also, your executive officers and directors are protected persons only for the conduct of your garage operations.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limit shown for each garage location in the Coverage Summary is the most we'll pay for all covered loss that happens at the location and results from any one event, regardless of the premiums paid or the number of:

- protected persons;
- premiums paid;
- claims made or suits brought;
- customer's autos; or
- persons or organizations making claims or bringing suits.

## Deductibles

The deductibles shown in the Coverage Summary and the information in this section fix the amount of damages over which the limits of coverage apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Theft, mischief or vandalism deductibles.** The following deductibles always apply to covered loss that's caused by an event involving theft, mischief or vandalism:

*Each loss to a customer's auto deductible.* You'll be responsible for the larger of the amounts shown for this deductible. It applies to all covered loss that:

- happens to each auto; and
- is caused by an event involving theft, mischief or vandalism.

STP01683

We can pay this deductible to settle a claim or suit. If we do, you agree to repay us as soon as we notify you of the settlement.

*Total each event deductible.* The larger of the amounts shown for this deductible is the most you'll be responsible for within the theft, mischief or vandalism each loss to a customer's auto deductible in a policy year, regardless of how often that deductible applies.

**Collision deductible.** You'll be responsible for the amount shown for this deductible. It applies to all covered loss that:

* happens to each customer's auto; and
* is caused by an event involving collision.

We can pay this deductible to settle a claim or suit. If we do, you agree to repay us as soon as we notify you of the settlement.

### Exclusions – What This Agreement Won't Cover

**C.B. radios or radar detection equipment.** We won't cover loss to any citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and accessories, unless it's permanently installed in a covered auto in the opening normally used by the auto manufacturer for the installation of a radio.

Nor will we cover loss to any equipment that's designed or used for detecting or locating radar.

**Contract liability.** We won't cover the protected person's liability for loss assumed under any contract or agreement.

**Dishonest acts.** We won't cover loss that results from the theft or conversion of an auto by you or one of your partners, employees or shareholders.

**Defective parts and faulty work.** We won't cover loss involving:

* defective parts or materials; or
* faulty work done by or for you.

**Intentional or expected loss.** We won't cover loss that you expected or intended.

**Sound equipment.** We won't cover loss to any tape deck or other sound reproducing equipment, unless it's permanently installed in a customer's auto.

Nor will we cover loss to any tape, record or similar item designed for use with such equipment.

### Other Insurance

This agreement is excess insurance, unless you have chosen Direct primary protection. Excess insurance applies after other collectible insurance has been used up.

**Insurance written with another insurer.** When insurance provided by another insurer applies to covered damages on the same primary or excess basis as this agreement, we'll pay only our share of such damages. Our share will be equal to the proportion that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance written under another policy with us or any of our** member companies. When this agreement and other insurance provided by us or another member company of The St. Paul Group both apply to the same event, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member company is intended to be excess over this agreement, this section does not apply.

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01684

**PUBLIC SECTOR SERVICES**
**UMBRELLA EXCESS LIABILITY PROTECTION**
**COVERAGE SUMMARY**

The **StPaul**

This Coverage Summary shows the limits of coverage and deductible that apply to your Umbrella Excess Liability Protection.  It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | |
|---|---|
| General total limit. | $ 15,000,000 |
| Products and completed work total limit. | $ 15,000,000 |
| Personal injury each person limit. | $ 15,000,000 |
| Advertising injury each person limit. | $ 15,000,000 |
| Law enforcement liability each wrongful act limit. | $ 15,000,000 |
| Each event limit. | $ 15,000,000 |
| Deductible | $ 10,000 |

(This deductible applies to each event or offense not covered by your Basic Insurance.)

## Named Endorsement Table

**Important Note:**  Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

---

| | | |
|---|---|---|
| **Name of Insured**<br>CITY OF WAUKEGAN | **Policy Number** GP06301927<br>**Processing Date** 11/18/08  15:17  001 | **Effective Date** 11/01/08 |

STP01685

**UMBRELLA EXCESS LIABILITY PROTECTION**
**SCHEDULE OF BASIC INSURANCE**

 **ST PAUL TRAVELERS**

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

## Schedule of Basic Insurance

---

| Commercial General Liability | Limits Of Coverage | |
|---|---|---|
| | General total limit. | $2,000,000 |
| Insurer St. Paul Fire & Marine Ins Co | Products and completed work total limit. | $2,000,000 |
| Policy number GP06301927 | Personal injury each person limit. | $1,000,000 |
| Policy period 11/01/08 to 11/01/09 | Advertising injury each person limit. | $1,000,000 |
| Coverage is: ☐ claims-made | Each event limit. | $1,000,000 |
| ☒ not claims-made | Premises damage limit. | $1,000,000 |

---

| Automobile Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury and property damage combined. Each accident | |
| Insurer St. Paul Fire & Marine Ins Co | $1,000,000 | |
| | Bodily injury. Each person | Each accident |
| Policy number GP06301927 | $ | $ |
| Policy period 11/01/08 to 11/01/09 | Property damage Each accident | |
| | $ | |

---

| Employers Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury by accident. Each accident | |
| Insurer | $ | |
| | Bodily injury by disease. Policy limit | Each employee |
| Policy number | $ | $ |
| Policy period | | |

---

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08  15:17  001 |

47123 Ed. 4-91
© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

Schedule of Basic Insurance

Page 1 of 1

STP01686

**UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE — CONTINUED**

The St.Paul

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

| Commercial General Liability | Limits Of Coverage | |
|---|---|---|
| Insurer | General total limit. | $ |
| | Products and completed work total limit. | $ |
| Policy number | Personal injury each person limit. | $ |
| Policy period | Advertising injury each person limit. | $ |
| Coverage is: ☐ claims-made ☐ not claims-made | Each event limit. | $ |
| | Premises damage limit. | $ |

| Automobile Liability | Limits Of Coverage | |
|---|---|---|
| Insurer | Bodily injury and property damage combined. Each accident | $ |
| Policy number | Bodily injury Each person | Each accident |
| Policy period | $ | $ |
| | Property damage Each accident | |
| | $ | |

| Type of coverage: | Limits Of Coverage | |
|---|---|---|
| Law Enforcement Liability Insurer St. Paul Fire & Marine Ins. Co. | Total limit. | $2,000,000 |
| | Each wrongful limit. | $1,000,000 |
| Policy number GP06301927 | | |
| Policy period 11/01/08 to 11/01/09 | | |
| Coverage is: ☐ claims-made ☒ not claims-made | | |

| Name of Insured | Policy Number GP06301927 | Effective Date 11/01/08 |
|---|---|---|
| CITY OF WAUKEGAN | | Processing Date 11/18/08  15:17  001 |

47124 Ed. 4-91 Printed in U.S.A.                    Endorsement
© St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved          Page 1 of 1

## UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE — CONTINUED

The St Paul

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

### Commercial General Liability

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

### Limits Of Coverage

| | |
|---|---|
| General total limit. | $ |
| Products and completed work total limit. | $ |
| Personal injury each person limit. | $ |
| Advertising injury each person limit. | $ |
| Each event limit. | $ |
| Premises damage limit. | $ |

---

### Automobile Liability

Insurer

Policy number

Policy period

### Limits Of Coverage

Bodily injury and property damage combined. Each accident

$

Bodily injury
Each person                    Each accident

$                              $

Property damage
Each accident

$

---

### Type of coverage:

Liquor Liability
Insurer St. Paul Fire & Marine Ins. Co.

Policy number GP06301927

Policy period 11/01/08 to 11/01/09

Coverage is:  ☐ claims-made
              ☒ not claims-made

### Limits Of Coverage

Total limit.                   $1,000,000
Each wrongful act limit.       $1,000,000

---

**Name of Insured**            **Policy Number** GP06301927          **Effective Date** 11/01/08
CITY OF WAUKEGAN                                        **Processing Date** 11/18/08   15:17   001

# UMBRELLA EXCESS LIABILITY PROTECTION

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Coverage When Your Basic Insurance Applies | 4 |
| Coverage above Basic Insurance limits other than total limits. | 4 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 5 |
| Coverage When Your Basic Insurance Doesn't Apply | 6 |
| Right And Duty To Defend A Protected Person | 6 |
| Right To Appeal A Judgment Against A Protected Person | 6 |
| Additional Payments | 7 |
| **When This Agreement Covers** | 8 |
| **Where This Agreement Covers** | 8 |
| **Who Is Protected Under This Agreement** | 8 |
| Who Is Protected For Claims Or Suits Not Related To Autos | 8 |
| Individual. | 8 |
| Partnership or joint venture. | 8 |
| Limited liability company. | 8 |
| Corporation or other organization. | 8 |
| Employees. | 8 |
| Real estate managers. | 9 |
| Operators of registered mobile equipment. | 9 |
| Newly acquired or formed organizations. | 9 |
| Other protected persons under your Basic Insurance. | 10 |
| Who Is Protected For Auto-Related Claims Or Suits | 10 |
| Separation Of Protected Persons | 10 |
| **Limits Of Coverage** | 10 |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 12 |
| **Deductible** | 12 |
| **Exclusions — What This Agreement Won't Cover** | 13 |
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 13 |
| Breach of contract. | 13 |
| Contract liability. | 14 |
| Control of property. | 14 |
| Damage to your products or completed work. | 14 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 15 |
| Expected or intended bodily injury or property damage. | 15 |
| False material. | 15 |
| Impaired property. | 15 |
| Injury to owners or fellow employees. | 16 |
| Intellectual property. | 16 |
| Liquor liability. | 16 |
| Material previously made known or used. | 17 |
| Nuclear energy liability. | 17 |
| Pollution bodily injury or property damage related to autos. | 18 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 21 |
| Product recall. | 21 |
| Racing mobile equipment. | 22 |
| Uninsured motorists. | 22 |
| Unnamed partnership, joint venture, or limited liability company. | 22 |
| Watercraft. | 22 |
| Workers compensation and other benefit laws. | 23 |
| Wrong price description. | 23 |
| **Other Insurance** | 23 |

**Other Rules For This Agreement** 23
Our Duty To Reimburse When You Must Pay 23
Maintaining Your Basic Insurance Premium 23
Recovering Damages From A Third Party 24
   Division of recovery. 24
   Recovery expenses. 24

---

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01690

*damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made

STP01691

known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or

- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01692

*serious injury. The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because:*

- *that's the amount by which the damages exceed the limit of your Basic Insurance; and*
- *it's less than the limit under this agreement.*

*Your Basic Insurance* means only the Basic Insurance described in the Schedule Of Basic Insurance for which limits of coverage amounts are shown in that schedule.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

*Total limits* may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by your Basic Insurer's payment of:

- damages that would be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid:

- damages that wouldn't be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that doesn't happen while this agreement is in effect;

we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and

- exceed your Basic Insurance limits of coverage shown in the Schedule Of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the requirements of this agreement with respect to coverage above reduced total limits.*

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

*Offense* means any:

- personal injury offense; or

---

- advertising injury offense.

We explain the term health care professional services in the Employees section.

## Coverage When Your Basic Insurance Doesn't Apply

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:
- is covered by this agreement; and
- is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or the amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:
- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

Other insurance includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

## Right And Duty To Defend A Protected Person

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that's reasonably likely to involve the coverage provided by this agreement.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:
- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;

- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume that duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:
- the applicable deductible; or
- the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

If the laws or rules of a country or jurisdiction prohibit us from fulfilling our duty to defend a protected person, the protected person will be responsible for providing that defense. We'll repay that protected person for the expenses incurred to provide such defense, subject to the limitations of coverage in the Additional Payments section.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:
- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

## Right To Appeal A Judgment Against A Protected Person

We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:
- includes damages for injury or damage covered by this agreement;
- is awarded in a suit against a protected person;

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01694

- is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- isn't appealed by the protected person and your Basic Insurer.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

### Additional Payments

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws or rules of a country or jurisdiction prohibit us from providing any of these additional payments, we'll repay the protected person for any such amounts that protected person incurred with our consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the

---

Insuring Agreement

STP01695

cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement for covered injury or damage that's caused by events that happen, or offenses that are committed, anywhere.

However, we won't apply, or make payments under, this agreement for injury or damage that's caused by events that happen, or offenses that are committed, in a country or jurisdiction while any embargo, trade sanction, or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## Who Is Protected Under This Agreement

## Who Is Protected For Claims Or Suits Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims Or Suits section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:
- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01696

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company.   Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others.  It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.**   Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own.  They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.**   All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage.  But only if there's no other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.**   Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or

STP01697

• injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

**Other protected persons under your Basic Insurance.** Any other person or organization that's a protected person under your Basic Insurance is also a protected person under this agreement. But the protection under this agreement for each such person or organization is limited to the type and scope of coverage provided by your Basic Insurance.

If any such person or organization is included as a protected person under your Basic Insurance because:

• a written contract has been made with you before the bodily injury or property damage happens or the offense is committed; and

• that contract requires you to provide liability insurance on behalf of that person or organization;

we'll consider that person or organization to be a protected person under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

**Who Is Protected For Auto-Related Claims Or Suits**

Any person or organization that's a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement for claims or suits for covered bodily injury or property damage that results from the use of the auto.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Separation Of Protected Persons**

We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

**Limits Of Coverage**

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

• protected persons;

• claims made or suits brought; or

• persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

• all covered bodily injury and property damage that happens in a policy year;

• all covered personal injury that's caused by all personal injury offenses committed in a policy year; and

• all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to auto-related bodily injury or property damage covered by this agreement, other than auto-related bodily injury or property damage covered by your commercial general liability Basic Insurance.

Nor will we apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;

- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been

STP01699

provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that results from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

## Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

- All covered bodily injury and property damage that results from any one event.
- All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
- All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01700

## Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

STP01701

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages if:

- you've assumed such liability under a contract or agreement; and
- such damages are covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement. But only when your Basic Insurer has the duty to defend that indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance that:

- apply to the duty to defend an indemnitee;
- apply to the right to appeal a judgment awarded in a suit against an indemnitee; or
- consider indemnitee defense expenses assumed under contract to be damages;

also apply to this agreement.

*Indemnitee* means any person or organization that you have agreed under a contract or agreement to indemnify or hold harmless.

**Control of property.** We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.
- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage;
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- that damage is covered by your Basic Insurance.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01702

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press — not the lack of guarding devices — resulted in the employee's injury, we won't protect you.*

But we won't apply:

- this or any other exclusion or limitation of coverage in this agreement, other than in the Coverage When Your Basic Insurance Applies, Limits Of Coverage, and Other Rules For This Agreement sections;
- the covered bodily injury must happen while this agreement is in effect limitation that's part of the Coverage When Your Basic Insurance Applies section; or
- the covered bodily injury must happen in a policy year limitation that's part of the General total limit section;

to the extent such bodily injury is covered by your employers liability Basic Insurance.

However, we'll still apply the general total limit to the combined total of all such employers liability bodily injury covered by this agreement, regardless of when it happens.

We explain the term employee in the Employees section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that

STP01703

results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse, or any child, parent, brother, or sister, of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply this exclusion to the extent your Basic Insurance protects your employees for such bodily injury or personal injury.

We explain the term employee in the Employees section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

STP01704

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or

---

47550 Rev. 1-01                                    Insuring Agreement
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved              Page 17 of 24

STP01705

- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

But we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others that:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain the terms:

- pollution and pollutant in the Pollution injury or damage exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury or property damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke;
- mobile equipment operating fluids; or
- your products or your completed work, other than waste products or completed work.

Nor will we apply this exclusion to bodily injury or property damage related to autos

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01706

that's specifically described in an exception in the Pollution bodily injury or property damage related to autos exclusion as bodily injury or property damage to which we won't apply that exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work under your Basic Insurance and under this*

*agreement. Your Basic Insurer does so with an additional protected person endorsement under your Basic Insurance. We do so under this agreement with the Other protected persons under your Basic Insurance section. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premise owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

---

℗ 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved
Insuring Agreement

STP01707

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the

protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

STP01708

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and

---

STP01709